# United States Court of Appeals
# for the Federal Circuit

AGILENT TECHNOLOGIES, INC.,

*Appellant*,

v.

SYNTHEGO CORPORATION,

*Appellee.*

Appeals from the United States Patent and Trademark Office,
Nos. IPR2022-00402 and IPR2022-00403

**OPENING BRIEF OF APPELLANT AGILENT TECHNOLOGIES, INC.**

MARK A. LEMLEY
LEX LUMINA PLLC
745 Fifth Avenue
New York, NY 10151
Tel: 510-915-4882
mlemley@lex-lumina.com

REBECCA E. WEIRES
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415-268-6028
rweires@mofo.com

November 20, 2023

DENISE M. DE MORY
AARON R. HAND
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel: 650-351-7241
ddemory@bdiplaw.com
ahand@bdiplaw.com

*Counsel for Appellant
Agilent Technologies, Inc.*

# PATENT CLAIMS

## Claims 1, 2, and 8 of U.S. Patent No. 10,337,001 (Appx286) recite:

1. A synthetic CRISPR guide RNA having at least one 5′-end and at least one 3′-end, the synthetic guide RNA comprising:

(a) one or more modified nucleotides within five nucleotides from said 5′-end, or

(b) one or more modified nucleotides within five nucleotides from said 3′-end, or

(c) both (a) and (b);

wherein said guide RNA comprises one or more RNA molecules, and has gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to a target polynucleotide, wherein the modified nucleotide has a modification to a phosphodiester linkage, a sugar, or both.

2. The synthetic guide RNA of claim 1 wherein said guide RNA is a single guide RNA (sgRNA).

8. The synthetic guide RNA of claim 1 wherein said guide RNA comprises a modified internucleotide linkage or a modified terminal phosphate group selected from a phosphonocarboxylate, a phosphonoacetate [PACE], and a phosphonothioacetate [thioPACE] group.

## Claims 1, 4, and 6 of U.S. Patent No. 10,900,034 (Appx439) recite:

1. A synthetic CRISPR guide RNA comprising:

(a) a crRNA segment comprising (i) a guide sequence capable of hybridizing to a target sequence in a polynucleotide, (ii) a stem sequence; and

(b) a tracrRNA segment comprising a nucleotide sequence that is partially or completely complementary to the stem sequence,

wherein the synthetic guide RNA has gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to the target sequence, and comprises one or more modifications in the guide sequence, wherein the one or more modifications comprises a 2′-O-methyl.

4. The synthetic guide RNA of claim 1 wherein the guide RNA is a single-guide RNA (sgRNA).

6. The synthetic guide RNA of claim 1, wherein said one or more modifications comprises a 2′-O-methyl nucleotide with a 3′-phosphonoacetate [PACE].

# CERTIFICATE OF INTEREST

**Case Number:**   23-2186, 23-2187

**Short Case Caption:**   *Agilent Technologies, Inc. v. Synthego Corporation*

**Filing Party/Entity:**   Agilent Technologies, Inc., Appellant

I certify the following information is accurate and complete to the best of my knowledge.

Date: November 20, 2023    Signature:   */s/ Mark A. Lemley*

Name:     Mark A. Lemley

1. **Represented Entities**. Provide the full names of all entities represented by undersigned counsel in this case.

   Agilent Technologies, Inc.

2. **Real Party in Interest**. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

   None.

3. **Parent Corporations and Stockholders**. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   None.

4. **Legal Representatives**. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   WEIL, GOTSHAL & MANGES: Adrian C. Percer

   BUNSOW DE MORY LLP: Brenda Entzminger, Richard Lin

5. **Related Cases**. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or

be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

*Synthego Corp. v. Agilent Techs., Inc.,* 21-cv-07801 (N.D. Cal.)

6. **Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

None/Not Applicable.

# TABLE OF CONTENTS

CERTIFICATE OF INTEREST ............................................................... ii

TABLE OF AUTHORITIES ................................................................. vi

STATEMENT OF RELATED CASES ..................................................... ix

JURISDICTIONAL STATEMENT ........................................................... x

STATEMENT OF THE ISSUES ............................................................... 1

INTRODUCTION ................................................................................. 2

STATEMENT OF THE CASE .................................................................. 3

    A.    CRISPR-Cas Gene Editing Systems ....................................... 3

    B.    Agilent's Contributions and the Challenged Patents ............... 8

    C.    The Prior Art ..................................................................... 14

        1.    Pioneer Hi-Bred ...................................................... 14

        2.    Other references ...................................................... 19

    D.    Board Proceedings ............................................................. 19

SUMMARY OF ARGUMENT ............................................................... 24

STANDARD OF REVIEW .................................................................... 26

ARGUMENT ..................................................................................... 27

I.    Pioneer Hi-Bred Does Not Expressly Disclose Guide RNA
Functionality ............................................................................ 27

    A.    Pioneer Hi-Bred Does Not Differentiate Functional from
Non-Functional Guides ...................................................... 30

    B.    The Board Relied on a Theory Not Presented in the Petition ............. 32

C.      The Board's Error Cannot Be Corrected by Relying on
        Synthego's Arguments ........................................................................35

D.      Pioneer Hi-Bred Does Not Expressly Disclose Functionality of
        Phosphonoacetate (PACE) or Phosphonothioacetate
        (thioPACE) Modified Guides...............................................................39

II.     Pioneer Hi-Bred Is Not Enabling...................................................................41

A.      Pioneer Hi-Bred Discloses a "Research Assignment"........................43

B.      The Board Failed to Consider the Experimentation Required to
        Identify Functional Guides..................................................................53

C.      Pioneer Hi-Bred Does Not Enable a Functional Modified
        sgRNA ..................................................................................................59

III.    The Board Failed To Articulate a Factual Basis for Expectation of
        Success Using PACE Or ThioPACE Modifications .....................................61

CONCLUSION ........................................................................................................64

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Amgen Inc. v. Sanofi,*
    598 U.S. 594 (2023)................................................................42, 46, 48, 49, 51

*Amgen Inc. v. Sanofi,*
    No. 14-1317-RGA, 2019 WL 4058927 (D. Del. Aug. 28, 2019)................46, 48

*Apple Inc. v. Corephotonics, Ltd.,*
    81 F.4th 1353 (Fed. Cir. 2023) ...............................................................26, 33

*In re Baxter Travenol Labs.,*
    952 F.2d 388 (Fed. Cir. 1991) ........................................................................27

*Belden Inc. v. Berk-Tek LLC,*
    805 F.3d 1064 (Fed. Cir. 2015) ......................................................................26

*Bristol-Myers Squibb v. Ben Venue Laboratories, Inc.,*
    246 F.3d 1368 (Fed. Cir. 2001) ......................................................................45

*Cephalon, Inc. v. Watson Pharm., Inc.,*
    707 F.3d 1330 (Fed. Cir. 2013) ......................................................................52

*Cutsforth, Inc. v. MotivePower, Inc.,*
    636 F. App'x 575 (Fed. Cir. 2016) ..................................................................61

*In re Donohue,*
    766 F.2d 531 (Fed. Cir. 1985) .........................................................39, 44, 49, 57

*Elan Pharms. v. Mayo Found.,*
    346 F.3d 1051 (Fed. Cir. 2003) ......................................................................53

*Eli Lilly & Co. v. Zenith Goldline Pharms., Inc.,*
    471 F.3d 1369 (Fed. Cir. 2006) ......................................................................43

*Finisar Corp. v. DirecTV Group, Inc.,*
    523 F.3d 1323 (Fed. Cir. 2008) ......................................................................44

*In re Gleave*,
    560 F.3d 1331 (Fed. Cir. 2009) ....................................................27, 29

*In re Hafner*,
    410 F.2d 1403 (C.C.P.A. 1969) ...........................................................45

*Impax Laboratories v. Aventis Pharmaceuticals, Inc.*,
    545 F.3d 1312 (Fed. Cir. 2008) ........................... 42, 43, 46, 47, 51, 60

*In re Lee*,
    277 F.3d 1338 (Fed. Cir. 2002) ....................................................26, 61

*In re Magnum Oil Tools Int'l, Ltd.*,
    829 F.3d 1364 (Fed. Cir. 2016) ...........................................................33

*In re Morsa*,
    803 F.3d 1374 (Fed. Cir. 2015) ....................................................44, 57

*Motor Vehicle Mfrs. Ass'n of U.S., Inc. v. State Farm Mut. Auto. Ins. Co.*,
    463 U.S. 29 (1983)........................................................................26, 61

*Novo Nordisk Pharms., Inc. v. Bio-Tech. Gen. Corp.*,
    424 F.3d 1347 (Fed. Cir. 2005) ....................................................38, 45

*In re NTP, Inc.*,
    654 F.3d 1279 (Fed. Cir. 2011) ...........................................................27

*In re NuVasive, Inc.*,
    841 F.3d 966 (Fed. Cir. 2016) .............................................26, 33, 41

*In re NuVasive, Inc.*,
    842 F.3d 1376 (Fed. Cir. 2016) .........................................26, 61, 64

*Pers. Web Techs., LLC v. Apple, Inc.*,
    848 F.3d 987 (Fed. Cir. 2017) ...........................................................62

*Rasmusson v. Smithkline Beecham Corp.*,
    413 F.3d 1318 (Fed. Cir. 2005) ...........................................................39

*Regents of the University of California v. Broad Institute, Inc.*,
    903 F.3d 1286 (Fed. Cir. 2018) .........................................52, 58, 59

*Rovalma, S.A. v. Bohler-Edelstahl GmbH & Co. KG,*
856 F.3d 1019 (Fed. Cir. 2017) ....................................................................62, 64

*Schering Corp. v. Geneva Pharms.,*
339 F.3d 1373 (Fed. Cir. 2003) ..........................................................................57

*SEC v. Chenery Corp.,*
318 U.S. 80 (1943)..............................................................................................35

*In re Spada,*
911 F.2d 705 (Fed. Cir. 1990) ............................................................................43

*Verdegaal Bros., Inc. v. Union Oil Co. of Cal.,*
814 F.2d 628 (Fed. Cir. 1987) ............................................................................27

*In re Wands,*
858 F.2d 731 (Fed.Cir.1988) ..............................................................44, 49, 58

**Statutes**

5 U.S.C. § 706(2) ....................................................................................................26

# STATEMENT OF RELATED CASES

This appeal concerns U.S. Patent Nos. 10,337,001 (the "'001 Patent") and 10,900,034 (the "'034 Patent"). No appeal from the same IPR proceedings has previously been before this or any other appellate court.

In *Synthego Corp. v. Agilent Techs., Inc.*, No. 21-cv-07801 (N.D. Cal.), Synthego Corporation ("Synthego") filed suit against Agilent Technologies, Inc. ("Agilent") on October 5, 2021, requesting a declaratory judgment of non-infringement of the '001 and '034 Patents. Agilent filed a counterclaim for infringement of the '001 and '034 Patents. The action is currently stayed pending resolution of the IPRs that are the subject of the present appeal.

In *Agilent Techs., Inc., v. Synthego Corp.*, No. 21-cv-01426 (D. Del.), Agilent filed suit against Synthego on October 6, 2021, alleging infringement of the '001 and '034 Patents. The case was transferred to the United States District Court for the Northern District of California as *Agilent Techs., Inc., v. Synthego Corp.*, No. 22-cv-00685 (N.D. Cal.). Case no. 22-cv-00685 was closed upon consolidation with case No. 21-cv-07801. Thus, neither *Agilent Techs., Inc., v. Synthego Corp.*, No. 21-cv-01426 (D. Del.) nor *Agilent Techs., Inc., v. Synthego Corp.*, No. 22-cv-00685 (N.D. Cal.) is currently pending.

# JURISDICTIONAL STATEMENT

On May 17, 2023, the Patent Trial and Appeal Board (the "Board") issued final written decisions holding that (1) claims 1-30 of the '001 Patent are unpatentable and (2) claims 1-33 of the '034 Patent are unpatentable. Appx1-67; Appx68-143. The Board had jurisdiction under 35 U.S.C. §§ 6(b)(4) and 311. Agilent timely appealed on July 17, 2023. Appx1445-1516; Appx9712-9792. This Court has jurisdiction under 28 U.S.C. § 1295(a)(4)(A) and 35 U.S.C. § 141(c).

**STATEMENT OF THE ISSUES**

1.      Did the Board err by concluding that the prior art disclosed the claimed functionality based on no evidence and on a theory not raised by the parties?

2.      Did the Board err in finding that the claims were anticipated by and obvious over a prior art reference that never worked, was ultimately withdrawn, and which offered quadrillions of possible art combinations with no guidance to choose one that might work?

3.      Did the Board err by finding '001 Patent claims 8, 11, 16, 19, and 26 and '034 Patent claims 6-7 and 22-23 obvious despite articulating no evidence at all to support a reasonable expectation of success in making the invention?

## INTRODUCTION

Agilent's invention relates to a key component of the then-brand-new CRISPR DNA editing system. Agilent developed modified guide RNA that resists degradation. Synthego itself recognized the importance of Agilent's advance at the time, calling it a "landmark" paper that "set the bar…as the method of choice for CRISPR-Cas9 in primary human immune cells." Appx54-55; Appx8511.

Nonetheless, the Board held the patents anticipated and obvious in view of Pioneer Hi-Bred, a patent application that contained nothing more than a failed research plan. Pioneer Hi-Bred disclosed $6^{39}$—over a quadrillion quadrillion—possible combinations, with no way to choose among them, and the only testing it did showed that its preferred approach did not actually work. Indeed, Pioneer Hi-Bred abandoned its own patent application.

The Board found anticipation because it turned out that compounds *Agilent* discovered and made work could be found among those quadrillion quadrillion possibilities. But neither Synthego nor the Board could point to anything in Pioneer Hi-Bred that taught one of skill in the art to make a functional modified guide RNA, as the claims require, much less a functional single guide RNA. Instead, to meet the functionality limitation, the Board relied on a theory not advanced by Synthego—that the fact that the possible products Pioneer Hi-Bred proposed but did not get to work were *called* "guide polynucleotides" meant that they must have been shown to

actually function as guides. That conclusion was both procedurally improper and substantively unsound. And even if the name "guide" were somehow viewed as disclosure of the functionality the claims require, it did not enable one of skill in the art to make a functional guide RNA.

## STATEMENT OF THE CASE

### A.    CRISPR-Cas Gene Editing Systems

The patents in this case cover Agilent's improvements to guide RNA, a component of a CRISPR-Cas DNA editing system.

DNA and RNA store information in a cell. Long, double strands of DNA store the information to produce the components of an organism. Appx4982-4984; Appx2397-2398.[1] Shorter, single strands of RNA carry this information around the cell, using it to build proteins and perform various other functions. *See* Appx4982-4984; Appx2398-2399. Both DNA and RNA are chains of nucleotides. A nucleotide is composed of a nitrogenous base (or just "base"), a sugar called deoxyribose (DNA) or ribose (RNA), and a phosphate group, as illustrated below. Appx4982-4985.

---

[1] The records of IPR2022-00402 and IPR2022-00403 overlap substantially. Citations are to the record of IPR2022-00402 only, except where the record of IPR2022-00403 is especially pertinent.



Appx2398.

A sequence of nucleotides must be read in a certain direction to produce the correct cellular components. The sugar-phosphate backbone accordingly has a polarity—it is not symmetrical. The orientation of the strand is denoted by marking the 3′ ("three prime") end and the 5′ ("five prime") ends. 3′ and 5′ refer to the

standard numbering of the carbon atoms in the sugar component of the backbone, depicted here:



Appx4984-4986; Appx8150-8151.

CRISPR-Cas is a revolutionary system for editing DNA. Appx8160-8163; Appx5008. The CRISPR-Cas system is based on a naturally occurring immune system in bacteria and archaea that recognizes and degrades the DNA of invading viruses. Appx8160-8163; Appx165 (col.1:43-48). By January 2013, scientists harnessed a CRISPR-Cas system to recognize and modify the DNA of human and other eukaryotic cells. Appx5008.

A CRISPR-Cas system is made up of a Cas protein and a guide RNA. Appx4993. The *C*RISPR-*as*sociated or "Cas" protein forms a complex with a guide RNA or "guide." Appx4993-4994. One segment of the guide called the "guide sequence" (Variable Targeting or "VT" domain in the language of the prior art in this case) has a nucleotide sequence that matches (i.e., is complementary to) a

sequence of DNA in a cell's genome, and the sequence match causes the Cas:guide complex to identify and bind to the complementary sequence of DNA, as illustrated below. Appx4993-4994; Appx471-472; Appx26. After the complex binds to the target DNA site, a Cas protein can modify the target DNA. Appx4992-4993; Apx4995.



Appx4994.

The guide RNA for Cas9, a commonly used Cas protein, is made of two RNA components: (1) a "crRNA" sequence, the 5′ end of which is the guide sequence complementary to the sequence of the target DNA, and (2) a "tracrRNA" sequence, which plays a critical role in binding the guide RNA and the Cas protein. Appx8160; Appx4993. In naturally occurring CRISPR-Cas systems, guide RNA is a "dual guide," meaning the crRNA and the tracrRNA are two separate RNA strands. Appx165 (col.1:33-36); Appx8160. To simplify the design of gene editing

experiments, the crRNA and tracrRNA sequences can be fused into a "single guide" RNA strand or "sgRNA." Appx4994; Appx8166-8167; Appx165 (col.1:49-51). In a single guide RNA for Cas9, the crRNA sequence is at the 5′ end of the RNA sequence, and the tracrRNA sequence is at the 3′ end. *See* Appx198 (col.68:7-9). (The prior art in this case also uses the term Cas Endonuclease Recognition or "CER" domain for elements of a guide other than the guide sequence, including the 3′ end of a crRNA, a tracrRNA, and the 3′ end of a single guide RNA. Appx2615-2617; *see* Appx8165-8166.)

Cas9 protein can perform different functions in the CRISPR-Cas9 system depending on its design. The naturally occurring and fully active Cas9 protein of the early-discovered CRISPR-Cas gene editing systems can create a double-stranded break in the target DNA. Appx4995. An engineered version of Cas9 protein deactivated at one of its two active sites can "nick" DNA, i.e., break just one strand of double-stranded DNA. Appx4995; Appx167-168 (col.6:60-7:5). A fully deactivated Cas protein can bind the target DNA without cleaving either strand. Appx4995. These different Cas proteins can be used to induce different types of changes to the target DNA. *See* Appx4996-4997.

For a CRISPR-Cas system to edit the DNA in a cell, the following steps must occur in sequence. First, a guide RNA associates with both a Cas protein and the target DNA sequence. Second, if a fully active Cas protein is used in the CRISPR-

Cas complex, the fully active protein cleaves both strands of the DNA. Next, the cell repairs the broken DNA by cellular processes that result in a different DNA sequence, thus achieving editing. Observing that an intended edit was made is evidence that all of the precursor steps occurred. *See* Appx2698.

Guide RNA is subject to degradation. Cells contain proteins called nucleases that degrade RNA. Appx8158-8159; Appx4990. This degradation limits the ability of guide RNA to perform its intended functions, which in 2014 was a significant limitation on using CRISPR to edit cells, especially in mammals. Appx4998-4999.

## B. Agilent's Contributions and the Challenged Patents

At the advent of CRISPR technology, Agilent Technologies was well-positioned to address the problem of guide RNA degradation. Agilent is in the business of providing equipment, reagents, and other materials to laboratories. By 2012, Agilent had been synthesizing strands of nucleotides for decades and had recently developed a proprietary RNA synthesis technology, called TC-RNA Chemistry, which allowed Agilent to synthesize longer strands of RNA and control the type, number, and location of chemical modifications to the RNA. Appx8135; Appx8488. So although others, including Doudna and Pioneer Hi-Bred, had suggested modifying guide RNA, Appx2989-2992, Agilent had the technology to synthesize RNA with specific modifications at predetermined locations. Appx8135; Appx8488.

Agilent synthesized guide RNA with many different modifications and tested whether the modifications would impact the functionality of the CRISPR-Cas9 system. Agilent tried modifying the sugar, such as by adding a methyl group ("2′-O-methyl" modification) and using deoxyribose in place of ribose ("DNA" or "2′-deoxy" modification). Agilent also tried modifying the phosphate group, by incorporating sulfur ("phosphorothioate" modification) or acetate ("phosphonoacetate" or "PACE" modification). Appx168 (col.8:41-59); Appx205-213.



| Ribose | 2′-O-methyl modification | 2′-deoxy modification |

| Phosphate | Phosphorothioate modification | Phosphonoacetate (PACE) modification |

Appx2743; Appx2746.

Developing these modified guides was no small task. Even with its proprietary synthesis technology, synthesizing RNA with certain modifications presented challenges. Appx8135-8138. The challenges were especially great when synthesizing sgRNA, which is much longer than the RNA used in dual guides and the RNA that had been used for other purposes before CRISPR. Appx8488-8489; Appx8135-8137. For example, during the prolonged time required to synthesize sgRNA, modified nucleotides tended to degrade. Appx8490.

Beyond difficulties in the synthesis of modified guides, Agilent faced uncertainty regarding which nucleotide modifications would impair the ability of guide RNA to properly bind both the Cas protein and the target DNA. RNA had been modified to resist degradation without impeding its function in other systems. Appx8193. The mechanisms of those systems had been studied for years at the time

of the inventions and were distinct from the mechanisms of the CRISPR system. Appx8193-8202; Appx51; Appx8645-8646; Appx8648-8649. CRISPR, in contrast, involves unique structural and functional relationships between and among the gRNA, Cas protein, and target DNA, *see* Appx 8193-8202, that researchers had only just begun to understand at the time of the Agilent work. Appx8172-8175. The research that did exist at the time of the inventions suggested that modifications that had been tested and demonstrated to be effective in prior systems might interfere with and impede CRISPR mechanisms. For example, existing research suggested that the claimed modifications, including modifications at the 5′ and 3′ ends, would potentially interfere with CRISPR functionality. Appx8175-8192. Because the CRISPR mechanisms had not been fully characterized, the only way to know whether a modified guide RNA could function was to test it, so Agilent scientists developed their own assay to test the functionality of the guide RNAs at multiple target sequences. Appx8490-8491; Appx8172-8202.

Over the course of a year, Agilent scientists designed, synthesized, and tested hundreds of modified guides, mostly long single guides. Appx8491; Appx198-225 (col.68:18-121:61). Through this testing, Agilent scientists identified some modifications and combinations of modifications that resist RNA degradation without impairing guide RNA function and identified others that decreased or eliminated guide RNA function. Appx223-225 (col.117:31-121:61). They achieved

this result by late 2014, just under two years after the first publications on the use of CRISPR in eukaryotes in January 2013. *See* Appx144; Appx8488; Appx8492; Appx2581.

Others in the industry, including Synthego itself, recognized Agilent's contributions. Appx768-770; Appx796-797. After screening hundreds of guides, Agilent inventors teamed up with researchers at Stanford University to further demonstrate how well the modified guides worked in human cells. The Agilent inventions, and the results of the Stanford collaboration, were made public in a *Nature Biotechnology* article in June 2015. Appx2581-2587 ("the Hendel paper"). Publications citing the Hendel paper have called Agilent's work "pioneering," "seminal," and "a major contribution." Appx8860; Appx8484. Synthego publicly acknowledged that its products include the chemical modifications set forth in what it calls the "landmark" Hendel paper and explains on its website that the Hendel paper "set the bar…as the method of choice for CRISPR-Cas9 in primary human immune cells." Appx54-55; Appx8511.

For its work, Agilent obtained the challenged patents, U.S. 10,337,001 and U.S. 10,900,034. The patents claim synthetic guide RNA with modified nucleotides that has guide RNA functionality, Appx286 (col.243:10-24, col.244:19-33); Appx439 (col.257:35-47); Appx440 (col.259:1-10), and methods of editing DNA using the modified guide RNA. Appx287 (col.245:8-18).

Doudna's earlier patent application had disclosed CRISPR gene editing and proposed a laundry list of potential modifications to RNA, *see* Appx2137; Appx2989-2992, including types of modifications recited in the pending claims. But none of those modifications had been tested; in fact, the techniques used by Doudna and others at the time to create guide RNA could not have produced guide RNA with particular modifications in particular locations. Appx2019 (¶ 653); Appx8135. The prosecution record showed that "[b]ased on Doudna and the state of the art at the time the present application was filed, it was not possible to predict which modifications would be beneficial to guide RNAs or, at least, would not render the guide RNA non-functional." Appx2136-2139. Thus, "one would have to test the modification(s) in order to know whether guide RNA activity was present." Appx2137.

The allowed claims cover various types of modifications alone or in combination. The claims further limit the modified guides to those that retain "gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to a target polynucleotide" (the "gRNA functionality limitation"). Appx286 (col.243:10-24). Claim 1 of the '001 Patent is illustrative:

> 1. A synthetic CRISPR guide RNA having at least one 5′-end and at least one 3′-end, the synthetic guide RNA comprising:
>
> (a) one or more modified nucleotides within five nucleotides from said 5′-end, or

(b) one or more modified nucleotides within five nucleotides from said 3′-end, or

(c) both (a) and (b);

wherein said guide RNA comprises one or more RNA molecules, and *has gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to a target polynucleotide,*

wherein the modified nucleotide has a modification to a phosphodiester linkage, a sugar, or both.

Appx286 (col.243:10-24) (emphasis added). Dependent claims 2 of the '001 Patent and 4 of the '034 Patent are limited to single guides:

2. The synthetic guide RNA of claim 1 wherein said guide RNA is a single guide RNA (sgRNA).

Various other dependent claims require more specific modifications or combinations of modifications, and some specifically require PACE or thioPACE modifications:

8. The synthetic guide RNA of claim 1 wherein said guide RNA comprises a modified internucleotide linkage or a modified terminal phosphate group selected from a phosphonocarboxylate, a phosphonoacetate [PACE], and a phosphonothioacetate [thioPACE] group.

Appx286 (col.243:60-64).

## C. The Prior Art

### 1. Pioneer Hi-Bred

Pioneer Hi-Bred is an abandoned patent application directed to the idea of using DNA instead of RNA or using a "DNA-RNA combination sequence" for a CRISPR guide to edit plant DNA. Appx2591-2592; Appx2691.

Pioneer Hi-Bred discloses test procedures for measuring whether a CRISPR-Cas9 system with a particular guide works to edit DNA in a cell or organism. It

describes procedures that measure a repair process called non-homologous end joining, which occurs after successful cleavage of both strands of the target DNA. Appx2599; Appx2688 ("To test whether the…guide RNA/Cas endonuclease-system described in Example 1 could recognize, cleave, and mutate maize chromosomal DNA through imprecise non-homologous end-joining (NHEJ) repair pathways, three different genomic target sequences were targeted for cleavage (see Table 1) and examined by deep sequencing for the presence of NHEJ mutations."); Appx2692; Appx2698. Pioneer Hi-Bred discloses no way of knowing whether a particular guide can complete any of the predicate steps of associating with CAS to form a Cas:guide complex and recognizing the target DNA except by measuring the end result of the process—DNA editing. *See* Appx2688.

In Example 3, Pioneer Hi-Bred purports to test its hypothesis that DNA can be used in place of RNA as the guide in a CRISPR-Cas9 system. Appx2691; Appx8216-8221. Tables 4 and 5 summarize the results of its experiment. The results showed that its crDNA guides performed poorly or not at all. Table 4 reports testing to find an optimal concentration at which to deliver the DNA guide; mutations were detected at only two of the five concentrations tested. Appx2692-2693; Appx8217-8218. When the "optimal" concentration was further tested in Table 5, the fraction of target DNA copies that were mutated was only 0.004%—a result that Synthego

does not dispute is "more akin to noise than proof of success." Appx8234; Appx8218-8220; Appx2692-2693.

Then, in Examples 4 and 5, Pioneer Hi-Bred provides a broad, prophetic disclosure of other conceivable guide modifications. Example 4 Table 7 provides five "[e]xamples of nuclease resistant nucleotide and phosphodiester bond modifications" which "may be introduced in any one of the VT and/or CER domains of the guide polynucleotide" either "at the 5′ and 3′ ends," "in the middle," or "throughout the nucleic acid sequences comprising the VT or CER domains." Appx2695. Put another way, Pioneer Hi-Bred proposes that any of the modifications can be made anywhere in the guide.

Example 5 Table 8 proposes 17 VT and 17 CER domains for a dual-guide design. Appx2698-2699. The examples include different types of modifications "introduced individually or in combination" and "into the VT domain and/or CER domain." Appx2697; Appx2702; *see also* Appx26; Appx38 (both noting that Appx2702 invites the skilled artisan to combine the modifications of multiple sequences in Table 8). Example 5 further notes that, beyond the combinations in Table 8, "other possible combinations may be envisioned." Appx2697.

The disclosures of Pioneer Hi-Bred Example 5 are prophetic—the reference discloses no test data or other indication that the guides were ever built or that they worked. Instead, Example 5 discusses the further testing required in order to find out

whether the modifications inhibit any step of the CRISPR gene editing process. The stated but unfulfilled goal of the test plan set out in Example 5 was "[t]o examine the effect that the modified crRNA or crDNA components described in Table 8 have on the ability of their associated modified guide polynucleotides/Cas endonuclease complex to recognize and cleave" a particular DNA target. Appx2698.

Agilent tested some of the modifications suggested in Pioneer Hi-Bred, although Agilent tested mostly single guides and tested mostly 20-nucleotide VT domains, rather than the dual guides and 17-nucleotide VT domains of Pioneer Hi-Bred Table 8. Appx198 (col.68:7-8); Appx198-214. The data in Agilent's patents demonstrate that introducing a few 2′-O-Methyl or phosphorothioate modifications near the ends of a guide with a 20-nucleotide VT domain does not prevent the guide from associating with a Cas protein and a target DNA. Appx8144; Appx199 (Entry No. 12); Appx223 (col.117:49-51).[2] But the data also show that other combinations of modifications disrupt guide RNA functionality. Guides with a large number of 2′-O-Methyl modifications, as in Pioneer Hi-Bred's SEQ ID NO: 68-69 of Table 8, or

---

[2] Pioneer Hi-Bred Table 8 discloses guides that also have a few 2′-O-Methyl or phosphorothioate modifications near their ends. Appx2698. But in the shorter 17-nucleotide VT domains of Pioneer Hi-Bred's guides, modifications to the 5′ end of the guide could cause greater detriment to guide RNA functionality. *See* Appx2830-2831 (citing, *e.g.*, Appx4042-4050). Thus, no data in Agilent's patent (or elsewhere in the record) show that the guides in Pioneer Hi-Bred Table 8 do or would necessarily exhibit the same guide RNA functionality that Agilent achieved with its guides. Neither the Board nor Synthego's petition relied on Agilent's data as evidence of inherent guide RNA functionality of guides in Pioneer Hi-Bred Table 8.

a large number of 2′-deoxy (DNA) modifications, as in Pioneer Hi-Bred's SEQ ID NO: 70-87, worked poorly or not at all. Appx8143-8144; Appx206 (Entry Nos. 146-152); Appx208 (Entry Nos. 181-182, 171-179); Appx224 (col.119:50-120:23).

Pioneer Hi-Bred does not itself disclose the data that would allow a person of skill in the art to know which if any of its many prophetic modified guides would exhibit guide RNA functionality. Instead, Pioneer Hi-Bred leaves the skilled artisan to do the necessary testing to find a suitable combination of modifications, out of a set of permutations that, as Agilent's expert put it, "exceeds the number of stars in the sky." Appx8233.

Pioneer ultimately abandoned its application[3] and changed its approach. *See* Appx980-981. Pioneer filed a later patent application in January 2016 (well after Agilent's invention) in which it moved from 17-nucleotide to 20-nucleotide VT domains, like the ones Agilent tested, and changed its testing methodology to *in vitro* cleavage assays, as Agilent had also done. *Compare* Appx2697-2699 (proposing tests in cells of 39-nucleotide crRNA and crDNA with 17-nucleotide variable domain) *with* Appx8938-8939; Appx8941 (testing with an *in vitro* cleavage assay 42-nucleotide crRNA and crDNA with 20-nucleotide variable domain). The test

---

[3] *See* U.S. App. No. 14/913,177 (abandoned national stage entry of WO 2015/026885 A1).

results in Pioneer's later application testing further confirmed that DNA guides produce no CRISPR activity. Appx8938; Appx8941; Appx8982; Appx8225-8227.

## 2. Other references

Synthego's other references disclose certain types of nucleotide modifications that are required by certain dependent claims but not discussed in Pioneer Hi-Bred. In particular, Synthego relied on the discussions in Threlfall and Deleavy of PACE modifications, Appx529-532 (citing Appx2773-2781; Appx2737-2754), the "recent work" (as of late 2011) that identified these modifications as having "significant potential for biological activity." Appx529 (citing Appx2773).

## D. Board Proceedings

*Petition*—Synthego challenged the independent claims and most of the dependent claims as anticipated by Pioneer Hi-Bred, Appx480-481; Appx9140, relying largely on Pioneer Hi-Bred's Examples 4 and 5, *see* Appx483-491.

Synthego relied on a purported express disclosure of the gRNA functionality limitation. After discussing Pioneer Hi-Bred's general disclosures about how unmodified guides work in CRISPR-Cas systems, Appx489-490, Synthego stated the following about the modified guides in Tables 7 and 8:

> Pioneer Hi-Bred…discloses that the modified gRNAs of Table 8 and Table 7 can be used *to edit cells* such as maize cells.

Appx490 (citing Appx2461-2462; Appx2697 (ln.4-11); Appx2698 (ln.7-15)) (emphasis added). Synthego did not point to any functionality other than editing; editing, as described above, cannot occur unless all of the predicate steps, including associating, targeting, and cleaving, have been successfully completed. Synthego did not argue that Pioneer Hi-Bred inherently discloses gRNA functionality as part of the anticipation grounds.

Synthego did not challenge the claims that require PACE modifications based on Pioneer Hi-Bred alone. Synthego challenged these claims only in Ground 3, relying on Threlfall and Deleavey. Appx480; Appx528-533; Appx9140; Appx9191-9195. No reference except Pioneer Hi-Bred is asserted to anticipate or render obvious the independent claims, and all grounds depend on Pioneer Hi-Bred for disclosure of the gRNA functionality limitation.

*Patent Owner's Response*—Agilent responded to the Petition as framed. Agilent argued that Pioneer Hi-Bred does not teach or enable modified guides that "ha[ve] gRNA functionality to edit cells." Appx760-768; Appx779-794; Appx625-629. The cited portions of prophetic Example 5 were merely an invitation to experiment, not a disclosure of any actual functionality. Appx785-786. This is evident because Example 5 discloses multiple inoperable embodiments, as shown by the failed crDNA experiments disclosed in the other examples of Pioneer

Hi-Bred, Appx780-783, and confirmed through Pioneer's and Agilent's later testing. Appx783-784; Appx788-789.

Agilent presented evidence that undue experimentation would be required to develop a working modified guide from Pioneer Hi-Bred's disclosures, given the nascent state of CRISPR technology and unpredictability regarding whether various modifications would interfere with guide RNA functionality. Appx762-764; Appx794; *see* Appx803-808. Agilent emphasized the extensive testing Agilent itself undertook to both synthesize and test modified guides. Appx760-768; Appx793; Appx7880-8101.

***Petitioner's Reply***—In its Reply, Synthego for the first time framed the "gRNA functionality" dispute as a claim construction issue. Appx924. Synthego argued that Agilent's arguments "are based on an erroneous interpretation of 'gRNA functionality.'" Appx924. Synthego urged that "[t]o have 'gRNA functionality,' a gRNA need not cleave the target DNA, but rather need only bind to the Cas protein." Appx924.

Despite urging for the first time in its reply brief that binding Cas protein is adequate gRNA functionality, Synthego presented no evidence in its Reply and pointed to no evidence in its Petition that the modified guides disclosed in Pioneer Hi-Bred could properly bind to a Cas protein. *See* Appx910-926.

***Patent Owner's Sur-Reply***—In its Sur-Reply, Agilent explained that Synthego's new argument that only associating with the Cas protein was required could not help it because "Synthego relied exclusively on Pioneer's alleged disclosure of 'cleaving' to meet the 'targeting limitation.'" Because "Agilent proved that 'cleaving' was not disclosed by Pioneer Hi-Bred," there was no basis on which Synthego could show that Pioneer Hi-Bred disclosed targeting and binding. Appx975 (emphasis omitted).

***Final Written Decision***—The Board invalidated all the challenged claims.

The Board found that Pioneer Hi-Bred discloses gRNA functionality. First, the Board construed the gRNA functionality limitation to require that the guide can "(1) associate with a Cas protein, and (2) target that complex to a target polynucleotide" as recited in the independent claims. Appx9-10; Appx76-78. Citing this claim construction, the Board set aside Agilent's arguments that certain embodiments produce no DNA editing. Appx25-26; Appx93-94. The Board did not grapple with the ways that Agilent's arguments about editing undercut Petitioner's theory of express disclosure of gRNA functionality. Instead, the Board relied on its own theory for the gRNA functionality limitation. Appx18-19; Appx85-86. The Board interpreted Pioneer Hi-Bred's use of the phrase "modified guide polynucleotides" in Examples 4 and 5 as a disclosure of the functionality of those modified guides:

> Pioneer Hi-Bred defines the term "guide polynucleotide" as "a polynucleotide sequence that can form a complex with a Cas endonuclease and enables the Cas endonuclease to recognize and optionally cleave a DNA target site." …Pioneer Hi-Bred refers to the modified sequences in Examples 4 and 5 as "modified guide polynucleotides," indicating that those sequences have this functionality.

Appx18-19 (citing Appx2613; Appx2696; Appx2698).

The Board also rejected Agilent's enablement argument. The Board agreed with Agilent that the art was "somewhat unpredictable in December 2014." Appx32; Appx51; Appx100; Appx125. But the Board ignored the unpredictability of gRNA functionality, as well as Agilent's arguments about the breadth of Pioneer Hi-Bred's disclosures and lack of working examples. It focused instead on evidence that a skilled artisan could synthesize modified guides using standard techniques, without discussing whether those guides would function. Appx29-30; Appx97-98. The Board concluded that Pioneer Hi-Bred was enabled based on its finding that "the experimentation required to make any *one* of the anticipating gRNAs" was not undue. Appx31; Appx99 (emphasis added).

The Board held that the claims requiring PACE modifications were obvious on one ground only: a combination of Pioneer Hi-Bred and Threlfall or Deleavey. Appx65. Regarding expectation of success, the Board made no findings specific to the PACE modifications and instead only referred back to its finding of expectation of success for Ground 2. Appx60.

23

## SUMMARY OF ARGUMENT

Agilent developed improvements to guide RNA, a central component of the then-brand-new CRISPR-Cas DNA editing system. Synthego itself recognized the novel and important nature of Agilent's invention at the time. Nonetheless, Synthego persuaded the PTAB to reject all claims of the patent in light of a patent application reference—Pioneer Hi-Bred—despite the uncertain state of the art and the fact that Pioneer Hi-Bred didn't disclose any working examples, but instead pointed a person of ordinary skill in the art to guides that would not work and offered broad speculation other potential modifications of DNA and RNA for use in a CRISPR-Cas system. And it disclosed neither working nor prophetic examples of modified single guides of the type covered in the dependent claims.

Pioneer Hi-Bred cannot anticipate because it does not disclose the guide RNA functionality required by every claim. The Board did not adopt Synthego's theory of express disclosure. Instead, it relied on its own theory—never briefed or discussed—that the mere fact that the chemicals Pioneer Hi-Bred hypothesized were called "guide polynucleotides" must have meant that they would succeed in guiding the Cas protein. Relying on its own theory that it explained for the first time in the Final Written Decision was procedurally improper. In any event, the theory finds no support in law or evidence. The Board cannot, for instance, explain why the overwhelming majority of examples in Pioneer Hi-Bred are also called "guide

polynucleotides" even though there is no evidence they actually perform the claimed function, and the claimed function was not detected in Pioneer Hi-Bred's testing of the same types of modifications.

In any event, even if it had asserted that its proposed guides were functional, Pioneer Hi-Bred didn't enable a person of skill in the art to identify and select a modified guide from more than a quadrillion quadrillion possibilities identified in its mix-and-match lists. That's not surprising, since Pioneer Hi-Bred never got the invention to work for any modification and ultimately abandoned it. The Board incorrectly focused on whether a skilled artisan could manufacture any one modified guide, rather than considering the experimentation required to find a working guide within the scope of the claims. The experimentation would be undue, especially for single guides, which are more difficult to synthesize and not disclosed among the examples in Pioneer Hi-Bred's Table 8.

Finally, the Board applied its findings to the PACE and thioPACE dependent claims without any separate analysis of either the functionality of those claims or whether and why a person of skill in the art would extend the speculation of Pioneer Hi-Bred to the PACE and thioPACE claims, a new technology that didn't have the same analogues in the prior art.

## STANDARD OF REVIEW

Under the APA, this Court must "hold unlawful and set aside agency action, findings, and conclusions found to be…arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law…[or] without observance of procedure required by law." 5 U.S.C. § 706(2); *In re NuVasive, Inc.*, 841 F.3d 966, 970 (Fed. Cir. 2016).

The APA requires the Board to "make the necessary findings and have an adequate 'evidentiary basis for its findings.'" *In re NuVasive, Inc.*, 842 F.3d 1376, 1382 (Fed. Cir. 2016) (quoting *In re Lee*, 277 F.3d 1338, 1344 (Fed. Cir. 2002)). The Board "must examine the relevant data and articulate a satisfactory explanation for its action including a rational connection between the facts found and the choice made." *Id.* (quoting *Motor Vehicle Mfrs. Ass'n of U.S., Inc. v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43 (1983)).

The APA requires the Board to base its decision on arguments advanced by a party and to which the parties had notice and an opportunity to respond. *Apple Inc. v. Corephotonics, Ltd.*, 81 F.4th 1353, 1360 (Fed. Cir. 2023). "[W]hether a ground the Board relied on was 'new,' requiring a new opportunity to respond, is a question of law, subject to de novo review." *NuVasive*, 841 F.3d at 970.

The Court reviews the Board's legal conclusions de novo and its factual findings for substantial evidence. *Belden Inc. v. Berk-Tek LLC*, 805 F.3d 1064, 1073

(Fed. Cir. 2015). Anticipation is a question of fact, but "whether a prior art reference is enabling is a question of law with underlying factual inquiries." *In re NTP, Inc.*, 654 F.3d 1279, 1301 (Fed. Cir. 2011) (citing *In re Baxter Travenol Labs.*, 952 F.2d 388, 390 (Fed. Cir. 1991) and *In re Gleave*, 560 F.3d 1331, 1335 (Fed. Cir. 2009)).

## ARGUMENT

## I. PIONEER HI-BRED DOES NOT EXPRESSLY DISCLOSE GUIDE RNA FUNCTIONALITY

The Board's decisions on all claims must be reversed because Pioneer Hi-Bred fails to disclose guide RNA functionality, an element of all patent claims.

Every challenged claim includes an express functionality limitation that narrows the claim to only those "molecule[s] that can: (1) associate with a Cas protein, and (2) target that complex to a target polynucleotide." Appx9; Appx77.

"A claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference." *Verdegaal Bros., Inc. v. Union Oil Co. of Cal.*, 814 F.2d 628, 631 (Fed. Cir. 1987). Synthego did not argue that Pioneer Hi-Bred's guides inherently meet the guide RNA functionality limitation. *See* Appx481-515; Appx618. The Board did not rely on inherency at all. Appx43-44; Appx87-95. The Board's findings on all grounds can be sustained, therefore, only if Pioneer Hi-Bred expressly teaches guide

RNA functionality.[4] It is undisputed that Pioneer Hi-Bred itself did not teach any working example of a modified guide with guide RNA functionality.

To meet the guide RNA functionality limitation, the Petition relied on a suggestion in Pioneer Hi-Bred that "the above-mentioned modified guide polynucleotides may…be used to introduce…mutations" and otherwise edit DNA, and on disclosure of a proposed procedure "to examine the effect that" the modifications have on the functionality of the guides. Appx490; Appx9149-9150 (both citing Appx2697 (ln.4-11) and Appx2698 (ln.7-15)).

The Board did *not* adopt the Petition's argument. Instead, it relied on the fact that Pioneer Hi-Bred *called* its disclosed guides "modified guide polynucleotides," and elsewhere defined the term "guide polynucleotide" as a sequence by its function. Appx18-19; Appx85-86 (both citing Appx2613 (ln.6-8); Appx2696 (ln.14)-Appx2697 (ln. 11); Appx2698 (ln.4-6). The Board explained:

> Pioneer Hi-Bred defines the term "guide polynucleotide" as "a polynucleotide sequence that can form a complex with a Cas endonuclease and enables the Cas endonuclease to recognize and optionally cleave a DNA target site." [Appx2613]…. Pioneer Hi-Bred refers to the modified sequences in Examples 4 and 5 as "modified guide polynucleotides," indicating that those sequences

---

[4] While the Board also invalidated some claims based on Synthego's obviousness grounds, in none of those grounds did the Board decide that functionality was not disclosed in Pioneer Hi-Bred but would have been obvious to one of skill in the art. Appx43-44; Appx58-62; Appx118; Appx134-138. Thus, both its anticipation and obviousness arguments stand or fall on whatever evidence the Board can point to in Pioneer Hi-Bred.

have this functionality. [Appx2696]; *see also id.* at [Appx2698] (referring to the complex formed by the "modified crRNA or crDNA components described in Table 8" as a "modified guide polynucleotide/Cas endonuclease complex").

Appx18-19. In essence, the Board assumes that because Pioneer Hi-Bred used the term "guide polynucleotide," a skilled artisan would have known that they would function as guides. Doing so was both procedurally improper and erroneous on the merits.

The problem with the Board's new theory is that Pioneer Hi-Bred applies the language to guides for which its own tests failed to detect the claimed functionality.[5] Merely calling something a "guide polynucleotide" does not show that it actually works as a guide. Indeed, Pioneer Hi-Bred used the term for a variety of examples, none of which the reference showed to work as guides and many of which turned out not to work. Because Pioneer Hi-Bred does not expressly disclose any information that would allow a skilled artisan to know that certain of the disclosed guides exhibit guide RNA functionality, it cannot anticipate.

---

[5] As discussed above, Pioneer Hi-Bred's test procedures could show that a guide performed the claimed associating and targeting functions by detecting editing, which can only occur after the predicate steps of associating, targeting, and cleaving. So although the negative result of a test for editing does not conclusively prove which predicate step is inhibited by a particular set of modifications, the tests discussed in the record sought to detect the successful completion of all three steps and fail to provide evidence that any occurred.

Further, the Board failed to make any finding that the functionality of the guides not disclosed in Pioneer Hi-Bred—namely, guides with PACE and thioPACE modifications of claims 8, 11, 16, 19, and 26 of the '001 Patent and claims 6-7 and 22-23 of the '034 Patent—is either inherent or expressly disclosed in Pioneer Hi-Bred.

Finally, the Board departed from Synthego's theory and relied on the "modified guide polynucleotide" nomenclature without giving Agilent notice and an opportunity to respond, a procedural failing requiring remand.

## A. Pioneer Hi-Bred Does Not Differentiate Functional from Non-Functional Guides

Pioneer Hi-Bred discloses many inoperable guides among its enormous number of prophetic guides. A skilled artisan reading Pioneer Hi-Bred would have known this because the reference both discloses data that would lead them to doubt that guide DNA works at all and acknowledges uncertainty about which of the remaining modified guides in Examples 4 and 5 would work. Appx8216-8220; Appx8234; Appx2690-2693; Appx786-787 (citing, inter alia, Appx2695).

Pioneer Hi-Bred discloses test procedures that measure success by counting mutations, a phenomenon that must be preceded by the association of the guide RNA with a Cas protein, targeting of the DNA site of interest, and cleavage of the target DNA. *E.g.*, Appx2698. Then, in Example 3, Pioneer Hi-Bred discloses testing of one guide, a crDNA guide, according to this method. Although Pioneer Hi-Bred

hypothesized that it invented a new guide, one based on DNA instead of RNA, it is undisputed that the test was a failure. Out of the crDNA test results disclosed in Tables 4 and 5, the "optimal" condition resulted in only 40 (0.004%) target DNA copies that were mutated—a result that Synthego does not dispute is "more akin to noise than proof of success." Appx8234; Appx8216-8220; Appx2690-2693. Later testing confirmed these results; crDNA and sgDNA guides were proven to be inoperable—editing was not detected, and so neither was the claimed functionality. Appx8216-8217; Appx8937; Appx8940; Appx8982 (col.B); Appx8672-8696; Appx8697-8719; Appx9005-9017. Further, introducing 2′-O-methyl modifications throughout the guide, as in a guide composed of sequences 68 and 69 of Pioneer Hi-Bred, also results in an inoperable guide for which gRNA functionality was not detected. Appx225 (col.122:49-54); Appx224 (col.119:54-55); Appx787-788.

Table 8 lists 26 examples of inoperable VT and CER domains of crDNA. Accordingly, Example 5 does not demonstrate that the modified guides of Table 8 work as Pioneer Hi-Bred intended, but rather indicates that testing is needed to determine which if any of the modified guides might possibly work. Example 5 is entitled *Examining the effect* of nucleotide base and phosphodiester bond modifications to the guide polynucleotide component of the guide/Cas endonuclease system in maize" and discusses a protocol "[t]o examine the effect that the modified crRNA or crDNA components described in Table 8 have *on the ability of their*

*associated modified guide polynucleotide/Cas endonuclease complex to recognize*
and cleave *the [target] site*," Appx2697-2698 (emphasis added). These disclosures
show that it was not known whether the guides in Table 8 would allow the
CAS:guide complex to recognize, (or cleave or edit), the target DNA.

The Board did not deny this evidence but sidestepped it. It relied instead on
Pioneer Hi-Bred's use of the term "modified guide polynucleotides" itself as
evidence that they must function as guides. Appx18-19. But calling something a
guide does not make it one. And it is evident from Pioneer Hi-Bred itself that not
everything referred to as a "modified guide polynucleotide" actually worked.
Pioneer Hi-Bred uses the same term to refer to many guides for which gRNA
functionality was not detected in the prior art; a result confirmed in later testing. In
Example 4, for instance, this term encompasses guides with "Deoxyribonucleic
Acid" modifications that "can be introduced throughout the nucleic acid sequences
comprising the VT or CER domains," and in Example 5, the term encompasses the
crDNA examples of Table 8. Appx2695-2699. But Pioneer Hi-Bred itself casts
significant doubt on whether these actually functioned as guides. Appx2690-2693;
Appx8216-8220; Appx8234.

### B.     The Board Relied on a Theory Not Presented in the Petition

In the face of Agilent's evidence against Synthego's alleged express
disclosures of guide RNA functionality, the Board pivoted to a different theory

without giving Agilent an opportunity to respond. Even if the Board's theory had merit, and it does not, this was a procedural error.

Under the APA, "the Board must base its decision on arguments that were advanced by a party, and to which the opposing party was given a chance to respond.'" *Corephotonics*, 81 F.4th at 1360 (quoting *In re Magnum Oil Tools Int'l, Ltd.*, 829 F.3d 1364, 1381 (Fed. Cir. 2016)).

Rather than adopt the Petition's arguments regarding guide RNA functionality, the Board came up with its own theory: it relied on the use of the term "modified guide polynucleotide" in Examples 4 and 5 as its sole evidence that Pioneer Hi-Bred discloses guide RNA functionality within the meaning of the terms. Appx18-19.

This was procedurally improper. Agilent had no notice of this theory until the Final Written Decision. The Board departed from the Petition, which relied solely on discussions of editing and mutations for these limitations. Although the Board cited the definition of "guide RNA functionality" in the institution decision, it did not cite the use of that term in Example 5 or articulate that it was applying the definition of "guide polynucleotide" to the term "modified guide polynucleotide" in Examples 4 and 5. Appx698.

The Board's pivot here parallels the one vacated by the Court in *In re NuVasive*, 841 F.3d 966, 972-73, 957 (Fed. Cir. 2016). In *NuVasive*, the claims

required an implant with length at least 2.5 times the width. *Id.* at 968. The Petition

cited the Michaelson reference, but not Figure 18 and not for the length-to-width

ratio. *Id.* at 969. Medtronic in reply and the Board in its final written decision looked

to Michaelson Figure 18 as showing the length-to-width ratio. *Id.* at 970. This Court

vacated and remanded. *Id.* at 975. The patent owner "was entitled to an adequate

opportunity to respond to this asserted fact about Michelson." *Id.* at 972. But Patent

Owner had no notice "that it was obliged to use its Patent Owner Response to address

Figure 18 and its relationship to the length/width ratio claim limitation." *Id.* at 972.

Here, Synthego relied for the functionality limitation on an alleged express

disclosure that Pioneer Hi-Bred's modified guides can be used to edit cells, but until

the Final Written Decision, neither the Board nor the Petitioner explained that it

viewed the use of the term "modified guide polynucleotide" in Examples 4 and 5 as

a disclosure of gRNA functionality of the modified guides. Agilent was entitled to

respond to the Board's assertion about the meaning of "modified guide

polynucleotide" in Examples 4 and 5, and because the assertion was made for the

first time in the Final Written Decision, Agilent had no notice that it needed to say

anything about the definition of "guide polynucleotide" or the use of the term

"modified guide polynucleotide" in Examples 4 and 5.[6]

---

[6] The present case is unlike the parallel proceeding in *NuVasive*, where the court found adequate notice because Petitioner had cited Michaelson Fig.18 in the petition

## C. The Board's Error Cannot Be Corrected by Relying on Synthego's Arguments

The Board's error cannot be saved by pointing to the Petition's entirely different argument for functionality. The Board did not adopt that argument. The Court must evaluate the Board's opinion on the bases articulated. *SEC v. Chenery Corp.*, 318 U.S. 80, 87 (1943). So even if the Court were persuaded that the Petition's argument was correct, remand would be required. But in any event, the purported express disclosures of gRNA functionality that Petitioner relied on also apply to inoperable guides. Petitioner relied on a disclosure that the guide polynucleotides of Example 4, including those with Deoxyribonucleic Acid modifications, may "be used to introduce…mutations" and otherwise edit DNA, Appx2697, and further relied on a procedure to examine the effects of all the modifications "described in Table 8," including the crDNA, on whether the guide can form a Cas:guide complex that recognizes the target DNA, Appx2698.

Because these statements are generalized to operable and inoperable guides, they cannot be disclosures that any particular guide has the functionality that brings it within the scope of the claims. This fact is further underscored by the

---

and made a comparison of length to width in that figure. *Id.* at 969, 972. Here, neither the Petition nor the institution decision cited the use of the term "modified guide polynucleotide" in Examples 4 and 5 as evidence that each of the sequences disclosed there must function as guides, or indeed said anything about the functionality implied by the use of that term.

unpredictability in the art, particularly as to whether modifications would impede the associating and targeting functions of a guide. The Board agreed the art was "somewhat unpredictable in December 2014," because "as Patent Owner points out, the interactions in a CRISPR/Cas system are complex and that there are mechanistic differences from the prior art RNA systems." Appx32; Appx51. A prior artisan could not have known from Pioneer Hi-Bred's general discussions of desired functionality that any particular modification would or would not disrupt guide RNA functionality in CRISPR-Cas systems—and the Board made no contrary finding.

The Board did not deny the veracity of Agilent's evidence of inoperable examples, but erroneously considered it irrelevant. The Board set aside the inoperable crDNA examples, explaining that "Pioneer Hi-Bred discloses both DNA and RNA-based embodiments" and "[t]he Petition is premised on the latter." Appx22; Appx90. But the problem with the Petition was not that it was premised on any inoperable embodiments. The problem is that it relies on statements in Pioneer Hi-Bred that cannot be disclosures of guide RNA functionality because they apply to undisputedly inoperable guides for which the claimed functionality could neither be deduced nor detected.

The Board also wrongly set aside the evidence that sequences 68 and 69 are inoperable based on a misunderstanding of Agilent's argument. Appx25; Appx103. Synthego's petition had relied on Pioneer Hi-Bred's disclosures related to cleavage

to show modified guides meet the gRNA functionality limitation. Appx489-490. In response, Agilent presented evidence of examples of modifications that led to no or virtually no cleavage, showing that Synthego's disclosures related to cleavage were inadequate to show guide RNA functionality. Appx612-616; Appx619-620. Only in reply did Synthego characterize the issue as one of claim construction, arguing that it doesn't matter whether the guide cleaves target DNA because the claim term "gRNA functionality" doesn't require it. Appx924.

The Board construed guide RNA functionality not to require cleavage and, on that basis, dismissed Agilent's arguments related to sequences 68 and 69's inability to cleave. Appx43-44. In doing so, the Board missed what was clear in Agilent's Reply and Sur-Reply: evidence that sequences 68 and 69 do not cleave undercuts Synthego's evidence of guide RNA functionality because the only way Synthego sought to show any functionality at all was to show cleavage. *See* Appx975 ("Synthego now advances a flawed construction, under the false premise that one of Agilent's enablement arguments reads a 'cleavage' requirement into 'gRNA functionality.' But Agilent does not misconstrue the claim; Synthego relied exclusively on Pioneer's alleged disclosure of 'cleaving' to meet the 'targeting limitation,' and Agilent proved that 'cleaving' was not disclosed by Pioneer Hi-Bred."). In any event, there is no specific disclosure in Pioneer Hi-Bred that any modified guide RNA actually bound to the Cas or associated the Cas:guide complex

with the target DNA. More generally, the inoperability of many of Pioneer Hi-Bred's examples undercuts Petitioner's and the Board's reasoning on guide RNA functionality because it shows that none of Pioneer Hi-Bred's general disclosures related to how guides are meant to work in a CRISPR-Cas system can be understood as disclosures that any particular guide actually works.

Moreover, the Board relied on inapposite case law to look past Pioneer Hi-Bred's lack of test data. The Board quoted *Novo Nordisk* for the proposition that "anticipation does not require actual performance of suggestions in a disclosure." Appx21-22; (quoting *Novo Nordisk Pharms., Inc. v. Bio-Tech. Gen. Corp.*, 424 F.3d 1347, 1355 (Fed. Cir. 2005)). The quoted language is part of the general legal standard for whether a prior art disclosure is enabling, not whether a functional limitation is disclosed in the prior art. *Novo Nordisk*, 242 F.3d at 1355. In that case, the court actually relied on test data. There, as here, the claim included a functionality limitation (that the claimed synthetic hGH "have the full biological activity of pituitary-derived hGH"). *Id.* The court affirmed the district court's finding that this limitation was disclosed based on the prior art reference's test data showing identical activity. *Id.* at 1355-56. Here, by contrast, there is no data showing that Pioneer Hi-Bred's Table 8 guides have gRNA functionality, and what test data there is shows that the claimed functionality was not detected.

The other cases the Board cited, *Donohue*, 766 F.2d at 533, and *Rasmusson v. Smithkline Beecham Corp.*, 413 F.3d 1318, 1325-26 (Fed. Cir. 2005), both concern whether a prior art disclosure is enabling and did not consider whether a functional limitation is expressly or inherently disclosed. We discuss *Donohue* and the enablement standard in Part II. Even apart from enablement, a prior art reference cannot anticipate a claim if it lacks an element of that claim. Here, guide RNA functionality is such an element.

Because Pioneer Hi-Bred lacks an express disclosure of functionality, and the Board did not rely on inherency, Pioneer Hi-Bred does not supply the gRNA functionality limitation of any challenged claim.

### D. Pioneer Hi-Bred Does Not Expressly Disclose Functionality of Phosphonoacetate (PACE) or Phosphonothioacetate (thioPACE) Modified Guides

Regardless of its errors with respect to the independent claims, the Board erred in holding claims 8, 11, 16, 19, and 26 of the '001 Patent and 6-7, 22-23 of the '034 Patent obvious on the same basis, despite the complete lack of any discussion in the prior art of the guide RNA functionality of modified guides not in Pioneer Hi-Bred. These errors warrant reversal as to Ground 3 in both IPRs, and as to all claims falling under Ground 3.

The Petition did not argue that Pioneer Hi-Bred's alleged functionality disclosures applied to a broader set of modified guides than the one actually

disclosed in the reference. In fact, Synthego did not separately address the gRNA functionality limitations as part of its obviousness Ground 3 at all, arguing only that the skilled artisan would have an *expectation of success* using the 3′-phosphonoacetate (PACE), or 3′-phosphonothioacetate (thioPACE) modified guides in a CRISPR system. Appx525-528; Appx532-533; Appx779-780.

Patent Owner responded that the obviousness grounds fail because they rely on nothing beyond Pioneer Hi-Bred for their disclosure of the gRNA functionality limitation, and more specifically that Pioneer Hi-Bred does not mention PACE or thioPACE modifications with the claimed functionality and so cannot serve as a prophetic hook for gRNA functionality in the alleged obviousness combination. Appx997-998; Appx798-799.

The Board's only finding regarding the guide RNA functionality for the obviousness grounds for these claims was the blanket statement that "Pioneer Hi-Bred discloses synthetic gRNA and crRNA molecules having the recited gRNA functionality." Appx43. This finding is erroneous as to modified guides not mentioned in Pioneer Hi-Bred for two reasons. First, Pioneer Hi-Bred fails to disclose the functionality of any particular guide, as discussed above. Second, in any event, it cannot logically be understood as a disclosure of the functionality of guides with modifications not found in Pioneer Hi-Bred, such as those disclosed in the identified dependent claims. For this additional reason, the Board erred in finding

the guide RNA functionality limitation met for Ground 3 of both IPR2022-00402 and IPR2022-00403.

***

The Board found the guide RNA functionality limitation met in the absence of any express disclosure of the functionality limitation. The Board made the same error about guide RNA functionality for all claims and grounds that it reached. This error warrants reversal on all claims and all grounds that the Board reached.

The Board relied for all grounds on a theory for "guide RNA functionality" not presented in the petition and to which Petitioner had no opportunity to respond. This error warrants remand on all asserted grounds and all claims. *See NuVasive*, 841 F.3d at 975.

The Board held claims 8, 11, 16, 19, and 26 of the '001 Patent and 6-7 and 22-23 of the '034 Patent obvious on the same basis, despite the complete lack of any discussion in the prior art of the guide RNA functionality of guides having modifications not in Pioneer Hi-Bred. These errors warrant reversal as to Ground 3 in both IPRs, and as to all claims falling under Ground 3.

## II.    PIONEER HI-BRED IS NOT ENABLING

Independently, and even if this Court were somehow persuaded that the use of the word "guide" could somehow qualify as a disclosure of the guide RNA

functionality element, Pioneer Hi-Bred did not enable a person of skill in the art to make guide RNAs that exhibited the functionality the claims require.

Pioneer Hi-Bred proposes a broad range of possible DNA and RNA guides. Rather than providing test data or identifying structural features that differentiate between those guides that would exhibit guide functionality and those that would not, Pioneer Hi-Bred merely states the desired functionality and invites the skilled artisan to make innumerable modified guides and screen them for functionality. A skilled artisan would have to experiment unduly to arrive at a functional species within the scope of the claims. Pioneer Hi-Bred is thus not an enabling prior art reference.

*Impax Laboratories v. Aventis Pharmaceuticals, Inc.*, 545 F.3d 1312 (Fed. Cir. 2008), is analogous. The *Impax* court considered whether the prior art's broad prophetic disclosure of a range of compounds and diseases enabled a claim on treating ALS with an effective amount of riluzole. It did not. Even though the prior art mentioned riluzole, ALS, and a dose range, it did not teach that the dose range would be effective for that specific compound and condition. *Impax*, 545 F.3d at 1315. The court held that excessive experimentation would have been necessary to practice the invention. *Id. Amgen Inc. v. Sanofi*, 598 U.S. 594 (2023), further underscores that research assignments of the type in Pioneer Hi-Bred do not enable species within a functionally defined genus because undue experimentation would

be required to produce and screen innumerable candidates for the claimed functionality. That is particularly true given the nascent and highly uncertain state of the art as of December 2014.

The Board failed to heed *Impax* and *Amgen* and consider the experimentation required to screen Pioneer Hi-Bred's prophetic guides for functionality, instead focusing only on whether the prior art would enable a skilled artisan to manufacture a guide within the scope of Pioneer Hi-Bred's disclosures. Because the functionality of any of Pioneer Hi-Bred's proposed guides could not have been predicted based on the prior art, screening for functionality would have been an essential step for anyone seeking to implement the teachings of the prior art and achieve the functionality required by the claims. And because Pioneer Hi-Bred discloses an astronomical number of possible examples and points the skilled artisan toward many that turned out to be inoperable, the experimentation required to practice the claims would have been excessive.

## A. Pioneer Hi-Bred Discloses a "Research Assignment"

Pioneer Hi-Bred cannot anticipate the challenged claims because it is not enabling. To anticipate, a "reference must describe the applicant's claimed invention sufficiently to have placed a person of ordinary skill in the field of the invention in possession of it." *In re Spada*, 911 F.2d 705, 708 (Fed. Cir. 1990). A reference must therefore not only expressly or inherently disclose each claim element, *Eli Lilly &*

*Co. v. Zenith Goldline Pharms., Inc.*, 471 F.3d 1369, 1375 (Fed. Cir. 2006), but also "enable one of ordinary skill in the art to make the invention without undue experimentation," *Impax*, 545 F.3d at 1314 (citing *Finisar Corp. v. DirecTV Group, Inc.*, 523 F.3d 1323, 1336 (Fed. Cir. 2008)); *In re Donohue*, 766 F.2d 531, 533 (Fed. Cir. 1985)).

The *Wands* factors guide the analysis of whether experimentation is undue. *Id.* at 1314. The factors are (1) the quantity of experimentation; (2) the amount of direction or guidance present; (3) the presence or absence of working examples; (4) the nature of the invention; (5) the state of the prior art; (6) the relative skill of those in the art; (7) the predictability or unpredictability of the art; and (8) the breadth of the claims. *Id.* at 1314-15 (citing *In re Wands*, 858 F.2d 731, 737 (Fed.Cir.1988)).

A "reference need only enable a single embodiment of the claim," *In re Morsa*, 803 F.3d 1374, 1377 (Fed. Cir. 2015), and where the prior art discloses a genus without indicating which if any species within the genus will embody the claims, one must experiment to find an embodiment. Some of the experimentation required to practice an invention may take the form of screening candidate products for whether they have a certain claimed feature. A lack of test data or working embodiments in the prior art, while not in all cases fatal to enablement, *Donohue*, 766 F.2d at 533, leaves the public to do more experimentation in order to possess the invention. *See Impax*, 545 F.3d at 1315-16 (holding that findings of a reference's

broad and general disclosures and lack of working examples "support its conclusion that an ordinarily skilled artisan would have needed to experiment unduly to gain possession of the invention").

The Board did not have the benefit of *Amgen*,[7] which sets out the standard whether a generic disclosure enables a skilled artisan to make the species in the genus without undue experimentation. While *Amgen* involved enablement of the patent under section 112, not enablement of prior art under sections 102 and 103, the two standards are largely the same with exceptions not relevant here. While prior art enablement need not satisfy patent law's utility standard, *In re Hafner*, 410 F.2d 1403, 1405 (C.C.P.A. 1969), the prior art must enable the claims as written. *See Bristol-Myers Squibb v. Ben Venue Laboratories, Inc.,* 246 F.3d 1368, 1374 (Fed. Cir. 2001) ("To anticipate the reference must also enable one of skill in the art to make and use the claimed invention."). Here, the Board found that the claims included a requirement that the guide RNAs perform particular functions. Appx9-10. Thus, to be an enabling prior art reference, Pioneer Hi-Bred must teach the person of skill in the art to make a guide RNA that performs those functions without undue experimentation. *Impax*, 545 F.3d at 1314-15; *Novo Nordisk Pharms., Inc. v. Bio-Tech. Gen. Corp.*, 424 F.3d 1347, 1355 (Fed. Cir. 2005).

---

[7] *Amgen* was decided after the Board's opinion was released.

The claims in *Amgen* were drawn to antibodies with certain binding functionality. 598 U.S. at 602. The specification disclosed the sequences of 26 working embodiments that had been screened for the binding functionality. *See id.* at 602 ("Amgen identified the amino acid sequences of 26 antibodies that perform these two functions"); *Amgen Inc. v. Sanofi*, No. 14-1317-RGA, 2019 WL 4058927, at *11 (D. Del. Aug. 28, 2019). The Supreme Court held that the specification enabled these 26 working embodiments. The other embodiments within the scope of the claims were not enabled even though the patent provided a two-part "roadmap" to make "every undisclosed but functional antibody." *Amgen*, 598 U.S. at 614. The first step in the roadmap "merely describes step-by-step Amgen's own trial-and-error method for finding functional antibodies—calling on scientists to create a wide range of candidate antibodies and then screen each to see which happen to [meet the functionality limitation]. The second isn't much different. It requires scientists to make substitutions to the amino acid sequences of antibodies known to work and then test the resulting antibodies to see if they do too—an uncertain prospect given the state of the art." *Id.* The court characterized the two approaches as "little more than two research assignments," which "is not enablement." *Id.* "More nearly, it is 'a hunting license.'" *Id.*

*Impax* provides an illustration of a generic prior art disclosure that failed to enable an embodiment within the genus. 545 F.3d at 1314-15. The claims in *Impax*

were drawn to a method of treating amyotrophic lateral sclerosis ("ALS") with an effective amount of riluzole. U.S. Patent No. 5,527,814 at claim 1. The prior art reference disclosed "hundreds or thousands of compounds and several diseases" as well as "dosage guidelines." *Impax*, 545 F.3d at 1315. But it lacked working examples, and although it specifically mentioned riluzole and ALS (the claimed compound and disease), "nothing in the [reference] would direct one skilled in the art to recognize that riluzole could be used to treat ALS" out of all the potential combinations of compounds and diseases. *Id.* Further, the dosage guidelines were "not specific to any of the hundreds of formula I compounds of the claimed invention or to any of the listed diseases." *Impax*, 545 F.3d at 1315. Based on these findings, the Federal Circuit held "that excessive experimentation would have been necessary to practice the invention." *Id.* at 1315-16.

Pioneer Hi-Bred discloses a genus of modified guides at least as big as the genera in *Impax* and *Amgen*. Examples 4 and 5 of Pioneer Hi-Bred prophetically disclose many guide modifications. Table 7 similarly lists five "[e]xamples of nuclease resistant nucleotide and phosphodiester bond modifications" that "may be introduced in any one of the VT and/or CER domains of the guide polynucleotide" either "at the 5′ and 3′ ends," "in the middle," or "throughout the nucleic acid sequences comprising the VT or CER domains." Appx2695. Table 8 presents 17 different VT domains and 17 CER domains, Appx2698-2699, which Pioneer

Hi-Bred invites the skilled artisan to introduce "individually or in combination." Appx2697; Appx2702; *see also* Appx26; Appx38 (both interpreting this language in Pioneer Hi-Bred as an invitation to combine the modifications of multiple sequences in Table 8).

Taking just the five potential modifications disclosed in Table 7 and introducing them in any combination throughout a 17-nucleotide VT domain and 22-nucleotide CER domains results in $6^{39}$—over a quadrillion quadrillion—possible combinations.[8] *See* Appx8233. The number of possible combinations of modifications thus far exceeds the "hundreds or thousands of compounds and several diseases" of *Impax*, 545 F.3d at 1315, and the "millions of candidates" in *Amgen*, 598 U.S. at 603, 613 (quoting *Amgen Inc. v. Sanofi*, No. 14-1317-RGA, 2019 WL 4058927, at *8 (D. Del. Aug. 28, 2019)). Pioneer Hi-Bred gives us no more than a "trial-and-error" approach to sorting through that enormous number of possibilities—a number that the record establishes "exceeds the number of stars in the sky." Appx8233.

---

[8] The number of possible combinations is the number of possible modifications at each position to the power of the number of positions where modifications may be made. Conservatively assuming that each nucleotide may have either no modification or one of the five modifications in Table 7 and using the VT and CER domain lengths presented in Table 8, the number of possible combinations is (6 possible modifications) ^ (39 positions).

True, a reference can enable more than just its working examples. Under *Wands*, the court considers the lack of working examples in conjunction with factors, including other "direction or guidance present" and "predictability or unpredictability of the art." *Impax*, 545 F.3d at 1314-15 (citing *Wands*, 858 F.2d at 737); *see also Donohue*, 766 F.2d at 533. As an alternative to listing a species and stating its functionality, *Amgen* permits "an example (or a few examples)" to enable a different species as long as "the specification also discloses 'some general quality…running through' the class that gives it 'a peculiar fitness for the particular purpose.'" *Amgen*, 598 U.S. at 610-11 (quoting *Incandescent Lamp*, 159 U.S. 465, 475 (1895)).

But Pioneer Hi-Bred's disclosures do not distinguish the operable from the inoperable candidate guides. As in *Amgen*, Pioneer Hi-Bred discloses no common structural features that distinguish the operable guides. Pioneer Hi-Bred includes lengthy discussion of how guide polynucleotides work but only generic disclosures that modified guide polynucleotides can be used. *See* Appx488-490 (citing general discussions of functionality at Appx2613-2614; Appx2686; Appx2688). It does not offer any guidance for how to select those modified guide polynucleotides. This discussion does no more to enable a skilled artisan than the dosage guidelines in *Impax*, which the court explained were "broad and not specific to any of the hundreds

of formula I compounds of the claimed invention or to any of the listed diseases." *Impax*, 545 F.3d at 1315 (quoting *Impax*, 496 F.3d at 433).

Nor was the art sufficiently predictable that a skilled artisan could have known without testing which modified guides would exhibit guide RNA functionality. The proposed modifications were known to prevent RNA degradation, but unpredictability lay in whether modifications would disrupt the ability of a guide to associate with Cas and target a sequence. Agilent's testing later showed that guides with some of the modifications that Pioneer Hi-Bred's proposes turn out to have guide RNA functionality (although many do not, and Agilent's operable guides had 20-nucleotide VT domains rather than the 17-nucleotide VT domains of Pioneer Hi-Bred), but screening still would have been required because, as Agilent's evidence shows, a skilled artisan could not have predicted which modifications or combinations of modifications would interfere with a guide's ability to bind either its associated Cas protein or a target DNA strand—in other words, which modified guides would exhibit the claimed guide RNA functionality. Appx8169-8170; Appx8172-8192; Appx794. And Pioneer Hi-Bred focused on modified dual guides, not the modified single guides of Agilent's dependent claims. Appx2698-2699.

The Board agreed that the art was "somewhat unpredictable in December 2014," because "as Patent Owner points out, the interactions in a CRISPR/Cas system are complex and that there are mechanistic differences from the prior art

RNA systems." Appx32; Appx51. The Board made no finding that the prior art would have allowed one to reliably predict which modifications would or would not disrupt guide RNA functionality. Thus, notwithstanding the Board's findings that a skilled artisan would have known "that gRNA was subject to degradation" and "the particular types of chemical modifications disclosed in Pioneer Hi-Bred and recited in the challenged claims had been known and used for decades to stabilize RNA against unwanted degradation in other systems," Appx32, a skilled artisan could not have predicted which of these modifications would disrupt guide RNA functionality in CRISPR-Cas systems.

Ultimately, Pioneer Hi-Bred's teachings are at best research assignments, like the disclosures of *Impax* and *Amgen*. Pioneer Hi-Bred provides test protocols, but no test results, for the candidate guides of Examples 4 and 5. Appx2698 (test protocol for modifications proposed in Example 5); Appx2700 (test protocol for modifications proposed in Example 4). The protocols are merely a "roadmap" or "research assignment" to identify embodiments within the scope of some claims. Under *Amgen*, these research assignments are not enabling. 598 U.S. at 614; *see also Impax*, 545 F.3d at 1315-16.

And it was a roadmap Pioneer Hi-Bred itself didn't successfully follow. Pioneer Hi-Bred discloses a failed experiment rather than any working examples within the scope of Agilent's claims. Pioneer's application was ultimately

abandoned, and in 2016, Pioneer filed a new patent application disclosing a different testing approach and more useful results of that testing. Appx980-981; Appx8937; Appx8940; Appx8982. It did not claim priority to the abandoned application the Board relied on as prior art. As of the 2014 priority date, Agilent was the only company that had actually done the research and achieved successful results through an extensive screening process, *see* Appx198-222 (col.67:18-116:50), and Agilent's patent was thus the first to put the public in possession of the claimed invention.

It is true that Agilent—not Pioneer Hi-Bred—later discovered that a combination of modifications that could be gleaned from the Pioneer Hi-Bred reference could be made to work. But that fact does not mean that Pioneer Hi-Bred enabled the invention. As this Court made clear in *Regents of the University of California v. Broad Institute, Inc.*, 903 F.3d 1286, 1292-93 (Fed. Cir. 2018), another case involving CRISPR technology, the question is not whether something ultimately turned out to work but whether at the time of invention those of skill in the art would have a reasonable expectation of success. Or, in the case of enablement, whether the art was predictable at the time of invention, not after. *Cephalon, Inc. v. Watson Pharm., Inc.*, 707 F.3d 1330, 1336 (Fed. Cir. 2013). In *Regents*, the Court held the application of CRISPR in eukaryotes nonobvious even though it turned out to be surprisingly easy to adapt the technology from prokaryotes to eukaryotes. No one at the time would have expected it to be easy, and so it didn't matter that it later

turned out to be. *See also Elan Pharms. v. Mayo Found.*, 346 F.3d 1051, 1056-57 (Fed. Cir. 2003) (remanding case for determination of enablement by the prior art even though art taught the idea of producing a transgenic mouse and the patentee had ultimately gotten one of the methods mentioned in the prior art of making that mouse to work).

In any event, as noted above, there was nothing easy about Agilent's ultimate discovery. It took Agilent undue experimentation to find out which combinations of guide RNA modifications could be made without inhibiting functionality. And when Agilent disclosed this discovery, its peers called Agilent's invention "pioneering," "seminal," "a major contribution," Appx8860; Appx8484, and a "landmark" paper that "set the bar…as the method of choice for CRISPR-Cas9 in primary human immune cells." Appx54-55; Appx8511. That is not the reaction one would expect to a routine implementation of the prior art.

## B. The Board Failed to Consider the Experimentation Required to Identify Functional Guides

Instead of considering Agilent's arguments regarding the time it took Agilent's scientists to make and screen a range of guides, Appx761-762; Appx793-794, the Board erroneously set aside these facts as irrelevant and looked only to "the experimentation required to *make* any *one* of the anticipating gRNAs" without testing to see if it worked. Appx31; Appx99 (emphases added). The Board failed to consider (1) the experimentation required to screen out non-functional guides within

the scope of the claims, and (2) the experimentation required to test the functionality of one or more modified guides. This is error, particularly in view of *Amgen v. Sanofi*.

The Board focused on the guides disclosed in Pioneer Hi-Bred Example 5, Table 8, and found that undue experimentation would not have been required to make any particular one of the allegedly anticipating guides listed there. But the Board gave no reason a skilled artisan would begin the research assignment with these guides, or why the skilled artisan would not engage in undue experimentation with the many unsuccessful examples Pioneer Hi-Bred disclosed before testing these two guides.

Even assuming a skilled artisan would skip to Example 5 (and the Board offered no reason to think they would), the range of possible guides disclosed there is not small. To start, Table 8 discloses 17 exemplary VT and 17 exemplary CER domains. Further, Example 5 states that "other possible combinations may be envisioned." Appx2697. Indeed, the Board found that Pioneer Hi-Bred discloses combining the sets of modifications in Table 8. Appx26; Appx38 (citing Appx2702 ("Nucleotide base and/or phosphodiester bond modifications similar to those illustrated in Example 5 Table 8 can be introduced individually or in combination.") (emphasis omitted)). At a minimum, a skilled artisan would have to reach the relied-upon sequences out of this range of disclosed examples. But neither Petitioner nor

the Board identified or relied on any teaching toward sequences in Table 8 that were within the scope of the claims and might actually work. In fact, much of the teaching in Pioneer Hi-Bred was misleading, because it emphasized guide DNA[9]—26 of the 34 of the entries in Table 8 are DNA—that later data confirmed would not work. None of the guides it identified were single guide RNA. And Pioneer Hi-Bred itself didn't ultimately identify a working example based on this disclosure. Thus, a skilled artisan would be left to screen the innumerable candidate guides.

Unlike *Amgen*, where the specifically enumerated antibodies had been screened for functionality and were thus undisputedly enabled, Pioneer Hi-Bred does not distinguish between operable and inoperable embodiments in Example 5. And there are many inoperable embodiments in Example 5. Data in Agilent's patent shows that the combination of modifications disclosed as SEQ ID Nos. 68-69 is inoperable. Appx224-225 (col.122:49-54, 119:54-55); *see* Appx628-629. And later experiments confirmed, consistent with the failed experiment of Pioneer Hi-Bred Example 3, that crDNA, which makes up the majority of Table 8, is inoperable. Appx8937; Appx8940; Appx8982 (col.B); Appx8672-8696; Appx8697-8719; Appx9005-9017; *see* Appx783-784. Pioneer Hi-Bred proposed truncated

---

[9] "In this example, we provide evidence that a new class of molecules, deoxyribonucleic acids (DNA), can also be used to guide a Cas endonuclease to recognize and cleave chromosomal DNA target sites resulting in the recovery of imperfect NHEJ mutations." Appx2691.

17-nucleotide domains, unlike the 20-nucleotide domains that Agilent ultimately got to work. Appx2698-2699; Appx198 (col.68:7-8). And Pioneer Hi-Bred focused on modified dual guides, providing neither prophetic nor working examples of modified single guides. *See* Appx2688-2693; Appx2697-2699.

The examples of Table 8 are more like the non-enabled compounds disclosed in *Impax.* There, the claimed compound, riluzole, and claimed disease, ALS, were expressly listed. The claims also required an effective dose, but the reference provided only "broad and general" dosage guidelines, unconnected to specific compounds and diseases. In view of the "broad and general" dosage guidelines, the trial court "rejected the notion that 'the mere mention of riluzole is sufficient to put one skilled in the art in the possession of the claimed invention,'" and the Federal Circuit affirmed. *Impax*, 545 F.3d at 1315. In *Impax*, the reference left skilled artisans to experiment further in order to select riluzole for treating ALS and to confirm the effective dose amount, just as further experimentation would be required here to select a particular candidate modified guide and determine its guide RNA functionality.

Beyond disregarding the sheer number of candidates to test, the Board failed to address the difficulty or time required to perform the testing itself. These steps were not insignificant, particularly given the nascent state of the art. As laid out in the challenged patents and in the testimony of Agilent's own scientist, the effort

required for Agilent to screen guides was substantial and involved developing *in vitro* assays to test for functionality of the guide RNAs in multiple target sequences. Appx197 (col.65:61-63); Appx8490-8491; *see* Appx793.[10] The Board set aside this evidence and considered only "the experimentation required to make any one of the anticipating gRNAs." Appx31. But that was error, because as the Board itself found, functionality is an element of the patent claim. Therefore, the invention the skilled artisan had to be able to make was not just any guide RNA, but a functional one. *See In re Morsa*, 803 F.3d at 1377 (Fed. Cir. 2015) ("For a prior-art reference to be enabling," it must enable an "embodiment of the claim."); *Schering Corp. v. Geneva Pharms.*, 339 F.3d 1373, 1381 (Fed. Cir. 2003) ("An anticipatory reference [must] enable subject matter that falls within the scope of the claims at issue.").

The Board dismissed this point, explaining that although "Examples 4 and 5 in Pioneer Hi-Bred are prophetic, as opposed to working, examples, that fact alone does not undermine the presumption that Pioneer Hi-Bred is enabled." Appx31-32 (citing *Donohue*, 766 F.2d at 533 ("It is not…necessary that an invention disclosed in a publication shall have actually been made in order to satisfy the enablement requirement.")). The Board is correct that a lack of testing data does not *necessarily* mean prior art is non-enabling. But the "presence or absence of working examples"

---

[10] Pioneer Hi-Bred itself showed that the procedures for measuring CRISPR activity in cellswere difficult and time consuming—some protocols took at least seven days to screen each guide. Appx2689; Appx2692.

is to be considered alongside the other *Wands* factors in the undue experimentation inquiry, including "the quantity of experimentation," "the amount of direction or guidance present," and "the predictability or unpredictability of the art." *Impax*, 545 F.3d at 1314-15 (citing *Wands*, 858 F.2d at 737). Here, the number of examples was enormous, and Pioneer Hi-Bred provided no guidance as to which of those examples might work as intended. To the contrary, it primarily pointed the skilled artisan in unproductive directions.

The Board further cited *In re Antor Media Corp.*, but when the court in *Antor Media* stated that "the mere use of forward-looking language (such as terms like 'should') does not show one way or another whether a person of ordinary skill in the art would have to engage in undue experimentation to perform the claimed invention," it was discussing telecommunications, and the patent owner had not argued unpredictability in that field. 689 F.3d 1282, 1289-90 (Fed. Cir. 2012). In a predictable art, by definition, one can more easily predict whether a species will be operable. The breadth of Pioneer Hi-Bred's prophetic disclosure, lack of guidance toward guides that do exhibit guide RNA functionality, the nascent stage of CRISPR research in 2014,[11] and the unpredictability in the art, all combine with the lack of data and working examples to render Pioneer Hi-Bred a non-enabling reference. *See*

---

[11] The pathbreaking articles establishing the possibility of CRISPR-Cas technology in the first instance were published in August 2012 and February 2013. *Regents*, 903 F.3d at 1289; Appx5008.

*Regents*, 903 F.3d at 1292-93 (Fed. Cir. 2018) (listing factors that justified concluding that the CRISPR art was unpredictable in 2013); Appx8169-8170; Appx8172-8202.

### C. Pioneer Hi-Bred Does Not Enable a Functional Modified sgRNA

The Board did not identify or rely on any teaching toward sequences in Table 8 that were within the scope of the claims and that actually worked, and so undue experimentation would have been required to screen the many other guides that Pioneer Hi-Bred discloses. But even if a skilled artisan would have started screening with the guides in Table 8, a much greater quantity of experimentation would have been required to arrive at a functional "single guide RNA," because this feature is not disclosed in the examples of Table 8. *See* Appx785. For this limitation, Synthego and the Board relied on a separate laundry list disclosure in Pioneer Hi-Bred: that modifications "can be introduced individually or in combination into the crRNA, crDNA, tracrRNA, tracrDNA, long [i.e. single] guide RNA or long guide DNA." Appx34 (citing Appx2702); *see* Appx62. Claim 2 of the '001 Patent and claim 4 of the '034 Patent, which require "a single guide RNA," are thus not enabled even if the Board was correct to focus on the species in Table 8 that allegedly anticipate other claims.

What's more, single guides were more challenging to synthesize than dual guides. Appx8490; Appx8135-8137. Although the Board found that undue

experimentation would not be required to synthesize any one of the Table 8 guides, Appx31, for the single guide claims it should have, under *Impax* and *Amgen*, weighed the additional challenges of synthesizing single guides (which were note disclosed in Table 8) together with evidence of the experimentation required to screen them for functionality. It did not.

***

Because Pioneer Hi-Bred does not enable species within the scope of any of the claims, this Court should reverse the Board's finding on Ground 1 that all claims are anticipated by Pioneer Hi-Bred.

The Board did not separately address enablement for Synthego's obviousness grounds, *see* Appx41-62; Appx47-71, and neither the "skill of a POSA" nor the secondary references would alleviate the undue experimentation described above. The Board's error is the same for these grounds as for Ground 1, and this Court should reverse the Board's determination of obviousness.

Alternatively, this Court should remand for further factual findings regarding the quantity of experimentation required to screen for functionality of the proposed guides within the scope of Pioneer Hi-Bred's disclosure.

Independently, because of additional experimentation required to arrive at an embodiment within the scope of claim 2 of the '001 Patent and claim 4 of the '034 Patent (the single guide RNA claims), this Court should reverse or remand the

Board's determinations of anticipation (Ground 1) and obviousness (Ground 4) as to these claims.

## III. THE BOARD FAILED TO ARTICULATE A FACTUAL BASIS FOR EXPECTATION OF SUCCESS USING PACE OR THIOPACE MODIFICATIONS

The Board based its finding of obviousness on Ground 3 on a finding that "Petitioner has…sufficiently shown that a POSA would reasonably expect PACE and thioPACE modifications to gRNA in a CRISPR/Cas system would be successful." Appx60; Appx135. But its sole rationale was a reference back to its reasonable expectation of success findings for Ground 2, which is specific to 2′-O-methyl-3′-phosphorothioate modifications and thus inapplicable to Ground 3. It made no findings at all specific to PACE and thioPACE modifications.

The Board "must make the necessary findings and have an adequate 'evidentiary basis for its findings,'" and it "must examine the relevant data and articulate a satisfactory explanation for its action including a rational connection between the facts found and the choice made." *NuVasive*, 842 F.3d at 1382 (quoting *Lee*, 277 F.3d at 1344, and *State Farm*, 463 U.S. at 43). "It is not adequate for the Board to "summariz[e] the parties' arguments and offer[] only conclusory analysis of its own" while failing to "explain why it accepts the remaining arguments as its own analysis." *Cutsforth, Inc. v. MotivePower, Inc.*, 636 F. App'x 575, 577-78 (Fed. Cir. 2016).

A reasonable expectation of success is necessary for a finding that it would be obvious to modify a prior art disclosure. *See Rovalma, S.A. v. Bohler-Edelstahl GmbH & Co. KG*, 856 F.3d 1019, 1026 (Fed. Cir. 2017) (vacating because the Board failed to explain, among other things, "why a person of ordinary skill in the art would have reasonably expected success in achieving the claimed thermal conductivities."); *Pers. Web Techs., LLC v. Apple, Inc.*, 848 F.3d 987, 993 (Fed. Cir. 2017) (vacating because "[t]he Board did not sufficiently explain and support the conclusion[] that…a relevant skilled artisan would have been motivated to combine Woodhill and Stefik in the way the '310 patent claims and reasonably expected success."). And, in any event, the Board's ultimate conclusion on obviousness on Ground 2 rested on its reasonable expectation of success finding.

The Board's reasoning for expectation of success on Ground 2 does not apply to Ground 3. For expectation of success on Ground 2, the Board primarily relied on evidence allegedly showing that a number of researchers had suggested 2′-O-methyl and phosphorothioate modifications to CRISPR guides. Appx49. This reasoning cannot apply to PACE and thioPACE modifications because none of the evidence the Board cites shows other researchers suggesting these modifications to CRISPR guides. *See* Appx2418-2420; Appx2989-2990 (¶¶ 193-96); Appx3055; Appx3104 (¶¶ 570-71); Appx3199 (¶ 1657); Appx3613 (¶ 260); Appx3734 (¶ 362); Appx4802; Appx4805; Appx4900-4902.

The Board also cited evidence that the CRISPR-Cas system could tolerate mutations and truncations. But the Board acknowledged two reasons that only limited conclusions may be drawn from this evidence: (1) mutation and truncations are "different types of modifications" than any of those claimed, Appx48-49 n.19, and (2) "there would have been some degree of unpredictability because…the interactions in a CRISPR/Cas system are complex," Appx51.

Moreover, Petitioner presented evidence of problems and unpredictability that a skilled artisan would expect with PACE/thioPACE modifications specifically. Appx807; Appx815 (citing Appx3864 (Fig.5); Appx8633-8642; Appx8191-8192; Appx2778). The Board made no findings about this evidence.

PACE modifications were also newer and less well-characterized than 2′-O-methyl and phosphorothioate. *See, e.g.*, Appx2529 ("Threlfall explains that '*[r]ecent work* has identified phosphonoacetate (PACE) and thiophosphonoacetate (thioPACE) as oligodeoxynucleotide (ODN) modifications with significant potential for biological activity.'") (emphasis added, quoting Appx2773). The Board's Ground 2 finding that a skilled artisan would expect success using other, better-understood modifications does not imply that a skilled artisan would also expect success using PACE and thioPACE modifications.

In the section of its decision addressing Ground 2, the Board also made a cursory rejection of Dr. Marshall's testimony regarding PACE and thioPACE

modifications, but this finding relies on the same Ground 2 "evidence noted above" and thus includes no reasoning specific to Ground 3 and the PACE modifications.

The Board failed to provide reasoning to support its finding that a skilled artisan would expect success using PACE or thioPACE modifications in a CRISPR-Cas system. This error warrants remand of Ground 3 for all claims. *See In re NuVasive, Inc.*, 842 F.3d 1376, 1385 (Fed. Cir. 2016); *Rovalma, S.A. v. Bohler-Edelstahl GmbH & Co. KG*, 856 F.3d 1019, 1026 (Fed. Cir. 2017).

## CONCLUSION

The Court should reverse the Board's decision as to all claims, or alternatively remand for appropriate factfinding under the proper legal standard. At a minimum, it should reverse the decision as to the single guide RNA and PACE/thioPACE dependent claims.

Dated: November 20, 2023

Respectfully submitted,

*/s/ Mark A. Lemley*

DENISE M. DE MORY
AARON R. HAND
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel: 650-351-7241
ddemory@bdiplaw.com
ahand@bdiplaw.com

MARK A. LEMLEY
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: 510-915-4882
mlemley@lex-lumina.com

REBECCA E. WEIRES
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415-268-6028
rweires@mofo.com

*Counsel for Appellant
Agilent Technologies, Inc.*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1) and Federal Circuit Rule 32(b)(3), I hereby certify that the foregoing response complies with the type-volume limitations in Federal Circuit Rule 32(b)(1) because it contains 13,994 words, excluding the exempted parts under Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 32(b)(2).

I further certify that this response complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because this response was prepared using Microsoft Word 365 in 14-point Times New Roman font.

*/s/ Mark A. Lemley*
Mark A. Lemley

*Counsel for Appellant*
*Agilent Technologies, Inc.*

# ADDENDUM

***Agilent Technologies, Inc. v. Synthego Corp.***

**Nos. 23-2186, 23-2187 (Fed. Cir.)**

## ADDENDUM TABLE OF CONTENTS

| Date | Document | Appx |
|------|----------|------|
| 05/17/2023 | Final Written Decision in IPR2022-00402 | Appx1 |
| 05/17/2023 | Final Written Decision in IPR2022-00403 | Appx68 |
| | U.S. Patent No. 10,337,001 | Appx144 |
| | U.S. Patent No. 10,900,034 | Appx288 |

UNITED STATES PATENT AND TRADEMARK OFFICE
————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD
————————————

SYNTHEGO CORPORATION,
Petitioner,

v.

AGILENT TECHNOLOGIES, INC.,
Patent Owner.

————————————

IPR2022-00402
Patent 10,337,001 B2

————————————

Before ROBERT A. POLLOCK, DAVID COTTA, and
MICHAEL A. VALEK, *Administrative Patent Judges.*

VALEK, *Administrative Patent Judge.*

JUDGMENT
Final Written Decision
Determining All Challenged Claims Unpatentable
*35 U.S.C. § 318(a)*
Granting Joint Motion to Seal; Granting Patent Owner's Motion to Seal
Portions of Sur-reply Brief
*37 C.F.R. §§ 42.14, 42.54*

# I.    INTRODUCTION

Synthego Corporation ("Petitioner") filed a Petition (Paper 1, "Pet."), seeking *inter partes* review of claims 1–30 of U.S. Patent No. 10,337,001 B2 (Ex. 1001, "the '001 patent"). We instituted trial on all of the grounds in the Petition. Paper 11, 31.

Following institution, Agilent Technologies, Inc. ("Patent Owner") filed a Response (Paper 17, "Resp."), Petitioner filed a Reply (Paper 29, "Reply"), and Patent Owner filed a Sur-reply (Paper 32, "Sur-reply"). We held a hearing on March 1, 2021, and a transcript is of record. Paper 48 ("Tr.").

In addition, the parties have jointly moved to seal Exhibits 1053–1058 and portions of the Reply (Paper 28) and Patent Owner has moved to seal portions of the Sur-reply (Paper 33).

After considering the parties' arguments and evidence, we find that Petitioner has shown by a preponderance of the evidence that the challenged claims of the '001 patent are unpatentable. *See* 35 U.S.C. § 316(e). We also grant both motions to seal. Our reasoning is explained below.

# II.    BACKGROUND

## A.  *Real Parties in Interest*

Petitioner and Patent Owner identify themselves as the only real parties in interest. Pet. 15; Paper 4, 2.

## B.  *The '001 Patent*

The '001 patent issued on July 2, 2019, and claims priority to a utility application filed on December 3, 2015 as well as a series of provisional applications filed within a year of that date. Ex. 1001, codes (60) (63).

2

The '001 patent relates to "modified guide RNAs and their use in clustered, regularly interspaced, short palindromic repeats (CRISPR)/ CRISPR-associated (Cas) systems." Ex. 1001, Abstr. The Specification explains that "[i]n the native prokaryotic system" from which CRISPR technology is derived "the guide RNA ('gRNA') comprises two short, non-coding RNA species referred to as CRISPR RNA ('crRNA') and trans-acting RNA ('tracrRNA')." *Id.* at 1:33–36. The native CRISPR-Cas system may also be engineered to use a single guide RNA (sgRNA) that combines the crRNA and tracrRNA into a single molecule. *Id.* at 1:49–51. The guide RNA forms a complex with a Cas nuclease that is able to bind to a target DNA site adjacent a protospacer adjacent motif ("PAM") sequence and cleave the target DNA at that specific site. *Id.* at 1:35–43, 2:14–27; *see also* Ex. 1003 ¶¶ 44–48; Ex. 2003 ¶¶ 49–54 (declarant testimony from both parties offering similar technical background on guide RNA and its function in CRISPR-Cas systems).

According to the Specification, "there is a need for providing gRNA, including sgRNA, having increased resistance to nucleolytic degradation, increased binding affinity for the target polynucleotide, and/or reduced off-target effects while, nonetheless, having gRNA functionality." Ex. 1001, 1:63–67. The Specification states that Patent Owner's "invention is based, at least in part, on an unexpected discovery that certain chemical modifications to gRNA are tolerated by the CRISPR-Cas system." *Id.* at 3:34–36. These modifications are "believed to increase the stability of the gRNA, to alter the thermostability of a gRNA hybridization interaction, and/or to decrease the off-target effects of Cas:gRNA complexation" and "do not substantially

3

compromise the efficacy of Cas:gRNA binding to, nicking of, and/or cleavage of the target polynucleotide." *Id.* at 3:34–42.

### C. Challenged Claims

The Petition challenges claims 1–30. Of these, claims 1 and 12 are independent. Claim 1 is illustrative and reads as follows:

> 1. A synthetic CRISPR guide RNA having at least one 5'-end and at least one 3'-end, the synthetic guide RNA comprising:
> (a) one or more modified nucleotides within five nucleotides from said 5'-end, or
> (b) one or more modified nucleotides within five nucleotides from said 3'-end, or
> (c) both (a) and (b);
> wherein said guide RNA comprises one or more RNA molecules, and has gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to a target polynucleotide, wherein the modified nucleotide has a modification to a phosphodiester linkage, a sugar, or both.

Ex. 1001, 243:11–24. Claim 12 is similar, but recites "a synthetic CRISPR crRNA molecule comprising a 5'-end, a 3'-end, and a guide sequence capable of hybridizing to a target polynucleotide" in its preamble. *Id.* at 244:19–33.

### D. Asserted Grounds of Unpatentability

Petitioner asserts the following grounds of unpatentability:

4

| Claim(s) Challenged | 35 U.S.C. §[1] | Reference(s)/Basis |
|---|---|---|
| 1–7, 9, 10, 12–15, 17, 18, 20–25, 27–30 | 102 | Pioneer Hi-Bred[2] |
| 9, 18, 25 | 103 | Pioneer Hi-Bred and Krützfeldt,[3] Deleavey,[4] Soutschek,[5] or Yoo[6] |
| 8, 11, 16, 19, 26 | 103 | Pioneer Hi-Bred and Threlfall[7] or Deleavey |
| 2, 29, 30 | 103 | Pioneer Hi-Bred and Knowledge of Person of Ordinary Skill in the Art ("POSA") |
| 9, 18, 25 | 103 | Pioneer Hi-Bred and Knowledge of POSA |

In support of these grounds, Petitioner relies on declarations from

Henry Morrice Furneaux submitted with the Petition (Ex. 1003) and Reply

---

[1] The Leahy-Smith America Invents Act, Pub. L. No. 112-29, 125 Stat. 284 (2011) ("AIA"), included revisions to 35 U.S.C. §§ 102 and 103 that became effective prior to the filing of the application that led to the '001 patent. Therefore, we apply the AIA versions of 35 U.S.C. §§ 102 and 103.

[2] WO 2015/026885 A1, published February 26, 2015 (Ex. 1006) ("Pioneer Hi-Bred").

[3] Jan Krützfeldt et. al, "Specificity, Duplex Degradation and Subcellular Localization of Antagomirs," 35 Nucleic Acids Research 2885–2892 (2007) (Ex. 1009) ("Krützfeldt").

[4] Glen F. Deleavey et. al., "Designing Chemically Modified Oligonucleotides for Targeted Gene Silencing," 19 Chem. & Bio. Review 937–954 (2012) (Ex. 1007) ("Deleavey").

[5] Jürgen Soutschek et. al., "Therapeutic Silencing of an Endogenous Gene by Systemic Administration of Modified siRNAs," 432 Nature 173–178 (2004) (Ex. 1012) ("Soutschek").

[6] Byong Hoon Yoo et al., "2′-O-methyl-modified Phosphorothioate Antisense Oligonucleotides Have Reduced Non-specific Effects *In Vitro*," 32 Nucleic Acids Research 2008–2016 (2004) (Ex. 1011) ("Yoo").

[7] Richard N. Threlfall et al., "Synthesis and Biological Activity of Phosphonoacetate- and Thiophosphonoacetate-modified 2′-O-methyl Oligoribonucleotides," 10 Org. Biomol. Chem., 746–754 (2012) (Ex. 1010) ("Threlfall").

(Ex. 1059). Patent Owner relies on declarations from William S. Marshall submitted with its Preliminary Response (Ex. 2003) and Response (Ex. 2025). Patent Owner also relies on a declaration from one of the inventors named on the '001 patent, Jeffrey R. Sampson (Ex. 2029).

## III.    ANALYSIS OF THE ASSERTED GROUNDS

### A. *Legal Standards*

"In an [*inter partes* review], the petitioner has the burden from the onset to show with particularity why the patent it challenges is unpatentable." *Harmonic Inc. v. Avid Tech., Inc*., 815 F.3d 1356, 1363 (Fed. Cir. 2016). This burden of persuasion never shifts to patent owner. *See Dynamic Drinkware, LLC v. Nat'l Graphics, Inc*., 800 F.3d 1375, 1378 (Fed. Cir. 2015).

### i.    *Anticipation*

To establish anticipation, each limitation in a claim must be found in a single prior art reference, arranged as recited in the claim. *Net MoneyIN, Inc. v. VeriSign, Inc.*, 545 F.3d 1359, 1369 (Fed. Cir. 2008). Although the elements must be arranged or combined in the same way as in the claim, "the reference need not satisfy an *ipsissimis verbis* test." *In re Gleave*, 560 F.3d 1331, 1334 (Fed. Cir. 2009).

Further, to be anticipating, a prior art reference must be enabling. *In re Morsa*, 803 F.3d 1374, 1377 (Fed. Cir. 2015). "Enablement of prior art requires that the reference teach a skilled artisan—at the time of filing—to make or carry out what it discloses in relation to the claimed invention without undue experimentation." *Id.* (citing *In re Antor Media Corp.*, 689 F.3d 1282, 1289–90 (Fed. Cir. 2012)). Prior art disclosures are presumed

enabling. *In re Antor Media Corp.*, 689 F.3d 1282, 1287–88 (Fed. Cir. 2012); *Apple Inc. v. Corephotonics, Ltd.*, 861 Fed. Appx. 443, 450 (Fed. Cir. 2021) ("[R]egardless of the forum, prior art patents and publications enjoy a presumption of enablement, and the patentee/applicant has the burden to prove nonenablement for such prior art.").

*ii.    Obviousness*

A claim is unpatentable for obviousness if, to one of ordinary skill in the pertinent art, "the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains." 35 U.S.C. § 103; *see also KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007). The question of obviousness is resolved on the basis of underlying factual determinations including (1) the scope and content of the prior art; (2) any differences between the claimed subject matter and the prior art; (3) the level of ordinary skill in the art; and (4) when in evidence, objective evidence of nonobviousness. *Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966).

Subsumed within the *Graham* factors is the requirement that the skilled artisan would have had a reasonable expectation of success in combining the prior art references to achieve the claimed invention. *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1361 (Fed. Cir. 2007). "Obviousness does not require absolute predictability of success . . . all that is required is a reasonable expectation of success." *In re O'Farrell*, 853 F.2d 894, 903–4 (Fed. Cir. 1988). Moreover, "[t]he combination of familiar elements

according to known methods is likely to be obvious when it does no more than yield predictable results." *KSR*, 550 U.S. at 416.

On the other hand, a patent claim "is not proved obvious merely by demonstrating that each of its elements was, independently, known in the prior art." *KSR*, 550 U.S. at 418. An obviousness determination requires finding "both 'that a skilled artisan would have been motivated to combine the teachings of the prior art references to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success in doing so.'" *Intelligent Bio-Sys., Inc. v. Illumina Cambridge Ltd.*, 821 F.3d 1359, 1367–68 (Fed. Cir. 2016) (citation omitted).

### B. Level of Ordinary Skill in the Art

Relying on the testimony of its declarant, Dr. Furneaux, Petitioner contends that a POSA "as of December 3, 2014 (the earliest possible priority date of the '001 Patent) would have had a Ph.D. in molecular biology, biochemistry, or a related discipline." Pet. 12 (citing Ex. 1003 ¶ 60). Petitioner further asserts that "[a] POSA would have understood the chemical structure of nucleic acids, such as DNA and RNA, and would have understood the role of such nucleic acids in cellular biology" and been aware of various prior art "methods to chemically modify RNA, including gRNAs for use in gene regulation." *Id.* at 12–13 (citing Ex. 1003 ¶¶ 61–72, 80).

Patent Owner agrees that a POSA would have this educational level. Resp. 24. Patent Owner "also agrees that a POSA would have knowledge of prior art RNA based gene regulating technologies, but disagrees that the teachings of those technologies are relevant in the manner that Dr. Furneaux [and Petitioner] attempt[] to apply them" in the Petition's grounds. *Id.*

We find the parties' agreed understanding of the level of ordinary skill in the art to be supported by the record and apply that description in our analysis herein. To the extent the parties may disagree regarding the application of a POSA's general knowledge of nucleic acids and related prior art techniques to the Petition's grounds, such disputes are addressed in our analysis below.

### C. Claim Construction

The parties assert that all of the claim terms have their plain and ordinary meaning and that no formal claim construction is necessary. *See* Pet. 17; Resp. 24–25. Nevertheless, both sides accuse the other of misconstruing the "gRNA functionality" recited in the challenged claims. *See* Resp. 25; Reply 17; Sur-reply 2–5. Accordingly, we begin by briefly clarifying the gRNA functionality required by the claims.

Independent claims 1 and 12 recite a guide RNA or crRNA molecule having "gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to a target polynucleotide." Ex. 1001, 243:20–22, 244:28–31. This claim language makes clear that the recited "gRNA functionality" requires a molecule that can: (1) associate with a Cas protein, and (2) target that complex to a target polynucleotide. To the extent Petitioner suggests that a gRNA "need *only* bind to the Cas protein" to have "gRNA functionality," we disagree because the claims additionally recite the above-quoted targeting functionality. *See* Reply 17 (emphasis added).

At the same time, we agree with Petitioner that "a gRNA need not cleave the target DNA" to have the claimed "gRNA functionality." Reply

9

17. The Specification defines "gRNA functionality" as "one or more functions of naturally occurring guide RNA, such as associating with a Cas protein, or a function performed by the guide RNA in association with a Cas protein" and lists various gRNA functions, e.g., "associating," "targeting," "binding," "nicking," and "cleaving," that may be present "in certain embodiments" of the invention. Ex. 1001, 6:36–40. However, as noted above, the claims recite "gRNA functionality comprising" only the associating and targeting functions. Thus, while a molecule may have additional functions such as cleaving a target polynucleotide, it need only exhibit the recited "associating" and "targeting" functions to have the "gRNA functionality" in claims 1 and 12.

Our determination that "gRNA functionality" requires the recited "associating" and "targeting" functions, but not additional, unrecited functions such as cleaving, is also consistent with the parties' position that the claim language has its plain and ordinary meaning. *See* Pet. 17; Resp. 24–25. The parties do not dispute the construction of any other terms, nor do we discern that any further claim construction is necessary to resolve the issues in this proceeding. *See Nidec Motor Corp. v. Zhongshan Broad OceanMotor Co.*, 868 F.3d 1013, 1017 (Fed. Cir. 2017) (explaining that it is only necessary to "construe terms 'that are in controversy, and only to the extent necessary to resolve the controversy'" (quoting *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999))).

### D. Overview of the Cited References

#### i. Pioneer Hi-Bred

Pioneer Hi-Bred is a publication of a PCT application filed August 20, 2014. Ex. 1006, code (22). Patent Owner does not dispute Petitioner's assertion that Pioneer Hi-Bred is prior art to the challenged claims. Pet. 14.

Pioneer Hi-Bred describes "methods and compositions employ[ing] a guide polynucleotide/Cas endonuclease system to provide an effective system for modifying or altering target sites within the genome of a cell or organism." Ex. 1006, Abstr. Pioneer Hi-Bred defines the term "guide polynucleotide" as "a polynucleotide sequence that can form a complex with a Cas endonuclease and enables the Cas endonuclease to recognize and optionally cleave a DNA target site." *Id.* at 24:6–8.[8] Pioneer Hi-Bred teaches that the polynucleotide "can be a single molecule or a double molecule" and that "[a] guide polynucleotide that solely comprises ribonucleic acids is also referred to as a 'guide RNA.'" *Id.* at 24:9–20.

Pioneer Hi-Bred discloses a guide RNA with a variable targeting domain (VT domain) having a 3' end "that is complementary to a nucleotide sequence in a target DNA" and a Cas endonuclease recognition domain (CER domain) having a 5' end "that interacts with a Cas endonuclease." Ex. 1006, 24:21–25: 28, Fig. 1A–1B (depicting single and duplex guide polynucleotides). Pioneer Hi-Bred explains that "[t]he VT domain is responsible for interacting with the DNA target site through direct nucleotide-nucleotide base pairings while the CER domain is required for

---

[8] Unless otherwise indicated, the pinpoint cites in this decision refer to the page number in the original document as opposed to the number in the exhibit label.

proper Cas endonuclease recognition (Figure 3A and Figure 3B)." *Id.* at 105:5–8. Pioneer Hi-Bred teaches that these domains in the guide polynucleotide "function to link DNA target site recognition with Cas endonuclease target site cleavage." *Id.* at 105:9–11; *see also id.* at Fig. 3A-3B (depicting complexes formed between a single and duplex guide RNA and a Cas9 endonuclease).

Pioneer Hi-Bred also discloses that the guide polynucleotide may contain "synthetic, non-natural, or altered nucleotide bases." Ex. 1006, 61:19–20. In Example 4, Pioneer Hi-Bred describes "modifying the nucleotide base, phosphodiester bond linkage or molecular topography of the guiding nucleic acid component(s) of the guide polynucleotide/Cas endonuclease system." *Id.* at 104:15–105:2. Table 7 of Example 4 provides "[e]xamples of nuclease resistant nucleotide and phosphodiester bond modifications," including "2'-O-Methyl RNA Bases" and "Phosphorothioate bond[s]," that may be introduced in order "to reduce unwanted degradation" of the guide polynucleotide. *Id.* at 106:13–107:5. Pioneer Hi-Bred discloses that

> [m]odifications may be introduced at the 5' and 3' ends of any one of the nucleic acid residues comprising the VT or CER domains to inhibit exonuclease cleavage activity, can be introduced in the middle of the nucleic acid sequence comprising the VT or CER domains to slow endonuclease cleavage activity or can be introduced throughout the nucleic acid sequences comprising the VT or CER domains to provide protection from both exo- and endo-nucleases.

*Id.* at 106:19–25. According to Pioneer Hi-Bred, these modified guide polynucleotides may be used "in any organism subject to genome

12

modification with the guide polynucleotide/Cas endonuclease system." *Id.* at 108:3–5.

In Example 5 of Pioneer Hi-Bred, "some the nucleotide base and phosphodiester bond modifications described in Example 4 are introduced into the VT domain and/or CER domain of a crNucleotide." Ex. 1006, 108:16–18. Table 8 of Example 5, reproduced in part below, describes crRNA sequences with modifications, including modifications "near ends" or "at ends" of the VT and CER domains (i.e., sequences 64–69).

Table 8. crRNA and crDNA nucleotide base and phosphodiester linkage modifications.

| Nucleic Acid Type | Modification | crRNA or crDNA Sequence and Corresponding Modification[1] | |
|---|---|---|---|
| | | VT Domain | CER Domain |
| crRNA | None | GCGUACGCGUACGUGUG (SEQ ID NO: 62) | GUUUUAGAGCUAUGCUGUUUUG (SEQ ID NO: 63) |
| crRNA | Phosphorothioate bonds near ends | G*C*G*UACGCGUACGUGUG (SEQ ID NO: 64) | GUUUUAGAGCUAUGCUGUU*U*U*G (SEQ ID NO: 65) |
| crRNA | 2'-O-Methyl RNA nucleotides at ends | mGmCmGUACGCGUACGUGUG (SEQ ID NO: 66) | GUUUUAGAGCUAUGCUGUUmUmUmG (SEQ ID NO: 67) |
| crRNA | 2'-O-Methyl RNA nucleotides for each nucleotide | mGmCmGmUmAmCmGmCmGmUmAmCmGmUmGmUmG (SEQ ID NO: 68) | mGmUmUmUmUmAmGmAmGmCmUmAmUmGmCmUmGmUmUmUmUmG (SEQ ID NO: 69) |

*Id.* at 109. The excerpt from Table 8 above shows modifications comprising phosphorothioate bonds (denoted with a "*") and 2'-O-methyl RNA nucleotides (denoted with a "m") to particular nucleotides of a crRNA sequence. *See id.* at 109–110, n.1. The first nucleotide in the sequences in the VT Domain column is at the 5' end of the crRNA and the last nucleotide in the sequences in the CER Domain column is at the 3' end. *See* Ex. 1006, Fig. 1A; Ex. 1002 ¶¶ 126–29, 131–34. Thus, for example, sequence 66

discloses a crRNA with 2'-O-methyl modifications to the sugars of the three nucleotides at the 5' end and sequence 67 discloses a crRNA with 2'-O-methyl modifications to the sugars of the three nucleotides at the 3' end.

Pioneer Hi-Bred discloses that modifications "similar to those illustrated in Example 5 Table 8 can be introduced individually or in combination into the crRNA, crDNA, tracrRNA, tracrDNA, long guide RNA or long guide DNA nucleic acid components of the guide polynuclease system and synthesized per standard techniques." Ex. 1006, 113:25–29.

### ii. *Krutzfeldt*

Krutzfeldt was published in 2007. Ex. 1009. Patent Owner does not dispute that Krutzfedlt is prior art to the challenged claims.

According to Krutzfeldt, "MicroRNAs (miRNAs) are an abundant class of 20-23-nt long regulators of gene expression." Ex. 1009, Abstr. Krutzfeldt describes analogs of these miRNAs referred to as "antagomirs." *Id.* at 2885. These antagomirs "differ from normal RNA by complete 2'-*O*-methylation of sugar, phosphorothioate backbone and a cholesterol-moiety at 3'-end." *Id.* at 2885. Krutzfeldt discloses the combination of 2'-O-methyl and phosphorothioate modifications on nucleotides at the 5' and 3' ends of its antagomirs. *Id.* at 2886 (Table 1 disclosing antagomir sequences with a lower case letters indicating a 2'-O-methyl modification and a superscript indicating a phosphorothioate linkage). Krutzfeldt teaches these modifications "protect against different RNAse activities" that would otherwise degrade the RNA strand. *See id.* at 2889 (teaching "phosphorothioate modification to protect against exonucleases" and 2'-O-methyl sugar modification "to protect against endonuclease activity").

14

*iii.    Deleavey*

Deleavey is a review article published in 2012. Ex. 1007. Patent Owner does not dispute that Deleavey is prior art to the challenged claims.

Deleavey teaches that oligonucleotides (ONs) such as small interfering (siRNAs) and microRNA-targeting ONs (anti-miRNAs) "and their chemically modified mimics, are now routinely used in the laboratory" and "under active investigation in the clinic." Ex. 1007, 937. Deleavey teaches that an array of ON chemical modifications have been developed to overcome the "therapeutically limiting features" of RNAs. *Id.*

In particular, Deleavey explains that RNAs "are rapidly degraded in cells . . . leading to shortened duration of activity and systemic delivery challenges." Ex. 1007, 941. Deleavey teaches that chemical modifications to both the internucleotide linkage, e.g., phosphorothioate and phosphonoacetate (PACE), and sugar, e.g., 2'-O-methyl nucleosides, had been shown to improve stability in various RNA applications. *See id.* at 942–47.

*iv.    Soutschek*

Soutschek was published in 2004. Ex. 1012, 173. Patent Owner does not dispute that Soutschek is prior art to the challenged claims.

Soutschek describes chemically modified short interfering RNAs (siRNAs). Ex. 1012, 173. Soutschek teaches that "[c]hemically stabilized siRNAs with partial phosphorothioate backbone and 2'-O-methyl sugar modifications on the sense and antisense strands showed significantly enhanced resistance towards degradation by exo- and endonucleases in serum and tissue homogenates." *Id.*; *see also id.* at 177 (listing sequences of

15

chemically-modified siRNAs with phosphorothioate and 2'-O-methyl sugar modifications on certain nucleotides).

### v.    Yoo

Yoo was published in 2004. Ex. 1011, 2008. Patent Owner does not dispute that Yoo is prior art to the challenged claims.

Yoo describes antisense oligodeoxynucleotides (ODNs) having both phosphorothioate and 2'-O-methyl sugar modifications. Ex. 1011, 2008. Yoo teaches that "the addition of 2'-O-methyl groups to a phosphorothioate-modified ODN is advantageous because of increased stability of binding and reduced non-specific effects." *Id.*

### vi.    Threlfall

Threlfall was published in 2012. Ex. 1010, 746. Patent Owner does not dispute that Threlfall is prior art to the challenged claims.

Threlfall describes "[c]himeric 2'-O-methyl oligoribonucleotides (2'-OMe ORNs) containing internucleotide linkages which were modified with phosphonoacetate (PACE) or thiophosphonoacetate (thioPACE)" at their ends. Ex. 1010, 746; *see also id.* at 747 (Table 1 showing chemically modified sequences). Threlfall explains that "[o]ligoribonucleotides with a 2'-O-methyl modification . . . are known to be nuclease resistant and increase the stability of a duplex which is formed with complementary RNA." *Id.* at 746. Moreover, Threlfall teaches that "ODNs modified with PACE or thioPACE [had been] shown to be nuclease resistant" in a prior study. *Id.* at 747. Threlfall reports results from tests on ORNs combining these chemical modifications "into chimeric 2'-OMe ORNs as PACE or thioPACE modifications." *Id.* at 752. According to Threlfall, "the chimeric

ORNs formed stable duplexes with complementary RNA, and the majority of these duplexes had higher thermal melting temperatures than an unmodified RNA:RNA control duplex." *Id.*

### E. Ground 1: Anticipation by Pioneer Hi-Bred

Petitioner contends that claims 1–7, 9, 10, 12–15, 17, 18, 20–25, and 27–30 are anticipated by Pioneer Hi-Bred. *See* Pet. 17–51. As explained below, Petitioner has shown by a preponderance of the evidence that these claims are anticipated by Pioneer Hi-Bred.

### i.    Claims 1 and 12

Petitioner has shown that Pioneer Hi-Bred discloses guide RNA and crRNA molecules having the chemical modifications recited in claims 1 and 12. *See, e.g.*, Pet. 19–24, 27–29 (showing for claims 1 and 12). In particular, Table 8 in Pioneer Hi-Bred discloses exemplary crRNA molecules comprising phosphorothioate modifications of the phosphodiester linkage within five nucleotides of the 5' and 3'-ends (i.e., sequences 64 and 65) and crRNA molecules comprising 2'-O-methyl modifications of the sugar within five nucleotides of the 5' and 3'-ends (e.g., sequences 66–69). Ex. 1006, 109. Pioneer Hi-Bred teaches that crRNAs, including those in Table 8, are paired with a tracrRNA to form a duplex guide RNA. *Id.* at 8:22–31, 24:32–25:10, 109:4–9; Ex. 1003 ¶¶ 119, 126, 131, 138–39. Pioneer Hi-Bred further discloses embodiments in which modifications similar to those exemplified in Table 8 are introduced into a long guide RNA (i.e., a single guide RNA). *Id.* at 113:25–29; *see also id.* at Fig. 3B, 10:8–13 (depicting a "Long guide RNA" as a "fused crRNA and tracrRNA")); Ex. 1003 ¶¶ 117–18, 140, 147–50.

17

Petitioner has also shown that Pioneer Hi-Bred discloses the recited "gRNA functionality." *See* Pet. 24–26 (Ex. 1003 ¶¶ 138–41). Pioneer Hi-Bred defines the term "guide polynucleotide" as "a polynucleotide sequence that can form a complex with a Cas endonuclease and enables the Cas endonuclease to recognize and optionally cleave a DNA target site." Ex. 1006, 24:6–8. Thus, Pioneer Hi-Bred discloses that the guide polynucleotides described therein can: (1) form a complex with a Cas endonuclease; and (2) enable the endonuclease to recognize a DNA target site. That disclosure reads on both the associating and targeting aspects of the "gRNA functionality" recited in claims 1 and 12.

Pioneer Hi-Bred refers to the modified sequences in Examples 4 and 5 as "modified guide polynucleotides," indicating that those sequences have this functionality. Ex. 1006, 107:14–18:11; *see also id.* at 109:4–6 (referring to the complex formed by the "modified crRNA or crDNA components described in Table 8" as a "modified guide polynucleotide/Cas endonuclease complex"). Other statements in these examples confirm this understanding. *See id.* at 107:14–24 (explaining that modified guide polynucleotides may be delivered with the other components of the "guide polynucleotide/Cas endonuclease system" to "form a functional complex capable of binding and/or cleaving a chromosomal DNA target site"); 107:24–108:2 ("Modified guide polynucleotides described above may also be delivered simultaneously in multiplex to target multiple chromosomal DNA sequences for cleavage or nicking.").[9]

---

[9] While the claimed "gRNA functionality" does not require cleavage, the fact that cleavage occurs at a target site indicates that a gRNA is capable of associating with a Cas endonuclease and targeting it to a particular site. *See*

18

Accordingly, we agree with Petitioner that Pioneer Hi-Bred discloses synthetic guide RNA and crRNA molecules as recited in claims 1 and 12. In its Response, Patent Owner contends that Pioneer Hi-Bred does not disclose the recited "gRNA functionality" and is non-enabling. *See* Resp. 30–45. As explained below, both of these arguments are unavailing.

### 1.    Whether Pioneer Hi-Bred discloses a functional gRNA

Patent Owner argues that "Pioneer Hi-Bred does not disclose ***a single functional modified gRNA***." Resp. 31. According to Patent Owner, Pioneer Hi-Bred tested only a single modified guide polynucleotide made of DNA, which subsequent testing revealed was not successful. *See id.* at 31–35. Patent Owner argues that Examples 4 and 5 "do not reveal any actual testing" and are "simply an invitation to experiment . . . that precludes a finding of anticipation because functionality is not disclosed." *Id.* at 35–37.

Patent Owner argues that Petitioner did not assert "anticipation by inherency" for the gRNA functionality limitation. Resp. 37. According to Patent Owner, this is because "some of the sequences identified in Table 8 exhibited no functionality, including some 2'-O[-m]ethyl claims, so it cannot be assumed that this combination will work." *Id.* Patent Owner points to results in the Specification of the challenged patent showing that the use of chemically modified gRNAs with 26 and 37 consecutive 2'-O-methyl-

---

Ex. 1059 ¶ 31 (explaining that "Agilent's cleavage experiments [in the Specification of the '001 patent] that show cleavage activity for certain gRNAs establish that 'gRNA functionality' is present for gRNAs," but the absence of cleavage activity "does not mean that it does not have 'gRNA functionality' because such a gRNA may nonetheless form a complex with Cas without effecting target cleavage").

modified nucleotides at the 5' end did not result in cleavage activity. *Id.* at 38 (referring to Table 4 results for entry nos. 150 and 151 in Ex. 1001). According to Patent Owner, these results show "the proposed modifications in sequences 68 and 69 [in Table 8] together are non-functional." *Id.*

Patent Owner further contends that "a POSA would doubt" that sequences 64–69 in Table 8 of Pioneer Hi-Bred "would function at all because each design is both truncated and is also modified." Sur-reply 8 (citing Ex. 2025 ¶¶ 201–03, 221, 242–46); Ex. 1026, Ex. 1033, Ex. 2044, Ex. 2045). Patent Owner's expert, Dr. Marshall testifies that "a putative guide sequence is 20 nt in length," whereas the VT domain sequences in Pioneer Hi-Bred's sequences 64, 66, and 68 are "each only 17 nt long." Ex. 2025 ¶ 201. According to Patent Owner and Dr. Marshall, this means "the nucleotides being edited in Pioneer Hi-Bred are 4, 5, and 6 because 1, 2, and 3 have already been truncated from the end. But Nishimasu found that positions 4, 5, and 6 were crucial positions in the context of gRNA associating and targeting." Resp. 39–40; *see also* Ex. 2025 ¶¶ 202–03.[10]

Petitioner replies, urging that testing data is not required for a prior art reference to be anticipatory. *See* Reply 3–6 (citing cases). Petitioner argues that Pioneer Hi-Bred provides a targeted disclosure that identifies only five types of modifications for decreasing unwanted nuclease degradation and "explains precisely why those modifications should be used." *Id.* at 14–15 (citing Ex. 1006, 107 (Table 7)). Moreover, Petitioner urges that Pioneer Hi-Bred "presents exemplary embodiments of gRNAs [in sequences 64–69 of

---

[10] The Response does not cite evidence for these arguments. However, based on the string cite in the Sur-reply, it appears Patent Owner is relying on Dr. Marshall's testimony and that "Nishimasu" refers to Exhibit 1026.

Table 8] containing those modifications and the precise positions where those modifications ought to be placed, including the types and locations of modifications that anticipate" the challenged claims. *Id.* at 15–16 (citing Ex. 1006, 109).

Regarding Patent Owner's argument that the cleavage data in the '001 patent Specification shows that Pioneer Hi-Bred's sequences 68 and 69 lack functionality, Petitioner points out that the "gRNA functionality" in claims 1 and 12 does not require cleavage. Reply 17. Thus, Petitioner urges there is not "a shred of evidence that the sequences 68 and 69 in Pioneer Hi-Bred do not show the type of 'gRNA functionality'" in claims 1 and 12. *Id.* at 18 (citing Ex. 1060, 129:17–23; Ex. 1061, 105:15–25, 106:16–24, 107:14–25, 108:13–109:11).

Petitioner replies to Patent Owner's truncation argument and the related testimony of Dr. Marshall with evidence from Dr. Furneaux. *See* Ex. 1059 ¶¶ 73–75. According to Dr. Furneaux, the record does not support Dr. Marshall's assumption that the sequences in Table 8 are truncated because Pioneer Hi-Bred teaches that the VT domain varies in length and is "designed based on the target sequence," which for the crRNAs in Table 8 is the 17 nucleotides long. *Id.* ¶ 74. Dr. Furneaux further testifies that the references Dr. Marshall cites as showing that truncated gRNAs do not work actually "support the opposite conclusion, that gRNAs with target sequences of 17 nucleotides are functional." *Id.* ¶ 75.

We find Petitioner's arguments and evidence persuasive. It is well established that "anticipation does not require actual performance of suggestions in a disclosure." *Novo Nordisk Pharms., Inc. v. Bio-Tech. Gen. Corp.*, 424 F.3d 1347, 1355 (Fed. Cir. 2005); *see also In re Donohue*, 766

21

F.2d 531, 533 (Fed. Cir. 1985). Moreover, the Petition need not assert that "gRNA functionality" is inherently disclosed because Petitioner has shown that Pioneer Hi-Bred's expressly discloses this limitation. Pet. 24–26. There is no additional requirement that this express disclosure be backed by test data in order for the reference to be anticipatory. *See, e.g.*, *Novo*, 424 F.3d at 1355; *Rasmusson v. Smithkline Beecham Corp.*, 413 F.3d 1318, 1326 (Fed. Cir. 2005) ("[P]roof of efficacy is not required in order for a reference to be enabled for purposes of anticipation.").

Patent Owner suggests we should ignore what it calls a "bald assertion" of gRNA functionality in Pioneer Hi-Bred because either that assertion is incorrect or a POSA would doubt that it was true. *See* Resp. 1–2. We disagree. To begin with, Patent Owner's reliance on the purported failure of Pioneer Hi-Bred's DNA-based embodiments is unavailing. Pioneer Hi-Bred discloses both DNA and RNA-based embodiments. The Petition is premised on the latter. Even if we accept Patent Owner's argument that the DNA-based examples lack gRNA functionality, that fact does not suggest that a POSA would doubt that the RNA-based embodiments, e.g., crRNAs comprising sequences 64–69 in Table 8, lack such functionality.

Patent Owner's argument that a POSA would doubt whether Pioneer Hi-Bred's RNA-based embodiments have gRNA functionality because the VT domain in sequences 64, 66, and 68 is truncated is also unpersuasive. First, Pioneer Hi-Bred does not state that these sequences are truncated, nor does the record support Patent Owner's argument that these sequences are necessarily truncated because they are 17 nt, as opposed to 20 nt, long. To the contrary, Pioneer Hi-Bred teaches that the VT domain may vary in length from 12 to 30 nt. Ex. 1006, 3:19–20, 98:19–23. In addition, Pioneer

22

Hi-Bred explains that the sequences in Table 8 are designed to target the "LIGCas-3" site in Maize, which is 17 nt long. *Id.* at 109:4–9; *see also id.* at 99:15–18 (Table 1 identifying 17 nt target site sequence for LIGCas-3). Thus, the record supports, and we credit, Dr. Furneaux's testimony that the VT domain for these sequences is 17 nt because it is designed to target a 17 nt sequence—not because it has been truncated.[11] Ex. 1059 ¶ 74.

Second, even if those sequences were truncated, the record does not support Patent Owner's argument that a POSA would doubt that they have gRNA functionality. Patent Owner's argument is premised on Dr. Marshall's testimony that these sequences "are truncated to a point that would render them nonfunctional. Ex. 2025 ¶ 200. But the references he cites do not support that position. *See* Ex. 2025 ¶ 202 (citing Ex. 1033 ("Fu"); Ex. 2044 ("Cencic"); and Ex. 2045 ("Mali")). To the contrary, Fu evidences that "truncated gRNAs, with shorter regions of target complementarity <20 nucleotides in length" are functional and that truncation to 17 nt is beneficial. Ex. 1033, Abstr.; *see also id.* at 283 ("[W]e found that [truncated] gRNAs with 17 or 18 nucleotides of complementarity generally function efficiently at the intended target site and have improved specificities."). Cencic and Mali likewise do not suggest that a 17 nt VT domain would lack gRNA functionality. *See* Ex. 2025 ¶ 202 (citing Cencic as showing

---

[11] Patent Owner asserts that Dr. Furneaux "adopted the definition of 'truncated gRNAs' as those with 'regions of target complementarity <20 nucleotides in length" in paragraph 79 of his opening declaration. Sur-reply 8 n. 1. We disagree. The testimony in paragraph 79 refers to the particular results in Fu. *See* Ex. 1003 ¶ 79 (citing Ex. 1033). We see nothing there that suggests Dr. Furneaux agrees with Patent Owner's position that any gRNA with a VT region of less than 20 nt is truncated.

"truncated gRNA tests showed that a guide sequence of only 16 nucleotides" abolished cleavage activity); Ex. 2045, Supp. Fig. 10 ("1-3 bp 5' [gRNA] truncations are indeed well tolerated, but larger deletions lead to loss of activity"). Accordingly, we credit Dr. Furneaux's testimony (*see, e.g.*, Ex. 1003 ¶ 79, Ex. 1059 ¶¶ 73–75) over the competing testimony offered by Dr. Marshall on these points.

At oral argument, Patent Owner took its argument a step further asserting not only that a POSA would doubt their functionality, but also that the record shows that Pioneer Hi-Bred sequences 64–67, in fact, lack gRNA functionality because they combine truncation with chemical modifications to the 4, 5, and 6 nucleotides of the untruncated gRNA. *See* Tr. 41:3–48:16 (urging that "Nishimasu" (Ex. 1026) shows that the nucleotides at this position are critical to gRNA functionality). This new argument is unavailing.[12] First, as explained above, the record does not support Patent Owner's argument that the VT domain in these sequences is truncated. Second, there is test data in the record demonstrating gRNA

---

[12] In its papers, Patent Owner asserts that a POSA would "doubt" the gRNA functionality of sequences 64–69 for this reason. Sur-reply 8; *see also* Resp. 40 (arguing this combination "would have been unpredictable" and thus gRNA functionality was not "inherent"); Ex. 2025 ¶ 203 ("[A] POSA would seriously question whether the guide sequence designs of Table 8 would be functional"). But at the hearing, Patent Owner stated it was asserting "both" that a POSA would doubt their functionality and that these sequences do not, in fact, exhibit gRNA functionality and that the record demonstrates such. Tr. 41:3–16. This latter point is a new argument that was not clearly presented in the Response and has therefore been waived. Even if it had been timely presented, we find that the record does not support Patent Owner's position that Pioneer Hi-Bred's sequences 64–69 are non-functional.

functionality for both truncated gRNAs and gRNAs with modifications to the 4, 5, and 6 nucleotides. *See, e.g.*, Ex. 1033, 283; Ex. 2045, Supp. Fig. 10; Ex. 1001, Tables 3 and 4 (Patent Owner's Specification showing cleavage activity for truncated gRNAs with a 17 nt target sequence and gRNAs with chemical modifications at the 4, 5, and 6 nucleotides). While not prior art, this data does tend to rebut Patent Owner's argument that sequences 64–67 lack gRNA functionality because it shows that both truncation to 17 nt and modifications to the 4, 5, and 6 nucleotides can be individually tolerated without losing cleavage activity.

We also disagree with Patent Owner's argument that the cleavage data in its Specification shows that a crRNA corresponding to Pioneer Hi-Bred's sequences 68 and 69 would lack "gRNA functionality." Resp. 38. The data Patent Owner points to shows only that cleavage did not occur. Cleavage, however, is not required for the "gRNA functionality" recited in claims 1 and 12. Patent Owner's expert, Dr. Sampson admitted on cross-examination that just because a gRNA in Table 4 lacks cleavage activity does not demonstrate that it also lacks the ability to bind a Cas protein and target that complex to target polynucleotide:

> Q.  [T]he handful of guide RNAs that you identified in Table 4 of the ['001] patent as not exhibiting cleavage, those may nonetheless bind with a Cas protein and form a complex with the target DNA; correct?
> A.  Yeah. I can't, you known, answer that definitively.
> Q.  All we know is that it might or might not happen; right? We don't know one way or the other?
> A.  There is no objective evidence that would be able to indicate that.

***

25

> Q. I just want to be clear, the handful of guide RNAs that you point out as being nonfunctional, you don't actually know whether they actually have gRNA functionality as claimed in the claims; right?
>
> A. What I'd say is that I can't – there's no objective evidence that allows you for a determination of whether the guides bind to Cas9 or direct the programmed Cas9 to the target site.
>
> \*\*\*
>
> Q. You can't say one way or another whether the guide RNAs that you say are not functional actually lack that gRNA functionality as claimed in the claims; right?
>
> A. I can state that I have no evidence to differentiate between whether they would bind to the Cas or direct the Cas to a target sequence.

Ex. 1060, 106:16–109:11 (objections omitted); *see also* Ex. 1059 ¶ 31 (similar testimony from Dr. Furneaux). Thus, the data in Table 4 of the Specification showing a lack of cleavage activity does not demonstrate that the corresponding gRNA lacks the claimed "gRNA functionality."

Moreover, Patent Owner's argument only applies to a crRNA that combines sequences 68 and 69 "together" resulting in a crRNA with 39 consecutive 2'-O-methyl modifications. Resp. 38. However, Pioneer Hi-Bred discloses that these modifications may be introduced "individually or in combination." Ex. 1006, 113:25–29. If introduced individually, a crRNA having the modifications in sequence 68 would have 17 2'-O-methyl modifications and a crRNA having the modifications in sequence 69 would have 22 such modifications. This is closer to the number of modifications in sequences that the data in the Specification shows do have cleavage activity (e.g., Table 4 Entry #s 146–150 having 20 consecutive 2'-O-methyl modifications) than it is to the sequences Patent Owner identifies as lacking

26

cleavage activity. *See* Resp. 38 (citing Ex. 1001, 119 (Table 4 Entry #s 151 and 152 having 26 and 37 consecutive sugar modifications). Therefore, the data in the Specification does not show that a crRNA comprising sequence 68 or 69 would lack cleavage activity, much less the broader "gRNA functionality" recited in the challenged claims.

For these reasons, we determine that Pioneer Hi-Bred discloses functional, chemically-modified gRNAs as recited in claims 1 and 12.

### 2. Whether Pioneer Hi-Bred is enabled

Patent Owner contends that Pioneer Hi-Bred is not enabled. Resp. 41–45. More specifically, Patent Owner asserts that "[a] POSA encountering Pioneer Hi-Bred could not make the claimed inventions of the '001 [patent] without undue experimentation" because it "discloses a laundry list of chemical modifications, that can be made alone or in combination, and applied literally anywhere in the disclosed guides." *Id.* at 43–44. According to Patent Owner, the "art was new, complicated and unpredictable," "not 'mechanistically analogous' to anything that came before it," and "a POSA would have been circumspect about making the claimed modifications without testing because what was known about the nature of the interactions between the Cas Protein and the gRNA suggested the gRNA would be very sensitive to modifications, especially in the guide portion." *Id.* at 45 (no citations provided). Thus, argues Patent Owner, "the *Wands* factors lean[] heavily in favor of a finding that Pioneer Hi-Bred would not enable one to make the claims of the '001 Patent without undue experimentation." *Id.* (italics added).

Petitioner contends the anticipating disclosures in Pioneer Hi-Bred are enabled. Reply 6–19. In particular, Petitioner urges that Pioneer Hi-Bred discloses only five types of chemical modifications for decreasing unwanted nuclease degradation in Table 7 and provides exemplary embodiments of gRNAs, including those having "the types and locations of modifications that anticipate the '001 Patent claims," in Table 8. *Id.* at 14–16. Petitioner points to testimony from Patent Owner's declarants showing that the techniques for making such gRNAs were known in the art and a POSA could use "commercially available instruments that could churn out multiple [chemically-modified] gRNAs in a single day." *Id.* at 9–10.

Petitioner also cites evidence that the chemical modifications disclosed in Pioneer Hi-Bred had been used for decades prior to the filing of the '001 patent "to stabilize RNA against nucleases" and that "CRISPR gRNA stabilization presented a new iteration of an old problem with a tried and true solution." *Id.* at 10–13. According to Petitioner, "the testing data in the patent drives home just how predictable this field was" because only 7 of the roughly 250 gRNAs Patent Owner tested lacked cleavage functionality. *Id.* at 13–14, 17 (referring to the inventors "roughly 97% success rate in predicting which modified gRNAs would work" based on prior art teachings).

We again find Petitioner's evidence and argument persuasive. For a prior art reference to be enabling, "the reference need only enable a single embodiment of the claim." *In re Morsa*, 803 F.3d 1374, 1377 (Fed. Cir. 2015). "In other words, a prior art reference need not enable its full disclosure; it only needs to enable the portions of its disclosure alleged to anticipate the claimed invention." *In re Antor Media Corp.*, 689 F.3d 1282,

1290 (Fed. Cir. 2012). Here, Petitioner asserts that the RNA-based embodiments disclosed in Examples 4 and 5 of Pioneer Hi-Bred are anticipatory. Those disclosures are presumed enabling and Patent Owner has not shown otherwise.

Indeed, he record demonstrates that a POSA, as of December 2014, could practice these disclosures without undue experimentation.[13] As explained above, Table 7 of Pioneer Hi-Bred teaches modifications, including 2'-O-methyl modifications to the sugar and phosphorothioate bond modifications, that can be used to decrease unwanted nuclease degradation of a gRNA in a guide polynucleotide/Cas endonuclease system. And Table 8 discloses exemplary sequences of such chemically-modified crRNAs that read on claims 1 and 12. Pioneer Hi-Bred teaches that gRNAs having the modifications in Table 8 and similar modifications can be "synthesized per standard techniques." Ex. 1006, 113:25–29.

While Pioneer Hi-Bred does not further describe these standard techniques, the record demonstrates such techniques were known in the art and a POSA would have been able to use them to make the gRNAs disclosed in Pioneer Hi-Bred without undue experimentation. Both sides' experts testify that techniques such as "click chemistry" and "TC chemistry" were known in the prior art for synthesizing long oligonucleotides. Ex. 1059

---

[13] The question of undue experimentation involves consideration of certain factors identified in *In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988). These factors include: the quantity of experimentation, the amount of direction or guidance present, the presence or absence of working examples, the state of the prior art, the relative skill of those in the art, and the predictability or unpredictability of the art. *Id.* To the extent they are applicable here, we have considered these and the other *Wands* factors in our analysis below.

¶¶ 33–38; *see* Ex. 1061, 188:9–190:17). Moreover, the Specification of the '001 patent cites references describing these known techniques to explain how its chemically-modified gRNAs may be synthesized. Ex. 1001, 47:35–65; *see also In re Morsa*, 803 F.3d at 1378 (explaining that statements in the specification evidencing the knowledge of a POSA may be relied upon to show that a prior art reference is enabled). The record further evidences that the inventors were able to employ such techniques to make an individual gRNA in about a day's time and that commercially-available "synthesizers" were available, allowing dozens of different gRNAs to be synthesized at the same time. Ex. 1069 ¶ 41; *see* Ex. 1060, 87:6–18, 88:3–16 (Dr. Sampson testifying that synthesizers capable of making as many as 48 gRNAs at a time were commercially-available), 191:16–192:14 (testifying that multiple guides can be made in a day).

Patent Owner argues that its inventors were uniquely-skilled in the synthesis of long RNAs and thus "it would have been extremely challenging for a POSA to chemically synthesize the claimed chemically-modified gRNA." *See* Resp. 11–13. This argument is unavailing for several reasons. First, the Specification of the '001 patent does not disclose any new techniques for synthesizing chemically-modified gRNAs, but instead refers to the use of click chemistry and TC chemistry techniques already taught in other references. Ex. 1001, 47:35–65. Second, while Dr. Sampson points to challenges he and the other inventors allegedly had to overcome to make these molecules (*see* Ex. 2029 ¶¶ 12–14), none of those challenges are mentioned in the Specification of the '001 patent. *See In re Epstein*, 32 F.3d 1559, 1568 (Fed. Cir. 1994) (holding "the Board's observation that appellant did not provide the type of detail in his specification that he now argues is

30

necessary in prior art references supports the Board's finding that one skilled in the art would have known how to implement the features of the references"). Moreover, when cross-examined about these purported challenges, Dr. Sampson was either unable to remember how the inventors addressed them or he testified they were overcome by increasing the reaction time, which was "[j]ust kind of a pretty standard thing that you do." Ex. 1061, 115:3–118:19. Third, in order to anticipate, Pioneer Hi-Bred "need only enable a single embodiment of the claim." *In re Morsa*, 803 F.3d at 1377. Petitioner's arguments that its team of inventors spent over a year to synthesize "hundreds" of gRNAs does not show that the experimentation required to make any one of the anticipating gRNAs disclosed in Pioneer Hi-Bred, e.g., the exemplary crRNAs in Table 8, would be undue. For these reasons, we credit Dr. Furneaux's testimony that undue experimentation would not be required to make the anticipating, chemically-modified gRNAs taught in Pioneer Hi-Bred (*see* Ex. 1059 ¶¶ 32–47) over the competing testimony of Patent Owner's declarants.

So too, the fact that Pioneer Hi-Bred "contains no data regarding any testing of the sequences in Table 8" does not demonstrate that the crRNAs disclosed there are not enabled. *See* Resp. 35–37. "It is not . . . necessary that an invention disclosed in a publication shall have actually been made in order to satisfy the enablement requirement." *In re Donohue*, 766 F.2d 531, 533 (Fed.Cir.1985). Thus, while it appears that Examples 4 and 5 in Pioneer Hi-Bred are prophetic, as opposed to working, examples, that fact alone does not undermine the presumption that Pioneer Hi-Bred is enabled. *See Antor Media*, 689 F.3d at 1289–90 ("[T]he mere use of forward-looking language (such as terms like 'should') does not show one way or another whether a

31

person of ordinary skill in the art would have to engage in undue experimentation to perform the claimed invention").

To the extent Patent Owner contends that the nascent state of the art demonstrates that undue experimentation would be required, we disagree. *See* Resp. 45. It is undisputed that the use of gRNA in a CRISPR/Cas system was a relatively new discovery first published in mid-2012. *See* Pet. 2; Resp. 52–53. That said, the record demonstrates that by December 2014 substantial research into such systems had been published and would have been known to a POSA Ex. 1003 ¶ 79; Ex. 1059 ¶¶ 20–23, 65–72 (citing references). A POSA would also know that gRNA was subject to degradation, which could limit the efficiency of a CRISPR/Cas system. *See, e.g.*, Ex. 1003 ¶¶ 66, 71; Ex. 1061, 200:14–201:11. Moreover, the particular types of chemical modifications disclosed in Pioneer Hi-Bred and recited in the challenged claims had been known and used for decades to stabilize RNA against unwanted degradation in other systems. Ex. 1003 ¶¶ 51–52, 62–71; *see also* Ex. 1061, 214:6–16. Thus, while the art was somewhat unpredictable in December 2014, it was far from a blank slate with a POSA understanding how the different elements of a CRISPR/Cas system are used and function together, including the role of gRNA; the types of chemical modifications that had been successfully used in other systems to reduce RNA degradation, while preserving functionality; and standard techniques for making gRNAs with the modifications disclosed and exemplified in Pioneer Hi-Bred.

Finally, Patent Owner's attempt to analogize the present facts to those in *Impax Laboratories*[14] is unavailing. *See* Resp. 43. The claims in *Impax Laboratories* were directed to methods of using a particular compound to treat a particular disease. 545 F.3d at 1314. However, the allegedly anticipating prior art disclosed "hundreds or thousands of compounds and several diseases" along with "broad and general" dosage guidelines and "without sufficient direction or guidance to prescribe a treatment regimen." *Id.* at 1315–16. On those facts, the Federal Circuit affirmed the district court's finding that the prior art did not enable the particular method recited in the claims. *Id.* In contrast, Pioneer Hi-Bred exemplifies particular crRNA sequences having the recited chemical modifications at the recited locations and teaches that gRNA comprising such may be used as guide polynucleotides in a CRISPR Cas system.

In sum, given the guidance in Pioneer Hi-Bred, the existing knowledge in the art, including knowledge of standard techniques and equipment/reagents for making the chemically modified RNA sequences taught in Pioneer Hi-Bred, and the relatively high level of training of a POSA, we find that undue experimentation would not have been required to make and use a gRNA with the recited chemical modifications and functionality. Because Pioneer Hi-Bred discloses functional, chemically-modified gRNAs as recited in claims 1 and 12, and that disclosure is enabled, Petitioner has demonstrated that claims 1 and 12 are anticipated by Pioneer Hi-Bred.

---

[14] *Impax Labs., Inc. v. Aventis Pharms., Inc.*, 545 F.3d 1312, 1314 (Fed. Cir. 2008).

*ii.    Claim 2*

Claim 2 depends from claim 1 and recites that the synthetic guide RNA is a "single guide RNA (sgRNA)." Ex. 1001, 243:25–26. Petitioner asserts that Pioneer Hi-Bred discloses a sgRNA and teaches that chemical "modifications, such as 2'-O-methyl and 3-phosphorothioate, can be made in a sgRNA." Pet. 30–31 (citing Ex. 1006, 24:6–19, 25:11–15, 113:25–29, Figs. 1B and 3B). We agree that Pioneer Hi-Bred discloses a chemically-modified sgRNA as recited in claim 2.

Patent Owner argues that claim 2 is not anticipated because "[s]equences 64, 65, 66, 67, 68, and 69 [in Pioneer Hi-Bred Table 8] are disclosed only as a portion of a duplex or two-part guide." Resp. 29.[15] Patent Owner's argument is unavailing. Pioneer Hi-Bred's disclosure is not limited to a two-part guide with the crRNA sequences in Table 8. It discloses that its guide polynucleotides can be implemented as "a single molecule or a double molecule." 1006, 24:8–9. Moreover, Pioneer Hi-Bred specifically states that the modifications in Table 8 can also be introduced in a "long guide RNA," i.e., a sgRNA. Ex. 1006, 113:25–27; *see* Ex. 1003 ¶ 150 (explaining that a sgRNA is also referred to as a long guide RNA). Accordingly, while sequences 64–69 are described as part of a crRNA, a POSA would have immediately envisioned that those sequences could also be implemented in the corresponding domains of a sgRNA.

Accordingly, Petitioner has shown by a preponderance of the evidence that claim 2 is anticipated by Pioneer Hi-Bred.

---

[15] To the extent Patent Owner reasserts the same arguments for claim 2 and the other dependent claims that it does for claims 1 and 12, those arguments are unavailing for the reasons already addressed in our analysis above.

34

###### iii. *Claims 3–7, 10, 13–15, 17, and 20*

Claims 3–7, 10, 13–15, 17, and 20 depend from claims 1 and 12 and further limit the type and location of the chemical modifications. Petitioner cites evidence showing that Pioneer Hi-Bred discloses the additional limitations in each of these claims. *See* Pet. 32–35, 38, 43–44.

Petitioner's contentions are sufficiently supported by the record and persuasive. Indeed, each of the additional limitations recited in claims 3–7, 10, 13–15, 17, and 20 is disclosed in one or more of the exemplary sequences 65–69 in Table 8 of Pioneer Hi-Bred. That is, sequences 64, 66, and 68 disclose a modification "at the first nucleotide" of the 5'-end as recited in claims 3, 6, and 13. Sequences 65, 67, and 69 disclose a modification of "at least two consecutive modified nucleotides within five nucleotides" of the 3'-end as recited in claims 3, 6, and 13. Sequences 64 and 65 disclose phosphorothioate modifications as recited in claims 5 and 15. Sequences 66–69 disclose 2'-O-methyl modifications as recited in claims 10 and 17.

Patent Owner does not dispute Petitioner's showing for most of these claims separately from its arguments for the independent claims, which are unavailing. However, Patent Owner asserts that claims 4, 7, 14, and 20 are not disclosed by the crRNA sequences in Pioneer Hi-Bred Table 8 because they "include a limitation requiring at least one modified nucleotide that is a '2'-O-methyl-' nucleotide with an additional modification type to the same nucleotide." *See* Resp. 27. Patent Owner is incorrect.

35

Claim 4 depends from claim 3 and recites that the "one modified nucleotide" specified in claim 3 is selected from a group of modifications that includes "a 2'-O-methyl nucleotide." Ex. 1001, 243:34–36. Sequences 66–69 of Pioneer Hi-Bred disclose that limitation. Ex. 1006, 109.

Claim 7 depends from claim 6 and recites that the "one or more modified nucleotides within five nucleotides from the 3-end" are selected from a group of modifications that includes "a 2'-O-methyl nucleotide." Ex. 1001, 243:53–56. Sequences 65 and 69 disclose that limitation Ex. 1006, 1009.

Claim 14 depends from claim 13 and recites that the "one modified nucleotide" specified in claim 13 is selected from a group of modifications that includes "a 2'-O-methyl nucleotide." Ex. 1001, 244:42–44. Sequences 66–69 disclose that limitation. Ex. 1006, 109.

Claim 20 depends from claim 12 and recites that the "modified nucleotides" are selected from a group of modifications that includes "a 2'-O-methyl nucleotide." Ex. 1001, 243:53–56. Sequences 66–69 disclose that limitation. Ex. 1006, 109.

Accordingly, Petitioner has shown by a preponderance of the evidence that claims 3–7, 10, 13–15, 17, and 20 are anticipated by Pioneer Hi-Bred.

<em>iv.    Claims 9 and 18</em>

Claims 9 and 18 depend from claims 1 and 12 and recite that the modified nucleotide is a "2'-O-methyl-3'-phophorothioate nucleotide." Ex. 1001, 243:65–67, 244:63–65.

Petitioner cites the disclosure in Tables 7 and 8 of Pioneer Hi-Bred, urging that these examples disclose "five types of nucleotide base (or sugar)

36

and/or phosphodiester bond modifications including the phosphorothioate and 2'-O-methyl modifications." Pet. 35–36. Relying on Pioneer Hi-Bred's teaching that these modifications can be introduced throughout the VT and CER domains and in "combination," Petitioner asserts that "Tables 7 and 8 disclose thirty-one different ways to combine the five modifications, and eight of these combinations contain both a 3'-phosphorothioate modified nucleotide and a 3'-phosphorothioate modified nucleotide." *Id.* at 36–37 (citing Ex. 1003 ¶¶ 171–74; Ex. 1006, 106:13–19, 113:25–29). Petitioner relies on a similar mathematical analysis based on another teaching in Pioneer Hi-Bred that "yields 2047 ways to combine the [disclosed modifications], 512 of which contain a 2'-O-methyl-3'phosphorothioate modification in the guide sequence." *Id.* at 37–38 (citing Ex. 1003 ¶ 173; Ex. 1006, 24:6–19). According to Petitioner, a POSA would "immediately envisage combining these modifications in one nucleotide near the 5' and/or 3'-ends of a gRNA" given "the high fraction of combinations containing the combined [modifications] and Pioneer Hi-Bred's express teachings of combining" them. *Id.* at 38 (citing *Kennametal, Inc. v. Ingersoll Cutting Tool Co.*, 780 F.3d 1376, 1381 (Fed. Cir. 2015)).

Patent Owner argues that "Pioneer Hi-Bred does not disclose any 2'-O-Methyl and 3'-phosphodiester linkage on the same nucleotide" as recited in these claims. Resp. 27. In its Sur-reply, Patent Owner further asserts that *Kennametal* "is inapposite since [there] it was undisputed that all claim elements were disclosed in the prior art but for a single structural element," whereas here "it is undisputed that Pioneer Hi-Bred lacks the structural limitations and the 'gRNA functionality' limitation." Sur-reply 26. However, Patent Owner does not challenge Dr. Furneaux's calculations, nor

37

Petitioner's argument based on those calculations that a high fraction of the possible combinations would have both modifications. *See* Reply 2 (noting that Patent Owner "presents no analysis or argument" regarding these claims).

Petitioner's contentions are sufficiently supported by the record and persuasive. Sequences 64 and 65 in Pioneer Hi-Bred disclose phosphorothioate modifications to the three nucleotides at the 5'-end (sequence 64) and 3'-end (sequence 65) of a crRNA. Ex. 1006, 109. Sequences 66 and 67 disclose 2'-O-Methyl modifications at the same locations. *Id.* While none of the exemplary sequences in Table 8 disclose the combination of these two modifications to the same nucleotide, Pioneer Hi-Bred discloses that "[n]ucleotide base *and*/or phosphodiester bond modifications similar to those illustrated in Example 5 Table 8 can be introduced individually or *in combination* into the crRNA." *Id.*at 113:25–27 (emphases added). The combination of the modifications in sequences 64 and 66, for example, would result in a crRNA 2'-O-methyl-3'-phosphorothioate nucleotides at the 5'-end. Similarly, Petitioner shows that a high fraction of the possible combinations in Table 7 result in the combination of 2'-O-methyl and 3'-phosphorothioate modifications. Pet. 36–37 (citing Ex. 1003 ¶¶ 171–74). This showing, which Patent Owner does not specifically dispute, sufficiently demonstrates that a POSA would immediately envisage the combination of modifications recited in claims 9 and 18. Accordingly, Petitioner has shown by a preponderance of the evidence that claims 9 and 18 are anticipated by Pioneer Hi-Bred.

### v.    *Claims 21–25 and 27*

Claim 21 recites a method for modifying a DNA sequence, regulating the expression of a gene of interest, or cleaving a target polynucleotide using the gRNA of claim 1 to form a gRNA:Cas protein complex that is then contacted with the target polynucleotide. Ex. 1001, 245:8–18. Claim 27 depends from claim 21 and recites that the gRNA:Cas protein is formed "outside or inside a cell" and contacted with the target polynucleotide "in a cell." *Id.* at 246:18–20.

Petitioner cites evidence showing that Pioneer Hi-Bred discloses the method recited in claims 21 and 27. *See* Pet. 45–49. Patent Owner does not dispute Petitioner's showing for these claims separately from its arguments for claim 1.

Petitioner's contentions are sufficiently supported by the record and persuasive. As explained above, Pioneer Hi-Bred discloses a synthetic gRNA with the chemical modifications and gRNA functionality recited in claim 1. Pioneer Hi-Bred discloses methods of using such a gRNA to modify a DNA sequence as recited in claim 21. Ex. 1006, 41:23–32, 128:8–14 (claim 28); Ex. 1003 ¶¶ 195–207 (explaining how Pioneer Hi-Bred discloses the steps of claim 21). Pioneer Hi-Bred also discloses that the gRNA/Cas endonuclease system can be used to regulate expression of a specific gene or cleave a target polynucleotide. *See id.* at 30:17–22 (cleave by "introduc[ing] a double strand break at said target site"); 47:15–29 (regulate expression). Regarding claim 27, Pioneer Hi-Bred discloses that the Cas endonuclease may be "paired with the modified nucleic acid components" (i.e., the chemically-modified gRNA) and co-delivered into a cell. Ex. 1006, 112:30–31. Dr. Furneaux offers testimony, which we credit, explaining that this

39

would result in the gRNA:Cas protein complex being formed outside the cell and that the complex would contact the target polynucleotide inside the cell upon co-delivery. Ex. 1003 ¶¶ 217–18. The teachings Petitioner relies upon in Pioneer Hi-Bred are presumptively enabling. *See, e.g.*, *Antor Media*, 689 F.3d at 1287–88. Patent Owner does not challenge that presumption separately from its arguments for independent claims 1 and 12, which are unavailing as explained above.

Claims 22–25 depend from claim 21 and recite limitations on the type and location of the chemical modifications on the gRNA that are the same as those in claims 3–5 and 9. *Id.* at 245:19–246:12. Petitioner relies on the same showing for claims 22–25 as it does for these other claims. That showing is sufficient for the same reasons explained above.

Accordingly, Petitioner has shown by a preponderance of the evidence that claims 21–25 and 27 are anticipated by Pioneer Hi-Bred.

### vi.    *Claim 30*

Claim 30 recites "[a] set or a library comprising at least two guide RNAs of claim 1." Ex. 1001, 246:25–26.

Petitioner relies on Pioneer Hi-Bred's teaching that the "modified guide polynucleotides described [therein] may also be delivered *simultaneously in multiplex* to target multiple chromosomal DNA sequences for cleavage or nicking." Pet. 50 (quoting Ex. 1006, 107:24–108:2). In addition, Petitioner cites Pioneer Hi-Bred's teaching that the guide polynucleotide/Cas system can be used "for producing transgenic trait loci *comprising multiple transgenes*." *Id.* at 50–51 (quoting Ex. 1006, 78:19–26). Petitioner and Dr. Furneaux assert that "[a] POSA would have

40

understood [these teachings] as an express instruction to prepare a library of modified gRNAs comprising multiple modified gRNAs" as recited in claim 30. Pet. 51; Ex. 1003 225–27.

In response, Patent Owner asserts "[s]equences 65-69 not comprise [sic] a set or library of two or more synthetic guide RNAs, and there [sic] cannot anticipate claim 30." Resp. 29. Patent Owner does not respond to Petitioner's argument that Pioneer Hi-Bred teaches its modified gRNAs may be delivered in multiplex. *See* Reply 2–3 (noting that "Patent Owner presents no rebuttal to Petitioner's citation" to this disclosure).

Petitioner's contentions are sufficiently supported by the record and persuasive. As we understand it, Patent Owner's argument against Petitioner's showing for claim 30 is that a single gRNA comprising one of sequences 65–69 of Pioneer Hi-Bred Table 8 would not itself be a set or library comprising at least two guide RNAs. But that misses the point. Pioneer Hi-Bred specifically teaches that its modified gRNA may be delivered simultaneously in multiplex to target multiple different sequences. Ex. 1006, 107: 24–108:2. Dr. Furneaux offers testimony, which we credit, explaining that a POSA would understand this to be an instruction to prepare a library of multiple, modified gRNAs. Ex. 1003 ¶ 227. Accordingly, Petitioner has shown by a preponderance of the evidence that claim 30 is anticipated by Pioneer Hi-Bred.

### F. Ground 2: Obviousness over Pioneer Hi-Bred and Krutzfeldt, Deleavey, Soutschek, or Yoo

Petitioner contends claims 9, 18, and 25 are obvious over Pioneer Hi-Bred in combination with any of Krutzfeldt, Deleavey, Soutschek, or Yoo. Pet. 51–64. More specifically, Ground 2 relies on Pioneer Hi-Bred for the

41

limitations of the independent claims and each of the other references for their disclosure of modified nucleotides comprising a 2'-O-methyl-3'-phosphorothioate nucleotide as recited in dependent claims 9, 18, and 25. *Id.*

Petitioner asserts that "[a] POSA would have been motivated to incorporate the 2'-O-methyl-3'phophorothioate modifications disclosed in Krutzfeldt, Deleavey, Soutschek, or Yoo's RNA molecules with the modified gRNAs taught in Pioneer Hi-Bred for multiple reasons." Pet. 55. Petitioner's reasoning includes that it was "well known to use such modified nucleotides within five nucleotides of the 3' and 5'-ends and the 2'-O-methyl-3'-phosphorothioate modifications in these secondary references "reflect the types of modifications to gRNA that are already taught and suggested in Pioneer Hi-Bred." *Id.* at 55–58. Petitioner further contends that a POSA would have been motivated to make the combination because the references teach that such modifications provide benefits such as improved stability and resistance towards nuclease degradation and increased editing efficiency. *Id.* at 58–60.

According to Petitioner, a POSA would have had a reasonable expectation of success because "it is undisputed that gRNAs with 2'-O-methyl and phosphorothioate modifications are inherently functional for this purpose." Pet. 61. Petitioner also refers to Pioneer Hi-Bred's teaching that both types of modifications can be used in a gRNA. *Id.* at 62. Finally, Petitioner urges that the "use of 2'-O-methyl-3'-phosphorothioate modifications at or near the 3' and/or 5'-ends of various types of RNAs, such as siRNA, AONs, and anti-miRNA, in the field of gene regulation" was "widespread" and therefore a POSA would have anticipated that the same modifications "would not only have been functional" to hybridize to DNA in

42

a cellular environment, but also would have had" additional benefits such as increasing stability and binding specificity. *Id.* at 63–64 (citing Ex. 1003 ¶¶ 259–68).

Petitioner's contentions are sufficiently supported by the record and persuasive. Krutzfeldt, Deleavey, Soutschek, and Yoo each disclose chemically modified RNA sequences having a "2'-O-methyl-3'-phosphorothioate nucleotide" as recited in claims 9, 18, and 25. Ex. 1009, 2886 (Table 1); Ex. 1007, 943 (Fig. 4), 948; Ex. 1012, 173, 177; Ex. 1011, 2008. Moreover, as Petitioner points out, these references teach that such modifications, particularly when made to nucleotides near the end of an RNA molecule, provide a number of benefits including increased resistance to nuclease degradation. Ex. 1009, 2889; Ex. 1007, 937; Ex. 1012, 173; Ex. 1011, 2008. This dovetails with Pioneer Hi-Bred's teaching that such modifications decrease unwanted nuclease degradation in a guide polynucleotide. *See* Ex. 1006, 107. Accordingly, the combination of Pioneer Hi-Bred with any of Krurtzfeldt, Deleavey, Soutschek, or Yoo teaches all of the limitations of these claims and the record supports Petitioner's rationale for combining them.

Patent Owner raises several arguments in its Response some of which were already addressed in our analysis of Ground 1. Patent Owner urges that the Petitioner's obviousness grounds fail because they rely exclusively on Pioneer Hi-Bred for the claimed functionality requirements. *See* Resp. 49–50. However, as explained above, Pioneer Hi-Bred discloses synthetic gRNA and crRNA molecules having the recited "gRNA functionality" and the anticipating disclosure is enabled as to both Patent Owner's composition

43

and method claims. Accordingly, Patent Owner's functionality arguments are unavailing.

Patent Owner also challenges Petitioner's motivation to combine and reasonable expectation of success showing and offers evidence of objective indicia of non-obviousness. *See* Resp. 45–49, 50–66. We address these issues in turn.[16]

1. Whether there would have been a motivation to combine and reasonable expectation of success

Patent Owner argues that Petitioner "relies on the claims as a roadmap" and "regardless of the number of or variety of modifications in a challenged claim" the alleged motivation to combine is always the same, i.e., that Pioneer Hi-Bred envisions other combinations and "the modifications in the prior art reference would enhance against degradation." Resp. 51. According to Patent Owner, "protecting against degradation is a function the disclosed modifications in Pioneer Hi-Bred were already providing so a POSA would have no need or motivation to look elsewhere to an already fulfilled need." *Id.*

Patent Owner's argument is unavailing for several reasons. First, at least with respect to claims 9, 18, and 25, Pioneer Hi-Bred teaches the same modifications (i.e., 2'-O-methyl sugar and phosphorothioate linkage modifications) taught by the secondary references in Ground 2. Thus, the choice between Pioneer Hi-Bred's modifications and those taught in the

---

[16] These are global arguments Patent Owner collectively argues for all of the obviousness grounds. Our analysis below considers the claims in all of those grounds.

Krutzfeldt, Delevey, Soutschek, and Yoo that Patent Owner's argument envisions is an illusory one.

Second, even if the combination involved the use of modifications not already taught in Pioneer Hi-Bred,[17] it is well-established that substitution of one element for another known to provide the same benefit may provide a rationale for combining references. *See KSR*, 550 U.S. at 417 ("[I]f a technique has been used to improve one device, and a person of ordinary skill in the art would recognize that it would improve similar devices in the same way, using the technique is obvious unless its actual application is beyond his or her skill."). So too, "the normal desire to improve upon what is already generally known" may provide a reason to employ additional types of modifications as in claims 8, 11, 16, 19, and 26, or to combine modifications as in claims 9, 18, and 25, where such strategies had been shown to prevent degradation in prior art RNA systems. *Jazz Pharms., Inc. v. Amneal Pharms.,* LLC, 895 F.3d 1347, 1368 (Fed. Cir. 2018).

Third, along with protecting against degradation, Petitioner points to teachings in these references that their chemical modifications provide other benefits, e.g., increased specificity and cell penetration, that would have motivated a POSA to employ such modifications in Pioneer Hi-Bred's synthetic gRNAs. *See* Pet. 59 (referring to Yoo's teaching regarding "reduced non-specific effects"); 66–68 (referring to Threlfall's teaching regarding "greater efficacy and ability to penetrate cells" and "increased

---

[17] This is the case for the PACE and thioPACE modifications taught by Threlfall and Delevey in Ground 3. Pioneer Hi-Bred does not teach those modifications, but Petitioner asserts that it would have been obvious to use them in Pioneer Hi-Bred's synthetic gRNAs because "they would provide the same benefits to gRNAs that Pioneer Hi-Bred seeks to achieve." Pet. 67.

cellular uptake"); Ex. 1003 ¶¶ 259–64 (Ground 2); 285–87 (Ground 3).
Moreover, Dr. Furneaux provides testimony explaining why a POSA would
understand that the various benefits these modifications provide to be
desirable within the context of a CRISPR/Cas system. Ex. 1003 ¶¶ 254–55
(Ground 2); 286–87 (Ground 3). This testimony is credible and further
supports Petitioner's reasoning for combining the references.

Patent Owner also argues there would have been no reasonable
expectation of success in making the chemical modifications in Petitioner's
obviousness combinations. *See* Resp. 52–64. According to Patent Owner,
"[w]hether a particular combination of chemical modifications in at [sic]
particular nucleotide positions . . . would adversely impact functionality was
entirely unpredictable at the time Agilent started its work, and there was no
guarantee of success that it would make the discoveries that led to the
claimed inventions." *Id.* at 52. Patent Owner explains that "CRISPR was a
nascent technology in 2014, and the structure-function relationships among
the gRNA and Cas protein were still being investigated." *Id.* at 54–59 (citing
references). Therefore, urges Patent Owner, "a POSA would know that the
result of modifications would be unpredictable and would need to be tested."
*Id.* at 55.

Regarding Petitioner's reliance on modifications known to be
successful in prior art RNA systems, Patent Owner contends that a POSA
would not have regarded such systems as "'mechanistically analogous' such
that modifications that maintained functionality in other systems would work
in the CRISPR-Cas system." Resp. 60–61 (citing Ex. 2025 ¶¶ 132–47).
Patent Owner argues that Dr. Furneaux's testimony that "prior art siRNA,
miRNA, AON" systems are "mechanistically analogous" to CRISPR/Cas

46

systems is flawed because "notably absent from his [declaration] *is any description of the mechanisms of the systems that are allegedly 'mechanistically analogous.'*" *Id.* at 61–62 (citing Ex. 1003 ¶¶ 43–50). Patent Owner urges that Petitioner and Dr. Furneaux's "entire 'mechanistically analogous' analysis reduces simply to noting that RNA, which is common to all these systems, faces the same problems, such as potential degradation." *Id.* at 62.

Finally, Patent Owner argues that "Agilent's own process confirms that arriving at the claimed combinations was anything but predictable or that a POSA would have had a reasonable likelihood of success." Resp. 63 (referring to Dr. Sampson's testimony). According to Patent Owner, this was "an iterative process as to which there was no assurance of success via which Agilent was able to test its various modified guides across a series of assays sufficient to appraise the public on how to improve CRISPR gRNAs." *Id.* at 64.

In reply, Petitioner argues that Patent Owner's arguments and Dr. Marshall's testimony regarding the complexity of the CRISPR/Cas system and mechanistic differences with prior art systems are "theoretical concerns . . . that were never actually expressed in the literature." Reply 23–24. According to Petitioner, by asserting that these "speculative and contrived concerns can defeat obviousness, Patent Owner effectively applies a heightened standard that goes beyond reasonable expectation of success." *Id.* at 24. Instead, "the law is clear that 'the expectation of success need only be reasonable, not absolute.'" *Id.* (quoting *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1364 (Fed. Cir. 2007)).

Petitioner urges that the record supports such a finding here because:

47

>[r]esearchers had been using the claimed chemical
>modifications in other relevant gene regulation contexts long
>before the conception of CRISPR as a gene editing tool. Then,
>when Doudna and co-workers published CRISPR for gene
>editing,[18] multiple researchers ***immediately*** proposed to use
>such chemical modifications with gRNAs, including the
>specific claimed 2'-O-methyl and phosphorothioate
>modifications.

Reply 25 (citing Pet. 12, 81; Ex. 1003 ¶¶ 71–72; Ex. 1061, 112:1–5, 113:3–8, 116:5–10, 211:14–218:8). According to Petitioner, "[i]f there were no reasonable expectation of success, it would not be the case that a chorus of researchers would so quickly propose using chemical modifications with gRNAs while none would warn against it." *Id.* at 26. In addition, Petitioner points to evidence that prior art "studies ha[d] shown that modifications at the 5' or 3'-ends of gRNAs do not inhibit Cas9 function" and that the "crystal structure of Cas9 shows that it tolerates a large number of mutations to the gRNA, including multiple modifications to single nucleotides." *Id.* (citing Ex. 1003 ¶¶ 78; Ex. 1026, 941; Ex. 1033, 279; Ex. 1034, 235).

Petitioner's arguments and evidence are persuasive. As Petitioner points out, by December 2014, several studies had shown that the CRISPR/Cas system could successfully tolerate modifications. Ex. 1026, 941; Ex. 1033, 279. While these studies describe different types of modifications[19] than those in the challenged claims, such evidence

---

[18] "In 2012, Jennifer Doudna and Emmanuelle Charpentier discovered [and published] that CRISPR associated enzyme (more specifically, the Cas9 protein) could be programmed to target nearly any portion of a genome using lab-made guide RNA sequences." Ex. 2025 ¶ 77. Their work was published in June 2012. Resp. 52; Reply 19.
[19] As Patent Owner points out, the "mutations" referred to in Exhibit 1026 are changes to the RNA bases, as opposed to modifications to the sugar or

nevertheless supports Dr. Furneaux's testimony that a POSA would have expected that chemical modifications could be made at the 5' and 3'-ends of a gRNA while preserving the Cas enzyme's gene editing function. Ex. 1003 ¶¶ 79, 265–70, 288–89.

The record further demonstrates that shortly after the discovery of the CRISPR/Cas system for gene editing and prior to December 2014, there were already a number of researchers in addition to the authors of the Pioneer Hi-Bred publication suggesting the use of the claimed chemical modifications to improve the resistance of gRNA to degradation. Ex. 1003 ¶ 72 (identifying examples of patent publications with filing dates prior to December 2014 describing 2'-O-methyl and phosphorothioate modifications to gRNA); Ex. 1019 ¶¶ 193–96, claim 171; Ex. 1020 ¶¶ 570–71, 1657; Ex. 1022 ¶ 260; Ex. 1023 ¶ 362. Patent Owner's expert, Dr. Marshall, conceded as much on cross-examination. Ex. 1061, 113:3–8, 116:5–10, 211:14–213:8. The fact that multiple groups of researchers independently suggested the same types of gRNA modifications recited in the challenged claims evidences that a POSA would have had a reasonable expectation those modifications could be successfully employed in a CRISPR/Cas system. Ex. 1059 ¶ 18; *see also Regents of the Univ. of California v. Broad Institute, Inc.*, 903 F.3d 1286, 1295 (Fed. Cir. 2018) (explaining that "simultaneous invention" may bear on the obviousness analysis because "it is evidence of the level of skill in the art"). Moreover, while Petitioner points to multiple references suggesting such modifications to gRNA, neither Patent Owner

---

phosphodiester linkages in the backbone. Sur-reply 12 (citing Ex. 1026, 942–43 (Fig. 4D)). Exhibit 1033 describes truncation, i.e., removal of nucleotides, within the gRNA.

49

nor Dr. Marshall identify any reference expressing doubt that such modifications could be successfully implemented in a CRISPR/Cas system. This contrast undermines Patent Owner's argument that a POSA would not have reasonably expected the prior art modifications to work in a CRISPR/Cas system.

Nevertheless, Patent Owner maintains "there was no guarantee of success" and therefore testing was required to confirm that such modifications would work. *See* Resp. 52. That argument is unavailing because "only a reasonable expectation of success, not a guarantee, is needed" to show obviousness. *Pfizer*, 480 F.3d at 1364 (citing *In re O'Farrell*, 853 F.2d 894, 903 (Fed. Cir. 1988)). The facts of the *Pfizer* case are instructive. There, the lower court had concluded that there would have been no expectation of success in making the claimed drug salt "because there was no reliable way to predict the influence of a particular salt species on the active part of the compound." *Id.* The Federal Circuit reversed, explaining that while it accepted the lower court's finding that "it was generally unpredictable as to whether a particular salt would form and what its exact properties would be," the "case law is clear that obviousness cannot be avoided simply by a showing of some degree of unpredictability in the art." The court observed that

> a rule of law equating unpredictability to patentability, applied in this case, would mean that any new salt—including those specifically listed in the [prior art reference]—would be separately patentable, simply because the formation and properties of each salt must be verified through testing. This cannot be the proper standard since the expectation of success need only be reasonable, not absolute.

*Id.*

50

The current proceeding presents analogous facts. We do not doubt that there would have been some degree of unpredictability because, as Patent Owner points out, the interactions in a CRISPR/Cas system are complex and that there are mechanistic differences from the prior art RNA systems in Petitioner's secondary references. *See* Resp. 52–64. However, Petitioner has shown that a POSA would have understood that these systems share features in common with CRISPR/Cas, including that their efficacy and functionality is limited by the fact that the RNA used in them is subject to unwanted degradation. *See, e.g.*, Ex. 1003 ¶¶ 66–68, 71–73, 254–55, 285–87. Thus, the fact that the claimed modifications reduced degradation, while maintaining functionality, in these prior art systems supports a finding that the same modifications could also be successful in a CRISPR/Cas system. To the extent Dr. Marshall testifies that the successful use of these modifications in prior art systems does not evidence at least a reasonable expectation they could also be successfully used in a CRISPR/Cas system (*see, e.g.*, Ex. 2025 ¶¶ 132, 147), we credit Dr. Furneaux's testimony (Ex. 1003 ¶¶ 62–79, 256–70 (Ground 2), 287–88 (Ground 3)) and the evidence noted above over Dr. Marshall's testimony on this issue.

For these reasons, Petitioner has sufficiently shown that a POSA would have had both a motivation for and reasonable expectation of success in combining the cited references.

### 2. Consideration of objective indicia of nonobviousness

Patent Owner argues that "[t]here is overwhelming evidence of secondary consideration of nonobviousness, particularly as it relates to no question about [sic] industry praise, copying, and commercial success."

51

Resp. 46. Patent Owner's objective indicia arguments center on the Hendel paper (Ex. 1005). *See id.* at 46–49. Patent Owner explains that "[t]he Agilent inventions" were "first made public" in this paper, which was co-authored with researchers at Stanford. *Id.* at 19. According to Patent Owner, "publications citing the Hendel paper have called Agilient's work 'pioneering,' 'seminal,' and 'a major contribution.'" *Id.* at 46–47 (quoting Ex. 2050, 4; Ex. 2028, 681). Patent Owner also offers evidence that the Hendel paper has been cited almost 900 times since its publication in 2015, which is in the 94th, 98th, or 99th percentile according to various indices of "tracked articles of a similar age." *Id.* at 20, 47 (citing Ex. 2025 ¶ 57; Ex. 2032, Ex. 2056).

Regarding copying and commercial success, Patent Owner points to evidence of statements by Petitioner that it contends "tout the benefits of Agilent's inventions" and suggest that the reason Petitioner uses chemically modified gRNA in its products is the study published in the Hendel paper. *Id.* at 20–21, 48–49 (quoting statements by Synthego's Head of Synthetic Biology in Ex. 2033, 3:05–4:45[20] and citing Ex. 2034, 6). Patent Owner also asserts that "[t]here is . . . no doubt that Petitioner Synthego has been successful" as result of using Patent Owner's inventions. Resp. 49.

In its Reply, Petitioner urges that the fact that multiple researchers "***immediately*** proposed to use chemical modifications with gRNAs" after the initial publication of CRISPR for gene-editing "proves obviousness." Reply 19 (citing *Geo. M. Martin Co. v. All. Mach. Sys. Int'l LLC*, 618 F.3d 1294,

_____

[20] Exhibit 2033 is a video. The pinpoint citation refers to the time in the video at which these statements occur, i.e., beginning at 3 minutes and 5 seconds.

1305 (Fed. Cir. 2010)). Moreover, Petitioner asserts that the evidence of praise for the Hendel paper is "surprisingly thin" with one of the two references Patent Owner cites praising it as "'pioneering'" having been "co-authored by Hendel himself." Reply. 20–21 (referring to Ex. 2050). According to Petitioner,

> Patent Owner's scientists may well have been the first to synthesize some chemically modified gRNAs and do some testing experiments, and they may have been the first to report such work in an article that has been frequently cited over the years. But Patent Owner points to no evidence that this frequent citation stems from a belief among scientists that the authors had done something inventive as opposed to merely generating confirmatory data.

*Id.* at 21–22.

Petitioner further contends that it did not copy the Hendel paper, but "simply uses the same tried and true techniques that had long been known in the art." According to Petitioner, the claimed chemical modifications and the idea to use them in gRNA were already in the prior art therefore "such modifications lack the required nexus for secondary considerations." *Id.* at 22 (citing *In re Huai-Hung Kao*, 639 F.3d 1057, 1068 (Fed. Cir. 2011)). Finally, Petitioner asserts that the evidence of objective indicia of nonobviousness "simply cannot overcome" the strength of the other evidence demonstrating obviousness. *Id.* (quoting *Wyers v. Master Lock Co.*, 616 F.3d 1231, 1246 (Fed. Cir. 2010)).

In its Sur-reply, Patent Owner argues that the data in the Specification presents unexpected results. Sur-reply 21–22. Patent Owner further contends that Petitioner and its experts "suffer from gross credibility problems, ignoring Synthego's admissions of non-obviousness" and "contradicting

53

Synthego's own praise for the Hendel paper" as a "'landmark'" publication. *Id.* at 22–23 (quoting Ex. 2033, 3:05–4:45).

We assess the parties' objective indicia arguments below and then weigh any evidence of such with the other evidence of record to reach a conclusion on Petitioner's obviousness grounds.

Beginning with commercial success, we find Patent Owner's evidence and argument unavailing. First, Patent Owner cites no evidence to support its factual assertions regarding Synthego's success. *See* Resp. 49 (asserting without citation to evidence of record that Synthego "has raised almost $500 million in funding and recently announced the opening of a 20,000 square foot GMP facility to add to its capacity."). Nor has Patent Owner identified sales or profits stemming either from its own products or any allegedly infringing products to support its allegations of commercial success. Second, even if there was evidence of commercial success, we agree with Petitioner that "there is no basis to believe Petitioner's market performance is due [to] the use" of the claimed chemical modifications as opposed to other factors. Reply 22; *see also* Ex. 1059 ¶ 81 (identifying other business factors to which Petitioner contributes its market performance). Accordingly, Patent Owner's commercial success arguments carry no weight.

Patent Owner's industry praise and copying arguments fare somewhat better. The record supports that the Hendel paper has been heavily cited and that Petitioner's own head of synthetic biology referred to it as a "landmark paper" in a video presentation. Ex. 2025 ¶ 57; Ex. 2033, 3:05–4:45; *see also* Ex. 2034, 6 (stating that the Hendel paper "study set the bar for chemically modified guide RNAs as the method of choice for CRISPR-Cas9 in primary human immune cells"). In the same presentation, Petitioner's executive

54

states that the study in the Hendel paper is the reason Petitioner uses "single guide RNAs in a chemically modified format." Ex. 2033, 3:05–4:45. As such, we agree that Patent Owner has presented some evidence of industry praise and copying related to the Hendel paper.

There are, however, significant questions regarding whether there is a nexus between the Hendel paper and any novel aspects of the challenged claims, which limit the probative value of this evidence. "Before secondary considerations can carry the day" the proponent of that evidence must establish a nexus with the patent claims at issue. *Huai-Hung Kao*, 639 F.3d at 1068. "Where the secondary consideration actually results from something other than what is both claimed and *novel* in the claim, there is no nexus." *Id.* In this case, the use of 2'-O-methyl and phosphorothioate modifications, as well as other types of modifications to the sugar and internucleotide linkage, in a gRNA was already taught in the prior art. Ex. 1003 ¶ 72 (citing earlier-filed applications suggesting the use of such modifications in gRNA); Ex. 1006, 107–113. This suggests that any praise or copying of the Hendel paper may actually result from its use of these prior art ideas as opposed to any novel aspect of the challenged claims.

In addition, the Hendel paper describes tests of "[c]hemical modifications comprising 2'-O-methyl (M), 2'-O-methyl 3'phosphorothioate (MS), or 2'-O-methyl 3'thioPACE (MSP) . . . at three terminal nucleotides at both the 5' and 3' ends." Ex. 1005, 1. The MS modifications correspond to the modifications recited in the claims in Ground 2 and the MSP modifications are within the scope of the modifications recited in the claims in Ground 3. But it is unclear whether Petitioner's evidence of praise for the Hendel paper results from the MS and MSP modifications in those claims as

55

opposed to other aspects of that study, e.g., the use of M modifications alone.[21] Similarly, Patent Owner's copying evidence suggests that Petitioner uses chemically modified gRNAs, but does not show that those chemically modified gRNAs have the particular modifications recited in the Ground 2 claims or the Ground 3 claims as opposed to other modifications. For these reasons, we give some weight to the evidence of industry praise and copying, however that weight is diminished by the tenuous nexus to the challenged claims.

Moreover, the fact that multiple research groups, nearly simultaneously proposed the use of chemically modified gRNA is itself objective evidence that the challenged claims would have been obvious. *See Regents*, 903 F.3d at 1295 (explaining that "simultaneous invention" is "objective evidence that person of ordinary skill in the art understood the problem and a solution to that problem"); *Geo. M. Martin*, 618 F.3d at 1305–6 ("Independently made, simultaneous inventions made within a comparatively short space of time are persuasive evidence that a claimed apparatus was the product of ordinary mechanical or engineering skill.") (internal quotations omitted). As explained above, we credit Petitioner's showing that a POSA would have reasonably expected that such modifications could be successfully made to the gRNA in a CRISPR/Cas

---

[21] According to Patent Owner, out of the 895 citations to the Hendel paper only a fraction of those include terms relating to the particular modifications in recited in the claims challenged in Grounds 2 and 3. Resp. 47 (noting that only 276 of the citing papers include the term "phosphorothioate" and only 67 include the term "thioPACE"). This diminishes the argument that there is a nexus between the particular modifications in those dependent claims and the praise that may be inferred from the fact that numerous authors have cited the Hendel paper.

system. Thus, the fact that multiple researchers simultaneously proposed making 2'-O-methyl, phosphorothioate, and other modifications to gRNA and did so close in time to the initial publication describing the CRISPR/Cas system for gene editing suggests that this was an obvious solution to a known problem.

Finally, the unexpected results arguments in Patent Owner's Sur-reply are unavailing. Sur-reply 21–22. As an initial matter, these arguments were not presented in the Response such that Petitioner could address them in the Reply. For this reason, Patent Owner's unexpected results argument is untimely and has been waived. Even so, we disagree with Patent Owner's assertion that Petitioner "did not rebut the Patent's explicit discussion of the 'surprising' results obtained or why they were unpredictable." *Id.* (citing Ex. 1001, 3:34–36, 66:27–32, 66:61–67:6). It is Patent Owner as the proponent of this evidence who has the burden to show a nexus between its objective indicia evidence and the merits of the claimed invention. *Kao*, 639 F.3d 1057, 1068; *see also In re* Klosak, 455 F.2d 1077, 1088 (CCPA 1972) ("[T]he burden of showing unexpected results rests on he who asserts them."). The threadbare assertion in the Sur-reply does not do so. Moreover, Petitioner points out that the results in the Specification show that almost all of the chemically modified gRNAs Patent Owner tested exhibited cleavage activity. Reply 13–14, 17, Ex. 1059 ¶ 47 ("97% of the experiments that Agilent ran showed at least some cleavage activity"). This would seem to be exactly the result a POSA would expect in view of the teachings in Pioneer Hi-Bred and the other references cited in the Petition. For these reasons, Patent Owner's unexpected results arguments carry no weight.

57

### 3. Conclusion for Ground 2

Considering the totality of the evidence regarding claims 9, 18, and 25, including objective indicia of non-obviousness, we determine that Petitioner has established, by a preponderance of the evidence, that these claims would have been obvious over the combination of Pioneer Hi-Bred with any of Krutzfeldt, Deleavey, Soutschek, or Yoo. Indeed, even if Patent Owner had established a sufficient nexus between these claims and its industry praise and copying evidence such that it was entitled to more weight, we would reach the same conclusion given the relative strength of Petitioner's showing. *See, e.g.*, *Bayer Pharma AG v. Watson Labs., Inc.*, 874 F.3d 1316, 1329 (Fed. Cir. 2017) (weighing evidence of unexpected results and copying together with other evidence, including "strong evidence of a motivation to make the claimed combination" in the cited prior art, to conclude that combination was obvious); *Wyers v. Master Lock Co.*, 616 F.3d 1231, 1247 (Fed. Cir. 2010) (listing cases where objective indicia evidence did not overcome a strong case of obviousness).

### G. Ground 3: Obviousness over Pioneer Hi-Bred and Threlfall or Deleavey

Petitioner contends claims 8, 11, 16, 19, and 26 are obvious over Pioneer Hi-Bred in combination with either Threlfall or Deleavey. Pet. 64–70. More specifically, Ground 3 relies on Pioneer Hi-Bred for the limitations of the independent claims and Threlfall and Deleavey for their disclosure of "phosphonoacetate" and "phosphonothioacetate" (i.e., PACE and thioPACE) modifications as recited in claims 8 and 16 and "2'-O-methyl-3'-phosphonoacetate" and "2'-O-methyl-3'-phosphonothioacetate" nucleotides as recited in claims 11, 19, and 26. *Id.*

Petitioner asserts that "[a] POSA would have been motivated to use the PACE and thioPACE modifications within five nucleotides of the 5' and/or 3'-ends of the RNA molecules" as taught in Threlfall and Deleavey in Pioneer Hi-Bred's gRNA and crRNA molecules "because they would provide the same benefits to gRNAs that Pioneer Hi-Bred seeks to achieve," including "[r]esistance to cellular degradation and increased cellular permeability." Pet. 67–68 (citing Ex. 1003 ¶ 286). In addition, Petitioner contends that "Threlfall reports successful cellular uptake of RNAs with the PACE and thioPACE modifications" and therefore "a POSA would have understood that combining and synthesizing gRNAs with the PACE and thioPACE modifications . . . such as the gRNAs with the 2'-O-methyl modifications within five nucleotides of the 5' and/or 3'-ends of Pioneer Hi-Bred, would result in similarly increased cellular uptake of these modified gRNAs." *Id.* at 68 (citing Ex. 1003 ¶ 287; Ex. 1010, 7).

According to Petitioner, a POSA would have had a reasonable expectation of success because "RNAs including such modifications had been previously synthesized in Threlfall" and "such synthesis methods were commercially available." Pet. 68–69 (citing Ex. 1003 ¶ 288). Moreover, Petitioner contends that because of the "previous widespread use of PACE and thioPACE modifications . . . in various types of RNA molecules in the field of gene regulation, a POSA would have reasonably expected that such modifications when applied at or near the 3' and/or 5'-ends of the gRNAs [in Pioneer Hi-Bred] would have resulted in modified gRNAs that are functional with the Cas system." *Id.* at 69 (citing Ex. 1003 ¶ 289).

Petitioner's contentions are sufficiently supported by the record and persuasive. As explained above, Pioneer Hi-Bred discloses all of the

59

limitations of the independent and other claims from which claims 8, 11, 16, 19, and 26 depend. Regarding the additional limitations in claims 8, 11, 16, 19, and 26, Threlfall and Deleavey teach that PACE and thioPACE modifications to RNA enhance resistance to degradation and are tolerated in prior art systems. Ex. 1007, 8; Ex. 1010, 1–2. Threlfall further teaches the combination of such modifications with 2'-O-methyl modified nucleotides at the 3' and 5'-ends of an RNA molecule. Ex. 1010, 2 (Table 1). Thus, the combination of references articulated in the Petition teaches or suggests all of the limitations of claims 8, 11, 16, 19, and 26.

Moreover, the record supports Petitioner's rationale for combining the references. The teachings in Threlfall and Deleavey support Dr. Furneaux's testimony (Ex. 1003 ¶¶ 286–87) regarding the benefits, e.g., increased resistance to degradation and enhanced cellular uptake, that would have motivated a POSA to use such modifications in Pioneer Hi-Bred's gRNA. *See, e.g.*, Ex. 1007, 8 (teaching PACE modified RNA exhibits "enhanced nuclease resistance); Ex. 1010, 7 (teaching "cellular uptake was notably more efficient" with 2'-O-methyl thioPACE modified nucleotides). As Petitioner point out, these are the amongst the same benefits that Pioneer Hi-Bred suggests chemical modification of gRNA can achieve. *See* Ex. 1006, 107. As explained above, Patent Owner's arguments against Petitioner's showing for combining the references are unavailing. *See supra* § III.F.1.

Petitioner has also sufficiently shown that a POSA would reasonably expect PACE and thioPACE modifications to gRNA in a CRISPR/Cas system would be successful. As explained above, we credit the supporting testimony of Dr. Furneaux and other evidence cited in the Petition over the competing testimony of Dr. Marshall in this regard. *See supra* § III.F.1.

Patent Owner offers the same objective indicia evidence discussed in § III.F.2 above for the claims in Ground 3. As explained there, the weight of this evidence is limited because Patent Owner has not established a sufficient nexus to the particular modifications recited in claims 8, 11, 16, 19, and 26. Considering the totality of the evidence, including objective indicia of non-obviousness, we determine that Petitioner has established, by a preponderance of the evidence, that claims 8, 11, 16, 19, and 26 would have been obvious over the combination of Pioneer Hi-Bred and Threlfall or Deleavey.[22]

### H. Ground 4: Obviousness of claims 2, 29, and 30 over Pioneer Hi-Bred in View of the Skill of a POSA

To the extent they are not anticipated, Petitioner argues claims 2, 29, and 30 would have been obvious over Pioneer Hi-Bred in combination with the knowledge of a POSA. Pet. 70–75. More specifically, Petitioner offers evidence and argument that each of the additional limitations in these claims, i.e., an sgRNA (claim 2), forming the gRNA:Cas protein complex outside a cell (claim 29), and a library of at least two gRNA (claim 30) was well known in the art and would have been obvious to implement in view of Pioneer Hi-Bred's disclosure. *Id.* (citing Ex. 1003 ¶¶ 299–317).

Patent Owner advances the global arguments addressed above with respect to Petitioner's other grounds, but does not specifically dispute that

---

[22] Even if Patent Owner had established a sufficient nexus between these claims and its industry praise and copying evidence such that it was entitled to more weight, we would reach the same conclusion given the relative strength of Petitioner's showing.

the additional limitations in claims 2, 29, and 30 would have been known to a POSA. *See* Resp. 67.

Petitioner's contentions are sufficiently supported by the record and persuasive. As explained above, Pioneer Hi-Bred anticipates claims 2, 29, and 30 because it discloses the additional limitations in these claims and a POSA would have immediately envisioned embodiments meeting the same. To the extent one might argue otherwise, Petitioner has shown that claims 2, 29, and 30 would have been obvious because the additional elements they recite were well known to a POSA and taught in Pioneer Hi-Bred. In this regard, we credit Petitioner's contentions and the supporting the testimony of Dr. Furneaux (i.e., Ex. 1003 ¶¶ 299–320). Thus, considering the totality of the evidence, including objective indicia of non-obviousness, we determine that Petitioner has established, by a preponderance of the evidence, that claims 2, 29, and 30 would have been obvious over Pioneer Hi-Bred.

### I. Ground 5: Obviousness of claims 9, 18, and 25 over Pioneer Hi-Bred in View of the Skill of a POSA

Petitioner further asserts that claims 9, 18, and 25 would have been obvious over Pioneer Hi-Bred in view of the skill of a POSA. Pet. 76–83.

Having already determined that these claims are anticipated for the reasons in Ground 1 and obvious for the reasons in Ground 2, we need not decide Petitioner's additional challenge to claims 9, 18, and 25 in Ground 5. *See SAS Inst. Inc. v. Iancu*, 138 S. Ct. 1348, 1359 (2018) (holding that a petitioner "is entitled to a final written decision addressing all of the claims it has challenged"); *Boston Sci. Scimed, Inc. v. Cook Grp. Inc.*, 809 F. App'x 984, 990 (Fed. Cir. 2020) (nonprecedential) ("We agree that the Board need

not address [alternative grounds] that are not necessary to the resolution of the proceeding.").

## IV.    MOTIONS TO SEAL

The parties jointly request that Exhibits 1053–1058 and portions of Petitioner's Reply discussing those exhibits be sealed. Paper 28 ("Joint Motion"). These exhibits "are excerpts of the deposition of Dr. Daniel Ryan, a named inventor on the '001 [patent], along with certain exhibits to his deposition transcript." *Id.* at 1–2. "Patent Owner avers that the documents from the Ryan deposition provide information on proprietary research, as well as confidential information about Patent Owner's business practices." *Id*. at 3. The parties also represent that the district court in a related proceeding "explicitly ruled that the Ryan transcript and exhibits that are the subject of this Motion to Seal have been properly designated as confidential." *Id.* (quotations omitted).

Along with their motion, the parties submit a proposed protective order. *Id.* at App. A. This order follows the guidelines in Appendix B of the Trial Practice Guide,[23] but modifies the highly confidential designation "by eliminating access by 'persons who are named parties to the proceeding,' 'party representatives,' and 'in-house counsel.'" *Id.* at 4–5. The parties represent that this modification aligns the designations in this proceeding with those that have been entered in the related district court proceeding and therefore "will aid in the efficient administration of justice, and will be more

---

[23] Consolidated Trial Practice Guide (Nov. 2019), 64, available at https://www.uspto.gov/sites/default/files/documents/tpgnov.pdf ("TPG").

straightforward and expedient than preparing a 'two level' protective order for" the parties' IPR proceedings. *Id.* at 5.

A party may move to seal confidential information including, *e.g.*, confidential research, development, or commercial information. TPG 19; 37 C.F.R. § 42.54. It is the movant's burden to show good cause for sealing such information, and we balance the party's asserted need for confidentiality with the strong public interest in open proceedings. *Argentum Pharms. LLC v. Alcon Research, Ltd*., IPR2017-01053, Paper 27 at 4 (PTAB Jan. 19, 2018) (informative).

The parties provide a sufficient explanation and have shown good cause for sealing exhibits 1053–1058 and the related portions of Petitioner's Reply. Moreover, Petitioner provides a public version of its Reply (Paper 30) with redactions limited to a few paragraphs discussing these exhibits so the record may remain clear and reasonably open. We also determine that the proposed protective order with the agreed modification limiting access to outside counsel and the parties' experts is appropriate under these circumstances.

Patent Owner additionally moves to seal a paragraph in its Sur-reply, "which discusses documents as to which sealing was jointly requested" in the Joint Motion. Paper 33. Petitioner provides a public version of its Sur-reply (Paper 34) with redactions limited to a single paragraph. We find that Patent Owner has shown good cause for granting its motion.

Accordingly, Exhibits 1053–1058, Petitioner Reply (Paper 29), and Patent Owner's Sur-reply (Paper 32) are sealed, and the protective order, Appendix A to Paper 28, is entered.

## V.    CONCLUSION[24]

Petitioner has shown, by a preponderance of the evidence, that claims 1–30 of the '001 patent are unpatentable.

| Claims | 35 U.S.C. § | Reference(s)/ Basis | Claims Shown Unpatentable | Claims Not shown Unpatentable |
|---|---|---|---|---|
| 1–7, 9, 10, 12–15, 17, 18, 20–25, 27–30 | 102 | Pioneer Hi-Bred | 1–7, 9, 10, 12–15, 17, 18, 20–25, 27–30 | |
| 9, 18, 25 | 103 | Pioneer Hi-Bred, Krutzfeldgt, Deleavey, Soutschek, Yoo | 9, 18, 25 | |
| 8, 11, 16, 19, 26 | 103 | Pioneer Hi-Bred, Threlfall, Deleavey | 8, 11, 16, 19, 26 | |
| 2, 29, 30 | 103 | Pioneer Hi-Bred | 2, 29, 30 | |

---

[24] Should Patent Owner wish to pursue amendment of the challenged claims in a reissue or reexamination proceeding subsequent to the issuance of this Decision, we draw Patent Owner's attention to the April 2019 *Notice Regarding Options for Amendments by Patent Owner Through Reissue or Reexamination During a Pending AIA Trial Proceeding. See* 84 Fed. Reg. 16,654 (Apr. 22, 2019). If Patent Owner chooses to file a reissue application or a request for reexamination of the challenged patent, we remind Patent Owner of its continuing obligation to notify the Board of any such related matters in updated mandatory notices. *See* 37 C.F.R. §§ 42.8(a)(3), 42.8(b)(2).

| 9, 18, 25[25] | 103 | Pioneer Hi-Bred | | |
|---|---|---|---|---|
| **Overall Outcome** | | | 1–30 | |

## VI.    ORDER

Accordingly, it is:

ORDERED that Petitioner has shown that claims 1–30 of U.S. Patent 10,337,001 B2 are unpatentable;

FURTHER ORDERED that the Joint Motion to Seal (Paper 28) and Patent Owner's Motion to Seal Portions of the Sur-reply (Paper 32) are *granted*; and

FURTHER ORDERED that, because this is a Final Written Decision, parties to this proceeding seeking judicial review of our Decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

---

[25] As explained above, we do not reach this ground.

66

PETITIONER:

Derek Walter
Adrian Percer
WEIL, GOTSHAL & MANGES LLP
derek.walter@weil.com
adrian.percer@weil.com


PATENT OWNER:

Richard Lin
Aaron Hand
Brenda Entzminger
BUNSOW DE MORY LLP
rlin@bdiplaw.com
ahand@bdiplaw.com
bentzminger@bdiplaw.com

67

UNITED STATES PATENT AND TRADEMARK OFFICE
_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD
_____

SYNTHEGO CORPORATION,
Petitioner,

v.

AGILENT TECHNOLOGIES, INC.,
Patent Owner.

_____

IPR2022-00403
Patent 10,900,034 B2

_____

Before ROBERT A. POLLOCK, DAVID COTTA, and
MICHAEL A. VALEK, *Administrative Patent Judges.*

VALEK, *Administrative Patent Judge*.


JUDGMENT

Final Written Decision
Determining All Challenged Claims Unpatentable
*35 U.S.C. § 318(a)*

Granting Joint Motion to Seal
Granting Patent Owner's Motion to Seal Portions of Sur-reply Brief
*37 C.F.R. §§ 42.14, 42.54*

## I.     INTRODUCTION

Synthego Corporation ("Petitioner") filed a Petition (Paper 1, "Pet."), seeking *inter partes* review of claims 1–33 of U.S. Patent No. 10,900,034 B2 (Ex. 1001, "the '034 patent"). We instituted trial on all of the grounds in the Petition. Paper 11, 31.

Following institution, Agilent Technologies, Inc. ("Patent Owner") filed a Response (Paper 18, "Resp."), Petitioner filed a Reply (Paper 30, "Reply"), and Patent Owner filed a Sur-reply (Paper 33, "Sur-reply"). We held a hearing on March 1, 2021, and a transcript is of record. Paper 48 ("Tr.").

In addition, the parties have jointly moved to seal Exhibits 1053–1058 and portions of the Reply (Paper 29) and Patent Owner has moved to seal portions of the Sur-reply (Paper 34).

After considering the parties' arguments and evidence, we find that Petitioner has shown by a preponderance of the evidence that the challenged claims of the '034 patent are unpatentable. *See* 35 U.S.C. § 316(e). We also grant both motions to seal. Our reasoning is explained below.

## II.     BACKGROUND

### A.  *Real Parties in Interest*

Petitioner and Patent Owner identify themselves as the only real parties in interest. Pet. 15; Paper 4, 2.

### B.  *The '034 Patent*

The '034 patent issued on January 26, 2021, and claims priority to a utility application filed on December 3, 2015, as well as a series of

2

provisional applications the earliest of which was filed on December 3, 2014. Ex. 1001, codes (60) (63).

The '034 patent relates to "modified guide RNAs and their use in clustered, regularly interspaced, short palindromic repeats (CRISPR)/ CRISPR-associated (Cas) systems." Ex. 1001, Abstr. The Specification explains that "[i]n the native prokaryotic system" from which CRISPR technology is derived "the guide RNA ('gRNA') comprises two short, non-coding RNA species referred to as CRISPR RNA ('crRNA') and trans-acting RNA ('tracrRNA')." *Id.* at 1:41–44. The native CRISPR-Cas system may also be engineered to use a single guide RNA (sgRNA) that combines the crRNA and tracrRNA into a single molecule. *Id.* at 1:57–59. The guide RNA forms a complex with a Cas nuclease that is able to bind to a target DNA site adjacent a protospacer adjacent motif ("PAM") sequence and cleave the target DNA at that specific site. *Id.* at 1:44–49, 2:21–34; *see also* Ex. 1003 ¶¶ 44–48; Ex. 2003 ¶¶ 49–54 (declarant testimony from both parties offering similar technical background on guide RNA and its function in CRISPR-Cas systems).

According to the Specification, "there is a need for providing gRNA, including sgRNA, having increased resistance to nucleolytic degradation, increased binding affinity for the target polynucleotide, and/or reduced off-target effects while, nonetheless, having gRNA functionality." Ex. 1001, 2:4–8. The Specification states that Patent Owner's "invention is based, at least in part, on an unexpected discovery that certain chemical modifications to gRNA are tolerated by the CRISPR-Cas system." *Id.* at 3:51–53. These modifications are "believed to increase the stability of the gRNA, to alter the thermostability of a gRNA hybridization interaction, and/or to decrease the

3

off-target effects of Cas:gRNA complexation" and "do not substantially compromise the efficacy of Cas:gRNA binding to, nicking of, and/or cleavage of the target polynucleotide." *Id.* at 3:50–59.

### C. Challenged Claims

The Petition challenges claims 1–33. Of these, claims 1 and 19 are independent. Claims 1 and 19 are illustrative and read as follows:

> 1. A synthetic CRISPR guide RNA comprising:
> (a) a crRNA segment comprising (i) a guide sequence capable of hybridizing to a target sequence in a polynucleotide, (ii) a stem sequence; and
> (b) a tracrRNA segment comprising a nucleotide sequence that is partially or completely complementary to the stem sequence,
> wherein the synthetic guide RNA has gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to the target sequence, and comprises one or more modifications in the guide sequence wherein the one or more modifications comprises a 2'-O-methyl.

> 19. A synthetic CRISPR crRNA molecule comprising
> a guide sequence capable of hybridizing to a target sequence in a polynucleotide, wherein the synthetic crRNA molecule comprises one or more modifications in the guide sequence;
> wherein the synthetic crRNA molecule has gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to the target sequence; and wherein the one or more modifications comprises a 2'-O-methyl.

Ex. 1001, 257:34–47, 259:1–9.

*D. Asserted Grounds of Unpatentability*

Petitioner asserts the following grounds of unpatentability:

| Claim(s) Challenged | 35 U.S.C. §[1] | Reference(s)/Basis |
|---|---|---|
| 1–5, 8–21, 24–33 | 102 | Pioneer Hi-Bred[2] |
| 5, 8–13, 18, 20, 21, 24–28, 32 | 103 | Pioneer Hi-Bred and Krützfeldt,[3] Deleavey,[4] Soutschek,[5] or Yoo[6] |
| 6, 7, 22, 23 | 103 | Pioneer Hi-Bred and Threlfall[7] or Deleavey |
| 3, 4 | 103 | Pioneer Hi-Bred and Knowledge of Person of Ordinary Skill in the Art ("POSA") |
| 5, 8–13, 20, 21, 24–28 | 103 | Pioneer Hi-Bred and Knowledge of POSA |

---

[1] The Leahy-Smith America Invents Act, Pub. L. No. 112-29, 125 Stat. 284 (2011) ("AIA"), included revisions to 35 U.S.C. §§ 102 and 103 that became effective prior to the filing of the application that led to the '001 patent. Therefore, we apply the AIA versions of 35 U.S.C. §§ 102 and 103.

[2] WO 2015/026885 A1, published February 26, 2015 (Ex. 1006) ("Pioneer Hi-Bred").

[3] Jan Krützfeldt et. al, "Specificity, Duplex Degradation and Subcellular Localization of Antagomirs," 35 Nucleic Acids Research 2885–2892 (2007) (Ex. 1009) ("Krützfeldt").

[4] Glen F. Deleavey et. al., "Designing Chemically Modified Oligonucleotides for Targeted Gene Silencing," 19 Chem. & Bio. Review 937–954 (2012) (Ex. 1007) ("Deleavey").

[5] Jürgen Soutschek et. al., "Therapeutic Silencing of an Endogenous Gene by Systemic Administration of Modified siRNAs," 432 Nature 173–178 (2004) (Ex. 1012) ("Soutschek").

[6] Byong Hoon Yoo et al., "2′-O-methyl-modified Phosphorothioate Antisense Oligonucleotides Have Reduced Non-specific Effects *In Vitro*," 32 Nucleic Acids Research 2008–2016 (2004) (Ex. 1011) ("Yoo").

[7] Richard N. Threlfall et al., "Synthesis and Biological Activity of Phosphonoacetate- and Thiophosphonoacetate-modified 2′-O-methyl Oligoribonucleotides," 10 Org. Biomol. Chem., 746–754 (2012) (Ex. 1010) ("Threlfall").

5

| Claim(s) Challenged | 35 U.S.C. §[1] | Reference(s)/Basis |
|---|---|---|
| 14, 29 | 103 | Pioneer Hi-Bred and Knowledge of POSA |

In support of these grounds, Petitioner relies on declarations from Henry Morrice Furneaux submitted with the Petition (Ex. 1003) and Reply (Ex. 1059). Patent Owner relies on declarations from William S. Marshall submitted with its Preliminary Response (Ex. 2003) and Response (Ex. 2025). Patent Owner also relies on a declaration from one of the inventors named on the '034 patent, Jeffrey R. Sampson (Ex. 2029).

## III. ANALYSIS OF THE ASSERTED GROUNDS

### A. *Legal Standards*

"In an [*inter partes* review], the petitioner has the burden from the onset to show with particularity why the patent it challenges is unpatentable." *Harmonic Inc. v. Avid Tech., Inc.*, 815 F.3d 1356, 1363 (Fed. Cir. 2016). This burden of persuasion never shifts to patent owner. *See Dynamic Drinkware, LLC v. Nat'l Graphics, Inc.*, 800 F.3d 1375, 1378 (Fed. Cir. 2015).

### i. *Anticipation*

To establish anticipation, each limitation in a claim must be found in a single prior art reference, arranged as recited in the claim. *Net MoneyIN, Inc. v. VeriSign, Inc.*, 545 F.3d 1359, 1369 (Fed. Cir. 2008). Although the elements must be arranged or combined in the same way as in the claim, "the reference need not satisfy an *ipsissimis verbis* test." *In re Gleave*, 560 F.3d 1331, 1334 (Fed. Cir. 2009).

Further, to be anticipating, a prior art reference must be enabling. *In re Morsa*, 803 F.3d 1374, 1377 (Fed. Cir. 2015). "Enablement of prior art requires that the reference teach a skilled artisan—at the time of filing—to make or carry out what it discloses in relation to the claimed invention without undue experimentation." *Id.* (citing *In re Antor Media Corp.*, 689 F.3d 1282, 1289–90 (Fed. Cir. 2012)). Prior art disclosures are presumed enabling. *In re Antor Media Corp.*, 689 F.3d 1282, 1287–88 (Fed. Cir. 2012); *Apple Inc. v. Corephotonics, Ltd.*, 861 Fed. Appx. 443, 450 (Fed. Cir. 2021) ("[R]egardless of the forum, prior art patents and publications enjoy a presumption of enablement, and the patentee/applicant has the burden to prove nonenablement for such prior art.").

### ii. *Obviousness*

A claim is unpatentable for obviousness if, to one of ordinary skill in the pertinent art, "the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains." 35 U.S.C. § 103; *see also KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007). The question of obviousness is resolved on the basis of underlying factual determinations including (1) the scope and content of the prior art; (2) any differences between the claimed subject matter and the prior art; (3) the level of ordinary skill in the art; and (4) when in evidence, objective evidence of nonobviousness. *Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966).

7

Subsumed within the *Graham* factors is the requirement that the skilled artisan would have had a reasonable expectation of success in combining the prior art references to achieve the claimed invention. *Pfizer, Inc. v. Apotex, Inc*., 480 F.3d 1348, 1361 (Fed. Cir. 2007). "Obviousness does not require absolute predictability of success . . . all that is required is a reasonable expectation of success." *In re O'Farrell*, 853 F.2d 894, 903–4 (Fed. Cir. 1988). Moreover, "[t]he combination of familiar elements according to known methods is likely to be obvious when it does no more than yield predictable results." *KSR*, 550 U.S. at 416.

On the other hand, a patent claim "is not proved obvious merely by demonstrating that each of its elements was, independently, known in the prior art." *KSR*, 550 U.S. at 418. An obviousness determination requires finding "both 'that a skilled artisan would have been motivated to combine the teachings of the prior art references to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success in doing so.'" *Intelligent Bio-Sys., Inc. v. Illumina Cambridge Ltd*., 821 F.3d 1359, 1367–68 (Fed. Cir. 2016) (citation omitted).

### B. Level of Ordinary Skill in the Art

Relying on the testimony of its declarant, Dr. Furneaux, Petitioner contends that a POSA "as of December 3, 2014 (the earliest possible priority date of the '034 Patent) would have had a Ph.D. in molecular biology, biochemistry, or a related discipline." Pet. 11 (citing Ex. 1003 ¶ 59). Petitioner further asserts that "[a] POSA would have understood the chemical structure of nucleic acids, such as DNA and RNA, and would have understood the role of such nucleic acids in cellular biology" and been aware

of various prior art "methods to chemically modify RNA, including gRNAs for use in gene regulation." *Id.* at 11–12 (citing Ex. 1003 ¶¶ 60–69). Petitioner further asserts that a POSA would "have known about uses of chemically modified gRNA in CRISPR-Cas applications," "about making libraries of such modified gRNAs," and "attaching fluorophores at the 5'-ends . . . for purposes of tracking them." *Id.* at 12–13 (citing Ex. 1003 ¶¶ 70–80).

Patent Owner agrees that a POSA would have this educational level. Resp. 23. Patent Owner "also agrees that a POSA would have knowledge of prior art RNA based gene regulating technologies, but disagrees that the teachings of those technologies are relevant in the manner that Dr. Furneaux [and Petitioner] attempt[] to apply them" in the Petition's grounds. *Id.* at 23–24.

We find the parties' agreed understanding of the level of ordinary skill in the art to be supported by the record and apply that description in our analysis herein. To the extent the parties disagree regarding the application of a POSA's general knowledge of nucleic acids and related prior art techniques to the Petition's grounds, such disputes are addressed in our analysis below.

## C. Claim Construction

The parties assert that all of the claim terms have their plain and ordinary meaning and that no formal claim construction is necessary. *See* Pet. 17; Resp. 24. Nevertheless, both sides accuse the other of misconstruing the "gRNA functionality" recited in the challenged claims. *See* Resp. 24–25;

Reply 16; Sur-reply 2–4. Accordingly, we begin by briefly clarifying the gRNA functionality required by the claims.

Independent claims 1 and 19 recite a guide RNA or crRNA molecule having "gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to the target sequence." Ex. 1001, 257:42–44, 259:5–7. This claim language makes clear that the recited "gRNA functionality" requires a molecule that can: (1) associate with a Cas protein, and (2) target that complex to a target sequence in a polynucleotide. To the extent Petitioner suggests that a gRNA "need *only* bind to the Cas protein" to have "gRNA functionality," we disagree because the claims additionally recite the above-quoted targeting functionality. *See* Reply 16 (emphasis added).

At the same time, we agree with Petitioner that "a gRNA need not cleave the target DNA" to have the claimed "gRNA functionality." Reply 16. The Specification defines "gRNA functionality" as "one or more functions of naturally occurring guide RNA, such as associating with a Cas protein, or a function performed by the guide RNA in association with a Cas protein" and lists various gRNA functions, e.g., "associating," "targeting," "binding," "nicking," and "cleaving," that may be present "in certain embodiments" of the invention. Ex. 1001, 6:56–7:1. However, as noted above, the claims recite "gRNA functionality comprising" only the associating and targeting functions. Thus, while a molecule may have additional functions such as cleaving a target polynucleotide, it need only exhibit the recited "associating" and "targeting" functions to have the "gRNA functionality" in claims 1 and 19.

10

Our determination that "gRNA functionality" requires the recited "associating" and "targeting" functions, but not additional, unrecited functions such as cleaving, is also consistent with the parties' position that the claim language has its plain and ordinary meaning. *See* Pet. 17; Resp. 24. The parties do not dispute the construction of any other terms, nor do we discern that any further claim construction is necessary to resolve the issues in this proceeding. *See Nidec Motor Corp. v. Zhongshan Broad OceanMotor Co.*, 868 F.3d 1013, 1017 (Fed. Cir. 2017) (explaining that it is only necessary to "construe terms 'that are in controversy, and only to the extent necessary to resolve the controversy'" (quoting *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999))).

### D. Overview of the Cited References

#### i.    Pioneer Hi-Bred

Pioneer Hi-Bred is a publication of a PCT application filed August 20, 2014. Ex. 1006, code (22). Patent Owner does not dispute Petitioner's assertion that Pioneer Hi-Bred is prior art to the challenged claims. Pet. 14.

Pioneer Hi-Bred describes "methods and compositions employ[ing] a guide polynucleotide/Cas endonuclease system to provide an effective system for modifying or altering target sites within the genome of a cell or organism." Ex. 1006, Abstr. Pioneer Hi-Bred defines the term "guide polynucleotide" as "a polynucleotide sequence that can form a complex with a Cas endonuclease and enables the Cas endonuclease to recognize and

11

optionally cleave a DNA target site." *Id.* at 24:6–8.[8] Pioneer Hi-Bred teaches that the polynucleotide "can be a single molecule or a double molecule" and that "[a] guide polynucleotide that solely comprises ribonucleic acids is also referred to as a 'guide RNA.'" *Id.* at 24:9–20.

Pioneer Hi-Bred discloses a guide RNA with a variable targeting domain (VT domain) having a 3'-end "that is complementary to a nucleotide sequence in a target DNA" and a Cas endonuclease recognition domain (CER domain) having a 5'-end "that interacts with a Cas endonuclease." Ex. 1006, 24:21–25: 28, Fig. 1A–1B (depicting single and duplex guide polynucleotides). Pioneer Hi-Bred explains that "[t]he VT domain is responsible for interacting with the DNA target site through direct nucleotide-nucleotide base pairings while the CER domain is required for proper Cas endonuclease recognition (Figure 3A and Figure 3B)." *Id.* at 105:5–8. Pioneer Hi-Bred teaches that these domains in the guide polynucleotide "function to link DNA target site recognition with Cas endonuclease target site cleavage." *Id.* at 105:9–11; *see also id.* at Fig. 3A-3B (depicting complexes formed between a single and duplex guide RNA and a Cas9 endonuclease).

Pioneer Hi-Bred also discloses that the guide polynucleotide may contain "synthetic, non-natural, or altered nucleotide bases" as well as other modifications such as "a fluorescent label." Ex. 1006, 27:3–19, 61:19–20. In Example 4, Pioneer Hi-Bred describes "modifying the nucleotide base, phosphodiester bond linkage or molecular topography of the guiding nucleic

---

[8] Unless otherwise indicated, the pinpoint cites in this decision refer to the page number in the original document as opposed to the number in the exhibit label.

acid component(s) of the guide polynucleotide/Cas endonuclease system." *Id.* at 104:15–105:2. Table 7 of Example 4 provides "[e]xamples of nuclease resistant nucleotide and phosphodiester bond modifications," including "2'-O-Methyl RNA Bases" and "Phosphorothioate bond[s]," that may be introduced in order "to reduce unwanted degradation" of the guide polynucleotide. *Id.* at 106:13–107:5. Pioneer Hi-Bred discloses that

> [m]odifications may be introduced at the 5' and 3' ends of any one of the nucleic acid residues comprising the VT or CER domains to inhibit exonuclease cleavage activity, can be introduced in the middle of the nucleic acid sequence comprising the VT or CER domains to slow endonuclease cleavage activity or can be introduced throughout the nucleic acid sequences comprising the VT or CER domains to provide protection from both exo- and endo-nucleases.

*Id.* at 106:19–25. According to Pioneer Hi-Bred, these modified guide polynucleotides may be used "in any organism subject to genome modification with the guide polynucleotide/Cas endonuclease system." *Id.* at 108:3–5.

In Example 5 of Pioneer Hi-Bred, "some the nucleotide base and phosphodiester bond modifications described in Example 4 are introduced into the VT domain and/or CER domain of a crNucleotide." Ex. 1006, 108:16–18. Table 8 of Example 5, reproduced in part below, describes crRNA sequences with modifications, including modifications "near ends" or "at ends" of the VT and CER domains (i.e., sequences 64–69).

Table 8.  crRNA and crDNA nucleotide base and phosphodiester linkage modifications.

| Nucleic Acid Type | Modification | crRNA or crDNA Sequence and Corresponding Modification[1] | |
|---|---|---|---|
| | | VT Domain | CER Domain |
| crRNA | None | GCGUACGCGUACGUGUG (SEQ ID NO: 62) | GUUUUAGAGCUAUGCUGUUUUG (SEQ ID NO: 63) |
| crRNA | Phosphorothioate bonds near ends | G*C*G*UACGCGUACGUGUG (SEQ ID NO: 64) | GUUUUAGAGCUAUGCUGUU*U*U*G (SEQ ID NO: 65) |
| crRNA | 2'-O-Methyl RNA nucleotides at ends | mGmCmGUACGCGUACGUGUG (SEQ ID NO: 66) | GUUUUAGAGCUAUGCUGUUmUmUmG (SEQ ID NO: 67) |
| crRNA | 2'-O-Methyl RNA nucleotides for each nucleotide | mGmCmGmUmAmCmGmCmGmUmAmCmGmUmGmUmG (SEQ ID NO: 68) | mGmUmUmUmUmAmGmAmGmCmUmAmUmGmCmUmGmUmUmUmUmG (SEQ ID NO: 69) |

*Id.* at 109. The excerpt from Table 8 above shows modifications comprising phosphorothioate bonds (denoted with a "*") and 2'-O-methyl RNA nucleotides (denoted with a "m") to particular nucleotides of a crRNA sequence. *See id.* at 109–110, n.1. The first nucleotide in the sequences in the VT Domain column is at the 5' end of the crRNA and the last nucleotide in the sequences in the CER Domain column is at the 3' end. *See* Ex. 1006, Fig. 1A; Ex. 1002 ¶¶ 126–29, 131–34. Thus, for example, sequence 66 discloses a crRNA with 2'-O-methyl modifications to the sugars of the three nucleotides at the 5' end and sequence 67 discloses a crRNA with 2'-O-methyl modifications to the sugars of the three nucleotides at the 3' end.

Pioneer Hi-Bred discloses that modifications "similar to those illustrated in Example 5 Table 8 can be introduced individually or in combination into the crRNA, crDNA, tracrRNA, tracrDNA, long guide RNA or long guide DNA nucleic acid components of the guide polynuclease system and synthesized per standard techniques." Ex. 1006, 113:25–29.

14

ii.     *Krutzfeldt*

Krutzfeldt was published in 2007. Ex. 1009. Patent Owner does not dispute that Krutzfedlt is prior art to the challenged claims.

According to Krutzfeldt, "MicroRNAs (miRNAs) are an abundant class of 20-23-nt long regulators of gene expression." Ex. 1009, Abstr. Krutzfeldt describes analogs of these miRNAs referred to as "antagomirs." *Id.* at 2885. These antagomirs "differ from normal RNA by complete 2'-*O*-methylation of sugar, phosphorothioate backbone and a cholesterol-moiety at 3'-end." *Id.* at 2885. Krutzfeldt discloses the combination of 2'-O-methyl and phosphorothioate modifications on nucleotides at the 5' and 3' ends of its antagomirs. *Id.* at 2886 (Table 1 disclosing antagomir sequences with a lower case letters indicating a 2'-O-methyl modification and a superscript indicating a phosphorothioate linkage). Krutzfeldt teaches these modifications "protect against different RNAse activities" that would otherwise degrade the RNA strand. *See id.* at 2889 (teaching "phosphorothioate modification to protect against exonucleases" and 2'-O-methyl sugar modification "to protect against endonuclease activity").

iii.     *Deleavey*

Deleavey is a review article published in 2012. Ex. 1007. Patent Owner does not dispute that Deleavey is prior art to the challenged claims.

Deleavey teaches that oligonucleotides (ONs) such as small interfering (siRNAs) and microRNA-targeting ONs (anti-miRNAs) "and their chemically modified mimics, are now routinely used in the laboratory" and "under active investigation in the clinic." Ex. 1007, 937. Deleavey

teaches that an array of ON chemical modifications have been developed to overcome the "therapeutically limiting features" of RNAs. *Id.*

In particular, Deleavey explains that RNAs "are rapidly degraded in cells . . . leading to shortened duration of activity and systemic delivery challenges." Ex. 1007, 941. Deleavey teaches that chemical modifications to both the internucleotide linkage, e.g., phosphorothioate and phosphonoacetate (PACE), and sugar, e.g., 2'-O-methyl nucleosides, had been shown to improve stability in various RNA applications. *See id.* at 942–47.

### iv.    Soutschek

Soutschek was published in 2004. Ex. 1012, 173. Patent Owner does not dispute that Soutschek is prior art to the challenged claims.

Soutschek describes chemically modified short interfering RNAs (siRNAs). Ex. 1012, 173. Soutschek teaches that "[c]hemically stabilized siRNAs with partial phosphorothioate backbone and 2'-O-methyl sugar modifications on the sense and antisense strands showed significantly enhanced resistance towards degradation by exo- and endonucleases in serum and tissue homogenates." *Id.*; *see also id.* at 177 (listing sequences of chemically-modified siRNAs with phosphorothioate and 2'-O-methyl sugar modifications on certain nucleotides).

### v.    Yoo

Yoo was published in 2004. Ex. 1011, 2008. Patent Owner does not dispute that Yoo is prior art to the challenged claims.

Yoo describes antisense oligodeoxynucleotides (ODNs) having both phosphorothioate and 2'-O-methyl sugar modifications. Ex. 1011, 2008.

16

Yoo teaches that "the addition of 2'-O-methyl groups to a phosphorothioate-modified ODN is advantageous because of increased stability of binding and reduced non-specific effects." *Id.*

*vi.*     *Threlfall*

Threlfall was published in 2012. Ex. 1010, 746. Patent Owner does not dispute that Threlfall is prior art to the challenged claims.

Threlfall describes "[c]himeric 2'-O-methyl oligoribonucleotides (2'-OMe ORNs) containing internucleotide linkages which were modified with phosphonoacetate (PACE) or thiophosphonoacetate (thioPACE)" at their ends. Ex. 1010, 746; *see also id.* at 747 (Table 1 showing chemically modified sequences). Threlfall explains that "[o]ligoribonucleotides with a 2'-O-methyl modification . . . are known to be nuclease resistant and increase the stability of a duplex which is formed with complementary RNA." *Id.* at 746. Moreover, Threlfall teaches that "ODNs modified with PACE or thioPACE [had been] shown to be nuclease resistant" in a prior study. *Id.* at 747. Threlfall reports results from tests on ORNs combining these chemical modifications "into chimeric 2'-OMe ORNs as PACE or thioPACE modifications." *Id.* at 752. According to Threlfall, "the chimeric ORNs formed stable duplexes with complementary RNA, and the majority of these duplexes had higher thermal melting temperatures than an unmodified RNA:RNA control duplex." *Id.*

*E. Ground 1: Anticipation by Pioneer Hi-Bred*

Petitioner contends that claims 1–5, 8–21, and 21–33 are anticipated by Pioneer Hi-Bred. *See* Pet. 17–47. As explained below, Petitioner has

17

shown by a preponderance of the evidence that these claims are anticipated by Pioneer Hi-Bred.

### i.    Claims 1 and 19

Petitioner has shown that Pioneer Hi-Bred discloses guide RNA and crRNA molecules having 2'-O-methyl modifications as recited in claims 1 and 19. *See, e.g.*, Pet. 17–30, 44 (showing for claims 1 and 19). In particular, Table 8 in Pioneer Hi-Bred discloses exemplary crRNA molecules comprising 2'-O-methyl modifications in the VT domain (e.g., sequences 66 and 68). Ex. 1006, 109. The VT domain corresponds to the "guide sequence" in claims 1 and 19 because it is "complementary to a nucleotide sequence in a target DNA" meaning that it hybridizes to a target sequence in that polynucleotide. *Id.* at 24:23–28, 97:17–18, Fig. 3A–B; Ex. 1003 ¶¶ 130–33. Pioneer Hi-Bred teaches that crRNAs, including those in Table 8, also have a CER domain (i.e., a stem sequence) that is complementary to and paired with a tracrRNA to form a duplex guide RNA. *Id.* at 8:22–31, 24:32–25:10, 109:4–9, Fig. 1A, 3A; Ex. 1003 ¶¶ 129–33, 138. Pioneer Hi-Bred further discloses embodiments in which modifications similar to those exemplified in Table 8 are introduced into a long guide RNA (i.e., a single guide RNA) in which the crRNA and tracrRNA are fused together. *Id.* at 113:25–29; *see also id.* at 10:8–13, Fig. 1B, 3B (depicting a "Long guide RNA" as a "fused crRNA and tracrRNA")); Ex. 1003 ¶¶ 125–29, 135–37.

Petitioner has also shown that Pioneer Hi-Bred discloses the recited "gRNA functionality." *See* Pet. 25–26 (Ex. 1003 ¶¶ 128–29, 142–46). Pioneer Hi-Bred defines the term "guide polynucleotide" as "a polynucleotide sequence that can form a complex with a Cas endonuclease

and enables the Cas endonuclease to recognize and optionally cleave a DNA target site." Ex. 1006, 24:6–8. Thus, Pioneer Hi-Bred discloses that the guide polynucleotides described therein can: (1) form a complex with a Cas endonuclease; and (2) enable the endonuclease to recognize a DNA target site. That disclosure reads on both the associating and targeting aspects of the "gRNA functionality" recited in claims 1 and 19.

Pioneer Hi-Bred refers to the modified sequences in Examples 4 and 5 as "modified guide polynucleotides," indicating that those sequences have this functionality. Ex. 1006, 107:14–18:11; *see also id.* at 109:4–6 (referring to the complex formed by the "modified crRNA or crDNA components described in Table 8" as a "modified guide polynucleotide/Cas endonuclease complex"). Other statements in these examples confirm this understanding. *See id.* at 107:14–24 (explaining that modified guide polynucleotides may be delivered with the other components of the "guide polynucleotide/Cas endonuclease system" to "form a functional complex capable of binding and/or cleaving a chromosomal DNA target site"); 107:24–108:2 ("Modified guide polynucleotides described above may also be delivered simultaneously in multiplex to target multiple chromosomal DNA sequences for cleavage or nicking.").[9]

_____

[9] While the claimed "gRNA functionality" does not require cleavage, the fact that cleavage occurs at a target site indicates that a gRNA is capable of associating with a Cas endonuclease and targeting it to a particular site. *See* Ex. 1059 ¶ 31 (explaining that "Agilent's cleavage experiments [in the Specification of the '034 patent] that show cleavage activity for certain gRNAs establish that 'gRNA functionality' is present for gRNAs," but the absence of cleavage activity "does not mean that it does not have 'gRNA functionality' because such a gRNA may nonetheless form a complex with Cas without effecting target cleavage").

19

Accordingly, we agree with Petitioner that Pioneer Hi-Bred discloses synthetic guide RNA and crRNA molecules as recited in claims 1 and 19. In its Response, Patent Owner contends that Pioneer Hi-Bred does not disclose the recited "gRNA functionality" and is non-enabling. *See* Resp. 29–44. As explained below, both of these arguments are unavailing.

### 1. Whether Pioneer Hi-Bred discloses a functional gRNA

Patent Owner argues that "Pioneer Hi-Bred does not disclose *a single functional modified gRNA*." Resp. 30. According to Patent Owner, Pioneer Hi-Bred tested only a single modified guide polynucleotide made of DNA, which subsequent testing revealed was not successful. *See id.* at 30–34. Patent Owner argues that Examples 4 and 5 "do not reveal any actual testing" and are "simply an invitation to experiment . . . that precludes a finding of anticipation because functionality is not disclosed." *Id.* at 34–36.

Patent Owner argues that Petitioner did not assert "anticipation by inherency" for the gRNA functionality limitation. Resp. 36. According to Patent Owner, this is because "some of the sequences identified in Table 8 exhibited no functionality, including some 2'-O-Methyl modifications, so it cannot be assumed that this combination will work." *Id.* Patent Owner points to results in the Specification of the challenged patent showing that the use of chemically modified gRNAs with 26 and 37 consecutive 2'-O-methyl-modified nucleotides at the 5' end did not result in cleavage activity. *Id.* at 37 (referring to Table 4 results for entry nos. 151 and 152 in Ex. 1001). According to Patent Owner, these results show "the proposed modifications in sequences 68 and 69 [in Table 8] together are non-functional." *Id.*

20

Patent Owner further contends that "a POSA would doubt" that sequences 64–69[10] in Table 8 of Pioneer Hi-Bred "would function at all because each design is both truncated and is also modified." Sur-reply 8 (citing Ex. 2025 ¶¶ 201–03, 221, 242–46); Ex. 1026, Ex. 1033, Ex. 2044, Ex. 2045). Patent Owner's expert, Dr. Marshall testifies that "a putative guide sequence is 20 nt in length," whereas the VT domain sequences in Pioneer Hi-Bred's sequences 64, 66, and 68 are "each only 17 nt long." Ex. 2025 ¶ 201. According to Patent Owner and Dr. Marshall, this means "the nucleotides being edited in Pioneer Hi-Bred are 4, 5, and 6 because 1, 2, and 3 have already been truncated from the end. But Nishimasu found that positions 4, 5, and 6 were crucial positions in the context of gRNA associating and targeting." Resp. 38–39; *see also* Ex. 2025 ¶¶ 202–03.

Petitioner replies, urging that testing data is not required for a prior art reference to be anticipatory. *See* Reply 2–5 (citing cases). Petitioner argues that Pioneer Hi-Bred provides a targeted disclosure that identifies only five types of modifications for decreasing unwanted nuclease degradation and "explains precisely why those modifications should be used." *Id.* at 13–14 (citing Ex. 1006, 107 (Table 7)). Moreover, Petitioner urges that Pioneer Hi-Bred "presents exemplary embodiments of gRNAs [in sequences 64–69 of Table 8] containing those modifications and the precise positions where those modifications ought to be placed, including the types and locations of

---

[10] Sequences 64 and 65 disclose phosphorothioate modifications. While not recited in claims 1 and 19, such modifications are recited in some of the dependent claims. *See* Ex. 1001, 257:62–64, 258:41–57, 259:15–17, 259:24–260:10 (claims 5, 9–13, 21, and 24–28). We address them here for completeness.

modifications that anticipate" the challenged claims. *Id.* at 14–15 (citing Ex. 1006, 109).

Regarding Patent Owner's argument that the cleavage data in the '034 patent Specification shows that Pioneer Hi-Bred's sequences 68 and 69 lack functionality, Petitioner points out that the "gRNA functionality" in claims 1 and 19 does not require cleavage. Reply 16–17. Thus, Petitioner urges there is not "a shred of evidence that the sequences 68 and 69 in Pioneer Hi-Bred do not show the type of 'gRNA functionality'" in claims 1 and 19. *Id.* at 17 (citing Ex. 1060, 129:17–23; Ex. 1061, 105:15–25, 106:16–24, 107:14–25, 108:13–109:11).

Petitioner replies to Patent Owner's truncation argument and the related testimony of Dr. Marshall with evidence from Dr. Furneaux. *See* Ex. 1059 ¶¶ 73–75. According to Dr. Furneaux, the record does not support Dr. Marshall's assumption that the sequences in Table 8 are truncated because Pioneer Hi-Bred teaches that the VT domain varies in length and is "designed based on the target sequence," which for the crRNAs in Table 8 is the 17 nucleotides long. *Id.* ¶ 74. Dr. Furneaux further testifies that the references Dr. Marshall cites as showing that truncated gRNAs do not work actually "support the opposite conclusion, that gRNAs with target sequences of 17 nucleotides are functional." *Id.* ¶ 75.

We find Petitioner's arguments and evidence persuasive. It is well established that "anticipation does not require actual performance of suggestions in a disclosure." *Novo Nordisk Pharms., Inc. v. Bio-Tech. Gen. Corp.*, 424 F.3d 1347, 1355 (Fed. Cir. 2005); *see also In re Donohue*, 766 F.2d 531, 533 (Fed. Cir. 1985). Moreover, the Petition need not assert that "gRNA functionality" is inherently disclosed because Petitioner has shown

22

that Pioneer Hi-Bred's expressly discloses this limitation. Pet. 25–26 (citing evidence). There is no additional requirement that this express disclosure be backed by test data in order for the reference to be anticipatory. *See, e.g.*, *Novo*, 424 F.3d at 1355; *Rasmusson v. SmithKline Beecham Corp.*, 413 F.3d 1318, 1326 (Fed. Cir. 2005) ("[P]roof of efficacy is not required in order for a reference to be enabled for purposes of anticipation.").

   Patent Owner suggests we should ignore what it calls a "bald assertion" of gRNA functionality in Pioneer Hi-Bred because either that assertion is incorrect or a POSA would doubt that it was true. *See* Resp. 2. We disagree. To begin with, Patent Owner's reliance on the purported failure of Pioneer Hi-Bred's DNA-based embodiments is unavailing. Pioneer Hi-Bred discloses both DNA and RNA-based embodiments. The Petition is premised on the latter. Even if we accept Patent Owner's argument that the DNA-based examples lack gRNA functionality, that fact does not suggest that a POSA would doubt that the RNA-based embodiments, e.g., crRNAs comprising sequences 64–69 in Table 8, lack such functionality.

   Patent Owner's argument that a POSA would doubt whether Pioneer Hi-Bred's RNA-based embodiments have gRNA functionality because the VT domain in sequences 64, 66, and 68 is truncated is also unpersuasive. First, Pioneer Hi-Bred does not state that these sequences are truncated, nor does the record support Patent Owner's argument that these sequences are necessarily truncated because they are 17 nt, as opposed to 20 nt, long. To the contrary, Pioneer Hi-Bred teaches that the VT domain may vary in length from 12 to 30 nt. Ex. 1006, 3:19–20, 98:19–23. In addition, Pioneer Hi-Bred explains that the sequences in Table 8 are designed to target the "LIGCas-3" site in Maize, which is 17 nt long. *Id.* at 109:4–9; *see also id.* at

99:15–18 (Table 1 identifying 17 nt target site sequence for LIGCas-3). Thus, the record supports, and we credit, Dr. Furneaux's testimony that the VT domain for these sequences is 17 nt because it is designed to target a 17 nt sequence—not because it has been truncated.[11] Ex. 1059 ¶ 74.

Second, even if those sequences were truncated, the record does not support Patent Owner's argument that a POSA would doubt that they have gRNA functionality. Patent Owner's argument is premised on Dr. Marshall's testimony that these sequences "are truncated to a point that would render them nonfunctional." Ex. 2025 ¶ 200. But the references he cites do not support that position. *See* Ex. 2025 ¶ 202 (citing Ex. 1033 ("Fu"); Ex. 2044 ("Cencic"); and Ex. 2045 ("Mali")). To the contrary, Fu evidences that "truncated gRNAs, with shorter regions of target complementarity <20 nucleotides in length" are functional and that truncation to 17 nt is beneficial. Ex. 1033, Abstr.; *see also id.* at 283 ("[W]e found that [truncated] gRNAs with 17 or 18 nucleotides of complementarity generally function efficiently at the intended target site and have improved specificities."). Cencic and Mali likewise do not suggest that a 17 nt VT domain would lack gRNA functionality. *See* Ex. 2025 ¶ 202 (citing Cencic as showing "truncated gRNA tests showed that a guide sequence of only 16 nucleotides" abolished cleavage activity); Ex. 2045, Supp. Fig. 10 ("1-3 bp 5' [gRNA]

---

[11] Patent Owner asserts that Dr. Furneaux "adopted the definition of 'truncated gRNAs' as those with 'regions of target complementarity <20 nucleotides in length" in paragraph 79 of his opening declaration. Sur-reply 8 n. 1. We disagree. The testimony in paragraph 79 refers to the particular results in Fu. *See* Ex. 1003 ¶ 78 (citing Ex. 1033). We see nothing there that suggests Dr. Furneaux agrees with Patent Owner's position that any gRNA with a VT region of less than 20 nt is truncated.

24

truncations are indeed well tolerated, but larger deletions lead to loss of activity"). Accordingly, we credit Dr. Furneaux's testimony (*see, e.g.*, Ex. 1003 ¶ 78, Ex. 1059 ¶¶ 73–75) over the competing testimony offered by Dr. Marshall on these points.

At oral argument, Patent Owner took its argument a step further asserting not only that a POSA would doubt their functionality, but also that that the record shows that Pioneer Hi-Bred sequences 64–67, in fact, lack gRNA functionality because they combine truncation with chemical modifications to the 4, 5, and 6 nucleotides of the untruncated gRNA. *See* Tr. 41:3–48:16 (urging that "Nishimasu" (Ex. 1026) shows that the nucleotides at this position are critical to gRNA functionality). This new argument is unavailing.[12] First, as explained above, the record does not support Patent Owner's argument that the VT domain in these sequences is truncated. Second, there is test data in the record demonstrating gRNA functionality for both truncated gRNAs and gRNAs with modifications to the 4, 5, and 6 nucleotides. *See, e.g.*, Ex. 1033, 283; Ex. 2045, Supp. Fig. 10;

_____

[12] In its papers, Patent Owner asserts that a POSA would "doubt" the gRNA functionality of sequences 64–69 for this reason. Sur-reply 8; *see also* Resp. 39 (arguing that the "combination of truncation and modifications would have been unpredictable" and thus gRNA functionality was not "inherent"); Ex. 2025 ¶ 203 ("[A] POSA would seriously question whether the guide sequence designs of Table 8 would be functional"). But at the hearing, Patent Owner stated it was asserting "both" that a POSA would doubt their functionality and that these sequences do not, in fact, exhibit gRNA functionality and that the record demonstrates such. Tr. 41:3–16. This latter point is a new argument that was not clearly presented in the Response and has therefore been waived. Even if it had been timely presented, we find that the record does not support Patent Owner's position that Pioneer Hi-Bred's sequences 64–69 are non-functional.

25

Ex. 1001, Tables 3 and 4 (Patent Owner's Specification showing cleavage activity for truncated gRNAs with a 17 nt target sequence and gRNAs with chemical modifications at the 4, 5, and 6 nucleotides). While not prior art, this data does tend to rebut Patent Owner's argument that sequences 64–67 lack gRNA functionality because it shows that both truncation to 17 nt and modifications to the 4, 5, and 6 nucleotides can be individually tolerated without losing cleavage activity.

We also disagree with Patent Owner's argument that the cleavage data in its Specification shows that a crRNA corresponding to Pioneer Hi-Bred's sequences 68 and 69 would lack "gRNA functionality." Resp. 36–37. The data Patent Owner points to shows only that cleavage did not occur. Cleavage, however, is not required for the "gRNA functionality" recited in claims 1 and 12. Patent Owner's expert, Dr. Sampson admitted on cross-examination that just because a gRNA in Table 4 lacks cleavage activity does not demonstrate that it also lacks the ability to bind a Cas protein and target that complex to target polynucleotide:

> Q. [T]he handful of guide RNAs that you identified in Table 4 of the ['034] patent as not exhibiting cleavage, those may nonetheless bind with a Cas protein and form a complex with the target DNA; correct?
> A. Yeah. I can't, you known, answer that definitively.
> Q. All we know is that it might or might not happen; right? We don't know one way or the other?
> A. There is no objective evidence that would be able to indicate that.

***

> Q. I just want to be clear, the handful of guide RNAs that you point out as being nonfunctional, you don't actually know

26

> whether they actually have gRNA functionality as claimed in
> the claims; right?
> A. What I'd say is that I can't – there's no objective evidence
> that allows you for a determination of whether the guides bind
> to Cas9 or direct the programmed Cas9 to the target site.
>
> ***
>
> Q. You can't say one way or another whether the guide RNAs
> that you say are not functional actually lack that gRNA
> functionality as claimed in the claims; right?
> A. I can state that I have no evidence to differentiate between
> whether they would bind to the Cas or direct the Cas to a target
> sequence.

Ex. 1060, 106:16–109:11 (objections omitted); *see also* Ex. 1059 ¶ 31

(similar testimony from Dr. Furneaux). Thus, the data in Table 4 of the

Specification showing a lack of cleavage activity does not demonstrate that

the corresponding gRNA lacks the claimed "gRNA functionality."

Moreover, Patent Owner's argument only applies to a crRNA that

combines sequences 68 and 69 "together" resulting in a crRNA with 39

consecutive 2'-O-methyl modifications. Resp. 37. However, Pioneer Hi-

Bred discloses that these modifications may be introduced "individually or

in combination." Ex. 1006, 113:25–29. If introduced individually, a crRNA

having the modifications in sequence 68 would have 17 2'-O-methyl

modifications and a crRNA having the modifications in sequence 69 would

have 22 such modifications. This is closer to the number of modifications in

sequences that the data in the Specification shows do have cleavage activity

(e.g., Table 4 Entry #s 146–150 having 20 consecutive 2'-O-methyl

modifications) than it is to the sequences Patent Owner identifies as lacking

cleavage activity. *See* Resp. 37 (citing Ex. 1001, 119 (Table 4 Entry #s 151

and 152 having 26 and 37 consecutive sugar modifications). Therefore, the

data in the Specification does not show that a crRNA comprising sequence 68 or 69 would lack cleavage activity, much less the broader "gRNA functionality" recited in the challenged claims.

For these reasons, we determine that Pioneer Hi-Bred discloses functional, chemically-modified gRNAs as recited in claims 1 and 19.

### 2. Whether Pioneer Hi-Bred is enabled

Patent Owner contends that Pioneer Hi-Bred is not enabled. Resp. 39–44. More specifically, Patent Owner asserts that "[a] POSA encountering Pioneer Hi-Bred could not make the claimed inventions of the '034 [patent] without undue experimentation" because it "discloses a laundry list of chemical modifications, that can be made alone or in combination, and applied literally anywhere in the disclosed guides." *Id.* at 43. According to Patent Owner, the "art was new, complicated and unpredictable," "not 'mechanistically analogous' to anything that came before it," and "a POSA would have been circumspect about making the claimed modifications without testing because what was known about the nature of the interactions between the Cas Protein and the gRNA suggested the gRNA would be very sensitive to modifications, especially in the guide portion." *Id.* at 44 (no citations provided). Thus, argues Patent Owner, "the *Wands* factors lean[] heavily in favor of a finding that Pioneer Hi-Bred would not enable one to make the claims of the '034 Patent without undue experimentation." *Id.* (italics added).

Petitioner contends that the anticipating disclosures in Pioneer Hi-Bred are enabled. Reply 5–18. In particular, Petitioner urges that Pioneer Hi-Bred discloses only five types of chemical modifications for decreasing

28

unwanted nuclease degradation in Table 7 and provides exemplary embodiments of gRNAs, including those having "the types and locations of modifications that anticipate the '034 Patent claims," in Table 8. *Id.* at 13–15. Petitioner points to testimony from Patent Owner's declarants showing that the techniques for making such gRNAs were known in the art and a POSA could use "commercially available instruments that could churn out multiple [chemically-modified] gRNAs in a single day." *Id.* at 8–9.

Petitioner also cites evidence that the chemical modifications disclosed in Pioneer Hi-Bred had been used for decades prior to the filing of the '034 patent "to stabilize RNA against nucleases" and that "CRISPR gRNA stabilization presented a new iteration of an old problem with a tried and true solution." *Id.* at 9–12. According to Petitioner, "the testing data in the patent drives home just how predictable this field was" because only 7 of the roughly 250 gRNAs Patent Owner tested lacked cleavage functionality. *Id.* at 12–13, 16 (referring to the inventors "roughly 97% success rate in predicting which modified gRNAs would work" based on prior art teachings).

We again find Petitioner's evidence and argument persuasive. For a prior art reference to be enabling, "the reference need only enable a single embodiment of the claim." *In re Morsa*, 803 F.3d 1374, 1377 (Fed. Cir. 2015). "In other words, a prior art reference need not enable its full disclosure; it only needs to enable the portions of its disclosure alleged to anticipate the claimed invention." *In re Antor Media Corp.*, 689 F.3d 1282, 1290 (Fed. Cir. 2012). Here, Petitioner asserts that the RNA-based embodiments disclosed in Examples 4 and 5 of Pioneer Hi-Bred are

29

anticipatory. Those disclosures are presumed enabling and Patent Owner has not shown otherwise.

Indeed, the record demonstrates that a POSA, as of December 2014, could practice these disclosures without undue experimentation.[13] As explained above, Table 7 of Pioneer Hi-Bred teaches modifications, including 2'-O-methyl modifications to the sugar and phosphorothioate bond modifications, that can be used to decrease unwanted nuclease degradation of a gRNA in a guide polynucleotide/Cas endonuclease system. And Table 8 discloses exemplary sequences of such chemically-modified crRNAs that read on claims 1 and 12. Pioneer Hi-Bred teaches that gRNAs having the modifications in Table 8 and similar modifications can be "synthesized per standard techniques." Ex. 1006, 113:25–29.

While Pioneer Hi-Bred does not further describe these standard techniques, the record demonstrates such techniques were known in the art and a POSA would have been able to use them to make the gRNAs disclosed in Pioneer Hi-Bred without undue experimentation. Both sides' experts testify that techniques such as "click chemistry" and "TC chemistry" were known in the prior art for synthesizing long oligonucleotides. Ex. 1059 ¶¶ 33–38; *see* Ex. 1061, 188:9–190:17). Moreover, the Specification of the '034 patent cites references describing these known techniques to explain

---

[13] The question of undue experimentation involves consideration of certain factors identified in *In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988). These factors include: the quantity of experimentation, the amount of direction or guidance present, the presence or absence of working examples, the state of the prior art, the relative skill of those in the art, and the predictability or unpredictability of the art. *Id.* To the extent they are applicable here, we have considered these and the other *Wands* factors in our analysis.

30

how its chemically-modified gRNAs may be synthesized. Ex. 1001, 48:4–33; *see also In re Morsa*, 803 F.3d at 1378 (explaining that statements in the specification evidencing the knowledge of a POSA may be relied upon to show that a prior art reference is enabled). The record further evidences that the inventors were able to employ such techniques to make an individual gRNA in about a day's time and that commercially-available "synthesizers" were available, allowing dozens of different gRNAs to be synthesized at the same time. Ex. 1069 ¶ 41; *see* Ex. 1060, 87:6–18, 88:3–16 (Dr. Sampson testifying that synthesizers capable of making as many as 48 gRNAs at a time were commercially-available), 191:16–192:14 (testifying that multiple guides can be made in a day).

Patent Owner argues that its inventors were uniquely-skilled in the synthesis of long RNAs and thus "it would have been extremely challenging for a POSA to chemically synthesize the claimed chemically-modified gRNA." *See* Resp. 11–13. This argument is unavailing for several reasons. First, the Specification of the '034 patent does not disclose any new techniques for synthesizing chemically-modified gRNAs, but instead refers to the use of click chemistry and TC chemistry techniques already taught in other references. Ex. 1001, 48:4–33. Second, while Dr. Sampson points to challenges he and the other inventors allegedly had to overcome to make these molecules (*see* Ex. 2029 ¶¶ 12–15), none of those challenges are mentioned in the Specification of the '034 patent. *See In re Epstein*, 32 F.3d 1559, 1568 (Fed. Cir. 1994) (holding "the Board's observation that appellant did not provide the type of detail in his specification that he now argues is necessary in prior art references supports the Board's finding that one skilled in the art would have known how to implement the features of the

31

references"). Moreover, when cross-examined about these purported challenges, Dr. Sampson was either unable to remember how the inventors addressed them or he testified they were overcome by increasing the reaction time, which was "[j]ust kind of a pretty standard thing that you do." Ex.1061, 115:3–118:19. Third, in order to anticipate, Pioneer Hi-Bred "need only enable a single embodiment of the claim." *In re Morsa*, 803 F.3d at 1377. Petitioner's arguments that its team of inventors spent over a year to synthesize "hundreds" of gRNAs does not show that the experimentation required to make any one of the anticipating gRNAs disclosed in Pioneer Hi-Bred, e.g., the exemplary crRNAs in Table 8, would be undue. For these reasons, we credit Dr. Furneaux's testimony that undue experimentation would not be required to make the anticipating, chemically-modified gRNAs taught in Pioneer Hi-Bred (*see* Ex. 1059 ¶¶ 32–47) over the competing testimony of Patent Owner's declarants.

So too, the fact that Pioneer Hi-Bred "contains no data regarding any testing of the sequences in Table 8" does not demonstrate that the crRNAs disclosed there are not enabled. *See* Resp. 34–36. "It is not . . . necessary that an invention disclosed in a publication shall have actually been made in order to satisfy the enablement requirement." *In re Donohue*, 766 F.2d 531, 533 (Fed.Cir.1985). Thus, while it appears that Examples 4 and 5 in Pioneer Hi-Bred are prophetic, as opposed to working, examples, that fact alone does not undermine the presumption that Pioneer Hi-Bred is enabled. *See Antor Media,* 689 F.3d at 1289–90 ("[T]he mere use of forward-looking language (such as terms like 'should') does not show one way or another whether a person of ordinary skill in the art would have to engage in undue experimentation to perform the claimed invention").

To the extent Patent Owner contends that the nascent state of the art demonstrates that undue experimentation would be required, we disagree. *See* Resp. 44. It is undisputed that the use of gRNA in a CRISPR/Cas system was a relatively new discovery first published in mid-2012. *See* Pet. 2; Resp. 52–53. That said, the record demonstrates that by December 2014 substantial research into such systems had been published and would have been known to a POSA Ex. 1003 ¶ 78; Ex. 1059 ¶¶ 20–23, 65–72 (citing references). A POSA would also know that gRNA was subject to degradation, which could limit the efficiency of a CRISPR/Cas system. *See, e.g.*, Ex. 1003 ¶¶ 66, 71; Ex. 1061, 200:14–201:11. Moreover, the particular types of chemical modifications disclosed in Pioneer Hi-Bred and recited in the challenged claims had been known and used for decades to stabilize RNA against unwanted degradation in other systems. Ex. 1003 ¶¶ 50–52, 61–70; *see also* Ex. 1061, 214:6–16. Thus, while the art was somewhat unpredictable in December 2014, it was far from a blank slate with a POSA understanding how the different elements of a CRISPR/Cas system are used and function together, including the role of gRNA; the types of chemical modifications that had been successfully used in other systems to reduce RNA degradation, while preserving functionality; and standard techniques for making gRNAs with the modifications disclosed and exemplified in Pioneer Hi-Bred.

Finally, Patent Owner's attempt to analogize the present facts to those in *Impax Laboratories*[14] is unavailing. *See* Resp. 42–43. The claims in *Impax Laboratories* were directed to methods of using a particular

---

[14] *Impax Labs., Inc. v. Aventis Pharms., Inc.*, 545 F.3d 1312, 1314 (Fed. Cir. 2008).

compound to treat a particular disease. 545 F.3d at 1314. However, the allegedly anticipating prior art disclosed "hundreds or thousands of compounds and several diseases" along with "broad and general" dosage guidelines and "without sufficient direction or guidance to prescribe a treatment regimen." *Id.* at 1315–16. On those facts, the Federal Circuit affirmed the district court's finding that the prior art did not enable the particular method recited in the claims. *Id.* In contrast, Pioneer Hi-Bred exemplifies particular crRNA sequences having the recited chemical modifications at the recited locations and teaches that gRNA comprising such may be used as guide polynucleotides in a CRISPR Cas system.

In sum, given the guidance in Pioneer Hi-Bred, the existing knowledge in the art, including knowledge of standard techniques and equipment/reagents for making the chemically modified RNA sequences taught in Pioneer Hi-Bred, and the relatively high level of training of a POSA, we find that undue experimentation would not have been required to make and use a gRNA with the recited chemical modifications and functionality. Because Pioneer Hi-Bred discloses functional, chemically-modified gRNAs as recited in claims 1 and 19, and that disclosure is enabled, Petitioner has demonstrated that claims 1 and 19 are anticipated by Pioneer Hi-Bred.

### ii. *Claims 2 and 33*

Claim 2 recites a method comprising the steps of: (a) contacting a DNA sequence, gene of interest, or target polynucleotide with a CRISPR-associated (Cas) protein and the gRNA of claim 1, and (b) editing, regulating, cleaving, or binding the DNA sequence, gene of interest, or

34

target polynucleotide. Ex. 1001, 257:48–56. Claim 33 recites the same method using the crRNA of claim 19. *Id.* at 260:20–28.

Petitioner cites evidence showing that Pioneer Hi-Bred discloses the method recited in claims 2 and 33. *See* Pet. 30–32, 47. Patent Owner does not dispute Petitioner's showing for these claims separately from its arguments for claims 1 and 19.[15]

Petitioner's contentions are supported by the record and persuasive. As explained above, Pioneer Hi-Bred discloses a synthetic gRNA and crRNA with the chemical modifications and gRNA functionality recited in claims 1 and 19. Pioneer Hi-Bred discloses methods of using such to modify a DNA sequence. Ex. 1006, 41:23–32, 128:8–14 (claim 28); Ex. 1003 ¶¶ 157–58. Pioneer Hi-Bred also discloses that the gRNA/Cas endonuclease system can be used to regulate expression of a specific gene or cleave a target polynucleotide. *See* Ex. 1006, 30:17–22 (cleave by "introduc[ing] a double strand break at said target site"); 47:15–29 (regulate expression); Ex. 1003 ¶¶ 159–61. Moreover, Dr. Furneaux offers testimony, which we credit, explaining how Pioneer Hi-Bred discloses both the contacting and editing, regulating, cleaving, or binding steps recited in claims 2 and 33. Ex. 1003 ¶¶ 162–66. The teachings Petitioner and Dr. Furneaux rely upon are presumptively enabling. *See, e.g.*, *Antor Media*, 689 F.3d at 1287–88. Patent Owner does not challenge that presumption separately from its arguments for independent claims 1 and 19, which are unavailing as explained above.

---

[15] To the extent Patent Owner reasserts the same arguments for claims 2, 33, and the other dependent claims that it does for claims 1 and 19, those arguments are unavailing for the reasons already addressed in our analysis above.

Accordingly, Petitioner has shown by a preponderance of the evidence that claims 2 and 33 are anticipated by Pioneer Hi-Bred.

### iii.    Claim 3

Claim 3 recites "[a] set or a library comprising two or more synthetic guide RNAs of claim 1." Ex. 1001, 257:57–58.

Petitioner relies on Pioneer Hi-Bred's teaching that the "modified guide polynucleotides described [therein] may also be delivered *simultaneously in multiplex* to target multiple chromosomal DNA sequences for cleavage or nicking." Pet. 32 (quoting Ex. 1006, 107:24–108:2). In addition, Petitioner cites Pioneer Hi-Bred's teaching that the guide polynucleotide/Cas system can be used "for producing transgenic trait loci *comprising multiple transgenes*." *Id.* at 50–51 (quoting Ex. 1006, 78:19–26). Petitioner and Dr. Furneaux assert that "[a] POSA would have understood [these teachings] as an express instruction to prepare a library of modified gRNAs comprising multiple modified gRNAs" as recited in claim 30. Pet. 32; Ex. 1003, 166–70.

In response, Patent Owner asserts "[s]equence 66 and 68 do not comprise a library of two or more synthetic guide RNAs, and there [sic] cannot anticipate claim 3." Resp. 28. According to Patent Owner, "Pioneer Hi-Bred does not disclose even one synthetic guide RNA that meets all of the limitations of Claim 1. By necessity, then, it cannot disclose 'two or more' such guide RNAs" as recited in claim 3. *Id.* at 45. Patent Owner does not respond to Petitioner's argument that Pioneer Hi-Bred teaches its modified gRNAs may be delivered in multiplex. *See* Reply 2–3 (noting that

"Patent Owner presents no rebuttal to Petitioner's citation" to this disclosure).

Petitioner's contentions are sufficiently supported by the record and persuasive. As explained above, Pioneer Hi-Bred discloses synthetic gRNA comprising a guide sequence with the recited modifications and gRNA functionality and specifically exemplifies such in sequences 66 and 68 of Table 8. As we understand it, Patent Owner's argument against Petitioner's showing for claim 3 is that a single gRNA comprising either sequence 66 or 68 would not itself be a set or library comprising at least two guide RNAs. But that argument misses the point. Pioneer Hi-Bred specifically teaches that its modified gRNA may be delivered simultaneously in multiplex to target multiple different sequences. Ex. 1006, 107: 24–108:2. Dr. Furneaux offers testimony, which we credit, explaining that a POSA would understand this to be an instruction to prepare a library of multiple, modified gRNAs. Ex. 1003 ¶ 227. Accordingly, Petitioner has shown by a preponderance of the evidence that claim 3 is anticipated by Pioneer Hi-Bred.

*iv.     Claim 4*

Claim 4 depends from claim 1 and recites that the synthetic guide RNA is a "single-guide RNA (sgRNA)." Ex. 1001, 257:60–61. Petitioner asserts that "Pioneer Hi-Bred discloses a single-guide RNA (also known as 'long guide RNA') comprising a VT domain and CER domain" and teaches that "nucleotide modifications, such as 2'-O-methyl and 3-phosphorothioate modifications, e.g., as shown in Table 8, can be made in the guide sequence (VT Domain) of an sgRNA." Pet. 33–34 (citing Ex. 1006, 24:6–19, 25:11–15, 113:25–29, Figs. 1B and 3B; Ex. 1003 ¶¶ 171–76). We agree that the

37

cited evidence shows that Pioneer Hi-Bred discloses a chemically-modified sgRNA as recited in claim 4.

Patent Owner argues that claim 4 is not anticipated because "[s]equences 64, 65, 66, 67, 68, and 69 [in Pioneer Hi-Bred Table 8] are disclosed only as a portion of a duplex or two-part guide." Resp. 29.[16] Patent Owner's argument is unavailing. Pioneer Hi-Bred's disclosure is not limited to a two-part guide with the crRNA sequences in Table 8. It discloses that its guide polynucleotides can be implemented as "a single molecule or a double molecule." 1006, 24:8–9. Moreover, Pioneer Hi-Bred specifically states that the modifications in Table 8 can also be introduced in a "long guide RNA," i.e., a sgRNA. Ex. 1006, 113:25–27; *see* Ex. 1003 ¶ 150 (explaining that a sgRNA is also referred to as a long guide RNA). Accordingly, while sequences 64–69 are described as part of a crRNA, a POSA would have immediately envisioned that those sequences could also be implemented in the corresponding domains of a sgRNA. Thus, Pioneer Hi-Bred anticipates claim 4.

*v.      Claims 5, 8–13, 20, 21, and 24–28*

Claims 5, 8–13, 20, 21, and 24–28 further recite the use of at least one phosphorothioate modification along with the existing 2'-O-methyl modification required by the independent claims. More specifically, claims 5 and 21 recite that the "one or more modifications" in their respective independent claims "comprise[] a 2'-O-methyl nucleotide with a 3'-

---

[16] To the extent Patent Owner reasserts the same arguments for claim 2 and the other dependent claims that it does for claims 1 and 12, those arguments are unavailing for the reasons already addressed in our analysis above.

phosphorothioate." Ex. 1001, 257:62–64, 259:15–17. Claims 8 and 20 recite that the gRNA and crRNA in their respective independent claims further comprise at least one "phosphorothioate internucleotide linkage, phosphonoacetate (PACE) internucleotide linkage, and/or thiophosphonoacetate (thioPACE) internucleotide linkage." *Id.* at 258:37–40, 259:10–14. Claims 9–11 and 24–26 recite that the gRNA and crRNA in their respective independent claims comprise "up to"[17] a specified number (i.e., 3, 7, or 10) of the same set "internucleotide linkage" modifications "in the guide sequence." *Id.* at 258:41–49, 259:24–260:3. Similarly, claims 12, 13, 27, and 28 recite "up to five consecutive" internucleotide linkage modifications at the 5'-end (claims 12 and 13) and 3'-end (claims 23 and 28). *Id.* at 258:50–57, 260:4–11.

For all these claims, Petitioner points to disclosure in Tables 7 and 8 of Pioneer Hi-Bred, urging that they disclose "five types of nucleotide chemical modifications including the phosphorothioate and 2'-O-methyl modifications." Pet. 34–35 (citing Ex. 1003 ¶ 178–82); *see also id.* at 38 (explaining that sequence 64 in Table 8 discloses "consecutive

---

[17] The phrase "up to" puts an upper limit on the number of internucleotide linkage modifications. Accordingly, these claims encompass gRNA and crRNA having anywhere from one such modification "up to" the recited number of modifications. Neither party addresses whether the "up to" language puts any lower limit on the required number of internucleotide linkage modifications, i.e., whether the disclosure of a synthetic gRNA or crRNA as recited in the independent claims, but with *none* of the recited internucleotide linkage modifications would anticipate claims 9–13 and 24–28 because zero is less than the recited threshold. We need not resolve this issue because we find that Pioneer Hi-Bred discloses molecules with both 2'-O-methyl and at least one phosphorothioate modification in the guide sequence.

phosphorothioate internucleotide linkages in the gRNA guide sequence (VT domain) at the 5'-end"). Relying on Pioneer Hi-Bred's teaching that these modifications can be introduced in "combination," Petitioner cites Dr. Furneaux's calculations showing that "Tables 7 and 8 disclose thirty-one different ways to combine the five modifications, and eight of these combinations contain both a 3'-phosphorothioate modified nucleotide and a 3'-phosphorothioate modified nucleotide." *Id.* at 35–36 (citing Ex. 1003 ¶¶ 183–185; Ex. 1006, 108:25–27, 113:25–29). Petitioner relies on a similar mathematical analysis based on another teaching in Pioneer Hi-Bred that "yields 2047 ways to combine the [disclosed modifications], 512 of which contain a 2'-O-methyl-3'phosphorothioate modification in the guide sequence." *Id.* at 36 (citing Ex. 1003 ¶ 191; Ex. 1006, 24:6–19). According to Petitioner, a POSA would "immediately envisage combining these modifications in one nucleotide of the guide sequence" given "the high fraction of combinations containing the combined [modifications] and Pioneer Hi-Bred's express teachings of combining" them. *Id.* at 36–37 (citing *Kennametal, Inc. v. Ingersoll Cutting Tool Co.*, 780 F.3d 1376, 1381 (Fed. Cir. 2015)).

Patent Owner argues that sequences 66 and 68 in Table 8 disclose only 2'-O-methyl modifications and therefore cannot anticipate claims 5, 8–13, 20, 21, and 24–28. *See* Resp. 27–28. According to Patent Owner, "Pioneer Hi-Bred simply does not disclose any of the combinations of chemical modifications" required by these claims and "Petitioner admits as much in its analysis" by relying on "Dr. Furneaux's calculation that there are 2047 possible combinations of the 11 specified chemical modifications early

in the reference, but notably not in Examples 4 and 5." *Id.* at 28 (citing Ex. 2025 ¶¶ 255–57).

In its Sur-reply, Patent Owner further asserts that *Kennametal* "is inapposite since [there] it was undisputed that all claim elements were disclosed in the prior art but for a single structural element," whereas here "it is undisputed that Pioneer Hi-Bred lacks the structural limitations and the 'gRNA functionality' limitation." Sur-reply 26. However, Patent Owner does not challenge Dr. Furneaux's calculations, nor Petitioner's argument based on those calculations that a high fraction of the possible combinations would have both modifications. *See* Reply 2 (noting that Patent Owner "presents no analysis or argument" regarding these claims).

Petitioner's contentions are sufficiently supported by the record and persuasive. Sequence 64 in Table 8 exemplifies phosphorothioate modifications between the three nucleotides at the 5'-end of the guide sequence (VT domain). Ex. 1006, 109. Sequence 66 discloses 2'-O-Methyl modifications at the same location. *Id.* While none of the exemplary sequences in Table 8 disclose the combination of these two modifications to the same nucleotide, Pioneer Hi-Bred discloses that "[n]ucleotide base *and*/or phosphodiester bond modifications similar to those illustrated in Example 5 Table 8 can be introduced individually or *in combination* into the crRNA." *Id.* at 113:25–27 (emphases added). The combination of the modifications in sequences 64 and 66, for example, would result in a crRNA having 2'-O-methyl-3'-phosphorothioate nucleotides at the 5'-end of the guide sequence.

Regarding claims 13 and 28, sequence 65 in Table 8 exemplifies phosphorothioate modifications between the three nucleotides at the 3'-end

of a crRNA. Ex. 1006, 109. The combination of modifications in sequences 65 and 66, for example, would result in a crRNA having 2-O-methyl modifications in its guide sequence and phosphorothioate modifications at the 3'-end of the crRNA. Thus, Pioneer Hi-Bred discloses the recited structural limitations (i.e., 2'-O-methyl and phosphorothioate internucleotide linkage modifications) and expressly teaches that they can be combined in the guide sequence of a guide polynucleotide.[18] For this reason, Patent Owner's attempt to distinguish *Kennametal* is unavailing. *See Kennametal*, 780 F.3d at 1382 (explaining that where a reference discloses all of the claim elements "with the exception of" the recited combination of two of those elements "the question for purposes of anticipation is whether the number of categories and components disclosed in [the reference] is so large that the [recited] combination . . . would not be immediately apparent to one of ordinary skill in the art") (internal quotations omitted).

Here, Petitioner shows that a high fraction of the possible combinations disclosed in Tables 7 and 8 and elsewhere in Pioneer Hi-Bred result in the recited combinations of 2'-O-methyl and 3'-phosphorothioate modifications. Pet. 34–38 (citing Ex. 1003 ¶¶ 171–74). This showing, which Patent Owner does not specifically dispute, sufficiently demonstrates that a POSA would immediately envisage the combination of modifications recited in claims 5, 8–13, 20, 21, and 24–28. Accordingly, Petitioner has shown by a preponderance of the evidence that Pioneer Hi-Bred anticipates these claims.

---

[18] As explained above, Pioneer Hi-Bred discloses that its guide polynucleotides have the recited "gRNA functionality." *Supra* § III.E.i.

*vi.    Claims 14 and 29*

Claims 14 and 29 depend from claims 1 and 19 and further recite "a fluorophore at a 5'-end" of the gRNA or crRNA. Ex. 1001, 258:57–58, 60:12–13.

Petitioner contends that "Pioneer Hi-Bred teaches that fluorophore modifications can be combined with 2'-O-methyl modifications in the guide sequence." Pet. 41 (citing Ex. 1006, 27:3–19). According to Petitioner, "the guide sequence (VT domain) is found at either the 5' or 3'-end of the gRNA." *Id.* (citing Ex. 1003 ¶ 211). Thus, "a POSA would immediately envisage gRNAs with a combination of 2'-O-methyl modifications in the guide sequence and fluorophores at the 5'-end." *Id.*

Patent Owner disputes Petitioner's contention. According to Patent Owner, "[t]he only section in Pioneer Hi-Bred that Petitioner identifies" as disclosing this limitation "provides neither an explicit nor inherent disclosure of 'a fluorophore at a 5'-end of the [guide RNA/crRNA].'" Resp. 45 (alterations in original).

Petitioner's contentions are sufficiently supported by the record and persuasive. Pioneer Hi-Bred discloses modifying the VT domain of a guide polynucleotide to provide for "tracking" by adding the benefit of "a fluorescent label." Ex. 1006, 27:3–19. In the same section, Pioneer Hi-Bred teaches that such modifications may be used in "combination" with other modifications to the VT domain such as "a 2'-O-Methyl RNA nucleotide." *Id.* Thus, Pioneer Hi-Bred discloses the combination of 2'-O-methyl and fluorophore modifications in the VT domain of a gRNA and crRNA molecule.

Patent Owner does not clearly explain why, in its view, the disclosure Petitioner cites fails to disclose "a fluorophore at the 5'-end." To the extent Patent Owner contends that it doesn't specify a particular location for the fluorophore, we disagree. Dr. Furneaux offers testimony, which Patent Owner does not specifically dispute, that a POSA would understand that the VT domain is either at the 3' or the 5' end of the molecule. Ex. 1003 ¶ 211. Given that Pioneer Hi-Bred discloses adding a fluorescent label to the VT domain, and that a POSA would know that the VT domain is at one of the two ends of the molecule, Dr. Furneaux testifies "[a] POSA can immediately envisage guide RNAs comprising a 2'-O-methyl modified nucleotide in the guide sequence in combination with a fluorophore at the 5' end." Ex. 1003 ¶¶ 210–11. We find this explanation to be credible and supported by the record. Accordingly, Petitioner has shown by a preponderance of the evidence that claims 14 and 29 are anticipated by Pioneer Hi-Bred.

*vii.   Claims 15–17, 30 and 31*

Claim 15 depends from claim 1 and recites that the gRNA comprises "one or more end modification." Ex. 1001, 258:59–60. Petitioner has shown that Pioneer Hi-Bred discloses a gRNA with an end modification. For example, sequences 66 and 68 in Table 8 disclose 2'-O-methyl modifications of the nucleotides at the 5' end of a crRNA. Ex. 1006, 109. Patent Owner does not dispute Petitioner's showing for claim 15 separately from its arguments for the independent claims, which are unavailing as explained above.

Claims 16 and 30 recite "at least 2 consecutive 2'-O-methyl modifications." Ex. 1001, 258:62–63, 260:14–15. Petitioner again points to

44

sequences 66 and 68 in Table 8, which it contends disclose this limitation. Pet. 42, 46.

Petitioner's contentions are sufficiently supported by the record and persuasive. Sequence 66 discloses a crRNA with three consecutive 2'-O-methyl modifications in the guide sequence. Ex. 1006, 109. Sequence 68 discloses a crRNA with seventeen consecutive 2'-O-methyl modifications in the guide sequence. *Id.*

Claims 17 and 31 recite "at least six 2'-O-methyl modifications." Ex. 1001, 258:64–67, 260:16–17. Sequence 68 discloses this limitation. Thus to the extent Patent Owner contends that Pioneer Hi-Bred does not disclose the "multiple '2'-O-methyl modifications' recited in" claims 16, 17, 30, and 31, it is plainly incorrect. *See* Resp. 46. Accordingly, Petitioner has shown by a preponderance of the evidence that claims 15–17, 30 and 31 are anticipated by Pioneer Hi-Bred.

*viii.  Claims 18 and 32*

Claims 18 and 32 recite "at least twenty 2'-O-methyl modifications." Ex. 1001, 258:66–67, 260:18–19. Petitioner argues that Pioneer Hi-Bred discloses: (1) "making 2'-O-methyl modifications at every position of the guide sequence (VT domain)" and (2) "that the length of the target sequence, and therefore the length of the guide sequence, can be at least twenty nucleotides." Pet. 43–44 (Ex. 1003 ¶¶ 215–18). In support of its argument, Petitioner cites the sequences in Table 8 and further quotes the description of Table 7, which provides that "modifications can be introduced throughout the nucleic acid sequences comprising the VT or CER domains." *Id.* (quoting Ex. 1006:13–25). Based on this disclosure, Petitioner contends "[a]

POSA would immediately envisage utilizing at least twenty 2'-O-methyl modifications when [sic] guide sequences that are at least twenty nucleotides in length." *Id.* at 44 (citing Ex. 1003 ¶ 218).

Patent Owner disputes Petitioner's contentions, explaining that sequences 66 and 68 disclose three and seventeen 2'-O-methyl modifications, but not the "at least twenty" such modifications recited in these claims. Resp. 46. According to Patent Owner, Petitioner's argument is flawed because "modification 'throughout the nucleic acid sequences' does not mean more than twenty modifications. Rather the phrase could just as easily mean less than twenty modifications interspersed throughout the entire length of the polynucleotide." *Id.* (referring to Petitioner's reliance on the disclosure at Ex. 1006, 106:13–25).

Petitioner's contentions are sufficiently supported by the record and persuasive. Sequence 68 in Table 8 discloses 2'-O-methyl modifications to every nucleotide in the guide sequence (i.e., the VT domain). Ex. 1006, 109. That disclosure supports Petitioner's reading of the phrase "modifications . . . introduced throughout the nucleic acid sequence comprising the VT domain" to mean that every nucleotide in the VT domain is modified. Pet. 43 (quoting Ex. 1006, 106:13–25). The particular guide sequence exemplified in sequence 68 is only 17 nt long, but Pioneer Hi-Bred teaches that the VT domain may vary in length from 12 to 30 nt. Ex. 1006, 3:19–20, 98:19–23. Thus, the record supports Petitioner's argument that a POSA would understand Pioneer Hi-Bred to also disclose gRNAs having a guide sequence of at least twenty nucleotides and we credit Dr. Furneaux's testimony that a POSA would immediately envisage gRNAs with guide sequences of at least 20 nt in which every nucleotide has a 2'-O-methyl

46

modification like exemplary sequence 68. Ex. 1003 ¶ 216–18. Accordingly, Petitioner has shown by a preponderance of the evidence that claims 18 and 32 are anticipated by Pioneer Hi-Bred.

### F.  Ground 2: Obviousness over Pioneer Hi-Bred and Krutzfeldt, Deleavey, Soutscheck, or Yoo

Petitioner contends that claims 5, 8–13, 18, 20, 21, 24–28, and 32 are obvious over Pioneer Hi-Bred in combination with any of Krutzfeldt, Deleavey, Soutschek, or Yoo. Pet. 47–67.

For claims 5, 8–13, 20, 21, and 24–28, Ground 2 relies on Pioneer Hi-Bred for the limitations of the independent claims and any one of the other references for their disclosure of modified nucleotides comprising a 2'-O-methyl nucleotide with one or more phosphorothioate modifications. Petitioner asserts that "[a] POSA would have been motivated to incorporate the 2'-O-methyl-3'phophorothioate modifications disclosed in Krutzfeldt, Deleavey, Soutschek, or Yoo's RNA molecules with the modified gRNAs taught in Pioneer Hi-Bred for multiple reasons." Pet. 52. Petitioner's reasoning includes that it was "well known to use such modified nucleotides in the targeting sequences of several types of RNA molecules" and the 2'-O-methyl-3'-phosphorothioate modifications in these secondary references "reflect the types of modifications to gRNA that are already taught and suggested in Pioneer Hi-Bred." *Id.* at 52–53. Petitioner further contends that a POSA would have been motivated to make the combination because the references teach that such modifications provide benefits such as improved stability and resistance towards nuclease degradation and increased editing efficiency. *Id.* at 54–56.

According to Petitioner, a POSA would have had a reasonable expectation of success because "it is undisputed that gRNAs with 2'-O-methyl and phosphorothioate modifications in the guide sequences are inherently functional for this purpose." Pet. 57. Petitioner also relies on Pioneer Hi-Bred's teaching that both types of modifications can be used in a gRNA. *Id.* at 57–58. Finally, Petitioner urges that the "use of 2'-O-methyl-3'-phosphorothioate modifications in the targeting sequences of various types of RNAs, such as siRNA, AONs, and anti-miRNA, in the field of RNA therapeutics" was "widespread" and therefore a POSA would have anticipated that the same modifications "would not only have been functional, but also would have had . . . additional benefits" such as increasing stability and binding specificity. *Id.* at 58–59 (citing Ex. 1003 ¶¶ 267–79).

For claims 18 and 32, Ground 2 relies on same disclosure in Pioneer Hi-Bred noted above in Ground 1 and further cites Krutzfeldt as evidence that it was "known in other gene regulation applications that the entire RNA oligonucleotide can be comprised of 2'-O-methyl nucleotides" to support its argument that a gRNA with "at least twenty 2'-O-methyl nucleotides" would have been obvious. *Id.* at 64 (citing Ex. 1003 ¶ 299; Ex. 1009, 2886). Petitioner further asserts that "it was known that the guide sequence for Cas9 gRNAs is commonly 20 nucleotides long." *Id.* at 64–65 (citing Ex. 1013, 827). According to Petitioner,

> Given Pioneer Hi-Bred's express teachings to make gRNAs with guide sequences entirely composed of 2'-O-methyl nucleotides and to target sequences at least twenty nucleotides long, a POSA would have been motivated to make a gRNA with twenty 2'-O-methyl modifications in the guide sequence. A POSA would understand that using the same number of 2'-

48

O-methyl modifications as the number of nucleotides in the
target site produces recognizable and measurable effects in gene
regulatory activity. Therefore, the number of 2'-O-methyl
modifications, is a result-effective variable which, when
changed, achieves a recognized result.

*Id.* at 65 (citing Ex. 1003 ¶¶ 301–04).

Petitioner's contentions are sufficiently supported by the record and
persuasive. Beginning with claims 5, 8–13, 20, 21, and 24–28, Krutzfeldt,
Deleavey, Soutschek, and Yoo each disclose chemically modified RNA
sequences having both 2'-O-methyl and phosphorothioate modifications,
including those comprising a "2'-O-methyl nucleotide with a 3'-
phosphorothioate nucleotide" as recited in claim 5. Ex. 1009, 2886 (Table
1), 2889 (Fig. 5A); Ex. 1007, 943 (Fig. 4), 948; Ex. 1012, 173, 177; Ex.
1011, 2008. Moreover, as Petitioner points out, these references teach that
such modifications, particularly when made to nucleotides near the end of an
RNA molecule, provide a number of benefits including increased resistance
to nuclease degradation. Ex. 1009, 2889; Ex. 1007, 937; Ex. 1012, 173; Ex.
1011, 2008. This dovetails with Pioneer Hi-Bred's teaching that such
modifications decrease unwanted nuclease degradation in a guide
polynucleotide. *See* Ex. 1006, 107. Accordingly, the combination of Pioneer
Hi-Bred with any of Krutzfeldt, Deleavey, Soutschek, or Yoo teaches all of
the limitations of these claims and the record supports Petitioner's rationale
for combining them.

Regarding claims 18 and 32, we agree with Petitioner that Krutzfeldt
teaches anti-miRNAs having 20 or more nucleotides wherein every
nucleotide in the sequence has a 2'-O-methyl modification. Ex. 1009, 2886
(Table 1 using lower case letters to indicate 2'-O-methyl-modified

49

nucleotides). Krutzfeldt refers to these as "antagomirs," which it describes as "RNA-like oligonucleotides that harbor various modifications for RNAse protection and pharmacologic properties such as enhanced tissue and cellular uptake." *Id.* at 2885; *see also id.* at 2889 (teaching these modifications protect against exonucleases and endonucleases). Moreover, Krutzfeldt teaches that antagomirs having 2'-O-methyl modifications at every nucleotide and numerous phosphorothioate modifications can still form a duplex with the complementary miRNA. Ex. 1009, 2890-91; *see also* Ex. 1007, 948 (citing Krutzfeldt as showing that such antagomirs are "a successful strategy for targeting miRNAs"). Dr. Furneaux offers testimony, which we credit, that this fact supports that a POSA would have reasonably expected "that a guide RNA with the same modification in its targeting sequence (i.e., the guide sequence) would bind to a complementary region of a polynucleotide in vivo." *Id.* ¶¶ 274-77.

Accordingly, the disclosure in Krutzfeldt adds to the existing teachings in Pioneer Hi-Bred that 2'-O-methyl modifications can be made to every nucleotide in the guide sequence. Ex. 1006, 109 (Table 8 sequence 68), 106:13–25. Given that Pioneer Hi-Bred teaches that the length of the guide sequence is variable and can be 20 or more nt long depending on the target, we agree that these teachings support Petitioner's obviousness argument. Ex. 1006, 32:1–3; *see also id.* at 3:19–20, 98:19–23. That is, even if a POSA would not have immediately envisaged a gRNA having at least 20 2'-O-methyl modifications in its guide sequence from the disclosure in Pioneer Hi-Bred, they would have considered such a gRNA to be the obvious result of routine optimization to a slightly longer guide sequence having at least 20 nt. Ex. 1003 ¶¶ 301–03.

50

Patent Owner raises several arguments in its Response some of which were already addressed in our analysis of Ground 1. For example, Patent Owner urges that all of Petitioner's obviousness grounds fail because they rely exclusively on Pioneer Hi-Bred for the claimed functionality requirements. *See* Resp. 50–51. However, as explained above, Pioneer Hi-Bred discloses synthetic gRNA and crRNA molecules having the recited "gRNA functionality" and the anticipating disclosure is enabled as to both Patent Owner's composition and method claims. Accordingly, Patent Owner's functionality arguments are unavailing.

Patent Owner also challenges Petitioner's motivation to combine and reasonable expectation of success showing and offers evidence of objective indicia of non-obviousness. *See* Resp. 47–50, 51–63. We address these issues in turn.[19]

### 1. Whether there would have been a motivation to combine and reasonable expectation of success

Patent Owner argues that Petitioner "relies on the claims as a roadmap" and "regardless of the number of or variety of modifications in a challenged claim" the alleged motivation to combine is always the same, i.e., that Pioneer Hi-Bred envisions other combinations and "the modifications in the prior art reference would enhance the protection against degradation." Resp. 51–52. According to Patent Owner, "protecting against degradation is a function the disclosed modifications in Pioneer Hi-Bred were already

---

[19] These are global arguments Patent Owner collectively argues for all of the obviousness grounds. Our analysis below considers the claims in all of those grounds.

providing so a POSA would have no need or motivation to look elsewhere to an already fulfilled need." *Id.* at 52.

Patent Owner's argument is unavailing for several reasons. First, at least with respect to claims 5, 8–13, 18, 20, 21, 24–28, and 32 Pioneer Hi-Bred teaches the same modifications (i.e., 2'-O-methyl sugar and phosphorothioate linkage modifications) taught by the secondary references in Ground 2. Thus, the choice between Pioneer Hi-Bred's modifications and those taught in the Krutzfeldt, Delevey, Soutschek, and Yoo that Patent Owner's argument envisions is an illusory one.

Second, even if the combination involved the use of modifications not already taught in Pioneer Hi-Bred,[20] it is well-established that substitution of one element for another known to provide the same benefit may provide a rationale for combining references. *See KSR*, 550 U.S. at 417 ("[I]f a technique has been used to improve one device, and a person of ordinary skill in the art would recognize that it would improve similar devices in the same way, using the technique is obvious unless its actual application is beyond his or her skill."). So too, "the normal desire to improve upon what is already generally known" may provide a reason to employ additional types of modifications as in claims 6, 7, 22, and 23; to combine modifications as in claims 5, 8–13, 20, 21, and 24–28; or to use more of the same modifications as in claims 18 and 32, where such strategies had been

---

[20] This is the case for the PACE and thioPACE modifications taught by Threlfall and Delevey in Ground 3. Pioneer Hi-Bred does not teach those modifications, but Petitioner asserts that it would have been obvious to use them in Pioneer Hi-Bred's synthetic gRNAs because "they would provide the same benefits to gRNAs that Pioneer Hi-Bred seeks to achieve." Pet. 70.

52

shown to prevent degradation in prior art RNA systems. *Jazz Pharms., Inc. v. Amneal Pharms.,* LLC, 895 F.3d 1347, 1368 (Fed. Cir. 2018).

Third, along with protecting against degradation, Petitioner points to teachings in these references that their chemical modifications provide other benefits, e.g., increased specificity, cell penetration or tracking, that would have motivated a POSA to employ such modifications in Pioneer Hi-Bred's synthetic gRNAs. *See* Pet. 51 (referring to Yoo's teaching regarding "reduced non-specific effects"); 69–70 (referring to Threlfall's teaching regarding "greater efficacy and ability to penetrate cells" and "increased cellular uptake"); 85–86 (citing references showing that "attaching fluorophores to biological molecules . . . was well-known and commonly done, *e.g.*, for purposes of tracking"); Ex. 1003 ¶¶ 267–72 (Ground 2); 323–25 (Ground 3); 391–93 (Ground 6). Moreover, Dr. Furneaux provides testimony explaining why POSA would understand that the various benefits these modifications provide to be desirable within the context of a CRISPR/Cas system. Ex. 1003 ¶¶ 261–62 (Ground 2); 324–25 (Ground 3); 394 (Ground 6). This testimony is credible and further supports Petitioner's reasoning for its obviousness combinations.

Patent Owner also argues there would have been no reasonable expectation of success in making the chemical modifications in Petitioner's obviousness combinations. *See* Resp. 52–63. According to Patent Owner, "[w]hether a particular combination of chemical modifications in at [sic] particular nucleotide positions on the give [sic] would adversely impact functionality was entirely unpredictable at the time Agilent started its work, and there was no guarantee of success that it would make the discoveries that led to the claimed inventions." *Id.* at 52–53. Patent Owner explains that

"CRISPR was a nascent technology in 2014, and the structure-function relationships among the gRNA and Cas protein were still being investigated." *Id.* at 54–59 (citing references). Therefore, urges Patent Owner, "a POSA would know that the result of modifications would be unpredictable and would need to be tested." *Id.* at 55.

Regarding Petitioner's reliance on modifications known to be successful in prior art RNA systems, Patent Owner contends that a POSA would not have regarded such systems as "'mechanistically analogous' such that modifications that maintained functionality in other systems would work in the CRISPR-Cas system." Resp. 59–60 (citing Ex. 2025 ¶¶ 132–47). Patent Owner argues that Dr. Furneaux's testimony that "prior art siRNA, miRNA, AON" systems are "mechanistically analogous" to CRISPR/Cas systems is flawed because "notably absent from his [declaration] *is any description of the mechanisms of the systems that are allegedly 'mechanistically analogous.'*" *Id.* at 61–62 (citing Ex. 1003 ¶¶ 43–49, 61–78). Patent Owner urges that Petitioner and Dr. Furneaux's "entire 'mechanistically analogous' analysis reduces simply to noting that RNA, which is common to all these systems, faces the same problems, such as potential degradation." *Id.* at 62.

Finally, Patent Owner argues that "Agilent's own process confirms that arriving at the claimed combinations was anything but predictable or that a POSA would have had a reasonable likelihood of success." Resp. 63 (referring to Dr. Sampson's testimony). According to Patent Owner, this was "an iterative process as to which there was no assurance of success via which Agilent was able to test its various modified guides across a series of

assays sufficient to appraise the public on how to improve CRISPR gRNAs." *Id.*

In reply, Petitioner argues that Patent Owner's arguments and Dr. Marshall's testimony regarding the complexity of the CRISPR/Cas system and mechanistic differences with prior art systems are "theoretical concerns . . . that were never actually expressed in the literature." Reply 23–25. According to Petitioner, by asserting that these "speculative and contrived concerns can defeat obviousness, Patent Owner effectively applies a heightened standard that goes beyond reasonable expectation of success." *Id.* at 25. Instead, "the law is clear that 'the expectation of success need only be reasonable, not absolute.'" *Id.* (quoting *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1364 (Fed. Cir. 2007)).

> Petitioner urges that the record supports such a finding here because;
>
> [r]esearchers had been using the claimed chemical modifications in other relevant gene regulation contexts long before the conception of CRISPR as a gene editing tool. Then, when Doudna and co-workers published CRISPR for gene editing,[21] multiple researchers ***immediately*** proposed to use such chemical modifications with gRNAs, including the specific claimed 2'-O-methyl and phosphorothioate modifications.

Reply 26 (citing Pet. 12, 81; Ex. 1003 ¶¶ 71–72; Ex. 1061, 112:1–5, 113:3–8, 116:5–10, 211:14–212:8). According to Petitioner, "[i]f there were no reasonable expectation of success, it would not be the case that a chorus of

---

[21] "In 2012, Jennifer Doudna and Emmanuelle Charpentier discovered [and published] that CRISPR associated enzyme (more specifically, the Cas9 protein) could be programmed to target nearly any portion of a genome using lab-made guide RNA sequences." Ex. 2025 ¶ 77. Their work was published in June 2012. Resp. 53; Reply 20.

researchers would so quickly propose using chemical modifications with gRNAs while none would warn against it." *Id.* at 26. Petitioner also points to evidence that prior art "studies ha[d] shown that modifications at the 5' or 3'-ends of gRNAs do not inhibit Cas9 function" and "crystal structure analysis of Cas9 show[ed] that it tolerates a large number of mutations to the gRNA, including multiple modifications to single nucleotides." *Id.* at 27 (citing Ex. 1003 ¶¶ 78; Ex. 1026, 941; Ex. 1033, 279; Ex. 1034, 235).

Petitioner's arguments and evidence are persuasive. As Petitioner points out, by December 2014, several studies had shown that the CRISPR/Cas system could successfully tolerate modifications. Ex. 1026, 941; Ex. 1033, 279. While these studies describe different types of modifications[22] than those in the challenged claims, such evidence nevertheless supports Dr. Furneaux's testimony that a POSA would have expected that the recited chemical modifications could be made to a gRNA while preserving the Cas enzyme's gene editing function. Ex. 1003 ¶¶ 78, 273–79, 301-03, 326-28, 395.

The record further demonstrates that shortly after the discovery of the CRISPR/Cas system for gene editing and prior to December 2014, there were already a number of researchers in addition to the authors of the Pioneer Hi-Bred publication suggesting the use of the claimed chemical modifications to improve the resistance of gRNA to degradation. Ex. 1003 ¶ 71 (identifying examples of patent publications with filing dates prior to

---

[22] As Patent Owner points out, the "mutations" referred to in Exhibit 1026 are changes to the RNA bases, as opposed to modifications to the sugar or phosphodiester linkages in the backbone. Sur-reply 12 (citing Ex. 1026, 942–43 (Fig. 4D)). Exhibit 1033 describes truncation, i.e., removal of nucleotides, within the gRNA.

December 2014 describing 2'-O-methyl and phosphorothioate modifications to gRNA); Ex. 1019 ¶¶ 193–96, claim 171; Ex. 1020 ¶¶ 570–71, 1657; Ex. 1022 ¶ 260; Ex. 1023 ¶ 362. Patent Owner's expert, Dr. Marshall, conceded as much on cross-examination. Ex. 1061, 113:3–8, 116:5–10, 211:14–213:8. The fact that multiple groups of researchers independently suggested the same types of gRNA modifications recited in the challenged claims evidences that a POSA would have had a reasonable expectation those modifications could be successfully employed in a CRISPR/Cas system. Ex. 1059 ¶ 18; *see also Regents of the Univ. of California v. Broad Institute, Inc.*, 903 F.3d 1286, 1295 (Fed. Cir. 2018) (explaining that "simultaneous invention" may bear on the obviousness analysis because "it is evidence of the level of skill in the art"). Moreover, while Petitioner points to multiple references suggesting such modifications to gRNA, neither Patent Owner nor Dr. Marshall identify any reference expressing doubt that such modifications could be successfully implemented in a CRISPR/Cas system. This contrast undermines Patent Owner's argument that a POSA would not have reasonably expected the prior art modifications to work in a CRISPR/Cas system.

Nevertheless, Patent Owner maintains "there was no guarantee of success" and therefore testing was required to confirm that such modifications would work. *See* Resp. 51–52. The problem with that argument is that "only a reasonable expectation of success, not a guarantee, is needed" to show obviousness. *Pfizer*, 480 F.3d at 1364 (citing *In re O'Farrell*, 853 F.2d 894, 903 (Fed. Cir. 1988)). The facts of the *Pfizer* case are instructive. There, the lower court had concluded that there would have been no expectation of success in making the claimed drug salt "because

57

there was no reliable way to predict the influence of a particular salt species on the active part of the compound." *Id.* The Federal Circuit reversed, explaining that while it accepted the lower court's finding that "it was generally unpredictable as to whether a particular salt would form and what its exact properties would be," the "case law is clear that obviousness cannot be avoided simply by a showing of some degree of unpredictability in the art." The Federal Circuit observed that

> a rule of law equating unpredictability to patentability, applied in this case, would mean that any new salt—including those specifically listed in the [prior art reference]—would be separately patentable, simply because the formation and properties of each salt must be verified through testing. This cannot be the proper standard since the expectation of success need only be reasonable, not absolute.

*Id.*

The current proceeding presents analogous facts. We do not doubt that there would have been some degree of unpredictability because, as Patent Owner points out, the interactions in a CRISPR/Cas system are complex and that there are mechanistic differences from the prior art RNA systems in Petitioner's secondary references. *See* Resp. 53–63. However, Petitioner has shown that a POSA would have understood that these systems share features in common with CRISPR/Cas, including that their efficacy and functionality is limited by the fact that the RNA used in them is subject to unwanted degradation. *See, e.g.*, Ex. 1003 ¶¶ 65–66, 70–72, 261–62, 323–25. Thus, the fact that the claimed modifications reduced degradation, while maintaining functionality, in these prior art systems supports a finding that the same modifications could also be successful in a CRISPR/Cas system. To the extent Dr. Marshall testifies that the successful use of these modifications in

58

prior art systems does not evidence at least a reasonable expectation they could also be successfully used in a CRISPR/Cas system (*see, e.g.*, Ex. 2025 ¶¶ 132, 147, 157), we credit Dr. Furneaux's testimony (Ex. 1003 ¶¶ 61–80, 263–79, 303 (Ground 2), 326–28 (Ground 3), 395 (Ground 6)) and the evidence noted above over Dr. Marshall's testimony on this issue.

For these reasons, Petitioner has sufficiently shown that a POSA would have had both a motivation for and reasonable expectation of success for its obviousness combinations.

### 2. Consideration of objective indicia of nonobviousness

Patent Owner argues that "[t]here is overwhelming evidence of secondary consideration of nonobviousness, particularly as it relates to the question about [sic] industry praise, copying, and commercial success." Resp. 47–48. Patent Owner's objective indicia arguments center on the Hendel paper (Ex. 1005). *See id.* at 48–50. Patent Owner explains that "[t]he Agilent inventions" were "first made public" in this paper, which was co-authored with researchers at Stanford. *Id.* at 19. According to Patent Owner, "publications citing the Hendel paper have called Agilent's work 'pioneering,' 'seminal,' and 'a major contribution.'" *Id.* at 48 (quoting Ex. 2050, 4; Ex. 2028, 681). Patent Owner also offers evidence that the Hendel paper has been cited almost 900 times since its publication in 2015, which is in the 94th, 98th, or 99th percentile according to various indices of "tracked articles of a similar age." *Id.* at 20, 47 (citing Ex. 2025 ¶ 57; Ex. 2032; Ex. 2056).

Regarding copying and commercial success, Patent Owner points to evidence of statements by Petitioner that it contends "tout the benefits of

Agilent's inventions" and suggest that the reason Petitioner uses chemically modified gRNA in its products is the study published in the Hendel paper. Resp. 20, 48–49 (quoting statements by Synthego's Head of Synthetic Biology in Ex. 2033, 3:05–4:45[23] and citing Ex. 2034, 6). Patent Owner also asserts that "[t]here is . . . no doubt that Petitioner Synthego has been successful" as result of using Patent Owner's inventions. *Id.* at 50.

In its Reply, Petitioner urges that the fact that multiple researchers "***immediately*** proposed to use chemical modifications with gRNAs" after the initial publication of CRISPR for gene-editing undermines Patent Owner's objective indicia arguments. *See* Reply 20–22. Moreover, Petitioner asserts that the evidence of praise for the Hendel paper is "surprisingly thin" with one of the two references Patent Owner cites praising it as "'pioneering'" having been "co-authored by Hendel himself." *Id.* at 21 (referring to Ex. 2050). According to Petitioner,

> Patent Owner's scientists may well have been the first to synthesize some chemically modified gRNAs and do some testing experiments, and they may have been the first to report such work in an article that has been frequently cited over the years. But Patent Owner points to no evidence that this frequent citation stems from a belief among scientists that the authors had done something inventive as opposed to merely generating confirmatory data.

*Id.* at 22.

Petitioner further contends that it did not copy the Hendel paper, but "simply uses the same tried and true techniques that had long been known in

---

[23] Exhibit 2033 is a video. The pinpoint citation refers to the time in the video at which these statements occur, i.e., beginning at 3 minutes and 5 seconds.

60

the art." According to Petitioner, the claimed chemical modifications and the idea to use them in gRNA were already in the prior art therefore "such modifications lack the required nexus for secondary considerations." Reply 23 (citing *In re Huai-Hung Kao*, 639 F.3d 1057, 1068 (Fed. Cir. 2011)). Finally, Petitioner asserts that the evidence of objective indicia of nonobviousness "simply cannot overcome" the strength of the other evidence demonstrating obviousness. *Id.* (quoting *Wyers v. Master Lock Co.*, 616 F.3d 1231, 1246 (Fed. Cir. 2010)).

In its Sur-reply, Patent Owner argues that the data in the Specification presents unexpected results. Sur-reply 21–22. Patent Owner further contends that Petitioner and its experts "suffer from gross credibility problems, ignoring Synthego's admissions of non-obviousness" and "contradicting Synthego's own praise for the Hendel paper" as a "'landmark'" publication. *Id.* at 22–23 (quoting Ex. 2033, 3:05–4:45).

We assess the parties' objective indicia arguments below and then weigh any evidence of such with the other evidence of record to reach a conclusion on Petitioner's obviousness grounds.

Beginning with commercial success, we find Patent Owner's evidence and arguments unavailing. First, Patent Owner cites no evidence to support its factual assertions regarding Synthego's success. *See* Resp. 50 (asserting without citation to evidence of record that Synthego "has raised almost $500 million in funding and recently announced the opening of a 20,000 square foot GMP facility to add to its capacity."). Nor has Patent Owner identified sales or profits stemming either from its own products or any allegedly infringing products to support its allegations of commercial success. Second, even if there was evidence of commercial success, we agree with Petitioner

61

that Patent Owner has not shown that such success is attributable to its use of the claimed chemical modifications as opposed to other factors. *See* Reply 23; *see also* Ex. 1059 ¶ 81 (identifying other business factors to which Petitioner contributes its market performance). Accordingly, Patent Owner's commercial success arguments carry no weight.

Patent Owner's industry praise and copying arguments fare somewhat better. The record supports that the Hendel paper has been heavily cited and that Petitioner's own head of synthetic biology referred to it as a "landmark paper" in a video presentation. Ex. 2025 ¶ 57; Ex. 2033, 3:05–4:45; *see also* Ex. 2034, 6 (stating that the Hendel paper "study set the bar for chemically modified guide RNAs as the method of choice for CRISPR-Cas9 in primary human immune cells"). In the same presentation, Petitioner's executive states that the study in the Hendel paper is the reason Petitioner uses "single guide RNAs in a chemically modified format." Ex. 2033, 3:05–4:45. As such, we find that Patent Owner has presented some evidence of industry praise and copying related to the Hendel paper.

There are, however, significant questions regarding whether there is a nexus between the Hendel paper and any novel aspects of the challenged claims that limit the probative value of this evidence. "Before secondary considerations can carry the day" the proponent of that evidence must establish a nexus with the patent claims at issue. *Huai-Hung Kao*, 639 F.3d at 1068. "Where the secondary consideration actually results from something other than what is both claimed and *novel* in the claim, there is no nexus." *Id.* In this case, the use of 2'-O-methyl and phosphorothioate modifications, as well as other types of modifications to the sugar and internucleotide linkage, in a gRNA was already taught in the prior art.

62

Ex. 1003 ¶ 71 (citing earlier-filed applications from other researchers suggesting the use of such modifications in gRNA), ¶ 394 (citing earlier and contemporaneously-filed applications from other researchers suggesting the use of a fluorophore at the 5' end of a gRNA); Ex. 1006, 27:3–18, 107–113. This suggests that any praise or copying of the Hendel paper may actually result from its use of these prior art ideas as opposed to any novel aspect of the challenged claims.

In addition, the Hendel paper describes tests of "[c]hemical modifications comprising 2'-O-methyl (M), 2'-O-methyl 3'phosphorothioate (MS), or 2'-O-methyl 3'thioPACE (MSP) . . . at three terminal nucleotides at both the 5' and 3' ends." Ex. 1005, 1. The MS modifications correspond to the modifications recited in the claims in Ground 2 and the MSP modifications are within the scope of the modifications recited in the claims in Ground 3. But it is unclear whether Petitioner's evidence of praise for the Hendel paper results from the MS and MSP modifications in those claims as opposed to other aspects of that study, e.g., the use of M modifications alone.[24] Similarly, Patent Owner's copying evidence suggests that Petitioner uses chemically modified gRNAs, but does not show that those chemically modified gRNAs have the particular modifications recited in the Ground 2, Ground 3, or Ground 6 claims as opposed to other modifications. For these

---

[24] According to Patent Owner, out of the 895 citations to the Hendel paper only a fraction of those include terms relating to the particular modifications in recited in the claims challenged in Grounds 2 and 3. Resp. 47 (noting that only 276 of the citing papers include the term "phosphorothioate" and only 67 include the term "thioPACE"). This diminishes the argument that there is a nexus between the particular modifications in those dependent claims and the praise that may be inferred from the fact that numerous authors have cited the Hendel paper.

reasons, we give some weight to the evidence of industry praise and copying, however that weight is diminished by the tenuous nexus to the challenged claims.

Moreover, the fact that multiple research groups, nearly simultaneously proposed the use of chemically modified gRNA is itself objective evidence that the challenged claims would have been obvious. *See Regents*, 903 F.3d at 1295 (explaining that "simultaneous invention" is "objective evidence that person of ordinary skill in the art understood the problem and a solution to that problem"); *Geo. M. Martin Co. v. All. Mach. Sys. Int'l LLC*, 618 F.3d 1294, 1305–6 (Fed. Cir. 2010) ("Independently made, simultaneous inventions made within a comparatively short space of time are persuasive evidence that a claimed apparatus was the product of ordinary mechanical or engineering skill.") (internal quotations omitted). As explained above, we credit Petitioner's showing that a POSA would have reasonably expected that such modifications could be successfully made to the gRNA in a CRISPR/Cas system. Thus, the fact that multiple researchers simultaneously proposed making 2'-O-methyl, phosphorothioate, fluorophore, and other modifications to gRNA close in time to the initial publication describing the CRISPR/Cas system for gene editing suggests that this was an obvious solution to a known problem.

Finally, the unexpected results arguments in Patent Owner's Sur-reply are unavailing. Sur-reply 21–22. As an initial matter, these arguments were not presented in the Response such that Petitioner could address them in the Reply. For this reason, Patent Owner's unexpected results argument is untimely and has been waived. Even so, we disagree with Patent Owner's assertion that Petitioner "did not rebut the Patent's explicit discussion of the

'surprising' results obtained or why they were unpredictable." *Id.* (citing Ex. 1001, 3:34–36, 66:27–32, 66:61–67:6). It is Patent Owner as the proponent of this evidence who has the burden to show a nexus between its objective indicia evidence and the merits of the claimed invention. *Kao*, 639 F.3d 1057, 1068; *see also In re* Klosak, 455 F.2d 1077, 1088 (CCPA 1972) ("[T]he burden of showing unexpected results rests on he who asserts them."). The threadbare assertion of allegedly unexpected results in the Sur-reply does not do so. Moreover, Petitioner points out that the results in the Specification show that almost all of the chemically modified gRNAs Patent Owner tested exhibited cleavage activity. Reply 13–14, 17, Ex. 1059 ¶ 47 ("97% of the experiments that Agilent ran showed at least some cleavage activity"). This would seem to be exactly the result a POSA would expect in view of the teachings in Pioneer Hi-Bred and the other references cited in the Petition. For these reasons, Patent Owner's unexpected results arguments carry no weight.

### 3. Conclusion for Ground 2

Considering the totality of the evidence regarding claims 5, 8–13, 18, 20, 21, 24–28, and 32, including objective indicia of non-obviousness, we determine that Petitioner has established, by a preponderance of the evidence, that these claims would have been obvious over the combination of Pioneer Hi-Bred with any of Krutzfeldt, Deleavey, Soutschek, or Yoo. Indeed, even if Patent Owner had established a sufficient nexus between these claims and its industry praise and copying evidence such that it was entitled to more weight, we would reach the same conclusion given the relative strength of Petitioner's showing. *See, e.g.*, *Bayer Pharma AG v.*

65

*Watson Labs., Inc*., 874 F.3d 1316, 1329 (Fed. Cir. 2017) (weighing
evidence of unexpected results and copying together with other evidence,
including "strong evidence of a motivation to make the claimed
combination" in the cited prior art, to conclude that combination was
obvious); *Wyers v. Master Lock Co.*, 616 F.3d 1231, 1247 (Fed. Cir. 2010)
(listing cases where objective indicia evidence did not overcome a strong
case of obviousness).

### G. Ground 3: Obviousness over Pioneer Hi-Bred and Threlfall or Deleavey

Petitioner contends claims 6, 7, 22, and 23 are obvious over Pioneer
Hi-Bred in combination with either Threlfall or Deleavey. Pet. 67–73. More
specifically, Ground 3 relies on Pioneer Hi-Bred for the limitations of the
independent claims and Threlfall and Deleavey for their disclosure of
"phosphonoacetate" and "phosphonothioacetate" (i.e., PACE and thioPACE)
modifications as recited in claims 8 and 16 and "2'-O-methyl-3'-
phosphonoacetate" and "2'-O-methyl-3'-phosphonothioacetate" nucleotides
as recited in claims 6, 7, 22, and 23. *Id.*

Petitioner asserts that a POSA would have been motivated to use the
PACE and thioPACE modifications taught in Threlfall and Deleavey in
Pioneer Hi-Bred's gRNA and crRNA molecules "because they would
provide the same benefits to gRNAs that Pioneer Hi-Bred seeks to achieve,"
including "[r]esistance to cellular degradation and increased cellular
permeability" and "increased binding affinity." Pet. 70–73 (citing Ex. 1003
¶¶ 324, 330–33). In addition, Petitioner contends that "Threlfall reports
successful cellular uptake of RNAs" with these modifications and therefore
"a POSA would have understood that combining and synthesizing gRNAs

with" these modifications in the guide sequences of gRNAs "would result in similarly increased cellular uptake of these modified gRNAs." *Id.* at 70; *see also id.* at 73 (urging that a POSA would have understood that PACE and thioPACE "modifications in the targeting sequence would have had similar effects as noted in Threlfall and Deleavey").

According to Petitioner, a POSA would have had a reasonable expectation of success because "RNAs including such modifications had been previously synthesized in Threlfall" and "such synthesis methods were commercially available." Pet. 71 (citing Ex. 1003 ¶ 326). Moreover, Petitioner contends that because of the "previous widespread use" of such modifications "in various types of RNA molecules in the field of gene regulation, a POSA would have reasonably expected" gRNAs containing such modifications "to be functional with the gRNA/Cas system." *Id.* 71–72 (citing Ex. 1003 ¶ 289).

Petitioner's contentions are sufficiently supported by the record and persuasive. As explained above, Pioneer Hi-Bred discloses all of the limitations of the independent and other claims from which claims 6, 7, 22, and 23 depend. Regarding the additional limitations in claims 6, 7, 22, and 23, Threlfall and Deleavey teach that PACE and thioPACE modifications to RNA enhance resistance to degradation and are tolerated in prior art systems. Ex. 1007, 8; Ex. 1010, 1–2. Threlfall further teaches the combination of such modifications with 2'-O-methyl modified nucleotides at the 3' and 5' ends of an RNA molecule. Ex. 1010, 2 (Table 1). Thus, the combination of references articulated in the Petition teaches or suggests all of the limitations of claims 6, 7, 22, and 23.

67

Moreover, the record supports Petitioner's rationale for combining the references. The teachings in Threlfall and Deleavey support Dr. Furneaux's testimony (Ex. 1003 ¶¶ 320–25, 332–34) regarding the benefits, e.g., increased resistance to degradation and enhanced cellular uptake, that would have motivated a POSA to use such modifications in Pioneer Hi-Bred's gRNA. *See, e.g.*, Ex. 1007, 8 (teaching PACE modified RNA exhibits "enhanced nuclease resistance); Ex. 1010, 7 (teaching "cellular uptake was notably more efficient" with 2'-O-methyl thioPACE modified nucleotides). As Petitioner points out, these are the among the same benefits that Pioneer Hi-Bred suggests chemical modification of gRNA can achieve. *See* Ex. 1006, 107. As explained above, Patent Owner's arguments against Petitioner's showing for combining the references are unavailing. *See supra* § III.F.1.

Petitioner has also sufficiently shown that a POSA would reasonably expect PACE and thioPACE modifications to gRNA in a CRISPR/Cas system would be successful. As explained above, we credit the supporting testimony of Dr. Furneaux and other evidence cited in the Petition over the competing testimony of Dr. Marshall in this regard. *See supra* § III.F.1.

Patent Owner offers the same objective indicia evidence discussed in § III.F.2 above for the claims in Ground 3. As explained there, the weight of this evidence is limited because Patent Owner has not established a sufficient nexus. Considering the totality of the evidence, including objective indicia of non-obviousness, we determine that Petitioner has established, by a preponderance of the evidence, that claims 8, 11, 16, 19, and 26 would

68

have been obvious over the combination of Pioneer Hi-Bred and Threlfall or Deleavey.[25]

### H. Ground 4: Obviousness of claims 3 and 4 over Pioneer Hi-Bred in View of the Skill of a POSA

To the extent they are not anticipated, Petitioner argues claims 3 and 4 would have been obvious over Pioneer Hi-Bred in combination with the knowledge of a POSA. Pet. 74–77. More specifically, Petitioner offers evidence and argument that each of the additional limitations in these claims, i.e., a set or library comprising two or more synthetic gRNA (claim 3), and a sgRNA (claim 4), was well known in the art and would have been obvious to implement in view of Pioneer Hi-Bred's disclosure. *Id.* (citing Ex. 1003 ¶¶ 338–49).

Patent Owner advances the global arguments addressed above with respect to Petitioner's other grounds, but does not specifically dispute that the additional limitations in claims 3 and 4 would have been known to a POSA. *See* Resp. 66.

Petitioner's contentions are sufficiently supported by the record and persuasive. As explained above, Pioneer Hi-Bred anticipates claims 3 and 4 because it discloses the additional limitations in these claims and a POSA would have immediately envisioned embodiments meeting the same. To the extent one might argue otherwise, Petitioner has shown that claims 3 and 4 would have been obvious because the additional elements they recite were

---

[25] Even if Patent Owner had established a sufficient nexus between these claims and its industry praise and copying evidence such that it was entitled to more weight, we would reach the same conclusion given the relative strength of Petitioner's showing.

well known to a POSA and taught in Pioneer Hi-Bred. In this regard, we credit Petitioner's contentions and the supporting the testimony of Dr. Furneaux (i.e., Ex. 1003 ¶¶ 338–49). Thus, considering the totality of the evidence, including objective indicia of non-obviousness, we determine that Petitioner has established, by a preponderance of the evidence, that claims 3 and 4 would have been obvious over Pioneer Hi-Bred in view of the skill of a POSA.

I. *Ground 5: Obviousness of claims 5, 8–13, 20, 21, and 24–28 over Pioneer Hi-Bred in View of the Skill of a POSA*

Petitioner further asserts that claims 5, 8–13, 20, 21, and 24–28 would have been obvious over Pioneer Hi-Bred in view of the skill of a POSA. Pet. 77–85.

Having already determined that these claims are anticipated for the reasons in Ground 1 and obvious for the reasons in Ground 2, we need not decide Petitioner's additional challenge to these claims in Ground 5. *See SAS Inst. Inc. v. Iancu*, 138 S. Ct. 1348, 1359 (2018) (holding that a petitioner "is entitled to a final written decision addressing all of the claims it has challenged"); *Boston Sci. Scimed, Inc. v. Cook Grp. Inc.*, 809 F. App'x 984, 990 (Fed. Cir. 2020) (nonprecedential) ("We agree that the Board need not address [alternative grounds] that are not necessary to the resolution of the proceeding.").

J. *Ground 6: Obviousness of claims 14 and 29 over Pioneer Hi-Bred in View of the Skill of a POSA*

To the extent they are not anticipated, Petitioner argues claims 14 and 19 would have been obvious over Pioneer Hi-Bred in combination with the

70

knowledge of a POSA. Pet. 85–86. More specifically, Petitioner offers evidence and argument that the additional limitations in these claims, i.e., a fluorophore at a 5' end, was well known in the art and would have been obvious to implement in view of Pioneer Hi-Bred's disclosure. *Id.* (citing Ex. 1003 ¶¶ 391–95).

Patent Owner advances the global arguments addressed above with respect to Petitioner's other grounds, but does not specifically dispute that the additional limitations in claims 14 and 29 would have been known to a POSA. *See* Resp. 66–67.

Petitioner's contentions are sufficiently supported by the record and persuasive. As explained above, Pioneer Hi-Bred anticipates claims 14 and 29 because it discloses the addition of a fluorophore to the VT domain and a POSA would have understood that the VT domain may be at either the 3' or 5' end. *Supra* § III.E.vi. Thus, a POSA would have immediately envisioned embodiments meeting the same. To the extent one might argue otherwise, Petitioner has shown that claims 14 and 29 would have been obvious because the additional elements they recite were well known to a POSA and taught in Pioneer Hi-Bred. In this regard, we credit Petitioner's contentions and the supporting the testimony of Dr. Furneaux (i.e., Ex. 1003 ¶¶ 391–95). Thus, considering the totality of the evidence, including objective indicia of non-obviousness, we determine that Petitioner has established, by a preponderance of the evidence, that claims 14 and 29 would have been obvious over Pioneer Hi-Bred in view of the skill of a POSA.

## IV.   MOTIONS TO SEAL

The parties jointly request that Exhibits 1053–1058 and portions of Petitioner's Reply discussing those exhibits be sealed. Paper 29 ("Joint

71

Motion"). These exhibits "are excerpts of the deposition of Dr. Daniel Ryan, a named inventor on the . . . '034 [patent], along with certain exhibits to his deposition transcript." *Id.* at 1–2. "Patent Owner avers that the documents from the Ryan deposition provide information on proprietary research, as well as confidential information about Patent Owner's business practices." *Id.* at 3. The parties also represent that the district court in a related proceeding "explicitly ruled that the Ryan transcript and exhibits that are the subject of this Motion to Seal have been properly designated as confidential." *Id.* (quotations omitted).

Along with their motion, the parties submit a proposed protective order. *Id.* at App. A. This order follows the guidelines in Appendix B of the Trial Practice Guide,[26] but modifies the highly confidential designation "by eliminating access by 'persons who are named parties to the proceeding,' 'party representatives,' and 'in-house counsel.'" *Id.* at 4–5. The parties represent that this modification aligns the designations in this proceeding with those that have been entered in the related district court proceeding and therefore "will aid in the efficient administration of justice, and will be more straightforward and expedient than preparing a 'two level' protective order for" the parties' IPR proceedings. *Id.* at 5.

A party may move to seal confidential information including, *e.g.*, confidential research, development, or commercial information. TPG 19; 37 C.F.R. § 42.54. It is the movant's burden to show good cause for sealing such information, and we balance the party's asserted need for confidentiality with the strong public interest in open proceedings. *Argentum*

---

[26] Consolidated Trial Practice Guide (Nov. 2019), 64, available at https://www.uspto.gov/sites/default/files/documents/tpgnov.pdf ("TPG").

*Pharms. LLC v. Alcon Research, Ltd.*, IPR2017-01053, Paper 27 at 4 (PTAB Jan. 19, 2018) (informative).

The parties provide a sufficient explanation and have shown good cause for sealing exhibits 1053–1058 and the related portions of Petitioner's Reply. Moreover, Petitioner provides a public version of its Reply (Paper 31) with redactions limited to a few paragraphs discussing these exhibits so the record may remain clear and reasonably open. We also determine that the proposed protective order with the agreed modification limiting access to outside counsel and the parties' experts is appropriate under these circumstances.

Patent Owner additionally moves to seal a paragraph in its Sur-reply, "which discusses documents as to which sealing was jointly requested" in the Joint Motion. Paper 34. Petitioner provides a public version of its Sur-reply (Paper 35) with redactions limited to a single paragraph. We find that Patent Owner has shown good cause for granting its motion.

Accordingly, Exhibits 1053–1058, Petitioner Reply (Paper 30), and Patent Owner's Sur-reply (Paper 33) are sealed, and the protective order, Appendix A to Paper 29, is entered.

## V.    CONCLUSION[27]

Petitioner has shown, by a preponderance of the evidence, that claims 1–33 of the '034 patent are unpatentable.

---

[27] Should Patent Owner wish to pursue amendment of the challenged claims in a reissue or reexamination proceeding subsequent to the issuance of this Decision, we draw Patent Owner's attention to the April 2019 *Notice Regarding Options for Amendments by Patent Owner Through Reissue or*

| Claims | 35 U.S.C. § | Reference(s)/ Basis | Claims Shown Unpatentable | Claims Not shown Unpatentable |
|---|---|---|---|---|
| 1–5, 8–21, 24–33 | 102 | Pioneer Hi-Bred | 1–5, 8–21, 24–33 | |
| 5, 8–13, 18, 20, 21, 24–28, 32 | 103 | Pioneer Hi-Bred, Krutzfeldgt, Deleavey, Soutschek, Yoo | 5, 8–13, 18, 20, 21, 24–28, 32 | |
| 6, 7, 22, 23 | 103 | Pioneer Hi-Bred, Threlfall, Deleavey | 6, 7, 22, 23 | |
| 3, 4 | 103 | Pioneer Hi-Bred | 3, 4 | |
| 5, 8–13, 20, 21, 24–28[28] | 103 | Pioneer Hi-Bred | | |
| 14, 29 | 103 | Pioneer Hi-Bred | 14, 29 | |
| **Overall Outcome** | | | 1–33 | |

---

*Reexamination During a Pending AIA Trial Proceeding.* *See* 84 Fed. Reg. 16,654 (Apr. 22, 2019). If Patent Owner chooses to file a reissue application or a request for reexamination of the challenged patent, we remind Patent Owner of its continuing obligation to notify the Board of any such related matters in updated mandatory notices. *See* 37 C.F.R. §§ 42.8(a)(3), 42.8(b)(2).

[28] As explained above, we do not reach this ground.

## VI.    ORDER

Accordingly, it is:

ORDERED that Petitioner has shown that claims 1–33 of U.S. Patent 10,900,034 B2 are unpatentable;

FURTHER ORDERED that the Joint Motion to Seal (Paper 29) and Patent Owner's Motion to Seal Portions of the Sur-reply (Paper 33) are *granted*; and

FURTHER ORDERED that, because this is a Final Written Decision, parties to this proceeding seeking judicial review of our Decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

PETITIONER:

Derek Walter
Adrian Percer
WEIL, GOTSHAL & MANGES LLP
derek.walter@weil.com
adrian.percer@weil.com

PATENT OWNER:

Richard Lin
Aaron Hand
Brenda Entziminger
BUNSOW DE MORY LLP
rlin@bdiplaw.com
ahand@bdiplaw.com
bentzminger@bdiplaw.com



US010337001B2

(12) **United States Patent**  (10) **Patent No.:** **US 10,337,001 B2**
Ryan et al.  (45) **Date of Patent:** **Jul. 2, 2019**

(54) **GUIDE RNA WITH CHEMICAL MODIFICATIONS**

(71) Applicant: **Agilent Technologies, Inc.**, Santa Clara, CA (US)

(72) Inventors: **Daniel E. Ryan**, San Francisco, CA (US); **Douglas J. Dellinger**, Boulder, CO (US); **Jeffrey R. Sampson**, San Jose, CA (US); **Robert Kaiser**, Santa Clara, CA (US); **Joel Myerson**, Berkeley, CA (US)

(73) Assignee: **AGILENT TECHNOLOGIES, INC.**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/607,295**

(22) Filed: **May 26, 2017**

(65) **Prior Publication Data**

US 2018/0051281 A1  Feb. 22, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 14/757,204, filed on Dec. 3, 2015.

(60) Provisional application No. 62/256,095, filed on Nov. 16, 2015, provisional application No. 62/146,189, filed on Apr. 10, 2015, provisional application No. 62/087,211, filed on Dec. 3, 2014.

(51) **Int. Cl.**
| | |
|---|---|
| *C12N 15/113* | (2010.01) |
| *C12N 15/11* | (2006.01) |
| *C12N 9/22* | (2006.01) |
| *C07H 21/02* | (2006.01) |
| *C12N 15/90* | (2006.01) |
| *C12Q 1/6876* | (2018.01) |

(52) **U.S. Cl.**
CPC ............ *C12N 15/111* (2013.01); *C07H 21/02* (2013.01); *C12N 9/22* (2013.01); *C12N 15/113* (2013.01); *C12N 15/907* (2013.01); *C12Q 1/6876* (2013.01); *C12N 2310/10* (2013.01); *C12N 2310/20* (2017.05); *C12N 2310/312* (2013.01); *C12N 2310/315* (2013.01); *C12N 2310/321* (2013.01); *C12N 2310/322* (2013.01); *C12N 2310/323* (2013.01); *C12N 2310/3231* (2013.01); *C12N 2310/333* (2013.01); *C12N 2310/335* (2013.01); *C12N 2310/346* (2013.01); *C12N 2310/3517* (2013.01); *C12N 2310/531* (2013.01); *C12N 2320/51* (2013.01); *C12N 2320/53* (2013.01); *C12N 2330/31* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,032,401 | A | 7/1991 | Jamas et al. |
| 5,607,677 | A | 3/1997 | Jamas et al. |
| 7,371,580 | B2 | 5/2008 | Yakhini et al. |
| 8,202,983 | B2 | 6/2012 | Dellinger et al. |
| 8,906,616 | B2 * | 12/2014 | Zhang .................. C12N 15/63 435/440 |
| 2005/0281781 | A1 | 12/2005 | Ostroff |
| 2010/0076183 | A1 | 3/2010 | Dellinger et al. |
| 2014/0090113 | A1 | 3/2014 | Cogan et al. |
| 2014/0090116 | A1 | 3/2014 | Ainley et al. |
| 2014/0170753 | A1 | 6/2014 | Zhang |
| 2014/0242664 | A1 * | 8/2014 | Zhang .................. C12N 15/902 435/188 |
| 2014/0273037 | A1 | 9/2014 | Wu |
| 2014/0273226 | A1 | 9/2014 | Wu |
| 2014/0273232 | A1 | 9/2014 | Zhang et al. |
| 2014/0273233 | A1 | 9/2014 | Chen et al. |
| 2014/0273235 | A1 | 9/2014 | Voytas et al. |
| 2014/0294773 | A1 | 10/2014 | Brouns et al. |
| 2014/0295555 | A1 | 10/2014 | Joung et al. |
| 2014/0295557 | A1 | 10/2014 | Joung et al. |
| 2014/0309487 | A1 | 10/2014 | Lee et al. |
| 2014/0310828 | A1 | 10/2014 | Lee et al. |
| 2014/0349400 | A1 | 11/2014 | Jakimo et al. |
| 2014/0357523 | A1 | 12/2014 | Zeiner et al. |
| 2014/0364333 | A1 | 12/2014 | Wu et al. |
| 2015/0044191 | A1 | 2/2015 | Liu et al. |
| 2015/0044192 | A1 | 2/2015 | Liu et al. |
| 2015/0044772 | A1 | 2/2015 | Zhao |
| 2015/0064149 | A1 | 3/2015 | West et al. |
| 2015/0064708 | A1 | 3/2015 | Sastry-Dent et al. |
| 2015/0067921 | A1 | 3/2015 | Cogan et al. |
| 2015/0071906 | A1 | 3/2015 | Liu et al. |
| 2015/0071946 | A1 | 3/2015 | Solyom et al. |
| 2015/0079680 | A1 | 3/2015 | Bradley et al. |
| 2015/0098954 | A1 | 4/2015 | Hyde et al. |
| 2015/0128307 | A1 | 5/2015 | Sastry-Dent et al. |
| 2015/0128308 | A1 | 5/2015 | Sastry-Dent et al. |
| 2015/0128309 | A1 | 5/2015 | Sastry-Dent et al. |
| 2015/0133315 | A1 | 5/2015 | Jacobson et al. |
| 2015/0140664 | A1 | 5/2015 | Byrne et al. |
| 2015/0156996 | A1 | 6/2015 | Fahrenkrug et al. |
| 2015/0315252 | A1 | 11/2015 | Haugwitz et al. |
| 2015/0315576 | A1 | 11/2015 | Caliando et al. |
| 2015/0322432 | A1 | 11/2015 | Anderson et al. |
| 2015/0344836 | A1 | 12/2015 | Finer et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 2800811 | A1 | 11/2014 |
| EP | 2892321 | A2 | 7/2015 |

(Continued)

OTHER PUBLICATIONS

Jinek et al., "RNA-programmed genome editing in human cells," eLife (2013), 2, e00471.

(Continued)

*Primary Examiner* — Channing S Mahatan

(57) **ABSTRACT**
The present invention relates to modified guide RNAs and their use in clustered, regularly interspaced, short palindromic repeats (CRISPR)/CRISPR-associated (Cas) systems.

**30 Claims, 17 Drawing Sheets**

**Specification includes a Sequence Listing.**

**Synthego EX1001.001**

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2016/0030477 | A1 | 2/2016 | Conway et al. |
| 2016/0046959 | A1 | 2/2016 | Landel et al. |
| 2016/0090622 | A1 | 3/2016 | Liu et al. |
| 2016/0138027 | A1 | 5/2016 | Gan et al. |
| 2016/0168592 | A1 | 6/2016 | Church et al. |
| 2016/0206566 | A1 | 7/2016 | Lu et al. |
| 2016/0298097 | A1 | 10/2016 | Chavez et al. |
| 2017/0166893 | A1 | 6/2017 | Doudna et al. |
| 2017/0298383 | A1 | 10/2017 | Albertsen et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2893006 A1 | 7/2015 |
| EP | 3241902 B1 | 2/2018 |
| WO | 2013126794 A1 | 8/2013 |
| WO | 2013141680 A1 | 9/2013 |
| WO | 2013176772 | 9/2013 |
| WO | WO2013142578 | 9/2013 |
| WO | 2013176772 | 11/2013 |
| WO | WO2013176772 | 11/2013 |
| WO | WO2013176844 | 11/2013 |
| WO | 2014039684 | 3/2014 |
| WO | 2014039702 | 3/2014 |
| WO | 2014065596 A1 | 5/2014 |
| WO | 2014071219 A1 | 5/2014 |
| WO | 2014089290 A1 | 6/2014 |
| WO | 2014089513 A1 | 6/2014 |
| WO | 2014089533 A2 | 6/2014 |
| WO | 2014093595 A1 | 6/2014 |
| WO | 2014093622 A2 | 6/2014 |
| WO | 2014093635 A1 | 6/2014 |
| WO | 2014093655 A2 | 6/2014 |
| WO | 2014093661 A2 | 6/2014 |
| WO | 2014093688 A1 | 6/2014 |
| WO | 2014093694 A1 | 6/2014 |
| WO | 2014093701 A1 | 6/2014 |
| WO | 2014093709 A1 | 6/2014 |
| WO | 2014093712 A1 | 6/2014 |
| WO | 2014093718 A1 | 6/2014 |
| WO | 2014097744 A1 | 6/2014 |
| WO | 2014099750 A2 | 6/2014 |
| WO | 2014144288 A1 | 9/2014 |
| WO | 2014145599 A2 | 9/2014 |
| WO | 2014150624 A1 | 9/2014 |
| WO | 2014152432 A2 | 9/2014 |
| WO | 2014153118 A1 | 9/2014 |
| WO | WO2014144592 | 9/2014 |
| WO | WO2014144761 | 9/2014 |
| WO | 2014039970 A9 | 10/2014 |
| WO | 2014159719 A1 | 10/2014 |
| WO | 2014165349 A1 | 10/2014 |
| WO | 2014165825 A2 | 10/2014 |
| WO | 2014172458 A1 | 10/2014 |
| WO | 2014172470 A2 | 10/2014 |
| WO | 2014186585 A2 | 11/2014 |
| WO | 2014191128 A1 | 12/2014 |
| WO | 2014191518 A1 | 12/2014 |
| WO | 2014191521 A2 | 12/2014 |
| WO | 2014197568 A2 | 12/2014 |
| WO | 2014201015 A2 | 12/2014 |
| WO | 2014204725 A1 | 12/2014 |
| WO | 2014204726 A1 | 12/2014 |
| WO | 2015006294 A2 | 1/2015 |
| WO | 2015006437 A1 | 1/2015 |
| WO | 2015006498 A2 | 1/2015 |
| WO | 2015013583 A2 | 1/2015 |
| WO | 2015026883 A1 | 2/2015 |
| WO | 2015026885 A1 | 2/2015 |
| WO | 2015026886 A1 | 2/2015 |
| WO | 2015030881 A1 | 3/2015 |
| WO | 2015033293 A1 | 3/2015 |
| WO | 2015035136 A2 | 3/2015 |
| WO | 2015035139 A2 | 3/2015 |
| WO | 2015035162 A2 | 3/2015 |
| WO | 2015040075 A1 | 3/2015 |
| WO | 2015052133 A1 | 4/2015 |

| | | |
|---|---|---|
| WO | 2015052231 A2 | 4/2015 |
| WO | 2015053995 A1 | 4/2015 |
| WO | 2015054253 A1 | 4/2015 |
| WO | 2015054375 A2 | 4/2015 |
| WO | 2015066636 A2 | 5/2015 |
| WO | 2015066637 A1 | 5/2015 |
| WO | 2015070083 A1 | 5/2015 |
| WO | 2015075056 A1 | 5/2015 |
| WO | 2015089277 A1 | 6/2015 |
| WO | 2015089351 A1 | 6/2015 |
| WO | 2015089354 A1 | 6/2015 |
| WO | 2015089406 A1 | 6/2015 |
| WO | 2015089419 A2 | 6/2015 |
| WO | 2015089427 A1 | 6/2015 |
| WO | 2015089462 A1 | 6/2015 |
| WO | 2015089465 A1 | 6/2015 |
| WO | 2015089473 A1 | 6/2015 |
| WO | 2015089486 A2 | 6/2015 |
| WO | 2014204728 A8 | 7/2015 |
| WO | 2015-184259 A1 | 12/2015 |
| WO | 2015184262 A1 | 12/2015 |
| WO | 2015184268 A1 | 12/2015 |
| WO | 2015200334 A2 | 12/2015 |
| WO | 2015200378 A1 | 12/2015 |
| WO | 2015200555 A2 | 12/2015 |
| WO | 2015200725 A1 | 12/2015 |
| WO | 2014204723 A9 | 2/2016 |
| WO | 2016022363 A2 | 2/2016 |
| WO | 2014204724 A9 | 3/2016 |
| WO | 2016033246 A1 | 3/2016 |
| WO | 2016033315 A2 | 3/2016 |
| WO | 2016046288 A1 | 3/2016 |
| WO | 2016049024 A2 | 3/2016 |
| WO | 2016049163 A2 | 3/2016 |
| WO | 2016049251 A1 | 3/2016 |
| WO | 2016049657 A1 | 3/2016 |
| WO | 2016057755 A1 | 4/2016 |
| WO | 2016057821 A2 | 4/2016 |
| WO | 2016057835 A2 | 4/2016 |
| WO | 2016057951 A2 | 4/2016 |
| WO | 2016069282 A1 | 5/2016 |
| WO | 2016069283 A1 | 5/2016 |
| WO | 2016070037 A2 | 5/2016 |
| WO | 2016073079 A2 | 5/2016 |

OTHER PUBLICATIONS

Lujambo et al., "Genetic Unmasking of an Epigenetically Silenced microRNA in Human Cancel Cells," (Spanish National Cancer Centre) Cancer Res. Feb. (2007).

Mali et al., "CAS9 transcriptional activators for target specificity screening and paired nickases for cooperative genome engineering," Nat. Biotechnol. (2013), 31, 833-8.

Larson, et al., Real-Time Observation of Transcription Initiation and Elongation on an Endogenous Yeast Gene, Science, vol. 332, No. 6028, Apr. 22, 2011, 475-478.

Bisaria et al., "Lessons from enzyme kinetics reveal specificity principles for RNA-guided nucleases in RNA interference and CRISPR-based genome editing," Cell Syst., 4:21-29, (2017).

Belfort et al., "Homing Endonucleases: Keeping the House in Order", Nucleic Acids Res., vol. 25, pp. 3379-3388, (1997).

Cho et al., "Targeted Genome Engineering in Human Cells with the cas( ma-guided endonuclease", Nat. Biotechnol. Mar. 2013.

Cho et al., "Analysis of off-target effects of CRISPR/Cas-derived RNA-guided endonucleases and nickases," Genome Res., vol. 24, pp. 0132-0141, (2014).

Dellinger et al., "Solid-Phase Chemical Synthesis of Phosphonoacetate and Thiophosphonoacetate Oligodeoxynucleotides", J. Am. Chem. Soc., vol. 125, pp. 940-950, (2003).

Dellinger et al., "Streamlined Process for the Chemical Synthesis of RNA Using 2'-O-Thionocarbamate-Protected Nucleoside Phosphoramidites in the Solid Phase", J. Am. Chem. Soc., vol. 133, pp. 11540-11556, (2011).

Doyon et al., "Enhancing Zinc-Finger-Nuclease Activity with Improved Obligate Heterodimeric Architectures", Nat. Methods, vol. 8, pp. 74-81, (2011).

**Synthego EX1001.002**

(56) **References Cited**

OTHER PUBLICATIONS

El-Sagheer, A.H., et al. "Click chemistry with DNA", Chem. Soc. Rev., vol. 39, pp. 1388-1405, (2010).

Frock et al., "Genome-wide detection of DNA double-stranded breaks induced by engineered nucleases", Nat. Biotechnol., vol. 33, pp. 179-186, (2015).

Gao et al., "Single Cas9 nickase induced generation of NRAMP1 knockin cattle with reduced off-target effects," Genome Biol., vol. 18, p. 13, (2017).

Gasiunas et al., "Cas9—crRNA ribonucleoprotein complex mediates specific DNA cleavage for adaptive immunity in bacteria", Proc. Natl. Acad. Sci. USA, 109:39, (2012).

Fu et al., "High-frequency off-target mutagenesis induced by CRISPR-Cas nucleases in human cells", Nat. Biotechnol., vol. 31, pp. 822-826, (2013).

http://crispr.mit.edu.

http://www.rgenome.net/Cas-OFFinder.

https://cm.jefferson.edu/Off-Spotter.

Piccirilli, J. A., et al., "Enzymatic Incorporation of a New Base pair into DNA and RNA Extends the Genetic Alphabet." Nature, vol. 343, p. 33, (1990).

Schneider et al. "Information Content of Binding Sites on Nucleotide Sequences" J. Mol. Biol., 188, 415-431 (1986).

Jinek et al., "A Programmable Dual-RNA—Guided DNA Endonuclease in Adaptive Bacterial Immunity", Science, vol. 337, pp. 816-821, (2012).

Krueger et al., "Synthesis and Properties of Size-Expanded DNAs: Toward Designed, Functional Genetic Systems", Acc. Chem. Res., vol. 40, pp. 141-150, (2007).

Lahoud et al., "Enzymatic Synthesis of Structure-Free DNA with Pseudo-Complementary Properties", Nucl. Acids Res. vol. 36, 3409-19 (2008).

Lange et al., "Classical Nuclear Localization Signals: Definition, Function, and Interaction with Importin α*", J. Biol. Chem., vol. 282, pp. 5101-5105, (2007).

Kuznetsova, S.A., "Synthesis and properties of DNA duplexes containing hydrocarbon bridges instead of a nucleoside residue", Bioorganicheskaia khimiia/Akademiia nauk SSSR, vol. 14:12, pp. 1656-1662, (1988).

Lujambio et al., "Genetic Unmasking of an Epigenetically Silenced microRNA in Human Cancer Cells", Cancer Res., (2007).

Miller et al., "An improved zinc-finger nuclease architecture for highly specific genome editing", Nat. Biotechnol. vol. 25, pp. 778-785, (2007).

Mojibul, H.M., et al., "DNA-associated click chemistry", Sci. China Chem., vol. 57:2, pp. 215-231, 2014.

New England Biolabs Catalog.

Kumar et al., "Template-Directed Oligonucleotide Strand Ligation, Covalent Intramolecular DNA Circularization and Catenation Using Click Chemistry", J. Am. Chem. Soc., vol. 129, pp. 6859-6864, (2007).

Ran et al., "In vivo genome editing using Staphylococcus aureus Cas9", Nature, vol. 520, pp. 186-191, (2015).

Rappaport, H. P., "Replication of the Base Pair 6-Thioguanine/S-Methyl-2-pyrimidinonwe ith the Large Klenow Fragment of Escherichia coil DNA Polymerase I", Biochemistry, vol. 32, p. 3047, (1993).

Shabarova, "Synthesis and properties of DNA duplexes containing hydrocarbon bridges instead of a nucleoside residue", Bioorg. Khim., vol. 14:12, pp. 1656-1662, (1988).

Gori et al., "Delivery and specificity of CRISPR/Cas9 genome editing technologies for human gene therapy," Hum. Gene Ther., vol. 26, pp. 443-451, (2015).

Szczpek et al., "Structure-based redesign of the dimerization interface reduces the toxicity of zinc-finger nucleases", Nat. Biotechnol., vol. 25, pp. 786-793, (2007).

Threlfall et al., "Synthesis and biological activity of phosphonoacetate-and thiophosphonoacetate-modified 2¢-O-methyl oligoribonucleotides", Org. Biomol. Chem., vol. 10, pp. 746-754, (2012).

Tietze et al., "Squaric Acid Diethyl Ester: A New Coupling Reagent for the formation of Drug Biopolymer Conjugates. Synthesis of Squaric Acid Ester Amides and Diamides", Chem. Ber., vol. 124, pp. 1215-1221, (1991).

Fu et al., "Distinct patterns of Cas9 mismatch tolerance in vitro and in vivo," Nucleic Acids Res., vol. 44, pp. 5365-5377, (2016).

Yamada, et al., "Synthesis and Biochemical Evaluation of Phosphonoformate Oligodeoxyribonucleotides", J. Am. Chem. Soc., vol. 128:15, pp. 5251-5261, (2006).

Fu et al., "Improving CRISPR-Cas nuclease specificity using truncated guide RNAs," Nat. Biotechnol., vol. 32, pp. 279-284, (2014).

Cradick et al., "CRISPR/Cas9 systems targeting β-globin and CCR5 genes have substantial off-target activity," Nucleic Acids Res., vol. 41, pp. 9584-9592, (2013).

Davis et al., "Small molecule-triggered Cas9 protein with improved genome-editing specificity," Nat. Chem. Biol., vol. 11, pp. 316-318, (2013).

Doench et al., "Optimized sgRNA design to maximize activity and minimize off-target effects of CRISPR-Cas9," Nat. Biotechnol., vol. 34, pp. 184-191 (2016).

Karvelis, et al., "crRNA and tracrRNA guide Cas9-mediated DNA interference in Streptococcus thermophilus", RNA Biology, vol. 10, No. 5, May 2013,841-851.

PCT, "International Search Report and Written Opinion dated Apr. 19, 2016", Application No. PCT/US2015/000143.

Nishimasu et al., "Crystal Structure of Cas9 in Complex with Guide RNA and Target DNA," Cell (2014) 156,1-15.

Yang et al., "Artificially expanded genetic information system: a new base pair with an alternative hydrogen bonding pattern," Nucleic Acids Res. (2006), 34, 6095-101.

Briner et al., "Guide RNA Functional Modules Direct Cas9 Activity and Orthogonality," Mol. Cell (2014),56,333-9.

Schechner et al., "CRISPR Display: A modular method for locus-specific targeting of long noncoding RNAs and synthetic RNA devices in vivo," Nat. Methods (2015), 12(7): 664-670.

Chen et al., "Dynamic Imaging of Genomic Loci in Living Human Cells by an Optimized CRISPR/Cas System," Cell (2013),155,1479-1491.

Mali et al., "RNA-Guided Human Genome Engineering via Cas9," Science (2013) , 339:6121, 823-6.

Cong et al., "Multiplex Gemone Engineering Using CRISPR/Cas Systems," Science (2013) , 339:6121, 819-23.

Hwang et al., "Efficient in Vivo Genome Editing Using RNA-Guided Nucleases," Nat. Biotechnol. (2013) 31 :3, 227-9.

Guilinger et al., "Fusion of catalytically inactive Cas9 to FokI nuclease improves the specificity of genome modification," Nat. Biotechnol. 32, 577-582 (2014).

Haeussler et al., "Evaluation of off-target and on-target scoring algorithms and integration into the guide RNA selection tool CRISPOR," Genome Biol. 17, 148 (2016).

Havlicek et al., "Re-engineered RNA-guided FokI-nucleases for improved genome editing in human cells," Mol. Ther. 25, 342-355 (2017).

Hendel et al., "Quantifying genome-editing outcomes at endogenous loci with SMRT sequencing," Cell Rep. 7, 293-305 (2014).

Hendel et al., "Chemically modified guide RNAs enhance CRISPR-Cas genome editing in human primary cells," Nat. Biotechnol. 33, 985-989 (2015).

Hruscha et al., "Efficient CRISPR/Cas9 genome editing with low off-target effects in zebrafish," Development 140, 4982-4987 (2013).

Hsu et al., "DNA targeting specificity of RNA-guided Cas9 nucleases," Nat. Biotechnol. 31, 827-832 (2013).

Hu et al., "Detecting DNA double-stranded breaks in mammalian genomes by linear amplification-mediated high-throughput genome-wide translocation sequencing," Nat. Protoc. 11, 853-871 (2016).

Iyer et al., "Off-target mutations are rare in Cas9-modified mice," Nat. Methods 12, 479 (2015).

Jiang et al., "A Cas9-guide RNA complex preorganized for target DNA recognition," Science 348, 1477-1481 (2015).

Kim et al., "Highly Efficient RNA-guided genome editing in human cells via delivery of purified Cas9 ribonucleoproteins," Genome Res. 24, 1012-1019 (2014).

Synthego EX1001.003

(56)          **References Cited**

OTHER PUBLICATIONS

Kim et al., "Digenome-seq: genome-wide profiling of CRISPR-Cas9 off-target effects in human cells," Nat. Methods 12, 237-243 (2015).

Kim et al., "Genome-wide target specificities of CRISPR-Cas9 nucleases revealed by multiplex Digenome-seq," Genome Res. 26, 406-415 (2016).

Kim et al., "Genome-wide analysis reveals specificities of Cpf1 endonucleases in human cells," Nat. Biotechnol. 34, 863-868 (2016).

Kleinstiver et al., "High-fidelity CRISPR-Cas9 nucleases with no detectable genome-wide off-target effects," Nature 529, 490-495 (2016).

Kleinstiver et al., "Genome-wide specificities of CRISPR-Cas Cpf1 nucleases in human cells," Nat. Biotechnol. 34, 869-874 (2016).

Knight et al., "Dynamics of CRISPR-Cas9 genome interrogation in living cells," Science 350, 823-826 (2015).

Komor et al., "Programmable editing of a target base in genomic DNA without double-stranded DNA cleavage," Nature 533, 420-424 (2016).

Koo et al., "Measuring and reducing off-target activities of programmable nucleases including CRISPR-Cas9," Mol. Cells 38, 475-481 (2015).

Kuscu et al., "Genome-wide analysis reveals characteristics of off-target sites bound by Cas9 endonuclease," Nat. Biotechnol. 32, 677-683 (2014).

Lee et al., "Nuclease target site selection for maximizing on-target activity and minimizing off-target effects in genome aditing," Mol. Ther. 24, 475-487 (2016).

Ledford, "CRISPR, the Disruptor," Nature 522, 20-24 (2015).

Lim et al., "Structural roles of guide RNAs in the nuclease activity of Cas9 endonuclease," Nat. Commun. 7, 13350 (2016).

Lin et al., "CRISPR/Cas9 systems have off-target activity with insertions or deletions between target DNA and guide RNA sequences," Nucleic Acids Res. 42, 7473-7485 (2014).

Ma et al., "CRISPR-Cas9 nuclear dynamics and target recognition in living cells," J. Cell Biol. 214, 529-537 (2016).

Pattanayak et al., "High-throughput profiling of off-target DNA cleavage reveals RNA-programmed Cas9 nuclease specificity," Nat. Biotechnol. 31, 839-843 (2013).

Peterson et al., "Genome-wide assessment of efficiency and specificity in CRISPR/Cas9 mediated multiple site targeting in *Arabidopsis*," PLoS One 11, e0162169 (2016).

Polstein et al., "Genome-wide specificity of DNA binding, gene regulation, and chromatin remodeling by TALE- and CRISPR/Cas9-based transcriptional activators," Genome Res. 25, 1158-1169 (2015).

Qiu et al., "Mutation detection using Surveyor™ nuclease," Biotechniques 36, 702-707 (2004).

Ran et al., "Double nicking by RNA-guided CRISPR Cas9 for enhanced genome editing specificity," Cell 154, 1380-1389 (2013).

Ren et al., "Enhanced specificity and efficiency of the CRISPR/Cas9 system with optimized sgRNA parameters in *Drosophila*," Cell Rep. 9, 1151-1162 (2014).

Semenova et al., "Interference by clustered regularly interspaced short palindromic repeat (CRISPR) RNA is governed by a seed sequence," Proc. Natl. Acad. Sci. USA 108, 10098-10103 (2011).

Shen et al., "Efficient genome modification by CRISPR-Cas9 nickase with minimal off-target effects," Nat. Methods 11, 399-402 (2014).

Singh et al., "Cas9-chromatin binding information enables more accurate CRISPR off-target prediction," Nucleic Acids Res. 43, e118 (2015).

Singh et al., "Real-time observation of DNA recognition and rejection by the RNA-guided endonuclease Cas9," Nat. Commun. 7, 12778 (2016).

Slaymaker et al., "Rationally engineered Cas9 nucleases with improved specificity," Science 351, 84-88 (2016).

Smith et al., "Whole-genome sequencing analysis reveals high specificity of CRISPR/Cas9 and TALEN-based genome editing in human iPSCs," Cell Stem Cell. 15, 12-13 (2014).

Tsai et al., "Dimeric CRISPR RNA-guided FokI nucleases for highly specific genome editing," Nat. Biotechnol. 32, 569-576 (2014).

Tsai et al., "Guide-seq enables genome-wide profiling of off-target cleavage by CRISPR-Cas nucleases," Nat. Biotechnol. 33, 187-197 (2015).

Tsai & Joung, "Defining and improving the genome-wide specificities of CRISPR-Cas9 nucleases," Nat. Rev. Genet. 17, 300-312 (2016).

Tycko et al., "Methods for optimizing CRISPR-Cas9 genome editing specificity," Mol. Cell 63, 355-370 (2016).

Wang et al., "Unbiased detection of off-target cleavage by CRISPR-Cas9 and TALENs using integrase-defective lentiviral vectors," Nat. Biotechnol. 33, 175-178 (2015).

Wu et al., "Genome-wide binding of the CRISPR endonuclease Cas9 in mammalian cells," Nat. Biotechnol. 32, 670-676 (2014).

Wu et al., "Target specificity of the CRISPR-Cas9 system," Quant. Biol. 2, 59-70 (2014).

Wyvekens et al., "Dimeric CRISPR RNA-guided FokI-dCas9 nucleases directed by truncated gRNAs for highly specific genome editing," Hum. Gene Ther. 26, 425-431 (2015).

Yang et al., "Targeted and genome-wide sequencing reveal single nucleotide variations impacting specificity of Cas9 in human stem cells," Nat. Commun. 5, 5507 (2014).

Zetsche et al., "Cpf1 is a single RNA-guided endonuclease of a Class 2 CRISPR-Cas system," Cell,163, 759-771 (2015).

Zischewski et al. "Detection of on-target and off-target mutations generated by CRISPR/Cas9 and other sequence-specific nucleases," Biotech. Adv. 35, 95-104 (2017).

Zheng et al. "Profiling single-guide RNA specificity reveals a mismatch sensitive core sequence," Sci. Rep. 7, 40638 (2017).

Zhang et al., "Evolution of Functional Six-Nucleotide DNA," J. Am. Chem. Soc., 2015, 137 (21),6734-6737.

Deng, Wulan et al.,"CASFISH: CRISPR/Cas9-Mediated In Situ Labeling of Genomic Loci in Fixed Cells," Proceedings of the National Academy of Sciences, vol. 112, No. 38, Sep. 22, 2015, 11870-11875.

Extended European Search Report dated Jun. 13, 2018, Application No. 15866342.7,14 pages.

Rahdar, Meghdad et al.,"Synthetic CRISPR RNA-Guided Genome Editing Human Cells," Proceedings of the National Academy of Sciences, Nov. 16, 2015, 8 pages.

* cited by examiner

**Synthego EX1001.004**



**FIG. 1**

Synthego EX1001.005

| FINAL CONC. in | 20 uL cleavage rxn |
| --- | --- |
| Rxn volume | 20 μL |
| Cas9 protein | 40 nM (125 ng /20 uL rxn) |
| Guide RNA | 50 nM |
| Target DNA | 2.6 nM |
| TrisHCl pH 7.6 | 100 mM |
| NaCl | 50 mM |
| $MgCl_2$ | 10 mM |

**FIG. 2B**



° employed version 1.0 sgRNA design

**FIG. 2A**

Synthego EX1001.006



Titration of kanC1 sgRNA *

FIG. 2D



Determination of Cas9 and guide RNA std conc's:
Titration of *S. pyogenes* Cas9 *
(in presence of kanC1 sgRNA)

FIG. 2C

Synthego EX1001.007

Standard cleavage conditions:

| stock | volume (uL) | conc. | stoich. |
|---|---|---|---|
| 10x buffer | 2.0 | 1x | |
| 125 ng/uL Cas9 wt protein | 1.0 | 40 nM | 16 |
| 1 uM guide RNA | 1.0 | 50 nM | 20 |
| 25 ng/uL linearized CIITA target | 4.0 | 2.5 nM | 1 |
| ddH2O (DEPC-treated) | 12.0 | | |
| | 20.0 | | |

If every ng of Cas9 in our protein prep were active

In a pre-warmed SureCycler:

(i) incubate at 37 °C for 30 min

(ii) + RNase cocktail, incubate at 37 °C for 5 min, then at 70 °C for 15 min

(iii) + Proteinase K, incubate at 37 °C for 15 min

Analyze crude products on Bioanalyzer.

FIG. 3

Synthego EX1001.008

TABLE 1

| Name of synthetic guide RNA (Chemical modifications tolerated by Cas9) | Length (nt) | % Cleaved target in vitro | Sequence (5' → 3') |
|---|---|---|---|
| CLTA1 (nonmodified control) | 113 | 95% | [sequence illegible] |
| 2xOMePACE_CLTA1 | 113 | 95% | [sequence illegible] |
| 8xOMePACE_CLTA1 | 113 | 88% | [sequence illegible] |
| CLTA1_8xOMePACE | 113 | 91% | [sequence illegible] |
| CLTA1_8xOMePPACE | 113 | 91% | [sequence illegible] |
| CLTA1_2'OMM+20 | 113 | 93% | [sequence illegible] |
| CLTA1_2'OMM+19 | 113 | 93% | [sequence illegible] |
| CLTA1_2'OMe+18 | 113 | 91% | [sequence illegible] |
| CLTA1_2'OMe+17 | 113 | 93% | [sequence illegible] |
| CLTA1_2'OMe+17,18 | 113 | 80% | [sequence illegible] |
| CLTA1_20_Heavy | 113 | 7% | [sequence illegible] |
| CLTA1_20_2'OMe | 113 | 89% | [sequence illegible] |
| CLTA1_20_2'OMe | 113 | 88% | [sequence illegible] |
| CLTA1_5'SS | 113 | 96% | [sequence illegible] |
| CLTA1_5'SSS | 113 | 94% | [sequence illegible] |
| CLTA1_5'SSSS | 113 | 100% | [sequence illegible] |
| CLTA1_3'SSSS | 113 | 94% | [sequence illegible] |
| 3xOMe_CLTA1_3xOMe | 113 | 89% | [sequence illegible] |
| 3xOMeThio_CLTA1_3xOMeThio | 113 | 92% | [sequence illegible] |
| 3xOMeThioPACE_CLTA1_3xC3OMeThioPACE | 113 | 89% | [sequence illegible] |

FIG. 4

Synthego EX1001.009

| | | | |
|---|---|---|---|
| G1FA1_ZZ_PE.F1 | 113 | 59% | |
| G1FA1 ZZ_96.96 | 113 | 97% | |
| G1FA1_Cd9+U6RA_DMT.ON | 113 | 95% | |
| **Chemical modifications NOT tolerated by Cas9** | | | |
| G1FA1_3T_Deoxy | 113 | 0% | |

**LEGEND:**

N* = 2'OMe, 3'PACE modification of nucleotide N

N*,o = 2'OMe, 3'thioPACE modification of nucleotide N

N = 2'OMe modification of nucleotide N

N = 2'deoxyribonucleotide N

NsN = phosphorothioate linkage noted by s

Z = Z nucleotide

Het = dimethoxytrityl

FIG. 4 (cont.)

Synthego EX1001.010



FIG. 5A A guide RNA with modified nucleotides

FIG. 5B A single guide RNA with modified nucleotides

Synthego EX1001.011



1. 2'-OMe
2. 2'-H
3. 2'-MOE analog
4. 2'-fluoro analog
5. 2'-amine analog
6. 2'-arabino analog
7. 2'-F-arabino analog
8. 2'-LNA analog
9. 2'-ULNA analog
10. 4'-thioribosyl moiety

11. O-P(S) linkage
12. PACE linkage
13. thioPACE linkage
14. MethylPhosphonate
15. B-oranophosphonate
16. Phosphorodithioate
17. 2-thio(U/C)
18. 4-thiouracil
19. 6-thioguanine
20. 2-aminoadenine

21. 2-aminoguanine
22. pseudouracil
23. Hypoxanthine
24. 7-deaza(A/G)
25. 7-deaza-8-aza(A/G)
26. 5-methyl(U/C)
27. 5-hydroxymethyl (U/C)
28. 5,6-dehydrouracil
29. 5-propynyl (U/C)

30. 5-ethynyl (U/C)
31. 5-allyl (U/C)
32. 5-aminoallyl (U/C)
33. 5-methyl-2-pyrimidine
34. Z / P bases
35. UNA
36. x (A/G/C/T)
37. y (A/G/C/T)
38. IsoC/G

39. Abasic nucleotide
40. PEG
41. Hydrocarbon spacer
42. Linker-dye
43. Spermine modification

FIG. 6

Synthego EX1001.012

| Single mod / Double mod | Sugar | Phosphorus Linkage | Base modification* | Other |
|---|---|---|---|---|
| Sugar/Sugar | X | | X | X |
| Sugar/ P link | X | X | X | X |
| Sugar/Base | X | | X | X |
| Sugar/other | X | X | X | X |
| P link/ Plink | X | X | X | X |
| P link/ base | X | | X | X |
| P link/other | X | X | X | X |
| Base/ Base | X | X | X | X |
| Base/other | X | X | X | X |
| other/other | X | X | X | X |

*Base modifications includes Base Pair Modifications

**FIG. 7**

Sugar modifications ("Sugar"): 2'-O-Methyl (=2'-OMe) (2'-OC₁-C₄ alkyl), 2'-H, 2'-MOE (2'- OC₁-C₃ alkyl-OC₁-C₃ alkyl), 2'-F, 2'-amino, 2'-arabino, 2'-F-arabino, 2'-LNA, 2'-UNLA, 4'-thioribosyl nucleotide.

Internucleotide linkage and 3' and/or 5' terminal nucleotide modifications ("Phosphorus Linkage" or "P link"): -P(S) (phosphorothioate), -PACE (phosphonoacetate, phosphonocarboxylate), -thioPACE (thiophosphonoacetate, thiophosphonocarboxylate), -P(CH₃) (methylphosphonate, alkylphosphonate), -P(BH₃) (boranophosphonate), -P(S)₂ (phosphorodithioate).

Base modifications: 2-thiouracil, 2-thiocytosine, 4-thiouracil, 6-thioguanine, 2-aminoadenine, 2-aminopurine, pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-methylcytosine, 5-methyluracil, 5-hydroxymethylcytosine,5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil,5-allyluracil, 5-allylcytosine, 5-aminoallyl-uracil, 5-aminoallyl-cytosine and abasic nucleotides.

Base Pair modifications: Z/P nucleotides, UNA, isoC/isoG, 6-thioG/5-methyl-pyrimidine, x(A,G,C,T) and y(A,G,C,T).

Other: End modifications and/or spacer/linker (ends or internal) modifications: PEG, hydrocarbon spacer, (including: heteroatom (O,S,N)-substituted hydrocarbon spacers, halo-substituted-hydrocarbon spacers, (keto,carboxy,amido,thionyl,carbamoyl,thionocarbamaoyl)-containing hydrocarbon spacers), spermine, dyes linkers including: 6-Fluorescein-phosphoramidite and the like, squarate conjugation, Diels-Alder conjugation, or "Click" chemistry conjugation.

Synthego EX1001.013



# Fluorophore-modified CLTA1 sgRNAs for in vitro testing

CLTA1 crRNA

TracrRNA

TracrRNA_aminoallyl U57-Cy5

CLTA1-QB3+GNRAdesign

CLTA1_sgRNA_Int F1 (Loop)

FIG. 8A

Xray structure of Cas9 complex:
Nishimasu et al., *Cell* 2014, 156, 1-15

FIG. 8B

Synthego EX1001.014

## Using chemical modifications to improve specificity

| Target Name | CIITA1 On- or Off-Target Site | Genomic Coordinates | COSMID Score | MIT Design Score |
|---|---|---|---|---|
| CIITA1 ON1 | AGTCCTCATCTCCCTCAAGCAGG<br>TCAGGAGTAGAGGGAGTTCGTCC | Chr9:36211735-36211757 | 0 | 100.0 |
| CIITA1 OFF1 | AGTCCTCAACTCCCTCAAGCAGG<br>TCAGGAGTTGAGGGAGTTCGTCC | Chr8:15688928-15688950 | 0.35 | 61.1 |
| CIITA1 OFF2 | AGCCCTCATTTCCCTCAAGCAGG<br>TCGGGAGTAAAGGGAGTTCGTCC | Chr3:54189084-54189106 | 0.65 | 6.4 |
| CIITA1 OFF3 | ACTCCTCCATCCCCTCAAGCCGG<br>TGAGGAGTAGGGGAGTTCGGCC | Chr15:88845439-88845461 | 0.83 | 4.5 |

Example: • CIITA1_2thioU+11 crRNA: 5' AGUCCUCAUC (2sU) CCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGA
AUGGUCCCAAAAC  3'

• CIITA1_2thioU+9

• CIITA1_2thioU+3

Sulfur in 2-thioU
cannot H-bond with
G to form a
wobble pair that
lowers specificity.

FIG. 9A

Synthego EX1001.015



FIG. 9B

Synthego EX1001.016



**FIG. 10**

Synthego EX1001.017



FIG. 11A

Synthego EX1001.018



FIG. 11B

Synthego EX1001.019



FIG. 12A

FIG. 12C

Synthego EX1001.020



**FIG. 12B**



**FIG. 12D**

**Synthego EX1001.021**

# GUIDE RNA WITH CHEMICAL MODIFICATIONS

## CROSS-REFERENCING

This application is a continuation of U.S. application Ser. No. 14/757,204, filed on Dec. 3, 2015, and claims the benefit of U.S. Provisional Application No. 62/256,095, filed on Nov. 16, 2015; U.S. Provisional Application No. 62/146, 189, filed on Apr. 10, 2015; and U.S. Provisional Application No. 62/087,211, filed on Dec. 3, 2014, all of which are incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates to the field of molecular biology. In particular, the present invention relates to the clusters of regularly interspaced short palindromic repeats (CRISPR) technology.

## BACKGROUND OF THE INVENTION

The native prokaryotic CRISPR-Cas system comprises an array of short repeats with intervening variable sequences of constant length (i.e., clusters of regularly interspaced short palindromic repeats, or "CRISPR"), and CRISPR-associated ("Cas") proteins. The RNA of the transcribed CRISPR array is processed by a subset of the Cas proteins into small guide RNAs, which generally have two components as discussed below. There are at least three different systems: Type I, Type II and Type III. The enzymes involved in the processing of the RNA into mature crRNA are different in the 3 systems. In the native prokaryotic system, the guide RNA ("gRNA") comprises two short, non-coding RNA species referred to as CRISPR RNA ("crRNA") and trans-acting RNA ("tracrRNA"). In an exemplary system, the gRNA forms a complex with a Cas nuclease. The gRNA:Cas nuclease complex binds a target polynucleotide sequence having a protospacer adjacent motif ("PAM") and a proto-spacer, which is a sequence complementary to a portion of the gRNA. The recognition and binding of the target poly-nucleotide by the gRNA:Cas nuclease complex induces cleavage of the target polynucleotide. The native CRISPR-Cas system functions as an immune system in prokaryotes, where gRNA:Cas nuclease complexes recognize and silence exogenous genetic elements in a manner analogous to RNAi in eukaryotic organisms, thereby conferring resistance to exogenous genetic elements such as plasmids and phages.

It has been demonstrated that a single-guide RNA ("sgRNA") can replace the complex formed between the naturally-existing crRNA and tracrRNA.

Considerations relevant to developing a gRNA, including a sgRNA, include specificity, stability, and functionality. Specificity refers to the ability of a particular gRNA:Cas nuclease complex to bind to and/or cleave a desired target sequence, whereas little or no binding and/or cleavage of polynucleotides different in sequence and/or location from the desired target occurs. Thus, specificity refers to mini-mizing off-target effects of the gRNA:Cas nuclease com-plex. Stability refers to the ability of the gRNA to resist degradation by enzymes, such as nucleases, and other sub-stances that exist in intracellular and extra-cellular environ-ments. Thus, there is a need for providing gRNA, including sgRNA, having increased resistance to nucleolytic degrada-tion, increased binding affinity for the target polynucleotide, and/or reduced off-target effects while, nonetheless, having gRNA functionality. Further considerations relevant to

developing a gRNA include transferability and immunos-timulatory properties. Thus, there is a need for providing gRNA, including sgRNA, having efficient and titratable transferability into cells, especially into the nuclei of eukary-otic cells, and having minimal or no immunostimulatory properties in the transfected cells. Another important con-sideration for gRNA is to provide an effective means for delivering it into and maintaining it in the intended cell, tissue, bodily fluid or organism for a duration sufficient to allow the desired gRNA functionality.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a set of diagrams showing a schematic model of an exemplary CRISPR-Cas system. The exemplary system shown here is a Type II system having a Cas nuclease. In this particular example, the Cas nuclease is the Cas9 nuclease. The Cas9 nuclease recognizes a PAM sequence (here, the PAM sequence is a 3-nt sequence of NGG, where N is A, G, C or T, but other PAM sequences are known to exist). The sgRNA includes a guide sequence, a crRNA sequence or segment, and tracrRNA sequence or segment. The guide sequence of the sgRNA hybridizes with the DNA target directly upstream of the PAM sequence. In the example shown here, Cas9 mediates a double-stranded break upstream of the PAM sequence (arrows).

FIG. 2A is a diagram showing an exemplary CRISPR-Cas9-mediated cleavage assay.

FIG. 2B is a table showing components and their con-centrations for a biochemical cleavage assay used to gener-ate the data in FIG. 4.

FIG. 2C is a diagram showing titration of *Streptococcus pyogenes* Cas9 nuclease for the biochemical cleavage assay.

FIG. 2D is a diagram showing titration of an exemplary sgRNA for the biochemical cleavage assay. In this example a sgRNA named kanC1 is targeted to a complementary sequence in the kanamycin resistance gene.

FIG. 3 shows exemplary conditions and procedures for the biochemical cleavage assay which uses purified compo-nents in vitro.

FIG. 4 is a table showing the data obtained using exem-plary modified guide RNAs in the cleavage assay.

FIG. 5A shows an exemplary guide RNA disclosed in the application.

FIG. 5B shows an exemplary single guide RNA (sgRNA) disclosed in the application.

FIG. 6 is a table showing exemplary guide RNAs baying at least two chemical modifications (e.g., a first modification and a second modification). Each number represents a modification as indicated and each "x" indicates the com-bination of modifications in a guide RNA. In certain embodiments, the first and second modifications are present on a single nucleotide. In certain embodiments, the first and second modifications are present on separate nucleotides.

FIG. 7 shows exemplary types of guide RNAs having at least three chemical modifications. The lower part of FIG. 7 lists several types of modifications. The table in the upper part of FIG. 7 indicates how a double modification ("double mod," a combination of two types of modifications) can be combined with a single modification ("single mod," one type of modification). An "x" indicates the presence of the corresponding double mod and single mod in a guide RNA.

FIGS. 8A and 8B show fluorophore-modified CLTA1 sgRNAs for in vitro testing. In FIG. 8A, the RNA sequence of a sgRNA for CLTA1 is shown, including a position where a fluorescent dye or a label could be attached to the sgRNA.

Synthego EX1001.022

FIG. **8**B shows a structure determined by Xray crystallography of a Cas9:sgRNA complex, as reported in Nishimasu et al., *Cell* (2014) 156, 1-15.

FIG. **9**A shows CTLA1 sgRNAs modified with 2-thiouridine at certain locations (positions 3, 9 and 11) in an effort to improve specificity for the CTLA1 target. FIG. **9**B shows that gRNA modified with 2-thioU can increase target specificity of the gRNAs when off-target sites involve U-G wobble pairing. In particular, the CTLA1_2-thioU+11 had much lower cleavage of the off-target sequence CLTA1 OFF3, which has a T to C mutation at the 11th position in the 5' strand.

FIG. **10** shows the guide RNA scaffold secondary structure, displaying noncovalent binding interactions with amino acids of Cas9, as reported in Jiang et al., *Science* (2015) 348:6242, 1477-81.

FIGS. **11**A and **11**B illustrate experimental results showing that gene disruption in human cell lines, with high frequencies of indels and homologous recombination (HR), can be achieved using synthesized and chemically modified sgRNAs disclosed herein, as reported in Hendel et al., *Nat. Biotechnol.* (2015) 33:9, 985-9.

FIGS. **12**A, **12**B, **12**C and **12**D illustrate experimental results showing that chemically modified sgRNAs as described herein can be used to achieve high frequencies of gene disruption or targeted genome editing in stimulated primary human T cells as well as in CD34+ hematopoietic stem and progenitor cells (HSPCs), as reported in Hendel et al., *Nat. Biotechnol.* (2015) 33:9, 985-9.

## DETAILED DESCRIPTION OF THE INVENTION

This invention is based, at least in part, on an unexpected discovery that certain chemical modifications to gRNA are tolerated by the CRISPR-Cas system. In particular, certain chemical modifications believed to increase the stability of the gRNA, to alter the thermostability of a gRNA hybridization interaction, and/or to decrease the off-target effects of Cas:gRNA complexation do not substantially compromise the efficacy of Cas:gRNA binding to, nicking of, and/or cleavage of the target polynucleotide. Furthermore, certain chemical modifications are believed to provide gRNA, including sgRNA, having efficient and titratable transferability into cells, especially into the nuclei of eukaryotic cells, and/or having minimal or no immunostimulatory properties in the transfected cells. Certain chemical modifications are believed to provide gRNA, including sgRNA, which can be effectively delivered into and maintained in the intended cell, tissue, bodily fluid or organism for a duration sufficient to allow the desired gRNA functionality.

## I. Definitions

As used herein, the term "guide RNA" generally refers to an RNA molecule (or a group of RNA molecules collectively) that can bind to a Cas protein and aid in targeting the Cas protein to a specific location within a target polynucleotide (e.g., a DNA). A guide RNA can comprise a crRNA segment and a tracrRNA segment. As used herein, the term "crRNA" or "crRNA segment" refers to an RNA molecule or portion thereof that includes a polynucleotide-targeting guide sequence, a stem sequence, and, optionally, a 5'-overhang sequence. As used herein, the term "tracrRNA" or "tracrRNA segment" refers to an RNA molecule or portion thereof that includes a protein-binding segment (e.g., the protein-binding segment is capable of interacting with a

CRISPR-associated protein, such as a Cas9). The term "guide RNA" encompasses a single guide RNA (sgRNA), where the crRNA segment and the tracrRNA segment are located in the same RNA molecule. The term "guide RNA" also encompasses, collectively, a group of two or more RNA molecules, where the crRNA segment and the tracrRNA segment are located in separate RNA molecules.

The term "scaffold" refers to the portions of guide RNA molecules comprising sequences which are substantially identical or are highly conserved across natural biological species. Scaffolds include the tracrRNA segment and the portion of the crRNA segment other than the polynucleotide-targeting guide sequence at or near the 5' end of the crRNA segment, excluding any unnatural portions comprising sequences not conserved in native crRNAs and tracrRNAs.

The term "nucleic acid", "polynucleotide" or "oligonucleotide" refers to a DNA molecule, an RNA molecule, or analogs thereof. As used herein, the terms "nucleic acid", "polynucleotide" and "oligonucleotide" include, but are not limited to DNA molecules such as cDNA, genomic DNA or synthetic DNA and RNA molecules such as a guide RNA, messenger RNA or synthetic RNA. Moreover, as used herein, the terms "nucleic acid" and "polynucleotide" include single-stranded and double-stranded forms.

The term "modification" in the context of an oligonucleotide or polynucleotide includes but is not limited to (a) end modifications, e.g., 5' end modifications or 3' end modifications, (b) nucleobase (or "base") modifications, including replacement or removal of bases, (c) sugar modifications, including modifications at the 2', 3', and/or 4' positions, and (d) backbone modifications, including modification or replacement of the phosphodiester linkages. The term "modified nucleotide" generally refers to a nucleotide having a modification to the chemical structure of one or more of the base, the sugar, and the phosphodiester linkage or backbone portions, including nucleotide phosphates.

The terms "Z" and "P" refer to the nucleotides, nucleobases, or nucleobase analogs developed by Steven Benner and colleagues as described for example in "Artificially expanded genetic information system: a new base pair with an alternative hydrogen bonding pattern" Yang, Z., Hutter, D., Sheng, P., Sismour, A. M. and Benner, S. A. (2006) *Nucleic Acids Res.*, 34, 6095-101, the contents of which is hereby incorporated by reference in its entirety.



The terms "xA", "xG", "xC", "xT", or "x(A,G,C,T)" and "yA", "yG", "yC", "yT", or "y(A,G,C,T)" refer to nucleotides, nucleobases, or nucleobase analogs as described by Krueger et al in "Synthesis and Properties of Size-Expanded DNAs: Toward Designed, Functional Genetic Systems"; Andrew T. Krueger, Haige Lu, Alex H. F. Lee, and Eric T. Kool (2007) *Acc. Chem. Res.*, 40, 141-50, the contents of which is hereby incorporated by reference in its entirety.

Synthego EX1001.023

The term "Unstructured Nucleic Acid" or "UNA" refers to nucleotides, nucleobases, or nucleobase analogs as described in U.S. Pat. No. 7,371,580, the contents of which is hereby incorporated by reference in its entirety. An unstructured nucleic acid, or UNA, modification is also referred to as a "pseudo-complementary" nucleotide, nucleobase or nucleobase analog (see e.g., Lahoud et al. (1991) *Nucl. Acids Res.*, 36:10, 3409-19).

The terms "PACE" and "thioPACE" refer to internucleotide phosphodiester linkage analogs containing phosphonoacetate or thiophosphonoacetate groups, respectively. These modifications belong to abroad class of compounds comprising phosphonocarboxylate moiety, phosphonocarboxylate ester moiety, thiophosphonocarboxylate moiety and thiophosphonocarboxylate ester moiety. These linkages can be described respectively by the general formulae $P(CR_1R_2)_nCOOR$ and $(S)—P(CR_1R_2)_nCOOR$ wherein n is an integer from 0 to 6 and each of $R_1$ and $R_2$ is independently selected from the group consisting of H, an alkyl and substituted alkyl. Some of these modifications are described by Yamada et al. in "Synthesis and Biochemical Evaluation of Phosphonoformate Oligodeoxyribonucleotides" Christina M. Yamada, Douglas J. Dellinger and Marvin H. Caruthers (2006) *J. Am. Chem. Soc.* 128:15, 5251-61, the contents of which is hereby incorporated by reference in its entirety.

As used herein, "modification" refers to a chemical moiety, or portion of a chemical structure, which differs from that found in unmodified ribonucleotides, namely adenosine, guanosine, cytidine, and uridine ribonucleotides. The term "modification" may refer to type of modification. For example, "same modification" means same type of modification, and "the modified nucleotides are the same" means the modified nucleotides have the same type(s) of modification while the base (A, G, C, U, etc.) may be different. Similarly, a guide RNA with "two modifications" is a guide RNA with two types of modifications, which may or may not be in the same nucleotide, and each type may appear in multiple nucleotides in the guide RNA. Similarly, a guide RNA with "three modifications" is a guide RNA with three types of modifications, which may or may not be in the same nucleotide, and each type may appear in multiple nucleotides.

As used herein, the term "target polynucleotide" or "target" refers to a polynucleotide containing a target nucleic acid sequence. A target polynucleotide may be single-stranded or double-stranded, and, in certain embodiments, is double-stranded DNA. In certain embodiments, the target polynucleotide is single-stranded RNA. A "target nucleic acid sequence" or "target sequence," as used herein, means a specific sequence or the complement thereof that one wishes to bind to, nick, or cleave using a CRISPR system.

The term "hybridization" or "hybridizing" refers to a process where completely or partially complementary polynucleotide strands come together under suitable hybridization conditions to form a double-stranded structure or region in which the two constituent strands are joined by hydrogen bonds. As used herein, the term "partial hybridization" includes where the double-stranded structure or region contains one or more bulges or mismatches. Although hydrogen bonds typically can form between adenine and thymine or adenine and uracil (A and T or A and U) or cytosine and guanine (C and G), other noncanonical base pairs may form (See e.g., Adams et al., "The Biochemistry of the Nucleic Acids," 11th ed., 1992). It is contemplated that modified nucleotides may form hydrogen bonds that allow or promote hybridization.

The term "cleavage" or "cleaving" refers to breaking of the covalent phosphodiester linkage in the ribosylphosphodiester backbone of a polynucleotide. The terms "cleavage" or "cleaving" encompass both single-stranded breaks and double-stranded breaks. Double-stranded cleavage can occur as a result of two distinct single-stranded cleavage events. Cleavage can result in the production of either blunt ends or staggered ends.

The term "CRISPR-associated protein" or "Cas protein" refers to a wild type Cas protein, a fragment thereof, or a mutant or variant thereof. The term "Cas mutant" or "Cas variant" refers to a protein or polypeptide derivative of a wild type Cas protein, e.g., a protein having one or more point mutations, insertions, deletions, truncations, a fusion protein, or a combination thereof. In certain embodiments, the "Cas mutant" or "Cas variant" substantially retains the nuclease activity of the Cas protein. In certain embodiments, the "Cas mutant" or "Cas variant" is mutated such that one or both nuclease domains are inactive. In certain embodiments, the "Cas mutant" or "Cas variant" has nuclease activity. In certain embodiments, the "Cas mutant" or "Cas variant" lacks some or all of the nuclease activity of its wild-type counterpart.

The term "nuclease domain" of a Cas protein refers to the polypeptide sequence or domain within the protein which possesses the catalytic activity for DNA cleavage. A nuclease domain can be contained in a single polypeptide chain, or cleavage activity can result from the association of two (or more), polypeptides. A single nuclease domain may consist of more than one isolated stretch of amino acids within a given polypeptide. Examples of these domains include RuvC-like motifs (amino acids 7-22, 759-766 and 982-989 in SEQ ID NO: 1) and HNH motif (aa 837-863). See Gasiunas et al. (2012) *Proc. Natl. Acad. Sci. USA*, 109:39, E2579-E2586 and WO2013176772.

A synthetic guide RNA that has "gRNA functionality" is one that has one or more of the functions of naturally occurring guide RNA, such as associating with a Cas protein, or a function performed by the guide RNA in association with a Cas protein. In certain embodiments, the functionality includes binding a target polynucleotide. In certain embodiments, the functionality includes targeting a Cas protein or a gRNA:Cas protein complex to a target polynucleotide. In certain embodiments, the functionality includes nicking a target polynucleotide. In certain embodiments, the functionality includes cleaving a target polynucleotide. In certain embodiments, the functionality includes associating with or binding to a Cas protein. In certain embodiments, the functionality is any other known function of a guide RNA in a CRISPR-Cas system with a Cas protein, including an artificial CRISPR-Cas system with an engineered Cas protein. In certain embodiments, the functionality is any other function of natural guide RNA. The synthetic guide RNA may have gRNA functionality to a greater or lesser extent than a naturally occurring guide RNA. In certain embodiments, a synthetic guide RNA may have greater functionality as to one property and lesser functionality as to another property in comparison to a similar naturally occurring guide RNA.

A "Cas protein having a single-strand nicking activity" refers to a Cas protein, including a Cas mutant or Cas variant, that has reduced ability to cleave one of two strands of a dsDNA as compared to a wild type Cas protein. For example, in certain embodiments, a Cas protein having a single-strand nicking activity has a mutation (e.g., amino acid substitution) that reduces the function of the RuvC domain (or the HNH domain) and as a result reduces the

ability to cleave one strand of the target DNA. Examples of such variants include the D10A, H839A/H840A, and/or N863A substitutions in *S. pyogenes* Cas9, and also include the same or similar substitutions at equivalent sites in Cas9 enzymes of other species.

As used herein, the term "portion" or "fragment" of a sequence refers to any portion of the sequence (e.g., a nucleotide subsequence or an amino acid subsequence) that is smaller than the complete sequence. Portions of polynucleotides can be, for example, at least 5, 10, 15, 20, 25, 30, 40, 50, 75, 100, 150, 200, 300 or 500 or more nucleotides in length. A portion of a guide sequence can be about 50%, 40%, 30%, 20%, 10% of the guide sequence, e.g., one-third of the guide sequence or shorter, e.g., 7, 6, 5, 4, 3, or 2 nucleotides in length.

The term "derived from" in the context of a molecule refers to a molecule isolated or made using a parent molecule or information from that parent molecule. For example, a Cas9 single mutant nickase and a Cas9 double mutant null-nuclease are derived from a wild-type Cas9 protein.

The term "substantially identical" in the context of two or more polynucleotides (or two or more polypeptides) refers to sequences or subsequences that have at least about 60%, at least about 70%, at least about 80%, at least about 90%, about 90-95%, at least about 95%, at least about 98%, at least about 99% or more nucleotide (or amino acid) sequence identity, when compared and aligned for maximum correspondence using a sequence comparison algorithm or by visual inspection. Preferably, the "substantial identity" between polynucleotides exists over a region of the polynucleotide at least about 50 nucleotides in length, at least about 100 nucleotides in length, at least about 200 nucleotides in length, at least about 300 nucleotides in lengthy at least about 500 nucleotides in length, or over the entire length of the polynucleotide. Preferably, the "substantial identity" between polypeptides exists over a region of the polypeptide at least about 50 amino acid residues in length, at least about 100 amino acid residues in length, or over the entire length of the polypeptide.

As disclosed herein, a number of ranges of values are provided. It is understood that each intervening value, to the tenth of the unit of the lower limit, between the upper and lower limits of that range is also specifically contemplated. Each smaller range or intervening value encompassed by a stated range is also specifically contemplated. The term "about" generally refers to plus or minus 10% of the indicated number. For example, "about 10%" may indicate a range of 9% to 11%, and "about 20" may mean from 18-22. Other meanings of "about" may be apparent from the context, such as rounding off, so, for example "about 1" may also mean from 0.5 to 1.4.

## II. CRISPR-Mediated Sequence-Specific Binding and/or Cleavage

Shown in FIG. 1 is a diagram of CRISPR-Cas9-mediated sequence-specific cleavage of DNA. The guide RNA is depicted as sgRNA with an exemplary 20-nucleotide (20-nt) guide sequence (other guide sequences may be, for example, from about 15 to about 30 nts in length) within the 5' domain, an internally positioned base-paired stem, and a 3' domain. The guide sequence is complementary to an exemplary 20-nt target sequence in a DNA target. The stem corresponds to a repeat sequence in crRNA and is complementary to a sequence in the tracrRNA. The 3' domain of the guide RNA corresponds to the 3' domain of the tracrRNA

that binds a Cas9 nuclease. The Cas9:guide RNA complex binds and cleaves a target DNA sequence or protospacer directly upstream of a PAM sequence recognized by Cas9. In FIG. 1, a 3-nt PAM sequence is exemplified; however other PAM sequences, including 4-nt and 5-nt PAM sequences are known. In the system exemplified in FIG. 1, both strands of the target sequence in DNA are cleaved by Cas9 at the sites indicated by arrows.

## III. Guide RNAs

In at least one aspect, the present invention comprises a chemically modified guide RNA that has guide RNA functionality. A guide RNA that comprises any nucleotide other than the four canonical ribonucleotides, namely A, C, G, and U, whether unnatural or natural (e.g., a pseudouridine, inosine or a deoxynucleotide), is a chemically modified guide RNA. Likewise a guide RNA that comprises any backbone or internucleotide linkage other than a natural phosphodiester internucleotide linkage possesses a chemical modification and therefore is a chemically modified guide RNA. In certain embodiments, the retained functionality includes binding a Cas protein. In certain embodiments, the retained functionality includes binding a target polynucleotide. In certain embodiments, the retained functionality includes targeting a Cas protein or a gRNA:Cas protein complex to a target polynucleotide. In curtain embodiments, the retained functionality includes nicking a target polynucleotide by a gRNA:Cas protein complex. In certain embodiments, the retained functionality includes cleaving a target polynucleotide by a gRNA:Cas protein complex. In certain embodiments, the retained functionality is any other known function of a guide RNA in a CRISPR-Cas system with a Cas protein, including an artificial CRISPR-Cas system with an engineered Cas protein. In certain embodiments, the retained functionality is any other function of a natural guide RNA.

### A. Exemplary Modifications

In certain embodiments, a nucleotide sugar modification incorporated into the guide RNA is selected from the group consisting of: 2'-O—$C_{1-4}$alkyl such as 2'-O-methyl (2'-OMe), 2'-deoxy (2'-H), 2'-O—$C_{1-3}$alkyl-O—$Cu_{1-3}$alkyl such as 2'-methoxyethyl ("2'-MOE"), 2'-fluoro ("2'-F"), 2'-amino ("2'-NH$_2$"), 2'-arabinosyl ("2'-arabino") nucleotide, 2'-F-arabinosyl ("2'-F-arabino") nucleotide, 2'-locked nucleic acid ("LNA") nucleotide, 2'-unlocked nucleic acid ("ULNA") nucleotide, a sugar in L form ("L-sugar"), and 4'-thioribosyl nucleotide. In certain embodiments, an internucleotide linkage modification incorporated into the guide RNA is selected from the group consisting of: phosphorothioate "P(S)" (P(S)), phosphonocarboxylate (P(CH$_2$)$_n$COOR) such as phosphonoacetate "PACE" (P(CH$_2$COO$^-$)), thiophosphonocarboxylate ((S)P(CH$_2$)$_n$COOR) such as thiophosphonoacetate "thioPACE" ((S)P(CH$_2$COO$^-$)), alkylphosphonate (P(C$_{1-3}$alkyl) such as methylphosphonate —P(CH$_3$), boranophosphonate (P(BH$_3$)), and phosphorodithioate (P(S)$_2$).

In certain embodiments, a nucleobase ("base") modification incorporated into the guide RNA is selected from the group consisting of: 2-thiouracil ("2-thioU"), 2-thiocytosine ("2-thioC"), 4-thiouracil ("4-thioU"), 6-thioguanine ("6-thioG"), 2-aminoadenine ("2-aminoA"), 2-aminopurine, pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-methylcytosine ("5-methylC"), 5-methyluracil ("5-methylU"),

Synthego EX1001.025

5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-de-hydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethy-nylcytosine, 5-ethynyluracil, 5-allyluracil ("5-allylU"), 5-al-lylcytosine ("5-allylC"), 5-aminoallyluracil ("5-aminoallylU"), 5-aminoallyl-cytosine ("5-aminoallylC"), an abasic nucleotide, Z base, P base, Unstructured Nucleic Acid ("UNA"), isoguanine ("isoG"), isocytosine ("isoC") [as described in "Enzymatic Incorporation of a New Base pair into DNA and RNA Extends the Genetic Alphabet." Piccirilli, J. A.; Krauch, T.; Moroney, S. E.; Benner, S. A. (1990) *Nature*, 343, 33], 5-methyl-2-pyrimidine [as described in Rappaport, H. P. (1993) *Biochemistry*, 32, 3047], x(A,G,C, T) and y(A,G,C,T).

In certain embodiments, one or more isotopic modifications are introduced on the nucleotide sugar, the nucleobase, the phosphodiester linkage and/or the nucleotide phosphates. Such modifications include nucleotides comprising one or more $^{15}N$, $^{13}C$, $^{14}C$, Deuterium, $^{3}H$, $^{32}P$, $^{125}I$, $^{131}I$ atoms or other atoms or elements used as tracers.

In certain embodiments, an "end" modification incorporated into the guide RNA is selected from the group consisting of: PEG (polyethyleneglycol), hydrocarbon linkers (including: heteroatom (O,S,N)-substituted hydrocarbon spacers; halo-substituted hydrocarbon spacers; keto-, carboxyl-, amido-, thionyl-, carbamoyl-, thionocarbamaoyl-containing hydrocarbon spacers), spermine linkers, dyes including fluorescent dyes (for example fluoresceins, rhodamines, cyanines) attached to linkers such as for example 6-fluorescein-hexyl, quenchers (for example dabcyl, BHQ) and other labels (for example biotin, digoxigenin, acridine, streptavidin, avidin, peptides and/or proteins). In certain embodiments, an "end" modification comprises a conjugation (or ligation) of the guide RNA to another molecule comprising an oligonucleotide (comprising deoxynucle-otides and/or ribonucleotides), a peptide, a protein, a sugar, an oligosaccharide, a steroid, a lipid, a folic acid, a vitamin and/or other molecule. In certain embodiments, an "end" modification incorporated into the guide RNA is located internally in the guide RNA sequence via a linker such as for example 2-(4-butylamidofluorescein)propane-1,3-diol bis (phosphodiester) linker (depicted below), which is incorporated as a phosphodiester linkage and can be incorporated anywhere between two nucleotides in the guide RNA.



2-(4-butylamidofluorescein)propane-1,3-diol
bis(phosphodiester) Linker

Other linkers include for example by way of illustration, but are not limited to:

2-(3-(dye-amido)propanamido)propane-1,3-diol bis
(phosphodiester) Linker

In certain embodiments, the end modification comprises a terminal functional group such as an amine, a thiol (or sulfhydryl), a hydroxyl, a carboxyl, carbonyl, thionyl, thio-carbonyl, a carbamoyl, a thiocarbamoyl, a phosphoryl, an alkene, an alkyne, an halogen or a functional group-terminated linker, either of which can be subsequently conjugated to a desired moiety, for example a fluorescent dye or a non-fluorescent label or tag or any other molecule such as for example an oligonucleotide (comprising deoxynucle-otides and/or ribonucleotides, including an aptamer), an amino acid, a peptide, a protein, a sugar, an oligosaccharide, a steroid, a lipid, a folic acid, a vitamin. The conjugation employs standard chemistry well-known in the art, including but not limited to coupling via N-hydroxysuccinimide, iso-thiocyanate, DCC (or DCI), and/or any other standart method as described in "Bioconjugate Techniques" by Greg T. Hermanson, Publisher Eslsevier Science, 3rd ed. (2013), the contents of which are incorporated herein by reference in their entireties.

In certain embodiments, the label or dye is attached or conjugated to a modified nucleotide in the gRNA. The conjugation of a fluorescent dye or other moiety such as a non-fluorescent label or tag (for example biotin, avidin, streptavidin, or moiety containing an isotopic label such as $^{15}N$, $^{13}C$, $^{14}C$, Deuterium, $^{3}H$, $^{32}P$, $^{125}I$ and the like) or any other molecule such as for example an oligonucleotide (comprising deoxynucleotides and/or ribonucleotides including an aptamer), an amino acid, a peptide, a protein, a sugar, an oligosaccharide, a steroid, a lipid, a folic acid, a vitamin or other molecule can be effectuated using the so-called "click" chemistry or the so-called "squarate" conjugation chemistry. The "click" chemistry refers to the [3+2] cycloaddition of an alkyne moiety with an azide moiety, leading to a triazolo linkage between the two moieties as shown in the following scheme:



Synthego EX1001.026

as described for example in El-Sagheer, A. H and Brown, T. "Click chemistry with DNA", *Chem. Soc. Rev.,* 2010, 39, 1388-1405 and Mojibul, H. M. and XiaoHua, P., DNA-associated click chemistry, *Sci. China Chem.,* 2014, 57:2, 215-31, the contents of which are hereby incorporated by reference in their entirety.

In certain embodiments, the conjugation can be effectuated by alternative cycloaddition such as Diels-Alder [4+2] cycloaddition of a π-conjugated diene moiety with an alkene moiety.

The "squarate" conjugation chemistry links two moieties each having an amine via a squarate derivative to result in a squarate conjugate that contains a squarate moiety (see e.g., Tietze et al. (1991) *Chem. Ber.,* 124, 1215-21, the contents of which are hereby incorporated by reference in their entirety). For example, a fluorescein containing a linker amine is conjugated to an oligoribonucleotide containing an amine through a squarate linker as described in the scheme below. An example of the squarate linker is depicted in the following scheme:



In certain, embodiments, a chemical modification incorporated into the guide RNA is selected from the group consisting of 2'-O—$C_{1-4}$alkyl, 2'-H, 2'-O—$C_{1-3}$alkyl-O—$C_{1-3}$alkyl, 2'-F, 2'-NH$_2$, 2'-arabino, 2'-F-arabino, 4'-thioribosyl, 2-thioU, 2-thioC, 4-thioU, 6-thioG, 2-aminoA, 2-aminopurine, pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-methylC, 5-methylU, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allylU, 5-allylC, 5-aminoallyl-uracil, 5-aminoallyl-cytosine, an abasic nucleotide ("abN"), Z, P, UNA, isoC, isoG, 5-methyl-pyrimidine, x(A,G,C,T) and y(A,G,C,T), a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a thiophosphonoacetate internucleotide linkage, a methylphosphonate internucleotide linkage, a boranophosphonate internucleotide linkage, a phosphorodithioate internucleotide linkage, 4-thioribosyl nucleotide, a locked nucleic acid ("LNA") nucleotide, an unlocked nucleic acid ("ULNA") nucleotide, an alkyl spacer, a heteroalkyl (N, O, S) spacer, a 5'- and/or 3'-alkyl terminated nucleotide, a Unicap, a 5'-terminal cap known from nature, an xRNA base (analogous to "xDNA" base), an yRNA base (analogous to "yDNA" base), a PEG substituent, or a conjugated linker to a dye or non-fluorescent label (or tag) or other moiety as described above. Exemplary modified nucleotides are also depicted in Table 2.

TABLE 2

Exemplary modified nucleotides contained in a synthetic guide sequence.

| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| A1 | OH | OH | uridine |
| A2 | OMe | OH | uridine |
| A3 | F | OH | uridine |
| A4 | Cl | OH | uridine |
| A5 | Br | OH | uridine |
| A6 | I | OH | uridine |
| A7 | NH$_2$ | OH | uridine |
| A8 | H | OH | uridine |
| A9 | OH | phosphodiester | uridine |
| A10 | OMe | phosphodiester | uridine |
| A11 | F | phosphodiester | uridine |
| A12 | Cl | phosphodiester | uridine |
| A13 | Br | phosphodiester | uridine |
| A14 | I | phosphodiester | uridine |
| A15 | NH$_2$ | phosphodiester | uridine |
| A16 | H | phosphodiester | uridine |
| A17 | OH | phosphonoacetate | uridine |
| A18 | OMe | phosphonoacetate | uridine |
| A19 | F | phosphonoacetate | uridine |
| A20 | Cl | phosphonoacetate | uridine |
| A21 | Br | phosphonoacetate | uridine |
| A22 | I | phosphonoacetate | uridine |
| A23 | NH$_2$ | phosphonoacetate | uridine |
| A24 | H | phosphonoacetate | uridine |
| A25 | OH | thiophosphonoacetate | uridine |
| A26 | OMe | thiophosphonoacetate | uridine |
| A27 | F | thiophosphonoacetate | uridine |
| A28 | Cl | thiophosphonoacetate | uridine |
| A29 | Br | thiophosphonoacetate | uridine |
| A30 | I | thiophosphonoacetate | uridine |
| A31 | NH$_2$ | thiophosphonoacetate | uridine |
| A32 | H | thiophosphonoacetate | uridine |
| A33 | OH | phosphorothioate | uridine |
| A34 | OMe | phosphorothioate | uridine |
| A35 | F | phosphorothioate | uridine |
| A36 | Cl | phosphorothioate | uridine |
| A37 | Br | phosphorothioate | uridine |
| A38 | I | phosphorothioate | uridine |
| A39 | NH$_2$ | phosphorothioate | uridine |
| A40 | H | phosphorothioate | uridine |
| A41 | OH | phosphorodithioate | uridine |
| A42 | OMe | phosphorodithioate | uridine |
| A43 | F | phosphorodithioate | uridine |
| A44 | Cl | phosphorodithioate | uridine |
| A45 | Br | phosphorodithioate | uridine |
| A46 | I | phosphorodithioate | uridine |
| A47 | NH$_2$ | phosphorodithioate | uridine |
| A48 | H | phosphorodithioate | uridine |
| A49 | OH | methylphosphonate | uridine |
| A50 | OMe | methylphosphonate | uridine |
| A51 | F | methylphosphonate | uridine |
| A52 | Cl | methylphosphonate | uridine |
| A53 | Br | methylphosphonate | uridine |
| A54 | I | methylphosphonate | uridine |
| A55 | NH$_2$ | methylphosphonate | uridine |
| A56 | H | methylphosphonate | uridine |
| A57 | OH | boranophosphonate | uridine |
| A58 | OMe | boranophosphonate | uridine |
| A59 | F | boranophosphonate | uridine |
| A60 | Cl | boranophosphonate | uridine |
| A61 | Br | boranophosphonate | uridine |
| A62 | I | boranophosphonate | uridine |
| A63 | NH$_2$ | boranophosphonate | uridine |
| A64 | H | boranophosphonate | uridine |
| B1 | OH | OH | adenosine |
| B2 | OMe | OH | adenosine |

Synthego EX1001.027

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



| # | R$_1$ | R$_2$ | B |
|---|---|---|---|
| B3 | F | OH | adenosine |
| B4 | Cl | OH | adenosine |
| B5 | Br | OH | adenosine |
| B6 | I | OH | adenosine |
| B7 | NH$_2$ | OH | adenosine |
| B8 | H | OH | adenosine |
| B9 | OH | phosphodiester | adenosine |
| B10 | OMe | phosphodiester | adenosine |
| B11 | F | phosphodiester | adenosine |
| B12 | Cl | phosphodiester | adenosine |
| B13 | Br | phosphodiester | adenosine |
| B14 | I | phosphodiester | adenosine |
| B15 | NH$_2$ | phosphodiester | adenosine |
| B16 | H | phosphodiester | adenosine |
| B17 | OH | phosphonoacetate | adenosine |
| B18 | OMe | phosphonoacetate | adenosine |
| B19 | F | phosphonoacetate | adenosine |
| B20 | Cl | phosphonoacetate | adenosine |
| B21 | Br | phosphonoacetate | adenosine |
| B22 | I | phosphonoacetate | adenosine |
| B23 | NH$_2$ | phosphonoacetate | adenosine |
| B24 | H | phosphonoacetate | adenosine |
| B25 | OH | thiophosphonoacetate | adenosine |
| B26 | OMe | thiophosphonoacetate | adenosine |
| B27 | F | thiophosphonoacetate | adenosine |
| B28 | Cl | thiophosphonoacetate | adenosine |
| B29 | Br | thiophosphonoacetate | adenosine |
| B30 | I | thiophosphonoacetate | adenosine |
| B31 | NH$_2$ | thiophosphonoacetate | adenosine |
| B32 | H | thiophosphonoacetate | adenosine |
| B33 | OH | phosphorothioate | adenosine |
| B34 | OMe | phosphorothioate | adenosine |
| B35 | F | phosphorothioate | adenosine |
| B36 | Cl | phosphorothioate | adenosine |
| B37 | Br | phosphorothioate | adenosine |
| B38 | I | phosphorothioate | adenosine |
| B39 | NH$_2$ | phosphorothioate | adenosine |
| B40 | H | phosphorothioate | adenosine |
| B41 | OH | phosphorodithioate | adenosine |
| B42 | OMe | phosphorodithioate | adenosine |
| B43 | F | phosphorodithioate | adenosine |
| B44 | Cl | phosphorodithioate | adenosine |
| B45 | Br | phosphorodithioate | adenosine |
| B46 | I | phosphorodithioate | adenosine |
| B47 | NH$_2$ | phosphorodithioate | adenosine |
| B48 | H | phosphorodithioate | adenosine |
| B49 | OH | methylphosphonate | adenosine |
| B50 | OMe | methylphosphonate | adenosine |
| B51 | F | methylphosphonate | adenosine |
| B52 | Cl | methylphosphonate | adenosine |
| B53 | Br | methylphosphonate | adenosine |
| B54 | I | methylphosphonate | adenosine |
| B55 | NH$_2$ | methylphosphonate | adenosine |
| B56 | H | methylphosphonate | adenosine |
| B57 | OH | boranophosphonate | adenosine |
| B58 | OMe | boranophosphonate | adenosine |
| B59 | F | boranophosphonate | adenosine |
| B60 | Cl | boranophosphonate | adenosine |
| B61 | Br | boranophosphonate | adenosine |
| B62 | I | boranophosphonate | adenosine |
| B63 | NH$_2$ | boranophosphonate | adenosine |
| B64 | H | boranophosphonate | adenosine |
| C1 | OH | OH | cytidine |
| C2 | OMe | OH | cytidine |
| C3 | F | OH | cytidine |
| C4 | Cl | OH | cytidine |

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



| # | R$_1$ | R$_2$ | B |
|---|---|---|---|
| C5 | Br | OH | cytidine |
| C6 | I | OH | cytidine |
| C7 | NH$_2$ | OH | cytidine |
| C8 | H | OH | cytidine |
| C9 | OH | phosphodiester | cytidine |
| C10 | OMe | phosphodiester | cytidine |
| C11 | F | phosphodiester | cytidine |
| C12 | Cl | phosphodiester | cytidine |
| C13 | Br | phosphodiester | cytidine |
| C14 | I | phosphodiester | cytidine |
| C15 | NH$_2$ | phosphodiester | cytidine |
| C16 | H | phosphodiester | cytidine |
| C17 | OH | phosphonoacetate | cytidine |
| C18 | OMe | phosphonoacetate | cytidine |
| C19 | F | phosphonoacetate | cytidine |
| C20 | Cl | phosphonoacetate | cytidine |
| C21 | Br | phosphonoacetate | cytidine |
| C22 | I | phosphonoacetate | cytidine |
| C23 | NH$_2$ | phosphonoacetate | cytidine |
| C24 | H | phosphonoacetate | cytidine |
| C25 | OH | thiophosphonoacetate | cytidine |
| C26 | OMe | thiophosphonoacetate | cytidine |
| C27 | F | thiophosphonoacetate | cytidine |
| C28 | Cl | thiophosphonoacetate | cytidine |
| C29 | Br | thiophosphonoacetate | cytidine |
| C30 | I | thiophosphonoacetate | cytidine |
| C31 | NH$_2$ | thiophosphonoacetate | cytidine |
| C32 | H | thiophosphonoacetate | cytidine |
| C33 | OH | phosphorothioate | cytidine |
| C34 | OMe | phosphorothioate | cytidine |
| C35 | F | phosphorothioate | cytidine |
| C36 | Cl | phosphorothioate | cytidine |
| C37 | Br | phosphorothioate | cytidine |
| C38 | I | phosphorothioate | cytidine |
| C39 | NH$_2$ | phosphorothioate | cytidine |
| C40 | H | phosphorothioate | cytidine |
| C41 | OH | phosphorodithioate | cytidine |
| C42 | OMe | phosphorodithioate | cytidine |
| C43 | F | phosphorodithioate | cytidine |
| C44 | Cl | phosphorodithioate | cytidine |
| C45 | Br | phosphorodithioate | cytidine |
| C46 | I | phosphorodithioate | cytidine |
| C47 | NH$_2$ | phosphorodithioate | cytidine |
| C48 | H | phosphorodithioate | cytidine |
| C49 | OH | methylphosphonate | cytidine |
| C50 | OMe | methylphosphonate | cytidine |
| C51 | F | methylphosphonate | cytidine |
| C52 | Cl | methylphosphonate | cytidine |
| C53 | Br | methylphosphonate | cytidine |
| C54 | I | methylphosphonate | cytidine |
| C55 | NH$_2$ | methylphosphonate | cytidine |
| C56 | H | methylphosphonate | cytidine |
| C57 | OH | boranophosphonate | cytidine |
| C58 | OMe | boranophosphonate | cytidine |
| C59 | F | boranophosphonate | cytidine |
| C60 | Cl | boranophosphonate | cytidine |
| C61 | Br | boranophosphonate | cytidine |
| C62 | I | boranophosphonate | cytidine |
| C63 | NH$_2$ | boranophosphonate | cytidine |
| C64 | H | boranophosphonate | cytidine |
| D1 | OH | OH | guanosine |
| D2 | OMe | OH | guanosine |
| D3 | F | OH | guanosine |
| D4 | Cl | OH | guanosine |
| D5 | Br | OH | guanosine |
| D6 | I | OH | guanosine |

Synthego EX1001.028

**15**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



| # | R₁ | R₂ | B |
|---|-----|-----|---|
| D7 | NH₂ | OH | guanosine |
| D8 | H | OH | guanosine |
| D9 | OH | phosphodiester | guanosine |
| D10 | OMe | phosphodiester | guanosine |
| D11 | F | phosphodiester | guanosine |
| D12 | Cl | phosphodiester | guanosine |
| D13 | Br | phosphodiester | guanosine |
| D14 | I | phosphodiester | guanosine |
| D15 | NH₂ | phosphodiester | guanosine |
| D16 | H | phosphodiester | guanosine |
| D17 | OH | phosphonoacetate | guanosine |
| D18 | OMe | phosphonoacetate | guanosine |
| D19 | F | phosphonoacetate | guanosine |
| D20 | Cl | phosphonoacetate | guanosine |
| D21 | Br | phosphonoacetate | guanosine |
| D22 | I | phosphonoacetate | guanosine |
| D23 | NH₂ | phosphonoacetate | guanosine |
| D24 | H | phosphonoacetate | guanosine |
| D25 | OH | thiophosphonoacetate | guanosine |
| D26 | OMe | thiophosphonoacetate | guanosine |
| D27 | F | thiophosphonoacetate | guanosine |
| D28 | Cl | thiophosphonoacetate | guanosine |
| D29 | Br | thiophosphonoacetate | guanosine |
| D30 | I | thiophosphonoacetate | guanosine |
| D31 | NH₂ | thiophosphonoacetate | guanosine |
| D32 | H | thiophosphonoacetate | guanosine |
| D33 | OH | phosphorothioate | guanosine |
| D34 | OMe | phosphorothioate | guanosine |
| D35 | F | phosphorothioate | guanosine |
| D36 | Cl | phosphorothioate | guanosine |
| D37 | Br | phosphorothioate | guanosine |
| D38 | I | phosphorothioate | guanosine |
| D39 | NH₂ | phosphorothioate | guanosine |
| D40 | H | phosphorothioate | guanosine |
| D41 | OH | phosphorodithioate | guanosine |
| D42 | OMe | phosphorodithioate | guanosine |
| D43 | F | phosphorodithioate | guanosine |
| D44 | Cl | phosphorodithioate | guanosine |
| D45 | Br | phosphorodithioate | guanosine |
| D46 | I | phosphorodithioate | guanosine |
| D47 | NH₂ | phosphorodithioate | guanosine |
| D48 | H | phosphorodithioate | guanosine |
| D49 | OH | methylphosphonate | guanosine |
| D50 | OMe | methylphosphonate | guanosine |
| D51 | F | methylphosphonate | guanosine |
| D52 | Cl | methylphosphonate | guanosine |
| D53 | Br | methylphosphonate | guanosine |
| D54 | I | methylphosphonate | guanosine |
| D55 | NH₂ | methylphosphonate | guanosine |
| D56 | H | methylphosphonate | guanosine |
| D57 | OH | boranophosphonate | guanosine |
| D58 | OMe | boranophosphonate | guanosine |
| D59 | F | boranophosphonate | guanosine |
| D60 | Cl | boranophosphonate | guanosine |
| D61 | Br | boranophosphonate | guanosine |
| D62 | I | boranophosphonate | guanosine |
| D63 | NH₂ | boranophosphonate | guanosine |
| D64 | H | boranophosphonate | guanosine |
| E1 | OH | OH | 2-thiouridine |
| E2 | OMe | OH | 2-thiouridine |
| E3 | F | OH | 2-thiouridine |
| E4 | Cl | OH | 2-thiouridine |
| E5 | Br | OH | 2-thiouridine |
| E6 | I | OH | 2-thiouridine |
| E7 | NH₂ | OH | 2-thiouridine |
| E8 | H | OH | 2-thiouridine |

**16**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



| # | R₁ | R₂ | B |
|---|-----|-----|---|
| E9 | OH | phosphodiester | 2-thiouridine |
| E10 | OMe | phosphodiester | 2-thiouridine |
| E11 | F | phosphodiester | 2-thiouridine |
| E12 | Cl | phosphodiester | 2-thiouridine |
| E13 | Br | phosphodiester | 2-thiouridine |
| E14 | I | phosphodiester | 2-thiouridine |
| E15 | NH₂ | phosphodiester | 2-thiouridine |
| E16 | H | phosphodiester | 2-thiouridine |
| E17 | OH | phosphonoacetate | 2-thiouridine |
| E18 | OMe | phosphonoacetate | 2-thiouridine |
| E19 | F | phosphonoacetate | 2-thiouridine |
| E20 | Cl | phosphonoacetate | 2-thiouridine |
| E21 | Br | phosphonoacetate | 2-thiouridine |
| E22 | I | phosphonoacetate | 2-thiouridine |
| E23 | NH₂ | phosphonoacetate | 2-thiouridine |
| E24 | H | phosphonoacetate | 2-thiouridine |
| E25 | OH | thiophosphonoacetate | 2-thiouridine |
| E26 | OMe | thiophosphonoacetate | 2-thiouridine |
| E27 | F | thiophosphonoacetate | 2-thiouridine |
| E28 | Cl | thiophosphonoacetate | 2-thiouridine |
| E29 | Br | thiophosphonoacetate | 2-thiouridine |
| E30 | I | thiophosphonoacetate | 2-thiouridine |
| E31 | NH₂ | thiophosphonoacetate | 2-thiouridine |
| E32 | H | thiophosphonoacetate | 2-thiouridine |
| E33 | OH | phosphorothioate | 2-thiouridine |
| E34 | OMe | phosphorothioate | 2-thiouridine |
| E35 | F | phosphorothioate | 2-thiouridine |
| E36 | Cl | phosphorothioate | 2-thiouridine |
| E37 | Br | phosphorothioate | 2-thiouridine |
| E38 | I | phosphorothioate | 2-thiouridine |
| E39 | NH₂ | phosphorothioate | 2-thiouridine |
| E40 | H | phosphorothioate | 2-thiouridine |
| E41 | OH | phosphorodithioate | 2-thiouridine |
| E42 | OMe | phosphorodithioate | 2-thiouridine |
| E43 | F | phosphorodithioate | 2-thiouridine |
| E44 | Cl | phosphorodithioate | 2-thiouridine |
| E45 | Br | phosphorodithioate | 2-thiouridine |
| E46 | I | phosphorodithioate | 2-thiouridine |
| E47 | NH₂ | phosphorodithioate | 2-thiouridine |
| E48 | H | phosphorodithioate | 2-thiouridine |
| E49 | OH | methylphosphonate | 2-thiouridine |
| E50 | OMe | methylphosphonate | 2-thiouridine |
| E51 | F | methylphosphonate | 2-thiouridine |
| E52 | Cl | methylphosphonate | 2-thiouridine |
| E53 | Br | methylphosphonate | 2-thiouridine |
| E54 | I | methylphosphonate | 2-thiouridine |
| E55 | NH₂ | methylphosphonate | 2-thiouridine |
| E56 | H | methylphosphonate | 2-thiouridine |
| E57 | OH | boranophosphonate | 2-thiouridine |
| E58 | OMe | boranophosphonate | 2-thiouridine |
| E59 | F | boranophosphonate | 2-thiouridine |
| E60 | Cl | boranophosphonate | 2-thiouridine |
| E61 | Br | boranophosphonate | 2-thiouridine |
| E62 | I | boranophosphonate | 2-thiouridine |
| E63 | NH₂ | boranophosphonate | 2-thiouridine |
| E64 | H | boranophosphonate | 2-thiouridine |
| F1 | OH | OH | 4-thiouridine |
| F2 | OMe | OH | 4-thiouridine |
| F3 | F | OH | 4-thiouridine |
| F4 | Cl | OH | 4-thiouridine |
| F5 | Br | OH | 4-thiouridine |
| F6 | I | OH | 4-thiouridine |
| F7 | NH₂ | OH | 4-thiouridine |
| F8 | H | OH | 4-thiouridine |
| F9 | OH | phosphodiester | 4-thiouridine |
| F10 | OMe | phosphodiester | 4-thiouridine |

Synthego EX1001.029

**17**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



| # | R₁ | R₂ | B |
|---|----|----|---|
| F11 | F | phosphodiester | 4-thiouridine |
| F12 | Cl | phosphodiester | 4-thiouridine |
| F13 | Br | phosphodiester | 4-thiouridine |
| F14 | I | phosphodiester | 4-thiouridine |
| F15 | NH₂ | phosphodiester | 4-thiouridine |
| F16 | H | phosphodiester | 4-thiouridine |
| F17 | OH | phosphonoacetate | 4-thiouridine |
| F18 | OMe | phosphonoacetate | 4-thiouridine |
| F19 | F | phosphonoacetate | 4-thiouridine |
| F20 | Cl | phosphonoacetate | 4-thiouridine |
| F21 | Br | phosphonoacetate | 4-thiouridine |
| F22 | I | phosphonoacetate | 4-thiouridine |
| F23 | NH₂ | phosphonoacetate | 4-thiouridine |
| F24 | H | phosphonoacetate | 4-thiouridine |
| F25 | OH | thiophosphonoacetate | 4-thiouridine |
| F26 | OMe | thiophosphonoacetate | 4-thiouridine |
| F27 | F | thiophosphonoacetate | 4-thiouridine |
| F28 | Cl | thiophosphonoacetate | 4-thiouridine |
| F29 | Br | thiophosphonoacetate | 4-thiouridine |
| F30 | I | thiophosphonoacetate | 4-thiouridine |
| F31 | NH₂ | thiophosphonoacetate | 4-thiouridine |
| F32 | H | thiophosphonoacetate | 4-thiouridine |
| F33 | OH | phosphorothioate | 4-thiouridine |
| F34 | OMe | phosphorothioate | 4-thiouridine |
| F35 | F | phosphorothioate | 4-thiouridine |
| F36 | Cl | phosphorothioate | 4-thiouridine |
| F37 | Br | phosphorothioate | 4-thiouridine |
| F38 | I | phosphorothioate | 4-thiouridine |
| F39 | NH₂ | phosphorothioate | 4-thiouridine |
| F40 | H | phosphorothioate | 4-thiouridine |
| F41 | OH | phosphorodithioate | 4-thiouridine |
| F42 | OMe | phosphorodithioate | 4-thiouridine |
| F43 | F | phosphorodithioate | 4-thiouridine |
| F44 | Cl | phosphorodithioate | 4-thiouridine |
| F45 | Br | phosphorodithioate | 4-thiouridine |
| F46 | I | phosphorodithioate | 4-thiouridine |
| F47 | NH₂ | phosphorodithioate | 4-thiouridine |
| F48 | H | phosphorodithioate | 4-thiouridine |
| F49 | OH | methylphosphonate | 4-thiouridine |
| F50 | OMe | methylphosphonate | 4-thiouridine |
| F51 | F | methylphosphonate | 4-thiouridine |
| F52 | Cl | methylphosphonate | 4-thiouridine |
| F53 | Br | methylphosphonate | 4-thiouridine |
| F54 | I | methylphosphonate | 4-thiouridine |
| F55 | NH₂ | methylphosphonate | 4-thiouridine |
| F56 | H | methylphosphonate | 4-thiouridine |
| F57 | OH | boranophosphonate | 4-thiouridine |
| F58 | OMe | boranophosphonate | 4-thiouridine |
| F59 | F | boranophosphonate | 4-thiouridine |
| F60 | Cl | boranophosphonate | 4-thiouridine |
| F61 | Br | boranophosphonate | 4-thiouridine |
| F62 | I | boranophosphonate | 4-thiouridine |
| F63 | NH₂ | boranophosphonate | 4-thiouridine |
| F64 | H | boranophosphonate | 4-thiouridine |
| G1 | OH | OH | 2-aminoadenosine |
| G2 | OMe | OH | 2-aminoadenosine |
| G3 | F | OH | 2-aminoadenosine |
| G4 | Cl | OH | 2-aminoadenosine |
| G5 | Br | OH | 2-aminoadenosine |
| G6 | I | OH | 2-aminoadenosine |
| G7 | NH₂ | OH | 2-aminoadenosine |
| G8 | H | OH | 2-aminoadenosine |
| G9 | OH | phosphodiester | 2-aminoadenosine |
| G10 | OMe | phosphodiester | 2-aminoadenosine |
| G11 | F | phosphodiester | 2-aminoadenosine |
| G12 | Cl | phosphodiester | 2-aminoadenosine |

**18**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



| # | R₁ | R₂ | B |
|---|----|----|---|
| G13 | Br | phosphodiester | 2-aminoadenosine |
| G14 | I | phosphodiester | 2-aminoadenosine |
| G15 | NH₂ | phosphodiester | 2-aminoadenosine |
| G16 | H | phosphodiester | 2-aminoadenosine |
| G17 | OH | phosphonoacetate | 2-aminoadenosine |
| G18 | OMe | phosphonoacetate | 2-aminoadenosine |
| G19 | F | phosphonoacetate | 2-aminoadenosine |
| G20 | Cl | phosphonoacetate | 2-aminoadenosine |
| G21 | Br | phosphonoacetate | 2-aminoadenosine |
| G22 | I | phosphonoacetate | 2-aminoadenosine |
| G23 | NH₂ | phosphonoacetate | 2-aminoadenosine |
| G24 | H | phosphonoacetate | 2-aminoadenosine |
| G25 | OH | thiophosphonoacetate | 2-aminoadenosine |
| G26 | OMe | thiophosphonoacetate | 2-aminoadenosine |
| G27 | F | thiophosphonoacetate | 2-aminoadenosine |
| G28 | Cl | thiophosphonoacetate | 2-aminoadenosine |
| G29 | Br | thiophosphonoacetate | 2-aminoadenosine |
| G30 | I | thiophosphonoacetate | 2-aminoadenosine |
| G31 | NH₂ | thiophosphonoacetate | 2-aminoadenosine |
| G32 | H | thiophosphonoacetate | 2-aminoadenosine |
| G33 | OH | phosphorothioate | 2-aminoadenosine |
| G34 | OMe | phosphorothioate | 2-aminoadenosine |
| G35 | F | phosphorothioate | 2-aminoadenosine |
| G36 | Cl | phosphorothioate | 2-aminoadenosine |
| G37 | Br | phosphorothioate | 2-aminoadenosine |
| G38 | I | phosphorothioate | 2-aminoadenosine |
| G39 | NH₂ | phosphorothioate | 2-aminoadenosine |
| G40 | H | phosphorothioate | 2-aminoadenosine |
| G41 | OH | phosphorodithioate | 2-aminoadenosine |
| G42 | OMe | phosphorodithioate | 2-aminoadenosine |
| G43 | F | phosphorodithioate | 2-aminoadenosine |
| G44 | Cl | phosphorodithioate | 2-aminoadenosine |
| G45 | Br | phosphorodithioate | 2-aminoadenosine |
| G46 | I | phosphorodithioate | 2-aminoadenosine |
| G47 | NH₂ | phosphorodithioate | 2-aminoadenosine |
| G48 | H | phosphorodithioate | 2-aminoadenosine |
| G49 | OH | methylphosphonate | 2-aminoadenosine |
| G50 | OMe | methylphosphonate | 2-aminoadenosine |
| G51 | F | methylphosphonate | 2-aminoadenosine |
| G52 | Cl | methylphosphonate | 2-aminoadenosine |
| G53 | Br | methylphosphonate | 2-aminoadenosine |
| G54 | I | methylphosphonate | 2-aminoadenosine |
| G55 | NH₂ | methylphosphonate | 2-aminoadenosine |
| G56 | H | methylphosphonate | 2-aminoadenosine |
| G57 | OH | boranophosphonate | 2-aminoadenosine |
| G58 | OMe | boranophosphonate | 2-aminoadenosine |
| G59 | F | boranophosphonate | 2-aminoadenosine |
| G60 | Cl | boranophosphonate | 2-aminoadenosine |
| G61 | Br | boranophosphonate | 2-aminoadenosine |
| G62 | I | boranophosphonate | 2-aminoadenosine |
| G63 | NH₂ | boranophosphonate | 2-aminoadenosine |
| G64 | H | boranophosphonate | 2-aminoadenosine |
| H1 | OH | OH | 7-deazaguanosine |
| H2 | OMe | OH | 7-deazaguanosine |
| H3 | F | OH | 7-deazaguanosine |
| H4 | Cl | OH | 7-deazaguanosine |
| H5 | Br | OH | 7-deazaguanosine |
| H6 | I | OH | 7-deazaguanosine |
| H7 | NH₂ | OH | 7-deazaguanosine |
| H8 | H | OH | 7-deazaguanosine |
| H9 | OH | phosphodiester | 7-deazaguanosine |
| H10 | OMe | phosphodiester | 7-deazaguanosine |
| H11 | F | phosphodiester | 7-deazaguanosine |
| H12 | Cl | phosphodiester | 7-deazaguanosine |
| H13 | Br | phosphodiester | 7-deazaguanosine |
| H14 | I | phosphodiester | 7-deazaguanosine |

Synthego EX1001.030

| 19 | 20 |
|---|---|
| TABLE 2-continued | TABLE 2-continued |

Exemplary modified nucleotides contained in a synthetic guide sequence.



| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| H15 | NH2 | phosphodiester | 7-deazaguanosine |
| H16 | H | phosphodiester | 7-deazaguanosine |
| H17 | OH | phosphonoacetate | 7-deazaguanosine |
| H18 | OMe | phosphonoacetate | 7-deazaguanosine |
| H19 | F | phosphonoacetate | 7-deazaguanosine |
| H20 | Cl | phosphonoacetate | 7-deazaguanosine |
| H21 | Br | phosphonoacetate | 7-deazaguanosine |
| H22 | I | phosphonoacetate | 7-deazaguanosine |
| H23 | NH2 | phosphonoacetate | 7-deazaguanosine |
| H24 | H | phosphonoacetate | 7-deazaguanosine |
| H25 | OH | thiophosphonoacetate | 7-deazaguanosine |
| H26 | OMe | thiophosphonoacetate | 7-deazaguanosine |
| H27 | F | thiophosphonoacetate | 7-deazaguanosine |
| H28 | Cl | thiophosphonoacetate | 7-deazaguanosine |
| H29 | Br | thiophosphonoacetate | 7-deazaguanosine |
| H30 | I | thiophosphonoacetate | 7-deazaguanosine |
| H31 | NH2 | thiophosphonoacetate | 7-deazaguanosine |
| H32 | H | thiophosphonoacetate | 7-deazaguanosine |
| H33 | OH | phosphorothioate | 7-deazaguanosine |
| H34 | OMe | phosphorothioate | 7-deazaguanosine |
| H35 | F | phosphorothioate | 7-deazaguanosine |
| H36 | Cl | phosphorothioate | 7-deazaguanosine |
| H37 | Br | phosphorothioate | 7-deazaguanosine |
| H38 | I | phosphorothioate | 7-deazaguanosine |
| H39 | NH2 | phosphorothioate | 7-deazaguanosine |
| H40 | H | phosphorothioate | 7-deazaguanosine |
| H41 | OH | phosphorodithioate | 7-deazaguanosine |
| H42 | OMe | phosphorodithioate | 7-deazaguanosine |
| H43 | F | phosphorodithioate | 7-deazaguanosine |
| H44 | Cl | phosphorodithioate | 7-deazaguanosine |
| H45 | Br | phosphorodithioate | 7-deazaguanosine |
| H46 | I | phosphorodithioate | 7-deazaguanosine |
| H47 | NH2 | phosphorodithioate | 7-deazaguanosine |
| H48 | H | phosphorodithioate | 7-deazaguanosine |
| H49 | OH | methylphosphonate | 7-deazaguanosine |
| H50 | OMe | methylphosphonate | 7-deazaguanosine |
| H51 | F | methylphosphonate | 7-deazaguanosine |
| H52 | Cl | methylphosphonate | 7-deazaguanosine |
| H53 | Br | methylphosphonate | 7-deazaguanosine |
| H54 | I | methylphosphonate | 7-deazaguanosine |
| H55 | NH2 | methylphosphonate | 7-deazaguanosine |
| H56 | H | methylphosphonate | 7-deazaguanosine |
| H57 | OH | boranophosphonate | 7-deazaguanosine |
| H58 | OMe | boranophosphonate | 7-deazaguanosine |
| H59 | F | boranophosphonate | 7-deazaguanosine |
| H60 | Cl | boranophosphonate | 7-deazaguanosine |
| H61 | Br | boranophosphonate | 7-deazaguanosine |
| H62 | I | boranophosphonate | 7-deazaguanosine |
| H63 | NH2 | boranophosphonate | 7-deazaguanosine |
| H64 | H | boranophosphonate | 7-deazaguanosine |
| I1 | OH | OH | inosine |
| I2 | OMe | OH | inosine |
| I3 | F | OH | inosine |
| I4 | Cl | OH | inosine |
| I5 | Br | OH | inosine |
| I6 | I | OH | inosine |
| I7 | NH2 | OH | inosine |
| I8 | H | OH | inosine |
| I9 | OH | phosphodiester | inosine |
| I10 | OMe | phosphodiester | inosine |
| I11 | F | phosphodiester | inosine |
| I12 | Cl | phosphodiester | inosine |
| I13 | Br | phosphodiester | inosine |
| I14 | I | phosphodiester | inosine |
| I15 | NH2 | phosphodiester | inosine |
| I16 | H | phosphodiester | inosine |
| I17 | OH | phosphonoacetate | inosine |
| I18 | OMe | phosphonoacetate | inosine |
| I19 | F | phosphonoacetate | inosine |
| I20 | Cl | phosphonoacetate | inosine |
| I21 | Br | phosphonoacetate | inosine |
| I22 | I | phosphonoacetate | inosine |
| I23 | NH2 | phosphonoacetate | inosine |
| I24 | H | phosphonoacetate | inosine |
| I25 | OH | thiophosphonoacetate | inosine |
| I26 | OMe | thiophosphonoacetate | inosine |
| I27 | F | thiophosphonoacetate | inosine |
| I28 | Cl | thiophosphonoacetate | inosine |
| I29 | Br | thiophosphonoacetate | inosine |
| I30 | I | thiophosphonoacetate | inosine |
| I31 | NH2 | thiophosphonoacetate | inosine |
| I32 | H | thiophosphonoacetate | inosine |
| I33 | OH | phosphorothioate | inosine |
| I34 | OMe | phosphorothioate | inosine |
| I35 | F | phosphorothioate | inosine |
| I36 | Cl | phosphorothioate | inosine |
| I37 | Br | phosphorothioate | inosine |
| I38 | I | phosphorothioate | inosine |
| I39 | NH2 | phosphorothioate | inosine |
| I40 | H | phosphorothioate | inosine |
| I41 | OH | phosphorodithioate | inosine |
| I42 | OMe | phosphorodithioate | inosine |
| I43 | F | phosphorodithioate | inosine |
| I44 | Cl | phosphorodithioate | inosine |
| I45 | Br | phosphorodithioate | inosine |
| I46 | I | phosphorodithioate | inosine |
| I47 | NH2 | phosphorodithioate | inosine |
| I48 | H | phosphorodithioate | inosine |
| I49 | OH | methylphosphonate | inosine |
| I50 | OMe | methylphosphonate | inosine |
| I51 | F | methylphosphonate | inosine |
| I52 | Cl | methylphosphonate | inosine |
| I53 | Br | methylphosphonate | inosine |
| I54 | I | methylphosphonate | inosine |
| I55 | NH2 | methylphosphonate | inosine |
| I56 | H | methylphosphonate | inosine |
| I57 | OH | boranophosphonate | inosine |
| I58 | OMe | boranophosphonate | inosine |
| I59 | F | boranophosphonate | inosine |
| I60 | Cl | boranophosphonate | inosine |
| I61 | Br | boranophosphonate | inosine |
| I62 | I | boranophosphonate | inosine |
| I63 | NH2 | boranophosphonate | inosine |
| I64 | H | boranophosphonate | inosine |
| J1 | OH | OH | 5-methylcytidine |
| J2 | OMe | OH | 5-methylcytidine |
| J3 | F | OH | 5-methylcytidine |
| J4 | Cl | OH | 5-methylcytidine |
| J5 | Br | OH | 5-methylcytidine |
| J6 | I | OH | 5-methylcytidine |
| J7 | NH2 | OH | 5-methylcytidine |
| J8 | H | OH | 5-methylcytidine |
| J9 | OH | phosphodiester | 5-methylcytidine |
| J10 | OMe | phosphodiester | 5-methylcytidine |
| J11 | F | phosphodiester | 5-methylcytidine |
| J12 | Cl | phosphodiester | 5-methylcytidine |
| J13 | Br | phosphodiester | 5-methylcytidine |
| J14 | I | phosphodiester | 5-methylcytidine |
| J15 | NH2 | phosphodiester | 5-methylcytidine |
| J16 | H | phosphodiester | 5-methylcytidine |
| J17 | OH | phosphonoacetate | 5-methylcytidine |
| J18 | OMe | phosphonoacetate | 5-methylcytidine |

**Synthego EX1001.031**

**21**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



| # | R$_1$ | R$_2$ | B |
|---|---|---|---|
| J19 | F | phosphonoacetate | 5-methylcytidine |
| J20 | Cl | phosphonoacetate | 5-methylcytidine |
| J21 | Br | phosphonoacetate | 5-methylcytidine |
| J22 | I | phosphonoacetate | 5-methylcytidine |
| J23 | NH$_2$ | phosphonoacetate | 5-methylcytidine |
| J24 | H | phosphonoacetate | 5-methylcytidine |
| J25 | OH | thiophosphonoacetate | 5-methylcytidine |
| J26 | OMe | thiophosphonoacetate | 5-methylcytidine |
| J27 | F | thiophosphonoacetate | 5-methylcytidine |
| J28 | Cl | thiophosphonoacetate | 5-methylcytidine |
| J29 | Br | thiophosphonoacetate | 5-methylcytidine |
| J30 | I | thiophosphonoacetate | 5-methylcytidine |
| J31 | NH$_2$ | thiophosphonoacetate | 5-methylcytidine |
| J32 | H | thiophosphonoacetate | 5-methylcytidine |
| J33 | OH | phosphorothioate | 5-methylcytidine |
| J34 | OMe | phosphorothioate | 5-methylcytidine |
| J35 | F | phosphorothioate | 5-methylcytidine |
| J36 | Cl | phosphorothioate | 5-methylcytidine |
| J37 | Br | phosphorothioate | 5-methylcytidine |
| J38 | I | phosphorothioate | 5-methylcytidine |
| J39 | NH$_2$ | phosphorothioate | 5-methylcytidine |
| J40 | H | phosphorothioate | 5-methylcytidine |
| J41 | OH | phosphorodithioate | 5-methylcytidine |
| J42 | OMe | phosphorodithioate | 5-methylcytidine |
| J43 | F | phosphorodithioate | 5-methylcytidine |
| J44 | Cl | phosphorodithioate | 5-methylcytidine |
| J45 | Br | phosphorodithioate | 5-methylcytidine |
| J46 | I | phosphorodithioate | 5-methylcytidine |
| J47 | NH$_2$ | phosphorodithioate | 5-methylcytidine |
| J48 | H | phosphorodithioate | 5-methylcytidine |
| J49 | OH | methylphosphonate | 5-methylcytidine |
| J50 | OMe | methylphosphonate | 5-methylcytidine |
| J51 | F | methylphosphonate | 5-methylcytidine |
| J52 | Cl | methylphosphonate | 5-methylcytidine |
| J53 | Br | methylphosphonate | 5-methylcytidine |
| J54 | I | methylphosphonate | 5-methylcytidine |
| J55 | NH$_2$ | methylphosphonate | 5-methylcytidine |
| J56 | H | methylphosphonate | 5-methylcytidine |
| J57 | OH | boranophosphonate | 5-methylcytidine |
| J58 | OMe | boranophosphonate | 5-methylcytidine |
| J59 | F | boranophosphonate | 5-methylcytidine |
| J60 | Cl | boranophosphonate | 5-methylcytidine |
| J61 | Br | boranophosphonate | 5-methylcytidine |
| J62 | I | boranophosphonate | 5-methylcytidine |
| J63 | NH$_2$ | boranophosphonate | 5-methylcytidine |
| J64 | H | boranophosphonate | 5-methylcytidine |
| K1 | OH | OH | 5-aminoallyluridine |
| K2 | OMe | OH | 5-aminoallyluridine |
| K3 | F | OH | 5-aminoallyluridine |
| K4 | Cl | OH | 5-aminoallyluridine |
| K5 | Br | OH | 5-aminoallyluridine |
| K6 | I | OH | 5-aminoallyluridine |
| K7 | NH$_2$ | OH | 5-aminoallyluridine |
| K8 | H | OH | 5-aminoallyluridine |
| K9 | OH | phosphodiester | 5-aminoallyluridine |
| K10 | OMe | phosphodiester | 5-aminoallyluridine |
| K11 | F | phosphodiester | 5-aminoallyluridine |
| K12 | Cl | phosphodiester | 5-aminoallyluridine |
| K13 | Br | phosphodiester | 5-aminoallyluridine |
| K14 | I | phosphodiester | 5-aminoallyluridine |
| K15 | NH$_2$ | phosphodiester | 5-aminoallyluridine |
| K16 | H | phosphodiester | 5-aminoallyluridine |
| K17 | OH | phosphonoacetate | 5-aminoallyluridine |
| K18 | OMe | phosphonoacetate | 5-aminoallyluridine |
| K19 | F | phosphonoacetate | 5-aminoallyluridine |
| K20 | Cl | phosphonoacetate | 5-aminoallyluridine |

**22**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



| # | R$_1$ | R$_2$ | B |
|---|---|---|---|
| K21 | Br | phosphonoacetate | 5-aminoallyluridine |
| K22 | I | phosphonoacetate | 5-aminoallyluridine |
| K23 | NH$_2$ | phosphonoacetate | 5-aminoallyluridine |
| K24 | H | phosphonoacetate | 5-aminoallyluridine |
| K25 | OH | thiophosphonoacetate | 5-aminoallyluridine |
| K26 | OMe | thiophosphonoacetate | 5-aminoallyluridine |
| K27 | F | thiophosphonoacetate | 5-aminoallyluridine |
| K28 | Cl | thiophosphonoacetate | 5-aminoallyluridine |
| K29 | Br | thiophosphonoacetate | 5-aminoallyluridine |
| K30 | I | thiophosphonoacetate | 5-aminoallyluridine |
| K31 | NH$_2$ | thiophosphonoacetate | 5-aminoallyluridine |
| K32 | H | thiophosphonoacetate | 5-aminoallyluridine |
| K33 | OH | phosphorothioate | 5-aminoallyluridine |
| K34 | OMe | phosphorothioate | 5-aminoallyluridine |
| K35 | F | phosphorothioate | 5-aminoallyluridine |
| K36 | Cl | phosphorothioate | 5-aminoallyluridine |
| K37 | Br | phosphorothioate | 5-aminoallyluridine |
| K38 | I | phosphorothioate | 5-aminoallyluridine |
| K39 | NH$_2$ | phosphorothioate | 5-aminoallyluridine |
| K40 | H | phosphorothioate | 5-aminoallyluridine |
| K41 | OH | phosphorodithioate | 5-aminoallyluridine |
| K42 | OMe | phosphorodithioate | 5-aminoallyluridine |
| K43 | F | phosphorodithioate | 5-aminoallyluridine |
| K44 | Cl | phosphorodithioate | 5-aminoallyluridine |
| K45 | Br | phosphorodithioate | 5-aminoallyluridine |
| K46 | I | phosphorodithioate | 5-aminoallyluridine |
| K47 | NH$_2$ | phosphorodithioate | 5-aminoallyluridine |
| K48 | H | phosphorodithioate | 5-aminoallyluridine |
| K49 | OH | methylphosphonate | 5-aminoallyluridine |
| K50 | OMe | methylphosphonate | 5-aminoallyluridine |
| K51 | F | methylphosphonate | 5-aminoallyluridine |
| K52 | Cl | methylphosphonate | 5-aminoallyluridine |
| K53 | Br | methylphosphonate | 5-aminoallyluridine |
| K54 | I | methylphosphonate | 5-aminoallyluridine |
| K55 | NH$_2$ | methylphosphonate | 5-aminoallyluridine |
| K56 | H | methylphosphonate | 5-aminoallyluridine |
| K57 | OH | boranophosphonate | 5-aminoallyluridine |
| K58 | OMe | boranophosphonate | 5-aminoallyluridine |
| K59 | F | boranophosphonate | 5-aminoallyluridine |
| K60 | Cl | boranophosphonate | 5-aminoallyluridine |
| K61 | Br | boranophosphonate | 5-aminoallyluridine |
| K62 | I | boranophosphonate | 5-aminoallyluridine |
| K63 | NH$_2$ | boranophosphonate | 5-aminoallyluridine |
| K64 | H | boranophosphonate | 5-aminoallyluridine |
| L1 | OH | OH | 5-methyluridine |
| L2 | OMe | OH | 5-methyluridine |
| L3 | F | OH | 5-methyluridine |
| L4 | Cl | OH | 5-methyluridine |
| L5 | Br | OH | 5-methyluridine |
| L6 | I | OH | 5-methyluridine |
| L7 | NH$_2$ | OH | 5-methyluridine |
| L8 | H | OH | 5-methyluridine |
| L9 | OH | phosphodiester | 5-methyluridine |
| L10 | OMe | phosphodiester | 5-methyluridine |
| L11 | F | phosphodiester | 5-methyluridine |
| L12 | Cl | phosphodiester | 5-methyluridine |
| L13 | Br | phosphodiester | 5-methyluridine |
| L14 | I | phosphodiester | 5-methyluridine |
| L15 | NH$_2$ | phosphodiester | 5-methyluridine |
| L16 | H | phosphodiester | 5-methyluridine |
| L17 | OH | phosphonoacetate | 5-methyluridine |
| L18 | OMe | phosphonoacetate | 5-methyluridine |
| L19 | F | phosphonoacetate | 5-methyluridine |
| L20 | Cl | phosphonoacetate | 5-methyluridine |
| L21 | Br | phosphonoacetate | 5-methyluridine |
| L22 | I | phosphonoacetate | 5-methyluridine |

**Synthego EX1001.032**

23

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| L23 | $NH_2$ | phosphonoacetate | 5-methyluridine |
| L24 | H | phosphonoacetate | 5-methyluridine |
| L25 | OH | thiophosphonoacetate | 5-methyluridine |
| L26 | OMe | thiophosphonoacetate | 5-methyluridine |
| L27 | F | thiophosphonoacetate | 5-methyluridine |
| L28 | Cl | thiophosphonoacetate | 5-methyluridine |
| L29 | Br | thiophosphonoacetate | 5-methyluridine |
| L30 | I | thiophosphonoacetate | 5-methyluridine |
| L31 | $NH_2$ | thiophosphonoacetate | 5-methyluridine |
| L32 | H | thiophosphonoacetate | 5-methyluridine |
| L33 | OH | phosphorothioate | 5-methyluridine |
| L34 | OMe | phosphorothioate | 5-methyluridine |
| L35 | F | phosphorothioate | 5-methyluridine |
| L36 | Cl | phosphorothioate | 5-methyluridine |
| L37 | Br | phosphorothioate | 5-methyluridine |
| L38 | I | phosphorothioate | 5-methyluridine |
| L39 | $NH_2$ | phosphorothioate | 5-methyluridine |
| L40 | H | phosphorothioate | 5-methyluridine |
| L41 | OH | phosphorodithioate | 5-methyluridine |
| L42 | OMe | phosphorodithioate | 5-methyluridine |
| L43 | F | phosphorodithioate | 5-methyluridine |
| L44 | Cl | phosphorodithioate | 5-methyluridine |
| L45 | Br | phosphorodithioate | 5-methyluridine |
| L46 | I | phosphorodithioate | 5-methyluridine |
| L47 | $NH_2$ | phosphorodithioate | 5-methyluridine |
| L48 | H | phosphorodithioate | 5-methyluridine |
| L49 | OH | methylphosphonate | 5-methyluridine |
| L50 | OMe | methylphosphonate | 5-methyluridine |
| L51 | F | methylphosphonate | 5-methyluridine |
| L52 | Cl | methylphosphonate | 5-methyluridine |
| L53 | Br | methylphosphonate | 5-methyluridine |
| L54 | I | methylphosphonate | 5-methyluridine |
| L55 | $NH_2$ | methylphosphonate | 5-methyluridine |
| L56 | H | methylphosphonate | 5-methyluridine |
| L57 | OH | boranophosphonate | 5-methyluridine |
| L58 | OMe | boranophosphonate | 5-methyluridine |
| L59 | F | boranophosphonate | 5-methyluridine |
| L60 | Cl | boranophosphonate | 5-methyluridine |
| L61 | Br | boranophosphonate | 5-methyluridine |
| L62 | I | boranophosphonate | 5-methyluridine |
| L63 | $NH_2$ | boranophosphonate | 5-methyluridine |
| L64 | H | boranophosphonate | 5-methyluridine |

$R_1$ = OH or 2'modificaiton
$R_2$ = OH or internucleotide linkage
B = base

As described herein, certain unnatural base pairs (e.g., isoG and isoC, Z base and P base; see Zhang et al. (2015) *J. Am. Chem. Soc.*) may be advantageous for affecting the thermostability of the guide RNA secondary structure. These modifications can be used to prevent misfolding of the guide RNA scaffold with other domains of a guide RNA sequence.

Recent guide RNA:Cas9 protein structural information (FIG. **10**, as reported in Jiang et al. 2015, *Science*) and in vivo/in vitro functional mutation studies (see, e.g., Briner et al. 2014, *Mol. Cell*, 56, 333-9) indicate that the guide RNA scaffold is predominantly structurally conserved. This reinforces the importance of correct folding of the conserved domain of guide RNAs for functionality with Cas9. FIG. **10** shows the guide RNA scaffold secondary structure, displaying interactions with amino acids of Cas9. Most of the guide RNA nitrogenous bases are not involved in binding interactions with Cas9 protein.

24

The flanking sequences of the sgRNA scaffold increase the likelihood of misfolding and hence misfunction. The 20 nt guide targeting sequence, 5' of the scaffold region, is user-specified for each target, thus the likelihood of misfolding is variable or target-specific. Also, many emerging CRISPR-Cas applications append functional sequences 3' of the scaffold, such as CRISPRdisplay (Schechner et al., *Nat. Methods* 2015) and CRISPR-i/-a (Chen et al., *Cell* 2013), which are riboswitches or aptamers that also need to correctly and independently fold to function properly. To ensure that each of the functional domains (i.e. targeting guide, scaffold, aptamer) of a given sgRNA folds in a modular, independent manner, the structurally conserved scaffold base pairs can be substituted with unnatural, orthogonal base pairs (e.g., isoG and isoC; Z base and P base), and in some embodiments, substituted exclusively with unnatural, orthogonal base pairs, this ensures that the sgRNA scaffold sequences will not stably interact in a secondary structure with elements of the target-pairing guide sequence or other non-native domains incorporated in the guide RNA such as any aptamer sequences or any non-native 5' or 3' overhangs on the guide RNA. Alternatively, the unnatural, orthogonal base pairs mentioned above could be incorporated in any non-native overhangs or aptamers that may be present, thus to prevent secondary structures involving misfolding of the scaffold sequence(s).

B. Guide RNA with at Least One Modification

In one aspect, the present technology provides a guide RNA having at least one modification, constituting a modified gRNA.

In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified nucleotides. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified nucleotides. In certain embodiments, all nucleotides are modified. In certain embodiments, all the modifications are the same. In certain embodiments, all the modified nucleotides have the same type of modification. In certain embodiments, the modified gRNA comprises a combination of differently modified nucleotides. In certain embodiments, the modified gRNA comprises two or more modified nucleotides. In certain embodiments, the modified gRNA comprises three or more modified nucleotides. In certain embodiments, the modified nucleotides are arranged contiguously. In certain embodiments, the modified gRNA comprises at least one contiguous stretch of modified nucleotides. In certain embodiments, the modified gRNA comprises a contiguous stretch of at least 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified nucleotides. Each modified nucleotide may independently comprise one or more types of modifications. In certain embodiments, no modified nucleotides are contiguous, or some but not all are contiguous, in the sequence of the modified gRNA.

In certain embodiments, the modification is within the 5' portion of the guide RNA. In certain embodiments, the modification is within the first five (5) nucleotides of the 5' portion of the guide RNA. In certain embodiments, the modification is within the first three (3) nucleotides of the 5' portion of the guide RNA. In certain embodiments, the modification is within the 3' portion of the guide RNA. In

Synthego EX1001.033

certain embodiments, the modification is within the last five (5) nucleotides of the 3' portion of the guide RNA. In certain embodiments, the modification is within the last three (3) nucleotides of the 3' portion of the guide RNA. In certain embodiments, the modification is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA.

In certain embodiments, the modification is incorporated in the 5' portion or the 3' portion of the guide RNA, particularly within the first 5 or 10 nucleotides of the 5' portion or within the last 5 or 10 nucleotides of the 3' portion to, for example, protect the RNA from degradation by nucleases or for other purposes. In some other embodiments, the modification is in both the 5' portion and the 3' portion of the guide RNA, particularly within the first 5 or 10 nucleotides of the 5' portion and within the last 5 or 10 nucleotides of the 3' portion to, for example, protect the RNA from degradation by nucleases or for other purposes. In certain embodiments, more than one type of modification is present in both the 5' portion and the 3' portion of the guide RNA. In certain embodiments, the modifications are located at the 5' end, at the 3' end, and within the internal sequence of the guide RNA. In certain embodiments, a guide RNA comprises 40 or fewer, alternatively 20 or fewer, alternatively 15 or fewer, alternatively 10 or fewer, alternatively 5 or fewer, alternatively 3 or fewer deoxyribonucleotide residues in the 5' or 3' portion of the guide RNA.

In certain embodiments, the modification is within the crRNA segment of the guide RNA. In certain embodiments, the modification is within the guide sequence of the guide RNA. In certain embodiments, the modification is within the first five (5) nucleotides of the crRNA segment. In certain embodiments, the modification is within the first three (3) nucleotides of the crRNA segment. In certain embodiments, the modification is within a 5'-overhang on the crRNA segment. In certain embodiments, the modification is within the tracrRNA segment of the guide RNA. In certain embodiments, the modification is within the last five (5) nucleotides of the tracrRNA segment of the guide RNA. In certain embodiments, the modification is within the last three (3) nucleotides of the tracrRNA segment of the guide RNA. In certain embodiments, when the guide RNA is a single guide RNA, the modification is located within the loop of the guide RNA. In certain embodiments, one or more modifications is within the loop L region. In certain embodiments, the modification comprises a dye, a non-fluorescent label, or a tag conjugated to a linker incorporated between two nucleotides as described above, for example by conjugation to a 2-(3-(dye/label/tag-amido)propanamido)propane-1,3-diol bis(phosphodiester) linker or to a modified base of a nucleotide m the loop or L region.

In certain embodiments, the modification comprises an end modification, such as a 5' end modification or a 3' end modification. Examples of end modifications include, but are not limited to phosphorylation (as natural phosphate or polyphosphate or as modified phosphonate groups such as for example, alkylphosphonate, phosphonocarboxylate, phosphonoacetate, boranophosphonate, phosphorothioate, phosphorodithioate and the like), biotinylation, conjugating or conjugated molecules, linkers, dyes, labels, tags, functional groups (such as for example but not limited to 5'-amino, 5'-thio, 5'-amido, 5' carboxy and the like), inverted linkages, or hydrocarbon moieties which may comprise ether, polyethylene glycol (PEG), ester, hydroxyl, aryl, halo, phosphodiester, bicyclic, heterocyclic or other organic functional group. In certain embodiments, the end modification comprises dimethoxytrityl.

In certain embodiments, the modification comprises a modified base. As used herein, "unmodified" bases include the purine bases adenine (A) and guanine (G), and the pyrimidine bases thymine (T), cytosine (C) and uracil (U). Examples of modified bases include, but are not limited to, synthetic and natural bases such as 2-thioU, 2-thioG, 4-thioU, 6-thioG, 2-aminoA, 2-aminoP, pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-methylC, 5-methylU, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allylU, 5-allylC, 5-aminoallyl-uracil, and 5-aminoallyl-cytosine. In certain embodiments, the modification comprises an abasic nucleotide. In certain embodiments, the modification comprises a nonstandard purine or pyrimidine structure, such as Z or P, isoC or isoG, UNA, 5-methylpyrymidine, x(A,G,C,T) or y(A,G,C,T). In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified bases. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified bases. In certain embodiments, all bases in a gRNA are modified.

In certain embodiments, the modification comprises a modified sugar. Examples of modified sugars include, but are not limited to, sugars having modifications, at the 21 position or modifications at the 4' position. For example, in certain embodiments, the sugar comprises 2'-O—C$_{1-4}$alkyl, such as 2'-O-methyl (2'-OMe). In certain embodiments, the sugar comprises 2'-O—C$_{1-3}$alkyl-O—C$_{1-3}$alkyl, such as 2'-methoxyethoxy (2'-O—CH$_2$CH$_2$OCH$_3$) also known as 2'-O-(2-methoxyethyl) or 2'-MOE. In certain embodiments, the sugar comprises 2'-halo, such as 2'-F, 2'-Br, 2'-Cl, or 2'-I. In certain embodiments, the sugar comprises 2'-NH$_2$. In certain embodiments, the sugar comprises 2'-H (e.g., a deoxynucleotide). In certain embodiments, the sugar comprises 2'-arabino or 2'-F-arabino. In certain embodiments, the sugar comprises 2'-LNA or 2'-ULNA. In certain embodiments, the sugar comprises a 4'-thioribosyl. In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified sugars. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified sugars. In certain embodiments, all sugars in a gRNA are modified.

In certain embodiments, the modification comprises a modified backbone (i.e., an internucleotide linkage other than a natural phosphodiester). Examples of modified internucleotide linkages include, but are not limited to a phosphorothioate internucleotide linkage, a phosphorodithioate internucleotide linkage, a phosphorothioate internucleotide linkage, a boranophosphonate internucleotide linkage, a C$_{1-4}$alkyl phosphonate internucleotide linkage such as a methylphosphonate internucleotide linkage, a boranophosphonate internucleotide linkage, a phosphonocarboxylate internucleotide linkage such as a phosphonoacetate internucleotide linkage, a phosphonocarboxylate ester internucleotide linkage such as a phosphonoacetate ester internucleotide linkage, a thiophosphonocarboxylate internucleotide linkage such as for example a thiophosphonoacetate internucleotide linkage, a thiophosphonocarboxylate ester internucleotide linkage such as a thiophosphonoacetate ester internucleotide linkage. Various salts, mixed salts and

Synthego EX1001.034

free acid forms are also included. In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified internucleotide linkages. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified internucleotide linkages. In certain embodiments, all internucleotide linkages in a gRNA are modified.

In certain embodiments, the modification is a 2'-O—C$_{1-}$$_3$alkyl, 2'-H, 2'-O—C$_{1-3}$alkyl-O—C$_{1-3}$alkyl, 2'-F, 2'-NH$_2$, 2'-arabino, 2'-F-arabino, 2'-LNA, 2'-ULNA, 4'-thioribosyl, 2-thioU, 2-thioC, 4-thioU, 6-thioG, 2-aminoA, 2-aminoP, pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-MeC, 5-MeU, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allylU, 5-allylC, 5-aminoallyl-uracil, 5-aminoallyl-cytosine, an abasic nucleotide, Z, P, UNA, isoC, isoG, 5-methyl-pyrimidine, x(A,G,C,T), y(A,G,C,T), a 3'-phosphorothioate group, a 3'-phosphonoacetate group, a 3'-phosphonoacetate ester-group, a 3'-thiophosphonoacetate group, a 3'-thiophosphonoacetate ester group, a 3'-methylphosphonate group, a 3'-boranophosphonate group, a 3'-phosphorodithioate group, or combinations thereof.

In certain embodiments, the modified nucleotide comprises a 2'-O-methyl-3'-phosphorothioate. In certain embodiments, the modified nucleotide comprises a 2'-O-methyl-3'-phosphonoacetate. In certain embodiments, the modified nucleotide comprises a 2'-O-methyl-3'-thiophosphonoacetate. In certain embodiments, the modified nucleotide comprises a Z base. In certain embodiments, the modified nucleotide comprises a 2'-halo-3'-phosphorothioate. In certain embodiments, the modified nucleotide comprises a 2'-halo-3'-phosphonoacetate. In certain embodiments, the modified nucleotide comprises a 2'-halo-3'-thiophosphonoacetate. In certain embodiments, the modified nucleotide comprises a 2'-fluoro-3'-phosphorothioate. In certain embodiments, the modified nucleotide comprises a 2'-fluoro-3'-phosphonoacetate. In certain embodiments, the modified nucleotide comprises a 2'-fluoro-3'-thiophosphonoacetate.

In certain embodiments, the guide RNA comprises an oligonucleotide represented by Formula (I):

W-Y or Y-W  (I)

wherein W represents a nucleotide or a stretch of nucleotides of the oligonucleotide comprising at least one modification and Y represents an unmodified portion of the oligonucleotide.

In certain embodiments, W is within the 5' portion of the guide RNA. In certain embodiments, W is at least partially within the first five (5) nucleotides of the 5' portion of the guide RNA. In certain embodiments, W is at least partially within the first three (3) nucleotides of the 5' portion of the guide RNA. In certain embodiments, W is within the 3' portion of the guide RNA. In certain embodiments, W is at least partially within the last five (5) nucleotides of the 3' portion of the guide RNA. In certain embodiments, W is at least partially within the last three (3) nucleotides of the 3' portion of the guide RNA. In certain embodiments, W is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA.

In certain embodiments, W comprises an end modification, such as a 5' end modification or a 3' end modification

as described above. In certain embodiments, the end modification comprises dimethoxytrityl.

In certain embodiments, W comprises a modified base as described above. In certain embodiments, W comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified bases. In other embodiments, W comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified bases. In certain embodiments, all bases in a gRNA are modified.

In certain embodiments, W comprises a modified sugar as described above. In certain embodiments, W comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified sugars. In other embodiments, W comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified sugars. In certain embodiments, all sugars in a gRNA are modified.

In certain embodiments, W comprises a modified backbone (i.e., an internucleotide linkage other than a phosphodiester) as described above. In certain embodiments, W comprises more than one, such as 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified internucleotide linkages. In other embodiments, W comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified internucleotide linkages. In certain embodiments, all internucleotide linkages in a gRNA are modified.

In certain embodiments, W comprises a 2'-O—C$_{1-4}$alkyl, 2'-H, 2'-O—C$_{1-3}$alkyl-O—C$_{1-3}$alkyl, 2'-F, 2'-NH$_2$, 2'-arabino, 2'-F-arabino, 2'-LNA, 2'-ULNA, 4'-thioribosyl, 2-thioU, 2-thioC, 4-thioU, 6-thioG, 2-aminoA, 2-aminoP, pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-MeC, 5-MeU, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allylU, 5-allylC, 5-aminoallyl-uracil, 5-aminoallyl-cytosine, abasic nucleotides, Z, P, UNA, isoC, isoG, 5-methyl-pyrimidine, x(A,G,C,T), y(A,G,C,T), a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a phosphonoacetate ester internucleotide linkage, a thiophosphonoacetate internucleotide linkage, a thiophosphonoacetate ester internucleotide linkage a methylphosphonate internucleotide linkage, a boranophosphonate internucleotide linkage, a phosphorodithioate internucleotide linkage, or combinations thereof.

In certain embodiments, W comprises a 2'-O-methyl and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, W comprises a 2'-O-methyl and a 3'-phosphonoacetate group on the same nucleotide. In certain embodiments, W comprises a 2'-O-methyl and 3'-thiophosphonoacetate group on the same nucleotide. In certain embodiments, W comprises a 2'-F and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, W comprises 2'-F and a 3'-phosphonoacetate group on the same nucleotide. In certain embodiments, W comprises a 2'-F and 3'-thiophosphonoacetate group on the same nucleotide.

In certain embodiments, W comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 modified nucleotides. In certain embodiments, each of the modified nucleotides comprises the same modification. In certain embodiments, W comprises a combination of variously modified nucleotides. In certain embodiments, W comprises

**Synthego EX1001.035**

two or more modified nucleotides. In certain embodiments, W comprises three or more modified nucleotides. In certain embodiments, the modified nucleotides are not arranged contiguously in the sequence, or at least not entirely, as one or more unmodified nucleotides may intercede. In certain embodiments, the modified nucleotides are arranged contiguously. In certain embodiments, W comprises at least one contiguous stretch of modified nucleotides. In certain embodiments, W comprises a contiguous stretch of at least three (3) modified nucleotides. In certain embodiments, W comprises a contiguous stretch of at least four (4) modified nucleotides. In certain embodiments, W comprises a contiguous stretch of at least five (5) modified nucleotides.

In certain embodiments, the guide RNA comprises an oligonucleotide represented by Formula (II):

$$M_m N_n \qquad \qquad (II)$$

wherein each N independently represents an unmodified ribonucleotide;

wherein each M represents a modified nucleotide and is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 3'-P(S) ribonucleotide, a 3'-PACE ribonucleotide, a 3'-thioPACE ribonucleotide, a 2'-O-methyl-3'-P(S)-ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, a Z nucleotide, and a 2'-deoxynucleotide;

wherein each M is at any position of the sequence of the guide RNA;

wherein any given M is the same or different from any other M, and any given N is the same or different from any other N; and

wherein each of m and n are independently selected from an integer between 0 and 219, provided that $50 < m+n \le 220$, and m is not 0.

In some embodiments, $m+n < 150$.

In certain embodiments, each M is modified with one or more moieties independently selected from the group consisting of 2'-F, 2-thiouracil, 4-thiouracil, 2-aminoadenine, hypoxanthine, 5-methylcytosine, 5-methyluracil, 5-allylaminouracil, squarate linkage, a triazolo linkage, and a 2-(4-butylamidofluorescein)propane-1,3-diol bis(phosphodiester) linkage. In some embodiments, M comprises a dye attached through a linker.

In certain embodiments, each M is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M is independently selected from the group consisting of a 2'-O-methyl-3'-PACE ribonucleotide and a 2'-O-methyl-3'-thioPACE ribonucleotide.

In certain embodiments, where m>1, any given M is the same or different from any other M. In certain embodiments, where m>1, each M has the same modification.

In certain embodiments, each M is a 2'-O-methyl-3'-PACE ribonucleotide, m is selected from an integer between 1 and 10, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided $50 < m+n \le 150$. In certain embodiments, each M is a 2'-O-methyl-3'-PACE ribonucleotide, m is selected from an integer between 1 and 5, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided $50 < m+n \le 150$. In certain embodiments, each M is a 2'-O-methyl-3'-PACE ribonucleotide, m is selected from an integer between 2 and 5, each N is independently selected from the group consisting of A,

U, C, and G, and n is selected from an integer between 1 and 148, provided $50 < m+n \le 150$. In certain embodiments, m is 1. In certain embodiments, m is 2. In certain embodiments, m is 3. In certain embodiments, m is 4. In certain embodiments, m is 5.

In certain embodiments, each M is a 2'-O-methyl-3'-thioPACE ribonucleotide, m is selected from an integer between 1 and 10, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided $50 < m+n \le 150$. In certain embodiments, each M is a 2'-O-methyl-3'-thioPACE ribonucleotide, m is selected from an integer between 1 and 5, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided $50 < m+n \le 150$. In certain embodiments, each M is a 2'-O-methyl-3'-thioPACE ribonucleotide, m is selected from an integer between 2 and 5, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 148, provided $50 < m+n \le 150$. In certain embodiments, m is 1. In certain embodiments, m is 2. In certain embodiments, m is 3. In certain embodiments, m is 4. In certain embodiments, m is 5.

In certain embodiments, each M is a 2'-O-methyl ribonucleotide, m is selected from an integer between 1 and 40, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided $50 < m+n \le 150$. In certain embodiments, each M is a 2'-O-methyl ribonucleotide, m is selected from an integer between 1 and 25, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided $50 < m+n \le 150$. In certain embodiments, each M is a 2'-O-methyl ribonucleotide, m is selected from an integer between 1 and 20, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided $50 < m+n \le 150$. In certain embodiments, m is 1. In certain embodiments, m is 2. In certain embodiments, m is 3. In certain embodiments, m is 4. In certain embodiments, m is 5. In certain embodiments, m is 10. In certain embodiments, m is 15. In certain embodiments, m is 20. In certain embodiments, m is 30. In certain embodiments, m is 40.

In certain embodiments, each M is a 2'-deoxynucleotide, m is selected from an integer between 1 and 30, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided $50 < m+n \le 150$. In certain embodiments, each M is 2'-deoxynucleotide, m is selected from an integer between 1 and 20, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided $50 < m+n \le 150$. In certain embodiments, m is 5. In certain embodiments, m is 10. In certain embodiments, m is 15. In certain embodiments, m is 20. In certain embodiments, m is 30.

In certain embodiments, each M is a 2'-O-methyl-3'-P(S) ribonucleotide, m is selected from an integer between 1 and 10, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided $50 < m+n \le 150$. In certain embodiments, each M is a 2'-O-methyl-3'-P(S) ribonucleotide, m is selected from an integer between 1 and 5, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided $50 < m+n \le 150$. In certain embodiments, m is 1.

Synthego EX1001.036

In certain embodiments, m is 2. In certain embodiments, m is 3. In certain embodiments, m is 4. In certain embodiments, m is 5.

In certain embodiments, each M is a Z nucleotide, m is selected from an integer between 1 and 10, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, each M is a Z nucleotide, m is selected from an integer between 1 and 5, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, m is 1. In certain embodiments, m is 2. In certain embodiments, m is 3. In certain embodiments, m is 4. In certain embodiments, m is 5.

In certain embodiments, the modification is a stability-altering modification. In certain embodiments, the modification increases nuclease resistance of the guide RNA relative to a guide RNA without the modification, thus it enhances the guide RNA stability. In certain embodiments, the stability-altering modification is a stability-enhancing modification. For example, in certain embodiments, the stability-enhancing modification comprises, a 2'-O-methyl or a 2'-O—C$_{1-4}$alkyl nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-halo nucleotide, such as 2'-F, 2'-Br, 2'-Cl, or 2'-I. In certain embodiments, the stability-enhancing modification comprises a 2'MOE or a 2'-O—C$_{1-3}$alkyl-O—C$_{1-3}$alkyl. In certain embodiments, the stability-enhancing modification comprises a 2'-NH$_2$ nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-H (or 2'-deoxy) nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-arabino or a 2'-F-arabino. In certain embodiments, the stability-enhancing modification comprises a 4'-thioribosyl sugar moiety. In certain embodiments, the stability-enhancing modification comprises a 3'-phosphorothioate group. In certain embodiments, the stability-enhancing modification comprises a 3'-phosphonoacetate group. In certain embodiments, the stability-enhancing modification comprises a nucleotide containing a 3'-thiophosphonoacetate group. In certain embodiments, the stability-enhancing modification comprises a nucleotide containing a 3'-methylphosphonate group. In certain embodiments, the stability-enhancing modification comprises a nucleotide containing a 3'-boranophosphate group. In certain embodiments, the stability-enhancing modification comprises a nucleotide containing a 3'-phosphorodithioate group. In certain embodiments, the stability-enhancing modification comprises a locked nucleic acid ("LNA") nucleotide. In certain, embodiments, the stability-enhancing modification comprises an unlocked nucleic acid ("ULNA") nucleotide.

In certain embodiments, the stability-enhancing modification comprises a 2'-O-methyl and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-O-methyl and a 3'-phosphonoacetate group on the same nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-O-methyl and a 3'-thiophosphonoacetate group on the same nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-fluoro and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-fluoro and a 3'-phosphonoacetate group on the same nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-fluoro and a 3'-thiophosphonoacetate group on the same nucleotide.

In certain embodiments, the modification is a specificity-altering modification. In some embodiments, specificity enhancement may be achieved by enhancing on-target binding and/or cleavage, or reducing off-target binding and/or cleavage, or a combination of both. In some other embodiments, specificity reduction may be achieved, for example, by reducing on-target binding and/or cleavage, or increasing off-target binding and/or cleavage, or a combination of both.

In certain embodiments, the specificity-altering modification comprises a 2'-O-methyl. In certain embodiments the specificity-altering modification comprises a 2'-halo, such as 2'-fluoro.

In certain embodiments, the specificity-altering modification comprises a 2-thiouracil base (2-thioU). In certain embodiments, the specificity-altering modification comprises 2-thioC. In certain embodiments, the specificity-altering modification comprises 4-thioU. In certain embodiments, the specificity-altering modification comprises 6-thioG. In certain embodiments, the specificity-altering modification comprises 2-aminoA. In certain embodiments, the specificity-altering modification comprises a 2-aminopurine. In certain embodiments, the specificity-altering modification comprises pseudouracil. In certain embodiments, the specificity-altering modification comprises hypoxanthine. In certain embodiments, the specificity-altering modification comprises 7-deazaguanine. In certain embodiments, the specificity-altering modification comprises 7-deaza-8-azaguanine. In certain embodiments, the specificity-altering modification comprises 7-deazaadenine. In certain embodiments, the specificity-altering modification comprises 7-deaza-8-azaadenine. In certain embodiments, the specificity-altering modification comprises 5-methylC. In certain embodiments, the specificity-altering modification comprises 5-methylU. In certain embodiments, the specificity-altering modification comprises 5-hydroxymethylcytosine. In certain embodiments, the specificity-altering modification comprises 5-hydroxymethyluracil. In certain embodiments, the specificity-altering modification, comprises, 5,6-dehydrouracil. In certain embodiments, the specificity altering modification comprises 5-propynylcytosine. In certain embodiments, the specificity-altering modification comprises 5-propynyluracil. In certain embodiments, the specificity-altering modification comprises 5-ethynylcytosine. In certain embodiments, the specificity-altering modification comprises 5-ethynyluracil. In certain embodiments, the specificity-altering modification comprises 5-allylU. In certain embodiments, the specificity-altering modification comprises 5-allylC. In certain embodiments, the specificity-altering modification comprises 5-aminoallylU. In certain embodiments, the specificity-altering modification comprises 5-aminoallylC. In certain embodiments, the specificity-altering modification comprises an abasic nucleotide. In certain embodiments, the specificity-altering modification comprises a Z base. In certain embodiments, the specificity-altering modification comprises P base. In certain embodiments, the specificity-altering modification comprises a UNA base. In certain embodiments, the specificity-altering modification comprises isoC. In certain embodiments, the specificity-altering modification comprises isoG. In certain embodiments, the specificity-altering modification comprises 5-methyl-pyrimidine. In certain embodiments, the specificity-altering modification comprises x(A,G,C,T). In certain embodiments, the specificity-altering modification comprises y(A,G,C,T).

In certain embodiments, the specificity-altering modification comprises a phosphorothioate internucleotide linkage. In certain embodiments, the specificity-altering modi-

Synthego EX1001.037

fication comprises a phosphonoacetate internucleotide linkage. In certain embodiments, the specificity-altering modification comprises a thiophosphonoacetate internucleotide linkage. In certain embodiments, the specificity-altering modification comprises a methylphosphonate internucleotide linkage. In certain embodiments, the specificity-altering modification comprises a boranophosphate internucleotide linkage. In certain embodiments, the specificity-altering modification comprises a phosphorodithioate internucleotide linkage. In certain embodiments, the specificity-altering modification comprises a ULNA. In certain embodiments, the specificity-altering modification comprises an LNA.

In certain embodiments, the modification alters RNA base pairing by, for example, altering the melting temperature (Tm) of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification lowers the Tm of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification raises the Tm of the guide RNA relative to a guide RNA without the modification.

In certain embodiments, the specificity-altering modification lowers the Tm of a base pairing interaction. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is a 2'-deoxy, as it is well-known in the art that DNA/DNA base pairs have lower Tm than their respective counterpart in RNA/DNA duplexes. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is 2-thiouracil, which slightly lowers Tm of G-U wobble pair. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is a phosphorothioate internucleotide linkage or a phosphorodithioate internucleotide linkage, which lower the Tm by ~0.5° C. per modification. In certain embodiments, the modification that lowers the Tm of the base pairing, interaction is a boranophosphonate internucleotide linkage, which lowers the Tm by ~0.5-0.8° C. per modification. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is a phosphonoacetate internucleotide linkage, which lowers the Tm by ~1.3° C. per modification. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is unlocked nucleic acid ("ULNA"), which lowers the Tm by ~5-8° C. per modification. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is 2'-O-methyl-3'-methylphosphonate.

In certain embodiments, the specificity-altering modification raises the Tm of a base pairing interaction. In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 2'-O-methyl, which raises Tm by ~0.5-0.7° C. per modification. In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 2'-F, which raises Tm by ~1° C. per modification. In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 2-thiouracil, which raises Tm of A-U pair (and, as noted above, slightly lowers Tm of G-U wobble pair). In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 4-thiouracil, which raises Tm of G-U wobble pair and slightly raises Tm of A-U pair. In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 2-amino-adenine, which raises Tm of its base pairing with U by ~1° C. per modification. In certain embodiments, the modification that raises the Tm of the base pairing interaction is 5-methyl-uracil (5-methylU) (see, e.g., Wang & Kool (1995) *Biochemistry,* 34, 4125-32). In certain embodiments, the modification that raises the Tm of

the base pairing interaction is a 5-methyl-cytosine (5-methylC). In certain embodiments, the modification that raises the Tm of the base pairing interaction is a locked nucleic acid ("LNA"), which raises Tm by 2-10° C. per modification.

In certain embodiments/the modification alters transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification increases transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification decreases transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification neutralizes the anionic charge on phosphate to allow passive diffusion into cells. In certain embodiments, the charge-neutralizing modification comprises a phosphonoacetate alkyl ester internucleotide linkage, such as a phosphonoacetate methyl ester internucleotide linkage.

In certain embodiments, the modification alters the immunostimulatory effect of the guide RNA relative to a guide RNA without the modification. It was initially discovered that unmethylated bacterial DNA and synthetic analogs thereof are ligands for TLR9 (see Hemmi et al. (2000) *Nature,* 408, 740-5). The stimulation of TLR9 can be mitigated in the dinucleotide motif for example by modifying the C and G residues. The use of 5-methylcytosine, 2-aminocytosine, 2-thiocytosine, 5-methylisocytosine, P nucleobase (6-(β-D-2'-Deoxyribofuranosyl)-3,4-dihydro-8H-pyrimido[4,5-c][1,2]oxazin-7-one), and 2'-O-methylcytosine all result in loss or decrease in TLR9 stimulation. In certain embodiments, use of 6-thioguanine, 2,6-diaminopurine, 2-aminopurine, xanthosine, inosine, 7-deazaxanthosine, isoguanine, 8-oxoguanine, nebularine, 8-bromoguanine, K-nucleobase (2-amino-N-methoxyadenosine), and/or 2'-O-methylguanine can result in loss or decrease in TLR9 stimulation. In some embodiments, use of phosphodiester modifications can lower or eliminate the TLR9 response. Typically, synthetically incorporated phosphorothioates can decrease the TLR9 response to a limited extent, as is thought to result from the presence of two stereoisomers of each phosphorothioate in synthetic RNA. However, it has been shown that phosphorothioate-modified DNA lacking CpG motifs stimulate TLR9 to a rather small extent. The negative charge on the phosphorus is an important element for recognition by TLR9 and therefore removing the negative charge using alkylphosphonate can result in loss or decrease in TLR9 stimulation. The use of phosphonoacetate (PACE) internucleotide linkages between deoxynucleotides in 5' and 3' terminal sequences can significantly increase the TLR9 response; however, the use of thiophosphonoacetate (thio-PACE) internucleotide linkages between deoxynucleotides in 5' and 3' terminal sequences can result in loss or decrease in TLR9 stimulation. In certain embodiments, use of sugar modifications that favor C3'-endo conformation such as 2'-O-methyl modifications can be incorporated at 5' and 3' termini to decrease the TLR9 response. TLR 7 and TLR8 can be stimulated by molecules containing 7-deazaguanine and by single-stranded RNA (see e.g., Heil et al. (2004) *Science,* 303, 1526-9). TLR3 has been implicated in cellular immunoresponses to virus-derived double-stranded RNA. In certain embodiments, these TLR responses can be mitigated for example by using 2'-O-methyl modifications, modified phosphodiester linkages containing sulfur, or modifications that decrease internucleotide negative charge such as methylphosphonate and/or phosphonoacetate internucleotide linkages.

Synthego EX1001.038

35

In certain embodiments, the modification enhances stability and specificity of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification enhances stability and transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification enhances specificity and transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification enhances the overall efficacy of the guide RNA relative to a guide RNA without the modification.

### C. Guide RNA with a Combination of Modifications

In one aspect, the present technology provides a guide RNA having a combination of two or more modifications.

In certain embodiments, the two modifications are on the same nucleotide (for example, one nucleotide comprises a 2'-O-methyl and a 2'-thiophosphonoacetate moiety). In other embodiments, the two modifications are on two different nucleotides (for example, one nucleotide has a 2-thioU base and another nucleotide has a 2'-O-methyl group).

In certain embodiments, each modification in the guide RNA is the same. In certain embodiments, at least one modification in the guide RNA is different from at least one other modification in the guide RNA. In certain embodiments, a single nucleotide within the guide RNA possesses two or more modifications.

In certain embodiments, the guide RNA comprises a combination of different types of modifications, and at least one type in the combination exists in multiple places in the guide RNA. In certain embodiments, at least one type in the combination appears 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 times in the guide RNA.

In certain embodiments, at least one type of the modifications in the combination appears in two or more modified nucleotides. In certain embodiments, at least one type of the modifications in the combination appears in three or more modified nucleotides. In certain embodiments, the modified nucleotides are not arranged contiguously in the sequence, or at least not entirely, as one or more unmodified nucleotides may intercede. In certain embodiments, the modified nucleotides are arranged contiguously. In certain embodiments, the guide RNA comprises a stretch of contiguous modified nucleotides of the same type. In certain embodiments, the stretch has at least 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, or 40 modified nucleotides.

In certain embodiments, at least one type of the modifications in the combination is within the 5' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the first five (5) nucleotides of the 5' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the first three (3) nucleotides of the 5' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the 3' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the last five (5) nucleotides of the 3' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the last three (3) nucleotides of the 3' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the

36

conciliation is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA.

In certain embodiments, at least one type of the modifications in the combination is incorporated in the 5' portion or 3' portion of the guide RNA, particularly within the first 5 or 10 nucleotides of the 5' portion or within the last 5 or 10 nucleotides of the 3' portion to, for example, protect the RNA from degradation by nucleases or for other purposes. In certain embodiments, at least one type of the modifications in the combination is in the 5' portion and at least one type of the modifications in the combination is in the 3' portion of the guide RNA, particularly within the first 5 or 10 nucleotides of the 5' portion and within the last 5 or 10 nucleotides of the 3' portion to, for example, protect the RNA from degradation by nucleases or for other purposes. In certain embodiments, a guide RNA comprises 20 or fewer, alternatively 15 or fewer, alternatively 15 or fewer, alternatively 10 or fewer, alternatively 5 or fewer, alternatively 3 or fewer deoxyribonucleotide residues in the 5' portion of the guide RNA.

In certain embodiments, at least one type of the modifications in the combination is within the crRNA segment of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the guide sequence of the crRNA. In certain embodiments, at least one type of the modifications in the combination is within the first five (5) nucleotides of the crRNA segment. In certain embodiments, at least one type of the modifications in the combination is within, the first three (3) nucleotides of the crRNA segment. In certain embodiments, at least one type of the modifications in the combination is within the tracrRNA segment of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the last five (5) nucleotides of the tracrRNA segment of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the last three (3) nucleotides of the tracrRNA segment of the guide RNA.

In certain embodiments, a first type of modification in the combination's within the 5' portion of the guide RNA and a second type of modification in the combination is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the 5' portion of the guide RNA. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the 5' portion of the guide RNA.

In certain embodiments, a first type of modification in the combination is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA and a second type of modification in the combination is within the 3' portion of the guide RNA. In certain embodiments, the second type of modification is within the last five (5) nucleotides of the 3' portion of the guide RNA. In certain embodiments, the second type of modification is within the last three (3) nucleotides of the 3' portion of the guide RNA.

In certain embodiments, a first type of modification in the combination is within the 5' portion of the guide RNA and a second type of modification in the combination is within the 3' portion of the guide RNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the 5' portion of the guide RNA. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the 5' portion of the guide RNA. In certain embodiments, the second type of modification is within the last five (5) nucleotides of the 3' portion of the guide RNA.

Synthego EX1001.039

       

In certain embodiments, the second type of modification is within the last three (3) nucleotides of the 3' portion of the guide RNA.

In certain embodiments, a first type of modification in the combination is within the 5' portion of the guide RNA, a second type of modification in the combination is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA, and a third type of modification in the combination is within the 3' portion of the guide RNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the 5' portion of the guide RNA. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the 5' portion of the guide RNA. In certain embodiments, the third type of modification is within the last five (5) nucleotides of the 3' portion of the guide RNA. In certain embodiments, the third type of modification is within the last three (3) nucleotides of the 3' portion of the guide RNA.

In certain embodiments, a first type of modification in the combination is within the crRNA segment of the guide RNA and a second type of modification in the combination is within the trace segment. In certain embodiments, the first type of modification is within the guide sequence of the crRNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the crRNA segment. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the crRNA segment. In certain embodiments, the second type of modification is within the last five (5) nucleotides of the tracrRNA segment of the guide RNA. In certain embodiments, the second type of modification is within the last three (3) nucleotides of the tracrRNA segment of the guide RNA.

In certain embodiments, a first type and a second type of modification in the combination are within the crRNA segment of the guide RNA. In certain embodiments, the first type of modification is within the guide sequence of the crRNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the crRNA segment. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the crRNA segment.

In certain embodiments, a first type and a second type of modification in the combination are within the crRNA segment of the guide RNA and a third type of modification in the combination is within the trace segment. In certain embodiments, the first type of modification is within the guide sequence of the crRNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the crRNA segment. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the crRNA segment. In certain embodiments, the third type of modification is within the last five (5) nucleotides of the tracrRNA segment of the guide RNA. In certain embodiments, the third type of modification is within the last three (3) nucleotides of the tracrRNA segment of the guide RNA.

In certain embodiments, at least one of the modifications in the combination comprises an end modification, such as a 5' end modification or a 3' end modification as described above. In certain embodiments, the end modification comprises dimethoxytrityl.

In certain embodiments, at least one of the modifications in the combination comprises a modified base. In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, or 40 modified bases. In other embodiments, the modified

gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified bases. In certain embodiments, all bases in a gRNA are modified.

In certain embodiments, at least one of the modifications in the combination comprises a modified sugar. In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, or 40 modified sugars. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified sugars. In certain embodiments, all sugars in a gRNA are modified.

In certain embodiments, at least one of the modifications in the combination comprises a modified backbone (i.e., an internucleotide linkage other than a natural phosphodiester). In certain embodiments, the modified-gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, or 40 modified internucleotide linkages. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified internucleotide linkages. In certain embodiments, all internucleotide linkages in a gRNA are modified.

In certain embodiments, at least one of the modifications in the combination comprises a 2'-O-methyl, a 2'-fluoro, a 2'-amino, a 2'-deoxy, a 2'-arabino, a 2'-F-arabino, a 2-thio-uracil, a 2-aminoadenine, a 5-methylcytosine, a 5-aminoal-lyluracil, a Z base, a 3'-phosphorothioate, a 3'-phosphono-acetate, a 3'-phosphonoacetate ester, a 3'-thiophosphonoacetate, a 3'-thiophosphonoacetate ester, a 3'-methylphosphonate, a 3'-boranophosphonate, a 3'-phosphorodithioate, or combinations thereof. In certain embodiments, at least one of the modifications in the combination comprises a 2'-O-methyl, a 2'-deoxy, a Z base, a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a thiophosphonoacetate internucleotide linkage, or combinations thereof. In certain embodiments, at least one of the modifications in the combination comprises a 2'-F, a 2-thioU, a 4-thioU, a 2-aminoA, a 5-methylC, a 5-methylU, a 5-aminoallylU, or combinations thereof. In certain embodiments, at least one of the modifications in the combination is an "end" modification such as terminal phosphate, a PEG, a terminal amine, a terminal linker such as a hydrocarbon linker, a substituted hydrocarbon linker, a squarate linker, a triazolo linker, an internal linker such as 2-(4-butylamidofluorescein)propane-1,3-diol bis(phosphodiester) linker, a linker conjugated to a dye, a linker conjugated to a non-fluorescent label, a linker conjugated to a tag or a linker conjugated to a solid support such as for example a bead or microarray. In certain embodiments, at least two of the modifications in the combination comprise a 2'-O-methyl nucleotide and phosphorothioate internucleotide linkage, a 2'-O-methyl nucleotide and phosphonoacetate internucleotide linkage, or a 2'-O-methyl nucleotide and thiophosphonoacetate internucleotide linkage. In certain embodiments, at least two of the modifications in the combination comprise a 2'-O-methyl nucleotide and phosphonocarboxylate internucleotide linkage, a 2'-O-methyl nucleotide and phosphonocarboxylate ester internucleotide linkage, a 2'-O-methyl nucleotide and thiophosphonocarboxylate internucleotide linkage, a 2'-O-methyl nucleotide and thiophosphonocarboxylate ester internucleotide linkage, or combinations thereof. In other embodiments, the modifications in the combination further comprise a 2-thiouracil, 2-thiocytosine, 4-thiouracil, 6-thioguanine, 2-aminoadenine, 2-aminopurine, pseudouracil, inosine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaade-

Synthego EX1001.040

nine, 5-methylcytosine, 5-methyluracil, 5-hydroxymethyl-cytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-pro-pynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allyluracil, 5-allylcytosine, 5-aminoallyl-uracil, 5-aminoallyl-cytosine, or an abasic nucleotide.

In certain embodiments, at least one of the modifications in the combination comprises a 2'-O-methyl-3'-phosphoro-thioate. In certain embodiments, at least one of the modifi-cations in the combination comprises a 2'-O-methyl-3'-phosphonoacetate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-O-methyl-3'-thiophosphonoacetate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-halo-3'-phosphorothioate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-halo-3'-phosphonoacetate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-halo-3'-thiophosphonoacetate. In certain embodiments, at least one of the modifications in the combination com-prises a 2'-fluoro-3'-phosphorothioate. In certain embodi-ments, at least one of the modifications in the combination comprises a 2'-fluoro-3'-phosphonoacetate. In certain embodiments, at least one of the modifications in the com-bination comprises a 2'-fluoro-3'-thiophosphonoacetate. Possible combinations of at least two or three modifications are represented in FIG. 6 and FIG. 7 respectively and are incorporated herein by reference.

In certain embodiments, the guide RNA comprises an oligonucleotide represented by Formula (III) or Formula (IV):

W-Y-Q         (III); or

Y-W-X-Q         (IV)

wherein Q and W each independently represent a nucleo-tide or a stretch of nucleotides of the oligonucleotide com-prising at least one modification and Y and X each inde-pendently represent an unmodified portion of the oligonucleotide.

In certain embodiments, W is within the 5' portion of the guide RNA. In certain embodiments, W is at least partially within the first five (5) nucleotides of the 5' portion of the guide RNA. In certain embodiments, W is at least partially within the first three (3) nucleotides of the 5' portion of the guide RNA. In certain embodiments, W is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA.

In certain embodiments, Q is within the 3' portion of the guide RNA. In certain embodiments, Q is at least partially within the last five (5) nucleotides of the 3' portion of the guide RNA. In certain embodiments, Q is at least partially within the last three (3) nucleotides of the 3' portion of the guide RNA. In certain embodiments, Q is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA.

In certain embodiments, W comprises an end modification as described above, such as a 5' end or a 3' end modification. In certain embodiments, the end modification comprises dimethoxytrityl.

In certain embodiments, at least one of W or Q comprises a modified base as described above. In certain embodiments, at least one of W or Q comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, or 50 modified bases. In certain embodiments, at least one of W or Q comprises more than

one modified base, such as 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 modified bases.

In certain embodiments, at least one of W or Q comprises a modified sugar as described above. In certain embodi-ments, at least one of W or Q comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, or 50 modified sugars. In certain embodiments, at least one of W or Q comprises more than one, such as 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 modified sugars.

In certain embodiments, at least one of W or Q comprises a modified backbone (i.e., an internucleotide linkage other than a phosphodiester) as described above. In certain embodiments, at least one of W or Q comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, or 50 modified internucleotide linkages. In certain embodiments, at least one of W or Q comprises more than one, such as 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 modified internucleotide linkages.

In certain embodiments, at least one of W or Q comprises a 2'-O-methyl nucleotide, a 2'-F nucleotide, a 2'-amino nucleotide, a 2'-deoxy nucleotide, a 2-thiouridine nucleo-tide, a 2-aminoadenine nucleotide, a 6-thioguanosine nucleotide, a 5-methylcytidine nucleotide, a 5-aminoallylu-ridine nucleotide, a Z nucleotide, a 3'-phosphorothioate internucleotide linkage, a 3'-phosphorothioate internucle-otide linkage, a 3'-phosphonoacetate internucleotide linkage, a 3'-phosphonoacetate ester internucleotide linkage, a 3'-thiophosphonoacetate internucleotide linkage, a 3'-thio-phosphonoacetate ester internucleotide linkage, a 3'-meth-ylphosphonate internucleotide linkage, a 3'-boranophospho-nate internucleotide linkage, a 3'-phosphorodithioate internucleotide linkage, or combinations thereof.

In certain embodiments, at least one of W or Q comprises a 2'-O-methyl and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, at least one of W or Q comprises a 2'-O-methyl and a 3'-phosphonoacetate group linkage on the same nucleotide. In certain embodiments, at least one of W or Q comprises a 2'-O-methyl and 3'-thio-phosphonoacetate group on the same nucleotide. In certain embodiments, at least one of W or Q comprises a 2'-F and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, at least one of W or Q comprises a 2'-F and a 3'-phosphonoacetate group linkage on the same nucleotide. In certain embodiments, at least one of W or Q comprises a 2'-F and 3'-thiophosphonoacetate group on the same nucleotide.

In certain embodiments, at least one of W or Q comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 modified nucleotides. In certain embodiments, each of the modified nucleotides within at least one of W or Q comprises the same modification or modifications. In certain embodiments, W comprises a modified nucleotide that is different than a modified nucleotide in Q. In certain embodi-ments, at least one of W or Q comprises two or more modified nucleotides. In certain embodiments, at least one of W or Q comprises three or more modified nucleotides. In certain embodiments, the modified nucleotides are not arranged contiguously in the sequence, or at least not entirely, as one or more unmodified nucleotides may inter-cede. In certain embodiments, the modified nucleotides are arranged contiguously. In certain embodiments, at least one of W or Q comprises at least one-contiguous stretch of modified nucleotides. In certain embodiments, at least one of

Synthego EX1001.041

W or Q comprises a contiguous stretch of at least three (3) modified nucleotides. In certain embodiments, at least one of W or Q comprises a contiguous stretch of at least four (4) modified nucleotides. In certain embodiments, at least one of W or Q comprises a contiguous stretch of at least five (5) modified nucleotides.

In certain embodiments, the guide RNA comprises a nucleotide sequence of Formula (V) or Formula (VI):

$$M_m N_n M'_{m'} N'_{n'} \qquad \text{(Formula V); or}$$

$$M_m N_n M'_{m'} N'_{n'} M''_{m''} \qquad \text{(Formula VI)}$$

wherein each M independently represents a modified ribonucleotide;

wherein each N independently represents an unmodified ribonucleotide;

wherein each M' independently represents a modified ribonucleotide;

wherein each N' independently represents an unmodified ribonucleotide;

wherein each M'' independently represents a modified ribonucleotide;

wherein m is an integer between 0 and 40, n is an integer between 0 and 130, m' is an integer between 0 and 10, n' is an integer between 0 and 130, m'' is an integer between 0 and 10, provided that m+m'+m'' is greater than or equal to 1 and 50<m+n+m''+n''+m''≤150.

In certain embodiments, each M is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, and a 2'-deoxynucleotide. In certain embodiments, each M is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M is independently selected from the group consisting of a 2'-O-methyl-3'-PACE ribonucleotide and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, where m>1, any given M is the same or different from any other M. In certain embodiments, where m>1, each M comprises the same modification or modifications.

In certain embodiments, each M' is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, and a 2'-deoxynucleotide. In certain embodiments, each M' is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M' is independently selected from the group consisting of a 2'-O-methyl-3'-PACE ribonucleotide and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, where m'>1, any given M' is the same or different from any other M'. In certain embodiments, where m'>1, each M' comprises the same modification or modifications.

In certain embodiments, each M'' is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, and a 2'-deoxynucleotide. In certain embodiments, each M'' is independently selected from the group consisting of a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucle-

otide, and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M'' is independently selected from the group consisting of a 2'-O-methyl-3'-PACE ribonucleotide and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, where m''>1, any given M'' is the same or different from any other M''. In certain embodiments, where m''>1, each M'' comprises the same modification or modifications.

In certain embodiments, each M is a 2'-O-methyl-3'-PACE ribonucleotide; m is selected from an integer between 1 and 10; each N is independently selected from the group consisting of A, U, C, and G; n is selected from an integer between 10 and 130; each M' is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S)ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, a 2'-deoxynucleotide, and a Z nucleotide; m' is selected from an integer between 1 and 10; each N is independently selected from the group consisting of A, U, C, and G; and n' is selected from an integer between 0 and 130. In certain embodiments, each M' is a 2'-O-methyl-3'-PACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-P(S) ribonucleotide. In certain embodiments, each M' is a Z nucleotide.

In certain embodiments, each M is a 2'-O-methyl-3'-thioPACE ribonucleotide; m is selected from an integer between 1 and 10; each N is independently selected from the group consisting of A, U, C, and G; n is selected from an integer between 10 and 130; each M' is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-deoxynucleotide, and a Z nucleotide; m' is selected from an integer between 1 and 10; each N is independently selected from the group consisting of A, U, C, and G; and n' is selected from an integer between 0 and 130. In certain embodiments, each M' is a 2'-O-methyl-3'-PACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-P(S) ribonucleotide. In certain embodiments, each M' is a Z nucleotide.

In certain embodiments, each M is a 2'-O-methyl-3'-P(S) ribonucleotide; m is selected from an integer between 1 and 10; each N is independently selected from the group consisting of A, U, C, and G; n is selected from an integer between 10 and 130; each M' is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, a 2'-deoxynucleotide, and a Z nucleotide; m' is selected from an integer between 1 and 10; each N is independently selected from the group consisting of A, U, C, and G; and n' is selected from an integer between 0 and 130. In certain embodiments, each M' is a 2'-O-methyl-3'-PACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-P(S) ribonucleotide. In certain embodiments, each M' is a Z nucleotide.

In certain embodiments, each M is independently selected from the group consisting of a 2'-O-methylribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, a 2'-deoxynucleotide, and a Z nucleotide; m is selected from

Synthego EX1001.042

an integer between 0 and 10; each N is independently selected from the group consisting of A, U, C, and G; n is selected from an integer between 10 and 15; each M' is a 2'-O-methyl ribonucleotide; m' is selected from an integer between 1 and 5; each N is independently selected from the group consisting of A, U, C, and G; and n' is selected from an integer between 0 and 130. In certain embodiments, each M is a 2'-O-methyl-3'-PACE ribonucleotide. In certain embodiments, each M is a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M is a 2'-O-methyl ribonucleotide. In certain embodiments, each M is a 2'-O-methyl-3'-P(S)ribonucleotide. In certain embodiments, m is 0; n is selected from an integer between 10 and 15, m' is selected from an integer between 1 and 5; and n' is selected from an integer between 0 and 130.

In certain embodiments, at least one of the modifications in the combination is a stability-altering modification. In certain embodiments, at least one of the modifications in the combination increases nuclease resistance of the guide RNA relative to a guide RNA without the modification, thus it enhances the stability of the guide RNA.

In certain embodiments, at least one of the modifications in the combination is a stability-enhancing modification as described above.

In certain embodiments, at least one of the modifications in the combination is a specificity-altering modification as described above.

In certain embodiments, at least one of the modifications in the combination alters RNA base pairing. In certain embodiments, at least one of the modifications in the combination lowers the Tm of a base pairing interaction as described above. In certain embodiments, at least one of the modifications in the combination raises the Tm of a base pairing interaction as described above.

In certain embodiments, at least one of the modifications in the combination alters transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, at least one of the modifications in the combination increases transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, at least one of the modifications in the combination decreases transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, at least one of the transfection-increasing modifications in the combination comprises a phosphonoacetate alkyl ester internucleotide linkage, such as a phosphonoacetate methyl ester internucleotide linkage.

In certain embodiments, at least one of the modifications in the combination enhances stability and specificity of the guide RNA relative to a guide RNA without the modification. In certain embodiments, at least one of the modifications in the combination enhances stability and transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, at least one of the modifications in the combination enhances specificity and transfection efficiency of the guide RNA relative to a guide RNA without the modification.

In certain embodiments, at least one of the modifications in the combination alters the secondary structure of the guide RNA. This modification alters the base-pairing of any of the RNA/RNA internal duplexes in the guide RNA. Some of these modifications increase the base pairing of the RNA/RNA structure or alternatively increase the Tm of the RNA/RNA duplex, whereas other modifications decrease the base pairing (or Tm) of the RNA/RNA duplex or duplexes. Such modifications include base modified nucleotides, particularly UNA nucleotides such as the 2-thiouridine

and 2-aminoadenosine pair, the Z/P nucleotide pair, the isoC/isoG pair, the 6-thioG/5-methylpyrimidine pair, and nucleotides with modifications on the sugar or the internucleotide linkages as discussed above.

In certain embodiments, the combination includes at least one modification or a set of modifications that increases nucleases resistance (i.e., stability) with at least one modification or a set of modifications that increases specificity (i.e., reduces off-target effects). In certain embodiments, the combination includes at least one modification or a set of modifications that increases nucleases resistance (i.e., stability) with at least one modification or a set of modifications that raises the Tm of some bases pairing in the guide RNA. In certain embodiments, the combination includes at least one modification or a set of modifications that increases nucleases resistance (i.e., stability) with at least one modification or set of modifications that lowers the Tm of some bases pairing of the guide RNA. In certain embodiments, the combination includes at least one modification or a set of modifications that increases nuclease resistance (i.e., stability), at least one modification or a set of modifications that increases the Tm of some bases paring in the guide RNA, and at least one modification or a set of modifications that decreases the Tm of some base paring elsewhere in the guide RNA. In certain embodiments the combination includes at least one modification or a set of modifications that increases nuclease resistance (i.e., stability) and at least one modification or a set of modifications that increases the binding of the guide RNA to Gas protein. In certain embodiments, the combination includes at least one modification or a set of modifications that increases nuclease resistance (i.e., stability) and at least one modification or a set of modifications that decreases the binding of the guide RNA to Cas protein.

In certain embodiments, the guide RNA comprises a combination of the different types of modifications.

### D. Guide RNA Structure

In certain embodiments, the guide RNA is able to form a complex with a CRISPR-associated-protein. In certain embodiments, the CRISPR-associated protein is provided by or is derived from a CRISPR-Cas type II system, which has an RNA-guided polynucleotide binding and/or nuclease activity. In certain embodiments, the CRISPR-associated protein is Cas9, a Cas9 mutant, or a Cas9 variant. In certain embodiments, the CRISPR-associated protein is the Cas9 nuclease from *Streptococcus pyogenes*. In certain embodiments, the CRISPR-associated protein is the Cas9 nuclease from *Streptococcus thermophilus*. In certain embodiments, the CRISPR-associated protein is the Cas9 nuclease from *Staphylococcus aureus*. In certain embodiments, the synthetic guide RNA or a synthetic guide RNA:CRISPR-associated protein complex maintains functionality of natural guide RNA or a complex that does not have modified nucleotides. In certain embodiments, the functionality includes binding a target polynucleotide. In certain embodiments, the functionality includes nicking a target polynucleotide. In certain embodiments, the functionality includes cleaving a target polynucleotide. In certain embodiments, the target polynucleotide is within a nucleic acid in vitro. In certain embodiments, the target polynucleotide is within the genome of a cell in vivo or in vitro (such as in cultured cells or cells isolated from an organism). In certain embodiments, the target polynucleotide is a protospacer in DNA.

In certain embodiments, the crRNA segment comprises from 25 to 80 nucleotides. In certain embodiments, the crRNA segment comprises a guide sequence that is capable

Synthego EX1001.043

of hybridizing to a target sequence. In certain embodiments, the guide sequence is complementary to the target sequence or a portion thereof. In certain embodiments, the guide sequence comprises from 15 to 30 nucleotides. In certain embodiments, the crRNA segment comprises a stem sequence. In certain embodiments, the stem sequence comprises from 10 to 50 nucleotides. In certain embodiments, the crRNA segment comprises a 5′-overhang sequence. In certain embodiments, the 5′-overhang sequence comprises from 1 to 10 nucleotides, alternatively 1 to 5 nucleotides, alternatively 1, 2 or 3 nucleotides. In certain embodiments, the crRNA comprises both (i) a guide sequence that is capable of hybridizing to a target sequence and (ii) a stem sequence. In certain embodiments, the crRNA comprises (i) a 5′-overhang sequence, (ii) a guide sequence that is capable of hybridizing to a target sequence, and (iii) a stem sequence. In certain embodiments wherein the crRNA segment comprises a stem sequence, the tracrRNA segment comprises a nucleotide sequence that is partially or completely complementary to the stem sequence of the crRNA segment. In certain embodiments, the tracrRNA segment comprises at least one more duplex structure.

In certain embodiments, the guide RNA is a single guide RNA. In certain embodiments, the guide RNA is a single guide RNA, wherein the crRNA segment and the tracrRNA segment are linked through a loop L. In certain embodiments, the loop L comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, or 10 nucleotides. In certain embodiments, the loop L comprises a nucleotide sequence of GNRA, wherein N represents A, C, G, or U and R represents A or G. In certain embodiments, the loop L comprises a nucleotide sequence of GAAA. In certain embodiments, the guide RNA comprises more than one loop.

The guide RNA comprises a 5′ portion (i.e., the 5′ half) and a 3′ portion (i.e., the 3′ half). In certain embodiments, the crRNA segment is 5′ (i.e., upstream) of the tracrRNA segment. In certain embodiments, the tracrRNA segment is 5′ relative to the crRNA segment.

In certain embodiments, the guide RNA comprises at least two separate RNA strands, for example, a crRNA strand and a separate tracrRNA strand. See, for example, FIG. 5A. In certain embodiments, each of the strands is a synthetic strand comprising one or more modifications. In certain embodiments, at least one of the strands is a synthetic strand comprising one or more modifications. In certain embodiments, the strands function together to guide binding, nicking, or cleaving of a target polynucleotide by a Cas protein, such as Cas9. In certain embodiments, the crRNA sequence and the tracrRNA sequence are on separate strands and hybridize to each other via two complementary sequences to form a stem or duplex.

In certain embodiments, the guide RNA is a single guide, RNA comprising a crRNA sequence and a tracrRNA sequence. See, for example, FIG. 5B. In certain embodiments, the crRNA sequence and the tracrRNA sequence are connected by a loop sequence or "loop." In certain embodiments, a single guide RNA comprises a 5′ portion and a 3′ portion, wherein the crRNA sequence is upstream of the tracrRNA sequence.

In certain embodiments, the total length of the two RNA pieces can be about 50-220 (e.g., about 55-200, 60-190, 60-180, 60-170, 60-160, 60-150, 60-140, 60-130, and 60-120) nucleotides in length, such as about 60, 70, 80, 90, 100, 110, 120, 130, 140, 150, 160, 170, 180, 190, 200, or 220 nucleotides in length. Similarly, the single guide RNA (e.g., FIG. 5B) can be about 50-220 (e.g., about 55-200, 60-190, 60-180, 60-170, 60-160, 60-150, 60-140, 60-130, and

60-120) nucleotides in length, such as about 60, 70, 80, 90, 100, 110, 120, 130, 140, 150, 160, 170, 180, 190, 200, or 220 nucleotides in length.

As shown in FIGS. 5A and 5B, the synthetic guide RNA comprises (i) a crRNA sequence that comprises (a) a guide sequence (e.g., segment $G_1$-$G_n$, where each G represents a nucleotide in the guide sequence) capable of hybridizing to a target sequence in a nucleic acid, (b) a first stem sequence (e.g., segment $X_1$-$X_n$, where each X represents a nucleotide in the first-stem sequence) capable of hybridizing partially or completely to a second stem sequence, and, optionally (c) a 5′ overhang sequence (e.g., segment $O_1$-$O_n$, where each O represents a nucleotide in the overhang sequence), and (ii) a tracrRNA sequence that comprises the second stem sequence (e.g., segment $Y_1$-$Y_n$, where each Y represents a nucleotide in the second stem sequence). The tracrRNA sequence further comprises segment $T_1$-$T_n$, where each T represents a nucleotide in the tracrRNA sequence. The synthetic guide RNA shown in FIG. 5A includes one or more modifications. Likewise, the synthetic guide RNA shown in FIG. 5B includes one or more modifications. In certain embodiments, the modification is located at any point along the length of the crRNA, the tracrRNA, or the single guide RNA comprising a crRNA segment, a tracrRNA segment, and, optionally, a loop. In certain embodiments, any nucleotide represented by O, G, X, Y, or T in the synthetic guide RNA shown in FIGS. 5A and 5B may be a modified nucleotide. The guide RNA shown in FIG. 5B represents a single guide RNA (sgRNA) where the crRNA segment and the tracrRNA segment are connected by a loop having the sequence GNRA, wherein N represents A, C, G, or U, and R represents A or G.

In certain embodiments, the crRNA segment of the guide RNA is 25-70 (e.g., 30-60, 35-50, or 40-45) nucleotides in length. In certain embodiments, the guide sequence is 12-30 (e.g., 16-25, 17-20, or 15-18) nucleotides in length. In some embodiments, a 5′ portion of the crRNA does not hybridize or only partially hybridizes with the target sequence. For example, there can be a 5′-overhang on the crRNA segment.

In certain embodiments, the single guide RNA comprises a central portion including the stem sequence of the crRNA segment, the stem sequence of the tracrRNA segment, and, optionally, a loop that covalently connects the crRNA segment to the tracrRNA segment. In certain embodiments, the central segment of the single guide RNA is 8-60 (e.g., 10-55, 10-50, or 20-40) nucleotides in length.

In certain embodiments, the tracrRNA segment of the guide RNA is 10-130 (e.g., 10-125, 10-100, 10-75, 10-50, or 10-25) nucleotides in length. In certain embodiments, the tracrRNA segment includes one or more hairpin or duplex structures in addition to any hairpin or duplex structure in the central segment.

In certain embodiments, the tracrRNA is truncated compared to a reference tracrRNA, such as a naturally existing mature tracrRNA. A range of lengths has been shown to function in both the separate type (FIG. 5A) and the chimeric sgRNA type (FIG. 5B). For example, in certain embodiments, tracrRNA may be truncated from its 3′ end by at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 15, 20, 25, 30, 35 or 40 nts. In certain embodiments, the tracrRNA molecule may be truncated from its 5′ end by at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 15, 20, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75 or 80 nts. In certain embodiments, the tracrRNA molecule may be truncated from both the 5′ and 3′ end, by at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 15 or 20 nts from the 5′ end and at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 15, 20, 25, 30, 35 or 40 nts from the 3′ end. See, e.g., Jinek et al. (2012) Science, 337, 816-21;

Synthego EX1001.044

Mali et al. (2013) *Science,* 339:6121, 823-6; Cong et al. (2013) *Science,* 339:6121, 819-23; and Hwang et al. (2013) *Nat. Biotechnol.* 31:3, 227-9; Jinek et al. (2013) *eLife,* 2, e00471. In certain embodiments, the tracrRNA is untruncated.

In certain embodiments, the disclosed modifications are in the crRNA segment or the tracrRNA segment or both. In certain embodiments, the disclosed modifications are in the guide sequence of the crRNA segment. In certain embodiments, the disclosed modifications are in the stem sequence of the crRNA segment. In certain embodiments, the disclosed modifications are in the 5'-overhang sequence of the crRNA segment. In certain embodiments, the disclosed modifications are in the stem sequence of the tracrRNA segment. In certain embodiments, the disclosed modifications are in the loop sequence of the guide RNA. In certain embodiments, the disclosed modifications are in the 5' portion of the guide RNA. In certain embodiments, the disclosed modifications are in the 3' portion of the guide RNA. In certain embodiments, the disclosed modifications are in the 5' portion of the guide RNA and the 3' portion of the guide RNA.

### E. Synthesis of Guide RNA

In certain embodiments, guide RNAs, including single guide RNAs (sgRNAs; see FIGS. **1** and **5**B) are produced by chemical synthesis using the art of synthetic organic chemistry. A guide RNA that comprises any nucleotide other than the four predominant ribonucleotides, namely A, C, G, and U, whether unnatural or natural, such as a pseudouridine, inosine or a deoxynucleotide, possesses a chemical modification or substitution at the nucleotide which is chemically/structurally distinct from any of the four predominant nucleotides in RNAs.

The synthetic guide RNAs described herein can be chemically synthesized. For example, the synthetic guide RNAs can be synthesized using TC chemistry by the method described in Dellinger et al. (2011) *J. Am. Chem. Soc.,* 133, 11540, U.S. Pat. No. 8,202,983, and US Patent Application 2010/0076183A1, the contents of which are incorporated by reference in their entireties. "TC chemistry" refers to the composition and methods of using RNA monomeric nucleotide precursors protected on the 2'-hydroxyl moiety by a thionocarbamate protecting group, to synthesize unmodified RNA or modified RNA comprising one or more modified nucleotides. The ability to chemically synthesize relatively long RNAs (as long as 200 mers or more) using TC-RNA chemistry allows one to produce guide RNAs with special features capable of outperforming those enabled by the four predominant ribonucleotides (A, C, G and U). Some synthetic guide RNAs described herein can also be made using methods known in the art that include in vitro transcription and cell-based expression. For example, 2'-fluoro NTPs can be incorporated into synthetic guide RNAs produced by cell-based expression.

Synthesis of guide RNAs can also be accomplished by chemical or enzymatic synthesis of RNA sequences that are subsequently ligated together by enzymes, or chemically ligated by chemical ligation, including but not limited to cyanogen bromide chemistry, "click" chemistry as published by R. Kumar et al. (2007) *J. Am. Chem. Soc.,* 129, 6859-64, or squarate conjugation chemistry as described by K. Hill in WO2013176844 titled "Compositions and methods for conjugating oligonucleotides."

As further described below, a guide RNA disclosed herein, including those comprising modified nucleotides

and/or modified internucleotide linkages, can be used to perform various CRISPR-mediated functions (including but not limited to editing genes, regulating gene expression, cleaving target sequences, and binding to target sequences) in vitro or in vivo, such as in cell-free assays, in intact cells, or in whole organisms. For in vitro or in vivo applications, the RNA can be delivered into cells or whole organisms in any manner known in the art.

Libraries and Arrays

In one aspect, the present invention provides a set or library of multiple guide RNAs. In certain embodiments, the library contains two or more guide RNAs disclosed herein. The library can contain from about 10 to about $10^7$ individual members, e.g., about 10 to about $10^2$, about $10^2$ to about $10^3$, about $10^3$ to about $10^5$, from about $10^5$ to about $10^7$ members. An individual member of the library differs from other members of the library at least in the guide sequence, i.e., the DNA targeting segment of the gRNA. On the other hand, in certain embodiments, each individual member of a library can contain the same or substantially the same nucleotide sequence for the tracrRNA segment as all the other members of the library. In this way, the library can comprise members that target different polynucleotides or different sequences in one or more polynucleotides.

In certain embodiments, the library comprises at least $10^2$ unique guide sequences. In certain embodiments, the library comprises at least $10^3$ unique guide sequences. In certain embodiments, the library comprises at least $10^4$ unique guide sequences. In certain embodiments, the library comprises at least $10^5$ unique guide sequences. In certain embodiments, the library comprises at least $10^6$ unique guide sequences. In certain embodiments, the library comprises at least $10^7$ unique guide sequences. In certain embodiments, the library targets at least 10 different polynucleotides. In certain embodiments, the library targets at least $10^2$ different polynucleotides. In certain embodiments, the library targets at least $10^3$ different polynucleotides. In certain embodiments, the library targets at least $10^4$ different polynucleotides. In certain embodiments, the library targets at least $10^5$ different polynucleotides. In certain embodiments, the library targets at least $10^6$ different polynucleotides. In certain embodiments, the library targets at least $10^7$ different polynucleotides.

In certain embodiments, the library comprises a collection of guide RNAs having the same sequence and the same, modifications in a progressively shifted window that moves across the sequence of the members in the library. In certain embodiments, the windows collectively cover the entire length of the RNA.

In certain embodiments, the library allows one to conduct high-throughput, multi-target genomic manipulations and analyses. In certain embodiments, only the DNA-targeting segments of the guide RNAs are varied, while the Cas protein-binding segment is the same. In certain embodiments, a first portion of the library comprises guide RNAs possessing a Cas-binding segment that recognizes, binds and directs a particular Cas protein and a second portion of the library comprises a different Cas-binding segment that recognizes, binds and directs a different Cas protein (e.g., a Cas protein from a different species), thereby allowing the library to function with two or more orthogonal Cas proteins. In certain embodiments, induced expression of a first orthogonal Cas protein utilizes the portion of the library which interacts with the first orthogonal Cas protein. In certain embodiments, induced expression of a first and second orthogonal Cas protein utilizes the portions of the library which interact with the first and second orthogonal

Synthego EX1001.045

Cas proteins, respectively. In certain embodiments, induced expression of the first, and second orthogonal Cas proteins occur at different times. Accordingly, one can carry out large-scale gene editing or gene regulation by specifically manipulating or modifying multiple targets as specified in the library.

In certain embodiments, the library is an "arrayed" library, namely a collection of different features or pools of features in an addressable arrangement. For example, features of an array can be selectively cleaved and transferred to a microtiter plate such that each well in the plate contains a known feature or a known pool of features. In some other embodiments, the library is synthesized in a 48-columns or in a 96-columns microtiter plate format or in a 384-columns plate.

In certain embodiments, synthesis of the guide RNA of this invention may be conducted on a solid support having a surface to which chemical entities may bind. In some embodiments, guide RNAs being synthesized are attached, directly or indirectly, to the same solid support and may form part of an array. An "array" is a collection of separate molecules of known monomeric sequence each arranged in a spatially defined and a physically addressable manner, such that the location of each sequence is known. An "array," or "microarray" used interchangeably herein includes any one-dimensional, two-dimensional or substantially two-dimensional (as well as a three-dimensional) arrangement of addressable regions bearing a particular chemical moiety or moieties (such as ligands, e.g., biopolymers such as polynucleotide or oligonucleotide sequences (nucleic acids), polypeptides (e.g., proteins), carbohydrates, lipids, etc.) associated with that region. An array is "addressable" when it has multiple regions of different moieties (e.g., different polynucleotide sequences) such that a region (i.e., a "feature" of the array) at a particular predetermined location (i.e., an "address") on the array will detect a particular target or class of targets (although a feature may incidentally detect non-targets of that feature). Array features are typically, but need not be, separated by intervening spaces. The number of features that can be contained on an array will largely be determined by the surface area of the substrate, the size of a feature and the spacing between features. Arrays can have densities of up to several hundred thousand or more features per cm$^2$, such as 2,500 to 200,000 features/cm$^2$. The features may or may not be covalently bonded to the substrate.

Suitable solid supports may have a variety of forms and compositions and derive from naturally occurring materials, naturally occurring materials that have been synthetically modified, or synthetic materials. Examples of suitable support materials include, but are not limited to, silicas, silicon and silicon oxides, teflons, glasses, polysaccharides such as agarose (e.g., Sepharose® from Pharmacia) and dextran (e.g., Sephadex® and Sephacyl®, also from Pharmacia), polyacrylamides, polystyrenes, polyvinyl alcohols, copolymers of hydroxyethyl methacrylate and methyl methacrylate, and the like. In some embodiments, the solid support is a plurality of beads.

The initial monomer of the guide RNAs to be synthesized on the substrate surface can be bound to a linker which in turn is bound to a surface hydrophilic group, e.g., a surface hydroxyl moiety present on a silica substrate. In some embodiments, a universal linker is used. In some other embodiments, the initial monomer is reacted directly with, e.g., a surface hydroxyl moiety. Alternatively, guide RNAs can be synthesized first according to the present invention, and attached to a solid substrate post-synthesis by any

method known in the art. Thus, the present invention can be used to prepare arrays of guide RNAs, wherein the oligonucleotides are either synthesized on the array, or attached to the array substrate post-synthesis. Subsequently, the guide RNAs or a pool or a plurality of pools of guide RNAs can optionally and selectively be cleaved from the array substrate and be used as a library or libraries.

## IV. Cas Proteins

As mentioned above, a functional CRISPR-Cas system also requires a protein component (e.g., a Cas protein, which may be a Cas nuclease) that provides a desired activity, such as target binding or target nicking/cleaving. In certain embodiments, the desired activity is target binding. In certain embodiments, the desired activity is target nicking or target cleaving. In certain embodiments, the desired activity also includes a function provided by a polypeptide that is covalently fused to a Cas protein, as disclosed herein. In certain embodiments, the desired activity also includes a function provided by a polypeptide that is covalently fused to a nuclease-deficient Cas protein, as disclosed herein. Examples of such a desired activity include a transcription regulation activity (either activation or repression), an epigenetic modification activity, or a target visualization/identification activity, as described below. The Cas protein can be introduced into an in vitro or in vivo system as a purified or non-purified (i) Cas protein or (ii) mRNA encoded for expression of the Cas protein or (iii) linear or circular DNA encoded for expression of the protein. Any of these 3 methods of providing the Cas protein are well known in the art and are implied interchangeably when mention is made herein of a Cas protein or use of a Gas protein. In certain embodiments, the Cas protein is constitutively expressed from mRNA or DNA. In certain embodiments, the expression of Cas protein from mRNA or DNA is inducible or induced.

In certain embodiments, the Cas protein is chemically synthesized (see e.g., Creighton, "Proteins: Structures and Molecular Principles," W.H. Freeman & Co., NY, 1983), or produced by recombinant DNA technology as described herein. For additional guidance, skilled artisans may consult Frederick M. Ausubel et al., "Current Protocols in Molecular Biology," John Wiley & Sons, 2003; and Sambrook et al., "Molecular Cloning, A Laboratory Manual," Cold Spring Harbor Press, Cold Spring Harbor, N.Y., 2001).

In certain embodiments, the Cas protein is provided in purified or isolated form. In certain embodiments, the Cas protein is provided at about 80%, about 90%, about 95%, or about 99% purity. In certain embodiments, the Cas protein is provided as part of a composition. In certain embodiments, the Cas protein is provided in aqueous compositions suitable for use as, or inclusion in, a composition for an RNA-guided nuclease reaction. Those of skill in the art are well aware of the various substances that can be included in such nuclease reaction compositions.

In certain embodiments, a Cas protein is provided as a recombinant polypeptide. In certain examples, the recombinant polypeptide is prepared as a fusion protein. For example, in certain embodiments, a nucleic acid encoding the Cas protein is linked to another nucleic acid encoding a fusion partner, glutathione-s-transferase (GST), 6×-His epitope tag, or M13 Gene 3 protein. Suitable host cells can be used to expresses the fusion protein. In certain embodiments, the fusion protein is isolated by methods known in the art. In certain embodiments, the fusion protein can be further treated, e.g., by enzymatic digestion, to remove the

Synthego EX1001.046

fusion partner and obtain the Cas protein. Alternatively, Cas protein:guide RNA complexes can be made with recombinant technology using a host cell system or an in vitro translation-transcription system known in the art. Details of such systems and technology can be found in WO2014144761, WO2014144592, WO2013176772, US20140273226, and US20140273233, the contents of which are incorporated herein by reference in their entireties.

Wild Type Cas Proteins

In certain embodiments, a Cas protein comprises a protein derived from a CRISPR-Cas type I, type II, or type III system, which has an RNA-guided polynucleotide binding and/or nuclease activity. Non-limiting examples of suitable Cas proteins include Cas3, Cas4, Cas5, Cas5e (or CasD), Cas6, Cas6e, Cas6f, Cas7, Cas8a1, Cas8a2, Cas8b, Cas8c, Cas9, Cas10, Cas10d, CasF, CasG, CasH, Csy1, Csy2, Csy3, Cse1 (or CasA), Cse2 (or CasB), Cse3 (or CasE), Cse4 (or CasC), Csc1, Csc2, Csa5, Csn2, Csm2, Csm3, Csm4, Csm5, Csm6, Cmr1, Cmr3, Cmr4, Cmr5, Cmr6, Csb1, Csb2, Csb3, Csx17, Csx14, Csx10, Csx16, CsaX, Csx3, Csz1, Csx15, Csf1, Csf2, Csf3, Csf4, and Cu1966. See e.g., WO2014144761 WO2014144592, WO2013176772, US20140273226, and US20140273233, the contents of which are incorporated herein by reference in their entireties.

In certain embodiments, the Cas protein is derived from a type II CRISPR-Cas system. In certain embodiments, the Cas protein is or is derived from a Cas9 protein. In certain embodiments, the Cas protein is or is derived from a bacterial Cas9 protein, including those identified in WO2014144761. In certain embodiments, the Cas protein is or is derived from a Streptococcus sp. or Staphylococcus sp. Cas9 protein. In certain embodiments, the Cas protein is or is derived from the Streptococcus thermophilus Cas9 protein. In certain embodiments, the Cas protein is or is derived from a Streptococcus pyogenes Cas9 protein. In certain embodiments, the Cas protein is or is derived from the Staphylococcus aureus Cas9 protein. In certain embodiments, the Cas protein is or is derived from the Streptococcus thermophilus Cas9 protein.

In certain embodiments, the wild type Cas protein is a Cas9 protein. In certain embodiments, the wild type Cas9 protein is the Cas9 protein from S. pyogenes (SEQ ID NO: 1). In certain embodiments, the protein or polypeptide can comprise, consist of, or consist essentially of a fragment of SEQ ID NO: 1.

In general, a Cas protein includes at least one RNA binding domain, which interacts with the guide RNA. In certain embodiments, the Cas protein is modified to increase nucleic acid binding affinity and/or specificity, alter an enzymatic activity, and/or change another property of the protein. For example, nuclease (i.e., DNase, RNase) domains of the Cas protein can be modified, mutated, deleted, or inactivated. Alternatively, the Cas protein can be truncated to remove domains that are not essential for the function of the protein. In certain embodiments, the Cas protein is truncated or modified to optimize the activity of the effector domain. In certain embodiments, the Cas protein includes a nuclear localization sequence (NLS) that effects importation of the NLS-tagged Cas protein into the nucleus of a living cell. In certain embodiments, the Cas protein includes two or more modifications.

Mutant Cas Proteins

In some embodiments, the Cas protein can be a mutant of a wild type Cas protein (such as Cas9) or a fragment thereof. In other embodiments, the Cas protein can be derived from

a mutant Cas protein. For example, the amino acid sequence of the Cas9 protein can be modified to alter one or more properties (e.g., nuclease activity, binding affinity, stability to proteases, etc.) of the protein. Alternatively, domains of the Cas9 protein not involved in RNA-guided cleavage can be eliminated from the protein such that the modified Cas9 protein is smaller than the wild type Cas9 protein. For example, reducing the size of the Cas9 coding sequence can allow it to fit within a transfection vector that otherwise cannot accommodate the wild type sequence, such as the AAV vector among others. In some embodiments, the present system utilizes the Cas protein from S. pyogenes, either as encoded in bacteria or codon-optimized for expression in eukaryotic cells. Shown below is the amino acid sequence of wild type S. pyogenes Cas9 protein sequence (SEQ ID No. 1, available at www.uniprot/uniprot/Q99ZW2).

MDKKYSIGLDIGTNSVGWAVITDEYKVPSKKFKVLGNTDRHSIKKNLIG
ALLFDSGETAEATRLKRTARRRYTRRKNRICYLQEIFSNEMAKVDDSFF
HRLEESFLVEEDKKHERHPIFGNIVDEVAYHEKYPTIYHLRKKLVDSTD
KADLRLIYLALAHMIKFRGHFLIEGDLNPDNSDVDKLFIQLVQTYNQLF
EENPINASGVDAKAILSARLSKSRRLENLIAQLPGEKKNGLFGNLIALS
LGLTPNFKSNFDLAEDAKLQLSKDTYDDDLDNLLAQIGDQYADLFLAAK
NLSDAILLSDILRVNTEITKAPLSASMIKRYDEHHQDLTLLKALVRQQL
PEKYKEIFFDQSKNGYAGYIDGGASQEEFYKFIKPILEKMDGTEELLVK
LNREDLLRKQRTFDNGSIPHQIHLGELHAILRRQEDFYPFLKDNREKIE
KILTFRIPYYVGPLARGNSRFAWMTRKSEETITPWNFEEVVDKGASAQS
FIERMTNFDKNLPNEKVLPKHSLLYEYFTVNELTKVKYVTEGMRKPAF
LSGEQKKAIVDLLFKTNRKVTVKQLKEDYFKKIECFDSVEISGVEDRFN
ASLGTYHDLLKIIKDKDFLDNEENEDILEDIVLTLTLFEDREMIEERLK
TYAHLFDDKVMKQLKRRRYTGWGRLSRKLINGIRDKQSGKTILDFLKSD
GFANRNFMQLIHDDSLTFKEDIQKAQVSGQGDSLHEHIANLAGSPAIKK
GILQTVKVVDELVKVMGRHKPENIVIEMARENQTTQKGQKNSRERMKRI
EEGIKELGSQILKEHPVENTQLQNEKLYLYYLQNGRDMYVDQELDINRL
SDYDVDHIVPQSFLKDDSIDNKVLTRSDKNRGKSDNVPSEEWKFCMKNY
WRQLLNAKLITQRKFDNLTKAERGGLSELDKAGFIKRQLVETRQITKHV
AQILDSRMNTKYDENDKLIREVKVITLKSKLVSDFRKDFQFYKVREINN
YHHAHDAYLNAVVGTALIKKYPKLESEFVYGDYKVYDVRKMIAKSEQEI
GKATAKYFFYSNIMNFFKTEITLANGEIRKRPLIETNGETGEIVWDKGR
DFATVRKVLSMPQVNIVKKTEVQTGGFSKESILPKRNSDKLIARKKDWD
PKKYGGFDSPTVAYSVLVVAKVEKGKSKKLKSVKELLGITIMERSSFEK
NPIDFLEAKGYKEVKKDLIIKLPKYSLFELENGRKRMLASAGELQKGNE
LALPSKYVNFLYLASHYEKLKGSPEDNEQKQLFVEQHKHYLDEIIEQIS
EFSKRVILADANLDKVLSAYNKHRDKPIREQAENIIHLFTLTNLGAPAA
FKYFDTTIDRKRYTSTKEVLDATLIHQSITGLYETRIDLSQLGGD

A Cas9 protein generally has at least two nuclease (e.g., DNase) domains. For example, a Cas9 protein can have a RuvC-like nuclease domain and an HNH-like nuclease domain. The RuvC and HNH domains work together to cut

Synthego EX1001.047

both strands in a target site to make a double-stranded break in the target polynucleotide. (Jinek et al., Science, 337: 816-821). In certain embodiments, a mutant Cas9 protein is modified to contain only one functional nuclease domain (either a RuvC-like or an HNH-like nuclease domain). For example, in certain embodiments, the mutant Cas9 protein is modified such that one of the nuclease domains is deleted or mutated such that it is no longer functional (i.e., the nuclease activity is absent). In some embodiments where one of the nuclease domains is inactive, the mutant is able to introduce a nick into a double-stranded polynucleotide (such protein is termed a "nickase") but not able to cleave the double-stranded polynucleotide. For example, an aspartate to alanine (D10A) conversion in a RuvC-like domain converts the Cas9-derived protein into a nickase. Likewise, a histidine to alanine (H840A) conversion in a HNH domain converts the Cas9-derived protein into a nickase. Likewise, an asparagine to alanine (N863A) conversion in a HNH domain converts the Cas9-derived protein into a nickase.

In certain embodiments, both the RuvC-like nuclease domain and the HNH-like nuclease domain are modified or eliminated such that the mutant Cas9 protein is unable to nick or cleave the target polynucleotide. In certain embodiments, all nuclease domains of the Cas9-derived protein are modified or eliminated such that the Cas9-derived protein lacks all nuclease activity. In certain embodiments, a Cas9 protein that lacks some or all nuclease activity relative to a wild-type counterpart, nevertheless, maintains target recognition activity to a greater or lesser extent.

In any of the above-described embodiments, any or all of the nuclease domains can be inactivated by one or more deletion mutations, insertion mutations, and/or substitution mutations using well-known methods, such as site-directed mutagenesis, PCR-mediated mutagenesis, and total gene synthesis, as well as other methods known in the art.

In certain embodiments, the "Cas mutant" or "Cas variant" is at least 50% (e.g., any number between 50% and 100%, inclusive, e.g., 50%, 60%, 70%, 80%, 90%, 95%, 98%, and 99%) identical to SEQ ID NO: 1. In certain embodiments, the "Cas mutant" or "Cas variant" binds to an RNA molecule (e.g., a sgRNA). In certain embodiments, the "Cas mutant" or "Cas variant" is targeted to a specific polynucleotide sequence via the RNA molecule.

Fusion Proteins

In certain embodiments, the Cas protein is fused to another protein or polypeptide heterologous to the Cas protein to create a fusion protein. In certain embodiments, the heterologous sequence includes one or more effector domains, such as a cleavage domain, a transcriptional activation domain, a transcriptional repressor domain, or an epigenetic modification domain. Additional examples of the effector domain include a nuclear localization signal, cell-penetrating of translocation domain, or a marker domain. In certain embodiments, the effector domain is located at the N-terminal, the C-terminal, or in an internal location of the fusion protein. In certain embodiments, the Cas protein of the fusion protein is or is derived from a Cas9 protein. In certain embodiments, the Cas protein of the fusion protein is or is derived from a modified or mutated Cas protein in which all the nuclease domains have been inactivated or deleted. In certain embodiments, the Cas protein of the fusion protein is or is derived from a modified or mutated Cas protein that lacks nuclease activity. In certain embodiments, the RuvC and/or HNH domains of the Cas protein are modified or mutated such that they no longer possess nuclease activity.

Cleavage Domains

In certain embodiments, the effector domain of the fusion protein is a cleavage domain. As used herein, a "cleavage domain" refers to a domain that cleaves DNA. The cleavage domain can be obtained from any endonuclease or exonuclease. Non-limiting examples of endonucleases from which a cleavage domain can be derived include restriction endonucleases and homing endonucleases. See, for example, New England Biolabs Catalog or Belfort et al. (1997) Nucleic Acids Res. 25, 3379-88. Additional enzymes that cleave DNA are known (e.g., S1 Nuclease; mung bean nuclease; pancreatic DNase I; micrococcal nuclease; yeast HO endonuclease). See also Linn et al. (eds.) "Nucleases," Cold Spring Harbor Laboratory Press, 1993. One or more of these enzymes (or functional fragments thereof) can be used as a source of cleavage domains.

In certain embodiments, the cleavage domain can be derived from a type II-S endonuclease. Type II-S endonucleases cleave DNA specifically at sites that are typically several base pairs away from the DNA recognition site of the endonuclease and, as such, have separable recognition and cleavage domains. These enzymes generally are monomers that transiently associate to form dimers to cleave each strand of DNA at staggered locations. Non-limiting examples of suitable type II-S endonucleases include BfiI, BpmI, BsaI, BsgI, BsmBI, BsmI, BspMI, FokI, MboII, and SapI. In certain embodiments, the cleavage domain of the fusion protein is a FokI cleavage domain or a fragment or derivative thereof. See Miller et al. (2007) Nat. Biotechnol. 25, 778-85; Szezpek et al. (2007) Nat. Biotechnol. 25, 786-93; Doyon et al. (2011) Nat. Methods, 8, 74-81.

Transcriptional Activation Domains

In certain embodiments, the effector domain of the fusion protein is a transcriptional activation domain. In general, a transcriptional activation domain interacts with transcriptional control elements and/or transcriptional regulatory proteins (i.e., transcription factors, RNA polymerases, etc.) to increase and/or activate transcription of a gene. In certain embodiments, the transcriptional activation domain is a herpes simplex virus VP16 activation domain, VP64 (which is a tetrameric derivative of VP16), a NFkB p65 activation domain, p53 activation domains 1 and 2, a CREB (cAMP response element binding protein) activation domain, an E2A activation domain, or an NFAT (nuclear factor of activated T-cells) activation domain. In certain embodiments, the transcriptional activation domain is Gal4, Gcn4, MLL, Rtg3, Gln3, Oaf1, Pip2, Pdr1, Pdr3, Pho4, or Leu3. The transcriptional activation domain may be wild type, or it may be a modified or truncated version of the original transcriptional activation domain.

Transcriptional Repressor Domains

In certain embodiments, the effector domain of the fusion protein is a transcriptional repressor domain. In general, a transcriptional repressor domain interacts with transcriptional control elements and/or transcriptional regulatory proteins (i.e., transcription factors, RNA polymerases, etc.) to decrease and/or prohibit transcription of a gene. In certain embodiments, the transcriptional repressor domains are inducible cAMP early repressor (ICER) domains, Kruppel-associated box A (KRAB-A) repressor domains, YY1 glycine rich repressor domains, Sp1-like repressors, E(spl) repressors, IkB repressor, or MeCP2.

Epigenetic Modification Domains

In certain embodiments, the effector domain of the fusion protein is an epigenetic modification domain. In general, epigenetic modification domains alter gene expression by modifying the histone structure and/or chromosomal struc-

Synthego EX1001.048

ture. In certain embodiments, the epigenetic modification domains is a histone acetyl transferase domain, a histone deacetylase domain, a histone methyltransferase domain, a histone demethylase domain, a DNA methyltransferase domain, or a DNA demethylase domain.

Additional Domains

In certain embodiments, the fusion protein further comprises at least one additional domain. Non-limiting examples of suitable additional domains include nuclear localization signals (NLSs), cell-penetrating or translocation domains, and marker domains. An NLS generally comprises a stretch of basic amino acids. See, e.g., Lange et al. (2007) *J. Biol. Chem.*, 282, 5101-5. For example, in certain embodiments, the NLS is a monopartite sequence, such as PKKKRKV (SEQ ID NO: 2) or PKKKRRV (SEQ ID NO: 3). In certain embodiments, the NLS is a bipartite sequence. In certain embodiments, the NLS is KRPAATKKAGQAKKKK (SEQ ID NO: 4).

In certain embodiments, the fusion protein comprises at least one cell-penetrating domain. In certain embodiments, the cell-penetrating domain is a cell-penetrating peptide sequence derived from the HIV-1 TAT protein. As an example, the TAT cell-penetrating sequence can be GRK-KRRQRRRPPQPKKKRKV (SEQ ID NO: 5). In certain embodiments, the cell-penetrating domain is TLM (PLSS-BFSRIGDPPKKKRKV; SEQ ID NO: 6), a cell-penetrating peptide sequence derived from the human hepatitis B virus. In certain embodiments, the cell-penetrating domain is MPG (GALFLGWLGAAGSTMGAPKKKRKV; SEQ ID NO: 7 or GALFLGFLGAAGSTMGAWSGPKKKRKV; SEQ ID NO: 8). In certain embodiments, the cell-penetrating domain is Pep-1 (KETWWETWWTEWSQPKKKRKV; SEQ ID NO: 9), VP22, a cell penetrating peptide from Herpes simplex virus, or a polyarginine peptide sequence.

In certain embodiments, the fusion protein comprises at least one marker domain. Non-limiting examples of marker domains include fluorescent proteins, purification tags, and epitope tags. In certain embodiments, the marker domain is a fluorescent protein. Non limiting examples of suitable fluorescent proteins include green fluorescent proteins (e.g., GFP, GFP-2, tagGFP, turbpGFP, EGFP, Emerald, Azami Green, Monomelic Azami Green, CopGFP, AceGFP, ZsGreen1), yellow fluorescent proteins (e.g. YFP, EYFP, Citrine, Venus, YPet, PhiYFP, ZsYellow1), blue fluorescent proteins (e.g. EBFP, EBFP2, Azurite, mKalama1, GFPuv, Sapphire, T-sapphire,), cyan fluorescent proteins (e.g. ECFP, Cerulean, CyPet, AmCyan1, Midorishi-Cyan), red fluorescent proteins (mKate, mKate2, mPlum, DsRed monomer, mCherry, mRFP1, DsRed-Express, DsRed2, DsRed-Monomer, HcRed-Tandem, HcRc1, AsRed2, eqFP611, mRasberry, mStrawbeny, Jred), orange fluorescent proteins (mOrangc, mKO, Kusabira-Orange, Monomeric Kusabira-Orange, mTangerine, tdTomato) and any other suitable fluorescent protein. In certain embodiments, the marker domain is a purification tag and/or an epitope tag. Exemplary tags include, but are not limited to, glutathione-S-transferase (GST), chitin binding protein (CBP), maltose binding protein, thioredoxin (TRX), poly(NANP), tandem affinity purification (TAP) tag, myc, AcV5, AU1, AU5, E, ECS, E2, FLAG, HA, nus, Softag 1, Softag 3, Strep, SBP, Glu-Glu, HSV, KT3, S, S1, T7, V5, VSV-G, 6×His, biotin carboxyl carrier protein (BCCP), and calmodulin.

V. Uses and Methods

In one aspect, the present invention provides a method for cleaving a target polynucleotide with a Cas protein. The

method comprises contacting the target polynucleotide with (i) a guide RNA or a set of guide RNA molecules described herein, and (ii) a Cas protein. In certain embodiments, the method results in a double-strand break in the target polynucleotide. In certain embodiments, the Cas protein is a Cas protein having a single-strand nicking activity. In certain embodiments, the method results in a single-strand break in the target polynucleotide. In certain embodiments, a complex comprising a guide RNA and Cas protein having a single-strand nicking activity is used for sequence-targeted single-stranded DNA cleavage, i.e., nicking.

In one aspect, the present invention provides a method for cleaving two or more target polynucleotides with a Cas protein. The method comprises contacting the target polynucleotides with (i) a set of guide RNA molecules described herein, and (ii) a Cas protein. In certain embodiments, the method results in double-strand breaks in the target polynucleotides. In certain embodiments, the Cas protein is a Cas protein having a single-strand nicking activity. In certain embodiments, the method results in single-strand breaks in the target polynucleotides. In certain embodiments, a complex comprising a guide RNA and Cas protein having a single-strand nicking activity is used for sequence-targeted single-stranded DNA cleavage, i.e., nicking.

In one aspect, the present invention provides a method for binding a target polynucleotide with a Cas protein. The method comprises contacting the target polynucleotide with (i) a guide RNA or a set of guide RNA molecules described herein and (ii) a Cas protein, to result in binding of the target polynucleotide with the Cas protein. In certain embodiments, the Cas protein is a Cas variant. In certain embodiments, the Cas variant lacks some or all nuclease activity relative to a counterpart wild-type Cas protein.

In one aspect, the present invention provides a method for binding two or more target polynucleotides with a Cas protein. The method comprises contacting the target polynucleotides with (i) a set of RNA molecules described herein and (ii) a Cas protein, to result in binding of the target polynucleotides with the Cas protein. In certain embodiments, the Cas protein is a Cas variant. In certain embodiments, the Cas variant lacks some or all nuclease activity relative to a counterpart wild-type Cas protein.

In one aspect, the present invention provides a method for targeting a Cas protein to a target polynucleotide. The method comprises contacting the Cas protein with a guide RNA or a set of guide RNA molecules described herein. In certain embodiments, the method results information of a guide RNA:Cas protein complex. In certain embodiments, the Cas protein is a wild type Cas9 protein. In certain embodiments, the Cas protein is a mutant or variant of a Cas9 protein. In certain embodiments, the Cas protein is a Cas protein having a single-strand nicking activity. In certain embodiments, the Cas protein is a Cas protein lacking nuclease activity (e.g., a nuclease-deficient mutant of Cas protein). In certain embodiments, the Cas protein is part of a fusion protein (e.g., a fusion protein comprising (i) the Cas protein and (ii) a heterologous polypeptide).

In one aspect, the present invention provides a method for targeting a Cas protein to two or more target polynucleotides. The method comprises contacting the Cas protein with a set of guide RNA molecules described herein. In certain embodiments, the method results in formation of a guide RNA:Cas protein complex. In certain embodiments, the Cas protein is a wild type Cas9 protein. In certain embodiments, the Cas protein is a mutant or variant of a Cas9 protein. In certain embodiments, the Cas protein is a Cas protein having a single-strand nicking activity. In certain

Synthego EX1001.049

embodiments, the Cas protein is a Cas protein lacking nuclease activity (e.g., a nuclease-deficient mutant of Cas protein). In certain embodiments, the Cas protein is part of a fusion protein (e.g., a fusion protein comprising (i) the Cas protein or and (ii) a heterologous polypeptide).

In certain embodiments, the guide RNA is introduced into a cell by transfection. Techniques for RNA transfection are known in the art and include electroporation and lipofection. Effective techniques for RNA transfection depend mostly on cell type. See, e.g., Lujambio et al. (Spanish National Cancer Centre) *Cancer Res*. February 2007, which describes transfection of HTC-116 colon cancer cells and uses Oligofectamine (Invitrogen) for transfection of commercially obtained, modified miRNA or precursor miRNA. See also, Cho et al. (Seoul National Univ.) *Nat. Biotechnol*. March 2013, which describes transfection of K562 cells and uses 4D Nucleofection™ (Lonza) electroporation for transfection of transcribed sgRNAs (about 60 nts long). Techniques for transfection of RNA are also known in the art. For example, therapeutic RNA has been delivered in non-pathogenic *E. coli* coated with Invasin protein (to facilitate uptake into cells expressing β-1 integrin protein) and with the *E. coli* encoded to express lysteriolysin O pore-forming protein to permit the shRNA to pass from the *E. coli* into the cytoplasm. See also Cho et al. (Seoul National Univ.) *Nat. Biotechnol*. March 2013.

In certain embodiments, the guide RNA is introduced or delivered into cells. Technologies that can be used for delivery of guide RNA include those that utilize encapsulation by biodegradable polymers, liposomes, or nanoparticles. Such polymers, liposomes, and nanoparticles can be delivered intravenously. In certain embodiments, for in vivo delivery, guide RNA can be injected into a tissue site or administered systemically. In vivo delivery can also be effected by a beta-glucan delivery system, such as those described in U.S. Pat. Nos. 5,032,401 and 5,607,677, and U.S. Publication No. 2005/0281781, which are hereby incorporated by reference in their entirety. In certain embodiments, guide RNA or a delivery vehicle containing guide RNA is targeted to a particular tissue or body compartment. For example, in certain embodiments, to target exogenous RNA to other tissues, synthetic carriers are decorated with cell-specific ligands or aptamers for receptor uptake, e.g., RNA encased in cyclodextrin nanoparticles coated with PEG and functionalized with human transferrin protein for uptake via the transferrin receptor which is highly expressed in tumor cells. Further approaches are described herein below or known in the art.

The present invention has been tested in human cells as described in Hendel et al., *Nat. Biotechnol*. (2015) 33:9, 985-9 (which is incorporated in this application in its entirety). In the cited work, modified guide RNA was introduced into K562 cells, human primary T cells, and CD34+ hematopoietic stem and progenitor cells (HSPCs). The modified guide RNA significantly enhanced genome editing efficiencies in human cells, including human primary T cells and CD34+ HSPCs as compared to unmodified guide RNA.

FIGS. 11A and 11B illustrate experimental results showing that gene disruption in human cell lines can be achieved by high frequencies of indels or by cleavage-stimulated homologous recombination using synthesized and chemically modified sgRNAs disclosed herein. Gene disruption by mutagenic NHEJ was measured by deep sequencing of PGR amplicons (FIG. 12A) or gene addition by HR at the three loci IL2RG, HBB and CCR5 in K562 cells induced by Cas9 in combination with, synthetic sgRNAs (FIG. 12B). The

synthetic sgRNAs were delivered at 1 μg (light shade) or 20 μg (dark shade) per 1 million cells. Cas9 was expressed from a plasmid (2 μg) and for HR experiments 5 μg of GFP-encoding donor plasmid was included. As a positive control, 2 μg of sgRNA plasmid encoding both the sgRNA and the Cas9 protein was used (gray bars). Bars represent average values+s.e.m., n=3.

FIGS. 12A, 12B, 12C and 12D illustrate experimental results showing that chemically modified sgRNAs as described herein can be used to achieve high frequencies of gene disruption or targeted genome editing in stimulated primary human T cells and CD34+ hematopoietic stem and progenitor cells (HSPCs).

FIG. 12A illustrates results from primary human T cells nucleofected with 10 μg of a synthetic CCR5 sgRNAs and either 15 μg Cas9 mRNA or 1 μg Cas9-encoding plasmid. 1 μg sgRNA plasmid encoding both the sgRNA and Cas9 protein was included for comparison. The bars represent average indel frequencies for three different donors+s.e.m., n=6, as measured by TIDE (tracking of indels by decomposition) analysis of PCR amplicons spanning the sgRNA target site, and using a mock-treated sample as control reference. Delivery of Cas9 mRNA with the unmodified or the M-modified sgRNA, and co-transfection of the plasmid encoding both the sgRNA and Cas9, did not give rise to allele modification frequencies above background. Co-transfection of the MSP-modified sgRNA with DNA expression plasmid for Cas9 generated 9.3% indel frequency. Cas9 mRNA with either the MS- or MSP-modified sgRNA generated 48.7% and 47.9% indel frequencies, respectively.

FIG. 12B illustrates results from stimulated T cells. The cells were nucleofected as above, but with 15 μg Cas9 protein complexed with a 2.5 molar excess of the indicated synthetic CCR5 sgRNAs. Indel frequencies were measured by TIDE analysis. The bars represent average indel frequencies for three different donors+s.e.m., n=6. A 2.4-fold improvement in indel frequencies of the MS-modified sgRNA over the unmodified sgRNA (30.7% vs. 12.8%) was observed for chemically modified sgRNAs when delivered complexed with Cas9 protein. These results establish that chemically modified sgRNAs can be used for genome editing of stimulated T cells when delivered complexed with Cas9 protein.

FIG. 12C illustrates results from human peripheral blood CD34+ HSPCs. 500,000 mobilized cells were nucleofected with 10 μg of the indicated synthetic sgRNAs targeting IL2RG or HBB and either 15 μg Cas9 mRNA or 1 μg Cas9 plasmid. 1 μg of sgRNA plasmid encoding both the sgRNA and Cas9 protein was included for comparison. Bars represent average indel frequencies+s.e.m., n=3, as measured by T7 endonuclease cleavage assay. Indels were not detected at either locus using the unmodified or M-modified sgRNAs when co-transfected with Cas9 mRNA. However, the IL2RG MS- and MSP-modified sgRNAs showed 17.5% and 17.7% indel frequencies, respectively, and 23.4% and 22.0%, respectively, for the HBB MS- and MSP-modified sgRNAs.

FIG. 12D illustrates results from stimulated T cells or mobilized human peripheral blood CD34+ HSPCs. One million cells were nucleofected with 15 μg Cas9 mRNA and 10 μg of the indicated synthetic CCR5 sgRNAs. A recent study showed that the simultaneous use of two sgRNAs could improve gene disruption in human primary T cells and in CD34+ HSPCs. See, e.g., Mandal et al. (2014) *Cell Stem Cell*, 15, 643-52. MS- and MSP-modified CCR5 sgRNAs were chemically synthesized with the sequences reported in Mandal study (termed 'D' and 'Q'), which cut 205 base pairs

Synthego EX1001.050

sgRNA was 5 µg. Indel frequencies for samples with single sgRNAs were measured by TIDE analysis as above and allele disruption frequencies for samples with two sgRNAs were measured by sequencing of cloned PCR products. The bars represent average indel frequencies+s.e.m., n=3. In T cells, the 'D' sgRNA alone gave rise to 56.0% and 56.3% indels for the MS- and MSP-modified sgRNA, respectively, and the 'Q' sgRNA gave rise to 62.6% and 69.6% indels, respectively. When used in combination, the frequencies of allele modification increased, as we observed 73.9% and 93.1% indels for the MS- and MSP-modified sgRNAs, respectively, of which the majority of the modification events were deletions between the two sgRNA target sites. In CD34+ HSPCs, observations were similar though the overall frequencies were lower. For the 'D' sgRNA, allele modification frequencies of 9.8% and 11.2% were observed for the MS- and MSP-modified sgRNA, respectively, and 17.8% and 19.2% for the 'Q' sgRNA. When used in combination the frequencies increased to 37.8% and 43.0% for the MS- and MSP-modified sgRNAs, respectively. This shows that the use of two chemically modified sgRNAs is a highly effective way to facilitate gene disruption in primary human T cells and CD34+ HSPCs.

Examples of other uses include genomic editing and gene expression regulation as described below.

Genomic Editing

In one aspect, the present invention provides a method for genomic editing to modify a DNA sequence in vivo or in vitro ("in vitro" includes, without being limited to, a cell-free system, a cell lysate, an isolated component of a cell, and a cell outside of a living organism). The DNA sequence may comprise a chromosomal sequence, an episomal sequence, a plasmid, a mitochondrial DNA sequence, or a functional intergenic sequence, such, as an enhancer sequence or a DNA sequence for a non-coding RNA. The method comprises contacting the DNA sequence with (i) a guide RNA or a set of guide RNA molecules described herein, and (ii) a Cas protein. In certain embodiments, the DNA sequence is contacted outside of a cell. In certain embodiments, the DNA sequence is located in the genome within a cell and is contacted in vitro or in vivo. In certain embodiments, the cell is within an organism or tissue. In certain embodiments, the cell is a human cell, a non-human mammalian cell, a stem cell, a non-mammalian vertebrate cell, an invertebrate cell, a plant cell, a single cell organism, or an embryo. In certain embodiments, the guide RNA aids in targeting the Cas protein to a targeted site in the DNA sequence. In certain embodiments, the Cas protein cleaves at least one strand of the DNA sequence at the targeted site. In certain embodiments, the Cas protein cleaves both strands of the DNA sequence at the targeted site.

In certain embodiments, the method further comprises introducing the Cas protein into a cell or another system. In certain embodiments, the Cas protein is introduced as a purified or non-purified protein. In certain embodiments, the Cas protein is introduced via an mRNA encoding the Cas protein. In certain embodiments, the Cas protein is introduced via a linear or circular DNA encoding the Cas protein. In certain embodiments, the cell or system comprises a Cas protein or a nucleic acid encoding a Cas protein.

In certain embodiments, a double-stranded break can be repaired via an error-prone, non-homologous end-joining ("NHEJ") repair process. In certain embodiments, a double-stranded break can be repaired by a homology-directed

repair (HDR) process such that a donor sequence in a donor polynucleotide can be integrated into or exchanged with the targeted DNA sequence.

In certain embodiments, the method further comprises introducing at least one donor polynucleotide into the cell or system. In certain embodiments, the donor polynucleotide comprises at least one homologous sequence having substantial sequence identity with a sequence, on either side of the targeted site in the DNA sequence. In certain embodiments, the donor polynucleotide comprises a donor sequence that can be integrated into or exchanged with the DNA sequence via homology-directed repair, such as homologous recombination.

In certain embodiments, the donor polynucleotide includes an upstream homologous sequence and a downstream homologous sequence, each of which have substantial sequence identity to sequences located upstream and downstream, respectively, of the targeted site in the DNA sequence. These sequence similarities permit, for example, homologous recombination between the donor polynucleotide and the targeted DNA sequence such that the donor sequence can be integrated into (or exchanged with) the DNA sequence targeted.

In certain embodiments, the target site(s) in the DNA sequence spans or is adjacent to a mutation, e.g., point mutation, a translocation or an inversion which may cause or be associated with a disorder. In certain embodiments, the method comprises correcting the mutation by introducing into the cell or system at least one donor polynucleotide comprising (i) a wild type counterpart of the mutation and (ii) at least one homologous sequence having substantial sequence identity with a sequence on one side of the targeted site in the DNA sequence. In certain embodiments, the donor polynucleotide comprises a homologous sequence having substantial sequence identity with a sequence on both sides of the targeted site in the DNA sequence.

In certain embodiments, the donor polynucleotide comprises an exogenous sequence that can be integrated into or exchanged with the targeted DNA sequence via a homology-directed repair process, such as homologous recombination. In certain embodiments, the exogenous sequence comprises a protein coding gene, which, optionally, is operably linked to an exogenous promoter control sequence. Thus, in certain embodiments, upon integration of the exogenous sequence, a cell can express a protein encoded by the integrated gene. In certain embodiments, the exogenous sequence is integrated into the targeted DNA sequence such that its expression in the recipient cell or system is regulated by the exogenous promoter control sequence. Integration of an exogenous gene into the targeted DNA sequence is termed a "knock in." In other embodiments, the exogenous sequence can be a transcriptional control sequence, another expression control sequence, an RNA coding sequence, and the like.

In certain embodiments, the donor polynucleotide comprises a sequence that is essentially identical to a portion of the DNA sequence at or near the targeted site, but comprises at least one nucleotide change. For example, in certain embodiments, the donor sequence comprises a modified or mutated version of the DNA sequence at or near the targeted site such that, upon integration or exchange with the targeted site, the resulting sequence at the targeted site comprises at least one nucleotide change. In certain embodiments, the at least one nucleotide change is an insertion of one or more nucleotides, a deletion of one or more nucleotides, a substitution of one or more nucleotides, or combinations thereof. As a consequence of the integration of the modified

Synthego EX1001.051

sequence, the cell may produce a modified gene product from the targeted DNA sequence.

In certain embodiments, the methods are for multiplex applications. In certain embodiments, the methods comprise introducing a library of guide RNAs into the cell or system. In certain embodiments, the library comprises at least 100 unique guide sequences. In certain embodiments, the library comprises at least 1,000 unique guide sequences. In certain embodiments, the library comprises at least 10,000 unique guide sequences. In certain embodiments, the library comprises at least 100,000 unique guide sequences. In certain embodiments, the library comprises at least 1,000,000 unique guide sequences. In certain embodiments, the library targets at least 10 different polynucleotides or at least 10 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 100 different polynucleotides or at least 100 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 1,000 different polynucleotides or at least 1,000 different sequences within one or more poly-nucleotides. In certain embodiments, the library targets at least 10,000 different polynucleotides or at least 10,000 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 100,000 different polynucleotides or at least 100,000 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 1,000,000 different polynucleotides or at least 1,000,000 different sequences within one or more polynucleotides.

Genomic Editing in Human and Mammalian Cells

Embodiments of the present invention are useful in methods for genomic editing to modify a target polynucleotide, for example a DNA sequence, in a mammalian cell.

In certain embodiments, the DNA sequence is a chromosomal sequence. In certain embodiments, the DNA sequence is a protein-coding sequence. In certain embodiments, the DNA sequence is a functional intergenic sequence, such as an enhancer sequence or a non-coding sequence. In certain embodiments, the DNA is part of a human gene. In some such embodiments, the human gene is the clathrin light chain (CLTA1) gene, the human interleukin 2 receptor gamma (IL2RG) gene, the human cytotoxic T-lymphocyte-associated protein 4 (CLTA4) gene, the human protocadherin alpha 4 (PCDHA4) gene, the human engrailed homeobox 1 (EN1) gene), the human hemoglobin beta (HBB) gene, which can harbor mutations responsible for sickle cell anemia and thalassemias, or the human chemokine (C-C motif) receptor 5 (CCR5) gene which encodes a co-receptor of HIV.

In certain embodiments, the mammalian cell is a human cell. In some such embodiments, the human cell is a primary human cell. In further embodiments, the primary human cell is a human primary T cell. The human primary T cell may be stimulated or unstimulated. In certain embodiments, the human cell is a stem/progenitor cell, such as a CD34+ hematopoietic stem and progenitor cell (HSPC). In certain embodiments, the human cell is from a cultured cell line, for example such as can be obtained commercially. Exemplary cell lines include K562 cells, a human myelogenous leukemia line.

In certain embodiments, the cell is within a living organism. In certain other embodiments, the cell is outside of a living organism.

The method comprises contacting the DNA sequence with (i) a guide RNA or a set of guide RNA molecules described herein, and (ii) a Cas protein.

In certain embodiments, the method further comprises introducing or delivering the guide RNA into the cell. In some such embodiments, the guide RNA is introduced into a cell by transfection. Techniques for RNA transfection are known in the art and include electroporation and lipofection. In other embodiments, the guide RNA is introduced into a cell (and, more particularly, a cell nucleus) by nucleofection. Techniques for nucleofection are known in the art and may utilize nucleofection devices such as the Lonza Nucleofector 2b or the Lonza 4D-Nucleofector and associated reagents.

In certain embodiments, the method further comprises introducing or delivering the Cas protein into the cell. In some such embodiments, the Cas protein is introduced as a purified or non-purified protein. In other embodiments, the Cas protein is introduced via an mRNA encoding the Cas protein. In some such embodiments, the mRNA encoding the Cas protein is introduced into the cell by transfection. In other embodiments, the mRNA encoding the Cas protein is introduced into a cell (and, more particularly, a cell nucleus) by nucleofection.

In certain embodiments, the method employs ribonucleoprotein (RNP)-based delivery such that the Cas protein is introduced into the cell in a complex with the guide RNA. For example, a Cas9 protein may be complexed with a guide RNA in a Cas9:gRNA complex, which allows for co-delivery of the gRNA and Cas protein. For example, the Cas:gRNA complex may be nucleofected into cells.

In certain embodiments, the method employs an all-RNA delivery platform. For example, in some such embodiments, the guide RNA and the mRNA encoding the Cas protein are introduced into the cell simultaneously or substantially simultaneously (e.g., by co-transfection or co-nucleofection). In certain embodiments, co-delivery of Cas mRNA and modified gRNA results in higher editing frequencies as compared to co-delivery of Cas mRNA and unmodified gRNA. In particular, gRNA having 2'-O-methyl-3'-phosphorothioate (MS), or 2'-O-methyl-3'-thioPACE (MSP) incorporated at three terminal nucleotides at both the 5' and 3' ends, provide higher editing frequencies as compared to unmodified gRNA.

In certain embodiments, the guide RNA and the mRNA encoding the Cas protein are introduced into the cell sequentially; that is, the guide RNA and the mRNA encoding the Cas protein are introduced into the cell at different times. The time period between the introduction of each agent may range from a few minutes (or less) to several hours or days. For example, in some such embodiments, gRNA is delivered first, followed by delivery of Cas mRNA 4, 8, 12 or 24 hours later. In other such embodiments, Cas mRNA is delivered first, followed by delivery of gRNA 4, 8, 12 or 24 hours later. In some particular embodiments, delivery of modified gRNA first, followed by delivery of Cas mRNA results in Higher editing frequencies as compared to delivery of unmodified gRNA followed by delivery of Cas mRNA.

In certain embodiments, the gRNA is introduced into the cell together with a DNA plasmid encoding the Cas protein. In some such embodiments, the gRNA and the DNA plasmid encoding the Cas protein are introduced into the cell by nucleofection. In some particular embodiments, an RNP-based delivery platform or an all-RNA delivery platform provides lower cytotoxicity in primary cells than a DNA plasmid-based delivery system.

In certain embodiments, the method provides significantly enhanced genome editing efficiencies in human cells, including human primary T cells and CD34+ HSPCs.

In certain embodiments, modified gRNA increases the frequency of insertions or deletions (indels), which may be

Synthego EX1001.052

indicative of mutagenic NHEJ and gene disruption, relative to unmodified gRNA. In particular, modified gRNA having 2'-O-methyl-3'-phosphorothioate (MS) or 2'-O-methyl-3'-thioPACE (MSP) incorporated at three terminal nucleotides at both the 5' and 3' ends, increases the frequency of indels relative to unmodified gRNA.

In certain embodiments, co-delivery of modified gRNA and Cas mRNA to human primary T cells increases the frequency of indels as compared to co-delivery of unmodified gRNA and Cas mRNA. In particular, modified gRNA having 2'-O-methyl-3'-phosphorothioate (MS) or 2'-O-methyl-3'-thioPACE (MSP) incorporated at three terminal nucleotides at both the 5' and 3' ends, increases the frequency of indels in human primary T cells relative to unmodified gRNA.

In certain embodiments, modified gRNA improves gRNA stability relative to unmodified gRNA. As one example, gRNA having 2'-O-methyl (M) incorporated at three terminal nucleotides at both the 5' and 3' ends, modestly improves stability against nucleases and also improves base pairing thermostability over unmodified gRNA. As another example, gRNA having 2'-O-methyl-3'-phosphorothioate (MS) or 2'-O-methyl-3'-thioPACE (MSP) incorporated at three terminal nucleotides at both the 5' and 3' ends, dramatically improves stability against nucleases relative to unmodified gRNA. It is contemplated that gRNA end modifications enhance intracellular stability against exonucleases, thus enabling increased efficacy of genome editing when Cas mRNA and gRNA are co-delivered or sequentially delivered into human cells.

In certain embodiments, modified gRNA stimulates gene targeting, which, in turn, allows for gene editing by, for example, homologous recombination or NHEJ. In particular, gRNA having 2'-O-methyl-3'-phosphorothioate (MS), or 2'-O-methyl-3'-thioPACE (MSP) incorporated at three terminal nucleotides at both the 5' and 3' ends, stimulates higher levels of homologous recombination than unmodified gRNA.

In certain embodiments, modified gRNA retains high specificity. In certain embodiments, the ratio of on-target to off-target indel frequencies is improved with modified gRNA as compared to unmodified gRNA. In certain embodiments, modified gRNA delivered in an RNP complex with a Cas protein provides significantly better on-target: off-target ratios compared to a DNA plasmid-based delivery system.

Gene Expression Regulation

In certain embodiments, the guide RNA described herein is used for regulating transcription or expression of a gene of interest. For example, in certain embodiments, a fusion protein comprising a Cas protein (e.g., a nuclease-deficient Cas9) and a transcription activator polypeptide is used to increase transcription of a gene. Similarly, in certain embodiments, a fusion protein comprising a Cas protein (e.g., a nuclease-deficient Cas9) and a repressor polypeptide is used to knock-down gene expression by interfering with transcription of the gene.

In at least one aspect, the present invention provides a method for regulating the expression of a gene of interest in vivo or in vitro. The method comprises introducing into a cell or another system (i) a synthetic guide RNA described herein, and (ii) a fusion protein. In certain embodiments, the fusion protein comprises a Cas protein and an effector domain, such as a transcriptional activation domain, a transcriptional repressor domain, or an epigenetic modification domain. In certain embodiments, the fusion protein comprises a mutated Cas protein, such as a Cas9 protein that is

a null nuclease. In certain embodiments, the Cas protein contains one or more mutations, such as D10A, H840A and/or N863A.

In certain embodiments, the fusion protein is introduced into the cell or system as a purified or non-purified protein. In certain embodiments, the fusion protein is introduced into the cell or system via an mRNA encoding the fusion protein. In certain embodiments, the fusion protein is introduced into the cell or system via a linear or circular DNA encoding the fusion protein.

In certain embodiments, the guide RNA aids in directing the fusion protein to a specific target polynucleotide comprising a chromosomal sequence, an episomal sequence, a plasmid, a mitochondrial DNA sequence, or a functional intergenic sequence, such as an enhancer or the DNA sequence for a non-coding RNA. In certain embodiments, the effector domain regulates expression of a sequence in the target polynucleotide. A guide RNA for modulating gene expression can be designed to target any desired endogenous gene or sequence encoding a functional RNA. A genomic target sequence can be selected in proximity of the transcription start site of the endogenous gene, or alternatively, in proximity of the translation initiation site of the endogenous gene. In certain embodiments, the target sequence is in a region of the DNA that is traditionally termed the promoter proximal region of a gene. In certain embodiments, the target sequence lies in a region from about 1,000 base pairs upstream of the transcription start site to about 1,000 base pairs downstream of the transcription start site. In certain embodiments, the target sequence is remote from the start site for transcription of the gene (e.g., on another chromosome).

In certain embodiments, the methods are for multiplex applications. In certain embodiments, the methods comprise introducing a library of guide RNAs into the cell or system. In certain embodiments, the library comprises at least 100, at least 1,000, at least 10,000, at least 100,000, or at least 1,000,000 unique guide sequences. In certain embodiments, the library targets at least 10 different polynucleotides or at least 10 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 100 different polynucleotides or at least 100 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 1,000 different polynucleotides or at least 1,000 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 10,000 different polynucleotides or at least 10,000 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 100,000 different polynucleotides or at least 100,000 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 1,000,000 different polynucleotides or at least 1,000,000 different sequences within one or more polynucleotides.

Kits

In one aspect, the present invention provides kits containing reagents for performing the above-described methods, including producing gRNA:Cas protein complex and/or supporting its activity for binding, nicking or cleaving target polynucleotide. In certain embodiments, one or more of the reaction components, e.g., one or more guide RNAs and Cas proteins, for the methods disclosed herein, can be supplied in the form of a kit for use. In certain embodiments, the kit comprises a Cas protein or a nucleic acid encoding the Cas protein, and one or more guide RNAs described herein or a set or library of guide RNAs. In certain embodiments, the kit includes one or more other reaction components. In certain

Synthego EX1001.053

embodiments, an appropriate amount of one or more reaction components is provided in one or more containers or held on a substrate.

Examples of additional components of the kits include, but are not limited to, one or more different polymerases, one or more host cells, one or more reagents for introducing foreign nucleic acid into host cells, one or more reagents (e.g., probes or PCR primers) for detecting expression of the guide RNA and/or the Cas mRNA or protein or for verifying the status of the target nucleic acid, and buffers, transfection reagents or culture media for the reactions (in 1× or more concentrated forms). In certain embodiments, the kit includes one or more of the following components: biochemical and physical supports; terminating, modifying and/or digesting reagents; osmolytes; and apparati for reaction, transfection and/or detection.

The reaction components used can be provided in a variety of forms. For example, the components (e.g., enzymes, RNAs, probes and/or primers) can be suspended in an aqueous solution or bound to a bead or as a freeze-dried or lyophilized powder or pellet. In the latter case, the components, when reconstituted, form a complete mixture of components for use in an assay. The kits of the invention can be provided at any suitable temperature. For example, for storage of kits containing protein components or complexes thereof in a liquid, it is preferred that they are provided and maintained below 0° C., preferably at about −20° C., possibly in a freeze-resistant solution containing glycerol or other suitable antifreeze.

A kit or system may contain, in an amount sufficient for at least one assay, any combination of the components described herein. In some applications, one or more reaction components may be provided in pre-measured single use amounts in individual, typically disposable, tubes or equivalent containers. With such an arrangement, a RNA-guided nuclease reaction can be performed by adding a target nucleic acid, or a sample or cell containing the target nucleic acid, to the individual tubes directly. The amount of a component supplied in the kit can be any appropriate amount and may depend on the market to which the product is directed. The container(s) in which the components are supplied can be any conventional container that is capable of holding the supplied form, for instance, microfuge tubes, microtiter plates, ampoules, bottles, or integral testing devices, such as fluidic devices, cartridges, lateral flow, or other similar devices.

The kits can also include packaging materials for holding the container or combination of containers. Typical packaging materials for such kits and systems include solid matrices (e.g., glass, plastic, paper, foil, micro-particles and the like) that hold the reaction components or detection probes in any of a variety of configurations (e.g., in a vial, microtiter plate well, microarray, and the like). The kits may further include instructions recorded in a tangible form for use of the components.

EXAMPLES

Example 1

To evaluate the ability of the chemically synthesized guide RNAs to target and cleave a DNA target sequence, an in vitro cleavage assay was developed. Briefly, as shown in FIG. 3, ~4-kb PAM-addressable DNA targets were prepared by preparative PGR amplification of plasmid-borne human sequences (here, a sequence from the human clathrin light chain CLTA gene). In a 20-uL reaction volume, 50 fmoles of

linearized DNA target in the presence of 50 nM sgRNA, 39 nM recombinant purified Cas9 protein (S. pyogenes; Agilent) and 10 mM MgCl₂ at pH 7.6 was incubated at 37° C. for 30 min. Upon completion, 0.5 uL of RNase It (Agilent) was added, and incubation was continued at 37° C. for 5 min and then at 70° C. for 15 min. Subsequently 0.5 μL of Proteinase K (Mol. Bio. grade, NEB) was added and incubated at 37° C. for 15 min. Aliquots were loaded into a DNA 7500 LabChip and were analyzed on a Bioanalyzer 2200. The workup steps served to release Cas9 from binding to target DNA, which were assayed for cleavage.

A series of guide RNAs as listed in FIG. 4 were chemically synthesized. Briefly, individual RNA strands were synthesized and HPLC purified. All oligonucleotides were quality control approved on the basis of chemical purity by HPLC analysis and full-length strand purity by mass spectrometry analysis. Each of these guide RNAs was designed to target the human CLTA gene.

The results are shown in FIG. 4. As shown in the Table 1 of FIG. 4, all but one of the chemically synthesized guide RNAs targeted and cleaved the CLTA-en coded DNA target sequence with significant cleavage rates. The one exception was "CLTA_37_Deoxy" guide RNA, which had a contiguous sequence of 37 deoxyribonucleotides at its 5′ end.

As disclosed herein, a variety of chemical modifications were tested at specific positions in the sequence of a guide RNA. Surprisingly, the tested positions in the guide sequence of the guide RNA (a.k.a. the spacer sequence in the guide RNA) tolerated most of the modifications tested, including combinations of multiple modifications within single nucleotides in the guide RNA, even when modifications were instantiated in the target-binding sequences.

The results revealed that guide RNAs containing modifications at specific positions were tolerated by active Cas protein and gRNA: Cas protein complexes, as the modifications did not prevent target-specific cleavage of the target polynucleotide. In all the guide RNA sequences listed in the Table 1 of FIG. 4, the first 20 nucleotides at the 5′ end are complementary to the target sequence in target DNA. The modifications that were tested and found to be tolerated at specific positions include 2′-O-methylribonucleotide (=2′OMe), 2′-deoxyribonucleotide, racemic phosphorothioate internucleotide linkage(s) (=P(S)), 3′-phosphonoacetate (=PACE), 3′-thiophosphonoacetate (=thioPACE), Z nucleotides, and combinations of these.

It is contemplated that the chemical modifications disclosed and tested herein, particularly at the tested positions (as listed in the Table 1 of FIG. 4), will be tolerated at equivalent positions in a variety of guide RNAs. In certain embodiments, the chemical modifications disclosed and tested herein are tolerated in any position in a guide RNA.

As disclosed herein, chemically modified nucleotides were incorporated into guide RNAs in an effort to improve certain properties. Such properties include improved nuclease resistance of the guide RNA, reduced off-target effects of a gRNA:Cas protein complex (also known as improved specificity), improved efficacy of gRNA:Cas protein complex when cleaving, nicking or binding a target polynucleotide, improved transfection efficiency, and/or improved organelle localization such as nuclear localization.

While the use of modified RNA is known (e.g., to block nucleolytic degradation in certain applications), it is widely known that one cannot simply incorporate modifications at any or all positions in an RNA sequence and expect it to function, particularly when the RNA sequence needs to complex with a protein or an enzyme to exert certain functions. Thus, it was not predictable whether these guide

Synthego EX1001.054

RNAs could tolerate chemical modifications at a variety of nucleotide positions while performing sufficient or improved function in a CRISPR-Cas system. In fact, it was unexpected that the guide RNA can tolerate specific modifications to the extent instantiated and tested, especially at several of the positions tested.

Example 2

To evaluate the ability of the chemically synthesized guide RNAs to target and cleave a DNA target sequence, an in vitro cleavage assay similar to that described in Example 1 was used. Target DNA constructs were for human DNA targets (sequences from the human clathrin light chain (CLTA1) gene, the human Interleukin 2 Receptor Gamma (IL2RG) gene, the human cytotoxic T-lymphocyte-associated protein 4 (CLTA4) gene, the human protocadherin alpha

4 (PCDHA4) gene, and the human engrailed homeobox 1 (EN1) gene), along with off-target DNA constructs differing from the target DNA by one or more nucleotides.

Table 3 sets forth the guide RNA constructs and their sequences, along with DNA constructs used for assessing the ability of those guide RNA constructs to target and cleave. In all the guide RNA sequences listed in the Table 3, the first 20 nucleotides at the 5' end are complementary to the target sequence in target DNA. ON target constructs comprise the 20 nt target sequence. OFF target constructs comprise most of the same 20 nucleotides as the target DNA, with 1, 2 or 3 nucleotide differences. Accordingly, the guide RNA is mostly, but not completely, complementary to the sequence of the OFF target constructs. The OFF target constructs are based on gene sequences known to occur in the human genome.

TABLE 3

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---------|---------------------|----------------------|----------------------|------------|
| | | | 2-piece dual-guide scaffold Unmodified dual-guide RNA (dgRNA) | |
| 1 | CLTA1 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 2 | CLTA1 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 3 | CLTA1 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 4 | CLTA1 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC + (SEQ ID NO: 25) GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 5 | CLTA1 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 6 | CLTA1 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 7 | CLTA1 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 8 | CLTA1 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 9 | CLTA1 crRNA + tracrRNA | CLTA1 target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 10 | IL2RG_crRNA + tracrRNA | IL2RGmg ON-target | UGGUAAUGAUGGCUUCAACAGUUUAAGAGCUAUGCUGUUUUGAAUGGUC CCAAAAC (SEQ ID NO: 27) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 28) | 56 + 86 |

Synthego EX1001.055

TABLE 3-continued

| Entry # Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|
| | | **Fluorophore-coupled dgRNA** | |
| 11 CLTA1 crRNA + tracrRNA_aminoallyl-U57 + Cy5 | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 29) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUG(**aminoallylU** + Cy5)AAAAGUGGCACCGAGUCGGUGCUUUUU UU (SEQ ID NO: 30) | 56 + 86 |
| | | **2'OMethyl-modified dgRNA** | |
| 12 IL2RG_crRNA_5',3'-3x(2'OMe) + tracrRNA_5',3'-3x(2'OMe) | IL2RGmg ON-target | **UGG**UAAUGAUGGCUUCAACAGUUUUAGAGCUAUGCUGUUUUGAAUGGUC CA**AAAC** (SEQ ID NO: 31) + **GGA**ACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUU**UUUU** (SEQ ID NO: 32) | 56 + 86 |
| | | **2'OMethyl,3'Phosphorothioate-modified dgRNA** | |
| 13 IL2RG_crRNA_5',3'-3x(2'OMe,3'P(S)) + tracrRNA_5',3'-3x(2'OMe,3'P(S)) | IL2RGmg ON-target | **UsGsG**sUAAUGAUGGCUUCAACAGUUUUAGAGCUAUGCUGUUUUGAAUGG UCCC**AsAsA**sC (SEQ ID NO: 33) + **GsGsA**sACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAU CAACUUGUAAAAGUGGCACCGAGUCGGUGCUUU**UsUsU**sU (SEQ ID NO: 34) | 56 + 86 |
| | | **2'OMethyl,3'PhosphorothioPACE-modified dgRNA** | |
| 14 IL2RG_crRNA_5',3'-3x(2'OMe, 3'thioPACE) + tracrRNA_5',3'-3x(2'OMe, 3'thioPACE) | IL2RGmg ON-target | **U*sG*s**sUAAUGAUGGCUUCAACAGUUUUAGAGCUAUGCUGUUUUGAAU GGUCCCA**A*sA*sA**s*sC (SEQ ID NO: 35) + **G*sG*sA***s*sACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGU UAUCAACUUGUAAAAGUGGCACCGAGUCGGUGCUUU**U*sU*sU**s*sU (SEQ ID NO: 36) | 56 + 86 |
| 15 IL2RG_crRNA_5',3'-1x(2'OMe, 3'thioPACE) + tracrRNA_5',3'-1x(2'OMe, 3'thioPACE) | IL2RGmg ON-target | **U*s**GGUAAUGAUGGCUUCAACAGUUUUAGAGCUAUGCUGUUUUGAAUGGU CCCAAA**A*s**sC (SEQ ID NO: 37) + **G*s**GAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAU CAACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUU**U*s**sU (SEQ ID NO: 38) | 56 + 86 |
| | | **2-thioU-modified dgRNA** | |
| 16 CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 ON1-target | AG(**2sU**)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 17 CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 ON1-target | AG(**2sU**)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 18 CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF1-target | AG(**2sU**)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 19 CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF1-target | AG(**2sU**)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 20 CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF2-target | AG(**2sU**)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 21 CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF2-target | AG(**2sU**)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 22 CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF3-target | AG(**2sU**)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUUU (SEQ ID NO: 26) | 56 + 86 |

**Synthego EX1001.056**

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 23 | CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF3-target | AG(**2sU**)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 24 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCA(**2sU**)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 25 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCA(**2sU**)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 26 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCA(**2sU**)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 27 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCA(**2sU**)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 28 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCA(**2sU**)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 29 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCA(**2sU**)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 30 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCA(**2sU**)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 31 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCA(**2sU**)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 32 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCAUC(**2sU**)CCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 41) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 33 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCAUC(**2sU**)CCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 41) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 34 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCAUC(**2sU**)CCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 41) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 35 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCAUC(**2sU**)CCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 41) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 36 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCAUC(**2sU**)CCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 41) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 37 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCAUC(**2sU**)CCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 41) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |

Synthego EX1001.057

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 38 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCAUC (**2sU**) CCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 41) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 39 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCAUC (**2sU**) CCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 41) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |

Single-guide scaffold<br>Unmodified single-guide RNA (sgRNA)

| | | | | |
|---|---|---|---|---|
| 40 | CLTA1 sgRNA (Batch #1) | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAA₆CGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 41 | CLTA1 sgRNA (Batch #1) | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 42 | CLTA1 sgRNA (Batch #2) | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 43 | CLTA1 sgRNA (Batch #2) | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 44 | CLTA1 sgRNA (Batch #3) | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 45 | CLTA1 sgRNA (Batch #3) | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAGGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 46 | CLTA1 *S*gRNA (Batch #3) | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 47 | CLTA1 sgRNA (Batch #3) | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 48 | CLTA1 sgRNA (Batch #3) | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 49 | CLTA1 sgRNA (Batch #3) | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 50 | CLTA1 sgRNA (Batch #3) | CLTA1mg OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 51 | CLTA1 sgRNA (Batch #3) | CLTA1mg OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 52 | CLTA1 sgRNA (crude) | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 53 | CLTA1_Bos sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAGCAAGUUAAAAUA AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 13) | 100 |
| 54 | CLTA1_Bos sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAGUAAUAGCAAGUUAAAAUA AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 43) | 100 |
| 55 | CLTA1_Bos sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGUAAUAGCAAGUUAAAAUA AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 43) | 100 |

**Synthego EX1001.058**

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 56 | CLTA1_Bos sgRNA | CLTA1mg OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGUAAUAGCAAGUUAAAAUA AGGCUAGUCCGUUAUCAACUUGGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 43) | 100 |
| 57 | CLTA1_Bos sgRNA | CLTA1mg OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGUAAUAGCAAGUUAAAAUA AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 43) | 100 |
| 58 | CLTA4 SgRNA | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 59 | CLTA4 sgRNA | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 60 | CLTA4 sgRNA | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 61 | CLTA4 sgRNA | CLTA4mg ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 62 | CLTA4 sgRNA | CLTA4mg ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 63 | CLTA4 sgRNA | CLTA4mg OFF5-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 64 | CLTA1_Truncated_18mer | CLTA1mg ON1-target | UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCAAG UUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGG UGCUUUUUUU (SEQ ID NO: 45) | 111 |
| 65 | CLTA1_Truncated_18mer | CLTA1mg ON1-target | UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCAAG UUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGG UGCUUUUUUU (SEQ ID NO: 45) | 111 |
| 66 | CLTA1_Truncated_18mer | CLTA1mg OFF1-target | UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCAAG UUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGG UGCUUUUUUU (SEQ ID NO: 45) | 111 |
| 67 | CLTA1_Truncated_18mer | CLTA1mg OFF3-target | UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCAAG UUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGG UGCUUUUUUU (SEQ ID NO: 45) | 111 |
| 68 | CLTA1_Truncated_17mer | CLTA1mg ON1-target | CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCAAGU UUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGU GCUUUUUUU (SEQ ID NO: 46) | 110 |
| 69 | CLTA1_Truncated_17mer | CLTA1mg ON1-target | CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCAAGU UUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGU GCUUUUUUU (SEQ ID NO: 46) | 110 |
| 70 | CLTA1_Truncated_17mer | CLTA1mg OFF1-target | CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCAAGU UUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGU GCUUUUUUU (SEQ ID NO: 46) | 110 |
| 71 | CLTA1_Truncated_17mer | CLTA1mg OFF3-target | CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCAAGU UUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGU GCUUUUUUU (SEQ ID NO: 46) | 110 |
| 72 | CLTA1_1xExtraG | CLTA1mg ON1-target | GAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 47) | 114 |
| 73 | CLTA1_1xExtraG | CLTA1mg ON1-target | GAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 47) | 114 |
| 74 | CLTA1_1xExtraG | CLTA1mg OFF1-target | GAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 47) | 114 |

**Synthego EX1001.059**

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---------|---------------------|----------------------|----------------------|------------|
| 75 | CLTA1_1xExtraG | CLTA1mg OFF3-target | GAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 47) | 114 |
| 76 | CLTA1_2xExtraG | CLTA1mg ON1-target | GGAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 48) | 115 |
| 77 | CLTA1_2xExtraG | CLTA1mg ON1-target | GGAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 48) | 115 |
| 78 | CLTA1_2xExtraG | CLTA1mg OFF1-target | GGAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 48) | 115 |
| 79 | CLTA1_2xExtraG | CLTA1mg OFF3-target | GGAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 48) | 115 |
| 80 | CLTA1_63U,64U | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAUUCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUU (SEQ ID NO: 49) | 113 |
| 81 | CLTA1_63A,64A | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAAACUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUU (SEQ ID NO: 50) | 113 |
| 82 | CLTA1_63A,64A, 70U,71U | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAAACUAGUUUGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUU (SEQ ID NO: 51) | 113 |
| 83 | CLTA1_cis-block(1-5)_polyU_sgRNA | CLTA1mg ON1-target | GGACUUUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUU (SEQ ID NO: 52) | 111 |
| 84 | CLTA1_cis-block(1-5)_polyU_sgRNA | CLTA1mg ON1-target | GGACUUUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUU (SEQ ID NO: 52) | 111 |
| 85 | CLTA1_cis-block(1-5)_polyU_sgRNA | CLTA1mg OFF1-target | GGACUUUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUU (SEQ ID NO: 52) | 111 |
| 86 | CLTA1_cis-block(1-5)_polyU_sgRNA | CLTA1mg OFF3-target | GGACUUUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUU (SEQ ID NO: 52) | 111 |
| 87 | CLTA1_cis-block(1-10)_polyU_sgRNA | CLTA1mg ON1-target | GAUGAGGACUUUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGA AAUAGCAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCA CCGAGUCGGUGCUUUUU (SEQ ID NO: 53) | 116 |
| 88 | CLTA1_cis-block(1-10)_polyU_sgRNA | CLTA1mg ON1-target | GAUGAGGACUUUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGA AAUAGCAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCA CCGAGUCGGUGCUUUUU (SEQ ID NO: 53) | 116 |
| 89 | CLTA1_cis-block(1-10)_polyU_sgRNA | CLTA1mg OFF1-target | GAUGAGGACUUUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGA AAUAGCAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCA CCGAGUCGGUGCUUUUU (SEQ ID NO: 53) | 116 |
| 90 | CLTA1_cis-block(1-10)_polyU_sgRNA | CLTA1mg OFF3-target | GAUGAGGACUUUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGA AAUAGCAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCA CCGAGUCGGUGCUUUUU (SEQ ID NO: 53) | 116 |
| 91 | CLTA1_cis-block(16-20)_polyU_sgRNA | CLTA1mg ON1-target | GCUUGUUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUU (SEQ ID NO: 54) | 111 |
| 92 | CLTA1_cis-block(16-20)_polyU_sgRNA | CLTA1mg ON1-target | GCUUGUUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUU (SEQ ID NO: 54) | 111 |
| 93 | CLTA1_cis-block(16-20)_polyU_sgRNA | CLTA1mg OFF1-target | GCUUGUUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUU (SEQ ID NO: 54) | 111 |

Synthego EX1001.060

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---------|---------------------|----------------------|----------------------|------------|
| 94 | CLTA1_cis-block(16-20)_polyU_sgRNA | CLTA1mg OFF3-target | GCUUGUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU (SEQ ID NO: 54) | 111 |

DMT-modified sgRNA

| 95 | CLTA1_DMT-ON SgRNA | CLTA1 ON1-target | (dmt)AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUUU (SEQ ID NO: 55) | 113 |
| 96 | CLTA1_DMT-ON/ OFF sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 56) | 113 |

Fluorophore-modified sgRNA

| 97 | CLTA1_IntFl_sgLoop | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCAUAG CAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUUU (SEQ ID NO: 57) | 113 |
| 98 | CLTA1_IntFl_sgLoop | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCAUAG CAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUUU (SEQ ID NO: 57) | 113 |
| 99 | CLTA1_IntFl_sgLoop | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAA₆CGUUUAAGAGCUAUGCUGG(Fl)AACAGCAUAG CAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUUU (SEQ ID NO: 57) | 113 |
| 100 | CLTA1_IntFl_sgLoop | CLTA1mg OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCAUAG CAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUUU (SEQ ID NO: 57) | 113 |
| 101 | CLTA1_IntFl_sgLoop | CLTA1mg OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCAUAG CAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUUU (SEQ ID NO: 57) | 113 |
| 102 | CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe) | CLTA1mg ON1-target | **AGU**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCAUAG CAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUU**UUU** (SEQ ID NO: 58) | 113 |
| 103 | CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe) | CLTA1mg ON1-target | **AGU**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCAUAG CAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUU**UUU** (SEQ ID NO: 58) | 113 |
| 104 | CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe) | CLTA1mg OFF1-target | **AGU**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCAUAG CAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUU**UUU** (SEQ ID NO: 58) | 113 |
| 105 | CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe) | CLTA1mg OFF3-target | **AGU**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCAUAG CAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUU**UUU** (SEQ ID NO: 58) | 113 |
| 106 | CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe, 3'P(S)) | CLTA1mg ON1-target | **AsGsUs**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCA UAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA GUCGGUGCUUU**UsUsU**sU (SEQ ID NO: 59) | 113 |
| 107 | CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe, 3'P(S)) | CLTA1mg ON1-target | **AsGsUs**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCA UAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA GUCGGUGCUUU**UsUsU**sU (SEQ ID NO: 59) | 113 |
| 108 | CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe, 3'P(S)) | CLTA1mg OFF1-target | **AsGsUs**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCA UAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA GUCGGUGCUUU**UsUsU**sU (SEQ ID NO: 59) | 113 |
| 109 | CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe, 3'P(S)) | CLTA1mg OFF3-target | **AsGsUs**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACAGCA UAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA GUCGGUGCUUU**UsUsU**sU (SEQ ID NO: 59) | 113 |
| 110 | CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe, 3'thioPACE) | CLTA1mg ON1-target | **A*sG*sU***sCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACA GCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCAC CGAGUCGGUGCUUU**U*sU*sU***sU (SEQ ID NO: 60) | 113 |
| 111 | CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe, 3'thioPACE) | CLTA1mg ON1-target | **A*sG*sU***sCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(Fl)AACA GCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCAC CGAGUCGGUGCUUU**U*sU*sU***sU (SEQ ID NO: 60) | 113 |

**Synthego EX1001.061**

TABLE 3-continued

| Entry # Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|
| 112 CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe, 3'thioPACE) | CLTA1mg OFF1-target | **A\*sG\*sU\*s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(**Fl**)AACA GCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCAC CGAGUCGGUGCUUU**U\*sU\*sU\*s**U (SEQ ID NO: 60) | 113 |
| 113 CLTA1_IntFl_sgLoop_5',3'-3x(2'OMe, 3'thioPACE) | CLTA1mg OFF3-target | **A\*sG\*sU\*s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGG(**Fl**)AACA GCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCAC CGAGUCGGUGCUUU**U\*sU\*sU\*s**U (SEQ ID NO: 60) | 113 |
| 114 CLTA4_3xFl-Int_3x(2'OMe, 3'thioPACE) | CLTA4mg ON-target | **U\_\*s**(**Fl**₁)GCAGAUGUAGUGUUUCCACAGUUUaAGAGCUAGUAAUAGCAAGU UuAAAUAAGGCUAGUCCGUUA(**Fl**)CAACUUGAAAAAGUGGCACCGAGUCGG UGCU(**Fl**)**U\_\***sU (SEQ ID NO: 61) | 102 |
| 115 CLTA4_3xFl-Int_3x(2'OMe, 3'thioPACE) | CLTA4mg OFF5-target | **U\_\*s**(**Fl**₁)GCAGAUGUAGUGUUUCCACAGUUUaAGAGCUAGUAAUAGCAAGU UuAAAUAAGGCUAGUCCGUUA(**Fl**)CAACUUGAAAAAGUGGCACCGAGUCGG UGCU(**Fl**)**U\_\***sU (SEQ ID NO: 61) | 102 |
| 116 CLTA4_3xFl-Loops_3x(2'OMe, 3'thioPACE) | CLTA4mg ON-target | **G\*s**CAGAUGUAGUGUUUCCACAGUUUaAGAGCUAG(**Fl**)AAUAGCAAGUUu AAAUAAGGCUAGUCCGUUAUCAACUUG(**Fl**)AAAAGUGGCACCGAG(**Fl**)C GGUGCUUU**U\*s**U (SEQ ID NO: 62) | 100 |
| 117 CLTA4_3xFl-Loops_3x(2'OMe, 3'thioPACE) | CLTA4mg OFF5-target | **G\*s**CAGAUGUAGUGUUUCCACAGUUUaAGAGCUAG(**Fl**)AAUAGCAAGUUu AAAUAAGGCUAGUCCGUUAUCAACUUG(**Fl**)AAAAGUGGCACCGAG(**Fl**)C GGUGCUUU**U\*s**U (SEQ ID NO: 62) | 100 |

3'Phosphorothioate-modified sgRNA

| | | | |
|---|---|---|---|
| 118 CLTA1_5'-2xP(S) sgRNA | CLTA1 ON1-target | A**s**G**s**UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC CGGUGCUUUUUUU (SEQ ID NO: 63) | 113 |
| 119 CLTA1_5'-3xP(S) sgRNA | CLTA1 ON1-target | A**s**G**s**U**s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 64) | 113 |
| 120 CLTA1_5'-4xP(S) sgRNA | CLTA1 ON1-target | A**s**G**s**U**s**C**s**CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGAAACAGCAUA GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA GUCGGUGCUUUUUUU (SEQ ID NO: 65) | 113 |
| 121 CLTA1_3'-4xP(S) SgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUU**s**U**s**U**s**U**s**U (SEQ ID NO: 66) | 113 |

2'OMethyl-modified sgRNA

| | | | |
|---|---|---|---|
| 122 CLTA1_2'OMe + 20 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAG**C**GUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUU (SEQ ID NO: 67) | 113 |
| 123 CLTA1_2'OMe + 19 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAA**G**CGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUU (SEQ ID NO: 68) | 113 |
| 124 CLTA1_2'OMe + 19 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAA**G**CGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUU (SEQ ID NO: 68) | 113 |
| 125 CLTA1_2'OMe + 19 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAG**C**GUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUU (SEQ ID NO: 68) | 113 |
| 126 CLTA1_2'OMe + 19 sgRNA | CLTA1mg OFF1-target | AGUCCUCAUCUCCCUCAA**G**CGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUU (SEQ ID NO: 68) | 113 |
| 127 CLTA1_2'OMe + 19 sgRNA | CLTA1mg OFF3-target | AGUCCUCAUCUCCCUCAA**G**CGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUU (SEQ ID NO: 68) | 113 |
| 128 CLTA1_2'OMe + 18 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCA**A**GCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUU (SEQ ID NO: 69) | 113 |
| 129 CLTA1_2'OMe + 18 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCA**A**GCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUU (SEQ ID NO: 69) | 113 |

**Synthego EX1001.062**

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 130 | CLTA1_2'OMe + 18 sgRNA | CLTA1mg ON1-target | CCUCCUCAUCUCCCUC**AA**GCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 69) | 113 |
| 131 | CLTA1_2'OMe + 18 sgRNA | CLTA1mg OFF1-target | CCUCCUCAUCUCCCUC**AA**GCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 69) | 113 |
| 132 | CLTA1_2'OMe + 18 sgRNA | CLTA1mg OFF3-target | CCUCCUCAUCUCCCUC**AA**GCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 69) | 113 |
| 133 | CLTA1_2'OMe + 17 sgRNA | CLTA1 ON1-target | CCUCCUCAUCUCCCUC**AA**GCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 70) | 113 |
| 134 | CLTA1_2'OMe + 17 sgRNA | CLTA1mg ON1-target | AGUCCCUCAUCUCCCUC**A**AGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 70) | 113 |
| 135 | CLTA1_2'OMe + 17 sgRNA | CLTA1mg ON1-target | AGUCCCUCAUCUCCCUC**AA**GCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 70) | 113 |
| 136 | CLTA1_2'OMe + 17 sgRNA | CLTA1mg OFF1-target | CCUCCUCAUCUCCCUC**A**AGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 70) | 113 |
| 137 | CLTA1_2'OMe + 17 sgRNA | CLTA1mg OFF3-target | AGUCCCUCAUCUCCCUC**A**AGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 70) | 113 |
| 138 | CLTA1_2'OMe + 17,18 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUC**AA**GCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 71) | 113 |
| 139 | CLTA1_2'OMe + 17,18 sgRNA | CLTA1mg ON1-target | AGUCCCUCAUCUCCCUC**AA**GCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 71) | 113 |
| 140 | CLTA1_2'OMe + 17,18 sgRNA | CLTA1mg ON1-target | AGUCCCUCAUCUCCCUC**AA**GCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 71) | 113 |
| 141 | CLTA1_2'OMe + 17,18 sgRNA | CLTA1mg OFF1-target | AGUCCUCAUCUCCCUC**AA**GCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 71) | 113 |
| 142 | CLTA1_2'OMe + 17,18 sgRNA | CLTA1mg OFF3-target | AGUCCCUCAUCUCCCUC**AA**GCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 71) | 113 |
| 143 | CLTA1_5',3'- 3x(2'OMe) sgRNA | CLTA1 ON1-target | **AGU**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUU**UUUU**U (SEQ ID NO: 72) | 113 |
| 144 | CLTA4_5',3'- 3x(2'OMe) sgRNA | CLTA4mg ON-target | **GCA**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAAACAGCAUAGC AAGUUUAAAUAAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUU**UUUU**U (SEQ ID NO: 73) | 113 |
| 145 | CLTA4_5',3'- 3x(2'OMe) sgRNA | CLTA4mg OFF5-target | **GCA**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAAACAGCAUAGC AAGUUUAAAUAAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUU**UUUU**U (SEQ ID NO: 73) | 113 |
| 146 | CLTA1_5'- 20x(2'OMe) sgRNA | CLTA1 ON1-target | **AGUCCUCAUCUCCCUCAAGC**GUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 74) | 113 |
| 147 | CLTA1_5'- 20x(2'OMe) sgRNA | CLTA1mg ON1-target | **AGUCCUCAUCUCCCUCAAGC**GUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 74) | 113 |
| 148 | CLTA1_5'- 20x(2'OMe) sgRNA | CLTA1mg ON1-target | **AGUCCUCAUCUCCCUCAAGC**GUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 74) | 113 |

**Synthego EX1001.063**

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 149 | CLTA1_5'-20x(2'OMe) sgRNA | CLTA1mg OFF1-target | **AGUCCUCAUCUCCCUCAAGC**GUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA GGUGCUUUUUUU (SEQ ID NO: 74) | 113 |
| 150 | CLTA1_5'-20x(2'OMe) sgRNA | CLTA1mg OFF3-target | **AGUCCUCAUCUCCCUCAAGC**GUUUAAGAGCUAUGCUGGUUAACAGCAUAGCA GGUGCUUUUUUU (SEQ ID NO: 74) | 113 |
| 151 | CLTA1_5'-26x(2'OMe) sgRNA | CLTA1 ON1-target | **AGUCCUCAUCUCCCUCAAGCGUUUAA**GAGCUAUGCUGGUUAACAGCAUAGC CGGUGCUUUUUUU (SEQ ID NO: 75) | 113 |
| 152 | CLTA1_5'-37x(2'OMe) SgRNA | CLTA1 ON1-target | **AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUG**GUUAACAGCAUAGC AGGUGCUUUUUUU (SEQ ID NO: 76) | 113 |
| 153 | CLTA1_41x(2'OMeC/U)_QB3 | CLTA1mg ON1-target | AGU<u>CC</u>U<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAGAGAG<u>C</u>UAUG<u>C</u>UGGU<u>U</u>AA<u>C</u>AG<u>C</u>AUAG<u>C</u>A AGUUUAAAU<u>AA</u>GG<u>C</u>UAGU<u>CC</u>GUUAU<u>C</u>AA<u>C</u>UUG<u>A</u>AAAAAGUGG<u>C</u>A<u>CC</u>GAGU<u>C</u> GGU<u>GC</u>UUUUUUU (SEQ ID NO: 77) | 113 |
| 154 | CLTA1_47x(2'OMeC/U)_QB3 | CLTA1 ON1-target | AGU<u>CC</u>U<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAGAG<u>C</u>UAUG<u>C</u>UGGU<u>U</u>AA<u>C</u>AG<u>C</u>AUAG<u>C</u>A AGUUUAAAU<u>AA</u>GG<u>C</u>UAGU<u>CC</u>GUUAU<u>C</u>AA<u>C</u>UUG<u>A</u>AAAAAGUGG<u>C</u>A<u>CC</u>GAGU<u>C</u> GGU<u>GC</u>UUUUUUU (SEQ ID NO: 78) | 113 |
| 155 | CLTA1_47x(2'OMeC/U)_QB3 | CLTA1mg ON1-target | AGU<u>CC</u>U<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAGAG<u>C</u>UAUG<u>C</u>UGGU<u>U</u>AA<u>C</u>AG<u>C</u>AUAG<u>C</u>A AGUUUAAAU<u>AA</u>GG<u>C</u>UAGU<u>C</u>GUUAU<u>C</u>AA<u>C</u>UUG<u>A</u>AAAAAGUGG<u>C</u>A<u>CC</u>GAGU<u>C</u> GGU<u>GC</u>UUUUUUU (SEQ ID NO: 79) | 113 |
| 156 | CLTA1_47x(2'OMeC/U)_QB3 | CLTA1mg ON1-target | AGU<u>CC</u>U<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAGAG<u>C</u>UAUG<u>C</u>UGGU<u>U</u>AA<u>C</u>AG<u>C</u>AUAG<u>C</u>A AGUUUAAAU<u>AA</u>GG<u>C</u>UAGU<u>CC</u>GUUAU<u>C</u>AA<u>C</u>UUG<u>A</u>AAAAAGUGG<u>C</u>A<u>CC</u>GAGU<u>C</u> GGU<u>GC</u>UUUUUUU (SEQ ID NO: 79) | 113 |
| 157 | CLTA1_47x(2'OMeC/U)_QB3 | CLTA1mg OFF1-target | AGU<u>CC</u>U<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAGAG<u>C</u>UAUG<u>C</u>UGGU<u>U</u>AA<u>C</u>AG<u>C</u>AUAG<u>C</u>A AGUUUAAAU<u>AA</u>GG<u>C</u>UAGU<u>CC</u>GUUAU<u>C</u>AA<u>C</u>UUG<u>A</u>AAAAAGUGG<u>C</u>A<u>CC</u>GAGU<u>C</u> GGU<u>GC</u>UUUUUUU (SEQ ID NO: 79) | 113 |
| 158 | CLTA1_47x(2'OMeC/U)_QB3 | CLTA1mg OFF3-target | AGU<u>CC</u>U<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAGAG<u>C</u>UAUG<u>C</u>UGGU<u>U</u>AA<u>C</u>AG<u>C</u>AUAG<u>C</u>A AGUUUAAAU<u>AA</u>GG<u>C</u>UAGU<u>CC</u>GUUAU<u>C</u>AA<u>C</u>UUG<u>A</u>AAAAAGUGG<u>C</u>A<u>CC</u>GAGU<u>C</u> GGU<u>GC</u>UUUUUUU (SEQ ID NO: 79) | 113 |
| 159 | CLTA1_47x(2'OMeG/A)_QB3 | CLTA1 ON1-target | <u>A</u>GU<u>CC</u>U<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAG<u>A</u>G<u>C</u>UAUG<u>C</u>UGGU<u>U</u>AA<u>C</u>AG<u>C</u>AUAG<u>C</u>A <u>A</u>GUUU<u>A</u>A<u>A</u>U<u>A</u>A<u>G</u>G<u>C</u>U<u>A</u>GU<u>CC</u>GUU<u>A</u>U<u>C</u>A<u>A</u>CUU<u>GA</u>AAAAA<u>G</u>UGG<u>C</u>A<u>CC</u>GAGU<u>C</u> <u>GG</u>U<u>GC</u>UUUUUUU (SEQ ID NO: 80) | 113 |
| 160 | CLTA1_47x(2'OMeG/A)_QB3 | CLTA1mg ON1-target | <u>A</u>GU<u>CC</u>U<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAG<u>A</u>G<u>C</u>UAUG<u>C</u>UGGU<u>U</u>AA<u>C</u>AG<u>C</u>AUAG<u>C</u>A <u>A</u>GUUU<u>A</u>A<u>A</u>U<u>A</u>A<u>G</u>G<u>C</u>U<u>A</u>GU<u>CC</u>GUU<u>A</u>U<u>C</u>A<u>A</u>CUU<u>GA</u>) <u>AAAAA</u>GUGG<u>C</u>A<u>CC</u>G<u>A</u>GU<u>C</u> <u>GG</u>U<u>GC</u>UUUUUUU (SEQ ID NO: 80) | 113 |
| 161 | CLTA1_47x(2'OMeG/A)_QB3 | CLTA1mg ON1-target | <u>A</u>GU<u>CC</u>U<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAG<u>A</u>G<u>C</u>UAUG<u>C</u>UGGU<u>U</u>AA<u>C</u>AG<u>C</u>AUAG<u>C</u>A <u>A</u>GUUU<u>A</u>A<u>A</u>U<u>AA</u>GG<u>C</u>U<u>A</u>GU<u>CC</u>GUU<u>A</u>U<u>C</u>AA<u>C</u>UU<u>GA</u>AAAAA<u>G</u>UGG<u>C</u>A<u>CC</u>G<u>A</u>GU<u>C</u> <u>GG</u>U<u>GC</u>UUUUUUU (SEQ ID NO: 80) | 113 |
| 162 | CLTA1_47x(2'OMeG/A)_QB3 | CLTA1mg OFF1-target | <u>A</u>GU<u>CC</u>U<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAG<u>A</u>G<u>C</u>UAUG<u>C</u>UGGU<u>U</u>AA<u>C</u>AG<u>C</u>AUAG<u>C</u>A <u>A</u>GUUU<u>A</u>A<u>A</u>U<u>AA</u>GG<u>C</u>U<u>A</u>GU<u>CC</u>GUU<u>A</u>U<u>C</u>AA<u>C</u>UU<u>GA</u>AAAAA<u>G</u>UGG<u>C</u>A<u>CC</u>G<u>A</u>GU<u>C</u> <u>GG</u>U<u>GC</u>UUUUUUU (SEQ ID NO: 80) | 113 |
| 163 | CLTA1_47x(2'OMeG/A)_QB3 | CLTA1mg OFF3-target | <u>A</u>GU<u>CC</u>U<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAG<u>A</u>G<u>C</u>UAUG<u>C</u>UGGU<u>U</u>AA<u>C</u>AG<u>C</u>AUAG<u>C</u>A <u>A</u>GUUU<u>A</u>A<u>A</u>U<u>AA</u>GG<u>C</u>U<u>A</u>GU<u>CC</u>GUU<u>A</u>U<u>C</u>AA<u>C</u>UU<u>GA</u>AAAAA<u>G</u>UGG<u>C</u>A<u>CC</u>G<u>A</u>GU<u>C</u> <u>GG</u>U<u>GC</u>UUUUUUU (SEQ ID NO: 80) | 113 |
| 164 | CLTA1_43x(2'OMeG/A)_Bos | CLTA1 ON1-target | <u>A</u>GU<u>C</u>CU<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAG<u>A</u>G<u>C</u>UAGUAAU<u>A</u>G<u>C</u>AAGUUA<u>AA</u>AU<u>A</u> <u>A</u>GG<u>C</u>UAGU<u>CC</u>GUUAU<u>C</u>AA<u>C</u>UUGAAAAA<u>G</u>UGG<u>C</u>A<u>CC</u>GAGU<u>C</u>GGU<u>GC</u>UUUU (SEQ ID NO: 81) | 100 |
| 165 | CLTA1_43x(2'OMeG/A)_Bos | CLTA1 ON1-target | <u>A</u>GU<u>C</u>CU<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAG<u>A</u>G<u>C</u>UAGUAAU<u>A</u>G<u>C</u>AAGUUA<u>AA</u>AU<u>A</u> <u>A</u>GG<u>C</u>UAGU<u>C</u>GUUAU<u>C</u>AA<u>C</u>UUGAAAAA<u>G</u>UGG<u>C</u>A<u>CC</u>GAGU<u>C</u>GGU<u>GC</u>UUUU (SEQ ID NO: 81) | 100 |
| 166 | CLTA1_43x(2'OMeG/A)_Bos | CLTA1mg ON1-target | <u>A</u>GU<u>C</u>CU<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAG<u>A</u>G<u>C</u>UAGUAAU<u>A</u>G<u>C</u>AAGUUA<u>AA</u>AU<u>A</u> <u>A</u>GG<u>C</u>UAGU<u>CC</u>GUUAU<u>C</u>AA<u>C</u>UUGAAAAA<u>G</u>UGG<u>C</u>A<u>CC</u>GAGU<u>C</u>GGU<u>GC</u>UUUU (SEQ ID NO: 81) | 100 |
| 167 | CLTA1_43x(2'OMeG/A)_Bos | CLTA1mg OFF1-target | <u>A</u>GU<u>C</u>CU<u>C</u>AU<u>C</u>U<u>CCC</u>U<u>C</u>AAG<u>C</u>GUUUAAG<u>A</u>G<u>C</u>UAGUAAU<u>A</u>G<u>C</u>AAGUUA<u>AA</u>AU<u>A</u> <u>A</u>GG<u>C</u>UAGU<u>CC</u>GUUAU<u>C</u>AA<u>C</u>UUGAAAAA<u>G</u>UGG<u>C</u>A<u>CC</u>GAGU<u>C</u>GGU<u>GC</u>UUUU (SEQ ID NO: 81) | 100 |

Synthego EX1001.064

TABLE 3-continued

| Entry # Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|
| 168 CLTA1_43x(2'OMeG/A)_Bos | CLTA1mg OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUAUAGAGCUAGUAAUAGCAAGUUAAAAUA AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 81) | 100 |
| 169 CLTA4 sgRNA_5',3'-3x(2'OMe) | CLTA4 ON-target | **GCA**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUU**UUU** (SEQ ID NO: 82) | 113 |
| 170 CLTA4 sgRNA_5',3'-3x(2'OMe) | CLTA4 ON-target | **GCA**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUU**UUU** (SEQ ID NO: 82) | 113 |
| 171 CLTA4_47x(2'OMeC/U)_QB3 | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 83) | 113 |
| 172 CLTA4_47x(2'OMeC/U)_QB3 | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 83) | 113 |
| 173 CLTA4_47x(2'OMeC/U)_QB3 | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 83) | 113 |
| 174 CLTA4_49x(2'OMeG/A)_Bos | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAGUAAUAGCAAGUUAAAAU AAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 84) | 100 |
| 175 CLTA4_49x(2'OMeG/A)_Bos | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAGUAAUAGCAAGUUAAAAU AAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 84) | 100 |
| 176 CLTA4_49x(2'OMeG/A)_Bos | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAGUAAUAGCAAGUUAAAAU AAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 84) | 100 |
| 177 CLTA4_39x(2'OMeC/U)_BoS | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAGUAAUAGCAAGUUAAAAU AAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 85) | 100 |
| 178 CLTA4_39x(2'OMeC/U)_BoS | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAGUAAUAGCAAGUUAAAAU AAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 85) | 100 |
| 179 CLTA4_39x(2'OMeC/U)_BoS | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGUUUAAGAGCUAGUAAUAGCAAGUUAAAAU AAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUU (SEQ ID NO: 85) | 100 |

2'Deoxy-modified sgRNA

| Entry # Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|
| 180 CLTA1_5'-20x(2'deoxy) | CLTA1 ON1-target | **AGTCCTCATCTCCCTCAAGC**GUUUAUAGAGCUAUGCUGGUAAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 86) | 113 |
| 181 CLTA1_5'-26x(2'deoxy) | CLTA1 ON1-target | **AGTCCTCATCTCCCTCAAGCGTTTAA**GAGCUAUGCUGGUAAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 87) | 113 |
| 182 CLTA1_5'-37x(2'deoxy) | CLTA1 ON1-target | **AGTCCTCATCTCCCTCAAGCGTTTAAGAGCTATGCTG**GUAACAGCAUA GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 88) | 113 |

2'Deoxy,3'PACE-modified sgRNA

| Entry # Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|
| 183 CLTA4_2'deoxy3'PACE + 15 | CLTA4mg ON-target | GCAGAUGUAGUGUUU**U***CCACAGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 89) | 113 |
| 184 CLTA4_2'deoxy3'PACE + 15 | CLTA4mg OFF5-target | GCAGAUGUAGUGUUU**U***CCACAGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 89) | 113 |

**Synthego EX1001.065**

TABLE 3-continued

| Entry # Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|
| | | 2'OMethyl,3'PACE-modified sgRNA | |
| 185 5'-1x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | <u>A</u>*GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 90) | 113 |
| 186 5'-1x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | <u>A</u>*GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 90) | 113 |
| 187 5'-2x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1 ON1-target | <u>A</u>*<u>G</u>*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 91) | 113 |
| 188 5'-2x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1 ON1-target | <u>A</u>*<u>G</u>*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 91) | 113 |
| 189 5'-2x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | <u>A</u>*<u>G</u>*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 91) | 113 |
| 190 5'-2x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | <u>A</u>*<u>G</u>*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUU (SEQ ID NO: 91) | 113 |
| 191 5'-3x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | <u>G</u>*<u>G</u>*<u>A</u>*GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCGGUGCUUUUUUU (SEQ ID NO: 92) | 115 |
| 192 5'-3x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | <u>G</u>*<u>G</u>*<u>A</u>*GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCGGUGCUUUUUUU (SEQ ID NO: 92) | 115 |
| 193 5'-4x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1 ON1-target | <u>A</u>*<u>G</u>*<u>U</u>*CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 93) | 113 |
| 194 5'-4x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | <u>A</u>*<u>G</u>*<u>U</u>*<u>C</u>*UCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 93) | 113 |
| 195 5'-4x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | <u>A</u>*<u>G</u>*<u>U</u>*<u>C</u>*UCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUU (SEQ ID NO: 93) | 113 |
| 196 5'-5x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | <u>G</u>*<u>G</u>*<u>A</u>*<u>G</u>*<u>U</u>*CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAG CAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCA CCGAGUCGGUGCUUUUUUU (SEQ ID NO: 94) | 115 |
| 197 5'-5x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | <u>G</u>*<u>G</u>*<u>A</u>*<u>G</u>*<u>U</u>*CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAG CAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCA CCGAGUCGGUGCUUUUUUU (SEQ ID NO: 94) | 115 |
| 198 CLTA1_3'-4x(2'OMe,3'PACE) sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUU<u>U</u>*<u>U</u>*<u>U</u>*<u>U</u>*U (SEQ ID NO: 95) | 113 |
| 199 CLTA1_3'-4x(2'OMe,3'PACE) sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUU<u>U</u>*<u>U</u>*<u>U</u>*<u>U</u>*U (SEQ ID NO: 95) | 113 |
| 200 CLTA1_3'-4x(2'OMe,3'PACE) sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUU<u>U</u>*<u>U</u>*<u>U</u>*<u>U</u>*U (SEQ ID NO: 95) | 113 |
| 201 CLTA1_3'-4x(2'OMe,3'PACE) sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUU<u>U</u>*<u>U</u>*<u>U</u>*<u>U</u>*U (SEQ ID NO: 95) | 113 |
| 202 CLTA1_3'-5x(2'OMe,3'PACE) sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCU<u>U</u>*<u>U</u>*<u>U</u>*<u>U</u>*<u>U</u>*U (SEQ ID NO: 96) | 113 |
| 203 CLTA1_3'-5x(2'OMe,3'PACE) sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCU<u>U</u>*<u>U</u>*<u>U</u>*<u>U</u>*<u>U</u>*U (SEQ ID NO: 96) | 113 |

**Synthego EX1001.066**

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---------|---------------------|----------------------|----------------------|------------|
| 204 | CLTA1_3'-5x(2'OMe,3'PACE) sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUU*U*U*U*U*U(SEQ ID NO: 96) | 113 |
| 205 | CLTA1_3'-5x(2'OMe,3'PACE) sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUU*U*U*U*U*U (SEQ ID NO: 96) | 113 |
| 206 | 5'-3x(2'OMe, 3'PACE)_plus1 overhg CLTA1 | CLTA1 ON1-target | C_*A*G*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUUU (SEQ ID NO: 97) | 114 |
| 207 | 5'-3x(2'OMe, 3'PACE)_plus1 overhg_CLTA1 | CLTA1 ON1-target | C_*A*G*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUUU (SEQ ID NO: 97) | 114 |
| 208 | 5'-3x(2'OMe, 3'PACE)_plus1 overhg_CLTA1 | CLTA1mg ON1-target | C_*A*G*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUUU (SEQ ID NO: 97) | 114 |
| 209 | 5'-3x(2'OMe,3'PACE)_plus1 NC overhg_CLTA1 | CLTA1 ON1-target | G_*A*G*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACA6CAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUUU (SEQ ID NO: 98) | 114 |
| 210 | 5'-3x(2'OMe,3'PACE)_plus1 NC_overhg_CLTA1 | CLTA1mg ON1-target | G_*A*G*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUUU (SEQ ID NO: 98) | 114 |
| 211 | 5'-3x(2'OMe,3'PACE)_plus1 NC_overhg_CLTA1 | CLTA1mg ON1-target | G_*A*G*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 98) | 114 |
| 212 | 5'-5x(2'OMe,3'PACE)_plus2 overhg_CLTA1 | CLTA1 ON1-target | U_*C_*A*G*U*CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACA GCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 99) | 115 |
| 213 | 5'-5x(2'OMe,3'PACE)_plus2 overhg_CLTA1 | CLTA1mg ON1-target | U_*C_*A*G*U*CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACA GCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 99) | 115 |
| 214 | 5'-5x(2'OMe,3'PACE)_plus2 overhg_CLTA1 | CLTA1mg ON1-target | U_*C_*A*G*U*CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACA GCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 99) | 115 |
| 215 | 5'-5x(2'OMe,3'PACE)_plus2 NC_overhg_CLTA1 | CLTA1 ON1-target | A_*G_*A*G*U*CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACA GCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 100) | 115 |
| 216 | 5'-5x(2'OMe,3'PACE)_plus2 NC_overhg_CLTA1 | CLTA1mg ON1-target | A_*G_*A*G*U*CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACA GCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 100) | 115 |
| 217 | 5'-5x(2'OMG,3'PACE)_plus2 NC_overhg_CLTA1 | CLTA1mg ON1-target | A_*G_*A*G*U*CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACA GCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 100) | 115 |
| 218 | 5'-7x(2'OMe,3'PACE)_plus3 overhg_CLTA1 4x(2'OMe,3'PACE) | CLTA1 ON1-target | C_*U_*C_*A*G*U*C*CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUA ACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCGGUGCUUU*U*U*U*U (SEQ ID NO: 101) | 116 |
| 219 | 5'-7x(2'OMe,3'PACE)_plus3 overhg_CLTA1_3'-4x(2'OMe,3'PACE) | CLTA1mg ON1-target | C_*U_*C_*A*G*U*C*CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUA ACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCGGUGCUUU*U*U*U*U (SEQ ID NO: 101) | 116 |
| 220 | 5'-7x(2'OMe,3'PACE)_plus3 overhg_CLTA1_3'-4x(2'OMe,3'PACE) | CLTA1mg ON1-target | C_*U_*C_*A*G*U*C*CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUA ACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCGGUGCUUU*U*U*U*U (SEQ ID NO: 101) | 116 |
| 221 | 5'-7x(2'OMe,3'PACE)_plus3 NC_overhg_CLTA1_3'-4x(2'OMe,3'PACE) | CLTA1 ON1-target | G_*A_*G_*A*G*U*C*CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUA ACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCGGUGCUUU*U*U*U*U (SEQ ID NO: 101) | 116 |
| 222 | 5'-7x(2'OMe,3'PACE)_plus3 NC_overhg_CLTA1_3'-4x(2'OMe,3'PACE) | CLTA1mg ON1-target | G_*A_*G_*A*G*U*C*CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUA ACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCGGUGCUUU*U*U*U*U (SEQ ID NO: 101) | 116 |

Synthego EX1001.067

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 223 | 5'-7x(2,0Me,3'PACE)_plus3 NC_overhg_CLTA1_3'- 4x(2'0Me,3'PACE] | CLTA1mg ON1- target | G.*A.*G.*A*G*U*C*CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUA ACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCGGUGCUUU*U*U*U*U*U (SEQ ID NO: 101) | 116 |
| 224 | CLTA1_2'0Me, 3'PACE + 20 sgRNA | CLTA1 ON1- target | AGUCCUCAUCUCCCUCAAGC*GUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 102) | 113 |
| 225 | CLTA1_2'0Me, 3'PACE + 20 sgRNA | CLTA1mg ON1- target | AGUCCUCAUCUCCCUCAAGC*GUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 102) | 113 |
| 226 | CLTA1_2'0Me, 3'PACE + 20 sgRNA | CLTA1mg ON1- target | AGUCCUCAUCUCCCUCAAGC*GUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 102) | 113 |
| 227 | CLTA1_2'0MePACE + 19 sgRNA | CLTA1 ON1- target | AGUCCUCAUCUCCCUCAAG*GUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 103) | 113 |
| 228 | CLTA1_2'0MePACE + 19 sgRNA | CLTA1mg ON1- target | AGUCCUCAUCUCCCUCAAG*GUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 103) | 113 |
| 229 | CLTA1_2'0MePACE + 19 sgRNA | CLTA1mg ON1- target | AGUCCUCAUCUCCCUCAAG*GUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 103) | 113 |
| 230 | CLTA1_2'0MePACE + 19 sgRNA | CLTA1mg OFF1- target | AGUCCUCAUCUCCCUCAAG*CGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 103) | 113 |
| 231 | CLTA1_2'0MePACE + 19 sgRNA | CLTA1mg OFF3- target | AGUCCUCAUCUCCCUCAAG*CGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 103) | 113 |
| 232 | CLTA1_2'0MePACE + 18 sgRNA | CLTA1 ON1- target | AGUCCUCAUCUCCCUCAA*GCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 104) | 113 |
| 233 | CLTA1_2'0MePACE + 18 sgRNA | CLTA1mg ON1- target | AGUCCUCAUCUCCCUCAA*GCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 104) | 113 |
| 234 | CLTA1_2'0MePACE + 18 sgRNA | CLTA1mg ON1- target | AGUCCUCAUCUCCCUCAA*GCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 104) | 113 |
| 235 | CLTA1_2'0MePACE + 17 sgRNA | CLTA1 ON1- target | AGUCCUCAUCUCCCUCA*GCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 105) | 113 |
| 236 | CLTA1_2'0MePACE + 17 sgRNA | CLTA1mg ON1- target | AGUCCUCAUCUCCCUCA*AGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 105) | 113 |
| 237 | CLTA1_2'0MePACE + 17 sgRNA | CLTA1mg ON1- target | AGUCCUCAUCUCCCUCA*AGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 105) | 113 |
| 238 | CLTA1_2'0MePACE + 17,18 sgRNA | CLTA1 ON1- target | AGUCCUCAUCUCCCUCA*A*GCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 106) | 113 |
| 239 | CLTA1_2'0MePACE + 17,18 sgRNA | CLTA1mg ON1- target | AGUCCUCAUCUCCCUCA*A*GCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 106) | 113 |
| 240 | CLTA1_2'0MePACE + 17,18 sgRNA | CLTA1mg ON1- target | AGUCCUCAUCUCCCUCA*A*GCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 106) | 113 |

2'0Methyl,3'Phosphorothioate-modified sgRNA

| | | | | |
|---|---|---|---|---|
| 241 | CLTA1_5',3'- 3x(2'0Me, 3'P(S)) | CLTA1 ON1- target | **AsGsUs**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUU**UsUsUsUs**U (SEQ ID NO: 107) | 113 |

**Synthego EX1001.068**

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 242 | CLTA1_5',3'-<br>3x(2'OMe, 3'P(S)) | CLTA1mg ON1-<br>target | **AsGsUs**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG<br>CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG<br>UCGGUGCUUU**UsUsUsU** (SEQ ID NO: 107) | 113 |
| 243 | CLTA1_5',3'-<br>3x(2'OMe, 3'P(S)) | CLTA1mg ON1-<br>target | **AsGsUs**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG<br>CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG<br>UCGGUGCUUU**UsUsUsU** (SEQ ID NO: 107) | 113 |
| 244 | CLTA1_5',3'-<br>3x(2'OMe, 3'P(S)) | CLTA1mg OFF1-<br>target | **AsGsUs**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG<br>CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG<br>UCGGUGCUUU**UsUsUsU** (SEQ ID NO: 107) | 113 |
| 245 | CLTA1_5',3'-<br>3x(2'OMe, 3'P(S)) | CLTA1mg OFF3-<br>target | **AsGsUs**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG<br>CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG<br>UCGGUGCUUU**UsUsUsU** (SEQ ID NO: 107) | 113 |
| 246 | CLTA4_5',3'-<br>3x(2'OMe, 3'P(S)) | CLTA4<br>target | **GsCsAs**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUU**UsUsUs**U (SEQ ID NO: 107) | 113 |
| 247 | CLTA4 5',3'-<br>3x(2'OMe, 3'P(S)) | CLTA4<br>target | **GsCsAs**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUU**UsUsUs**U (SEQ ID NO: 107) | 113 |
| 248 | CLTA4 5',3'-<br>3x(2'OMe, 3'P(S)) | CLTA4mg ON-<br>target | **GsCsAs**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUU**UsUsUs**U (SEQ ID NO: 107) | 113 |
| 249 | CLTA4 5',3'-<br>3x(2'OMe, 3'P(S)) | CLTA4mg ON-<br>target | **GsCsAs**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUU**UsUsUs**U (SEQ ID NO: 107) | 113 |
| 250 | CLTA4 5',3'-<br>3X(2'OMe, 3'P(S)) | CLTA4mg ON-<br>target | **GsCsAs**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUU**UsUsUs**U (SEQ ID NO: 107) | 113 |
| 251 | CLTA4 5',3'-<br>3x(2'OMe, 3'P(S)) | CLTA4mg OFF5-<br>target | **GsCsAs**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUU**UsUsUs**U (SEQ ID NO: 107) | 113 |
| 252 | CLTA4_5'-<br>3x(2'OMe, 3'P(S)),3'-<br>5x(2'OMe, 3'P(S)) | CLTA4mg ON-<br>target | **GsCsAs**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCU**UsUsUsUsUs**U (SEQ ID NO: 108) | 113 |
| 253 | CLTA4_5'-<br>3x(2'OMe, 3'P(S)),3'-<br>5x(2'OMe, 3'P(S)) | CLTA4mg ON-<br>target | **GsCsAs**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCU**UsUsUsUsUs**U (SEQ ID NO: 108) | 113 |
| 254 | CLTA4_5'-<br>3x(2'OMe, 3'P(S)),3'-<br>5x(2'OMe, 3'P(S)) | CLTA4mg ON-<br>target | **GsCsAs**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCU**UsUsUsUsUs**U (SEQ ID NO: 108) | 113 |
| 255 | CLTA4 5',3'-<br>5x(2'OMe, 3'P(S)) | CLTA4mg ON-<br>target | **GsCsAsGsAs**UGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAU<br>AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG<br>AGUCGGUGCU**UsUsUsUsUs**U (SEQ ID NO: 109) | 113 |
| 256 | CLTA4 5',3'-<br>5x(2'OMe, 3'P(S)) | CLTA4mg ON-<br>target | **GsCsAsGsAs**UGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAU<br>AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG<br>AGUCGGUGCU**UsUsUsUsUs**U (SEQ ID NO: 109) | 113 |
| 257 | CLTA4 5',3'-<br>5x(2'OMe, 3'P(S)) | CLTA4mg OFF5-<br>target | **GsCsAsGsAs**UGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAU<br>AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG<br>AGUCGGUGCU**UsUsUsUsUs**U (SEQ ID NO: 109) | 113 |
| | | | 2'OMethyl,3'PhosphorothioPACE-modified sgRNA | |
| 258 | CLTA1_5',3'-<br>3x(2'OMe, 3'thioPACE) | CLTA1 ON1-<br>target | **A\*sG\*sU\*s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA<br>UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC<br>GAGUCGGUGCUUU**U\*sU\*sU\*s**U (SEQ ID NO: 110) | 113 |
| 259 | CLTA1_5',3'-<br>3x(2'OMe, 3'thioPACE) | CLTA1mg ON1-<br>target | **A\*sG\*sU\*s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA<br>UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC<br>GAGUCGGUGCUUU**U\*sU\*sU\*s**U (SEQ ID NO: 110) | 113 |
| 260 | CLTA1_5',3'-<br>3x(2'OMe, 3'thioPACE) | CLTA1mg ON1-<br>target | **A\*sG\*sU\*s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA<br>UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC<br>GAGUCGGUGCUUU**U\*sU\*sU\*s**U (SEQ ID NO: 110) | 113 |

**Synthego EX1001.069**

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 261 | CLTA1_5',3'-3x(2'OMe, 3'thioPACE) | CLTA1mg OFF1-target | **A**\***sG**\***sU**\***s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCGGUGCUUU**U**\***sU**\***sU**\***sU** (SEQ ID NO: 110) | 113 |
| 262 | CLTA1_5',3'-3x(2'OMe, 3'thioPACE) | CLTA1mg OFF3-target | **A**\***sG**\***sU**\***s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCGGUGCUUU**U**\***sU**\***sU**\***sU** (SEQ ID NO: 110) | 113 |
| 263 | CLTA1_5',3'-1x(2'OMe, 3'thioPACE) | CLTA1mg ON1-target | **A**\***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUU**U**\***sU** (SEQ ID NO: 111) | 113 |
| 264 | CLTA1_5',3'-1x(2'OMe, 3'thioPACE) | CLTA1mg ON1-target | **A**\***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUU**U**\***sU** (SEQ ID NO: 111) | 113 |
| 265 | CLTA1_5',3'-1x(2'OMe, 3'thioPACE) | CLTA1mg OFF1-target | **A**\***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUU**U**\***sU** (SEQ ID NO: 111) | 113 |
| 266 | CLTA1_5',3'-1x(2'OMe, 3'thioPACE) | CLTA1mg OFF3-target | **A**\***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUU**U**\***sU** (SEQ ID NO: 111) | 113 |
| 267 | CLTA1_5',3'-3x(2'OMe, 3'thioPACE)_75mer | CLTA1 ON1-target | **A**\***sG**\***sU**\***s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGC AUAGCAAGUUUAAAUAAGGCUAGUCC**G**\***sU**\***sU**\***sU** (SEQ ID NO: 112) | 75 |
| 268 | CLTA1_5',3'-1x(2'OMe, 3'thioPACE)_74mer | CLTA1mg ON1-target | **A**\***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCC**GU**\***sU** (SEQ ID NO: 112) | 74 |
| 269 | CLTA1_5',3'-1x(2'OMe, 3'thioPACE)_75mer | CLTA1mg ON1-target | **A**\***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCC**GU**\***sA** (SEQ ID NO 112) | 75 |
| 270 | CLTA1_5',3'-1x(2'OMe, 3'thioPACE)_77mer | CLTA1mg ON1-target | **A**\***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUA**U**\***sC** (SEQ ID NO: 113) | 77 |
| 271 | CLTA1_5',3'-1x(2'OMe, 3'thioPACE)_77mer | CLTA1mg ON1-target | **G**\***s**AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUA GCAAGUUUAAAUAAGGCUAGUCCGUUA**U**\***sC** (SEQ ID NO: 114) | 78 |
| 272 | CLTA4_5',3'-3x(2'OMe, 3'thioPACE) | CLTA4 ON-target | **G**\***sC**\***sA**\***s**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCGGUGCUUU**U**\***sU**\***sU**\***sU** (SEQ ID NO: 115) | 113 |
| 273 | CLTA4_5',3'-3x(2'OMe, 3'thioPACE) | CLTA4 ON-target | **G**\***sC**\***sA**\***s**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCGGUGCUUU**U**\***sU**\***sU**\***sU** (SEQ ID NO: 115) | 113 |
| 274 | CLTA4_5',3'-3x(2'OMe, 3'thioPACE) | CLTA4 ON-target | **G**\***sC**\***sA**\***s**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCGGUGCUUU**U**\***sU**\***sU**\***sU** (SEQ ID NO: 115) | 113 |
| 275 | CLTA4_5',3'-3x(2'OMe, 3'thioPACE) | CLTA4mg OFF5-target | **G**\***sC**\***sA**\***s**GAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCGGUGCUUU**U**\***sU**\***sU**\***sU** (SEQ ID NO: 115) | 113 |
| 276 | CLTA4_5',3'-1x(2'OMe, 3'thioPACE) | CLTA4mg ON-target | **G**\***s**CAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUU**U**\***sU** (SEQ ID NO: 116) | 113 |
| 277 | CLTA4_5',3'-1x(2'OMe, 3'thioPACE) | CLTA4mg ON-target | **G**\***s**CAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUU**U**\***sU** (SEQ ID NO: 116) | 113 |
| 278 | CLTA4_5',3'-1x(2'OMe, 3'thioPACE) | CLTA4mg ON-target | **G**\***s**CAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUU**U**\***sU** (SEQ ID NO: 116) | 113 |
| 279 | CLTA4_5',3'-1x(2'OMe, 3'thioPACE) | CLTA4mg OFF5-target | **G**\***s**CAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUU**U**\***sU** (SEQ ID NO: 116) | 113 |

2-aminoA-modified sgRNA (including unmodified controls)

| 280 | EN1 | EN1mg ON-target | GAUGUUGUCGAUGAAAAAGUGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUU (SEQ ID NO: 117) | 113 |

**Synthego EX1001.070**

TABLE 3-continued

| Entry # Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|
| 281 EN1 | EN1mg OFF-target | GAUGUUGUCGAUGAAAAAGUGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 117) | 113 |
| 282 EN1_2aminoA + 16 | EN1mg ON-target | GAUGUUGUCGAUGAA(**2aA**)AAGUGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 118) | 113 |
| 283 EN1_2aminoA + 16 | EN1mg OFF-target | GAUGUUGUCGAUGAA(**2aA**)AAGUGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 118) | 113 |
| 284 PCDHA4 | PCDHA4mg ON-target | GAUUUAGACGAAGGAUUGAAGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 119) | 113 |
| 285 PCDHA4 | PCDHA4mg OFF-target | GAUUUAGACGAAGGAUUGAAGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 119) | 113 |
| 286 PCDHA4_2aminoA + 15 | PCDHA4mg ON-target | GAUUUAGACGAAGG(**2aA**)UUGAAGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 120) | 113 |
| 287 PCDHA4_2aminoA + 15 | PCDHA4mg OFF-target | GAUUUAGACGAAGG(**2aA**)UUGAAGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 120) | 113 |

5-methylU-modified sgRNA

| Entry # Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|
| 288 CLTA4_21x(5-MeU) | CLTA4mg ON-target | GCAGA(**5mU**)G(**5mU**)AG(**5mU**)G(**5mU**)(**5mU**)(**5mU**)CCACAGUUUAAG AGC(**5mU**)A(**5mU**)GC(**5mU**)GG(**5mU**)AACAGCA(**5mU**)AGCAAGUUUAA AUAAGGCUAGUCCGUUAUCAAC(**5mU**)(**5mU**)GAAAAAG(**5mU**)GGCACCG AGUCGG(**5mU**)GC(**5mU**)(**5mU**)(**5mU**)(**5mU**)(**5mU**)(**5mU**)(**5mU**)U (SEQ ID NO: 121) | 113 |
| 289 CLTA4_21x(5-MeU) | CLTA4mg OFF5-target | GCAGA(**5mU**)G(**5mU**)AG(**5mU**)G(**5mU**)(**5mU**)(**5mU**)CCACAGUUUAAG AGC(**5mU**)A(**5mU**)GC(**5mU**)GG(**5mU**)AACAGCA(**5mU**)AGCAAGUUUAA AUAAGGCUAGUCCGUUAUCAAC(**5mU**)(**5mU**)GAAAAAG(**5mU**)GGCACCG AGUCGG(**5mU**)GC(**5mU**)(**5mU**)(**5mU**)(**5mU**)(**5mU**)(**5mU**)(**5mU**)U (SEQ ID NO: 121) | 113 |

Z base-modified sgRNA

| Entry # Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|
| 290 CLTA1_ZZ_70,71 | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGU**ZZ**UGAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 122) | 113 |
| 291 CLTA1_ZZ_95,96 | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCA**ZZ**GAGUC GGUGCUUUUUUU (SEQ ID NO: 122) | 113 |

sgRNA modified to disfavor misfolding

| Entry # Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|
| 292 CLTA1_opti_short_5',3'-1x(2'OMe, 3'thioPACE)_2'OMe_54,57 | CLTA1mg ON1-target | <u>A</u>*<u>s</u>GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGAAUAUAGCAAGUUUAA AUAAGG<u>U</u>UA<u>A</u>UCCGUUAUCAACAAGAAAAUUGUGGCACCGAGUCGGUGCUU <u>U</u>*<u>s</u>U (SEQ ID NO: 123) | 100 |
| 293 CLTA1_opti_short_5',3'-1x(2'OMe, 3'thioPACE)_2'OMe_64,67 | CLTA1mg ON1-target | <u>A</u>*<u>s</u>GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUA GCAAGUUUAAAUAAGG<u>U</u>UA<u>A</u>UCCGUUAUCAACAAGAAAAUUGUGGCACCGA GUCGGUGCUUUUUU<u>U</u>*<u>s</u>U (SEQ ID NO: 124) | 113 |

<u>N</u> = 2'OMe
<u>N</u> = 2'deoxy
Ns = 3'P(S)
N* = 3'-PACE
N*s = 3'-thioPACE
<u>N</u>* = 2'OMe,3'-PACE
<u>N</u>s = 2'OMe,3'-thioPACE
<u>N</u>s = 2'OMe, 3'P(S)
N$_0$ = 5'-overhang (5' to the 20-nt guide sequence); "NC" means the overhang is not complementary to protospacer-adjacent sequence
(2sU) = 2-thioU
(2aA) = 2-aminoA
(5mU) = 5-methylU
Z = Z base
IntFl = Fluorophore incorporated at an internal position in the RNA sequence

Synthego EX1001.071

The DNA target constructs in Table 3 had the following sequences:

```
CLTA1 ON1-      AGAATTTAACTGTGGTCACATTTGCTTTATCGACTGGCTTCATCTCACAGCTCATC
target:         TTACGCAAGTTCGATGAGTATGCCAGTCACTTTCAATTTGGTTGAATGTTCCCGTG
                ACATGCGAGTTCTGTCGACCATGTGCCGCGGATTGAATTCCTCAAGGGTGGTGATA
                GATGCTACGGTGGTGATGCGCATGCGCTCAGTCCTCATCTCCCTCAAGCAGGCCCC
                GCTGGTGGGTCGGAGTCCCTAGTGAAGCCACCAATATAGTGGTCGTGTCAAGCAAC
                TGTCCACGCTCCACCCTCGAGGTCGTAACATAAACGTACTAAGGCACGAGTAAACA
                AGATCGATAGCAAGAACATGGTATAGACTGACGGAGAGCTCGCCATTAGTCTGA
                (SEQ ID NO: 10)

CLTA1 OFF1-     AGAATTTAACTGTGGTCACATTTGCTTTATCGACTGGCTTCATCTCACAGCTCATC
target:         TTACGCAAGTTCGATGAGTATGCCAGTCACTTTCAATTTGGTTGAATGTTCCCGTG
                ACATGCGAGTTCTGTCGACCATGTGCCGCGGATTGAATTCCTCAAGGGTGGTGATA
                GATGCTACGGTGGTGATGCGTATGCACTCAGTCCTCAACTCCCTCAAGCAGGCGAC
                CCCTGGGGGTCGGAGTCCCTAGTGAAGCCACCAATATAGTGGTCGTGTCAAGCAAC
                TGTCCACGCTCCACCCTCGAGGTCGTAACATAAACGTACTAAGGCACGAGTAAACA
                AGATCGATAGCAAGAACATGGTATAGACTGACGGAGAGCTCGCCATTAGTCTGA
                (SEQ ID NO: 11)

CLTA1 OFF2-     AGAATTTAACTGTGGTCACATTTGCTTTATCGACTGGCTTCATCTCACAGCTCATC
target:         TTACGCAAGTTCGATGAGTATGCCAGTCACTTTCAATTTGGTTGAATGTTCCCGTG
                ACATGCGAGTTCTGTCGACCATGTGCCGCGGATTGAATTCCTCAAGGGTGGTGATA
                GATGCTACGGTGGTGATGCAATAAATTTCAGCCCTCATTTCCCTCAAGCAGGGGTT
                ACTTTAGGGTCGGAGTCCCTAGTGAAGCCACCAATATAGTGGTCGTGTCAAGCAAC
                TGTCCACGCTCCACCCTCGAGGTCGTAACATAAACGTACTAAGGCACGAGTAAACA
                AGATCGATAGCAAGAACATGGTATAGACTGACGGAGAGCTCGCCATTAGTCTGA
                (SEQ ID NO: 12)

CLTA1 OFF3-     AGAATTTAACTGTGGTCACATTTGCTTTATCGACTGGCTTCATCTCACAGCTCATC
target:         TTACGCAAGTTCGATGAGTATGCCAGTCACTTTCAATTTGGTTGAATGTTCCCGTG
                ACATGCGAGTTCTGTCGACCATGTGCCGCGGATTGAATTCCTCAAGGGTGGTGATA
                GATGCTACGGTGGTGATGCTCTCCAGCCCACTCCTCATCTCCCTCAAGCCGGTCCC
                AGGCTGGGGTCGGAGTCCCTAGTGAAGCCACCAATATAGTGGTCGTGTCAAGCAAC
                TGTCCACGCTCCACCCTCGAGGTCGTAACATAAACGTACTAAGGCACGAGTAAACA
                AGATCGATAGCAAGAACATGGTATAGACTGACGGAGAGCTCGCCATTAGTCTGA
                (SEQ ID NO: 13)

CLTA1mg ON1-    GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
target:         GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
                TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
                AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
                TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
                CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
                GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
                ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
                CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
                AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
                AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
                CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
                TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
                TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
                CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
                CGACTCACTATAGGGCGAATTGGAGCTCCACCGCGGTGGCGGCCGCTCTAGAACTA
                GTGGATCCCCCGGGCTGCAGGCAGAGAGGGTATCAGCTCACTCAAAGGCGGTAATA
                CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
                TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
                GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
                CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
                CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
                GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
                TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
                CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
                CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
                CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
                TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
                GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
                CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
                GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
                AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
                TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
                TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
                ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
                AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
```

-continued

```
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC (SEQ ID NO: 14)
```

CLTA1mg_OFF1-
target:

```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGGTACGATCGATGCGGCCTCGCAGGGCAAAGAGG
TCTCCTGTATGCACTCAGTCCTCAACTCCCTCAAGCAGGCAACTCCTTGGTGCACTG
ACAAACCGCTCCTGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACGAGATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC (SEQ ID NO: 15)
```

CLTA1mg_OFF3
target:

```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGGTACGATCGATGCGGCCTCAGGAGAGGGAGCCA
TGCTCATCTCCAGCCCACTCCTCATCCCCCTCAAGCCGGTCAGGAGGAGGCT
```

Synthego EX1001.073

-continued

```
AAAGCTTGTCTTTGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC (SEQ ID NO: 16)
```

CLTA4 ON-
target:

```
GCCGGGCAAGAGCAACTCGGTCGCCGCATACACTATTCTCAGAATGACTTGGTTGA
GTACTCACCAGTCACAGAAAAGCATCTTACGGATGGCATGACAGTAAGAGAATTAT
GCAGTGCTGCCATAACCATGAGTGATAACACTGCGGCCAACTTACTTCTGACAACG
ATCGGAGGACCGAAGGAGCTAACCGCTTTTTTGCACAACATGGGGGATCATGTAAC
TCGCCTTGATCGTTGGGAACCGGAGCTGAATGAAGCCATACCAAACGACGAGCGTG
ACACCACGATGCCTGTAGCAATGGCAACAACGTTGCGCAAACTATTAACTGGCGAA
CTACTTACTCTAGCTTCCCGGCAACAATTAATAGACTGGATGGAGGCGGATAAAGT
TGCAGGACCACTTCTGCGCTCGGCCCTTCCGGCTGGCTGGTTTATTGCTGATAAAT
CTGGAGCCGGTGAGCGTGGGTCTCGCGGTATCATTGCAGCACTGGGGCCAGATGGT
AAGCCCTCCCGTATCGTAGTTATCTACACGACGGGGAGTCAGGCAACTATGGATGA
ACGAAATAGACAGATCGCTGAGATAGGTGCCTCACTGATTAAGCATTGGTAACTGT
CAGACCAAGTTTACTCATATATACTTTAGATTGATTTAAAACTTCATTTTTAATTT
AAAAGGATCTAGGTGAAGATCCTTTTGATAATCTCATGACCAAAATCCCTTAACG
TGAGTTTTCGTTCCACTGAGCGTCAGACCCCGTAGAAAAGATCAAAGGATCTTCTT
GAGATCCTTTTTTTCTGCGCGTAATCTGCTGCTTGCAAACAAAAAAACCACCGCTA
CCAGCGGTGGTTTGTTTGCCGGATCAAGAGCTACCAACTCTTTTTCCGAAGGTAAC
TGGCTTCAGCAGAGCGCAGATACCAAATACTGTTCTTCTAGTGTAGCCGTAGTTAG
GCCACCACTTCAAGAACTCTGTAGCACCGCCTACATACCTCGCTCTGCTAATCCTGT
TACCAGTGGCTGCTGCCAGTGGCGATAAGTCGTGTCTTACCGGGTTGGACTCAAG
ACGATAGTTACCGGATAAGGCGCAGCGGTCGGGCTGAACGGGGGGTTCGTGCACAC
AGCCCAGCTTGGAGCGAACGACCTACACCGAACTGAGATACCTACAGCGTGAGCTA
TGAGAAAGCGCCACGCTTCCCGAAGGGAGAAAGGCGGACAGGTATCCGGTAAGCGG
CAGGGTCGGAACAGGAGAGCGCACGAGGGAGCTTCCAGGGGGAAACGCCTGGTATC
TTTATAGTCCTGTCGGGTTTCGCCACCTCTGACTTGAGCGTCGATTTTTGTGATGC
TCGTCAGGGGGGCGGAGCCTATGGAAAAACGCCAGCAACGCGGCCTTTTTACGGTT
CCTGGCCTTTTGCTGGCCTTTTGCTCACATGTTCTTTCCTGCGTTATCCCCTGATT
CTGTGGATAACCGTATTACCGCCTTTGAGTGAGCTGATACCGCTCGCCGCAGCCGA
ACGACCGAGCGCAGCGAGTCAGTGAGCGAGGAAGCGGAAGAGCGCCCAATACGCAA
ACCGCCTCTCCCCGCGCGTTGGCCGATTCATTAATGCAGCTGGCACGACAGGTTTC
CCGACTGGAAAGCGGGCAGTGAGCGCAACGCAATTAATGTGAGTTAGCTCACTCAT
TAGGCACCCCAGGCTTTACACTTTATGCTTCCGGCTCGTATGTTGTGTGGAATTGT
GAGCGGATAACAATTTCACACAGGAAACAGCTATGACCATGATTACGCCAAGCGCG
CAATTAACCCTCACTAAAGGGAACAAAAGCTGGGTACCGGGCCCCCCCTCGACACC
AGTTGCATTCGATTCCTGTTTGTAATTGTCCAATTCCTGCAGCCCGGGGGATCGGC
AGATGTAGTGTTTCCACAG̲G̲G̲G̲A̲TCCACTAGTTCTAGAGCGGCCGCCACCGCGGTG
GAGCTCCAATTCGCCCTATAGTGAGTCGTATTACGCGCGCTCACTGGCCGTCGTTT
TACAACGTCGTGACTGGGAAAACCCTGGCGTTACCCAACTTAATCGCCTTGCAGCA
CATCCCCCTTTCGCCAGCTGGCGTAATAGCGAAGAGGCCCGCACCGATCGCCCTTC
CCAACAGTTGCGCAGCCTGAATGGCGAATGGGAATTGTAAGCGTTAATATTTTGTT
AAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAACCAATAGGCCGAAA
TCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGGGTTGAGTGTTGTT
CCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCAACGTCAAAGGGCG
AAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCACCCTAATCAAGTT
TTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAAAGGGAGCCCCCGA
```

-continued

```
TTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGGAAGGGAAGAAAGC
GAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACGCTGCGCGTAACCA
CCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCAGGTGGCACTTTTCGG
GGAAATGTGCGCGGAACCCCTATTTGTTTATTTTTCTAAATACATTCAAATATGTA
TCCGCTCATGAGACAATAACCCTGATAAATGCTTCAATAATATTGAAAAAGGAAGA
GTATGAGTATTCAACATTTCCGTGTCGCCCTTATTCCCTTTTTTGCGGCATTTTGC
CTTCCTGTTTTTGCTCACCCAGAAACGCTGGTGAAAGTAAAAGATGCTGAAGATCA
GTTGGGTGCACGAGTGGGTTACATCGAACTGGATCTCAACAGCGGTAAGATCCTTG
AGAGTTTTCGCCCCGAAGAACGTTTTCCAATGATGAGCACTTTTAAAGTTCTGCTA
TGTGGCGCGGTATTATCCCGTATTGAC (SEQ ID NO: 17)
```

CLTA4mg ON-
target:

```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGGTACGAATCGATGCGGCCTCAAGAGTTCACTGA
GTAGGATTAAGATATTGCAGATGTAGTGTTTCCACAGGGTGGCTCTTCAGTGCACC
AGCGGAACCTGCTGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC (SEQ ID NO: 18)
```

CLTA4mg OFF5-
target:

```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGGTACGAATCGATGCGGCCTCTCTGAAATAGAGTTG
```

Synthego EX1001.075

```
                GGAAGAGATGCATACAACATATGTAGTATTTCCACAGGGAATACAATGGACAAATG
                ACCTCAAGAGCAGGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
                TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
                TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
                GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
                CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
                AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
                CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
                TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
                GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
                CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
                CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
                GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
                TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
                CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
                CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
                CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
                TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
                GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
                CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
                GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
                AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
                TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
                TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
                ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
                AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
                GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
                TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
                TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACACGGCATC
                GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
                AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
                CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
                GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
                TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
                GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC (SEQ ID NO: 19)

IL2RGmg_ON      GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
target:         GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
                TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGGAAAATA
                AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
                TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
                CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
                GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
                ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
                CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
                AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
                AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
                CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
                TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
                TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
                CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
                CGACTCACTATAGGGCGAATTGGGTACGATCGATGCGGCCGCTCGGGCAGCTGCAGGA
                ATAAGAGGGATGTGAATGGTAATGATGGCTTCAACATGGCGCTTGCTCTTCATTCC
                CTGGGTGTAGTCTGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
                TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
                TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
                GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
                CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
                AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
                CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
                TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
                GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
                CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
                CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
                GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
                TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
                CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
                CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
                CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
                TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
                GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
                CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
                GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
                AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
                TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
                TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
                ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
                AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
                GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
```

Synthego EX1001.076

```
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC (SEQ ID NO: 20)
```

EN1mg_ON
target:
```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGGTACGATGCGGCCTCGTCCTTTCGCCGGC
CGAAGTCCGGCCTCAGGATGTTGTCGATGAAGAAGTTGGTTGGTGCGGTGCAGCTGG
GCCGCTGGCTGCGGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC (SEQ ID NO: 21)
```

EN1mg_OFF
target:
```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGGTACGATGCGGCCTCGTCCTTTCGCCGGC
CGAACTCGGGCCGCAGGATGTTGTCGATGAAGAAGTTGGTGATGCGGTGCGGGTGC
TGGTGGTTGCCGGGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
```

```
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC (SEQ ID NO: 22)
```

PCDHA4mg_ON
target:
```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGAGCTCCACCGCGGTGGCGGCCGCTCTAGAACTA
GTGGATCCCCCGGGCTGCAGGAATTCGATATCAAGCTTATCGATACCGTCGACCTC
GAGGGGGGGCCCGGTACCCAATTCGCCCTATAGTGAGTCGTATTACAATTCACTGG
CCGTCGTTTTACAACGTCGTGACTGGGAAAACCCTGGCGTTACCCAACTTAATCGC
CTTGCAGCACATCCCCCTTTCGCCAGCTGGCGTAATAGCGAAGAGGCCCGCACCGA
TCGCCCTTCCCAACAGTTGCGCAGCCTGAATGGCGAATGGGACGCGCCCTGTAGCG
GCGCATTAAGCGCGGCGGGTGTGGTGGTTACGCGCAGCGTGACCGCTACACTTGCC
AGCGCCCTAGCGCCCGCTCCTTTCGCTTTCTTCCCTTCCTTTCTCGCCACGTTCGC
CGGCTTTCCCCGTCAAGCTCTAAATCGGGGGCTCCCTTTAGGGTTCCGATTTAGTG
```

(SEQ ID NO: 22 continued)
```
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
```

-continued

```
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC (SEQ ID NO: 23)
```

PCDHA4mg_OFF
target:
```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAAGCCGGCGAACGTGGCGAGGAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGGATACGATCGATGCGGCCTCGGAACGCTGGTGAT
TCATCCCAATGCCTCAGATTTAGACGAAGGCTTGAATGGGGATATTATTTACTCCT
TCTCCAGTGATGTGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC (SEQ ID NO: 24)
```

In a 20-uL reaction volume, 50 fmoles of linearized DNA target in the presence of 50 nM sgRNA, 39 nM recombinant purified Cas9 protein (S. pyogenes; Agilent) and 10 mM or 0.8 mM MgCl₂ at pH 7.6 was incubated at 37° C. for 30 min. Upon completion, 0.5 uL of RNase It (Agilent) was added, and incubation was continued at 37° C. for 5 min and then at 70° C. for 15 min. Subsequently 0.5 μL of Proteinase K (Mol. Bio. grade, NEB) was added and incubated at 37° C. for 15 min. Aliquots were loaded into a DNA 1000 or DNA 7500 LabChip and were analyzed on a Bioanalyzer 2200, or alternatively were loaded into a Genomic DNA ScreenTape and were analyzed on a TapeStation. The workup steps served to release Cas9 from binding of target DNA, which was assayed for cleavage. Cleavage yields were calculated by the formula: a/(a+b)×100 where a is the sum of the band intensities of the two cleavage products and b is the remain-

ing uncleaved DNA if present. A cleavage percentage of 100% means that all of the target DNA construct was cleaved.

A series of guide RNAs were chemically synthesized. The guide RNA oligomers were synthesized on an ABI 394 Synthesizer (Life Technologies, Carlsbad, Calif., USA) using 2'-O-thionocarbamate-protected nucleoside phosphoramidites according to procedures described in Dellinger et al. (2011) J. Am. Chem. Soc., 133, 11540-56, 2'-O-methyl phosphoramidites were incorporated into RNA oligomers under the same conditions as the 2'-O-thionocarbamate protected phosphoramidites. The 2'-O-methyl-3'-O-(diisopropylamino)phosphinoacetic acid-1,1-dimethylcyanoethyl ester-5'-O-dimethoxytrityl nucleosides used for synthesis of thiophosphonoacetate (thioPACE)-modified RNAs were synthesized essentially according to published methods. See

Synthego EX1001.079

Dellinger et al. (2003) *J. Am. Chem. Soc.,* 125, 940-50; and Threlfall et al. (2012) *Org. Biomol. Chem.,* 10, 746-54. For phosphorothioate-containing oligomers, the iodine oxidation step after the coupling reaction was replaced by a sulfurization step using a 0.05 M solution of 3-((N,N-dimethylaminomethylidene)amino)-3H-1,2,4-dithiazole-5-thione in a pyridine-acetonitrile (3:2) mixture for 6 min.

All the oligonucleotides were purified using reversed-phase high-performance liquid chromatography (HPLC) and analyzed by liquid chromatography-mass spectrometry (LC-MS) using an Agilent 1290 Infinity series LC system coupled to an Agilent 6520 Q-TOF (time-of-flight) mass spectrometer (Agilent Technologies, Santa Clara, Calif., USA). The yields for the synthesis and purification of the sgRNAs were estimated using deconvolution of mass spectra obtained from LC-MS-derived total ion chromatograms. The chemical synthesis of the 100-mer sgRNAs typically yielded 25-35% full-length product from a nominal 1 micromole scale synthesis. Reversed-phase HPLC purification using ion pairing buffer conditions typically gave 20% yield from the crude product with an estimated purity of the final sgRNA in the range of 90% to 95%.

The results are shown in Table 4. "% Target cleaved" indicates the percentage of the target DNA construct which was cleaved. Experiments were run with and without addition of a molar excess of targetless competitor DNA (tcDNA) which potentially competes with the target DNA, so the potential impact of the added nonspecific DNA upon the assay could be seen.

TABLE 4

| Entry # | [Mg²⁺] (mM) | tcDNA | % Target cleaved | % CV | % Cleaved vs. CONTROL | % CV CONTROL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | 2-piece dual-guide scaffold | | | | |
| | | Unmodified dual-guide RNA (dgRNA) | | | | |
| | | | | | | |
| 1 | 0.8 | N | 99% | | | |
| 2 | 0.8 | Y | 99% | 5% | | |
| 3 | 0.8 | N | 96% | | | |
| 4 | 0.8 | Y | 100% | 5% | | |
| 5 | 0.8 | N | 96% | | | |
| 6 | 0.8 | Y | 0% | 5% | | |
| 7 | 0.8 | N | 99% | | | |
| 8 | 0.8 | Y | 100% | 5% | | |
| 9 | 10 | N | 94%, 93% | | | |
| 10 | 0.8 | Y | 88% | | | |
| | | Fluorophore-coupled dgRNA | | | | |
| | | | | | | |
| 11 | 10 | N | 92%, 93% | | 94%, 93% | — |
| | | 2'OMethyl-modified dgRNA | | | | |
| | | | | | | |
| 12 | 0.8 | Y | 87% | | 88% | — |
| | | 2'OMethyl,3'Phosphorothioate-modified dgRNA | | | | |
| | | | | | | |
| 13 | 0.8 | Y | 87% | | 88% | — |
| | | 2'OMethyl,3'PhosphorothioPACE-modified dgRNA | | | | |
| | | | | | | |
| 14 | 0.8 | Y | 89% | | 88% | — |
| 15 | 0.8 | Y | 86% | | 88% | — |
| | | 2-thioU-modified dgRNA | | | | |
| | | | | | | |
| 16 | 0.8 | N | 96% | | 99% | |
| 17 | 0.8 | Y | 95% | 5% | 99% | 5% |
| 18 | 0.8 | N | 95% | | 96% | |
| 19 | 0.8 | Y | 100% | 5% | 100% | 5% |
| 20 | 0.8 | N | 97% | | 96% | |
| 21 | 0.8 | Y | 0% | 5% | 0% | 5% |
| 22 | 0.8 | N | 98% | | 99% | |
| 23 | 0.8 | Y | 99% | 5% | 100% | 5% |
| 24 | 0.8 | N | 94% | | 99% | |
| 25 | 0.8 | Y | 83% | 5% | 99% | 5% |

TABLE 4-continued

| Entry # | [Mg²⁺] (mM) | tcDNA | % Target cleaved | % CV | % Cleaved vs. CONTROL | % CV CONTROL |
|---|---|---|---|---|---|---|
| 26 | 0.8 | N | 93% | | 96% | |
| 27 | 0.8 | Y | 94% | 5% | 100% | 5% |
| 28 | 0.8 | N | 90% | | 96% | |
| 29 | 0.8 | Y | 0% | 5% | 0% | 5% |
| 30 | 0.8 | N | 95% | | 99% | |
| 31 | 0.8 | Y | 94% | 5% | 100% | 5% |
| 32 | 0.8 | N | 92% | | 99% | |
| 33 | 0.8 | Y | 84% | 5% | 99% | 5% |
| 34 | 0.8 | N | 90% | | 96% | |
| 35 | 0.8 | Y | 94% | 5% | 100% | 5% |
| 36 | 0.8 | N | 70% | | 96% | |
| 37 | 0.8 | Y | 0% | 5% | 0% | 5% |
| 38 | 0.8 | N | 96% | | 99% | |
| 39 | 0.8 | Y | 59% | 5% | 100% | 5% |
| | | Single-guide scaffold | | | | |
| | | Unmodified single-guide RNA (sgRNA) | | | | |
| | | | | | | |
| 40 | 10 | N | 93% | — | | |
| 41 | 10 | N | 94% | — | | |
| 42 | 10 | N | 94% | — | | |
| 43 | 10 | N | 92% | — | | |
| 44 | 10 | N | 90%, 92% | — | | |
| 45 | 10 | N | 92% | — | | |
| 46 | 10 | N | 93% | — | | |
| 47 | 0.8 | N | 86% | — | | |
| 48 | 0.8 | N | 87% | — | | |
| 49 | 0.8 | Y | 87% | — | | |
| 50 | 0.8 | N | 82% | — | | |
| 51 | 0.8 | N | 92% | — | | |
| 52 | 10 | N | 60% | — | | |
| 53 | 0.8 | N | 90% | — | | |
| 54 | 0.8 | N | 90% | — | | |
| 55 | 0.8 | Y | 79% | — | | |
| 56 | 0.8 | N | 79% | — | | |
| 57 | 0.8 | N | 94% | — | | |
| 58 | 10 | N | 73% | — | | |
| 59 | 0.8 | N | 84% | — | | |
| 60 | 0.8 | Y | ≥85% | — | | |
| 61 | 0.8 | Y | 89% | — | | |
| 62 | 0.8 | N | 87%, 82% | — | | |
| 63 | 0.8 | N | 23%, 22% | — | | |
| 64 | 0.8 | N | 78% | — | 87% | — |
| 65 | 0.8 | Y | 76% | — | 87% | — |
| 66 | 0.8 | N | 65% | — | 87% | — |
| 67 | 0.8 | N | 81% | — | 87% | — |
| 68 | 0.8 | N | 85% | — | 87% | — |
| 69 | 0.8 | Y | 71% | — | 87% | — |
| 70 | 0.8 | N | 32% | — | 87% | — |
| 71 | 0.8 | N | 84% | — | 87% | — |
| 72 | 0.8 | N | 91% | — | 87% | — |
| 73 | 0.8 | Y | 79% | — | 87% | — |
| 74 | 0.8 | N | 88% | — | 87% | — |
| 75 | 0.8 | N | 93% | — | 87% | — |
| 76 | 0.8 | N | 87% | — | 87% | — |
| 77 | 0.8 | Y | 79% | — | 87% | — |
| 78 | 0.8 | N | 89% | — | 87% | — |
| 79 | 0.8 | N | 88% | — | 87% | — |
| 80 | 0.8 | N | 3% | — | 86% | — |
| 81 | 0.8 | N | 5% | — | 86% | — |
| 82 | 0.8 | N | 89% | — | 86% | — |
| 83 | 0.8 | N | 68% | — | 87% | — |
| 84 | 0.8 | Y | 50% | — | 87% | — |
| 85 | 0.8 | N | 69% | — | 87% | — |
| 86 | 0.8 | N | 69% | — | 87% | — |
| 87 | 0.8 | N | 76% | — | 87% | — |
| 88 | 0.8 | Y | 42% | — | 87% | — |
| 89 | 0.8 | N | 72% | — | 87% | — |
| 90 | 0.8 | N | 78% | — | 87% | — |
| 91 | 0.8 | N | 85% | — | 87% | — |
| 92 | 0.8 | Y | 51% | — | 87% | — |
| 93 | 0.8 | N | 82% | — | 87% | — |
| 94 | 0.8 | " | 83% | — | 87% | — |
| | | DMT-modified sgRNA | | | | |
| | | | | | | |
| 95 | 10 | N | 93% | — | 92% | — |
| 96 | 10 | N | 93% | — | 92% | — |

Synthego EX1001.080

TABLE 4-continued

| Entry # | [Mg²⁺] (mM) | tcDNA | % Target cleaved | % CV | % Cleaved vs. CONTROL | % CV CONTROL |
|---|---|---|---|---|---|---|
| | | | Fluorophore-modified sgRNA | | | |
| 97 | 10 | N | 91%, 91% | — | 90%, 92% | — |
| 98 | 0.8 | N | 86% | — | 87% | — |
| 99 | 0.8 | Y | 77% | — | 87% | — |
| 100 | 0.8 | N | 87% | — | 87% | — |
| 101 | 0.8 | N | 86% | — | 87% | — |
| 102 | 0.8 | N | 91% | — | 87% | — |
| 103 | 0.8 | Y | 82% | — | 87% | — |
| 104 | 0.8 | N | 90% | — | 87% | — |
| 105 | 0.8 | N | 92% | — | 87% | — |
| 106 | 0.8 | N | 91% | — | 87% | — |
| 107 | 0.8 | Y | 82% | — | 87% | — |
| 108 | 0.8 | N | 90% | — | 87% | — |
| 109 | 0.8 | N | 91% | — | 87% | — |
| 110 | 0.8 | N | 92% | — | 87% | — |
| 111 | 0.8 | Y | 84% | — | 87% | — |
| 112 | 0.8 | N | 92% | — | 87% | — |
| 113 | 0.8 | N | 89% | — | 87% | — |
| 114 | 0.8 | N | 84%, 84% | — | 87%, 82% | — |
| 115 | 0.8 | N | 12%, 6% | — | 23%, 22% | — |
| 116 | 0.8 | N | 93%, 90% | — | 87%, 82% | — |
| 117 | 0.8 | N | 8%, 9% | — | 23%, 22% | — |
| | | | 3'Phosphorothioate-modified sgRNA | | | |
| 118 | 10 | N | 95% | — | 90%, 92% | — |
| 119 | 10 | N | 94% | — | 90%, 92% | — |
| 120 | 10 | N | 97% | — | 90%, 92% | — |
| 121 | 10 | N | 94% | — | 90%, 92% | — |
| | | | 2'OMethyl-modified sgRNA | | | |
| 122 | 10 | N | 91% | — | 94% | — |
| 123 | 10 | N | 92% | — | 93% | — |
| 124 | 0.8 | N | 86% | — | 87% | — |
| 125 | " | Y | 77% | — | 87% | — |
| 126 | " | N | 85% | — | 87% | — |
| 127 | 0.8 | N | 88% | — | 87% | — |
| 128 | 10 | N | 92% | — | 94% | — |
| 129 | 0.8 | N | 83% | — | 87% | — |
| 130 | 0.8 | Y | 78% | — | 87% | — |
| 131 | 0.8 | N | 83% | — | 87% | — |
| 132 | 0.8 | N | 85% | — | 87% | — |
| 133 | 10 | N | 92% | — | 94% | — |
| 134 | 0.8 | N | 86% | — | 87% | — |
| 135 | 0.8 | Y | 78% | — | 87% | — |
| 136 | 0.8 | N | 83% | — | 87% | — |
| 137 | 0.8 | N | 88% | — | 87% | — |
| 138 | 10 | N | 91% | — | 94% | — |
| 139 | 0.8 | N | 84% | — | 87% | — |
| 140 | 0.8 | Y | 81% | — | 87% | — |
| 141 | 0.8 | N | 83% | — | 87% | — |
| 142 | 0.8 | N | 87% | — | 87% | — |
| 143 | 10 | N | 89% | — | 92% | — |
| 144 | 0.8 | N | 91%, 88% | — | 87%, 82% | — |
| 145 | 0.8 | N | 24%, 25% | — | 23%, 22% | — |
| 146 | 10 | N | 93%, 92% | — | 90%, 92% | — |
| 147 | 0.8 | N | 22% | — | 87% | — |
| 148 | 0.8 | Y | 3% | — | 87% | — |
| 149 | 0.8 | N | 12% | — | 87% | — |
| 150 | 0.8 | N | 5% | — | 87% | — |
| 151 | 10 | N | 0%, 0% | — | 90%, 92% | — |
| 152 | 10 | N | 0%, 0% | — | 90%, 92% | — |
| 153 | 0.8 | N | 85% | — | 86% | — |
| 154 | 0.8 | N | 87% | — | 86% | — |
| 155 | 0.8 | N | 89% | — | 87% | — |
| 156 | 0.8 | Y | 78% | — | 87% | — |
| 157 | 0.8 | N | 84% | — | 87% | — |
| 158 | 0.8 | N | 93% | — | 87% | — |
| 159 | 0.8 | N | 90% | — | 86% | — |
| 160 | 0.8 | N | 90% | — | 87% | — |
| 161 | 0.8 | Y | 86% | — | 87% | — |
| 162 | 0.8 | N | 90% | — | 87% | — |
| 163 | 0.8 | N | 91% | — | 87% | — |
| 164 | 0.8 | N | 92% | — | 90% | — |
| 165 | 0.8 | N | 89% | — | 87% | — |
| 166 | 0.8 | Y | 80% | — | 87% | — |

TABLE 4-continued

| Entry # | [Mg²⁺] (mM) | tcDNA | % Target cleaved | % CV | % Cleaved vs. CONTROL | % CV CONTROL |
|---|---|---|---|---|---|---|
| 167 | 0.8 | N | 90% | — | 87% | — |
| 168 | 0.8 | N | 94% | — | 87% | — |
| 169 | 0.8 | N | 90% | — | 84% | — |
| 170 | 0.8 | Y | ≥85% | — | ≥85% | — |
| 171 | 0.8 | N | 7% | — | 84% | — |
| 172 | 0.8 | N | 0% | — | ≥85% | — |
| 173 | 10 | N | 15% | — | 73% | — |
| 174 | 0.8 | N | 85% | — | 84% | — |
| 175 | 0.8 | Y | 75% | — | ≥85% | — |
| 176 | 10 | N | 86% | — | 73% | — |
| 177 | 0.8 | " | 0% | — | 84% | — |
| 178 | 0.8 | N | 0% | — | ≥85% | — |
| 179 | 10 | N | 15% | — | 73% | — |
| | | | 2'Deoxy-modified sgRNA | | | |
| 180 | 10 | N | 27%, 19% | — | 90%, 92% | — |
| 181 | 10 | N | 0%, 0% | — | 90%, 92% | — |
| 182 | 10 | N | 0%, 0% | — | 90%, 92% | — |
| | | | 2'Deoxy,3'PACE-modified sgRNA | | | |
| 183 | 0.8 | N | 72%, 77% | — | 87%, 82% | — |
| 184 | 0.8 | N | 8%, 9% | — | 23%, 22% | — |
| | | | 2'OMethyl,3'PACE-modified sgRNA | | | |
| 185 | 0.8 | N | 82% | — | 87% | — |
| 186 | 0.8 | Y | 72% | — | 87% | — |
| 187 | 10 | Y | 95% | — | 93% | — |
| 188 | 10 | Y | 95% | — | 94% | — |
| 189 | 0.8 | Y | 91% | — | 87% | — |
| 190 | 0.8 | Y | 84% | — | 87% | — |
| 191 | 0.8 | Y | 85% | — | 87% | — |
| 192 | 0.8 | Y | 77% | — | 87% | — |
| 193 | 10 | Y | 88% | — | 94% | — |
| 194 | 0.8 | Y | 70% | — | 87% | — |
| 195 | 0.8 | Y | 56% | — | 87% | — |
| 196 | 0.8 | Y | 40% | — | 87% | — |
| 197 | 0.8 | Y | 23% | — | 87% | — |
| 198 | 10 | Y | 88% | — | 93% | — |
| 199 | 10 | Y | 89% | — | 94% | — |
| 200 | 0.8 | Y | 84% | — | 87% | — |
| 201 | 0.8 | Y | 75% | — | 87% | — |
| 202 | 10 | Y | 90% | — | 93% | — |
| 203 | 10 | Y | 90% | — | 94% | — |
| 204 | 0.8 | Y | 86% | — | 87% | — |
| 205 | 0.8 | Y | 82% | — | 87% | — |
| 206 | 10 | Y | 88% | — | 93% | — |
| 207 | 0.8 | Y | 82% | — | 87% | — |
| 208 | 0.8 | Y | 78% | — | 87% | — |
| 209 | 10 | Y | 77% | — | 93% | — |
| 210 | 0.8 | Y | 71% | — | 87% | — |
| 211 | 0.8 | " | 69% | — | " | — |
| 212 | 10 | N | 80% | — | 93% | — |
| 213 | 0.8 | N | 56% | — | 87% | — |
| 214 | 0.8 | Y | 41% | — | " | — |
| 215 | 10 | Y | 78% | — | 93% | — |
| 216 | 0.8 | Y | 58% | — | 87% | — |
| 217 | 0.8 | N | 44% | — | " | — |
| 218 | 10 | N | 80% | — | 93% | — |
| 219 | 0.8 | N | 39% | — | 87% | — |
| 220 | 0.8 | Y | 13% | — | " | — |
| 221 | 10 | Y | 74% | — | 93% | — |
| 222 | 0.8 | Y | 36% | — | 87% | — |
| 223 | 0.8 | N | 19% | — | 87% | — |
| 224 | 10 | Y | 86% | — | 93% | — |
| 225 | 0.8 | Y | 84% | — | 87% | — |
| 226 | 0.8 | Y | 80% | — | " | — |
| 227 | 10 | Y | 88% | — | 93% | — |
| 228 | 0.8 | Y | 83% | — | 87% | — |
| 229 | 0.8 | Y | 82% | — | 87% | — |
| 230 | 0.8 | N | 80% | — | 87% | — |
| 231 | 0.8 | N | 84% | — | 87% | — |
| 232 | 10 | N | 88% | — | 93% | — |
| 233 | 0.8 | N | 85% | — | 87% | — |
| 234 | 0.8 | Y | 73% | — | 87% | — |
| 235 | 10 | Y | 82% | — | 93% | — |
| 236 | 0.8 | Y | 89% | — | 87% | — |

Synthego EX1001.081

TABLE 4-continued

| Entry # | [Mg²⁺] (mM) | tcDNA | % Target cleaved | % CV | % Cleaved vs. CONTROL | % CV CON-TROL |
|---|---|---|---|---|---|---|
| 237 | 0.8 | Y | 76% | — | 87% | — |
| 238 | 10 | Y | 65% | — | 93% | — |
| 239 | 0.8 | Y | 84% | — | 87% | — |
| 240 | 0.8 | Y | 56% | — | 87% | — |
| 2'OMethyl,3'Phosphorothioate-modified sgRNA | | | | | | |
| 241 | 10 | N | 92% | — | 92% | — |
| 242 | 0.8 | N | 84% | — | 87% | — |
| 243 | 0.8 | Y | 88% | — | 87% | — |
| 244 | 0.8 | N | 85% | — | 87% | — |
| 245 | 0.8 | N | 91% | — | 87% | — |
| 246 | 0.8 | N | 91% | — | 84% | — |
| 247 | 0.8 | Y | ≥85% | — | ≥85% | — |
| 248 | 0.8 | N | 84% | — | 84% | — |
| 249 | 0.8 | Y | 90% | — | 89% | — |
| 250 | 0.8 | N | 90%, 87% | — | 87%, 82% | — |
| 251 | 0.8 | N | 16%, 19% | — | 23%, 22% | — |
| 252 | 0.8 | N | 93% | — | 89% | — |
| 253 | 0.8 | N | 90%, 90% | — | 87%, 82% | — |
| 254 | 0.8 | N | 17%, 22% | — | 23%, 22% | — |
| 255 | 0.8 | N | 93% | — | 89% | — |
| 256 | 0.8 | N | 91%, 91% | — | 87%, 82% | — |
| 257 | 0.8 | N | 13%, 16% | — | 23%, 22% | — |
| 2'OMethyl,3'PhosphorothioPACE-modified sgRNA | | | | | | |
| 258 | 10 | N | 89% | — | 92% | — |
| 259 | 0.8 | N | 84% | — | 87% | — |
| 260 | 0.8 | Y | 80% | — | 87% | — |
| 261 | 0.8 | N | 77% | — | 87% | — |
| 262 | 0.8 | N | 83% | — | 87% | — |
| 263 | 0.8 | N | 92% | — | 87% | — |
| 264 | 0.8 | Y | 79% | — | 87% | — |
| 265 | 0.8 | N | 88% | — | 87% | — |
| 266 | 0.8 | N | 94% | — | 87% | — |
| 267 | 10 | N | 74% | — | 93% | — |
| 268 | 0.8 | N | 11% | — | 86% | — |
| 269 | 0.8 | N | 15% | — | " | — |
| 270 | 0.8 | N | 49% | — | " | — |
| 271 | 0.8 | N | 31% | — | " | — |
| 272 | 0.8 | N | 91% | — | 84% | — |
| 273 | 0.8 | Y | 77% | — | ≥85% | — |
| 274 | 0.8 | N | 90%, 91% | — | 87%, 82% | — |
| 275 | 0.8 | N | 9%, 8% | — | 23%, 22% | — |
| 276 | 0.8 | N | 90% | — | 84% | — |
| 277 | 0.8 | Y | ≥85% | — | ≥85% | — |
| 278 | 0.8 | N | 86%, 88% | — | 87%, 82% | — |
| 279 | 0.8 | N | 11%, 7% | — | 23%, 22% | — |
| 2-aminoA-modified-sgRNA (including unmodified controls) | | | | | | |
| 280 | 0.8 | Y | 88%, 88% | — | | |
| 281 | 0.8 | Y | 76%, 75% | — | | |
| 282 | 0.8 | Y | 87%, 91% | — | 88%, 88% | |
| 283 | 0.8 | Y | 90%, 90% | — | 76%, 75% | |
| 284 | 0.8 | Y | 85%, 87% | — | | |
| 285 | 0.8 | Y | 88%, 88% | — | | |
| 286 | 0.8 | Y | 93%, 96% | — | 85%, 82% | |
| 287 | 0.8 | Y | 82%, 79% | — | 88%, 88% | |
| 5-methylU-modified sgRNA | | | | | | |
| 288 | 0.8 | N | 86%, 83% | — | 87%, 82% | |
| 289 | 0.8 | N | 11%, 11% | — | 23%, 22% | |
| Z base-modified sgRNA | | | | | | |
| 290 | 10 | N | 19% | — | 92% | |
| 291 | 10 | N | 93% | — | " | |
| sgRNA modified to disfavor misfolding | | | | | | |
| 292 | 0.8 | N | 93% | — | 90% | |
| 293 | 0.8 | N | 93% | — | 86% | |

The results revealed that guide RNAs containing modifications at specific positions were tolerated by active Cas protein and gRNA:Cas protein complexes, as the modifications did not prevent target-specific cleavage of the on-target polynucleotide. The modifications that were tested and

found to be tolerated at specific positions include 2'-O-methylribonucleotide (=2'OMe), 2'-deoxyribonucleotide, racemic phosphorothioate internucleotide linkage, 3'-phosphonoacetate (=PACE), 3'-thiophosphonoacetate (=thioPACE), Z nucleotide, 2-thiouracil, 2-aminoadenine, 5-methyluracil, 5-aminoallyluracil coupled to Cy5 fluorophore, 2-(4-butylamidofluorescein)propane-1,3-diol bis (phosphodiester) linker, and combinations of these.

It is contemplated that the chemical modifications disclosed and tested herein, particularly at the tested positions (as listed in Tables 3 and 4), will be tolerated at equivalent positions in a variety of guide RNAs.

As disclosed herein, chemically modified nucleotides were incorporated into guide RNAs in an effort to achieve certain properties. Such properties include improved nuclease resistance of the guide RNA (also known as improved stability), reduced off-target effects of a gRNA:Cas protein complex (also known as improved specificity), improved efficacy of gRNA:Cas protein complex when cleaving, nicking or binding a target polynucleotide, improved transfection efficiency, and/or improved organelle localization.

The assay results in Tables 3 and 4 indicate that: (1) in guide RNAs, many positions can tolerate a variety of chemical modifications; (2) 5' and 3' ends of guide RNAs will tolerate a wide variety of end protecting modifications, and such modifications are useful to inhibit exonucleolytic RNA degradation; (3) 2-ThioU can be used to deter off-target interactions involving G-U wobble pairings, thereby increasing the specificity of guide pairing by inhibiting off-target hybridization interactions; (4) 5' Extensions are generally well-tolerated; (5) Surface exposed regions of the guide RNA (as inferred from published crystal structures) are tolerant of extensively modifying U's to 5-methylU's, which potentially make the modified RNA more likely to elude immune responses such as stimulated by unmodified RNA; and (6) For RNA folding, G-C pairs are stronger and more stable than A-U pairs. At least one guide RNA is tolerant of replacing some G-C pairs with 2'-O-methylA-2'-O-methylU pairs that are more stable thermodynamically than unmodified A-U pairs.

More particularly, the present example shows that 2'-O-methyl modifications are tolerated at the 5' and 3' ends of dual-guide RNAs (as shown by entry 12 in Tables 3 and 4) and single-guide RNAs (entries 143-146, 169-170), thus allowing end-protection to stabilize gRNAs against exonucleases. 2'-O-methyl modifications are tolerated at most but not all internal positions, thus allowing stabilization against various nucleases including endonucleases (entries 146, 153-168, 174-179). However, the present example also demonstrates that not every position in guide RNAs will tolerate 2'-O-methyls (as shown by entries 151-152 and 171-173), suggesting that too many consecutive 2'-O-methyl modifications at the 5' end (e.g., 26 or more consecutive 2'-O-methyl-modified nucleotides), or too many 2'-O-methyl modifications of C and U nucleotides downstream (3') of the 5'-terminal 20 mer guide sequence is not well tolerated (e.g., the inhibitory effect of one or both 2'-O-methyluracils at sequence positions +56 and +69 in entries 171-173 as revealed by the positions tested in entries 154-156).

The present example shows that 2'-O-methyl modifications throughout the 20 mer guide sequence are tolerated during in vitro uses in buffer containing 10 mM Mg²⁺ (entry 146), but such extensive modification is not well tolerated under physiological conditions (entries 147-150) as present in cells. Thus, in some embodiments, a gRNA comprising 15 or more, alternatively 17 or more, alternatively 18 or more,

Synthego EX1001.082

alternatively 20 2'-O-methyl modifications throughout the 20 mer guide sequence is used for in vitro methods as described herein, such as genomic editing to modify a DNA sequence in vitro, regulating the expression of a gene of interest in vitro, cleaving a DNA target sequence in vitro, and other uses.

The present example shows that extensive incorporation of 2'-deoxy modifications is not well tolerated and can be substantially completely inhibitory (entries 180-182). However, 2'-deoxy modifications can be well-tolerated at some locations (entry 183), therefore such modification can be useful for inhibiting nucleases.

The present example also shows that fluorophore or dye labels are tolerated in every loop of the three known stem-loops in CRISPR-Cas9 guide RNAs (entry 116). Such labels are also tolerated in a 5' overhang on the guide sequence (entry 114), tolerated at additional locations in sgRNAs (entry 114), and tolerated in a tracrRNA used in dual-guide applications (entry 11). In this example, two different types of fluorophore were tested: a phosphodiester-linked fluorophore (no ribose ring) that essentially takes the place of a nucleotide (entries 114 & 116), and a dye label (Cy5) covalently coupled to 5-aminoallylU incorporated in a guide RNA (entry 11).

The present example also shows that Z bases are tolerated in synthetic guide RNAs, particularly as modifications of synthetic guide RNAs in which some C's are replaced with Z bases (entries 290-291). The present example also shows that several other bases are tolerated at various positions, as shown in Tables 3 and 4.

The present example further shows that the 5' and 3' ends of guide RNAs can tolerate a wide variety of end-protecting modifications. Such modifications can be used to inhibit exonucleolytic RNA degradation. Support for the tolerance of such modifications can be found in Hendel et al., *Nat. Biotechnol.* (2015) 55:9, 985-9. Additional support for modifications at the 5' and 3' ends of guide RNAs is provided by entries 143-144, 185-223, 241-257, 258-266, and 272-279 in Tables 3 and 4. In some embodiments, the guide RNA comprises 7 or fewer modified nucleotides at a 5' end or a 3' end or at each of 5' and 3' ends, alternatively 6 or fewer, alternatively 5 or fewer, alternatively 4 or fewer, alternatively 3 or fewer, alternatively 2 or fewer, alternatively 1. dual-guide RNAs can be protected similarly (entries 12-15).

The present example further shows that 2-thioU can be used to deter off-target interactions involving G-U wobble pairings, thereby increasing the specificity of guide sequence pairing by inhibiting off-target hybridization interactions (entries 16-39). One of the base pairs involved in hybridization between the guide RNA and CLTA1 OFF-target 3 (also referred to as "CLTA1 OFF3-target" or "CLTA1 OFF3") is a G-U wobble pair. Replacing the corresponding U in the guide RNA with a 2-thioU reduces cleavage from 100% (entry 8) to 59% (entry 39). Replacing other U's with 2-thioU's (e.g., at sequence position +3 or +9, entries 23 and 31) does not have the same effect, presumably because those U's do not involve G-U wobble pairing when fully hybridized to each of the OFF-target sites tested. Accordingly, 2-thioU can increase target specificity of guide RNAs when off-target sites involve G-U wobble pairing.

The present example also shows that 5'-overhang sequences attached to the guide sequence are generally well-tolerated (see entries 83-95, 114, and 206-223). For example, a bulky dimethoxytrityl (dmt) group at the 5' end was well tolerated (entry 95). The chromatographic properties of dmt can be used to facilitate purification of full-length synthetic RNAs from incompletely elongated byproducts

which are generally produced during synthesis. Accordingly, in some embodiments, the synthetic guide RNA comprises a 5-overhang sequence, for example, comprising a short polynucleotide sequence of 15 or fewer nucleotides which is complementary to the guide sequence and is covalently linked at its 3' end to the 5' end of the guide sequence by a polymeric linker such as a polynucleotide or similar phosphodiester-based linker, in which the linker can be 5 or more consecutive uridine nucleotides, alternatively 6 or 7.

The present example also shows that surface exposed regions of the guide RNA (as inferred from crystal structures published by others) are tolerant of extensively modifying uracils nucleotides to 5-methyluracils (5-methylU's) (entry 288), which can make the modified RNA more likely to elude immune responses such as stimulated by unmodified RNA. In particular, the 5' and 3' ends of a synthetic guide RNA are potentially immunostimulatory, and the present example shows that 5' and 3' ends are tolerant of 5-methylU modifications (entry 288).

The present example also shows that a synthetic guide RNA is tolerant of replacing some G-C pairs with 2'-O-methylA-2'-O-methylU pairs which are more stable thermodynamically than unmodified A-U pairs (see the non-terminal-2'-O-methylU and complementary-2'-O-methylA modifications in entries 292-293). This is advantageous because it is known that, for folded RNAs, G-C pairs are stronger and more stable than A-U pairs. Replacement of G-C pairs with such thermostabilized A-U pairs in synthetic guide RNAs allows for improved folding of active structures by preventing misfolded structures that involve unintended G-C pair(s), as can be predicted by RNA folding algorithms in common use.

## Exemplary Embodiments

Exemplary embodiments provided in accordance with the presently disclosed subject matter include, but are not limited to, the claims and the following embodiments:

A1. A synthetic guide RNA comprising:

a crRNA segment comprising (i) a guide sequence capable of hybridizing to a target sequence, (ii) a stem sequence; and

a tracrRNA segment comprising a nucleotide sequence that is partially or completely complementary to the stem sequence,

wherein the synthetic guide RNA comprises at least one modified nucleotide, and wherein the synthetic guide RNA has gRNA functionality.

A2. The synthetic guide RNA of embodiment A1, comprising a 2'-deoxy moiety.

A3. The synthetic guide RNA of embodiment A1 or A2, comprising a 2'-halo moiety selected from 2'-fluoro, 2'-chloro, 2'-bromo and 2'-iodo.

A4. The synthetic guide RNA of any one of the preceding embodiments, comprising a phosphorothioate group.

A5. The synthetic guide RNA of any one of the preceding embodiments, comprising a PACE group.

A6. The synthetic guide RNA of any one of the preceding embodiments, comprising a thioPACE group.

A7. The synthetic guide RNA of any one of embodiments A2-A6, comprising a 2'-O-methyl moiety.

A8. The synthetic guide RNA of any one of the preceding embodiments, comprising 2-thiouracil.

A9. The synthetic guide RNA of any one of the preceding embodiments, comprising a 4-thiouracil.

A10. The synthetic guide RNA of any one of the preceding embodiments, comprising a 2-aminoadenine.

Synthego EX1001.083

A11. The synthetic guide RNA of any one of the preceding embodiments, comprising a hypoxanthine.

A12. The synthetic guide RNA of any one of the preceding embodiments, comprising a 5-methylcytosine.

A13. The synthetic guide RNA of any one of the preceding embodiments, comprising a 5-methyluracil.

A14. The synthetic guide RNA of any one of the preceding embodiments, comprising a 5-aminoallyl-uracil.

A15. The synthetic guide RNA of any one of the preceding embodiments, comprising a Z ribonucleotide.

A16. The synthetic guide RNA of any one of the preceding embodiments, comprising a Z deoxyribonucleotide.

A17. The synthetic guide RNA of any one of the preceding embodiments, comprising a squarate conjugation.

A18. The synthetic guide RNA of any one of the preceding embodiments, comprising a dye linker.

A19. The synthetic guide RNA of embodiment A18, wherein the dye linker is 2-(4-butylamidofluorescein)propane-1,3-diol bis(phosphodiester) linker.

A20. The synthetic guide RNA of any one of the preceding embodiments, comprising a nucleotide with 2'-O-methyl and 3'-phosphorothioate.

A21. The synthetic guide RNA of any one of the preceding embodiments, comprising a nucleotide with 2'-O-methyl and 3'-PACE.

A22. The synthetic guide RNA of any one of the preceding embodiments, comprising a nucleotide with 2'-O-methyl and 3'-thioPACE.

A23. The synthetic guide RNA of any one of the preceding embodiments, comprising a nucleotide with 2'-deoxy and 3'-PACE.

A24. The synthetic guide RNA of any one of the preceding embodiments, comprising a 5-methylcytidine.

A25. The synthetic guide RNA of any one of the preceding embodiments, comprising a methylphosphonate.

A26. The synthetic guide RNA of any one of the preceding embodiments, comprising an ester of PACE, wherein the ester is optionally a methyl ester.

A27. The synthetic guide RNA of any one of the preceding embodiments, comprising a single RNA strand comprising both the crRNA segment and the tracrRNA segment.

A28. The synthetic guide RNA of any one of embodiments A1-A26, comprising two RNA strands, and the crRNA segment and the tracrRNA segment are in different RNA strands.

A29. The synthetic guide RNA of any one of the preceding embodiments, comprising a modified nucleotide at a 5' end, 3' end, or both 5' end and 3' end of each RNA strand.

A30. The synthetic guide RNA of any one of the preceding embodiments, comprising a modified nucleotide in the guide sequence.

A31. The synthetic guide RNA of any one of the preceding embodiments, comprising a modified nucleotide 5' to the guide sequence.

A32. The synthetic guide RNA of any one of the preceding embodiments, comprising a modified nucleotide in the stem sequence.

A33. The synthetic guide RNA of any one of the preceding embodiments, comprising a modified nucleotide in the scaffold region.

A34. The synthetic guide RNA of any one of the preceding embodiments, comprising at least one unnatural, orthogonal base pair in the scaffold region, wherein the base pair is independently selected from isoG-isoC and Z base-P base.

A35. The synthetic guide RNA of any one of the preceding embodiments, comprising a 2'-amino group.

A36. The synthetic guide RNA of any one of the preceding embodiments, comprising a phosphorothioate linkage group.

A37. The synthetic guide RNA of any one of the preceding embodiments, comprising a boranophosphonate linkage group.

A38. The synthetic guide RNA of any one of the preceding embodiments, comprising an unlocked nucleic acid modification (ULNA).

A39. The synthetic guide RNA of any one of the preceding embodiments, comprising a locked nucleic acid modification (LNA).

A40. The synthetic guide RNA of any one of the preceding embodiments, comprising an unstructured nucleic acid modification (UNA).

A41. The synthetic guide RNA of any one of the preceding embodiments, comprising a pseudoU.

A42. The synthetic guide RNA of any one of the preceding embodiments, comprising a 2'-MOE.

A43. The synthetic guide RNA of any one of the preceding embodiments, comprising a 2'-arabino.

A44. The synthetic guide RNA of any one of the preceding embodiments, comprising a 4'-thioribose.

A45. The synthetic guide RNA of any one of the preceding embodiments, comprising a squarate linkage

A46. The synthetic guide RNA of any one of the preceding embodiments, comprising a triazolo linkage.

A47. A method for cleaving or nicking a target polynucleotide comprising contacting the target polynucleotide with a CRISPR-associated protein and the synthetic guide RNA of any one of the preceding embodiments, and cleaving or nicking the target polynucleotide.

A48. The method of embodiment A47, wherein the cleaving or nicking takes place in vitro.

A49. The method of embodiment A47, wherein the cleaving or nicking takes place in a cell.

A50. The method of embodiment A47, wherein the cleaving or nicking takes place in vivo.

A51. The method of any one of embodiments A47-A50, wherein the CRISPR-associated protein is Cas9.

A52. The method of any one of embodiments A47-A51, wherein the cleaving or nicking results in gene editing.

A53. The method of any one of embodiments A47-A52, wherein the cleaving or nicking results in alteration of gene expression.

A54. A method for binding a target polynucleotide comprising contacting the target polynucleotide with a CRISPR-associated protein and the synthetic guide RNA of any one of the preceding embodiments.

A55. The method of embodiment A54, wherein the CRISPR-associated protein comprises a mutant which does not have a cleavage or nicking activity.

A56. The method of embodiment A54 or A55, wherein the CRISPR-associated protein is a fusion protein comprising a protein component not naturally existing in a CRISPR system.

A57. The method of any one of embodiments A54 to A56, resulting in a change of expression of the target polynucleotide.

A58. The method of any one of embodiments A54 to A57 useful to tag the target polynucleotide.

**Synthego EX1001.084**

Further Exemplary Embodiments

B1. A synthetic guide RNA comprising:

(a) a crRNA segment comprising (i) a guide sequence capable of hybridizing to a target sequence in a polynucleotide, (ii) a stem sequence; and

(b) a tracrRNA segment comprising a nucleotide sequence that is partially or completely complementary to the stem sequence,

wherein the synthetic guide RNA comprises one or more modifications, and wherein the synthetic guide RNA has gRNA functionality.

B2. The synthetic guide RNA of embodiment 1, comprising a 2'-O-methyl group, a 2'-deoxy moiety, a Z base, a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a thiophosphonoacetate internucleotide linkage, or combinations thereof.

B3. The synthetic guide RNA of embodiment 1 or 2, comprising one or more modifications selected from the group consisting of a 2'-O-methyl nucleotide with a 3'-phosphorothioate group, a 2'-O-methyl nucleotide with a 3'-phosphonocarboxylate group, a 2'-O-methyl nucleotide with a 3'-phosphonoacetate group, a 2'-O-methyl nucleotide with a 3'-thiophosphonocarboxylate group, a 2'-O-methyl nucleotide with a 3'-thiophosphonoacetate group, a 2'-deoxy nucleotide with a 3'-phosphonoacetate group, a 2'-deoxy nucleotide with a 3'-thiophosphonoacetate group, and a Z base.

B4. The synthetic guide RNA of embodiment 1, 2 or 3, comprising one or more modifications selected from the group consisting of a 2'-fluororibosyl, a 2-thiouracil base, a 4-thiouracil base, a 2-aminoadenine base, an hypoxanthine base, a 5-methylcytosine base, a 5-methyluracil base, a methylphosphonate internucleotide linkage, a 5-aminoallyluracil base, a squarate linkage, a triazolo linkage, a dye conjugated to a nucleotide, and combinations thereof.

B5. The synthetic guide RNA of any of the preceding embodiments, comprising a modification selected from the group consisting of a 2'-MOE, 2'-amino, 2'-F-arabino, 2'-LNA, 2'-ULNA, 3'-methylphosphonate, 3'-boranophosphonate, 3'-phosphorodithioate, 2'-OMe-3'-P(S)$_2$, 2'-OMe-3'-P(CH$_3$), 2'-OMe-3'-P(BH$_3$), 4'-thioribosyl, L-sugar, 2-thiocytosine, 6-thioguanine, 2-aminopurine, pseudouracil, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allyluracil, 5-allylcytosine, 5-allylaminocytosine, P nucleobase, isocytosine (isoC), isoguanine (isoG), UNA, x(A,G, C,T), y(A,G,C,T), abasic nucleotide, PEG, hydrocarbon linker, halo-substituted hydrocarbon linker, heteroatom (O,N,S)-substituted hydrocarbon linker, (keto, carboxy, amido, thionyl, carbamoyl, or thionocarbamoyl)-containing hydrocarbon linker, spermine linker, and combinations thereof.

B6. The synthetic guide RNA of any one of the preceding embodiments, comprising a stability-enhancing modification.

B7. The synthetic guide RNA of any one of the preceding embodiments, comprising at least two modifications; wherein a first modification is a stability-enhancing modification and a second modification is a specificity-altering modification.

B8. The synthetic guide RNA of embodiment 6 or 7, wherein the stability-enhancing modification is located in the guide sequence.

B9. The synthetic guide RNA of embodiment 6 or 7, wherein the stability-enhancing modification is located upstream of the guide sequence.

B10. The synthetic guide RNA of embodiment 6 or 7, wherein the stability-enhancing modification is located within the first five and/or the last five nucleotides of the crRNA segment.

B11. The synthetic guide RNA of embodiment 6 or 7, wherein the stability-enhancing modification is located in the tracrRNA segment.

B12. The synthetic guide RNA of embodiment 6 or 7, wherein the stability-enhancing modification is located within the first five and/or the last five nucleotides of the tracrRNA segment.

B13. The synthetic guide RNA of any one of embodiments 6-12, wherein the stability-enhancing modification comprises a 2'-O-methyl moiety, a 2'-fluoro moiety, or a 2'-deoxy moiety.

B14. The synthetic guide RNA of any one of embodiments 6-13, wherein the stability-enhancing modification comprises a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a thiophosphonoacetate internucleotide linkage, a methylphosphonate internucleotide linkage, a boranophosphate internucleotide linkage, or a phosphorothioate internucleotide linkage.

B15. The synthetic guide RNA of any one of embodiments 6-14, wherein the stability-enhancing modification comprises a 3'-phosphonoacetate or a 3'-thiophosphonoacetate.

B16. The synthetic guide RNA any one of embodiments 6-15, wherein the stability-enhancing modification comprises a 2'-O-methyl-3'-phosphorothioate nucleotide, a 2'-O-methyl-3'-phosphonoacetate nucleotide, or a 2'-O-methyl-3'-thiophosphonoacetate nucleotide.

B17. The synthetic guide RNA of any one of embodiments 6-16, wherein the stability-enhancing modification comprises a 2'-fluoro-3'-phosphorothioate nucleotide, a 2'-fluoro-3'-phosphonoacetate nucleotide, or a 2'-fluoro-3'-thiophosphonoacetate nucleotide.

B18. The synthetic guide RNA of any one of the preceding embodiments, comprising a specificity-altering modification.

B19. The synthetic guide RNA of embodiment 18, wherein the specificity-altering modification is located in the guide sequence.

B20. The synthetic guide RNA of any one of embodiment 18 or 19, wherein the specificity-altering modification comprises a 2-thiouracil, a 4-thiouracil or a 2-aminoadenine.

B21. The synthetic guide RNA of any one of embodiments 18-20, wherein the specificity-altering modification comprises a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a thiophosphonoacetate internucleotide linkage, a methylphosphonate internucleotide linkage, a boranophosphate internucleotide linkage, or a phosphorothioate internucleotide linkage.

B22. The synthetic guide RNA of any one of embodiments 18-21, wherein the specificity-altering modification comprises a 3'-phosphonoacetate or a 3-thiophosphonoacetate.

B23. The synthetic guide RNA of any one of the preceding embodiments, comprising a fluorescent dye or a label.

B24. The synthetic guide RNA of any one of the preceding embodiments, comprising one or more isotopic labels.

B25. The synthetic guide RNA of any one of the preceding embodiments, wherein the guide RNA is conjugated to

Synthego EX1001.085

an oligonucleotide, an aptamer, an amino acid, a peptide, a protein, a steroid, a lipid, a folic acid, a vitamin, a sugar, or an oligosaccharide.

B26. The synthetic guide RNA of any one of the preceding embodiments, wherein the synthetic guide RNA is a single guide RNA, wherein the crRNA segment and the tracrRNA segment are linked through a loop L.

B27. The synthetic guide RNA of embodiment 26, wherein the loop L comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, or 10 nucleotides.

B28. The synthetic guide RNA of embodiment 26 or 27, wherein the loop L comprises a nucleotide sequence of GNRA, wherein N represents A, C, G, or U and R represents A or G.

B29. The synthetic guide RNA of embodiment 26, 27 or 28, wherein the loop L comprises a nucleotide sequence of GAAA.

B30. The synthetic guide RNA of any one of embodiments 26-29, wherein the loop L comprises one or more modified nucleotides.

B31. The synthetic guide RNA of embodiment 30, wherein the loop L comprises a fluorescent dye.

B32. The synthetic guide RNA of embodiment 31, wherein the dye is conjugated to a 2-(4-butylamido-dye)propane-1,3-diol bis(phosphodiester) linker.

B33. The synthetic guide RNA of any one of the preceding embodiments, wherein the crRNA segment is at the 5' end of the guide RNA.

B34. The synthetic guide RNA of any one of the preceding embodiments, wherein the tracrRNA segment is at the 3' end of the guide RNA.

B35. The synthetic guide RNA of any of the preceding embodiments, wherein the crRNA segment comprises from 25 to 70 nucleotides.

B36. The synthetic guide RNA of any of the preceding embodiments, wherein the guide sequence comprises from 15 to 30 nucleotides.

B37. The synthetic guide RNA of any of the preceding embodiments, wherein the stem sequence comprises from 10 to 50 nucleotides.

B38. The synthetic guide RNA of any of the preceding embodiments, comprising one or more triazolo linkage(s).

B39. The synthetic guide RNA of any of the preceding embodiments, comprising one or more squarate linkage(s).

B40. The synthetic guide RNA of any of the preceding embodiments, wherein the guide RNA comprises a nucleotide composition of:

$$M_m N_n$$

wherein each N independently represents an unmodified nucleotide and each M is selected from a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, and a 2'-deoxyribonucleotide;

wherein each M is at any position in the sequence of the guide RNA; and

wherein m is an integer between 1 and 220, and n is an integer between 0 and 219, and $50<m+n \leq 220$.

B41. The synthetic guide RNA of embodiment 38, wherein m+n<150, and each of m and n are independently selected from an integer between 0 and 150, provided that m is not 0.

B42. The synthetic guide RNA of any of the preceding embodiments, wherein the guide RNA comprises a nucleotide sequence of:

$$M_m N_n M'_m N'_{n'} M''_{m''}$$

wherein each M, M' and M'' independently represent a modified nucleotide and each N and N' independently represent an unmodified ribonucleotide;

wherein any given M is the same or different from any other M, any given N is the same or different from any other N, any given M' is the same or different from any other M', any given N' is the same or different from any other N', any given M'' is the same or different from any other M''; and

wherein m is an integer between 0 and 40, n is an integer between 20 and 130, m' is an integer between 0 and 10, n' is an integer between 0 and 50, m'' is an integer between 0 and 10, provided that m+m'+m'' is greater than or equal to 1.

B43. The synthetic guide RNA of any of the preceding embodiments, wherein the crRNA segment comprises a nucleotide sequence of:

$$M_m N_n M'_{m'} N'_{n'}$$

wherein M and M' each represent a modified nucleotide and N and N' each represent an unmodified ribonucleotide; wherein any given M is the same or different from any other M, any given N is the same or different from any other N, any given M' is the same or different from any other M', any given N' is the same or different from any other N'; and

wherein n and n' are each independently selected from an integer between 0 and 50, and wherein m and m' are each independently selected from an integer between 0 and 25, provided that m+m' is greater than or equal to 1.

B44. The synthetic guide RNA of any of the preceding embodiments, wherein the guide sequence comprises a nucleotide sequence of:

$$M_m N_n M'_{m'} N'_{n'}$$

wherein M and M' each represent a modified nucleotide and N and N' each represent an unmodified ribonucleotide; wherein any given M is the same or different from any other M, any given N is the same or different from any other N, any given M' is the same or different from any other M', any given N' is the same or different from any other N'; and

wherein m, n, m', and n' are each independently selected from an integer between 0 and 40, provided that m+m' is greater than or equal to 1.

B45. The synthetic guide RNA of any of the preceding embodiments, wherein the tracrRNA segment comprises a nucleotide sequence of:

$$N_n M_m N'_{n'} M'_{m'}$$

wherein M and M' each represent a modified nucleotide and N and N' each represent an unmodified ribonucleotide;

wherein any given M is the same or different from any other M, any given N is the same or different from any other N, any given M' is the same or different from any other M', any given N' is the same or different from any other N'; and

wherein n is an integer between 0 and 130 m is an integer between 0 and 40, and n' is an integer between 0 and 130, and m' is an integer between 0 and 40, provided that m+m' is greater than or equal to 1.

B46. The synthetic guide RNA of any one of embodiments 40-43, wherein m, m', m+m', or m+m'+m'' is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, or 20.

B47. The synthetic guide RNA of any one of embodiments 40-43, wherein m, m', m+m', or m+m'+m'' is 1, 2, 3, 4, 5, or 6.

B48. The synthetic guide RNA of any one of embodiments 40-45, wherein n is 16, 17, 18, or 19.

B49. The synthetic guide RNA of any one of embodiments 40-45, wherein n, n', or n+n' is an integer between 75 and 115.

Synthego EX1001.086

B50. The synthetic guide RNA of any one of embodiments 40-47, wherein each M is independently selected from the group consisting of a 2'-modified nucleotide, a 3'-modified nucleotide, and combinations thereof.

B51. The synthetic guide RNA of embodiment 48, wherein the 2'-modified nucleotide is selected from the group consisting of a 2'-deoxy nucleotide, a 2'-O-methyl nucleotide, a 2'-fluoro nucleotide, and a 2'-O—C$_{1-3}$alkyl-O—C$_{1-3}$alkyl nucleotide.

B52. The synthetic guide RNA of embodiment 48, wherein the 3'-modified nucleotide is selected from the group consisting of a 3'-phosphonoacetate nucleotide and a 3'-thiophosphonoacetate nucleotide.

B53. The synthetic guide RNA of embodiment 48, wherein the combination of the 2'-modified nucleotide and the 3'-modified nucleotide comprises a 2'-O-methyl-3'-phosphorothioate nucleotide, a 2'-O-methyl-3-phosphonoacetate nucleotide, or a 2'-O-methyl-3'-thiophosphonoacetate nucleotide.

B54. A method for cleaving a target polynucleotide comprising contacting the target polynucleotide with a CRISPR-associated protein and the synthetic guide RNA of any one of the preceding embodiments and cleaving the target polynucleotide.

B55. The method of embodiment 52, further comprising contacting the target polynucleotide with an exogenous CRISPR-associated protein.

B56. The method of embodiment 53, wherein the CRISPR-associated protein is Cas9.

B57. The method of any one of embodiments 52-54, wherein the cleavage results in a functional knockout of a target gene.

B58. The method of any one of embodiments 52-55, further comprising repairing the cleaved target polynucleotide by homology-directed repair with an exogenous or endogenous template polynucleotide.

B59. The method of embodiment 56, wherein the exogenous or endogenous template polynucleotide comprises at least one sequence having substantial sequence identity with a sequence on either side of the cleavage site.

B60. The method of any one of embodiments 52-57, further comprising repairing the cleaved target polynucleotide by non-homologous end joining.

B61. The method of any one of embodiments 56-58, wherein the repairing step produces an insertion, deletion, or substitution of one or more nucleotides of the target polynucleotide.

B62. The method of embodiment 59, wherein the insertion, deletion, or substitution results in one or more amino acid changes in a protein expressed from a gene comprising the target polynucleotide.

B63. The method of any one of embodiments 52-60, wherein the target polynucleotide is contacted with the CRISPR-associated protein and the synthetic guide RNA in vitro.

B64. The method of any one of embodiments 52-61, wherein the target polynucleotide contacted with the CRISPR-associated protein and the synthetic guide RNA is within the genome of a cell in vitro or in vivo.

B65. The method of embodiment 62, wherein the cell is isolated from a multicellular source prior to contacting the target polynucleotide with the CRISPR-associated protein and the synthetic guide RNA.

B66. The method of embodiment 63, wherein the source is a plant, an animal, a multicellular protist, or a fungus.

B67. The method of any one of embodiments 62-64, wherein the cell, or a cell derived therefrom, is returned to

the source after contacting the target polynucleotide with the CRISPR-associated protein and the synthetic guide RNA.

B68. A method of modifying a target polynucleotide in a cell comprising introducing into the cell the synthetic guide RNA of any one of embodiments 1-51 and introducing into the cell a CRISPR-associated protein or a nucleic acid that expresses a CRISPR-associated protein in the cell.

B69. The method of embodiment 66, wherein the CRISPR-associated-protein is Cas9.

B70. A method of altering expression of at least one gene product in a cell comprising introducing into the cell the synthetic guide RNA of any one of embodiments 1-51 and further introducing into the cell a CRISPR-associated-protein or a nucleic acid that expresses a CRISPR-associated protein in the cell, wherein the cell contains and expresses a DNA molecule having a target sequence and encoding the gene product.

B71. The method of embodiment 68, wherein the CRISPR-associated-protein is Cas9.

B72. The method of embodiment 69, wherein the CRISPR-associated-protein cleaves the DNA molecule.

B73. A set or library of RNA molecules comprising two or more synthetic guide RNAs of any one of embodiments 1-51.

B74. A kit comprising the synthetic guide RNA of any one of embodiments 1-51 or the set or library of RNA molecules of embodiment 71.

B75. The kit of embodiment 72, further comprising a CRISPR-associated protein or a nucleic acid encoding the CRISPR-associated protein.

B76. The kit of embodiment 73, wherein the CRISPR-associated-protein is Cas9.

B77. The synthetic guide RNA, method or kit of any of the preceding embodiments, wherein the synthetic guide RNA comprises an end modification.

B78. The synthetic guide RNA of any of the preceding embodiments, having a single RNA strand or two separate complementary RNA strands, wherein the guide RNA comprises at least one stability-enhancing modification at both ends of each RNA strand.

C1. A synthetic guide RNA comprising:
  (a) a crRNA segment comprising (i) a guide sequence capable of hybridizing to a target sequence in a polynucleotide, (ii) a stem sequence; and
  (b) a tracrRNA segment comprising a nucleotide sequence that is partially or completely complementary to the stem sequence,
wherein the synthetic guide RNA comprises one or more modifications, and wherein the synthetic guide RNA has gRNA functionality.

C2. The synthetic guide RNA of embodiment C1, wherein one or more of the modifications comprises a stability-enhancing modification.

C3. The synthetic guide RNA of embodiment C2, wherein one or more of the stability-enhancing modifications is located in the guide sequence.

C4. The synthetic guide RNA of embodiment C2, wherein the stability-enhancing modification comprises a 2'-O-methyl moiety, a Z base, a 2'-deoxy nucleotide, a phosphorothioate internucleotide linkage, a phosphonoacetate (PACE) internucleotide linkage, or a thiophosphonoacetate (thioPACE) internucleotide linkage, or combinations thereof.

C5. The synthetic guide RNA of any of the foregoing embodiments, comprising less than 26 consecutive 2'-O-methyl modified nucleotides at a 5' end of the guide RNA.

Synthego EX1001.087

C6. The synthetic guide RNA of any of the foregoing embodiments, comprising a Z base replacing a cytosine in the synthetic guide RNA.

C7. The synthetic guide RNA of any of the foregoing embodiments, comprising at least one 2-thiouracil at a position corresponding to a uridine that can engage in U-G wobble pairing with a potential off-target sequence.

C8. The synthetic guide RNA of any of the foregoing embodiments, comprising one or more modifications selected from the group consisting of a 2'-O-methyl nucleotide with a 3'-phosphorothioate group, a 2'-O-methyl nucleotide with a 3'-phosphonoacetate group, a 2'-O-methyl nucleotide with a 3'-thiophosphonoacetate group, and a 2'-deoxy nucleotide with a 3'-phosphonoacetate group.

C9. The synthetic guide RNA of any of the foregoing embodiments, comprising at least two modifications.

C10. The synthetic guide RNA any of the foregoing embodiments, comprising up to 50 modifications.

C11. The synthetic guide RNA of any of the foregoing embodiments, comprising a single RNA strand or two separate RNA strands, and one or more modifications at a 5' end of each RNA strand, at a 3' end of each RNA strand, or at both a 5' end and a 3' end of each RNA strand.

C12. The synthetic guide RNA of any of the foregoing embodiments, comprising 7 or fewer consecutive modified nucleotides at a 5' end or at a 3' end or at each of 5' and 3' ends.

C13. The synthetic guide RNA of any of the foregoing embodiments, comprising one or more 5-methyluridine nucleotides at one or more of a 5' end, a 3' end or a stem-loop.

C14. The synthetic guide RNA of any of the foregoing embodiments, wherein one or more of the modifications alters base-pairing thermostability.

C15. The synthetic guide RNA of embodiment C14, wherein said one or more modifications enhances the base-pairing thermostability.

C16. The synthetic guide RNA of embodiment C15, wherein said one or more modifications is independently selected from a 2-thiouracil (2-thioU), a 4-thiouracil (4-thioU), a 2-aminoadenine, a 2'-O-methyl, a 2'-fluoro, a 5-methyluridine, a 5-methylcytidine, and a locked nucleic acid modification (LNA).

C17. The synthetic guide RNA of embodiment C15, wherein said one or more modifications decreases the base-pairing thermostability.

C18. The synthetic guide RNA of embodiment C17, wherein said one or more modifications is independently selected from a 2-thiouracil, a 2'-deoxy, a phosphorothioate linkage, a phosphorothioate linkage, a boranophosphonate linkage, a phosphonoacetate linkage, a thiophosphonoacetate linkage, and an unlocked nucleic acid modification (ULNA).

C19. The synthetic guide RNA of any of the foregoing embodiments, comprising one or more 2'-O-methylA-2'-O-methylU base pairs.

C20. The synthetic guide RNA of any of the foregoing embodiments, wherein one or more of the modifications is a specificity-altering modification.

C21. The synthetic guide RNA of embodiment C20, wherein the specificity-altering modification is located in the guide sequence.

C22. The synthetic guide RNA of any of the foregoing embodiments, wherein the specificity-altering modification comprises a 2-thiouracil, a 4-thiouracil, a 2-aminoadenine, a 2'-O-methyl, a 2'-fluoro, a LNA, a phosphorothioate linkage, a phosphorothioate linkage, a boranophosphonate linkage, a phosphonoacetate linkage, a thiophosphonoacetate linkage, an ULNA, a 2'-deoxy, a 5-methyluridine, a 5-methylcytidine, or combinations thereof.

C23. The synthetic guide RNA of any of the foregoing embodiments, comprising a fluorescent dye or a label.

C24. The synthetic guide RNA of embodiment C23, wherein the fluorescent dye or a label is bound to a stem-loop of the synthetic guide RNA.

C25. A method for genomic editing to modify a DNA sequence, or regulating the expression of a gene of interest, or cleaving a target polynucleotide comprising: contacting the DNA sequence, the gene of interest, or the target polynucleotide with a CRISPR-associated protein and the synthetic guide RNA of any of the foregoing embodiments, and editing, regulating or cleaving the DNA sequence, the gene of interest or the target polynucleotide.

C26. The method of embodiment C25, wherein the method is performed in vitro, and the synthetic guide RNA comprises 15 or more 2'-O-methyl modifications throughout the guide sequence.

C27. A set or library of RNA molecules comprising two or more synthetic guide RNAs of any of the foregoing embodiments.

C28. A kit comprising the synthetic guide RNA of any of the foregoing embodiments.

C29. An array of RNA molecules comprising two or more, synthetic, guide RNAs of any of the foregoing embodiments.

The foregoing description of exemplary or preferred embodiments should be taken as illustrating, rather than, as limiting, the present invention as defined by the claims. As will be readily appreciated, numerous variations and combinations of the features set forth above can be utilized without departing from the present invention as set forth in the claims. Such variations are not regarded as a departure from the scope of the invention, and all such variations are intended to be included within the scope of the following claims. All references cited herein are incorporated by reference in their entireties.

---

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 130

<210> SEQ ID NO 1
<211> LENGTH: 1368
<212> TYPE: PRT
<213> ORGANISM: Streptococcus pyogenes

<400> SEQUENCE: 1

Met Asp Lys Lys Tyr Ser Ile Gly Leu Asp Ile Gly Thr Asn Ser Val
1               5                   10                  15

Gly Trp Ala Val Ile Thr Asp Glu Tyr Lys Val Pro Ser Lys Lys Phe
            20                  25                  30

Synthego EX1001.088

-continued

```
Lys Val Leu Gly Asn Thr Asp Arg His Ser Ile Lys Lys Asn Leu Ile
        35                  40                  45

Gly Ala Leu Leu Phe Asp Ser Gly Glu Thr Ala Glu Ala Thr Arg Leu
        50                  55                  60

Lys Arg Thr Ala Arg Arg Arg Tyr Thr Arg Arg Lys Asn Arg Ile Cys
65                  70                  75                  80

Tyr Leu Gln Glu Ile Phe Ser Asn Glu Met Ala Lys Val Asp Asp Ser
                85                  90                  95

Phe Phe His Arg Leu Glu Glu Ser Phe Leu Val Glu Glu Asp Lys Lys
                100                 105                 110

His Glu Arg His Pro Ile Phe Gly Asn Ile Val Asp Glu Val Ala Tyr
            115                 120                 125

His Glu Lys Tyr Pro Thr Ile Tyr His Leu Arg Lys Lys Leu Val Asp
        130                 135                 140

Ser Thr Asp Lys Ala Asp Leu Arg Leu Ile Tyr Leu Ala Leu Ala His
145                 150                 155                 160

Met Ile Lys Phe Arg Gly His Phe Leu Ile Glu Gly Asp Leu Asn Pro
                165                 170                 175

Asp Asn Ser Asp Val Asp Lys Leu Phe Ile Gln Leu Val Gln Thr Tyr
            180                 185                 190

Asn Gln Leu Phe Glu Glu Asn Pro Ile Asn Ala Ser Gly Val Asp Ala
        195                 200                 205

Lys Ala Ile Leu Ser Ala Arg Leu Ser Lys Ser Arg Arg Leu Glu Asn
    210                 215                 220

Leu Ile Ala Gln Leu Pro Gly Glu Lys Lys Asn Gly Leu Phe Gly Asn
225                 230                 235                 240

Leu Ile Ala Leu Ser Leu Gly Leu Thr Pro Asn Phe Lys Ser Asn Phe
                245                 250                 255

Asp Leu Ala Glu Asp Ala Lys Leu Gln Leu Ser Lys Asp Thr Tyr Asp
            260                 265                 270

Asp Asp Leu Asp Asn Leu Leu Ala Gln Ile Gly Asp Gln Tyr Ala Asp
        275                 280                 285

Leu Phe Leu Ala Ala Lys Asn Leu Ser Asp Ala Ile Leu Leu Ser Asp
        290                 295                 300

Ile Leu Arg Val Asn Thr Glu Ile Thr Lys Ala Pro Leu Ser Ala Ser
305                 310                 315                 320

Met Ile Lys Arg Tyr Asp Glu His His Gln Asp Leu Thr Leu Leu Lys
                325                 330                 335

Ala Leu Val Arg Gln Gln Leu Pro Glu Lys Tyr Lys Glu Ile Phe Phe
            340                 345                 350

Asp Gln Ser Lys Asn Gly Tyr Ala Gly Tyr Ile Asp Gly Gly Ala Ser
        355                 360                 365

Gln Glu Glu Phe Tyr Lys Phe Ile Lys Pro Ile Leu Glu Lys Met Asp
    370                 375                 380

Gly Thr Glu Glu Leu Leu Val Lys Leu Asn Arg Glu Asp Leu Leu Arg
385                 390                 395                 400

Lys Gln Arg Thr Phe Asp Asn Gly Ser Ile Pro His Gln Ile His Leu
                405                 410                 415

Gly Glu Leu His Ala Ile Leu Arg Arg Gln Glu Asp Phe Tyr Pro Phe
            420                 425                 430

Leu Lys Asp Asn Arg Glu Lys Ile Glu Lys Ile Leu Thr Phe Arg Ile
        435                 440                 445
```

**Synthego EX1001.089**

-continued

```
Pro Tyr Tyr Val Gly Pro Leu Ala Arg Gly Asn Ser Arg Phe Ala Trp
450             455                 460

Met Thr Arg Lys Ser Glu Glu Thr Ile Thr Pro Trp Asn Phe Glu Glu
465             470                 475                 480

Val Val Asp Lys Gly Ala Ser Ala Gln Ser Phe Ile Glu Arg Met Thr
            485                 490                 495

Asn Phe Asp Lys Asn Leu Pro Asn Glu Lys Val Leu Pro Lys His Ser
            500                 505                 510

Leu Leu Tyr Glu Tyr Phe Thr Val Tyr Asn Glu Leu Thr Lys Val Lys
            515                 520                 525

Tyr Val Thr Glu Gly Met Arg Lys Pro Ala Phe Leu Ser Gly Glu Gln
530             535                 540

Lys Lys Ala Ile Val Asp Leu Leu Phe Lys Thr Asn Arg Lys Val Thr
545             550                 555                 560

Val Lys Gln Leu Lys Glu Asp Tyr Phe Lys Lys Ile Glu Cys Phe Asp
            565                 570                 575

Ser Val Glu Ile Ser Gly Val Glu Asp Arg Phe Asn Ala Ser Leu Gly
            580                 585                 590

Thr Tyr His Asp Leu Leu Lys Ile Ile Lys Asp Lys Asp Phe Leu Asp
            595                 600                 605

Asn Glu Glu Asn Glu Asp Ile Leu Glu Asp Ile Val Leu Thr Leu Thr
610             615                 620

Leu Phe Glu Asp Arg Glu Met Ile Glu Glu Arg Leu Lys Thr Tyr Ala
625             630                 635                 640

His Leu Phe Asp Asp Lys Val Met Lys Gln Leu Lys Arg Arg Arg Tyr
            645                 650                 655

Thr Gly Trp Gly Arg Leu Ser Arg Lys Leu Ile Asn Gly Ile Arg Asp
            660                 665                 670

Lys Gln Ser Gly Lys Thr Ile Leu Asp Phe Leu Lys Ser Asp Gly Phe
            675                 680                 685

Ala Asn Arg Asn Phe Met Gln Leu Ile His Asp Asp Ser Leu Thr Phe
690             695                 700

Lys Glu Asp Ile Gln Lys Ala Gln Val Ser Gly Gln Gly Asp Ser Leu
705             710                 715                 720

His Glu His Ile Ala Asn Leu Ala Gly Ser Pro Ala Ile Lys Lys Gly
            725                 730                 735

Ile Leu Gln Thr Val Lys Val Val Asp Glu Leu Val Lys Val Met Gly
            740                 745                 750

Arg His Lys Pro Glu Asn Ile Val Ile Glu Met Ala Arg Glu Asn Gln
            755                 760                 765

Thr Thr Gln Lys Gly Gln Lys Asn Ser Arg Glu Arg Met Lys Arg Ile
770             775                 780

Glu Glu Gly Ile Lys Glu Leu Gly Ser Gln Ile Leu Lys Glu His Pro
785             790                 795                 800

Val Glu Asn Thr Gln Leu Gln Asn Glu Lys Leu Tyr Leu Tyr Tyr Leu
            805                 810                 815

Gln Asn Gly Arg Asp Met Tyr Val Asp Gln Glu Leu Asp Ile Asn Arg
            820                 825                 830

Leu Ser Asp Tyr Asp Val Asp His Ile Val Pro Gln Ser Phe Leu Lys
            835                 840                 845

Asp Asp Ser Ile Asp Asn Lys Val Leu Thr Arg Ser Asp Lys Asn Arg
850             855                 860

Gly Lys Ser Asp Asn Val Pro Ser Glu Glu Val Val Lys Lys Met Lys
```

**Synthego EX1001.090**

-continued

```
865              870              875              880
Asn Tyr Trp Arg Gln Leu Leu Asn Ala Lys Leu Ile Thr Gln Arg Lys
                 885              890              895
Phe Asp Asn Leu Thr Lys Ala Glu Arg Gly Gly Leu Ser Glu Leu Asp
                 900              905              910
Lys Ala Gly Phe Ile Lys Arg Gln Leu Val Glu Thr Arg Gln Ile Thr
            915              920              925
Lys His Val Ala Gln Ile Leu Asp Ser Arg Met Asn Thr Lys Tyr Asp
            930              935              940
Glu Asn Asp Lys Leu Ile Arg Glu Val Lys Val Ile Thr Leu Lys Ser
945              950              955              960
Lys Leu Val Ser Asp Phe Arg Lys Asp Phe Gln Phe Tyr Lys Val Arg
                 965              970              975
Glu Ile Asn Asn Tyr His His Ala His Asp Ala Tyr Leu Asn Ala Val
            980              985              990
Val Gly Thr Ala Leu Ile Lys Lys Tyr Pro Lys Leu Glu  Ser Glu Phe
            995              1000             1005
Val Tyr  Gly Asp Tyr Lys Val  Tyr Asp Val Arg Lys  Met Ile Ala
1010             1015             1020
Lys Ser  Glu Gln Glu Ile Gly  Lys Ala Thr Ala Lys  Tyr Phe Phe
1025             1030             1035
Tyr Ser  Asn Ile Met Asn Phe  Phe Lys Thr Glu Ile  Thr Leu Ala
1040             1045             1050
Asn Gly  Glu Ile Arg Lys Arg  Pro Leu Ile Glu Thr  Asn Gly Glu
1055             1060             1065
Thr Gly  Glu Ile Val Trp Asp  Lys Gly Arg Asp Phe  Ala Thr Val
1070             1075             1080
Arg Lys  Val Leu Ser Met Pro  Gln Val Asn Ile Val  Lys Lys Thr
1085             1090             1095
Glu Val  Gln Thr Gly Gly Phe  Ser Lys Glu Ser Ile  Leu Pro Lys
1100             1105             1110
Arg Asn  Ser Asp Lys Leu Ile  Ala Arg Lys Lys Asp  Trp Asp Pro
1115             1120             1125
Lys Lys  Tyr Gly Gly Phe Asp  Ser Pro Thr Val Ala  Tyr Ser Val
1130             1135             1140
Leu Val  Val Ala Lys Val Glu  Lys Gly Lys Ser Lys  Lys Leu Lys
1145             1150             1155
Ser Val  Lys Glu Leu Leu Gly  Ile Thr Ile Met Glu  Arg Ser Ser
1160             1165             1170
Phe Glu  Lys Asn Pro Ile Asp  Phe Leu Glu Ala Lys  Gly Tyr Lys
1175             1180             1185
Glu Val  Lys Lys Asp Leu Ile  Ile Lys Leu Pro Lys  Tyr Ser Leu
1190             1195             1200
Phe Glu  Leu Glu Asn Gly Arg  Lys Arg Met Leu Ala  Ser Ala Gly
1205             1210             1215
Glu Leu  Gln Lys Gly Asn Glu  Leu Ala Leu Pro Ser  Lys Tyr Val
1220             1225             1230
Asn Phe  Leu Tyr Leu Ala Ser  His Tyr Glu Lys Leu  Lys Gly Ser
1235             1240             1245
Pro Glu  Asp Asn Glu Gln Lys  Gln Leu Phe Val Glu  Gln His Lys
1250             1255             1260
His Tyr  Leu Asp Glu Ile Ile  Glu Gln Ile Ser Glu  Phe Ser Lys
1265             1270             1275
```

Synthego EX1001.091

-continued

```
Arg Val   Ile Leu Ala Asp Ala   Asn Leu Asp Lys Val   Leu Ser Ala
    1280            1285              1290

Tyr Asn   Lys His Arg Asp Lys   Pro Ile Arg Glu Gln   Ala Glu Asn
    1295            1300              1305

Ile Ile   His Leu Phe Thr Leu   Thr Asn Leu Gly Ala   Pro Ala Ala
    1310            1315              1320

Phe Lys   Tyr Phe Asp Thr Thr   Ile Asp Arg Lys Arg   Tyr Thr Ser
    1325            1330              1335

Thr Lys   Glu Val Leu Asp Ala   Thr Leu Ile His Gln   Ser Ile Thr
    1340            1345              1350

Gly Leu   Tyr Glu Thr Arg Ile   Asp Leu Ser Gln Leu   Gly Gly Asp
    1355            1360              1365


<210> SEQ ID NO 2
<211> LENGTH: 7
<212> TYPE: PRT
<213> ORGANISM: Simian virus 40

<400> SEQUENCE: 2

Pro Lys Lys Lys Arg Lys Val
1               5


<210> SEQ ID NO 3
<211> LENGTH: 7
<212> TYPE: PRT
<213> ORGANISM: Simian virus 40

<400> SEQUENCE: 3

Pro Lys Lys Lys Arg Arg Val
1               5


<210> SEQ ID NO 4
<211> LENGTH: 16
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 4

Lys Arg Pro Ala Ala Thr Lys Lys Ala Gly Gln Ala Lys Lys Lys Lys
1               5                   10                  15


<210> SEQ ID NO 5
<211> LENGTH: 20
<212> TYPE: PRT
<213> ORGANISM: Human immunodeficiency virus
<220> FEATURE:
<221> NAME/KEY: misc_feature
<223> OTHER INFORMATION: tat protein

<400> SEQUENCE: 5

Gly Arg Lys Lys Arg Arg Gln Arg Arg Arg Pro Pro Gln Pro Lys Lys
1               5                   10                  15

Lys Arg Lys Val
            20


<210> SEQ ID NO 6
<211> LENGTH: 19
<212> TYPE: PRT
<213> ORGANISM: Hepatitis B virus
<220> FEATURE:
<221> NAME/KEY: misc_feature
<223> OTHER INFORMATION: middle S protein, partial
```

**Synthego EX1001.092**

<400> SEQUENCE: 6

Pro Leu Ser Ser Ile Phe Ser Arg Ile Gly Asp Pro Pro Lys Lys Lys
1               5                   10                  15

Arg Lys Val


<210> SEQ ID NO 7
<211> LENGTH: 24
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 7

Gly Ala Leu Phe Leu Gly Trp Leu Gly Ala Ala Gly Ser Thr Met Gly
1               5                   10                  15

Ala Pro Lys Lys Lys Arg Lys Val
                20


<210> SEQ ID NO 8
<211> LENGTH: 27
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 8

Gly Ala Leu Phe Leu Gly Phe Leu Gly Ala Ala Gly Ser Thr Met Gly
1               5                   10                  15

Ala Trp Ser Gln Pro Lys Lys Lys Arg Lys Val
                20                  25


<210> SEQ ID NO 9
<211> LENGTH: 21
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 9

Lys Glu Thr Trp Trp Glu Thr Trp Trp Thr Glu Trp Ser Gln Pro Lys
1               5                   10                  15

Lys Lys Arg Lys Val
                20


<210> SEQ ID NO 10
<211> LENGTH: 390
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 10

agaatttaac tgtggtcaca tttgctttat cgactggctt catctcacag ctcatcttac      60

gcaagttcga tgagtatgcc agtcactttc aatttggttg aatgttcccg tgacatggca     120

gttctgtcga ccatgtgccg cggattgaat tcctcaaggg tggtgataga tgctacggtg     180

gtgatgcgca tgcgctcagt cctcatctcc ctcaagcagg cccgctggt  gggtcggagt     240

ccctagtgaa gccaccaata tagtggtcgt gtcaagcaac tgtccacgct ccaccctcga     300

ggtcgtaaca taaacgtact aaggcacgag taaacaagat cgatagcaag aacatggtat     360

agactgacgg agagctcgcc attagtctga                                      390

Synthego EX1001.093

```
<210> SEQ ID NO 11
<211> LENGTH: 390
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 11

agaatttaac tgtggtcaca tttgctttat cgactggctt catctcacag ctcatcttac      60

gcaagttcga tgagtatgcc agtcactttc aatttggttg aatgttcccg tgacatgcga     120

gttctgtcga ccatgtgccg cggattgaat tcctcaaggg tggtgataga tgctacggtg     180

gtgatgcgta tgcactcagt cctcaactcc ctcaagcagg cgacccctgg gggtcggagt     240

ccctagtgaa gccaccaata tagtggtcgt gtcaagcaac tgtccacgct ccaccctcga     300

ggtcgtaaca taaacgtact aaggcacgag taaacaagat cgatagcaag aacatggtat     360

agactgacgg agagctcgcc attagtctga                                      390


<210> SEQ ID NO 12
<211> LENGTH: 390
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 12

agaatttaac tgtggtcaca tttgctttat cgactggctt catctcacag ctcatcttac      60

gcaagttcga tgagtatgcc agtcactttc aatttggttg aatgttcccg tgacatgcga     120

gttctgtcga ccatgtgccg cggattgaat tcctcaaggg tggtgataga tgctacggtg     180

gtgatgcaat aaatttcagc cctcatttcc ctcaagcagg ggttactttta gggtcggagt     240

ccctagtgaa gccaccaata tagtggtcgt gtcaagcaac tgtccacgct ccaccctcga     300

ggtcgtaaca taaacgtact aaggcacgag taaacaagat cgatagcaag aacatggtat     360

agactgacgg agagctcgcc attagtctga                                      390


<210> SEQ ID NO 13
<211> LENGTH: 390
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 13

agaatttaac tgtggtcaca tttgctttat cgactggctt catctcacag ctcatcttac      60

gcaagttcga tgagtatgcc agtcactttc aatttggttg aatgttcccg tgacatgcga     120

gttctgtcga ccatgtgccg cggattgaat tcctcaaggg tggtgataga tgctacggtg     180

gtgatgctct ccagcccact cctcatcccc ctcaagccgg tcccaggctg gggtcggagt     240

ccctagtgaa gccaccaata tagtggtcgt gtcaagcaac tgtccacgct ccaccctcga     300

ggtcgtaaca taaacgtact aaggcacgag taaacaagat cgatagcaag aacatggtat     360

agactgacgg agagctcgcc attagtctga                                      390


<210> SEQ ID NO 14
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
```

**Synthego EX1001.094**

-continued

<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 14

```
gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga     60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg    120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaataggggg    180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa    240

attcgcgtta aattttttgtt aaatcagctc attttttaac caataggccg aaatcggcaa    300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca    420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg    480

taaagcacta aatcggaacc ctaaagggag cccccgattt agagcttgac ggggaaagcc    540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc    600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca    660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc    720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt    780

aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata    840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcgcaggcca aagatgtctc    900

ccgcatgcgc tcagtcctca tctccctcaa gcaggccctg ctggtgcact gaagagccac    960

cctgtgcgcg tgatatgcag ctccagcttt tgttcccttt agtgaggggt aattgcgcgc   1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca   1080

cacaacatac gagccggaag cataaagtgt aaagctgggg gtgcctaatg agtgagctaa   1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag   1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg cgctcttccg   1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct   1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg   1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc   1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga   1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct   1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg   1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag   1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat   1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac   1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac   1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttacccttc   1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt   1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc   2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg   2100

agattatcaa aaaggatctt cacctagatc ctttttaaatt aaaaatgaag ttttaaatca   2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca   2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag   2280
```

Synthego EX1001.095

```
ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg    2580

cgagttacat gatccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc    2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                 2838
```

```
<210> SEQ ID NO 15
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 15
```

```
gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga     60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg    120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaataggg    180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa    240

attgcgctta aattttgtt aaatcagctc atttttaac caataggccg aaatcggcaa    300

aatccctat aaatcaaaag aatagaccga gatagggtg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca    420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg    480

taaagcacta aatcggaacc ctaaagggag ccccgattt agagcttgac ggggaaagcc    540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc    600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca    660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc    720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt    780

aacgccaggg tttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata    840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcgcagggca aagaggtctc    900

ctgtatgcac tcagtcctca actccctcaa gcaggcgacc cttggtgcac tgacaaaccg    960

ctcctgcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc   1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca   1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa   1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag   1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc   1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct   1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg   1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc   1440
```

Synthego EX1001.096

-continued

```
cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga   1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtcgcgtct   1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg   1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag   1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat   1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac   1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac   1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc   1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt   1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc   2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg   2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca   2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca   2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag   2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac   2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc   2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct   2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc   2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct cggttcccca acgatcaagg   2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc   2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat   2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag   2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat   2820

aataccgcgc cacatagc                                                 2838
```

```
<210> SEQ ID NO 16
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 16
```

```
gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga     60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg    120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg    180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa    240

attcgcgtta aatttttgtt aaatcagctc atttttttaac caataggccg aaatcggcaa    300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca    420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg    480

taaagcacta aatcggaacc ctaaagggag ccccgattt agagcttgac ggggaaagcc    540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc    600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca    660
```

**Synthego EX1001.097**

-continued

```
gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc   720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt   780

aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata   840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcaggagagg gagccatgct   900

catctccagc ccactcctca tccccctcaa gccggtccca ggctgagagg ctaaagcttg   960

tctttgcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc   1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca   1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa   1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag   1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc   1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct   1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg   1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc   1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga   1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct   1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg   1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag   1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat   1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac   1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac   1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc   1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt   1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc   2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg   2100

agattatcaa aaaggatctt cacctagatc ctttaaatt aaaaatgaag ttttaaatca   2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca   2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag   2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac   2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc   2400

agaagtggtc gtcaactt atccgcctcc atccagtcta ttaattgttg ccgggaagct   2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc   2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg   2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc   2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat   2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag   2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat   2820

aataccgcgc cacatagc                                                 2838
```

```
<210> SEQ ID NO 17
<211> LENGTH: 2995
<212> TYPE: DNA
```

**Synthego EX1001.098**

-continued

```
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 17

gccgggcaag agcaactcgg tcgccgcata cactattctc agaatgactt ggttgagtac      60

tcaccagtca cagaaaagca tcttacggat ggcatgacag taagagaatt atgcagtgct     120

gccataacca tgagtgataa cactgcggcc aacttacttc tgacaacgat cggaggaccg     180

aaggagctaa ccgcttttt gcacaacatg ggggatcatg taactcgcct tgatcgttgg      240

gaaccggagc tgaatgaagc cataccaaac gacgagcgtg acaccacgat gcctgtagca     300

atggcaacaa cgttgcgcaa actattaact ggcgaactac ttactctagc ttccggcaa      360

caattaatag actggatgga ggcggataaa gttgcaggac cacttctgcg ctcggccctt     420

ccggctggct ggtttattgc tgataaatct ggagccggtg agcgtgggtc tcgcggtatc     480

attgcagcac tgggggccaga tggtaagccc tcccgtatcg tagttatcta cacgacgggg    540

agtcaggcaa ctatggatga acgaaataga cagatcgctg agataggtgc ctcactgatt     600

aagcattggt aactgtcaga ccaagtttac tcatatatac tttagattga tttaaaactt     660

catttttaat ttaaaaggat ctaggtgaag atccttttg ataatctcat gaccaaaatc      720

ccttaacgtg agttttcgtt ccactgagcg tcagacccgc tagaaaagat caaaggatct     780

tcttgagatc cttttttct gcgcgtaatc tgctgcttgc aaacaaaaaa accaccgcta      840

ccagcggtgg tttgtttgcc ggatcaagag ctaccaactc tttttccgaa ggtaactggc     900

ttcagcagag cgcagatacc aaatactgtt cttctagtgt agccgtagtt aggccaccac     960

ttcaagaact ctgtagcacc gccacatacc tcgctctgct aatcctgtta ccagtggctg    1020

cttgccagtg gcgataagtc gtgtcttacc gggttggact caagacgata gttaccggat    1080

aaggcgcagc ggtcgggctg aacgggggt tcgtgcacac agcccagctt ggagcgaacg     1140

acctacaccg aactgagata cctacagcgt gagctatgag aaagcgccac gcttcccgaa     1200

gggagaaagg cgacaggta tccggtaagc ggcagggtcg gaacaggaga gcgcacgagg      1260

gagcttccag ggggaaacgc ctggtatctt tatagtcctg tcgggtttcg ccacctctga     1320

cttgagcgtc gatttttgtg atgctcgtca gggggcgga gcctatggaa aaacgccagc      1380

aacgcggcct ttttacggtt cctggccttt tgctggcctt ttgctcacat gttctttcct    1440

gcgttatccc ctgattctgt ggataaccgt attaccgcct ttgagtgagc tgataccgct    1500

cgccgcagcc gaacgaccga gcgcagcgag tcagtgagcg aggaagcgga agagcgccca     1560

atacgcaaac cgcctctccc cgcgcgttgg ccgattcatt aatgcagctg gcacgacagg     1620

tttcccgact ggaaagcggg cagtgagcgc aacgcaatta atgtgagtta gctcactcat     1680

taggcacccc aggctttaca ctttatgctt ccggctcgta tgttgtgtgg aattgtgagc     1740

ggataacaat ttcacacagg aaacagctat gaccatgatt acgccaagcg cgcaattaac     1800

cctcactaaa gggaacaaaa gctgggtacc gggccccccc tcgacaccag ttgcattcga     1860

ttcctgtttg taattgtcca attcctgcag cccgggggat cggcagatgt agtgtttcca     1920

cagggatcc actagttcta gagcggccgc caccgcggtg gagctccaat tcgccctata     1980

gtgagtcgta ttacgcgcgc tcactggccg tcgttttaca acgtcgtgac tgggaaaacc     2040

ctggcgttac ccaacttaat cgccttgcag cacatccccc tttcgccagc tggcgtaata    2100

gcgaagaggc ccgcaccgat cgcccttccc aacagttgcg cagcctgaat ggcgaatgga     2160

aattgtaagc gttaatattt tgttaaaatt cgcgttaaat ttttgttaaa tcagctcatt    2220
```

Synthego EX1001.099

```
ttttaaccaa taggccgaaa tcggcaaaat cccttataaa tcaaaagaat agaccgagat   2280

agggttgagt gttgttccag tttggaacaa gagtccacta ttaaagaacg tggactccaa   2340

cgtcaaaggg cgaaaaaccg tctatcaggg cgatggccca ctacgtgaac catcaccca    2400

atcaagtttt ttggggtcga ggtgccgtaa agcactaaat cggaaccta aagggagccc    2460

ccgatttaga gcttgacggg gaaagccggc gaacgtggcg agaaaggaag ggagaaaagc   2520

gaaaggagcg ggcgctaggg cgctggcaag tgtagcggtc acgctgcgcg taaccaccac   2580

acccgccgcg cttaatgcgc cgctacaggg cgcgtcaggt ggcacttttc ggggaaatgt   2640

gcgcggaacc cctatttgtt tatttttcta aatacattca aatatgtatc cgctcatgag   2700

acaataaccc tgataaatgc ttcaataata ttgaaaaagg aagagtatga gtattcaaca   2760

tttccgtgtc gcccttattc ccttttttgc cttcctgttt ttgctcaccc                2820

agaaacgctg gtgaaagtaa aagtagctga agatcagttg ggtgcacgag tgggttacat   2880

cgaactggat ctcaacagcg gtaagatcct tgagagtttt cgccccgaag aacgttttcc   2940

aatgatgagc actttaaag ttctgctatg tggcgcggta ttatcccgta ttgac          2995
```

<210> SEQ ID NO 18
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 18

```
gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga     60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg    120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg    180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa    240

attcgcgtta aatttttgtt aaatcagctc attttttaac caataggccg aaatcggcaa    300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca    420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt ttttggggtc gaggtgccg     480

taaagcacta aatcggaacc ctaaagggag cccccgattt agagcttgac ggggaaagcc    540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc    600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca    660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc    720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt    780

aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata    840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcaagagctt cactgagtag    900

gattaagata ttgcagatgt agtgtttcca cagggtggct cttcagtgca ccagcggaac    960

ctgctgcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc   1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca   1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa   1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt gggaaacct gtcgtgccag    1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggt tgcgtattgg gcgctcttcc    1260
```

Synthego EX1001.100

-continued

```
gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct    1320

cactcaaagg cggtaatacg gttatccaca gaatcagcag ataacgcagg aaagaacatg    1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc    1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga    1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct    1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg    1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag    1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat    1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac    1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac    1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc    1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt    1980

tttgtttgca agcagcagat tacgcgcaga aaaaaggat ctcaagaaga tcctttgatc    2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg    2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca    2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca    2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag    2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg    2580

cgagttacat gatccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc    2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                   2838


<210> SEQ ID NO 19
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 19

gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga     60

cacggaaatg ttgaatactc atactcttcc ttttcaata ttattgaagc atttatcagg    120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg    180

ttccgcgcac atttccccga aaagtgccac ctaaattgcca tttttgttaa aaatcggcaa    240

attgcgtta aattttttgtt aaatcagctc attttttaac caataggccg aaatcggcaa    300

aatccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca    420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg    480
```

**Synthego EX1001.101**

-continued

```
taaagcacta aatcggaacc ctaaagggag ccccccgattt agagcttgac ggggaaagcc      540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc      600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca      660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtcgcgggc     720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt      780

aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata      840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tctctgaata gagttgggaa      900

gagatgcata caacatatgt agtatttcca cagggaatac aatggacaaa tgacctcaag      960

agcaggcgcg tgatatgcag ctccagcttt tgttcccttt agtgaggtt aattgcgcgc      1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca     1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa     1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag     1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc     1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct     1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg     1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc     1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga     1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct     1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg     1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag     1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat     1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac     1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac     1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc     1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt     1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc     2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg     2100

agattatcaa aaaggatctt cacctagatc ctttttaaatt aaaaatgaag ttttaaatca     2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca     2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag     2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac     2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc     2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct     2460

agagtaagca gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc     2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg     2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc     2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat     2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag     2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat     2820
```

Synthego EX1001.102

-continued

```
aataccgcgc cacatagc                                           2838


<210> SEQ ID NO 20
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 20

gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga     60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg    120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg    180

ttccgcgcac atttcccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa     240

attcgcgtta aatttttgtt aaatcagctc attttttaac caataggccg aaatcggcaa    300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca    420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg    480

taaagcacta aatcggaacc ctaaagggag cccccgattt agagcttgac ggggaaagcc    540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc    600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca    660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc    720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt    780

aacgccaggg tttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata    840

cgactcacta taggcgaat tgggtacgat cgatgcggcc tcgggcagct gcaggaataa     900

gaggatgtg aatggtaatg atggcttcaa catggcgctt gctcttcatt ccctgggtgt     960

agtctgcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc   1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca   1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa   1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag   1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc   1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct   1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg   1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc   1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga   1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct   1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg   1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag   1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat   1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac   1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac   1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc   1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt   1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc   2040
```

Synthego EX1001.103

```
ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg   2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca   2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca   2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag   2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac   2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc   2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct   2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc   2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg   2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc   2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat   2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag   2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat   2820

aataccgcgc cacatagc                                                  2838
```

```
<210> SEQ ID NO 21
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 21
```

```
gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga    60

cacggaaatg ttgaatactc atactcttcc ttttttcaata ttattgaagc atttatcagg   120

gttattgtct catgagcgga tacatatttg aatgtatttta gaaaaataaa caaatagggg   180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa   240

attcgcgtta aatttttgtt aaatcagctc attttttaac caataggccg aaatcggcaa   300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa   360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca   420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttgggt cgaggtgccg    480

taaagcacta aatcggaacc ctaaagggag ccccgatttt agagcttgac ggggaaagcc   540

ggcgaacgtg gcgagaaagg aaggggaagaa agcgaaagga gcgggcgcta gggcgctggc   600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca   660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc   720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt   780

aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata   840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcctccttac tgcagccgaa   900

gtccggcctc aggatgttgt cgatgaaaaa gttggtggtg cggtgcagct gggccgctgg   960

ctgcggcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc   1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca   1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa   1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag   1200
```

**Synthego EX1001.104**

```
ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc   1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct   1320

cactcaaagg cggtaatacg gttatccaca gaatcgggg ataacgcagg aaagaacatg    1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc   1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga   1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct   1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg   1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag   1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat   1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac   1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac   1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc   1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt   1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc   2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg   2100

agattatcaa aaaggatctt cacctagatc ctttttaaatt aaaaatgaag ttttaaatca   2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca   2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag   2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac   2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc   2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct   2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc   2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg   2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc   2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat   2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag   2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat   2820

aataccgcgc cacatagc                                                 2838


<210> SEQ ID NO 22
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 22

gcgtttctgg gtgagcaaaa acaggaaggc aaatgccgc aaaaaaggga ataagggcga      60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg    120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg    180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa    240

attgcgctta aatttttgtt aaatcagctc atttttttaac caataggccg aaatcggcaa    300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca    420
```

-continued

```
gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg     480

taaagcacta aatcggaacc ctaaagggag cccccgattt agagcttgac gggggaaagcc     540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc     600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgggcgcta gggcgctggc     660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc     720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt     780

aacgccaggg tttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata     840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcgtcctttc gccggccgaa     900

ctcgggccgc aggatgttgt cgatgaagaa gttggtgatg cggtgcgggt gctggtggtt     960

gccgggcgcg tgatatgcag ctccagcttt tgttccctt agtgaggggt aattgcgcgc    1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca    1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa    1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag    1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc    1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct    1320

cactcaaagg cggtaatacg gttatccaca gaatcaggggg ataacgcagg aaagaacatg    1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc    1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga    1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct    1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg    1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag    1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat    1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac    1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac    1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc    1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt    1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc    2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg    2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca    2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca    2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag    2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg    2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc    2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760
```

Synthego EX1001.106

```
tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                  2838


<210> SEQ ID NO 23
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 23

gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga      60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg     120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaataggggg    180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa     240

attcgcgtta aatttttgtt aaatcagctc atttttttaac caataggccg aaatcggcaa    300

aatccctttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca     420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg     480

taaagcacta aatcggaacc ctaaagggag ccccgatttt agagcttgac ggggaaagcc     540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc     600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca     660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc     720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt     780

aacgccaggg tttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata    840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcggaacatt ggtaattaaa     900

cttaacgcct cagatttaga cgaaggattg aatggggaca ttgtttattc attctcgaat     960

gatacgcgcg tgtatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc     1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca    1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa    1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag    1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc    1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct    1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataaccgcagg aaagaaacatg  1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc    1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga    1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct    1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctccttc gggaagcgtg    1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag    1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat    1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac    1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac    1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc    1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt    1980
```

**Synthego EX1001.107**

```
tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc    2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg    2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca    2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca    2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag    2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg    2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc    2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                  2838
```

<210> SEQ ID NO 24
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 24

```
gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga      60

cacggaaatg ttgaatactc atactcttcc ttttcaata ttattgaagc atttatcagg      120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg     180

ttccgcgcac atttcccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa      240

attcgcgtta aatttttgtt aaatcagctc atttttttaac caataggccg aaatcggcaa     300

aatccctat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa      360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca     420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg     480

taaagcacta aatcggaacc ctaaagggag ccccgattt agagcttgac ggggaaagcc      540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc     600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca     660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc     720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt     780

aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata    840

cgactcacta taggcgaat tgggtacgat cgatgcggcc tcggaacgct ggtgattcat      900

cccaatgcct cagatttaga cgaaggcttg aatggggata ttatttactc cttctccagt    960

gatgtgcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc   1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca   1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa   1140
```

Synthego EX1001.108

-continued

```
ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag    1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc    1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct    1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg    1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc    1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga    1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct    1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg    1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag    1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat    1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac    1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac    1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc    1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt    1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc    2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg    2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca    2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca    2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag    2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct cggttcccca acgatcaagg    2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc    2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                  2838
```

```
<210> SEQ ID NO 25
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 25

aguccucauc ucccucaagc guuuaagagc uaugcuguuu ugaauggucc caaaac        56


<210> SEQ ID NO 26
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 26
```

**Synthego EX1001.109**

-continued

```
ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa      60

aguggcaccg agucggugcu uuuuuu                                           86


<210> SEQ ID NO 27
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 27

ugguaaugau ggcuucaaca guuuuagagc uaugcuguuu ugaauggucc caaaac         56


<210> SEQ ID NO 28
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 28

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa      60

aguggcaccg agucggugcu uuuuuu                                           86


<210> SEQ ID NO 29
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 29

aguccucauc ucccucaagc guuuuagagc uaugcuguuu ugaauggucc caaaac         56


<210> SEQ ID NO 30
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (57)..(57)
<223> OTHER INFORMATION: u is 5-(3-Aminoallyl)-uridine-5'-triphosphate,
      labeled with Cyanine5

<400> SEQUENCE: 30

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa      60

aguggcaccg agucggugcu uuuuuu                                           86


<210> SEQ ID NO 31
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-methyl
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-methyl
<222> LOCATION: (53)..(55)

<400> SEQUENCE: 31

ugguaaugau ggcuucaaca guuuuagagc uaugcuguuu ugaauggucc caaaac         56
```

**Synthego EX1001.110**

```
<210> SEQ ID NO 32
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
<222> LOCATION: (83)..(85)

<400> SEQUENCE: 32

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa          60

aguggcaccg agucggugcu uuuuuu                                              86


<210> SEQ ID NO 33
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
<222> LOCATION: (53)..(55)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (53)..(56)

<400> SEQUENCE: 33

ugguaaugau ggcuucaaca guuuuagagc uaugcuguuu ugaauggucc caaaac           56


<210> SEQ ID NO 34
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (83)..(85)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (83)..(86)

<400> SEQUENCE: 34

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa          60

aguggcaccg agucggugcu uuuuuu                                              86


<210> SEQ ID NO 35
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
```

**Synthego EX1001.111**

-continued

```
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (53)..(55)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (53)..(56)

<400> SEQUENCE: 35

ugguaaugau ggcuucaaca guuuagagc uaugcuguuu ugaauggucc caaaac          56


<210> SEQ ID NO 36
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (83)..(85)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (83)..(86)

<400> SEQUENCE: 36

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa      60

aguggcaccg agucggugcu uuuuuu                                           86


<210> SEQ ID NO 37
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (55)..(55)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (55)..(56)

<400> SEQUENCE: 37

ugguaaugau ggcuucaaca guuuagagc uaugcuguuu ugaauggucc caaaac          56


<210> SEQ ID NO 38
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
```

**Synthego EX1001.112**

```
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (85)..(85)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (85)..(86)

<400> SEQUENCE: 38

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa      60

aguggcaccg agucggugcu uuuuuu                                          86


<210> SEQ ID NO 39
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2-thiouridine nucleotide
<222> LOCATION: (3)..(3)

<400> SEQUENCE: 39

aguccucauc ucccucaagc guuuaagagc uaugcuguuu ugaauggucc caaaac         56


<210> SEQ ID NO 40
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2-thiouridine nucleotide
<222> LOCATION: (9)..(9)

<400> SEQUENCE: 40

aguccucauc ucccucaagc guuuaagagc uaugcuguuu ugaauggucc caaaac         56


<210> SEQ ID NO 41
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2-thiouridine nucleotide
<222> LOCATION: (11)..(11)

<400> SEQUENCE: 41

aguccucauc ucccucaagc guuuaagagc uaugcuguuu ugaauggucc caaaac         56


<210> SEQ ID NO 42
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 42

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau     60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 43
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
```

**Synthego EX1001.113**

-continued

<400> SEQUENCE: 43

aguccucauc ucccucaagc guuuuagagc uaguaauagc aaguuaaaau aaggcuaguc        60

cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu                            100


<210> SEQ ID NO 44
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 44

gcagauguag uguuuccaca guuuuagagc uaugcuggaa acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 45
<211> LENGTH: 111
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 45

uccucaucuc ccucaagcgu uuaagagcua ugcugguaac agcaaugcaa guuuaaauaa        60

ggcuaguccg uuaucaacuu gaaaaagugg caccgagucg gugcuuuuuu u               111


<210> SEQ ID NO 46
<211> LENGTH: 110
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 46

ccucaucucc cucaagcguu uaagagcuau gcugguaaca gcauagcaag uuuaaauaag        60

gcuaguccgu uaucaacuug aaaaaguggc accgagucgg ugcuuuuuu                  110


<210> SEQ ID NO 47
<211> LENGTH: 114
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 47

gaguccucau cucccucaag cguuuaagag cuaugcuggu aacagcauag caaguuuaaa        60

uaaggcuagu ccguuaucaa cuugaaaaag uggcaccgag ucggugcuuu uuuu            114


<210> SEQ ID NO 48
<211> LENGTH: 115
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 48

ggaguccuca ucucccucaa gcguuuaaga gcuaugcugg uaacagcaua gcaaguuuaa        60

auaaggcuag uccguuauca acuugaaaaa guggcaccga gucgggcuu uuuuu            115


<210> SEQ ID NO 49

**Synthego EX1001.114**

```
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 49

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau     60

aauucuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 50
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 50

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau     60

aaaacuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 51
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 51

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau     60

aaaacuaguu uguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 52
<211> LENGTH: 111
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 52

ggacuuuuuu uaguccucau cucccucaag cguuuuagag cuagaaaauag caaguuaaaa     60

uaaggcuagu ccguuaucaa cuugaaaaag uggcaccgag ucggugcuuu u            111


<210> SEQ ID NO 53
<211> LENGTH: 116
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 53

gaugaggacu uuuuuuaguc cucaucuccc ucaagcguuu uagagcuaga aauagcaagu     60

uaaaauaagg cuaguccguu aucaacuuga aaaaguggca ccgaucggu gcuuuu        116


<210> SEQ ID NO 54
<211> LENGTH: 111
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 54

gcuuguuuuu uaguccucau cucccucaag cguuuuagag cuagaaauag caaguuaaaa     60
```

**Synthego EX1001.115**

uaaggcuagu ccguuaucaa cuugaaaaag uggcaccgag ucggugcuuu u          111


<210> SEQ ID NO 55
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: a is 5'-dimethoxytrityl-adenosine
<222> LOCATION: (1)..(1)

<400> SEQUENCE: 55

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau          60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 56
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 56

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau          60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 57
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (39)..(39)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other

<400> SEQUENCE: 57

aguccucauc ucccucaagc guuuaagagc uaugcuggna acagcauagc aaguuuaaau          60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 58
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (39)..(39)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
<222> LOCATION: (110)..(112)

<400> SEQUENCE: 58

aguccucauc ucccucaagc guuuaagagc uaugcuggna acagcauagc aaguuuaaau          60

**Synthego EX1001.116**

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu        113


<210> SEQ ID NO 59
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (39)..(39)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (110)..(113)

<400> SEQUENCE: 59

aguccucauc ucccucaagc guuuaagagc uaugcuggna acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu        113


<210> SEQ ID NO 60
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (39)..(39)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (109)..(111)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (109)..(112)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)

<400> SEQUENCE: 60

aguccucauc ucccucaagc guuuaagagc uaugcuggna acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu        113


<210> SEQ ID NO 61
<211> LENGTH: 102
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

**Synthego EX1001.117**

```
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (2)..(2)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (68)..(68)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (68)..(68)
<223> OTHER INFORMATION: n is a, c, g, or u
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (100)..(100)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (100)..(100)
<223> OTHER INFORMATION: n is a, c, g, or u
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (101)..(101)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (101)..(102)

<400> SEQUENCE: 61

ungcagaugu aguguuucca caguuuaaga gcuaguaaua gcaaguuuaa auaaggcuag        60

uccguuanca acuugaaaaa guggcaccga gucggugcun uu                        102


<210> SEQ ID NO 62
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (34)..(34)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (34)..(34)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (74)..(74)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (74)..(74)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (90)..(90)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (99)..(99)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
```

**Synthego EX1001.118**

-continued

```
<222> LOCATION: (99)..(100)

<400> SEQUENCE: 62

gcagauguag uguuuccaca guuuaagagc uagnaauagc aaguuuaaau aaggcuaguc      60

cguuaucaac uugnaaaagu ggcaccgagn cggugcuuuu                          100


<210> SEQ ID NO 63
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(3)

<400> SEQUENCE: 63

aguccucauc ucccucaagc guuuaagagc uaugcuggaa acagcuauagc aaguuuaaau     60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 64
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)

<400> SEQUENCE: 64

aguccucauc ucccucaagc guuuaagagc uaugcuggaa acagcuauagc aaguuuaaau     60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 65
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(5)

<400> SEQUENCE: 65

aguccucauc ucccucaagc guuuaagagc uaugcuggaa acagcuauagc aaguuuaaau     60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 66
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (109)..(113)

<400> SEQUENCE: 66

aguccucauc ucccucaagc guuuaagagc uaugcuggaa acagcuauagc aaguuuaaau     60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 67
<211> LENGTH: 113
```

**Synthego EX1001.119**

```
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (20)..(20)

<400> SEQUENCE: 67

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 68
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (19)..(19)

<400> SEQUENCE: 68

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 69
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (18)..(18)

<400> SEQUENCE: 69

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 70
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(17)

<400> SEQUENCE: 70

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 71
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(18)

<400> SEQUENCE: 71

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60
```

**Synthego EX1001.120**

-continued

```
aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu        113


<210> SEQ ID NO 72
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)

<400> SEQUENCE: 72

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu        113


<210> SEQ ID NO 73
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)

<400> SEQUENCE: 73

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu        113


<210> SEQ ID NO 74
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(20)

<400> SEQUENCE: 74

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu        113


<210> SEQ ID NO 75
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(26)

<400> SEQUENCE: 75

aguccucauc ucccucaagc guuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu        113


<210> SEQ ID NO 76
```

**Synthego EX1001.121**

```
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(37)

<400> SEQUENCE: 76

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 77
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(7)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (9)..(11)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (13)..(14)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (20)..(20)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (30)..(31)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (33)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (35)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (42)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (45)..(45)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (76)..(77)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (80)..(82)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (95)..(96)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (100)..(101)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (104)..(104)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (106)..(112)

<400> SEQUENCE: 77

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 78
```

Synthego EX1001.122

-continued

```
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(7)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (9)..(11)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(17)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (27)..(28)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (30)..(30)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (32)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (36)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (42)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (44)..(44)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (47)..(47)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (57)..(57)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (62)..(63)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (67)..(68)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (73)..(74)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (77)..(78)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (87)..(87)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (92)..(93)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (97)..(98)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (101)..(101)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (103)..(109)

<400> SEQUENCE: 78

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau       60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113
```

**Synthego EX1001.123**

```
<210> SEQ ID NO 79
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(7)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (9)..(11)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(17)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (27)..(28)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (30)..(30)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (32)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (36)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (42)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (44)..(44)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (47)..(47)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (57)..(57)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (62)..(63)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (67)..(68)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (73)..(74)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (77)..(78)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (87)..(87)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (92)..(93)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (97)..(98)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (101)..(101)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (103)..(109)

<400> SEQUENCE: 79

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113
```

Synthego EX1001.124

```
<210> SEQ ID NO 80
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (8)..(8)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(18)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (21)..(21)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (26)..(26)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (28)..(29)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (32)..(32)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (34)..(34)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (37)..(38)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (40)..(41)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (43)..(44)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (46)..(46)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (48)..(49)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (51)..(52)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (58)..(58)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (61)..(64)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (67)..(67)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (78)..(79)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (83)..(89)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (91)..(92)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (94)..(94)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (97)..(99)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (102)..(103)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (105)..(105)
```

Synthego EX1001.125

-continued

<400> SEQUENCE: 80

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu              113


<210> SEQ ID NO 81
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (8)..(8)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(18)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (21)..(21)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (26)..(26)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (28)..(29)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (32)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (35)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (38)..(39)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (41)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (46)..(46)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (48)..(48)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (51)..(54)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (57)..(57)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (68)..(69)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (73)..(79)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (81)..(82)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (84)..(84)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (87)..(89)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (92)..(93)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (95)..(95)

<400> SEQUENCE: 81

**Synthego EX1001.126**

aguccucauc ucccucaagc guuuuagagc uaguaauagc aaguuaaaau aaggcuaguc          60

cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu                               100


<210> SEQ ID NO 82
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)

<400> SEQUENCE: 82

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau          60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu                113


<210> SEQ ID NO 83
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (6)..(6)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (8)..(8)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (11)..(11)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (13)..(17)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (30)..(31)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (33)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (35)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (42)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (45)..(45)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (47)..(47)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (50)..(50)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (56)..(56)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (60)..(60)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide

**Synthego EX1001.127**

```
<222> LOCATION: (65)..(66)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (69)..(71)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (76)..(77)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (80)..(82)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (93)..(93)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (95)..(96)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (100)..(101)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (104)..(104)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (106)..(112)

<400> SEQUENCE: 83

gcagauguag uguuuccaca guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu              113


<210> SEQ ID NO 84
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(5)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (26)..(29)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (32)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (35)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (38)..(39)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (41)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (46)..(46)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (48)..(49)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (52)..(54)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (57)..(57)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (68)..(69)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (73)..(79)
<220> FEATURE:
```

**Synthego EX1001.128**

```
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (81)..(82)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (84)..(84)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (87)..(89)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (92)..(93)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (95)..(95)

<400> SEQUENCE: 84

gcagauguag uguuuccaca guuuuagagc uaguaauagc aaguuaaaau aaggcuaguc        60

cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu                            100


<210> SEQ ID NO 85
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (6)..(6)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (8)..(8)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (11)..(11)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (13)..(17)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (25)..(25)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (30)..(31)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (34)..(34)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (37)..(37)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (40)..(40)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (50)..(50)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (55)..(56)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (59)..(61)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (66)..(67)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (70)..(72)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (80)..(80)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (83)..(83)
```

**Synthego EX1001.129**

-continued

```
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (85)..(86)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (90)..(91)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (94)..(94)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (96)..(99)

<400> SEQUENCE: 85

gcagauguag uguuuccaca guuuuagagc uaguaauagc aaguuaaaau aaggcuaguc    60

cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu                        100


<210> SEQ ID NO 86
<211> LENGTH: 113
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-deoxy-nucleotide
<222> LOCATION: (1)..(20)

<400> SEQUENCE: 86

agtcctcatc tccctcaagc guuuagagc uaugcuggua acagcauagc aaguuuaaau     60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 87
<211> LENGTH: 113
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-deoxy-nucleotide
<222> LOCATION: (1)..(26)

<400> SEQUENCE: 87

agtcctcatc tccctcaagc gtttaagagc uaugcuggua acagcauagc aaguuuaaau     60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 88
<211> LENGTH: 113
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-deoxy-nucleotide
<222> LOCATION: (1)..(37)

<400> SEQUENCE: 88

agtcctcatc tccctcaagc gtttaagagc tatgctggua acagcauagc aaguuuaaau     60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 89
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-deoxy-nucleotide
```

**Synthego EX1001.130**

```
<222> LOCATION: (15)..(15)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (15)..(16)

<400> SEQUENCE: 89

gcagauguag uguuuccaca guuuaagagc uaugcuggua acagcauagc aaguuuaaau    60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 90
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)

<400> SEQUENCE: 90

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau    60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 91
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(3)

<400> SEQUENCE: 91

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau    60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 92
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)

<400> SEQUENCE: 92

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau    60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 93
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
```

**Synthego EX1001.131**

```
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(5)

<400> SEQUENCE: 93

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau       60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 94
<211> LENGTH: 115
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(5)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(6)

<400> SEQUENCE: 94

ggaguccuca ucucccucaa gcguuuaaga gcuaugcugg uaacagcaua gcaaguuuaa       60

auaaggcuag uccguuauca acuugaaaaa guggcaccga gucggugcuu uuuuu          115


<210> SEQ ID NO 95
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (109)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (109)..(113)

<400> SEQUENCE: 95

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau       60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 96
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (108)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (108)..(113)

<400> SEQUENCE: 96

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau       60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 97
<211> LENGTH: 114
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
```

**Synthego EX1001.132**

```
<220> FEATURE:
<221> NAME/KEY: 5'-overhang (5' to the 20-nt guide sequence)
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)

<400> SEQUENCE: 97

caguccucau cucccucaag cguuuaagag cuaugcuggu aacagcauag caaguuuaaa      60

uaaggcuagu ccguuaucaa cuugaaaaag uggcaccgag ucggugcuuu uuuu          114


<210> SEQ ID NO 98
<211> LENGTH: 114
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 5'-overhang (5' to the 20-nt guide sequence)
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)

<400> SEQUENCE: 98

gaguccucau cucccucaag cguuuaagag cuaugcuggu aacagcauag caaguuuaaa      60

uaaggcuagu ccguuaucaa cuugaaaaag uggcaccgag ucggugcuuu uuuu          114


<210> SEQ ID NO 99
<211> LENGTH: 115
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 5'-overhang (5' to the 20-nt guide sequence)
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(5)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(6)

<400> SEQUENCE: 99

ucaguccuca ucucccucaa gcguuuaaga gcuaugcugg uaacagcaua gcaaguuuaa      60

auaaggcuag uccguuauca acuugaaaaa guggcaccga gucggugcuu uuuuu         115


<210> SEQ ID NO 100
<211> LENGTH: 115
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 5'-overhang (5' to the 20-nt guide sequence)
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(5)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(6)
```

**Synthego EX1001.133**

<400> SEQUENCE: 100

agaguccuca ucucccucaa gcguuuaaga gcuaugcugg uaacagcaua gcaaguuuaa     60

auaaggcuag uccguuauca acuugaaaaa guggcaccga gucggugcuu uuuuu         115


<210> SEQ ID NO 101
<211> LENGTH: 116
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 5'-overhang (5' to the 20-nt guide sequence)
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(7)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(8)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (112)..(115)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (112)..(116)

<400> SEQUENCE: 101

cucaguccuc aucucccuca agcguuuaag agcuaugcug guaacagcau agcaaguuua     60

aauaaggcua guccguuauc aacuugaaaa aguggcaccg agucggugcu uuuuuu        116


<210> SEQ ID NO 102
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (20)..(20)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (20)..(21)

<400> SEQUENCE: 102

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau     60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 103
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (19)..(20)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (19)..(20)

<400> SEQUENCE: 103

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau     60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 104
<211> LENGTH: 113
<212> TYPE: RNA

**Synthego EX1001.134**

```
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (18)..(18)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (18)..(19)

<400> SEQUENCE: 104

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu              113


<210> SEQ ID NO 105
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(17)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (17)..(18)

<400> SEQUENCE: 105

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu              113


<210> SEQ ID NO 106
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(18)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (17)..(19)

<400> SEQUENCE: 106

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu              113


<210> SEQ ID NO 107
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (110)..(113)

<400> SEQUENCE: 107

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60
```

**Synthego EX1001.135**

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113

```
<210> SEQ ID NO 108
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (108)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (108)..(113)

<400> SEQUENCE: 108
```

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau          60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113

```
<210> SEQ ID NO 109
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(5)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(6)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (108)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (108)..(113)

<400> SEQUENCE: 109
```

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau          60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113

```
<210> SEQ ID NO 110
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (110)..(113)

<400> SEQUENCE: 110
```

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau          60

**Synthego EX1001.136**

-continued

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 111
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (112)..(112)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (112)..(113)

<400> SEQUENCE: 111

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau   60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu          113


<210> SEQ ID NO 112
<211> LENGTH: 75
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (72)..(74)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (72)..(75)

<400> SEQUENCE: 112

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau   60

aaggcuaguc cguuu                                                    75


<210> SEQ ID NO 113
<211> LENGTH: 77
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (76)..(76)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (76)..(77)

<400> SEQUENCE: 113

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau   60

aaggcuaguc cguuauc                                                  77


**Synthego EX1001.137**

```
<210> SEQ ID NO 114
<211> LENGTH: 78
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (77)..(77)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (77)..(78)

<400> SEQUENCE: 114

gaguccucau cucccucaag cguuuaagag cuaugcuggu aacagcauag caaguuuaaa      60

uaaggcuagu ccguuauc                                                    78


<210> SEQ ID NO 115
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (110)..(113)

<400> SEQUENCE: 115

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 116
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (112)..(112)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (112)..(113)

<400> SEQUENCE: 116

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113
```

**Synthego EX1001.138**

-continued

```
<210> SEQ ID NO 117
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 117

gauguugucg augaaaaagu guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 118
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2-aminoadenosine
<222> LOCATION: (15)..(15)

<400> SEQUENCE: 118

gauguugucg augaaaaagu guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 119
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 119

gauuuagacg aaggauugaa guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 120
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2-aminoadenosine
<222> LOCATION: (15)..(15)

<400> SEQUENCE: 120

gauuuagacg aaggauugaa guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 121
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (6)..(6)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (8)..(8)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (11)..(11)
```

Synthego EX1001.139

-continued

```
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (13)..(15)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (31)..(31)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (33)..(33)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (36)..(36)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (47)..(47)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (81)..(82)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (104)..(104)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (107)..(112)

<400> SEQUENCE: 121

gcagaguuag uguuuccaca guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 122
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: Z base
<222> LOCATION: (70)..(71)
<223> OTHER INFORMATION: Z base
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (70)..(71)
<223> OTHER INFORMATION: n is a, c, g, or u, or unknown or other


<400> SEQUENCE: 122

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuagun nguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 123
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl-nucleotide
<222> LOCATION: (54)..(54)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl-nucleotide
<222> LOCATION: (57)..(57)
```

**Synthego EX1001.140**

```
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (99)..(99)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (99)..(100)

<400> SEQUENCE: 123

aguccucauc ucccucaagc guuuaagagc uaguaauagc aaguuuaaau aaggguuaauc      60

cguuaucaac aagaaauugu ggcaccgagu cggugcuuuu                           100


<210> SEQ ID NO 124
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl-nucleotide
<222> LOCATION: (64)..(64)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl-nucleotide
<222> LOCATION: (67)..(67)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (112)..(112)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (112)..(113)

<400> SEQUENCE: 124

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggguuaauc cguuaucaac aagaaauugu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 125
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: Z base
<222> LOCATION: (95)..(96)
<223> OTHER INFORMATION: Z base
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (95)..(96)
<223> OTHER INFORMATION: n is a, c, g, or u, or unknown or other

<400> SEQUENCE: 125

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcanngagu cggugcuuuu uuu            113


<210> SEQ ID NO 126
<211> LENGTH: 74
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
```

**Synthego EX1001.141**

-continued

```
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (73)..(73)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (73)..(74)

<400> SEQUENCE: 126

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguu                                                       74


<210> SEQ ID NO 127
<211> LENGTH: 75
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (74)..(74)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (74)..(75)

<400> SEQUENCE: 127

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguua                                                      75


<210> SEQ ID NO 128
<211> LENGTH: 50
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 128

ttatatgaac ataactcaat ttgtaaaaaa gggtattggg gaattcatta               50


<210> SEQ ID NO 129
<211> LENGTH: 50
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 129

aatatacttg tattgagtta aacatttttt cccataaccc cttaagtaat               50


<210> SEQ ID NO 130
<211> LENGTH: 98
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
```

**Synthego EX1001.142**

-continued

```
<400> SEQUENCE: 130

auaacucaau uuguaaaaaa guuuuagagc uauagcaagu uaaaauaagg uaguccguua        60

ucaacuugaa aaaguggcac cgagucggug cuuuuuuu                                98
```

We claim:

**1**. A synthetic CRISPR guide RNA having at least one 5'-end and at least one 3'-end, the synthetic guide RNA comprising:

(a) one or more modified nucleotides within five nucleotides from said 5'-end, or

(b) one or more modified nucleotides within five nucleotides from said 3'-end, or

(c) both (a) and (b);

wherein said guide RNA comprises one or more RNA molecules, and has gRNA functionality comprising associating with a Cas protein and targeting the gRNA: Cas protein complex to a target polynucleotide, wherein the modified nucleotide has a modification to a phosphodiester linkage, a sugar, or both.

**2**. The synthetic guide RNA of claim **1** wherein said guide RNA is a single guide RNA (sgRNA).

**3**. The synthetic guide RNA of claim **1** wherein said guide RNA comprises:

(a) one modified nucleotide at the first nucleotide of said 5'-end, or

(b) at least one modified nucleotide within two nucleotides from said 3'-end, or

(c) both (a) and (b).

**4**. The synthetic guide RNA of claim **3** wherein said one modified nucleotide is independently selected from a 2'-O-methyl nucleotide, 2'-O-methyl-3'-phosphorothioate nucleotide, 2'-O-methyl-3'-phosphonoacetate nucleotide, and 2'-O-methyl-3'-phosphonothioacetate nucleotide.

**5**. The synthetic guide RNA of claim **1** wherein said modified nucleotide comprises a modified internucleotide linkage or a modified terminal phosphate group selected from are alkylphosphonate, a phosphonocarboxylate, a phosphonoacetate, a boranophosphonate, a phosphorothioate, a phosphonothioacetate, and a phosphorodithioate group.

**6**. The synthetic guide RNA of claim **1** wherein said guide RNA comprises:

(a) one or more modified nucleotides within five nucleotides from said 5'-end, or

(b) at least two consecutive modified nucleotides within five nucleotides from said 3'-end, or

(c) both (a) and (b).

**7**. The synthetic guide RNA of claim **6** wherein said one or more modified nucleotides within five nucleotides from the 3'-end are each independently selected from a 2'-O-methyl nucleotide, 2'-O-methyl-3'-phosphorothioate nucleotide, 2'-O-methyl-3'-phosphonoacetate nucleotide, 2'-O-methyl-3'-phosphonothioacetate nucleotide, and a combination thereof.

**8**. The synthetic guide RNA of claim **1** wherein said guide RNA comprises a modified internucleotide linkage or a modified terminal phosphate group selected from a phosphonocarboxylate, a phosphonoacetate, and a phosphonothioacetate group.

**9**. The synthetic guide RNA of claim **1** wherein said one or more modified nucleotides comprise a 2'-O-methyl-3'-phosphorothioate nucleotide.

**10**. The synthetic guide RNA of claim **1** wherein said one or more modifications are independently selected from a 2'-deoxy, 2'-O-methyl, 3'-phosphorothioate, 3'-phosphonoacetate (PACE), 3'-phosphonothioacetate (thioPACE), and a combination thereof.

**11**. The synthetic guide RNA of claim **10** wherein said one or more, modified nucleotides comprise a 2'-O-methyl-3'-phosphonoacetate nucleotide or a 2'-O-methyl-3'-phosphonothioacetate nucleotide.

**12**. A synthetic CRISPR crRNA molecule comprising a 5' end, a 3'-end, and a guide sequence capable of hybridizing to a target polynucleotide, wherein said crRNA molecule comprises:

(a) one or more modified nucleotides within five nucleotides from said 5'-end, or

(b) one or more modified nucleotides within five nucleotides from said 3'-end, or

(c) both (a) and (b),

wherein said synthetic crRNA molecule has gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to a target polynucleotide, and wherein the modified nucleotide has a modification to a phosphodiester linkage, a sugar, or both.

**13**. The crRNA molecule of claim **12** wherein said crRNA molecule comprises:

(a) one modified nucleotide at the first nucleotide of said 5'-end, or

(b) at least one modified nucleotide within two nucleotides from said 3'-end, or

(c) both (a) and (b).

**14**. The crRNA molecule of claim **12** wherein said one modified nucleotide is independently selected from a 2'-O-methyl nucleotide, 2'-O-methyl-3'-phosphorothioate nucleotide, 2'-O-methyl-3'-phosphonoacetate nucleotide and 2'-O-methyl-3'-phosphonothioacetate nucleotide.

**15**. The crRNA molecule of claim **12** wherein said modified nucleotide comprises a modified internucleotide linkage or a modified terminal phosphate group selected from n alkylphosphonate, a phosphonocarboxylate, phosphonoacetate, a boranophosphonate, a phosphorothioate, a phosphonothioacetate, and a phosphorodithioate group.

**16**. The crRNA molecule of claim **12** wherein said crRNA comprises a modified internucleotide linkage or a modified terminal phosphate group selected from a phosphonocarboxylate, a phosphonoacetate, and a phosphonothioacetate group.

**17**. The crRNA molecule of claim **12**, wherein said one or more modified nucleotides comprise a modification independently selected from a 2'-deoxy, 2'-O-methyl, 3'-phosphorothioate, 3'-phosphonoacetate (PACE), 3'-phosphonothioacetate (thioPACE), and a combination thereof.

**18**. The crRNA molecule of claim **12** wherein said one or more modified nucleotides comprise a 2'-O-methyl-3'-phosphorothioate nucleotide.

**19**. The crRNA molecule of claim **12** wherein said one or more modified nucleotides comprise a 2'-O-methyl-3'-

**Synthego EX1001.143**

phosphonoacetate nucleotide or a 2'-O-methyl-3'-phospho-nothioacetate nucleotide or a combination thereof.

**20**. The crRNA molecule of claim **12** wherein said modi-fied nucleotides are each independently selected from a 2'-O-methyl nucleotide, 2'-O-methyl-3'-phosphorothioate nucleotide, 2'-O-methyl-3'-phosphonoacetate nucleotide and 2'-O-methyl-3'-phosphonothioacetate nucleotide.

**21**. A method for modifying a DNA sequence, regulating the expression of a gene of interest, or cleaving a target polynucleotide, the method comprising:

selecting at least one target polynucleotide;

providing at least one synthetic guide RNA of claim **1**;

forming a gRNA:Cas protein complex comprising a Cas protein and the synthetic guide RNA; and

contacting the target polynucleotide with the gRNA:Cas protein complex;

wherein said Cas protein is provided as a protein or is expressed from a polynucleotide encoding said Cas protein.

**22**. The method of claim **21**, wherein said guide RNA comprises:

(a) one modified nucleotide at the first nucleotide of said 5'-end, or

(b) at least one modified nucleotide within two nucleo-tides from said 3'-end, or

(c) both (a) and (b).

**23**. The method of claim **22** wherein said modified nucleotides are each independently selected from a 2'-O-methyl nucleotide, 2'-O-methyl-3'-phosphorothioate nucleo-tide, 2'-O-methyl-3'-phosphonoacetate nucleotide and 2'-O-methyl-3'-phosphonothioacetate nucleotide.

**24**. The method of claim **21** wherein said modified nucleotide comprises a modified internucleotide linkage or a modified terminal phosphate group selected from an alkyl-phosphonate, a phosphonocarboxylate, a phosphonoacetate, a boranophosphonate, a phosphorothioate, a phosphonoth-ioacetate, and a phosphorodithioate group.

**25**. The method of claim **21** wherein said one or more modified nucleotides comprise a 2'-O-methyl-3'-phosphoro-thioate nucleotide.

**26**. The method of claim **21** wherein said one or more modified nucleotides comprise a 2'-O-methyl-3'-phosphono-acetate nucleotide or a 2'-O-methyl-3'-phosphonothioacetate nucleotide or a combination thereof.

**27**. The method of claim **21** wherein said forming of said gRNA:Cas protein complex is performed outside or inside a cell and said contacting is performed in a cell.

**28**. The method of claim **21** wherein said Cas protein is a Cas9 protein.

**29**. The method of claim **21** wherein said forming is performed outside a cell.

**30**. A set or a library comprising at least two guide RNAs of claim **1**.

\* \* \* \* \*

Synthego EX1001.144



US010900034B2

(12) **United States Patent**
Ryan et al.

(10) Patent No.: **US 10,900,034 B2**
(45) Date of Patent: *****Jan. 26, 2021**

(54) **GUIDE RNA WITH CHEMICAL MODIFICATIONS**

(71) Applicant: **Agilent Technologies, Inc.**, Santa Clara, CA (US)

(72) Inventors: **Daniel E. Ryan**, San Francisco, CA (US); **Douglas J. Dellinger**, Boulder, CO (US); **Jeffrey R. Sampson**, San Jose, CA (US); **Robert Kaiser**, Santa Clara, CA (US); **Joel Myerson**, Berkeley, CA (US)

(73) Assignee: **AGILENT TECHNOLOGIES, INC.**, Santa Clara, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 708 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/757,204**

(22) Filed: **Dec. 3, 2015**

(65) **Prior Publication Data**

US 2016/0289675 A1    Oct. 6, 2016

**Related U.S. Application Data**

(60) Provisional application No. 62/256,095, filed on Nov. 16, 2015, provisional application No. 62/146,189, filed on Apr. 10, 2015, provisional application No. 62/087,211, filed on Dec. 3, 2014.

(51) **Int. Cl.**
| | |
|---|---|
| *C12N 15/113* | (2010.01) |
| *C12N 9/22* | (2006.01) |
| *C12N 15/11* | (2006.01) |
| *C07H 21/02* | (2006.01) |
| *C12N 15/90* | (2006.01) |
| *C12Q 1/6876* | (2018.01) |

(52) **U.S. Cl.**
CPC ............ *C12N 15/111* (2013.01); *C07H 21/02* (2013.01); *C12N 9/22* (2013.01); *C12N 15/113* (2013.01); *C12N 15/907* (2013.01); *C12Q 1/6876* (2013.01); *C12N 2310/10* (2013.01); *C12N 2310/20* (2017.05); *C12N 2310/312* (2013.01); *C12N 2310/315* (2013.01); *C12N 2310/321* (2013.01); *C12N 2310/322* (2013.01); *C12N 2310/323* (2013.01); *C12N 2310/3231* (2013.01); *C12N 2310/333* (2013.01); *C12N 2310/335* (2013.01); *C12N 2310/346* (2013.01); *C12N 2310/3517* (2013.01); *C12N 2310/531* (2013.01); *C12N 2320/51* (2013.01); *C12N 2320/53* (2013.01); *C12N 2330/31* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,032,401 | A | 7/1991 | Jamas et al. |
| 5,607,677 | A | 3/1997 | Jamas et al. |
| 7,371,580 | B2 | 5/2008 | Yakhini et al. |
| 8,202,983 | B2 | 6/2012 | Dellinger et al. |
| 8,906,616 | B2 | 12/2014 | Zhang et al. |
| 9,822,407 | B2 | 11/2017 | Joung et al. |
| 2005/0281781 | A1 | 12/2005 | Ostroff |
| 2010/0076183 | A1 | 3/2010 | Dellinger et al. |
| 2014/0090113 | A1 | 3/2014 | Cogan et al. |
| 2014/0090116 | A1 | 3/2014 | Ainley et al. |
| 2014/0170753 | A1 | 6/2014 | Zhang et al. |
| 2014/0242664 | A1* | 8/2014 | Zhang .................. C12N 15/902 435/188 |
| 2014/0273037 | A1 | 9/2014 | Wu |
| 2014/0273226 | A1 | 9/2014 | Wu |
| 2014/0273233 | A1 | 9/2014 | Chen et al. |
| 2014/0273235 | A1 | 9/2014 | Voytas et al. |
| 2014/0294773 | A1 | 10/2014 | Brouns et al. |
| 2014/0295555 | A1 | 10/2014 | Mishra |
| 2014/0295557 | A1 | 10/2014 | Joung et al. |
| 2014/0309487 | A1 | 10/2014 | Lee et al. |
| 2014/0310828 | A1 | 10/2014 | Lee et al. |
| 2014/0349400 | A1 | 11/2014 | Jakimo et al. |
| 2014/0357523 | A1 | 12/2014 | Zeiner et al. |
| 2014/0364333 | A1 | 12/2014 | Wu et al. |
| 2015/0044191 | A1 | 2/2015 | Liu et al. |
| 2015/0044192 | A1 | 2/2015 | Liu et al. |
| 2015/0044772 | A1 | 2/2015 | Zhao |
| 2015/0064149 | A1 | 3/2015 | West et al. |
| 2015/0064708 | A1 | 3/2015 | Sastry-Dent et al. |
| 2015/0067921 | A1 | 3/2015 | Cogan et al. |
| 2015/0071906 | A1 | 3/2015 | Liu et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 104854241 A | 8/2015 |
| EP | 2800811 A1 | 11/2014 |

(Continued)

OTHER PUBLICATIONS

Larson et al., Real-Time Observation of Transcription Initiation and Elongation on an Endogenous Yeast Gene, Science. Apr. 22, 2011; 332(6028): 475-478.*
Bisaria et al., "Lessons from enzyme kinetics reveal specificity principles for RNA-guided nucleases in CRISPR interference and CRISPR-based genome editing," Cell Syst., 4:21-29, (2017).
Cho et al., "Analysis of off-target effects of CRISPR/Cas-derived RNA-guided endonucleases and nickases," Genome Res., vol. 24, pp. 0132-0141, (2014).
Doyon et al., "Enhancing Zinc-Finger Nuclease Activity with Improved Obligate Heterodimeric Architectures", nat. Methods, vol. 8, pp. 74-81, (2011).

(Continued)

*Primary Examiner* — Channing S Mahatan
(74) *Attorney, Agent, or Firm* — Faegre Drinker Biddle & Reath LLP

(57) **ABSTRACT**

The present invention relates to modified guide RNAs and their use in clustered, regularly interspaced, short palindromic repeats (CRISPR)/CRISPR-associated (Cas) systems.

**33 Claims, 18 Drawing Sheets**

**Specification includes a Sequence Listing.**

Synthego EX1001.001

Appx288

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2015/0071946 A1 | 3/2015 | Solyom et al. |
| 2015/0079680 A1 | 3/2015 | Bradley et al. |
| 2015/0098954 A1 | 4/2015 | Hyde et al. |
| 2015/0118216 A1 | 4/2015 | Liu et al. |
| 2015/0128307 A1 | 5/2015 | Sastry-Dent et al. |
| 2015/0128308 A1 | 5/2015 | Sastry-Dent et al. |
| 2015/0128309 A1 | 5/2015 | Sastry-Dent et al. |
| 2015/0133315 A1 | 5/2015 | Jacobson et al. |
| 2015/0140664 A1 | 5/2015 | Byrne et al. |
| 2015/0156996 A1 | 6/2015 | Fahrenkrug et al. |
| 2015/0315252 A1 | 11/2015 | Haugwitz et al. |
| 2015/0315576 A1 | 11/2015 | Caliando et al. |
| 2015/0322432 A1 | 11/2015 | Anderson et al. |
| 2015/0344836 A1 | 12/2015 | Finer et al. |
| 2016/0030477 A1 | 2/2016 | Conway et al. |
| 2016/0046959 A1 | 2/2016 | Landel et al. |
| 2016/0090622 A1 | 3/2016 | Liu et al. |
| 2016/0138027 A1 | 5/2016 | Gan et al. |
| 2016/0168592 A1 | 6/2016 | Church et al. |
| 2016/0206566 A1 | 7/2016 | Lu et al. |
| 2016/0257974 A1 | 9/2016 | Bradley et al. |
| 2016/0298097 A1 | 10/2016 | Chavez et al. |
| 2016/0339064 A1 | 11/2016 | Kovarik et al. |
| 2017/0051296 A1 | 2/2017 | Beetham ............... C12N 15/113 |
| 2017/0166893 A1* | 6/2017 | Doudna ............... C12N 15/113 |
| 2017/0298383 A1 | 10/2017 | Albertsen et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2892321 A2 | 7/2015 |
| EP | 2893006 A1 | 7/2015 |
| EP | 3241902 B1 | 2/2018 |
| WO | 2013126794 A1 | 8/2013 |
| WO | 2013141680 A1 | 9/2013 |
| WO | 2013142578 A1 | 9/2013 |
| WO | 2013176772 | 11/2013 |
| WO | WO2013176772 A1 | 11/2013 |
| WO | WO2013176844 A1 | 11/2013 |
| WO | 2014036684 | 3/2014 |
| WO | 2014039702 | 3/2014 |
| WO | 2014065596 A1 | 5/2014 |
| WO | 2014071219 A1 | 5/2014 |
| WO | 2014089290 A1 | 6/2014 |
| WO | 2014089513 A1 | 6/2014 |
| WO | 2014089533 A2 | 6/2014 |
| WO | 2014093595 A1 | 6/2014 |
| WO | 2014093622 A2 | 6/2014 |
| WO | 2014093635 A1 | 6/2014 |
| WO | 2014093655 A2 | 6/2014 |
| WO | 2014093661 A2 | 6/2014 |
| WO | 2014093688 A1 | 6/2014 |
| WO | 2014093694 A1 | 6/2014 |
| WO | 2014093701 A1 | 6/2014 |
| WO | 2014093709 A1 | 6/2014 |
| WO | 2014093712 A1 | 6/2014 |
| WO | 2014093718 A1 | 6/2014 |
| WO | 2014099744 A1 | 6/2014 |
| WO | 2014099750 A2 | 6/2014 |
| WO | 2014144288 A1 | 9/2014 |
| WO | 2014145599 A2 | 9/2014 |
| WO | 2014150624 A1 | 9/2014 |
| WO | 2014152432 A2 | 9/2014 |
| WO | 2014153118 A1 | 9/2014 |
| WO | WO2014144592 A2 | 9/2014 |
| WO | WO2014144761 A2 | 9/2014 |
| WO | 2014039970 A9 | 10/2014 |
| WO | 2014159719 A1 | 10/2014 |
| WO | 2014165349 A1 | 10/2014 |
| WO | 2014165825 A2 | 10/2014 |
| WO | 2014172458 A1 | 10/2014 |
| WO | 2014172470 A2 | 10/2014 |
| WO | 2014186585 A2 | 11/2014 |
| WO | 2014191128 A1 | 12/2014 |
| WO | 2014191518 A1 | 12/2014 |
| WO | 2014191521 A2 | 12/2014 |
| WO | 2014197568 A2 | 12/2014 |
| WO | 2014201015 A2 | 12/2014 |
| WO | 2014204725 A1 | 12/2014 |
| WO | 2014204726 A1 | 12/2014 |
| WO | 2015006294 A2 | 1/2015 |
| WO | 2015006437 A1 | 1/2015 |
| WO | 2015006439 A2 | 1/2015 |
| WO | 2015011583 A2 | 1/2015 |
| WO | 2015026883 A1 | 2/2015 |
| WO | 2015026885 A1 | 2/2015 |
| WO | 2015026886 A1 | 2/2015 |
| WO | 2015030881 A1 | 3/2015 |
| WO | 2015033293 A1 | 3/2015 |
| WO | 2015035136 A2 | 3/2015 |
| WO | 2015035139 A2 | 3/2015 |
| WO | 2015035162 A2 | 3/2015 |
| WO | 2015040075 A1 | 3/2015 |
| WO | 2015052133 A1 | 4/2015 |
| WO | 2015052231 A2 | 4/2015 |
| WO | 2015053995 A1 | 4/2015 |
| WO | 2015054253 A1 | 4/2015 |
| WO | 2015054375 A2 | 4/2015 |
| WO | 2015066636 A2 | 5/2015 |
| WO | 2015066637 A1 | 5/2015 |
| WO | 2015070083 A1 | 5/2015 |
| WO | 2015075056 A1 | 5/2015 |
| WO | 2015089277 A1 | 6/2015 |
| WO | 2015089351 A1 | 6/2015 |
| WO | 2015089354 A1 | 6/2015 |
| WO | 2015089406 A1 | 6/2015 |
| WO | 2015089419 A2 | 6/2015 |
| WO | 2015089427 A1 | 6/2015 |
| WO | 2015089442 A1 | 6/2015 |
| WO | 2015089465 A1 | 6/2015 |
| WO | 2015089473 A1 | 6/2015 |
| WO | 2015089486 A2 | 6/2015 |
| WO | 2014204728 A8 | 7/2015 |
| WO | 2015184259 A1 | 12/2015 |
| WO | 2015184262 A1 | 12/2015 |
| WO | 2015184268 A1 | 12/2015 |
| WO | 2015200334 A1 | 12/2015 |
| WO | 2015200378 A1 | 12/2015 |
| WO | 2015200555 A2 | 12/2015 |
| WO | 2015200725 A1 | 12/2015 |
| WO | 2014204723 A9 | 2/2016 |
| WO | 2016022363 A2 | 2/2016 |
| WO | 2014204724 A9 | 3/2016 |
| WO | 2016033246 A1 | 3/2016 |
| WO | 2016033315 A2 | 3/2016 |
| WO | 2016046288 A1 | 3/2016 |
| WO | 2016049024 A2 | 3/2016 |
| WO | 2016049163 A2 | 3/2016 |
| WO | 2016049251 A1 | 3/2016 |
| WO | 2016049657 A1 | 3/2016 |
| WO | 2016057755 A1 | 4/2016 |
| WO | 2016057800 A1 | 4/2016 |
| WO | 2016057821 A2 | 4/2016 |
| WO | 2016057835 A2 | 4/2016 |
| WO | 2016057951 A2 | 4/2016 |
| WO | 2016069282 A1 | 5/2016 |
| WO | 2016069283 A1 | 5/2016 |
| WO | 2016070037 A2 | 5/2016 |
| WO | 2016073079 A2 | 5/2016 |
| WO | 2017104404 A1 | 6/2017 |
| WO | 2017105991 A1 | 6/2017 |
| WO | 2017106414 A1 | 6/2017 |
| WO | 2017106569 A1 | 6/2017 |
| WO | 2017106657 A1 | 6/2017 |
| WO | 2017106767 A1 | 6/2017 |

OTHER PUBLICATIONS

Frock et al., "Genome-wide detection of DNA double-stranded breaks induced by engineered nucleases," Nat. Biotechnol., vol. 33, pp. 179-186, (2015).

Gao et al., "Single Cas9 nickase induced generation of NRAMP1 knockin cattle with reduced off-target effects," Genome Biol., vol. 18, p. 13, (2017).

**Synthego EX1001.002**

(56)     **References Cited**

OTHER PUBLICATIONS

http://crispr.mit.edu, Accessed Apr. 18, 2017.
http://www.rgenome.net/Cas-OFF-Finder, Accessed Apr. 18, 2017.
https://cm.jefferson.edu/Off-Spotter, Accessed Apr. 18, 2017.
Piccirilli, J.A., et al., "Enzymatic Incorporation of a New Base pair into DNA and RNA Extends the Genetic Alphabet." Nature, vol. 343, 33, (1990).
Schneider et al., "Information Content of Binding Sites on Nucleotide Sequences" J. Mol. Biol., 188, 415-431 (1986).
Kuznetsova, S.A., "Synthesis and properties of DNA duplexes containing hydrocarbon bridges instead of a nucleoside residue", Bioorganicheskala khimiia/Akademiia nauk SSSR, vol. 14:12, pp. 1656-1662, (1988).
Miller et al., "An improved zinc-finger nuclease architecture for highly specific genome editing", nat. Biotechnol. vol. 25, pp. 778-785, (2007).
New England Biolabs Catalog, 1996.
Ran, et al., "In vivo genome editing using *Staphylococcus aureus* Cas9", Nature, vol. 520, pp. 186-191, (2015).
Rappaport, H.P., "Replication of the Base Pair 6-Thioguanine/S-Methyl-2-pyrimidinonewith the Large Klenow Fragment of *Escherichia coli* DNA Polymerase I", Biochemistry, vol. 32, p. 3047, (1993).
Shabarova, "Synthesis and properties of DNA duplexes containing hydrocarbon bridges instead of a nucleoside residue", Bioorg. Khim., vol. 14:12, pp. 1656-1662 (1988).
Gori et al., "Delivery and specificity of CRISPR/Cas9 genome editing technologies for human gene therapy," Hum. Gene Ther., vol. 26, pp. 443-451, (2015).
Szczpek et al., "Structure-based redesign of the dimerization interface reaches the specificity of zinc-finger nucleases", Nat. Biotechnol., vol. 25, pp. 786-793, (2007).
Tietze et al., "Squaric Acid Diethyl Ester: A New Coupling Reagent for the formation of Drug Biopolymer conjugates. Synthesis of Squaric Acid Ester Amides and Diamides", Chem Ber., vol. 124, pp. 1215-1221, (1991).
Fu et al., "Distinct patterns of Cas9 mismatch tolerance in vitro and in vivo," Nucleic Acids Res., vol. 44, pp. 5365-5377, (2016).
Cradick et al., "CRISPR/Cas9 systems targeting R-globin and CCR5 genes have substantial off-target activity," Nucleic Acids Res., vol. 41, pp. 9584-9592, (2013).
Davis et al., "Small molecule-triggered Cas9 protein with improved genome-editing specificity," Nat. Chem. Biol., vol. 11, pp. 316-318, (2013).
Doench et al., "Optimized sgRNA design to maximize activity and minimize off-target effects of CRISPR-Cas9," Nat. Biotechnol., vol. 34, pp. 184-191 (2016).
Guilinger et al., "Fusion of catalytically inactive Cas9 to FokI nuclease improves the specificity of genome modification," Nat. Biotechnol. 32, 577-582 (2014).
Haeussler et al., "Evaluation of off-target and on-target scoring algorithms and integration into the guide RNA selection tool CRISPOR," Genome Biol. 17, 148 (2016).
Havlicek et al., "Re-engineered RNA-guided FokI-nucleases for improved genome editing in human cells," Nat. Ther. 25, 342-355 (2017).
Hendel et al., "Quantifying genome-editing outcomes at endogenous loci with SMRT sequencing," Cell Rep. 7, 293-305 (2014).
Hruscha et al., "Efficient CRISPR/Cas9 genome editing with low off-target effects in zebrafish," Development 140, 4982-4987 (2013).
Hsu et al., "DNA targeting specificity of RNA-guided Cas9 nucleases," Nat. Biotechnol. 31, 827-832 (2013).
Hu et al., "Detecting DNA double-stranded breaks in mammalian genomes by linear amplification-mediated high-throughput genome-wide translocation sequencing," Nat Protoc. 11, 853-871 (2016).
Iyer et al. "Off-target mutations are rare in Cas9-modified mice," Nat. Methods 12, 479 (2015).
Kim et al., "Highly Efficient RNA-guided genome editing in human cells via delivery of purified Cas9 ribonucleoproteins," Genome Res. 24, 1012-1019 (2014).

Kim et al., "Digenome-seq: genome-wide profiling of CRISPR-Cas9 off-target effects in human cells", Nat. Methods 12, 237-243 (2015).
Kim et al., "Genome-wide target specificities of CRISPR-Cas9 nucleases revealed by multiplex Digenome-seq," Genome Res. 26, 406-415 (2016).
Kim et al., "Genome-wide analysis reveals specificities of Cpf1 endonucleases in human cells," Nat. Biotechnol. 34, 863-868 (2016).
Kleinstiver et al., "High-fidelity CRISPR-Cas9 nucleases with no detectable genome-wide off-target effects," Nature 529, 490-495 (2016).
Kleinstiver et al., "Genome-wide specificities of CRISPR-Cas Cpf1 nucleases in human cells," Nat. Biotechnol. 34, 869-874 (2016).
Knight et al. "Dynamics of CRISPR-Cas9 genome interrogation in living cells," Science 350, 823-826 (2015).
Komor et al., "Programmable editing of a target base in genomic DNA without double-stranded DNA cleavage," Nature 533, 420-424 (2016).
Koo et al., "Measuring and reducing off-target activities of programmable nucleases including CRISPR-Cas9," Mol. Cells 38, 475-481 (2015).
Kuscu et al., "Genome-wide analysis reveals characteristics of off-target sites bound by Cas9 endonuclease," Nat. Biotechnol. 32, 677-683 (2014).
Lee et al., "Nuclease target site selection for maximizing on-target activity and minimizing off-target effects in genome editing," Mol. Ther. 24, 475-487 (2016).
Ledford, "CRISPR, the Disruptor," Nature 522, 20-24 (2015).
Lim et al., "Structural roles of guide RNAs in the nuclease activity of Cas9 endonuclease," Nat. Commun. 7, 13350 (2016).
Lin et al., "CRISPR/Cas9 systems have off-target activity with insertions or deletions between target DNA and guide RNA sequences," Nucleic Acids Res. 42, 7473-7485 (2014).
Ma et al., "CRISPR-Cas9 nuclear dynamics and target recognition in living cells," J. Cell Biol. 214, 529-537 (2016).
Pattanayak et al., "High-throughput profiling of off-target DNA cleavage reveals RNA-programmed Cas9 nuclease specificity," Nat Biotechnol. 31, 839-843 (2013).
Peterson et al., "Genome-wide assessment of efficiency and specificity in CRISPR/Cas9 mediated multiple site targeting in *Arabidopsis*," PLoS One 11, e0162169 (2016).
Polstein et al., "Genome-wide specificity of DNA binding, gene regulation, and chromatin remodeling by TALE- and CRISPR/Cas9-based transcriptional activators," Genome Res. 25, 1158-1169 (2015).
Qiu et al., "Mutation detection using Surveyor™ nuclease," Biotechniques 36, 702-707 (2004).
Dellinger et al., "Solid-Phase Chemical Synthesis of Phosphonoacetate and Thiophosphonoacetate Oligodeoxynucleotides," J. Am. Chem. Soc. (2003), 125, 940-50.
Dellinger et al., "Streamlined Process for the Chemical Synthesis of RNA Using 2-O-Thionocarbamate-Protected Nucleoside Phosphoramidites in the Solid Phase," J. Am. Chem. Soc. (2011), 133, 11540-56.
Kumar et al., "Template-Directed Oligonucleotide Strand Ligation, Covalent Intramolecular DNA Circularization and Catenation Using Click Chemistry," J. Am. Chem. Soc. (2007), 129, 6859-64.
Mojibul et al., "DNA-associated click chemistry," Sci. China Chem. (2014), 57:2, 215-31.
Threlfall et al., "Synthesis and biological activity of phosphonoacetate-and thiophosphonoacetate-modified 2-O-methyl oligoribonucleotides," Org. Biomol. Chem. (2012), 10, 746-54.
Yamada et al., "Synthesis and Biochemical Evaluation of Phosphonoformate Oligodeoxyribonucleotides" J. Am. Chem. Soc. (2006), 128:15, 5251-61.
Zhang et al., "Evolution of Functional Six-Nucleotide DNA", J. Am. Chem. Soc., 2015, 137 (21), 6734-6737.
Karvelis, et al., "crRNA and tracrRNA guide Cas9-mediated DNA interference in *Streptococcus thermophilus*", RNA Biology, vol. 10, No. 5, May 2013, 841-851.
PCT, "International Search Report and Written Opinion dated Apr. 19, 2016", Application No. PCT/US2015/000143.
Zheng et al. "Profiling single-guide RNA specificity reveals a mismatch sensitive core sequence," Sci. Rep. 7, 40638 (2017).

(56)        **References Cited**

OTHER PUBLICATIONS

Ren et al., "Enhanced specificity and efficiency of the CRISPR/Cas9 system with optimized sgRNA parameters in *Drosophila*," Cell Rep. 9, 1151-1162 (2014).

Semenova et al., "Interference by clustered regularly interspaced short palindromic repeat (CRISPR) RNA is governed by a seed sequence," Proc. Natl. Acad. Sci. USA 108, 10098-10103 (2011).

Shen et al., "Efficient genome modification by CRISPR-Cas9 nickase with minimal off-target effects," Nat. Methods 11, 399-402 (2014).

Singh et al., "Cas9-chromatin binding information enables more accurate CRISPR off-target prediction," Nucleic Acids Res. 43, e118 (2015).

Singh et al., "Real-time observation of DNA recognition and rejection by the RNA-guided endonuclease Cas9," Nat. Commun. 7, 12778 (2016).

Slaymaker et al., "Rationally engineered Cas9 nucleases with improved specificity", Science 351, 84-88 (2016).

Smith et al., "Whole-genome sequencing analysis reveals high specificity of CRISPR/Cas9 and TALEN-based genome editing in human iPSCs," Cell Stem Cell. 15, 12-13 (2014).

Zischewski et al. "Detection of on-target and off-target mutations generated by CRISPR/Cas9 and other sequence-specific nucleases," Biotech. Adv. 35, 95-104 (2017).

Tsai et al., "GUIDE-seq enables genome-wide profiling of off-target cleavage by CRISPR-Cas nucleases," Nat. Biotechnol. 33, 187-197 (2015).

Tsai & Joung, "Defining and improving the genome-wide specificities of CRISPR-Cas9 nucleases," Nat. Rev. Genet. 17, 300-312 (2016).

Tycko et al., "Methods for optimizing CRISPR-Cas9 genome editing specificity," Mol. Cell 63, 355-370 (2016).

Wang et al., "Unbiased detection of off-target cleavage by CRISPR-Cas9 and TALENs using integrase-defective lentiviral vectors," Nat. Biotechnol. 33, 175-178 (2015).

Wu et al., "Genome-wide binding of the CRISPR endonuclease Cas9 in mammalian cells," Nat. Biotechnol. 32, 670-676 (2014).

Wu et al., "Target specificity of the CRISPR-Cas9 system," Quant. Biol. 2, 59-70 (2014).

Wyvekens et al., "Dimeric CRISPR RNA-guided FokI-dCas9 nucleases directed by truncated gRNAs for highly specific genome editing," Hum. Gene Ther. 26, 425-431 (2015).

Yang et al., "Targeted and genome-wide sequencing reveal single nucleotide variations impacting specificity of Cas9 in human stem cells," Nat. Commun. 5, 5507 (2014).

Zetsche et al., "Cpf1 is a single RNA-guided endonuclease of a Class 2 CRISPR-Cas system," Cell, 163, 759-771 (2015).

Belfort, et al., "Homing Endonucleases: Keeping the House in Order", Nucleic Acids Research, vol. 25, 1997, 3379-3388.

Briner, et al., "Guide RNA Functional Modules Direct Cas9 Activity and Orthogonality", Mol. Cell, vol. 56, 2014, 333-339.

Chen, et al., "Dynamic Imaging of Genomic Loci in Living Human Cells by an Optimized CRISPR/Cas System", Cell, vol. 155, 2013, 1479-1491.

Cho, et al., "Targeted Genome Engineering in Human Cells with the Cas9 RNA-guided Endonuclease", Nat. Biotechnol, vol. 33, No. 3, Mar. 2013, 230-232.

Cong, et al., "Multiplex Genome Engineering Using Crispr / Cas Systems", Science 339, vol. 6121, Feb. 15, 2013, 819-823.

El-Sagheer, "Click Chemistry with DNA", Chem. Soc. Rev., vol. 39, 2010, 1388-1405.

Fu, et al., "High-frequency Off-target Mutagenesis Induced by CRISPR-Cas Nucleases in Human Cells", Nature Biotechnology, vol. 31, No. 9, Sep. 2013, 822-826.

Fu, et al., "Improving CRISPR-Cas Nuclease Specificity Using Truncated Guide RNAs", Nature Biotechnology, vol. 32, No. 3, Mar. 2014, 279-284.

Gasiunas, et al., "Cas9—crRNA Ribonucleoprotein Complex Mediates Specific DNA Cleavage for Adaptive Immunity in Bacteria", Proc. Natl. Acad. Sci., vol. 109, No. 39, 2012, E2579-E2586.

Hendel, et al., "Chemically Modified Guide RNAs Enhance CRISPR-Cas Genome Editing in Human Primary Cells", Nature Biotechnology, vol. 33, No. 9, Sep. 2015, 985-989.

Hwang, et al., "Efficient in Vivo Genome Editing Using RNA-Guided Nucleases", Nat Biotechnol, vol. 31, No. 3, Mar. 2013, 227-229.

Jiang, et al., "A Cas9-guide RNA Complex Preorganized for Target DNA Recognition", Science, vol. 348, Issue 6242, Jun. 26, 2015, 1477-1481.

Jinek, et al., "RNA-programmed Genome Editing in Human Cells", eLife, 2013, 1-9.

Jinek, et al., "Supplementary Materials for A Programmable Dual-RNA-Guided DNA Endonuclease in Adaptive Bacterial Immunity", Science, vol. 337, 2012, 37 Pages.

Krueger, et al., "Synthesis and Properties of Size-expanded DNAs: Toward Designed, Functional Genetic Systems", Acc. Chem. Res., vol. 40, No. 2, Feb. 2007, 141-150.

Lahoud, et al., "Enzymatic Synthesis of Structure-free DNA with Pseudo-complementary Properties", Nucl. Acids Res., vol. 36, No. 10, 2008, 3409-3419.

Lange, et al., "Classical Nuclear Localization Signals: Definition, Function, and Interaction with Importin a*", J. Biol. Chem., vol. 282, 2007, 5101-5105.

Lujambio, et al., "Genetic Unmasking of an Epigenetically Silenced Micro RNA in Human Cancer Cells", Spanish National Cancer Centre, Cancer Res., vol. 67, Feb. 2007, 1424-1429.

Mali, et al., "CAS9 transcriptional activators for target specificity screening and paired nickases for cooperative genome engineering", Nature Biotechnology, vol. 31, 2013, 833-838.

Mali, et al., "RNA-Guided Human Genome Engineering via CAS9", Science, vol. 339, No. 6121, Feb. 15, 2013, 823-826.

Niishimasu, et al., "Crystal Structure of Cas9 in Complex with Guide RNA and Target DNA", Cell, vol. 156(5), Feb. 27, 2014, 935-49.

Ran, et al., "Double Nicking by RNA-Guided CRISPR Cas9 For Enhanced Genome Editing Specificity", Cell, vol. 154, No. 6, Sep. 12, 2013, 1380-1389.

Shechner, et al., "CRISPR Display: A Modular Method for Locus-specific Targeting of Long Noncoding RNAs and Synthetic RNA Devices in Vivo", Nat. Methods, vol. 12, No. 7, 2015, 664-670.

Tsai, et al., "Dimeric CRISPR RNA-Guided FokI Nucleases for Highly Specific Genome Editing", Nat. Biotechnol, vol. 32, No. 6, Jun. 2014, 569-576.

Zhang, et al., "Evolution of Functional Six-Nucleotide DNA", J. Am. Chem. Soc., vol. 137, No. 21, 2015, 6734-6737.

Nishimasu et al., "Crystal Structure of Cas9 in Complex with Guide RNA and Target DNA," Cell (2014) 156, 1-15.

Jiang, et al., "A Cas9-guide RNA complex preorganized for target DNA recognition," Science (2015) 348:6242, 1477-81.

Hendel et al., "Chemically modified guide RNAs enhance CRISPR-Cas genome editing in human primary cells," Nat. Biotechnol. (2015) 33:9, 985-9.

Yang et al., "Artificially expanded genetic information system: a new base pair with an alternative hydrogen bonding pattern," Nucleic Acids Res. (2006), 34, 6095-101.

Krueger et al., "Synthesis and Properties of Size-Expanded DNAs: Toward Designed, Functional Genetic Systems"; Acc. Chem. Res. (2007), 40, 141-50.

Lahoud et al., "Enzymatic synthesis of structure-free DNA with pseudo-complementary properties," Nucl. Acids Res. (1991), 36:10, 3409-19.

Gasiunas et al., "Cas9-crRNA ribonucleoprotein complex mediates specific DNA cleavage for adaptive immunity in bacteria," Proc. Natl. Acad. Sci. USA (2012), 109:39, E2579-E2586.

El-Sagheer et al.,"Click chemistry with DNA", Chem. Soc. Rev. (2010), 39, 1388-1405.

Briner et al., "Guide RNA Functional Modules Direct Cas9 Activity and Orthogonality" Mol. Cell (2014), 56, 333-9.

Schechner et al., "CRISPR Display: A modular method for locus-specific targeting of long noncoding RNAs and synthetic RNA devices in vivo," Nat. Methods (2015), 12(7): 664-670.

**Synthego EX1001.004**

(56)        **References Cited**

OTHER PUBLICATIONS

Chen et al., "Dynamic Imaging of Genomic Loci in Living Human Cells by an Optimized CRISPR/Cas System," Cell (2013), 155, 1479-1491.

Jinek et al., "A Programmable Dual-RNA-Guided DNA Endonuclease In Adaptive Bacterial Immunity," Science (2012), 337, 816-21.

Mali et al., "RNA-Guided Human Genome Engineering via Cas9," Science (2013), 339:6121, 823-6.

Cong et al., "Multiplex Gemone Engineering Using CRISPR/Cas Systems," Science (2013), 339:6121, 819-23.

Hwang et al., "Efficient in Vivo Genome Editing Using RNA-Guided Nucleases," Nat. Biotechnol. (2013) 31:3, 227-9.

Jinek et al., "RNA-programmed genome editing in human cells," eLife (2013), 2, e00471.

Belfort et al., "Homing endonucleases: keeping the house in order," Nucleic Acids Res. (1997), 25, 3379-88.

Lange et al., "Classical Nuclear Localization Signals: Definition, Function, and Interaction with Importin," J. Biol. Chem. (2007), 282, 5101-5.

Lujambo et al., "Genetic Unmasking of an Epigenetically Silenced microRNA in Human Cancel Cells," (Spanish National Cancer Centre) Cancer Res. Feb. 2007.

Cho et al., "Targeted genome engineering in human cells with the Cas9 RNA-guided endonuclease," (Seoul National Univ.) Nat. Biotechnol. Mar. 2013.

Ran et al., "Double nicking by RNA-guided CRISPT Cas9 for enhanced genome editing specificity," Cell (2013), 154, 1380-9.

Tsai et al., "Dimeric CRISPR RNA-guided FokI nucleases for highly specific genome editing," Nat. Biotechnol. (2014), 32, 569-76.

Fu et al., "Improving CRISPR-Cas nuclease specificity using truncated guide RNAs," Nat. Biotechnol. (2014), 32, 279-84.

Mali et al., "CAS9 transcriptional activators for target specificity screening and paired nickases for cooperative genome engineering," Nat. Biotechnol. (2013), 31, 833-8.

Deng, Wulan et al., CASFISH: CRISPR/Cas9-Mediated In Situ Labeling Of Genomic Loci In Fixed Cells, Proceedings of The National Academy of Sciences, vol. 112, No. 38, Sep. 22, 2015, 11870-11875.

Extended European Search Report dated Jun. 13, 2018, Application No. 15866342.7, 14 pages.

Hendel, Ayal et al., Chemically Modified Guide RNAs Enhance Crispr-cas Genome Editing in Human Primary Cells, Nature Biotechnology, vol. 33, No. 9, Sep. 2015, 985-989.

Rahdar, Meghdad et al., Synthetic CRISPR RNA-Cas9-Guided Genome Editing Human Cells, Proceedings of The National Academy Of Sciences., Nov. 16, 2015, 8 pages.

* cited by examiner

**Synthego EX1001.005**



FIG. 1

Synthego EX1001.006

| FINAL CONC. in | 20 uL cleavage rxn |
|---|---|
| Rxn volume | 20 uL |
| Cas9 protein | 40 nM (125 ng/20 uL rxn) |
| Guide RNA | 50 nM |
| Target DNA | 2.6 nM |
| TrisHCl pH 7.6 | 100 mM |
| NaCl | 50 mM |
| MgCl₂ | 10 mM |

**FIG. 2B**



° employed version 1.0 sgRNA design

**FIG. 2A**

Synthego EX1001.007



**FIG. 2D**



**FIG. 2C**

Synthego EX1001.008

Standard cleavage conditions:

| stock | volume (uL) | conc. | stoich. |
|---|---|---|---|
| 10x buffer | 2.0 | 1x | |
| 125 ng/uL Cas9 wt protein | 1.0 | 40 nM | 16 |
| 1 uM guide RNA | 1.0 | 50 nM | 20 |
| 25 ng/uL linearized CITA target | 4.0 | 2.5 nM | 1 |
| ddH2O (DEPC-treated) | 12.0 | | |
| | 20.0 | | |

if every ng of Cas9 in our protein prep were active

In a pre-warmed SureCycler:

(i) incubate at 37 °C for 30 min

(ii) + RNase cocktail, incubate at 37 °C for 5 min, then at 70 °C for 15 min

(iii) + Proteinase K, incubate at 37 °C for 15 min

Analyze crude products on Bioanalyzer.

FIG. 3

Synthego EX1001.009

TABLE 1

| Name of synthetic guide RNA | SEQ ID NO | Length (nt) | % Cleaved target *in vitro* | Sequence (5' → 3') |
|---|---|---|---|---|
| Chemical modifications tolerated by Cas9 | | | | |
| CLTA1 (unmodified control) | 42 | 113 | 95% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUU |
| 2xOMePACE_CLTA1 | 91 | 113 | 95% | A*G*UCCCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAG CAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCGGUGCUUUUUU |
| 4xOMePACE_CLTA1 | 93 | 113 | 88% | A*G*U*C*UCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUAAC AGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAA GUGGCACCGAGUCGGUGCUUUUUU |
| CLTA1_4xOMePACE | 95 | 113 | 91% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUU*U*U*U |
| CLTA1_5xOMePACE | 96 | 113 | 91% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUU*U*U*U*U*U |
| CLTA1_2'OMe+20 | 67 | 113 | 93% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUU |
| CLTA1_2'OMe+19 | 68 | 113 | 93% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUU |
| CLTA1_2'OMe+18 | 69 | 113 | 91% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUU |
| CLTA1_2'OMe+17 | 70 | 113 | 93% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUU |

FIG. 4

Synthego EX1001.010

| Name | No. | | % | Sequence |
|---|---|---|---|---|
| CLTA1_2'OMe+17,18 | 71 | 113 | 90% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUUU |
| CLTA1_20_Deoxy | 131 | 113 | 7% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUUU |
| CLTA1_20_2'OMe | 74 | 113 | 89% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUUU |
| CLTA1_37_2'OMe | 76 | 113 | 88% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUUU |
| CTLA1_5'SS | 63 | 113 | 96% | AsgUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGAAACAG CAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCGGUGCUUUUUUU |
| CTLA1_5'SSS | 64 | 113 | 94% | AsGsUsCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGAAACA GCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAG UGGCACCGAGUCGGUGCUUUUUUU |
| CTLA1_5'SSSS | 65 | 113 | 100% | AsGsUsCsCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGAAAC AGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAA GUGGCACCGAGUCGGUGCUUUUUUU |
| CTLA1_3'SSSS | 66 | 113 | 94% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGAAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUsUsUsU |
| 3xOMe_CLTA1_3xOMe | 72 | 113 | 89% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUUU |
| 3xOMeThio_CLTA1_3xOMeTh io | 107 | 113 | 92% | AsGsUsCsCsCUCAUCUCCCUCAAGCGUUUAAGAGCGUUAACA GCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAG UGGCACCGAGUCGGUGCUUUsUsUsU |
| 3xOMeThioPACE_CLTA1_3x2' OMeThioPACE | 110 | 113 | 89% | A*sG*sU*sCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUA ACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAA AAGUGGCACCGAGUCGGUGCUUUU*sU*sU*sU |

FIG. 4 (cont.)

Synthego EX1001.011

| | | | | |
|---|---|---|---|---|
| CLTA1_ZZ_70,71 | 122 | 113 | 19% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGU**Z**Z**G**UUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUUU |
| CLTA1_ZZ_95,96 | 132 | 113 | 93% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CAN**N**GAGUCGGUGCUUUUUUU |
| CLTA1_QB3+GNRA_DMT-ON | 55 | 113 | 93% | (dmt-) AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAA CAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAA AGUGGCACCGAGUCGGUGCUUUUUUU |
| Chemical modifications NOT tolerated by Cas9 | | | | |
| CLTA1_37_Deoxy | 133 | 113 | 0% | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGG CACCGAGUCGGUGCUUUUUUU |

FIG. 4 (cont.)

LEGEND

N* = 2'OMe,3'PACE modification of nucleotide N

N*s = 2'OMe,3'thioPACE modification of nucleotide N

N = 2'OMe modification of nucleotide N

N = 2'deoxyribonucleotide N

NsN = phosphorothioate linkage noted by s

Z = Z nucleotide

dmt = dimethoxytrityl

Synthego EX1001.012



FIG. 5A A guide RNA with modified nucleotides

FIG. 5B A single guide RNA with modified nucleotides

**Synthego EX1001.013**



1. 2'-OMe
2. 2'-H
3. 2'-MOE analog
4. 2'-fluoro analog
5. 2'-amino analog
6. 2'-arabino analog
7. 2'-F-arabino analog
8. 2'-LNA analog
9. 2'-ULNA analog
10. 4'-thioribosyl moiety

11. O-(PS) linkage
12. PACE linkage
13. thioPACE linkage
14. MethylPhosphonate
15. Boranophosphonate
16. Phosphorodithioate
17. 2-thio(U/C)
18. 4-thiouracil
19. 6-thioguanine
20. 2-aminoadenine

21. 2-aminopurine
22. pseudouracil
23. Hypoxanthine
24. 7-deaza(A/G)
25. 7-deaza-8-aza(A/G)
26. 5-methyl (U/C)
27. 5-hydroxymethyl (U/C)
28. 5,6-dehydrouracil
29. 5-propynyl (U/C)

30. 5-ethynyl (U/C)
31. 5-allyl (U/C)
32. 5-aminoallyl (U/C)
33. 5-methyl-2-pyrimidine
34. Z / P bases
35. UNA
36. x (A/G/C/T)
37. y (A/G/C/T)
38. Iso(C/G)

39. Abasic nucleotide
40. PEG
41. Hydrocarbon spacer
42. Linker-dye
43. Spermine-modification

FIG. 6

Synthego EX1001.014

| Single mod / Double mod | Sugar | Phosphorus Linkage | Base modification* | Other |
|---|---|---|---|---|
| Sugar/Sugar | X | X | X | X |
| Sugar/ P link | X | X | X | X |
| Sugar/Base | X | X | X | X |
| Sugar/other | X | X | X | X |
| P link/ Plink | X | X | X | X |
| P link/ base | X | X | X | X |
| P link/other | X | X | X | X |
| Base/ Base | X | X | X | X |
| Base/other | X | X | X | X |
| other/other | X | X | X | X |

*Base modifications includes Base Pair Modifications

FIG. 7

**Sugar modifications ("Sugar")**: 2'-O-Methyl (=2'-OMe) (2'-OC$_1$-C$_4$ alkyl) (2'-OC$_1$-C$_4$ alkyl), 2'-H, 2'-MOE (2'-OC$_1$-C$_3$ alkyl-OC$_1$-C$_3$ alkyl), 2'-F, 2'-amino, 2'-arabino, 2'-F-arabino, 2'-LNA, 2'-UNLA, 4'-thioribosyl nucleotide.

**Internucleotide linkage and 3' and/or 5' terminal nucleotide modifications ("Phosphorus Linkage" or "P link")**: -P(S) (phosphorothioate), -PACE (phosphonoacetate, phosphonocarboxylate), -thioPACE (thiophosphonoacetate, thiophosphonocarboxylate), -P(CH$_3$) (methylphosphonate, alkylphosphonate), -P(BH$_3$) (boranophosphonate), -P(S)$_2$ (phosphorodithioate)

**Base modifications**: 2-thiouracil, 2-thiocytosine, 4-thiouracil, 6-thioguanine, 2-aminoadenine, 2-aminopurine, pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-methylcytosine, 5-methyluracil, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allyluracil, 5-allylcytosine, 5-aminoallyl-uracil, 5-aminoallyl-cytosine and abasic nucleotides.

**Base Pair modifications**: Z/P nucleotides, UNA, isoC/isoG, 6-thioG/5-methyl-pyrimidine, x(A,G,C,T) and y(A,G,C,T).

**Other**: End modifications and/or spacer/linker (ends or internal) modifications: PEG, hydrocarbon spacer, (including: heteroatom (O,S,N)-substituted hydrocarbon spacers, halo-substituted-hydrocarbon spacers, (keto,carboxy,amido,thionyl,carbamoyl,thionocarbamaoyl)-containing hydrocarbon spacers), spermine, dyes linkers including: 6-Fluorescein-phosphoramidite and the like, squarate conjugation, Diels-Alder conjugation, or "Click" chemistry conjugation.

Synthego EX1001.015

# Fluorophore-modified CLTA1 sgRNAs for in vitro testing



CLTA1 crRNA
TracrRNA
TracrRNA_aminoallyl U37=Cy5
CLTA1-QB3+GNRAdesign
CLTA1_sgRNA_Int F1 (Loop)

FIG. 8A

Xray structure of Cas9 complex:
Nishimasu et al., *Cell* 2014, 156, 1-15

FIG. 8B

Synthego EX1001.016

# Using chemical modifications to improve specificity

| Target Name | CLTA1 On- or Off-Target Site | Genomic Coordinates | COSMID Score | MIT Design Score |
|---|---|---|---|---|
| CLTA1 ON1 | AGTCCTCCATCTCCCTCAAGCAGG TCAGGAGTAGAGGAGTTCGTCC | Chr9:36211735-36211757 | 0 | 100.0 |
| CLTA1 OFF1 | AGTCCTCAACTCCCTCAAGCAGG TCAGGAGTTGAGGGAGTTCGTCC | Chr8:15688928-15688950 | 0.35 | 61.1 |
| CLTA1 OFF2 | AGCCCTCATTTCCCTCAAGCAGG TCGGGAGTAAAGGAGTTCGTCC | Chr3:54189084-54189106 | 0.65 | 6.4 |
| CLTA1 OFF3 | ACTCCTCATCCCCCTCAAGCCGG TGAGGAGTAGGGGAGTTCGGCC | Chr15:8845439-88845461 | 0.83 | 4.5 |

**Example:** • CLTA1_2thioU+11 crRNA: 5' AGUCCUCAUC (2sU) CCCUCAAGCGUUUAAGAGCUAUGCUGUUUGA AUGGUCCCAAAAC 3'

• CLTA1_2thioU+9

• CLTA1_2thioU+3



Sulfur in 2-thioU cannot H-bond with G to form a wobble pair that lowers specificity.

FIG. 9A

Synthego EX1001.017

2-thioU can increase target specificity of guide RNAs when off-target sites involve U–G wobble pairing



FIG. 9B

Synthego EX1001.018



FIG. 10

Synthego EX1001.019



FIG. 11A

Synthego EX1001.020



FIG. 11B

Synthego EX1001.021



FIG. 12C

FIG. 12A

Synthego EX1001.022



FIG. 12D



FIG. 12B

Synthego EX1001.023

# GUIDE RNA WITH CHEMICAL MODIFICATIONS

## CROSS REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 62/256,095, filed Nov. 16, 2015, U.S. Provisional Application No. 62/146,189, filed Apr. 10, 2015, and U.S. Provisional Application No. 62/087,211, filed Dec. 3, 2014, the contents of each of which is incorporated by reference in its entirety.

## SEQUENCE LISTING

The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on Aug. 5, 2020, is named 20160013_ 04_ SL.txt and is 114,989 bytes in size

## FIELD OF THE INVENTION

The present invention relates to the field of molecular biology. In particular, the present invention relates to the clusters of regularly interspaced short palindromic repeats (CRISPR) technology.

## BACKGROUND OF THE INVENTION

The native prokaryotic CRISPR-Cas system comprises an array of short repeats with intervening variable sequences of constant length (i.e., clusters of regularly interspaced short palindromic repeats, or "CRISPR"), and CRISPR-associated ("Cas") proteins. The RNA of the transcribed CRISPR array is processed by a subset of the Cas proteins into small guide RNAs, which generally have two components as discussed below. There are at least three different systems: Type I, Type II and Type III. The enzymes involved in the processing of the RNA into mature crRNA are different in the 3 systems. In the native prokaryotic system, the guide RNA ("gRNA") comprises two short, non-coding RNA species referred to as CRISPR RNA ("crRNA") and trans-acting RNA ("tracrRNA"). In an exemplary system, the gRNA forms a complex with a Cas nuclease. The gRNA:Cas nuclease complex binds a target polynucleotide sequence having a protospacer adjacent motif ("PAM") and a protospacer, which is a sequence complementary to a portion of the gRNA. The recognition and binding of the target polynucleotide by the gRNA:Cas nuclease complex induces cleavage of the target polynucleotide. The native CRISPR-Cas system functions as an immune system in prokaryotes, where gRNA:Cas nuclease complexes recognize and silence exogenous genetic elements in a manner analogous to RNAi in eukaryotic organisms, thereby conferring resistance to exogenous genetic elements such as plasmids and phages.

It has been demonstrated that a single-guide RNA ("sgRNA") can replace the complex formed between the naturally-existing crRNA and tracrRNA.

Considerations relevant to developing a gRNA, including a sgRNA, include specificity, stability, and functionality. Specificity refers to the ability of a particular gRNA:Cas nuclease complex to bind to and/or cleave a desired target sequence, whereas little or no binding and/or cleavage of polynucleotides different in sequence and/or location from the desired target occurs. Thus, specificity refers to minimizing off-target effects of the gRNA:Cas nuclease com-

plex. Stability refers to the ability of the gRNA to resist degradation by enzymes, such as nucleases, and other substances that exist in intra-cellular and extra-cellular environments. Thus, there is a need for providing gRNA, including sgRNA, having increased resistance to nucleolytic degradation, increased binding affinity for the target polynucleotide, and/or reduced off-target effects while, nonetheless, having gRNA functionality. Further considerations relevant to developing a gRNA include transfectability and immunostimulatory properties. Thus, there is a need for providing gRNA, including sgRNA, having efficient and titratable transfectability into cells, especially into the nuclei of eukaryotic cells, and having minimal or no immunostimulatory properties in the transfected cells. Another important consideration for gRNA is to provide an effective means for delivering it into and maintaining it in the intended cell, tissue, bodily fluid or organism for a duration sufficient to allow the desired gRNA functionality.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a set of diagrams showing a schematic model of an exemplary CRISPR-Cas system. The exemplary system shown here is a Type II system having a Cas nuclease. In this particular example, the Cas nuclease is the Cas9 nuclease. The Cas9 nuclease recognizes a PAM sequence (here, the PAM sequence is a 3-nt sequence of NGG, where N is A, G, C or T, but other PAM sequences are known to exist). The sgRNA includes a guide sequence, a crRNA sequence or segment, and tracrRNA sequence or segment. The guide sequence of the sgRNA hybridizes with the DNA target directly upstream of the PAM sequence. In the example shown here, Cas9 mediates a double-stranded break upstream of the PAM sequence (arrows).

FIG. 2A is a diagram showing an exemplary CRISPR-Cas9-mediated cleavage assay.

FIG. 2B is a table showing components and their concentrations for a biochemical cleavage assay used to generate the data in FIG. 4.

FIG. 2C is a diagram showing titration of *Streptococcus pyogenes* Cas9 nuclease for the biochemical cleavage assay.

FIG. 2D is a diagram showing titration of an exemplary sgRNA for the biochemical cleavage assay. In this example a sgRNA named kanC1 is targeted to a complementary sequence in the kanamycin resistance gene.

FIG. 3 shows exemplary conditions and procedures for the biochemical cleavage assay which uses purified components in vitro.

FIG. 4 is a table showing the data obtained using exemplary modified guide RNAs in the cleavage assay.

FIG. 5A shows an exemplary guide RNA disclosed in the application.

FIG. 5B shows an exemplary single guide RNA (sgRNA) disclosed in the application.

FIG. 6 is a table showing exemplary guide RNAs having at least two chemical modifications (e.g., a first modification and a second modification). Each number represents a modification as indicated and each "x" indicates the combination of modifications in a guide RNA. In certain embodiments, the first and second modifications are present on a single nucleotide. In certain embodiments, the first and second modifications are present on separate nucleotides.

FIG. 7 shows exemplary types of guide RNAs having at least three chemical modifications. The lower part of FIG. 7 lists several types of modifications. The table in the upper part of FIG. 7 indicates how a double modification ("double mod," a combination of two types of modifications) can be

Synthego EX1001.024

combined with a single modification ("single mod," one type of modification). An "x" indicates the presence of the corresponding double mod and single mod in a guide RNA.

FIGS. **8A** and **8B** show fluorophore-modified CLTA1 sgRNAs for in vitro testing. In FIG. **8A**, the RNA sequence (SEQ ID NO: 135) of a sgRNA for CLTA1 is shown, including a position where a fluorescent dye or a label could be attached to the sgRNA. Target DNA is SEQ ID NO: 134. FIG. **8B** shows a structure determined by Xray crystallography of a Cas9:sgRNA complex, as reported in Nishimasu et al., *Cell* 2014, 156, 1-15.

FIG. **9A** shows CLTA1 sgRNAs modified with 2-thiouridine at certain locations (positions 3, 9 and 11) in an effort to improve specificity for the target CTLA1. Top strand and bottom strand sequences (respectively) of the CTLA1 targets are: ON1 (SEQ ID NOs: 136 and 137); OFF1 (SEQ ID NOs: 138 and 139); OFF2 (SEQ ID NOs: 140 and 141); and OFF3 (SEQ ID NOs: 142 and 143). FIG. **9B** shows that gRNA modified with 2-thioU (SEQ ID NO: ###) can increase target specificity of the gRNAs when off-target sites involve U-G wobble pairing. In particular, the CTLA1_2thioU+11 had much lower cleavage of the off-target sequence CLTA1 OFF3, which has a T to C mutation at the 11 position in the 5' strand. Top strand and bottom strand sequences (respectively) of the CTLA1 targets are: ON1 (SEQ ID NOs: 136 and 137); OFF1 (SEQ ID NOs: 138 and 139); and OFF3 (SEQ ID NOs: 142 and 143).

FIG. **10** shows the guide RNA scaffold secondary structure, displaying noncovalent binding interactions with amino acids of Cas9, as reported in Jiang et al., Science (2015) 348:6242, 1477-81.

FIGS. **11A** and **11B** illustrate experimental results showing that gene disruption in human cell lines, with high frequencies of indels and homologous recombination (HR), can be achieved using synthesized and chemically modified sgRNAs disclosed herein, as reported in Hendel et al., *Nat. Biotechnol.* (2015) 33:9, 985-9.

FIGS. **12A, 12B, 12C** and **12D** illustrate experimental results showing that chemically modified sgRNAs as described herein can be used to achieve high frequencies of gene disruption or targeted genome editing in stimulated primary human T cells as well as in CD34+ hematopoietic stem and progenitor cells (HSPCs), as reported in Hendel et al., *Nat. Biotechnol.* (2015) 33:9, 985-9.

## DETAILED DESCRIPTION OF THE INVENTION

This invention is based, at least in part, on an unexpected discovery that certain chemical modifications to gRNA are tolerated by the CRISPR-Cas system. In particular, certain chemical modifications believed to increase the stability of the gRNA, to alter the thermostability of a gRNA hybridization interaction, and/or to decrease the off-target effects of Cas:gRNA complexation do not substantially compromise the efficacy of Cas:gRNA binding to, nicking of, and/or cleavage of the target polynucleotide. Furthermore, certain chemical modifications are believed to provide gRNA, including sgRNA, having efficient and titratable transfectability into cells, especially into the nuclei of eukaryotic cells, and/or having minimal or no immunostimulatory properties in the transfected cells. Certain chemical modifications are believed to provide gRNA, including sgRNA, which can be effectively delivered into and maintained in the

intended cell, tissue, bodily fluid or organism for a duration sufficient to allow the desired gRNA functionality.

### I. Definitions

As used herein, the term "guide RNA" generally refers to an RNA molecule (or a group of RNA molecules collectively) that can bind to a Cas protein and aid in targeting the Cas protein to a specific location within a target polynucleotide (e.g., a DNA). A guide RNA can comprise a crRNA segment and a tracrRNA segment. As used herein, the term "crRNA" or "crRNA segment" refers to an RNA molecule or portion thereof that includes a polynucleotide-targeting guide sequence, a stem sequence, and, optionally, a 5'-overhang sequence. As used herein, the term "tracrRNA" or "tracrRNA segment" refers to an RNA molecule or portion thereof that includes a protein-binding segment (e.g., the protein-binding segment is capable of interacting with a CRISPR-associated protein, such as a Cas9). The term "guide RNA" encompasses a single guide RNA (sgRNA), where the crRNA segment and the tracrRNA segment are located in the same RNA molecule. The term "guide RNA" also encompasses, collectively, a group of two or more RNA molecules, where the crRNA segment and the tracrRNA segment are located in separate RNA molecules.

The term "scaffold" refers to the portions of guide RNA molecules comprising sequences which are substantially identical or are highly conserved across natural biological species. Scaffolds include the tracrRNA segment and the portion of the crRNA segment other than the polynucleotide-targeting guide sequence at or near the 5' end of the crRNA segment, excluding any unnatural portions comprising sequences not conserved in native crRNAs and tracrRNAs.

The term "nucleic acid", "polynucleotide" or "oligonucleotide" refers to a DNA molecule, an RNA molecule, or analogs thereof. As used herein, the terms "nucleic acid", "polynucleotide" and "oligonucleotide" include, but are not limited to DNA molecules such as cDNA, genomic DNA or synthetic DNA and RNA molecules such as a guide RNA, messenger RNA or synthetic RNA. Moreover, as used herein, the terms "nucleic acid" and "polynucleotide" include single-stranded and double-stranded forms.

The term "modification" in the context of an oligonucleotide or polynucleotide includes but is not limited to (a) end modifications, e.g., 5' end modifications or 3' end modifications, (b) nucleobase (or "base") modifications, including replacement or removal of bases, (c) sugar modifications, including modifications at the 2', 3', and/or 4' positions, and (d) backbone modifications, including modification or replacement of the phosphodiester linkages. The term "modified nucleotide" generally refers to a nucleotide having a modification to the chemical structure of one or more of the base, the sugar, and the phosphodiester linkage or backbone portions, including nucleotide phosphates.

The terms "Z" and "P" refer to the nucleotides, nucleobases, or nucleobase analogs developed by Steven Benner and colleagues as described for example in "Artificially expanded genetic information system: a new base pair with an alternative hydrogen bonding pattern" Yang, Z., Hutter, D., Sheng, P., Sismour, A. M. and Benner, S. A. (2006) *Nucleic Acids Res.*, 34, 6095-101, the contents of which is hereby incorporated by reference in its entirety.

Synthego EX1001.025

The terms "xA", "xG", "xC", "xT", or "x(A,G,C,T)" and "yA", "yG", "yC", "yT", or "y(A,G,C,T)" refer to nucleotides, nucleobases, or nucleobase analogs as described by Krueger et al in "Synthesis and Properties of Size-Expanded DNAs: Toward Designed, Functional Genetic Systems"; Andrew T. Krueger, Haige Lu, Alex H. F. Lee, and Eric T. Kool (2007) *Acc. Chem. Res.*, 40, 141-50, the contents of which is hereby incorporated by reference in its entirety.

The term "Unstructured Nucleic Acid" or "UNA" refers to nucleotides, nucleobases, or nucleobase analogs as described in U.S. Pat. No. 7,371,580, the contents of which is hereby incorporated by reference in its entirety. An unstructured nucleic acid, or UNA, modification is also referred to as a "pseudo-complementary" nucleotide, nucleobase or nucleobase analog (see e.g., Lahoud et al. (1991) *Nucl. Acids Res.*, 36:10, 3409-19).

The terms "PACE" and "thioPACE" refer to internucleotide phosphodiester linkage analogs containing phosphonoacetate or thiophosphonoacetate groups, respectively. These modifications belong to a broad class of compounds comprising phosphonocarboxylate moiety, phosphonocarboxylate ester moiety, thiophosphonocarboxylate moiety and thiophosphonocarboxylate ester moiety. These linkages can be described respectively by the general formulae P(CR$_1$R$_2$)$_n$COOR and (S)—P(CR$_1$R$_2$)$_n$COOR wherein n is an integer from 0 to 6 and each of R$_1$ and R$_2$ is independently selected from the group consisting of H, an alkyl and substituted alkyl. Some of these modifications are described by Yamada et al. in "Synthesis and Biochemical Evaluation of Phosphonoformate Oligodeoxyribonucleotides" Christina M. Yamada, Douglas J. Dellinger and Marvin H. Caruthers (2006) *J. Am. Chem. Soc.* 128:15, 5251-61, the contents of which is hereby incorporated by reference in its entirety.

As used herein, "modification" refers to a chemical moiety, or portion of a chemical structure, which differs from that found in unmodified ribonucleotides, namely adenosine, guanosine, cytidine, and uridine ribonucleotides. The term "modification" may refer to type of modification. For example, "same modification" means same type of modification, and "the modified nucleotides are the same" means the modified nucleotides have the same type(s) of modification while the base (A, G, C, U, etc.) may be different. Similarly, a guide RNA with "two modifications" is a guide RNA with two types of modifications, which may or may not be in the same nucleotide, and each type may appear in multiple nucleotides in the guide RNA. Similarly, a guide RNA with "three modifications" is a guide RNA with three types of modifications, which may or may not be in the same nucleotide, and each type may appear in multiple nucleotides.

As used herein, the term "target polynucleotide" or "target" refers to a polynucleotide containing a target nucleic acid sequence. A target polynucleotide may be single-stranded or double-stranded, and, in certain embodiments, is

double-stranded DNA. In certain embodiments, the target polynucleotide is single-stranded RNA. A "target nucleic acid sequence" or "target sequence," as used herein, means a specific sequence or the complement thereof that one wishes to bind to, nick, or cleave using a CRISPR system.

The term "hybridization" or "hybridizing" refers to a process where completely or partially complementary polynucleotide strands come together under suitable hybridization conditions to form a double-stranded structure or region in which the two constituent strands are joined by hydrogen bonds. As used herein, the term "partial hybridization" includes where the double-stranded structure or region contains one or more bulges or mismatches. Although hydrogen bonds typically form between adenine and thymine or adenine and uracil (A and T or A and U) or cytosine and guanine (C and G), other noncanonical base pairs may form (See e.g., Adams et al., "The Biochemistry of the Nucleic Acids," 11th ed., 1992). It is contemplated that modified nucleotides may form hydrogen bonds that allow or promote hybridization.

The term "cleavage" or "cleaving" refers to breaking of the covalent phosphodiester linkage in the ribosylphosphodiester backbone of a polynucleotide. The terms "cleavage" or "cleaving" encompass both single-stranded breaks and double-stranded breaks. Double-stranded cleavage can occur as a result of two distinct single-stranded cleavage events. Cleavage can result in the production of either blunt ends or staggered ends.

The term "CRISPR-associated protein" or "Cas protein" refers to a wild type Cas protein, a fragment thereof, or a mutant or variant thereof. The term "Cas mutant" or "Cas variant" refers to a protein or polypeptide derivative of a wild type Cas protein, e.g., a protein having one or more point mutations, insertions, deletions, truncations, a fusion protein, or a combination thereof. In certain embodiments, the "Cas mutant" or "Cas variant" substantially retains the nuclease activity of the Cas protein. In certain embodiments, the "Cas mutant" or "Cas variant" is mutated such that one or both nuclease domains are inactive. In certain embodiments, the "Cas mutant" or "Cas variant" has nuclease activity. In certain embodiments, the "Cas mutant" or "Cas variant" lacks some or all of the nuclease activity of its wild-type counterpart.

The term "nuclease domain" of a Cas protein refers to the polypeptide sequence or domain within the protein which possesses the catalytic activity for DNA cleavage. A nuclease domain can be contained in a single polypeptide chain, or cleavage activity can result from the association of two (or more) polypeptides. A single nuclease domain may consist of more than one isolated stretch of amino acids within a given polypeptide. Examples of these domains include RuvC-like motifs (amino acids 7-22, 759-766 and 982-989 in SEQ ID NO: 1) and HNH motif (aa 837-863). See Gasiunas et al. (2012) *Proc. Natl. Acad. Sci. USA,* 109:39, E2579-E2586 and WO2013176772.

A synthetic guide RNA that has "gRNA functionality" is one that has one or more of the functions of naturally occurring guide RNA, such as associating with a Cas protein, or a function performed by the guide RNA in association with a Cas protein. In certain embodiments, the functionality includes binding a target polynucleotide. In certain embodiments, the functionality includes targeting a Cas protein or a gRNA:Cas protein complex to a target polynucleotide. In certain embodiments, the functionality includes nicking a target polynucleotide. In certain embodiments, the functionality includes cleaving a target polynucleotide. In certain embodiments, the functionality

Synthego EX1001.026

includes associating with or binding to a Cas protein. In certain embodiments, the functionality is any other known function of a guide RNA in a CRISPR-Cas system with a Cas protein, including an artificial CRISPR-Cas system with an engineered Cas protein. In certain embodiments, the functionality is any other function of natural guide RNA. The synthetic guide RNA may have gRNA functionality to a greater or lesser extent than a naturally occurring guide RNA. In certain embodiments, a synthetic guide RNA may have greater functionality as to one property and lesser functionality as to another property in comparison to a similar naturally occurring guide RNA.

A "Cas protein having a single-strand nicking activity" refers to a Cas protein, including a Cas mutant or Cas variant, that has reduced ability to cleave one of two strands of a dsDNA as compared to a wild type Cas protein. For example, in certain embodiments, a Cas protein having a single-strand nicking activity has a mutation (e.g., amino acid substitution) that reduces the function of the RuvC domain (or the HNH domain) and as a result reduces the ability to cleave one strand of the target DNA. Examples of such variants include the D10A, H839A/H840A, and/or N863A substitutions in *S. pyogenes* Cas9, and also include the same or similar substitutions at equivalent sites in Cas9 enzymes of other species.

As used herein, the term "portion" or "fragment" of a sequence refers to any portion of the sequence (e.g., a nucleotide subsequence or an amino acid subsequence) that is smaller than the complete sequence. Portions of polynucleotides can be, for example, at least 5, 10, 15, 20, 25, 30, 40, 50, 75, 100, 150, 200, 300 or 500 or more nucleotides in length. A portion of a guide sequence can be about 50%, 40%, 30%, 20%, 10% of the guide sequence, e.g., one-third of the guide sequence or shorter, e.g., 7, 6, 5, 4, 3, or 2 nucleotides in length.

The term "derived from" in the context of a molecule refers to a molecule isolated or made using a parent molecule or information from that parent molecule. For example, a Cas9 single mutant nickase and a Cas9 double mutant null-nuclease are derived from a wild-type Cas9 protein.

The term "substantially identical" in the context of two or more polynucleotides (or two or more polypeptides) refers to sequences or subsequences that have at least about 60%, at least about 70%, at least about 80%, at least about 90%, about 90-95%, at least about 95%, at least about 98%, at least about 99% or more nucleotide (or amino acid) sequence identity, when compared and aligned for maximum correspondence using a sequence comparison algorithm or by visual inspection. Preferably, the "substantial identity" between polynucleotides exists over a region of the polynucleotide at least about 50 nucleotides in length, at least about 100 nucleotides in length, at least about 200 nucleotides in length, at least about 300 nucleotides in length, at least about 500 nucleotides in length, or over the entire length of the polynucleotide. Preferably, the "substantial identity" between polypeptides exists over a region of the polypeptide at least about 50 amino acid residues in length, at least about 100 amino acid residues in length, or over the entire length of the polypeptide.

As disclosed herein, a number of ranges of values are provided. It is understood that each intervening value, to the tenth of the unit of the lower limit, between the upper and lower limits of that range is also specifically contemplated. Each smaller range or intervening value encompassed by a stated range is also specifically contemplated. The term "about" generally refers to plus or minus 10% of the indicated number. For example, "about 10%" may indicate a range of 9% to 11%, and "about 20" may mean from 18-22. Other meanings of "about" may be apparent from the context, such as rounding off, so, for example "about 1" may also mean from 0.5 to 1.4.

## II. CRISPR-Mediated Sequence-Specific Binding and/or Cleavage

Shown in FIG. **1** is a diagram of CRISPR-Cas9-mediated sequence-specific cleavage of DNA. The guide RNA is depicted as sgRNA with an exemplary 20-nucleotide (20-nt) guide sequence (other guide sequences may be, for example, from about 15 to about 30 nts in length) within the 5' domain, an internally positioned base-paired stem, and a 3' domain. The guide sequence is complementary to an exemplary 20-nt target sequence in a DNA target. The stem corresponds to a repeat sequence in crRNA and is complementary to a sequence in the tracrRNA. The 3' domain of the guide RNA corresponds to the 3' domain of the tracrRNA that binds a Cas9 nuclease. The Cas9:guide RNA complex binds and cleaves a target DNA sequence or protospacer directly upstream of a PAM sequence recognized by Cas9. In FIG. **1**, a 3-nt PAM sequence is exemplified; however other PAM sequences, including 4-nt and 5-nt PAM sequences are known. In the system exemplified in FIG. **1**, both strands of the target sequence in DNA are cleaved by Cas9 at the sites indicated by arrows.

## III. Guide RNAs

In at least one aspect, the present invention comprises a chemically modified guide RNA that has guide RNA functionality. A guide RNA that comprises any nucleotide other than the four canonical ribonucleotides, namely A, C, G, and U, whether unnatural or natural (e.g., a pseudouridine, inosine or a deoxynucleotide), is a chemically modified guide RNA. Likewise a guide RNA that comprises any backbone or internucleotide linkage other than a natural phosphodiester internucleotide linkage possesses a chemical modification and therefore is a chemically modified guide RNA. In certain embodiments, the retained functionality includes binding a Cas protein. In certain embodiments, the retained functionality includes binding a target polynucleotide. In certain embodiments, the retained functionality includes targeting a Cas protein or a gRNA:Cas protein complex to a target polynucleotide. In certain embodiments, the retained functionality includes nicking a target polynucleotide by a gRNA:Cas protein complex. In certain embodiments, the retained functionality includes cleaving a target polynucleotide by a gRNA:Cas protein complex. In certain embodiments, the retained functionality is any other known function of a guide RNA in a CRISPR-Cas system with a Cas protein, including an artificial CRISPR-Cas system with an engineered Cas protein. In certain embodiments, the retained functionality is any other function of a natural guide RNA.

### A. Exemplary Modifications

In certain embodiments, a nucleotide sugar modification incorporated into the guide RNA is selected from the group consisting of 2'-O—$C_{1-4}$alkyl such as 2'-O-methyl (2'-OMe), 2'-deoxy (2'-H), 2'-O—$C_{1-3}$alkyl-O—$C_{1-3}$alkyl such as 2'-methoxyethyl ("2'-MOE"), 2'-fluoro ("2'-F"), 2'-amino ("2'-NH$_2$"), 2'-arabinosyl ("2'-arabino") nucleotide, 2'-F-arabinosyl ("2'-F-arabino") nucleotide, 2'-locked nucleic

Synthego EX1001.027

acid ("LNA") nucleotide, 2'-unlocked nucleic acid ("ULNA") nucleotide, a sugar in L form ("L-sugar"), and 4'-thioribosyl nucleotide. In certain embodiments, an internucleotide linkage modification incorporated into the guide RNA is selected from the group consisting of: phosphorothioate "P(S)" (P(S)), phosphonocarboxylate "P(CH$_2$)$_n$ COOR) such as phosphonoacetate "PACE" (P(CH$_2$COO$^-$)), thiophosphonocarboxylate ((S)P(CH$_2$)$_n$COOR) such as thiophosphonoacetate "thioPACE" ((S)P(CH$_2$COO$^-$)), alkylphosphonate (P(C$_{1-3}$alkyl) such as methylphosphonate —P(CH$_3$), boranophosphonate (P(BH$_3$)), and phosphorodithioate (P(S)$_2$).

In certain embodiments, a nucleobase ("base") modification incorporated into the guide RNA is selected from the group consisting of: 2-thiouracil ("2-thioU"), 2-thiocytosine ("2-thioC"), 4-thiouracil ("4-thioU"), 6-thioguanine ("6-thioG"), 2-aminoadenine ("2-aminoA"), 2-aminopurine, pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-methylcytosine ("5-methylC"), 5-methyluracil ("5-methylU"), 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allyluracil ("5-allylU"), 5-allylcytosine ("5-allylC"), 5-aminoallyluracil ("5-aminoallylU"), 5-aminoallyl-cytosine ("5-aminoallylC"), an abasic nucleotide, Z base, P base, Unstructured Nucleic Acid ("UNA"), isoguanine ("isoG"), isocytosine ("isoC") [as described in "Enzymatic Incorporation of a New Base pair into DNA and RNA Extends the Genetic Alphabet." Piccirilli, J. A.; Krauch, T.; Moroney, S. E.; Benner, S. A. (1990) *Nature*, 343, 33], 5-methyl-2-pyrimidine [as described in Rappaport, H. P. (1993) *Biochemistry*, 32, 3047], x(A,G,C, T) and y(A,G,C,T).

In certain embodiments, one or more isotopic modifications are introduced on the nucleotide sugar, the nucleobase, the phosphodiester linkage and/or the nucleotide phosphates. Such modifications include nucleotides comprising one or more $^{15}$N, $^{13}$C, $^{14}$C, Deuterium, $^{3}$H, $^{32}$P, $^{125}$I, $^{131}$I atoms or other atoms or elements used as tracers.

In certain embodiments, an "end" modification incorporated into the guide RNA is selected from the group consisting of: PEG (polyethyleneglycol), hydrocarbon linkers (including: heteroatom (O,S,N)-substituted hydrocarbon spacers; halo-substituted hydrocarbon spacers; keto-, carboxyl-, amido-, thionyl-, carbamoyl-, thionocarbamaoyl-containing hydrocarbon spacers), spermine linkers, dyes including fluorescent dyes (for example fluoresceins, rhodamines, cyanines) attached to linkers such as for example 6-fluorescein-hexyl, quenchers (for example dabcyl, BHQ) and other labels (for example biotin, digoxigenin, acridine, streptavidin, avidin, peptides and/or proteins). In certain embodiments, an "end" modification comprises a conjugation (or ligation) of the guide RNA to another molecule comprising an oligonucleotide (comprising deoxynucleotides and/or ribonucleotides), a peptide, a protein, a sugar, an oligosaccharide, a steroid, a lipid, a folic acid, a vitamin and/or other molecule. In certain embodiments, an "end" modification incorporated into the guide RNA is located internally in the guide RNA sequence via a linker such as for example 2-(4-butylamidofluorescein)propane-1,3-diol bis (phosphodiester) linker (depicted below), which is incorporated as a phosphodiester linkage and can be incorporated anywhere between two nucleotides in the guide RNA.

2-(4-butylamidofluorescein)propane-1,3-diol bis(phosphodiester) linker

Other linkers include for example by way of illustration, but are not limited to:



2-(3-(dye-amido)propanamido)propane-1,3-diol bis (phosphodiester) linker

In certain embodiments, the end modification comprises a terminal functional group such as an amine, a thiol (or sulfhydryl), a hydroxyl, a carboxyl, carbonyl, thionyl, thiocarbonyl, a carbamoyl, a thiocarbamoyl, a phoshoryl, an alkene, an alkyne, a halogen or a functional group-terminated linker, either of which can be subsequently conjugated to a desired moiety, for example a fluorescent dye or a non-fluorescent label or tag or any other molecule such as for example an oligonucleotide (comprising deoxynucleotides and/or ribonucleotides, including an aptamer), an amino acid, a peptide, a protein, a sugar, an oligosaccharide, a steroid, a lipid, a folic acid, a vitamin. The conjugation employs standard chemistry well-known in the art, including but not limited to coupling via N-hydroxysuccinimide, isothiocyanate, DCC (or DCI), and/or any other standart method as described in "Bioconjugate Techniques" by Greg T. Hermanson, Publisher Eslsevier Science, 3rd ed. (2013), the contents of which are incorporated herein by reference in their entireties.

In certain embodiments, the label or dye is attached or conjugated to a modified nucleotide in the gRNA. The conjugation of a fluorescent dye or other moiety such as a non-fluorescent label or tag (or for example biotin, avidin, streptavidin, or moiety containing an isotopic label such as $^{15}$N, $^{13}$C, $^{14}$C, Deuterium, $^{3}$H, $^{32}$P, $^{125}$I and/or any other molecule such as for example an oligonucleotide (comprising deoxynucleotides and/or ribonucleotides

Synthego EX1001.028

including an aptamer), an amino acid, a peptide, a protein, a sugar, an oligosaccharide, a steroid, a lipid, a folic acid, a vitamin or other molecule can be effectuated using the so-called "click" chemistry or the so-called "squarate" conjugation chemistry. The "click" chemistry refers to the [3+2] cycloaddition of an alkyne moiety with an azide moiety, leading to a triazole linkage between the two moieties as shown in the following scheme:



Alkyne     +     azide

triazolo conjugate

as described for example in El-Sagheer, A. H. and Brown, T. "Click chemistry with DNA", *Chem. Soc. Rev.*, 2010, 39, 1388-1405 and Mojibul, H. M. and XiaoHua, P., DNA-associated click chemistry, *Sci. China Chem.*, 2014, 57:2, 215-31, the contents of which are hereby incorporated by reference in their entirety.

In certain embodiments, the conjugation can be effectuated by alternative cycloaddition such as Diels-Alder [4+2] cycloaddition of a π-conjugated diene moiety with an alkene moiety.

The "squarate" conjugation chemistry links two moieties each having an amine via a squarate derivative to result in a squarate conjugate that contains a squarate moiety (see e.g., Tietze et al. (1991) *Chem. Ber.*, 124, 1215-21, the contents of which are hereby incorporated by reference in their entirety). For example, a fluorescein containing a linker amine is conjugated to an oligoribonucleotide containing an amine through a squarate linker as described in the scheme below. An example of the squarate linker is depicted in the following scheme:



Squarate conjugate

In certain embodiments, a chemical modification incorporated into the guide RNA is selected from the group consisting of 2'-O—C$_{1-4}$alkyl, 2'-H, 2'-O—C$_{1-3}$alkyl-O—C$_{1-3}$alkyl, 2'-F, 2'-NH$_2$, 2'-arabino, 2'-F-arabin, 4'-thioribosyl, 2-thioU, 2-thioC, 4-thioU, 6-thioG, 2-aminoA, 2-aminopurine, pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaade-

nine, 5-methylC, 5-methylU, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allylU, 5-allylC, 5-aminoallyl-uracil, 5-aminoallyl-cytosine, an abasic nucleotide ("abN"), Z, P, UNA, isoC, isoG, 5-methyl-pyrimidine, x(A,G,C,T) and y(A,G,C,T), a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a thiophosphonoacetate internucleotide linkage, a methylphosphonate internucleotide linkage, a boranophosphonate internucleotide linkage, a phosphorodithioate internucleotide linkage, 4'-thioribosyl nucleotide, a locked nucleic acid ("LNA") nucleotide, an unlocked nucleic acid ("ULNA") nucleotide, an alkyl spacer, a heteroalkyl (N, O, S) spacer, a 5'- and/or 3'-alkyl terminated nucleotide, a Unicap, a 5'-terminal cap known from nature, an xRNA base (analogous to "xDNA" base), an yRNA base (analogous to "yDNA" base), a PEG substituent, or a conjugated linker to a dye or non-fluorescent label (or tag) or other moiety as described above. Exemplary modified nucleotides are also depicted in Table 2.

TABLE 2

Exemplary modified nucleotides contained in a synthetic guide sequence.



R$_1$ = OH or 2'modification
R$_2$ = OH or internucleotide linkage
B = base

| # | R$_1$ | R$_2$ | B |
|---|---|---|---|
| A1 | OH | OH | uridine |
| A2 | OMe | OH | uridine |
| A3 | F | OH | uridine |
| A4 | Cl | OH | uridine |
| A5 | Br | OH | uridine |
| A6 | I | OH | uridine |
| A7 | NH$_2$ | OH | uridine |
| A8 | H | OH | uridine |
| A9 | OH | phosphodiester | uridine |
| A10 | OMe | phosphodiester | uridine |
| A11 | F | phosphodiester | uridine |
| A12 | Cl | phosphodiester | uridine |
| A13 | Br | phosphodiester | uridine |
| A14 | I | phosphodiester | uridine |
| A15 | NH$_2$ | phosphodiester | uridine |
| A16 | H | phosphodiester | uridine |
| A17 | OH | phosphonoacetate | uridine |
| A18 | OMe | phosphonoacetate | uridine |
| A19 | F | phosphonoacetate | uridine |
| A20 | Cl | phosphonoacetate | uridine |
| A21 | Br | phosphonoacetate | uridine |
| A22 | I | phosphonoacetate | uridine |
| A23 | NH$_2$ | phosphonoacetate | uridine |
| A24 | H | phosphonoacetate | uridine |
| A25 | OH | thiophosphonoacetate | uridine |
| A26 | OMe | thiophosphonoacetate | uridine |
| A27 | F | thiophosphonoacetate | uridine |
| A28 | Cl | thiophosphonoacetate | uridine |
| A29 | Br | thiophosphonoacetate | uridine |
| A30 | I | thiophosphonoacetate | uridine |
| A31 | NH$_2$ | thiophosphonoacetate | uridine |
| A32 | H | thiophosphonoacetate | uridine |
| A33 | OH | phosphorothioate | uridine |
| A34 | OMe | phosphorothioate | uridine |
| A35 | F | phosphorothioate | uridine |
| A36 | Cl | phosphorothioate | uridine |
| A37 | Br | phosphorothioate | uridine |
| A38 | I | phosphorothioate | uridine |
| A39 | NH$_2$ | phosphorothioate | uridine |
| A40 | H | phosphorothioate | uridine |

Synthego EX1001.029

**13**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.

R₁ = OH or 2'modificiation
R₂ = OH or internucleotide linkage
B = base

| # | R₁ | R₂ | B |
|---|----|----|---|
| A41 | OH | phosphorodithioate | uridine |
| A42 | OMe | phosphorodithioate | uridine |
| A43 | F | phosphorodithioate | uridine |
| A44 | Cl | phosphorodithioate | uridine |
| A45 | Br | phosphorodithioate | uridine |
| A46 | I | phosphorodithioate | uridine |
| A47 | NH₂ | phosphorodithioate | uridine |
| A48 | H | phosphorodithioate | uridine |
| A49 | OH | methylphosphonate | uridine |
| A50 | OMe | methylphosphonate | uridine |
| A51 | F | methylphosphonate | uridine |
| A52 | Cl | methylphosphonate | uridine |
| A53 | Br | methylphosphonate | uridine |
| A54 | I | methylphosphonate | uridine |
| A55 | NH₂ | methylphosphonate | uridine |
| A56 | H | methylphosphonate | uridine |
| A57 | OH | boranophosphonate | uridine |
| A58 | OMe | boranophosphonate | uridine |
| A59 | F | boranophosphonate | uridine |
| A60 | Cl | boranophosphonate | uridine |
| A61 | Br | boranophosphonate | uridine |
| A62 | I | boranophosphonate | uridine |
| A63 | NH₂ | boranophosphonate | uridine |
| A64 | H | boranophosphonate | uridine |
| B1 | OH | OH | adenosine |
| B2 | OMe | OH | adenosine |
| B3 | F | OH | adenosine |
| B4 | Cl | OH | adenosine |
| B5 | Br | OH | adenosine |
| B6 | I | OH | adenosine |
| B7 | NH₂ | OH | adenosine |
| B8 | H | OH | adenosine |
| B9 | OH | phosphodiester | adenosine |
| B10 | OMe | phosphodiester | adenosine |
| B11 | F | phosphodiester | adenosine |
| B12 | Cl | phosphodiester | adenosine |
| B13 | Br | phosphodiester | adenosine |
| B14 | I | phosphodiester | adenosine |
| B15 | NH₂ | phosphodiester | adenosine |
| B16 | H | phosphodiester | adenosine |
| B17 | OH | phosphonoacetate | adenosine |
| B18 | OMe | phosphonoacetate | adenosine |
| B19 | F | phosphonoacetate | adenosine |
| B20 | Cl | phosphonoacetate | adenosine |
| B21 | Br | phosphonoacetate | adenosine |
| B22 | I | phosphonoacetate | adenosine |
| B23 | NH₂ | phosphonoacetate | adenosine |
| B24 | H | phosphonoacetate | adenosine |
| B25 | OH | thiophosphonoacetate | adenosine |
| B26 | OMe | thiophosphonoacetate | adenosine |
| B27 | F | thiophosphonoacetate | adenosine |
| B28 | Cl | thiophosphonoacetate | adenosine |
| B29 | Br | thiophosphonoacetate | adenosine |
| B30 | I | thiophosphonoacetate | adenosine |
| B31 | NH₂ | thiophosphonoacetate | adenosine |
| B32 | H | thiophosphonoacetate | adenosine |
| B33 | OH | phosphorothioate | adenosine |
| B34 | OMe | phosphorothioate | adenosine |
| B35 | F | phosphorothioate | adenosine |
| B36 | Cl | phosphorothioate | adenosine |
| B37 | Br | phosphorothioate | adenosine |
| B38 | I | phosphorothioate | adenosine |
| B39 | NH₂ | phosphorothioate | adenosine |
| B40 | H | phosphorothioate | adenosine |
| B41 | OH | phosphorodithioate | adenosine |
| B42 | OMe | phosphorodithioate | adenosine |

**14**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.

R₁ = OH or 2'modificiation
R₂ = OH or internucleotide linkage
B = base

| # | R₁ | R₂ | B |
|---|----|----|---|
| B43 | F | phosphorodithioate | adenosine |
| B44 | Cl | phosphorodithioate | adenosine |
| B45 | Br | phosphorodithioate | adenosine |
| B46 | I | phosphorodithioate | adenosine |
| B47 | NH₂ | phosphorodithioate | adenosine |
| B48 | H | phosphorodithioate | adenosine |
| B49 | OH | methylphosphonate | adenosine |
| B50 | OMe | methylphosphonate | adenosine |
| B51 | F | methylphosphonate | adenosine |
| B52 | Cl | methylphosphonate | adenosine |
| B53 | Br | methylphosphonate | adenosine |
| B54 | I | methylphosphonate | adenosine |
| B55 | NH₂ | methylphosphonate | adenosine |
| B56 | H | methylphosphonate | adenosine |
| B57 | OH | boranophosphonate | adenosine |
| B58 | OMe | boranophosphonate | adenosine |
| B59 | F | boranophosphonate | adenosine |
| B60 | Cl | boranophosphonate | adenosine |
| B61 | Br | boranophosphonate | adenosine |
| B62 | I | boranophosphonate | adenosine |
| B63 | NH₂ | boranophosphonate | adenosine |
| B64 | H | boranophosphonate | adenosine |
| C1 | OH | OH | cytidine |
| C2 | OMe | OH | cytidine |
| C3 | F | OH | cytidine |
| C4 | Cl | OH | cytidine |
| C5 | Br | OH | cytidine |
| C6 | I | OH | cytidine |
| C7 | NH₂ | OH | cytidine |
| C8 | H | OH | cytidine |
| C9 | OH | phosphodiester | cytidine |
| C10 | OMe | phosphodiester | cytidine |
| C11 | F | phosphodiester | cytidine |
| C12 | Cl | phosphodiester | cytidine |
| C13 | Br | phosphodiester | cytidine |
| C14 | I | phosphodiester | cytidine |
| C15 | NH₂ | phosphodiester | cytidine |
| C16 | H | phosphodiester | cytidine |
| C17 | OH | phosphonoacetate | cytidine |
| C18 | OMe | phosphonoacetate | cytidine |
| C19 | F | phosphonoacetate | cytidine |
| C20 | Cl | phosphonoacetate | cytidine |
| C21 | Br | phosphonoacetate | cytidine |
| C22 | I | phosphonoacetate | cytidine |
| C23 | NH₂ | phosphonoacetate | cytidine |
| C24 | H | phosphonoacetate | cytidine |
| C25 | OH | thiophosphonoacetate | cytidine |
| C26 | OMe | thiophosphonoacetate | cytidine |
| C27 | F | thiophosphonoacetate | cytidine |
| C28 | Cl | thiophosphonoacetate | cytidine |
| C29 | Br | thiophosphonoacetate | cytidine |
| C30 | I | thiophosphonoacetate | cytidine |
| C31 | NH₂ | thiophosphonoacetate | cytidine |
| C32 | H | thiophosphonoacetate | cytidine |
| C33 | OH | phosphorothioate | cytidine |
| C34 | OMe | phosphorothioate | cytidine |
| C35 | F | phosphorothioate | cytidine |
| C36 | Cl | phosphorothioate | cytidine |
| C37 | Br | phosphorothioate | cytidine |
| C38 | I | phosphorothioate | cytidine |
| C39 | NH₂ | phosphorothioate | cytidine |
| C40 | H | phosphorothioate | cytidine |
| C41 | OH | phosphorodithioate | cytidine |
| C42 | OMe | phosphorodithioate | cytidine |
| C43 | F | phosphorodithioate | cytidine |
| C44 | Cl | phosphorodithioate | cytidine |

Synthego EX1001.030

## 15

### TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



$R_1$ = OH or 2'modificiation
$R_2$ = OH or internucleotide linkage
B = base

| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| C45 | Br | phosphorodithioate | cytidine |
| C46 | I | phosphorodithioate | cytidine |
| C47 | NH2 | phosphorodithioate | cytidine |
| C48 | H | phosphorodithioate | cytidine |
| C49 | OH | methylphosphonate | cytidine |
| C50 | OMe | methylphosphonate | cytidine |
| C51 | F | methylphosphonate | cytidine |
| C52 | Cl | methylphosphonate | cytidine |
| C53 | Br | methylphosphonate | cytidine |
| C54 | I | methylphosphonate | cytidine |
| C55 | NH2 | methylphosphonate | cytidine |
| C56 | H | methylphosphonate | cytidine |
| C57 | OH | boranophosphonate | cytidine |
| C58 | OMe | boranophosphonate | cytidine |
| C59 | F | boranophosphonate | cytidine |
| C60 | Cl | boranophosphonate | cytidine |
| C61 | Br | boranophosphonate | cytidine |
| C62 | I | boranophosphonate | cytidine |
| C63 | NH2 | boranophosphonate | cytidine |
| C64 | H | boranophosphonate | cytidine |
| D1 | OH | OH | guanosine |
| D2 | OMe | OH | guanosine |
| D3 | F | OH | guanosine |
| D4 | Cl | OH | guanosine |
| D5 | Br | OH | guanosine |
| D6 | I | OH | guanosine |
| D7 | NH2 | OH | guanosine |
| D8 | H | OH | guanosine |
| D9 | OH | phosphodiester | guanosine |
| D10 | OMe | phosphodiester | guanosine |
| D11 | F | phosphodiester | guanosine |
| D12 | Cl | phosphodiester | guanosine |
| D13 | Br | phosphodiester | guanosine |
| D14 | I | phosphodiester | guanosine |
| D15 | NH2 | phosphodiester | guanosine |
| D16 | H | phosphodiester | guanosine |
| D17 | OH | phosphonoacetate | guanosine |
| D18 | OMe | phosphonoacetate | guanosine |
| D19 | F | phosphonoacetate | guanosine |
| D20 | Cl | phosphonoacetate | guanosine |
| D21 | Br | phosphonoacetate | guanosine |
| D22 | I | phosphonoacetate | guanosine |
| D23 | NH2 | phosphonoacetate | guanosine |
| D24 | H | phosphonoacetate | guanosine |
| D25 | OH | thiophosphonoacetate | guanosine |
| D26 | OMe | thiophosphonoacetate | guanosine |
| D27 | F | thiophosphonoacetate | guanosine |
| D28 | Cl | thiophosphonoacetate | guanosine |
| D29 | Br | thiophosphonoacetate | guanosine |
| D30 | I | thiophosphonoacetate | guanosine |
| D31 | NH2 | thiophosphonoacetate | guanosine |
| D32 | H | thiophosphonoacetate | guanosine |
| D33 | OH | phosphorothioate | guanosine |
| D34 | OMe | phosphorothioate | guanosine |
| D35 | F | phosphorothioate | guanosine |
| D36 | Cl | phosphorothioate | guanosine |
| D37 | Br | phosphorothioate | guanosine |
| D38 | I | phosphorothioate | guanosine |
| D39 | NH2 | phosphorothioate | guanosine |
| D40 | H | phosphorothioate | guanosine |
| D41 | OH | phosphorodithioate | guanosine |
| D42 | OMe | phosphorodithioate | guanosine |
| D43 | F | phosphorodithioate | guanosine |
| D44 | Cl | phosphorodithioate | guanosine |
| D45 | Br | phosphorodithioate | guanosine |
| D46 | I | phosphorodithioate | guanosine |

## 16

### TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



$R_1$ = OH or 2'modificiation
$R_2$ = OH or internucleotide linkage
B = base

| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| D47 | NH2 | phosphorodithioate | guanosine |
| D48 | H | phosphorodithioate | guanosine |
| D49 | OH | methylphosphonate | guanosine |
| D50 | OMe | methylphosphonate | guanosine |
| D51 | F | methylphosphonate | guanosine |
| D52 | Cl | methylphosphonate | guanosine |
| D53 | Br | methylphosphonate | guanosine |
| D54 | I | methylphosphonate | guanosine |
| D55 | NH2 | methylphosphonate | guanosine |
| D56 | H | methylphosphonate | guanosine |
| D57 | OH | boranophosphonate | guanosine |
| D58 | OMe | boranophosphonate | guanosine |
| D59 | F | boranophosphonate | guanosine |
| D60 | Cl | boranophosphonate | guanosine |
| D61 | Br | boranophosphonate | guanosine |
| D62 | I | boranophosphonate | guanosine |
| D63 | NH2 | boranophosphonate | guanosine |
| D64 | H | boranophosphonate | guanosine |
| E1 | OH | OH | 2-thiouridine |
| E2 | OMe | OH | 2-thiouridine |
| E3 | F | OH | 2-thiouridine |
| E4 | Cl | OH | 2-thiouridine |
| E5 | Br | OH | 2-thiouridine |
| E6 | I | OH | 2-thiouridine |
| E7 | NH2 | OH | 2-thiouridine |
| E8 | H | OH | 2-thiouridine |
| E9 | OH | phosphodiester | 2-thiouridine |
| E10 | OMe | phosphodiester | 2-thiouridine |
| E11 | F | phosphodiester | 2-thiouridine |
| E12 | Cl | phosphodiester | 2-thiouridine |
| E13 | Br | phosphodiester | 2-thiouridine |
| E14 | I | phosphodiester | 2-thiouridine |
| E15 | NH2 | phosphodiester | 2-thiouridine |
| E16 | H | phosphodiester | 2-thiouridine |
| E17 | OH | phosphonoacetate | 2-thiouridine |
| E18 | OMe | phosphonoacetate | 2-thiouridine |
| E19 | F | phosphonoacetate | 2-thiouridine |
| E20 | Cl | phosphonoacetate | 2-thiouridine |
| E21 | Br | phosphonoacetate | 2-thiouridine |
| E22 | I | phosphonoacetate | 2-thiouridine |
| E23 | NH2 | phosphonoacetate | 2-thiouridine |
| E24 | H | phosphonoacetate | 2-thiouridine |
| E25 | OH | thiophosphonoacetate | 2-thiouridine |
| E26 | OMe | thiophosphonoacetate | 2-thiouridine |
| E27 | F | thiophosphonoacetate | 2-thiouridine |
| E28 | Cl | thiophosphonoacetate | 2-thiouridine |
| E29 | Br | thiophosphonoacetate | 2-thiouridine |
| E30 | I | thiophosphonoacetate | 2-thiouridine |
| E31 | NH2 | thiophosphonoacetate | 2-thiouridine |
| E32 | H | thiophosphonoacetate | 2-thiouridine |
| E33 | OH | phosphorothioate | 2-thiouridine |
| E34 | OMe | phosphorothioate | 2-thiouridine |
| E35 | F | phosphorothioate | 2-thiouridine |
| E36 | Cl | phosphorothioate | 2-thiouridine |
| E37 | Br | phosphorothioate | 2-thiouridine |
| E38 | I | phosphorothioate | 2-thiouridine |
| E39 | NH2 | phosphorothioate | 2-thiouridine |
| E40 | H | phosphorothioate | 2-thiouridine |
| E41 | OH | phosphorodithioate | 2-thiouridine |
| E42 | OMe | phosphorodithioate | 2-thiouridine |
| E43 | F | phosphorodithioate | 2-thiouridine |
| E44 | Cl | phosphorodithioate | 2-thiouridine |
| E45 | Br | phosphorodithioate | 2-thiouridine |
| E46 | I | phosphorodithioate | 2-thiouridine |
| E47 | NH2 | phosphorodithioate | 2-thiouridine |
| E48 | H | phosphorodithioate | 2-thiouridine |

Synthego EX1001.031

**17**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.

$R_1$ = OH or 2'modificiation
$R_2$ = OH or internucleotide linkage
B = base

| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| E49 | OH | methylphosphonate | 2-thiouridine |
| E50 | OMe | methylphosphonate | 2-thiouridine |
| E51 | F | methylphosphonate | 2-thiouridine |
| E52 | Cl | methylphosphonate | 2-thiouridine |
| E53 | Br | methylphosphonate | 2-thiouridine |
| E54 | I | methylphosphonate | 2-thiouridine |
| E55 | $NH_2$ | methylphosphonate | 2-thiouridine |
| E56 | H | methylphosphonate | 2-thiouridine |
| E57 | OH | boranophosphonate | 2-thiouridine |
| E58 | OMe | boranophosphonate | 2-thiouridine |
| E59 | F | boranophosphonate | 2-thiouridine |
| E60 | Cl | boranophosphonate | 2-thiouridine |
| E61 | Br | boranophosphonate | 2-thiouridine |
| E62 | I | boranophosphonate | 2-thiouridine |
| E63 | $NH_2$ | boranophosphonate | 2-thiouridine |
| E64 | H | boranophosphonate | 2-thiouridine |
| F1 | OH | OH | 4-thiouridine |
| F2 | OMe | OH | 4-thiouridine |
| F3 | F | OH | 4-thiouridine |
| F4 | Cl | OH | 4-thiouridine |
| F5 | Br | OH | 4-thiouridine |
| F6 | I | OH | 4-thiouridine |
| F7 | $NH_2$ | OH | 4-thiouridine |
| F8 | H | OH | 4-thiouridine |
| F9 | OH | phosphodiester | 4-thiouridine |
| F10 | OMe | phosphodiester | 4-thiouridine |
| F11 | F | phosphodiester | 4-thiouridine |
| F12 | Cl | phosphodiester | 4-thiouridine |
| F13 | Br | phosphodiester | 4-thiouridine |
| F14 | $NH_2$ | phosphodiester | 4-thiouridine |
| F15 | I | phosphodiester | 4-thiouridine |
| F16 | H | phosphodiester | 4-thiouridine |
| F17 | OH | phosphonoacetate | 4-thiouridine |
| F18 | OMe | phosphonoacetate | 4-thiouridine |
| F19 | F | phosphonoacetate | 4-thiouridine |
| F20 | Cl | phosphonoacetate | 4-thiouridine |
| F21 | Br | phosphonoacetate | 4-thiouridine |
| F22 | I | phosphonoacetate | 4-thiouridine |
| F23 | $NH_2$ | phosphonoacetate | 4-thiouridine |
| F24 | H | phosphonoacetate | 4-thiouridine |
| F25 | OH | thiophosphonoacetate | 4-thiouridine |
| F26 | OMe | thiophosphonoacetate | 4-thiouridine |
| F27 | F | thiophosphonoacetate | 4-thiouridine |
| F28 | Cl | thiophosphonoacetate | 4-thiouridine |
| F29 | Br | thiophosphonoacetate | 4-thiouridine |
| F30 | I | thiophosphonoacetate | 4-thiouridine |
| F31 | $NH_2$ | thiophosphonoacetate | 4-thiouridine |
| F32 | H | thiophosphonoacetate | 4-thiouridine |
| F33 | OH | phosphorothioate | 4-thiouridine |
| F34 | OMe | phosphorothioate | 4-thiouridine |
| F35 | F | phosphorothioate | 4-thiouridine |
| F36 | Cl | phosphorothioate | 4-thiouridine |
| F37 | Br | phosphorothioate | 4-thiouridine |
| F38 | I | phosphorothioate | 4-thiouridine |
| F39 | $NH_2$ | phosphorothioate | 4-thiouridine |
| F40 | H | phosphorothioate | 4-thiouridine |
| F41 | OH | phosphorodithioate | 4-thiouridine |
| F42 | OMe | phosphorodithioate | 4-thiouridine |
| F43 | F | phosphorodithioate | 4-thiouridine |
| F44 | Cl | phosphorodithioate | 4-thiouridine |
| F45 | Br | phosphorodithioate | 4-thiouridine |
| F46 | I | phosphorodithioate | 4-thiouridine |
| F47 | $NH_2$ | phosphorodithioate | 4-thiouridine |
| F48 | H | phosphorodithioate | 4-thiouridine |
| F49 | OH | methylphosphonate | 4-thiouridine |
| F50 | OMe | methylphosphonate | 4-thiouridine |

**18**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.

$R_1$ = OH or 2'modificiation
$R_2$ = OH or internucleotide linkage
B = base

| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| F51 | F | methylphosphonate | 4-thiouridine |
| F52 | Cl | methylphosphonate | 4-thiouridine |
| F53 | Br | methylphosphonate | 4-thiouridine |
| F54 | I | methylphosphonate | 4-thiouridine |
| F55 | $NH_2$ | methylphosphonate | 4-thiouridine |
| F56 | H | methylphosphonate | 4-thiouridine |
| F57 | OH | boranophosphonate | 4-thiouridine |
| F58 | OMe | boranophosphonate | 4-thiouridine |
| F59 | F | boranophosphonate | 4-thiouridine |
| F60 | Cl | boranophosphonate | 4-thiouridine |
| F61 | Br | boranophosphonate | 4-thiouridine |
| F62 | I | boranophosphonate | 4-thiouridine |
| F63 | $NH_2$ | boranophosphonate | 4-thiouridine |
| F64 | H | boranophosphonate | 4-thiouridine |
| G1 | OH | OH | 2-aminoadenosine |
| G2 | OMe | OH | 2-aminoadenosine |
| G3 | F | OH | 2-aminoadenosine |
| G4 | Cl | OH | 2-aminoadenosine |
| G5 | Br | OH | 2-aminoadenosine |
| G6 | I | OH | 2-aminoadenosine |
| G7 | $NH_2$ | OH | 2-aminoadenosine |
| G8 | H | OH | 2-aminoadenosine |
| G9 | OH | phosphodiester | 2-aminoadenosine |
| G10 | OMe | phosphodiester | 2-aminoadenosine |
| G11 | F | phosphodiester | 2-aminoadenosine |
| G12 | Cl | phosphodiester | 2-aminoadenosine |
| G13 | Br | phosphodiester | 2-aminoadenosine |
| G14 | I | phosphodiester | 2-aminoadenosine |
| G15 | $NH_2$ | phosphodiester | 2-aminoadenosine |
| G16 | H | phosphodiester | 2-aminoadenosine |
| G17 | OH | phosphonoacetate | 2-aminoadenosine |
| G18 | OMe | phosphonoacetate | 2-aminoadenosine |
| G19 | F | phosphonoacetate | 2-aminoadenosine |
| G20 | Cl | phosphonoacetate | 2-aminoadenosine |
| G21 | Br | phosphonoacetate | 2-aminoadenosine |
| G22 | I | phosphonoacetate | 2-aminoadenosine |
| G23 | $NH_2$ | phosphonoacetate | 2-aminoadenosine |
| G24 | H | phosphonoacetate | 2-aminoadenosine |
| G25 | OH | thiophosphonoacetate | 2-aminoadenosine |
| G26 | OMe | thiophosphonoacetate | 2-aminoadenosine |
| G27 | F | thiophosphonoacetate | 2-aminoadenosine |
| G28 | Cl | thiophosphonoacetate | 2-aminoadenosine |
| G29 | Br | thiophosphonoacetate | 2-aminoadenosine |
| G30 | I | thiophosphonoacetate | 2-aminoadenosine |
| G31 | $NH_2$ | thiophosphonoacetate | 2-aminoadenosine |
| G32 | H | thiophosphonoacetate | 2-aminoadenosine |
| G33 | OH | phosphorothioate | 2-aminoadenosine |
| G34 | OMe | phosphorothioate | 2-aminoadenosine |
| G35 | F | phosphorothioate | 2-aminoadenosine |
| G36 | Cl | phosphorothioate | 2-aminoadenosine |
| G37 | Br | phosphorothioate | 2-aminoadenosine |
| G38 | I | phosphorothioate | 2-aminoadenosine |
| G39 | $NH_2$ | phosphorothioate | 2-aminoadenosine |
| G40 | H | phosphorothioate | 2-aminoadenosine |
| G41 | OH | phosphorodithioate | 2-aminoadenosine |
| G42 | OMe | phosphorodithioate | 2-aminoadenosine |
| G43 | F | phosphorodithioate | 2-aminoadenosine |
| G44 | Cl | phosphorodithioate | 2-aminoadenosine |
| G45 | Br | phosphorodithioate | 2-aminoadenosine |
| G46 | I | phosphorodithioate | 2-aminoadenosine |
| G47 | $NH_2$ | phosphorodithioate | 2-aminoadenosine |
| G48 | H | phosphorodithioate | 2-aminoadenosine |
| G49 | OH | methylphosphonate | 2-aminoadenosine |
| G50 | OMe | methylphosphonate | 2-aminoadenosine |
| G51 | F | methylphosphonate | 2-aminoadenosine |
| G52 | Cl | methylphosphonate | 2-aminoadenosine |

Synthego EX1001.032

**19**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



$R_1$ = OH or 2'modificiation
$R_2$ = OH or internucleotide linkage
B = base

| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| G53 | Br | methylphosphonate | 2-aminoadenosine |
| G54 | I | methylphosphonate | 2-aminoadenosine |
| G55 | NH₂ | methylphosphonate | 2-aminoadenosine |
| G56 | H | methylphosphonate | 2-aminoadenosine |
| G57 | OH | boranophosphonate | 2-aminoadenosine |
| G58 | OMe | boranophosphonate | 2-aminoadenosine |
| G59 | F | boranophosphonate | 2-aminoadenosine |
| G60 | Cl | boranophosphonate | 2-aminoadenosine |
| G61 | Br | boranophosphonate | 2-aminoadenosine |
| G62 | I | boranophosphonate | 2-aminoadenosine |
| G63 | NH₂ | boranophosphonate | 2-aminoadenosine |
| G64 | H | boranophosphonate | 2-aminoadenosine |
| H1 | OH | OH | 7-deazaguanosine |
| H2 | OMe | OH | 7-deazaguanosine |
| H3 | F | OH | 7-deazaguanosine |
| H4 | Cl | OH | 7-deazaguanosine |
| H5 | Br | OH | 7-deazaguanosine |
| H6 | I | OH | 7-deazaguanosine |
| H7 | NH₂ | OH | 7-deazaguanosine |
| H8 | H | OH | 7-deazaguanosine |
| H9 | OH | phosphodiester | 7-deazaguanosine |
| H10 | OMe | phosphodiester | 7-deazaguanosine |
| H11 | F | phosphodiester | 7-deazaguanosine |
| H12 | Cl | phosphodiester | 7-deazaguanosine |
| H13 | Br | phosphodiester | 7-deazaguanosine |
| H14 | I | phosphodiester | 7-deazaguanosine |
| H15 | NH₂ | phosphodiester | 7-deazaguanosine |
| H16 | H | phosphodiester | 7-deazaguanosine |
| H17 | OH | phosphonoacetate | 7-deazaguanosine |
| H18 | OMe | phosphonoacetate | 7-deazaguanosine |
| H19 | F | phosphonoacetate | 7-deazaguanosine |
| H20 | Cl | phosphonoacetate | 7-deazaguanosine |
| H21 | Br | phosphonoacetate | 7-deazaguanosine |
| H22 | I | phosphonoacetate | 7-deazaguanosine |
| H23 | NH₂ | phosphonoacetate | 7-deazaguanosine |
| H24 | H | phosphonoacetate | 7-deazaguanosine |
| H25 | OH | thiophosphonoacetate | 7-deazaguanosine |
| H26 | OMe | thiophosphonoacetate | 7-deazaguanosine |
| H27 | F | thiophosphonoacetate | 7-deazaguanosine |
| H28 | Cl | thiophosphonoacetate | 7-deazaguanosine |
| H29 | Br | thiophosphonoacetate | 7-deazaguanosine |
| H30 | I | thiophosphonoacetate | 7-deazaguanosine |
| H31 | NH₂ | thiophosphonoacetate | 7-deazaguanosine |
| H32 | H | thiophosphonoacetate | 7-deazaguanosine |
| H33 | OH | phosphorothioate | 7-deazaguanosine |
| H34 | OMe | phosphorothioate | 7-deazaguanosine |
| H35 | F | phosphorothioate | 7-deazaguanosine |
| H36 | Cl | phosphorothioate | 7-deazaguanosine |
| H37 | Br | phosphorothioate | 7-deazaguanosine |
| H38 | I | phosphorothioate | 7-deazaguanosine |
| H39 | NH₂ | phosphorothioate | 7-deazaguanosine |
| H40 | H | phosphorothioate | 7-deazaguanosine |
| H41 | OH | phosphorodithioate | 7-deazaguanosine |
| H42 | OMe | phosphorodithioate | 7-deazaguanosine |
| H43 | F | phosphorodithioate | 7-deazaguanosine |
| H44 | Cl | phosphorodithioate | 7-deazaguanosine |
| H45 | Br | phosphorodithioate | 7-deazaguanosine |
| H46 | I | phosphorodithioate | 7-deazaguanosine |
| H47 | NH₂ | phosphorodithioate | 7-deazaguanosine |
| H48 | H | phosphorodithioate | 7-deazaguanosine |
| H49 | OH | methylphosphonate | 7-deazaguanosine |
| H50 | OMe | methylphosphonate | 7-deazaguanosine |
| H51 | F | methylphosphonate | 7-deazaguanosine |
| H52 | Cl | methylphosphonate | 7-deazaguanosine |
| H53 | Br | methylphosphonate | 7-deazaguanosine |
| H54 | I | methylphosphonate | 7-deazaguanosine |

**20**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



$R_1$ = OH or 2'modificiation
$R_2$ = OH or internucleotide linkage
B = base

| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| H55 | NH₂ | methylphosphonate | 7-deazaguanosine |
| H56 | H | methylphosphonate | 7-deazaguanosine |
| H57 | OH | boranophosphonate | 7-deazaguanosine |
| H58 | OMe | boranophosphonate | 7-deazaguanosine |
| H59 | F | boranophosphonate | 7-deazaguanosine |
| H60 | Cl | boranophosphonate | 7-deazaguanosine |
| H61 | Br | boranophosphonate | 7-deazaguanosine |
| H62 | I | boranophosphonate | 7-deazaguanosine |
| H63 | NH₂ | boranophosphonate | 7-deazaguanosine |
| H64 | H | boranophosphonate | 7-deazaguanosine |
| I1 | OH | OH | inosine |
| I2 | OMe | OH | inosine |
| I3 | F | OH | inosine |
| I4 | Cl | OH | inosine |
| I5 | Br | OH | inosine |
| I6 | I | OH | inosine |
| I7 | NH₂ | OH | inosine |
| I8 | H | OH | inosine |
| I9 | OH | phosphodiester | inosine |
| I10 | OMe | phosphodiester | inosine |
| I11 | F | phosphodiester | inosine |
| I12 | Cl | phosphodiester | inosine |
| I13 | Br | phosphodiester | inosine |
| I14 | I | phosphodiester | inosine |
| I15 | NH₂ | phosphodiester | inosine |
| I16 | H | phosphodiester | inosine |
| I17 | OH | phosphonoacetate | inosine |
| I18 | OMe | phosphonoacetate | inosine |
| I19 | F | phosphonoacetate | inosine |
| I20 | Cl | phosphonoacetate | inosine |
| I21 | Br | phosphonoacetate | inosine |
| I22 | I | phosphonoacetate | inosine |
| I23 | NH₂ | phosphonoacetate | inosine |
| I24 | H | phosphonoacetate | inosine |
| I25 | OH | thiophosphonoacetate | inosine |
| I26 | OMe | thiophosphonoacetate | inosine |
| I27 | F | thiophosphonoacetate | inosine |
| I28 | Cl | thiophosphonoacetate | inosine |
| I29 | Br | thiophosphonoacetate | inosine |
| I30 | I | thiophosphonoacetate | inosine |
| I31 | NH₂ | thiophosphonoacetate | inosine |
| I32 | H | thiophosphonoacetate | inosine |
| I33 | OH | phosphorothioate | inosine |
| I34 | OMe | phosphorothioate | inosine |
| I35 | F | phosphorothioate | inosine |
| I36 | Cl | phosphorothioate | inosine |
| I37 | Br | phosphorothioate | inosine |
| I38 | I | phosphorothioate | inosine |
| I39 | NH₂ | phosphorothioate | inosine |
| I40 | H | phosphorothioate | inosine |
| I41 | OH | phosphorodithioate | inosine |
| I42 | OMe | phosphorodithioate | inosine |
| I43 | F | phosphorodithioate | inosine |
| I44 | Cl | phosphorodithioate | inosine |
| I45 | Br | phosphorodithioate | inosine |
| I46 | I | phosphorodithioate | inosine |
| I47 | NH₂ | phosphorodithioate | inosine |
| I48 | H | phosphorodithioate | inosine |
| I49 | OH | methylphosphonate | inosine |
| I50 | OMe | methylphosphonate | inosine |
| I51 | F | methylphosphonate | inosine |
| I52 | Cl | methylphosphonate | inosine |
| I53 | Br | methylphosphonate | inosine |
| I54 | I | methylphosphonate | inosine |
| I55 | NH₂ | methylphosphonate | inosine |
| I56 | H | methylphosphonate | inosine |

Synthego EX1001.033

**21**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



$R_1$ = OH or 2'modificiation
$R_2$ = OH or internucleotide linkage
B = base

| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| I57 | OH | boranophosphonate | inosine |
| I58 | OMe | boranophosphonate | inosine |
| I59 | F | boranophosphonate | inosine |
| I60 | Cl | boranophosphonate | inosine |
| I61 | Br | boranophosphonate | inosine |
| I62 | I | boranophosphonate | inosine |
| I63 | NH₂ | boranophosphonate | inosine |
| I64 | H | boranophosphonate | inosine |
| J1 | OH | OH | 5-methylcytidine |
| J2 | OMe | OH | 5-methylcytidine |
| J3 | F | OH | 5-methylcytidine |
| J4 | Cl | OH | 5-methylcytidine |
| J5 | Br | OH | 5-methylcytidine |
| J6 | I | OH | 5-methylcytidine |
| J7 | NH₂ | OH | 5-methylcytidine |
| J8 | H | OH | 5-methylcytidine |
| J9 | OH | phosphodiester | 5-methylcytidine |
| J10 | OMe | phosphodiester | 5-methylcytidine |
| J11 | F | phosphodiester | 5-methylcytidine |
| J12 | Cl | phosphodiester | 5-methylcytidine |
| J13 | Br | phosphodiester | 5-methylcytidine |
| J14 | I | phosphodiester | 5-methylcytidine |
| J15 | NH₂ | phosphodiester | 5-methylcytidine |
| J16 | H | phosphodiester | 5-methylcytidine |
| J17 | OH | phosphonoacetate | 5-methylcytidine |
| J18 | OMe | phosphonoacetate | 5-methylcytidine |
| J19 | F | phosphonoacetate | 5-methylcytidine |
| J20 | Cl | phosphonoacetate | 5-methylcytidine |
| J21 | Br | phosphonoacetate | 5-methylcytidine |
| J22 | I | phosphonoacetate | 5-methylcytidine |
| J23 | NH₂ | phosphonoacetate | 5-methylcytidine |
| J24 | H | phosphonoacetate | 5-methylcytidine |
| J25 | OH | thiophosphonoacetate | 5-methylcytidine |
| J26 | OMe | thiophosphonoacetate | 5-methylcytidine |
| J27 | F | thiophosphonoacetate | 5-methylcytidine |
| J28 | Cl | thiophosphonoacetate | 5-methylcytidine |
| J29 | Br | thiophosphonoacetate | 5-methylcytidine |
| J30 | I | thiophosphonoacetate | 5-methylcytidine |
| J31 | NH₂ | thiophosphonoacetate | 5-methylcytidine |
| J32 | H | thiophosphonoacetate | 5-methylcytidine |
| J33 | OH | phosphorothioate | 5-methylcytidine |
| J34 | OMe | phosphorothioate | 5-methylcytidine |
| J35 | F | phosphorothioate | 5-methylcytidine |
| J36 | Cl | phosphorothioate | 5-methylcytidine |
| J37 | Br | phosphorothioate | 5-methylcytidine |
| J38 | I | phosphorothioate | 5-methylcytidine |
| J39 | NH₂ | phosphorothioate | 5-methylcytidine |
| J40 | H | phosphorothioate | 5-methylcytidine |
| J41 | OH | phosphorodithioate | 5-methylcytidine |
| J42 | OMe | phosphorodithioate | 5-methylcytidine |
| J43 | F | phosphorodithioate | 5-methylcytidine |
| J44 | Cl | phosphorodithioate | 5-methylcytidine |
| J45 | Br | phosphorodithioate | 5-methylcytidine |
| J46 | I | phosphorodithioate | 5-methylcytidine |
| J47 | NH₂ | phosphorodithioate | 5-methylcytidine |
| J48 | H | phosphorodithioate | 5-methylcytidine |
| J49 | OH | methylphosphonate | 5-methylcytidine |
| J50 | OMe | methylphosphonate | 5-methylcytidine |
| J51 | F | methylphosphonate | 5-methylcytidine |
| J52 | Cl | methylphosphonate | 5-methylcytidine |
| J53 | Br | methylphosphonate | 5-methylcytidine |
| J54 | I | methylphosphonate | 5-methylcytidine |
| J55 | NH₂ | methylphosphonate | 5-methylcytidine |
| J56 | H | methylphosphonate | 5-methylcytidine |
| J57 | OH | boranophosphonate | 5-methylcytidine |
| J58 | OMe | boranophosphonate | 5-methylcytidine |

**22**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.



$R_1$ = OH or 2'modificiation
$R_2$ = OH or internucleotide linkage
B = base

| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| J59 | F | boranophosphonate | 5-methylcytidine |
| J60 | Cl | boranophosphonate | 5-methylcytidine |
| J61 | Br | boranophosphonate | 5-methylcytidine |
| J62 | I | boranophosphonate | 5-methylcytidine |
| J63 | NH₂ | boranophosphonate | 5-methylcytidine |
| J64 | H | boranophosphonate | 5-methylcytidine |
| K1 | OH | OH | 5-aminoallyluridine |
| K2 | OMe | OH | 5-aminoallyluridine |
| K3 | F | OH | 5-aminoallyluridine |
| K4 | Cl | OH | 5-aminoallyluridine |
| K5 | Br | OH | 5-aminoallyluridine |
| K6 | I | OH | 5-aminoallyluridine |
| K7 | NH₂ | OH | 5-aminoallyluridine |
| K8 | H | OH | 5-aminoallyluridine |
| K9 | OH | phosphodiester | 5-aminoallyluridine |
| K10 | OMe | phosphodiester | 5-aminoallyluridine |
| K11 | F | phosphodiester | 5-aminoallyluridine |
| K12 | Cl | phosphodiester | 5-aminoallyluridine |
| K13 | Br | phosphodiester | 5-aminoallyluridine |
| K14 | I | phosphodiester | 5-aminoallyluridine |
| K15 | NH₂ | phosphodiester | 5-aminoallyluridine |
| K16 | H | phosphodiester | 5-aminoallyluridine |
| K17 | OH | phosphonoacetate | 5-aminoallyluridine |
| K18 | OMe | phosphonoacetate | 5-aminoallyluridine |
| K19 | F | phosphonoacetate | 5-aminoallyluridine |
| K20 | Cl | phosphonoacetate | 5-aminoallyluridine |
| K21 | Br | phosphonoacetate | 5-aminoallyluridine |
| K22 | I | phosphonoacetate | 5-aminoallyluridine |
| K23 | NH₂ | phosphonoacetate | 5-aminoallyluridine |
| K24 | H | phosphonoacetate | 5-aminoallyluridine |
| K25 | OH | thiophosphonoacetate | 5-aminoallyluridine |
| K26 | OMe | thiophosphonoacetate | 5-aminoallyluridine |
| K27 | F | thiophosphonoacetate | 5-aminoallyluridine |
| K28 | Cl | thiophosphonoacetate | 5-aminoallyluridine |
| K29 | Br | thiophosphonoacetate | 5-aminoallyluridine |
| K30 | I | thiophosphonoacetate | 5-aminoallyluridine |
| K31 | NH₂ | thiophosphonoacetate | 5-aminoallyluridine |
| K32 | H | thiophosphonoacetate | 5-aminoallyluridine |
| K33 | OH | phosphorothioate | 5-aminoallyluridine |
| K34 | OMe | phosphorothioate | 5-aminoallyluridine |
| K35 | F | phosphorothioate | 5-aminoallyluridine |
| K36 | Cl | phosphorothioate | 5-aminoallyluridine |
| K37 | Br | phosphorothioate | 5-aminoallyluridine |
| K38 | I | phosphorothioate | 5-aminoallyluridine |
| K39 | NH₂ | phosphorothioate | 5-aminoallyluridine |
| K40 | H | phosphorothioate | 5-aminoallyluridine |
| K41 | OH | phosphorodithioate | 5-aminoallyluridine |
| K42 | OMe | phosphorodithioate | 5-aminoallyluridine |
| K43 | F | phosphorodithioate | 5-aminoallyluridine |
| K44 | Cl | phosphorodithioate | 5-aminoallyluridine |
| K45 | Br | phosphorodithioate | 5-aminoallyluridine |
| K46 | I | phosphorodithioate | 5-aminoallyluridine |
| K47 | NH₂ | phosphorodithioate | 5-aminoallyluridine |
| K48 | H | phosphorodithioate | 5-aminoallyluridine |
| K49 | OH | methylphosphonate | 5-aminoallyluridine |
| K50 | OMe | methylphosphonate | 5-aminoallyluridine |
| K51 | F | methylphosphonate | 5-aminoallyluridine |
| K52 | Cl | methylphosphonate | 5-aminoallyluridine |
| K53 | Br | methylphosphonate | 5-aminoallyluridine |
| K54 | I | methylphosphonate | 5-aminoallyluridine |
| K55 | NH₂ | methylphosphonate | 5-aminoallyluridine |
| K56 | H | methylphosphonate | 5-aminoallyluridine |
| K57 | OH | boranophosphonate | 5-aminoallyluridine |
| K58 | OMe | boranophosphonate | 5-aminoallyluridine |
| K59 | F | boranophosphonate | 5-aminoallyluridine |
| K60 | Cl | boranophosphonate | 5-aminoallyluridine |

Synthego EX1001.034

**23**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.

$R_1 = OH$ or 2'modificiation
$R_2 = OH$ or internucleotide linkage
B = base

| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| K61 | Br | boranophosphonate | 5-aminoallyluridine |
| K62 | I | boranophosphonate | 5-aminoallyluridine |
| K63 | NH₂ | boranophosphonate | 5-aminoallyluridine |
| K64 | H | boranophosphonate | 5-aminoallyluridine |
| L1 | OH | OH | 5-methyluridine |
| L2 | OMe | OH | 5-methyluridine |
| L3 | F | OH | 5-methyluridine |
| L4 | Cl | OH | 5-methyluridine |
| L5 | Br | OH | 5-methyluridine |
| L6 | I | OH | 5-methyluridine |
| L7 | NH₂ | OH | 5-methyluridine |
| L8 | H | OH | 5-methyluridine |
| L9 | OH | phosphodiester | 5-methyluridine |
| L10 | OMe | phosphodiester | 5-methyluridine |
| L11 | F | phosphodiester | 5-methyluridine |
| L12 | Cl | phosphodiester | 5-methyluridine |
| L13 | Br | phosphodiester | 5-methyluridine |
| L14 | I | phosphodiester | 5-methyluridine |
| L15 | NH₂ | phosphodiester | 5-methyluridine |
| L16 | H | phosphodiester | 5-methyluridine |
| L17 | OH | phosphonoacetate | 5-methyluridine |
| L18 | OMe | phosphonoacetate | 5-methyluridine |
| L19 | F | phosphonoacetate | 5-methyluridine |
| L20 | Cl | phosphonoacetate | 5-methyluridine |
| L21 | Br | phosphonoacetate | 5-methyluridine |
| L22 | I | phosphonoacetate | 5-methyluridine |
| L23 | NH₂ | phosphonoacetate | 5-methyluridine |
| L24 | H | phosphonoacetate | 5-methyluridine |
| L25 | OH | thiophosphonoacetate | 5-methyluridine |
| L26 | OMe | thiophosphonoacetate | 5-methyluridine |
| L27 | F | thiophosphonoacetate | 5-methyluridine |
| L28 | Cl | thiophosphonoacetate | 5-methyluridine |
| L29 | Br | thiophosphonoacetate | 5-methyluridine |
| L30 | I | thiophosphonoacetate | 5-methyluridine |
| L31 | NH₂ | thiophosphonoacetate | 5-methyluridine |
| L32 | H | thiophosphonoacetate | 5-methyluridine |
| L33 | OH | phosphorothioate | 5-methyluridine |
| L34 | OMe | phosphorothioate | 5-methyluridine |
| L35 | F | phosphorothioate | 5-methyluridine |
| L36 | Cl | phosphorothioate | 5-methyluridine |
| L37 | Br | phosphorothioate | 5-methyluridine |
| L38 | I | phosphorothioate | 5-methyluridine |
| L39 | NH₂ | phosphorothioate | 5-methyluridine |
| L40 | H | phosphorothioate | 5-methyluridine |
| L41 | OH | phosphorodithioate | 5-methyluridine |
| L42 | OMe | phosphorodithioate | 5-methyluridine |
| L43 | F | phosphorodithioate | 5-methyluridine |
| L44 | Cl | phosphorodithioate | 5-methyluridine |
| L45 | Br | phosphorodithioate | 5-methyluridine |
| L46 | I | phosphorodithioate | 5-methyluridine |
| L47 | NH₂ | phosphorodithioate | 5-methyluridine |
| L48 | H | phosphorodithioate | 5-methyluridine |
| L49 | OH | methylphosphonate | 5-methyluridine |
| L50 | OMe | methylphosphonate | 5-methyluridine |
| L51 | F | methylphosphonate | 5-methyluridine |
| L52 | Cl | methylphosphonate | 5-methyluridine |
| L53 | Br | methylphosphonate | 5-methyluridine |
| L54 | I | methylphosphonate | 5-methyluridine |
| L55 | NH₂ | methylphosphonate | 5-methyluridine |
| L56 | H | methylphosphonate | 5-methyluridine |
| L57 | OH | boranophosphonate | 5-methyluridine |
| L58 | OMe | boranophosphonate | 5-methyluridine |
| L59 | F | boranophosphonate | 5-methyluridine |
| L60 | Cl | boranophosphonate | 5-methyluridine |
| L61 | Br | boranophosphonate | 5-methyluridine |
| L62 | I | boranophosphonate | 5-methyluridine |

**24**

TABLE 2-continued

Exemplary modified nucleotides contained in a synthetic guide sequence.

$R_1 = OH$ or 2'modificiation
$R_2 = OH$ or internucleotide linkage
B = base

| # | $R_1$ | $R_2$ | B |
|---|---|---|---|
| L63 | NH₂ | boranophosphonate | 5-methyluridine |
| L64 | H | boranophosphonate | 5-methyluridine |

As described herein, certain unnatural base pairs (e.g., isoG and isoC, Z base and P base; see Zhang et al. (2015) *J. Am. Chem. Soc.*) may be advantageous for affecting the thermostability of the guide RNA secondary structure. These modifications can be used to prevent misfolding of the guide RNA scaffold with other domains of a guide RNA sequence.

Recent guide RNA:Cas9 protein structural information (FIG. **10**, as reported in Jiang et al. 2015, *Science*) and in vivo/in vitro functional mutation studies (see, e.g., Briner et al. 2014, *Mol. Cell*, 56, 333-9) indicate that the guide RNA scaffold is predominantly structurally conserved. This reinforces the importance of correct folding of the conserved domain of guide RNAs for functionality with Cas9. FIG. **10** shows the guide RNA scaffold secondary structure, displaying interactions with amino acids of Cas9. Most of the guide RNA nitrogenous bases are not involved in binding interactions with Cas9 protein.

The flanking sequences of the sgRNA scaffold increase the likelihood of misfolding and hence misfunction. The 20 nt guide targeting sequence, 5' of the scaffold region, is user-specified for each target, thus the likelihood of misfolding is variable or target-specific. Also, many emerging CRISPR-Cas applications append functional sequences 3' of the scaffold, such as CRISPRdisplay (Schechner et al., *Nat. Methods* 2015) and CRISPR-i/-a (Chen et al., *Cell* 2013), which are riboswitches or aptamers that also need to correctly and independently fold to function properly. To ensure that each of the functional domains (i.e. targeting guide, scaffold, aptamer) of a given sgRNA folds in a modular, independent manner, the structurally conserved scaffold base pairs can be substituted with unnatural, orthogonal base pairs (e.g., isoG and isoC; Z base and P base), and in some embodiments, substituted exclusively with unnatural, orthogonal base pairs. This ensures that the sgRNA scaffold sequences will not stably interact in a secondary structure with elements of the target-pairing guide sequence or other non-native domains incorporated in the guide RNA such as any aptamer sequences or any non-native 5' or 3' overhangs on the guide RNA. Alternatively, the unnatural, orthogonal base pairs mentioned above could be incorporated in any non-native overhangs or aptamers that may be present, thus to prevent secondary structures involving misfolding of the scaffold sequence(s).

B. Guide RNA with at Least One Modification

In one aspect, the present technology provides a guide RNA having at least one modification, constituting a modified gRNA.

In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,

Synthego EX1001.035

20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified nucleotides. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified nucleotides. In certain embodiments, all nucleotides are modified. In certain embodiments, all the modifications are the same. In certain embodiments, all the modified nucleotides have the same type of modification. In certain embodiments, the modified gRNA comprises a combination of differently modified nucleotides. In certain embodiments, the modified gRNA comprises two or more modified nucleotides. In certain embodiments, the modified gRNA comprises three or more modified nucleotides. In certain embodiments, the modified nucleotides are arranged contiguously. In certain embodiments, the modified gRNA comprises at least one contiguous stretch of modified nucleotides. In certain embodiments, the modified gRNA comprises a contiguous stretch of at least 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified nucleotides. Each modified nucleotide may independently comprise one or more types of modifications. In certain embodiments, no modified nucleotides are contiguous, or some but not all are contiguous, in the sequence of the modified gRNA.

In certain embodiments, the modification is within the 5' portion of the guide RNA. In certain embodiments, the modification is within the first five (5) nucleotides of the 5' portion of the guide RNA. In certain embodiments, the modification is within the first three (3) nucleotides of the 5' portion of the guide RNA. In certain embodiments, the modification is within the 3' portion of the guide RNA. In certain embodiments, the modification is within the last five (5) nucleotides of the 3' portion of the guide RNA. In certain embodiments, the modification is within the last three (3) nucleotides of the 3' portion of the guide RNA. In certain embodiments, the modification is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA.

In certain embodiments, the modification is incorporated in the 5' portion or the 3' portion of the guide RNA, particularly within the first 5 or 10 nucleotides of the 5' portion or within the last 5 or 10 nucleotides of the 3' portion to, for example, protect the RNA from degradation by nucleases or for other purposes. In some other embodiments, the modification is in both the 5' portion and the 3' portion of the guide RNA, particularly within the first 5 or 10 nucleotides of the 5' portion and within the last 5 or 10 nucleotides of the 3' portion to, for example, protect the RNA from degradation by nucleases or for other purposes. In certain embodiments, more than one type of modification is present in both the 5' portion and the 3' portion of the guide RNA. In certain embodiments, the modifications are located at the 5' end, at the 3' end, and within the internal sequence of the guide RNA. In certain embodiments, a guide RNA comprises 40 or fewer, alternatively 20 or fewer, alternatively 15 or fewer, alternatively 10 or fewer, alternatively 5 or fewer, alternatively 3 or fewer deoxyribonucleotide residues in the 5' or 3' portion of the guide RNA.

In certain embodiments, the modification is within the crRNA segment of the guide RNA. In certain embodiments, the modification is within the guide sequence of the crRNA. In certain embodiments, the modification is within the first five (5) nucleotides of the crRNA segment. In certain embodiments, the modification is within the first three (3) nucleotides of the crRNA segment. In certain embodiments, the modification is within a 5'-overhang on the crRNA

segment. In certain embodiments, the modification is within the tracrRNA segment of the guide RNA. In certain embodiments, the modification is within the last five (5) nucleotides of the tracrRNA segment of the guide RNA. In certain embodiments, the modification is within the last three (3) nucleotides of the tracrRNA segment of the guide RNA. In certain embodiments, when the guide RNA is a single guide RNA, the modification is located within the loop of the guide RNA. In certain embodiments, one or more modifications is within the loop L region. In certain embodiments, the modification comprises a dye, a non-fluorescent label, or a tag conjugated to a linker incorporated between two nucleotides as described above, for example by conjugation to a 2-(3-(dye/label/tag-amido)propanamido)propane-1,3-diol bis(phosphodiester) linker or to a modified base of a nucleotide in the loop or L region.

In certain embodiments, the modification comprises an end modification, such as a 5' end modification or a 3' end modification. Examples of end modifications include, but are not limited to phosphorylation (as natural phosphate or polyphosphate or as modified phosphohate groups such as for example, alkylphosphonate, phosphonocarboxylate, phosphonoacetate, boranophosphonate, phosphorothioate, phosphorodithioate and the like), biotinylation, conjugating or conjugated molecules, linkers, dyes, labels, tags, functional groups (such as for example but not limited to 5'-amino, 5'-thio, 5'-amido, 5'carboxy and the like), inverted linkages, or hydrocarbon moieties which may comprise ether, polyethylene glycol (PEG), ester, hydroxyl, aryl, halo, phosphodiester, bicyclic, heterocyclic or other organic functional group. In certain embodiments, the end modification comprises dimethoxytrityl.

In certain embodiments, the modification comprises a modified base. As used herein, "unmodified" bases include the purine bases adenine (A) and guanine (G), and the pyrimidine bases thymine (T), cytosine (C) and uracil (U). Examples of modified bases include, but are not limited to, synthetic and natural bases such as 2-thioU, 2-thioC, 4-thioU, 6-thioG, 2-aminoA, 2-aminoP, pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-methylC, 5-methylU, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allylU, 5-allylC, 5-aminoallyl-uracil, and 5-aminoallyl-cytosine. In certain embodiments, the modification comprises an abasic nucleotide. In certain embodiments, the modification comprises a nonstandard purine or pyrimidine structure, such as Z or P, isoC or isoG, UNA, 5-methylpyrymidine, x(A,G,C,T) or y(A,G,C,T). In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified bases. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified bases. In certain embodiments, all bases in a gRNA are modified.

In certain embodiments, the modification comprises a modified sugar. Examples of modified sugars include, but are not limited to, sugars having modifications at the 2' position or modifications at the 4' position. For example, in certain embodiments, the sugar comprises 2'-O—C$_{1-4}$alkyl, such as 2'-O-methyl (2'-OMe). In certain embodiments, the sugar comprises 2'-O—C$_{1-3}$alkyl-O—C$_{1-3}$alkyl, such as 2'-methoxyethoxy (2'-O—CH$_2$CH$_2$OCH$_3$) also known as 2'-O-(2-methoxyethyl) or 2'-MOE. In certain embodiments, the sugar comprises 2'-halo, such as 2'-F, 2'-Br, 2'-Cl, or 2'-I.

Synthego EX1001.036

In certain embodiments, the sugar comprises 2'-NH$_2$. In certain embodiments, the sugar comprises 2'-H (e.g., a deoxynucleotide). In certain embodiments, the sugar comprises 2'-arabino or 2'-F-arabino. In certain embodiments, the sugar comprises 2'-LNA or 2'-ULNA. In certain embodiments, the sugar comprises a 4'-thioribosyl. In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified sugars. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified sugars. In certain embodiments, all sugars in a gRNA are modified.

In certain embodiments, the modification comprises a modified backbone (i.e., an internucleotide linkage other than a natural phosphodiester). Examples of modified internucleotide linkages include, but are not limited to, a phosphorothioate internucleotide linkage, a chiral phosphorothioate internucleotide linkage, a phosphorodithioate internucleotide linkage, a boranophosphonate internucleotide linkage, a C$_{1-4}$alkyl phosphonate internucleotide linkage such as a methylphosphonate internucleotide linkage, a boranophosphonate internucleotide linkage, a phosphonocarboxylate internucleotide linkage such as a phosphonoacetate internucleotide linkage, a phosphonocarboxylate ester internucleotide linkage such as a phosphonoacetate ester internucleotide linkage, a thiophosphonocarboxylate internucleotide linkage such as for example a thiophosphonoacetate internucleotide linkage, a thiophosphonocarboxylate ester internucleotide linkage such as a thiophosphonoacetate ester internucleotide linkage. Various salts, mixed salts and free acid forms are also included. In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified internucleotide linkages. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified internucleotide linkages. In certain embodiments, all internucleotide linkages in a gRNA are modified.

In certain embodiments, the modification is a 2'-O—C$_{1-4}$alkyl, 2'-H, 2'-O—C$_{1-3}$alkyl-O—C$_{1-3}$alkyl, 2'-F, 2'-NH$_2$, 2'-arabino, 2'-F-arabino, 2'-LNA, 2'-ULNA, 4'-thioribosyl, 2-thioU, 2-thioC, 4-thioU, 6-thioG, 2-aminoA, 2-aminoP, pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-MeC, 5-MeU, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allylU, 5-allylC, 5-aminoallyl-uracil, 5-aminoallyl-cytosine, an abasic nucleotide, Z, P, UNA, isoC, isoG, 5-methyl-pyrimidine, x(A,G,C,T), y(A,G,C,T), a 3'-phosphorothioate group, a 3'-phosphonoacetate group, a 3'-phosphonoacetate ester group, a 3'-thiophosphonoacetate group, a 3'-thiophosphonoacetate ester group, a 3'-methylphosphonate group, a 3'-boranophosphonate group, a 3'-phosphorodithioate group, or combinations thereof.

In certain embodiments, the modified nucleotide comprises a 2'-O-methyl-3'-phosphorothioate. In certain embodiments, the modified nucleotide comprises a 2'-O-methyl-3'-phosphonoacetate. In certain embodiments, the modified nucleotide comprises a 2'-O-methyl-3'-thiophosphonoacetate. In certain embodiments, the modified nucleotide comprises a Z base. In certain embodiments, the modified nucleotide comprises a 2'-halo-3'-phosphorothio-

ate. In certain embodiments, the modified nucleotide comprises a 2'-halo-3'-phosphonoacetate. In certain embodiments, the modified nucleotide comprises a 2'-halo-3'-thiophosphonoacetate. In certain embodiments, the modified nucleotide comprises a 2'-fluoro-3'-phosphorothioate. In certain embodiments, the modified nucleotide comprises a 2'-fluoro-3'-phosphonoacetate. In certain embodiments, the modified nucleotide comprises a 2'-fluoro-3'-thiophosphonoacetate.

In certain embodiments, the guide RNA comprises an oligonucleotide represented by Formula (I):

$$W—Y \text{ or } Y—W \tag{I}$$

wherein W represents a nucleotide or a stretch of nucleotides of the oligonucleotide comprising at least one modification and Y represents an unmodified portion of the oligonucleotide.

In certain embodiments, W is within the 5' portion of the guide RNA. In certain embodiments, W is at least partially within the first five (5) nucleotides of the 5' portion of the guide RNA. In certain embodiments, W is at least partially within the first three (3) nucleotides of the 5' portion of the guide RNA. In certain embodiments, W is within the 3' portion of the guide RNA. In certain embodiments, W is at least partially within the last five (5) nucleotides of the 3' portion of the guide RNA. In certain embodiments, W is at least partially within the last three (3) nucleotides of the 3' portion of the guide RNA. In certain embodiments, W is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA.

In certain embodiments, W comprises an end modification, such as a 5' end modification or a 3' end modification as described above. In certain embodiments, the end modification comprises dimethoxytrityl.

In certain embodiments, W comprises a modified base as described above. In certain embodiments, W comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified bases. In other embodiments, W comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified bases. In certain embodiments, all bases in a gRNA are modified.

In certain embodiments, W comprises a modified sugar as described above. In certain embodiments, W comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified sugars. In other embodiments, W comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified sugars. In certain embodiments, all sugars in a gRNA are modified.

In certain embodiments, W comprises a modified backbone (i.e., an internucleotide linkage other than a phosphodiester) as described above. In certain embodiments, W comprises more than one, such as 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 or 50 modified internucleotide linkages. In other embodiments, W comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified internucleotide linkages. In certain embodiments, all internucleotide linkages in a gRNA are modified.

In certain embodiments, W comprises a 2'-O—C$_{1-4}$alkyl, 2'-H, 2'-O—C$_{1-3}$alkyl-O—C$_{1-3}$alkyl, 2'-F, 2'-NH$_2$, 2'-arabino, 2'-F-arabino, 2'-LNA, 2'-ULNA, 4'-thioribosyl, 2-thioU, 2-thioC, 4-thioU, 6-thioG, 2-aminoA, 2-aminoP,

Synthego EX1001.037

pseudouracil, hypoxanthine, 7-deazaguanine, 7-deaza-8-az-aguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-MeC, 5-MeU, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allylU, 5-allylC, 5-aminoallyl-uracil, 5-aminoallyl-cytosine, abasic nucleotides, Z, P, UNA, isoC, isoG, 5-methyl-pyrimidine, x(A,G,C,T), y(A,G,C,T), a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a phosphonoacetate ester internucleotide linkage, a thio-phosphonoacetate internucleotide linkage, a thiophosphono-acetate ester internucleotide linkage a methylphosphonate internucleotide linkage, a boranophosphonate internucleotide linkage, a phosphorodithioate internucleotide linkage, or combinations thereof.

In certain embodiments, W comprises a 2'-O-methyl and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, W comprises a 2'-O-methyl and a 3'-phosphonoacetate group on the same nucleotide. In certain embodiments, W comprises a 2'-O-methyl and $3^1$-thio-phosphonoacetate group on the same nucleotide. In certain embodiments, W comprises a 2'-F and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, W comprises a 2'-F and a 3'-phosphonoacetate group on the same nucleotide. In certain embodiments, W comprises a 2'-F and $3^1$-thiophosphonoacetate group on the same nucleotide.

In certain embodiments, W comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 modified nucleotides. In certain embodiments, each of the modified nucleotides comprises the same modification. In certain embodiments, W comprises a combination of variously modified nucleotides. In certain embodiments, W comprises two or more modified nucleotides. In certain embodiments, W comprises three or more modified nucleotides. In certain embodiments, the modified nucleotides are not arranged contiguously in the sequence, or at least not entirely, as one or more unmodified nucleotides may intercede. In certain embodiments, the modified nucleotides are arranged contiguously. In certain embodiments, W comprises at least one contiguous stretch of modified nucleotides. In certain embodiments, W comprises a contiguous stretch of at least three (3) modified nucleotides. In certain embodiments, W comprises a contiguous stretch of at least four (4) modified nucleotides. In certain embodiments, W comprises a contiguous stretch of at least five (5) modified nucleotides.

In certain embodiments, the guide RNA comprises an oligonucleotide represented by Formula (II):

$$M_mN_n \qquad \text{(II)}$$

wherein each N independently represents an unmodified ribonucleotide;

wherein each M represents a modified nucleotide and is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 3'-P(S) ribonucleotide, a 3'-PACE ribonucleotide, a 3'-thioPACE ribonucleotide, a 2'-O-methyl-3'-P(S)-ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, a Z nucleotide, and a 2'-deoxynucleotide;

wherein each M is at any position of the sequence of the guide RNA;

wherein any given M is the same or different from any other M, and any given N is the same or different from any other N; and

wherein each of m and n are independently selected from an integer between 0 and 219, provided that 50<m+n≤220, and m is not 0.

In some embodiments, m+n<150.

In certain embodiments, each M is modified with one or more moieties independently selected from the group consisting of 2'-F, 2-thiouracil, 4-thiouracil, 2-aminoadenine, hypoxanthine, 5-methylcytosine, 5-methyluracil, 5-ally-laminouracil, squarate linkage, a triazolo linkage, and a 2-(4-butylamidofluorescein)propane-1,3-diol bis(phosphodiester) linkage. In some embodiments, M comprises a dye attached through a linker.

In certain embodiments, each M is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M is independently selected from the group consisting of a 2'-O-methyl-3'-PACE ribonucleotide and a 2'-O-methyl-3'-thioPACE ribonucleotide.

In certain embodiments, where m>1, any given M is the same or different from any other M. In certain embodiments, where m>1, each M has the same modification.

In certain embodiments, each M is a 2'-O-methyl-3'-PACE ribonucleotide, m is selected from an integer between 1 and 10, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, each M is a 2'-O-methyl-3'-PACE ribonucleotide, m is selected from an integer between 1 and 5, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, each M is a 2'-O-methyl-3'-PACE ribonucleotide, m is selected from an integer between 2 and 5, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 148, provided 50<m+n≤150. In certain embodiments, m is 1. In certain embodiments, m is 2. In certain embodiments, m is 3. In certain embodiments, m is 4. In certain embodiments, m is 5.

In certain embodiments, each M is a 2'-O-methyl-3'-thioPACE ribonucleotide, m is selected from an integer between 1 and 10, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, each M is a 2'-O-methyl-3'-thioPACE ribonucleotide, m is selected from an integer between 1 and 5, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, each M is a 2'-O-methyl-3'-thioPACE ribonucleotide, m is selected from an integer between 2 and 5, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 148, provided 50<m+n≤150. In certain embodiments, m is 1. In certain embodiments, m is 2. In certain embodiments, m is 3. In certain embodiments, m is 4. In certain embodiments, m is 5.

In certain embodiments, each M is a 2'-O-methyl ribonucleotide, m is selected from an integer between 1 and 40, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, each M is a 2'-O-methyl ribonucleotide, m is selected from an integer between 1 and 25, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, each M is a 2'-O-methyl ribonucleotide, m is selected from an integer

between 1 and 20, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, m is 1. In certain embodiments, m is 2. In certain embodiments, m is 3. In certain embodiments, m is 4. In certain embodiments, m is 5. In certain embodiments, m is 10. In certain embodiments, m is 15. In certain embodiments, m is 20. In certain embodiments, m is 30. In certain embodiments, m is 40.

In certain embodiments, each M is a 2'-deoxynucleotide, m is selected from an integer between 1 and 30, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, each M is a 2'-deoxynucleotide, m is selected from an integer between 1 and 20, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, m is 5. In certain embodiments, m is 10. In certain embodiments, m is 15. In certain embodiments, m is 20. In certain embodiments, m is 30.

In certain embodiments, each M is a 2'-O-methyl-3'-P(S) ribonucleotide, m is selected from an integer between 1 and 10, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, each M is a 2'-O-methyl-3'-P(S) ribonucleotide, m is selected from an integer between 1 and 5, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, m is 1. In certain embodiments, m is 2. In certain embodiments, m is 3. In certain embodiments, m is 4. In certain embodiments, m is 5.

In certain embodiments, each M is a Z nucleotide, m is selected from an integer between 1 and 10, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, each M is a Z nucleotide, m is selected from an integer between 1 and 5, each N is independently selected from the group consisting of A, U, C, and G, and n is selected from an integer between 1 and 149, provided 50<m+n≤150. In certain embodiments, m is 1. In certain embodiments, m is 2. In certain embodiments, m is 3. In certain embodiments, m is 4. In certain embodiments, m is 5.

In certain embodiments, the modification is a stability-altering modification. In certain embodiments, the modification increases nuclease resistance of the guide RNA relative to a guide RNA without the modification, thus it enhances the guide RNA stability. In certain embodiments, the stability-altering modification is a stability-enhancing modification. For example, in certain embodiments, the stability-enhancing modification comprises a 2'-O-methyl or a 2'-O—C$_{1-4}$alkyl nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-halo nucleotide, such as 2'-F, 2'-Br, 2'-Cl, or 2'-I. In certain embodiments, the stability-enhancing modification comprises a 2'MOE or a 2'-O—C$_{1-3}$alkyl-O—C$_{1-3}$alkyl. In certain embodiments, the stability-enhancing modification comprises a 2'-NH$_2$ nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-H (or 2'-deoxy) nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-arabino or a 2'-F-arabino. In certain embodiments, the stability-enhancing modification comprises a 4'-thioribosyl sugar moiety. In certain embodiments, the stability-enhancing modification

comprises a 3'-phosphorothioate group. In certain embodiments, the stability-enhancing modification comprises a 3'-phosphonoacetate group. In certain embodiments, the stability-enhancing modification comprises a nucleotide containing a 3'-thiophosphonoacetate group. In certain embodiments, the stability-enhancing modification comprises a nucleotide containing a 3'-methylphosphonate group. In certain embodiments, the stability-enhancing modification comprises a nucleotide containing a 3'-bora-nophosphate group. In certain embodiments, the stability-enhancing modification comprises a nucleotide containing a 3'-phosphorodithioate group. In certain embodiments, the stability-enhancing modification comprises a locked nucleic acid ("LNA") nucleotide. In certain embodiments, the stability-enhancing modification comprises an unlocked nucleic acid ("ULNA") nucleotide.

In certain embodiments, the stability-enhancing modification comprises a 2'-O-methyl and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-O-methyl and a 3'-phosphonoacetate group on the same nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-O-methyl and a 3'-thiophosphonoacetate group on the same nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-fluoro and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-fluoro and a 3'-phosphonoacetate group on the same nucleotide. In certain embodiments, the stability-enhancing modification comprises a 2'-fluoro and a 3'-thio-phosphonoacetate group on the same nucleotide.

In certain embodiments, the modification is a specificity-altering modification. In some embodiments, specificity enhancement may be achieved by enhancing on-target binding and/or cleavage, or reducing off-target binding and/or cleavage, or a combination of both. In some other embodiments, specificity reduction may be achieved, for example, by reducing on-target binding and/or cleavage, or increasing off-target binding and/or cleavage, or a combination of both.

In certain embodiments, the specificity-altering modification comprises a 2'-O-methyl. In certain embodiments, the specificity-altering modification comprises a 2'-halo, such as 2'-fluoro.

In certain embodiments, the specificity-altering modification comprises a 2-thiouracil base (2-thioU). In certain embodiments, the specificity-altering modification comprises 2-thioC. In certain embodiments, the specificity-altering modification comprises 4-thioU. In certain embodiments, the specificity-altering modification comprises 6-thioG. In certain embodiments, the specificity-altering modification comprises 2-aminoA. In certain embodiments, the specificity-altering modification comprises a 2-aminopurine. In certain embodiments, the specificity-altering modification comprises pseudouracil. In certain embodiments, the specificity-altering modification comprises hypoxanthine. In certain embodiments, the specificity-altering modification comprises 7-deazaguanine. In certain embodiments, the specificity-altering modification comprises 7-deaza-8-azaguanine. In certain embodiments, the specificity-altering modification comprises 7-deazaadenine. In certain embodiments, the specificity-altering modification comprises 7-deaza-8-azaadenine. In certain embodiments, the specificity-altering modification comprises 5-methylC. In certain embodiments, the specificity-altering modification comprises 5-methylU. In certain embodiments, the specificity-altering modification comprises 5-hydroxymethylcytosine. In certain embodiments, the specificity-altering modification

Synthego EX1001.039

comprises 5-hydroxymethyluracil. In certain embodiments, the specificity-altering modification comprises 5,6-dehydrouracil. In certain embodiments, the specificity-altering modification comprises 5-propynylcytosine. In certain embodiments, the specificity-altering modification comprises 5-propynyluracil. In certain embodiments, the specificity-altering modification comprises 5-ethynylcytosine. In certain embodiments, the specificity-altering modification comprises 5-ethynyluracil. In certain embodiments, the specificity-altering modification comprises 5-allylU. In certain embodiments, the specificity-altering modification comprises 5-allylC. In certain embodiments, the specificity-altering modification comprises 5-aminoallylU. In certain embodiments, the specificity-altering modification comprises 5-aminoallylC. In certain embodiments, the specificity-altering modification comprises an abasic nucleotide. In certain embodiments, the specificity-altering modification comprises a Z base. In certain embodiments, the specificity-altering modification comprises P base. In certain embodiments, the specificity-altering modification comprises a UNA base. In certain embodiments, the specificity-altering modification comprises isoC. In certain embodiments, the specificity-altering modification comprises isoG. In certain embodiments, the specificity-altering modification comprises 5-methyl-pyrimidine. In certain embodiments, the specificity-altering modification comprises x(A,G,C,T). In certain embodiments, the specificity-altering modification comprises y(A,G,C,T).

In certain embodiments, the specificity-altering modification comprises a phosphorothioate internucleotide linkage. In certain embodiments, the specificity-altering modification comprises a phosphonoacetate internucleotide linkage. In certain embodiments, the specificity-altering modification comprises a thiophosphonoacetate internucleotide linkage. In certain embodiments, the specificity-altering modification comprises a methylphosphonate internucleotide linkage. In certain embodiments, the specificity-altering modification comprises a boranophosphate internucleotide linkage. In certain embodiments, the specificity-altering modification comprises a phosphorodithioate internucleotide linkage. In certain embodiments, the specificity-altering modification comprises a ULNA. In certain embodiments, the specificity-altering modification comprises an LNA.

In certain embodiments, the modification alters RNA base pairing by, for example, altering the melting temperature (Tm) of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification lowers the Tm of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification raises the Tm of the guide RNA relative to a guide RNA without the modification.

In certain embodiments, the specificity-altering modification lowers the Tm of a base pairing interaction. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is a 2'-deoxy, as it is well-known in the art that DNA/DNA base pairs have lower Tm than their respective counterpart in RNA/DNA duplexes. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is 2-thiouracil, which slightly lowers Tm of G-U wobble pair. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is a phosphorothioate internucleotide linkage or a phosphorodithioate internucleotide linkage, which lower the Tm by ~0.5° C. per modification. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is a boranophosphonate internucleotide linkage,

which lowers the Tm by ~0.5-0.8° C. per modification. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is a phosphonoacetate internucleotide linkage, which lowers the Tm by ~1.3° C. per modification. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is unlocked nucleic acid ("ULNA"), which lowers the Tm by ~5-8° C. per modification. In certain embodiments, the modification that lowers the Tm of the base pairing interaction is 2'-O-methyl-3'-methylphosphonate.

In certain embodiments, the specificity-altering modification raises the Tm of a base pairing interaction. In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 2'-O-methyl, which raises Tm by ~0.5-0.7° C. per modification. In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 2'-F, which raises Tm by ~1° C. per modification. In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 2-thiouracil, which raises Tm of A-U pair (and, as noted above, slightly lowers Tm of G-U wobble pair). In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 4-thiouracil, which raises Tm of G-U wobble pair and slightly raises Tm of A-U pair. In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 2-amino-adenine, which raises Tm of its base pairing with U by ~1° C. per modification. In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 5-methyl-uracil (5-methylU) (see, e.g., Wang & Kool (1995) *Biochemistry*, 34, 4125-32). In certain embodiments, the modification that raises the Tm of the base pairing interaction is a 5-methyl-cytosine (5-methylC). In certain embodiments, the modification that raises the Tm of the base pairing interaction is a locked nucleic acid ("LNA"), which raises Tm by 2-10° C. per modification.

In certain embodiments, the modification alters transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification increases transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification decreases transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification neutralizes the anionic charge on phosphate to allow passive diffusion into cells. In certain embodiments, the charge-neutralizing modification comprises a phosphonoacetate alkyl ester internucleotide linkage, such as a phosphonoacetate methyl ester internucleotide linkage.

In certain embodiments, the modification alters the immunostimulatory effect of the guide RNA relative to a guide RNA without the modification. It was initially discovered that unmethylated bacterial DNA and synthetic analogs thereof are ligands for TLR9 (see Hemmi et al. (2000) *Nature*, 408, 740-5). The stimulation of TLR9 can be mitigated in the dinucleotide motif for example by modifying the C and G residues. The use of 5-methylcytosine, 2-aminocytosine, 2-thiocytosine, 5-methylisocytosine, P nucleobase (6-(β-D-2'-Deoxyribofuranosyl)-3,4-dihydro-8H-pyrimido[4,5-c][1,2]oxazin-7-one), and 2'-O-methylcytosine all result in loss or decrease in TLR9 stimulation. In certain embodiments, use of 6-thioguanine, 2,6-diaminopurine, 2-aminopurine, xanthosine, inosine, 7-deazaxanthosine, isoguanine, 8-oxoguanine, nebularine, 8-bromoguanine, K-nucleobase (2-amino-N-methoxyadenosine), and/or 2'-O-methylguanine can result in loss or decrease in TLR9 stimulation. In some embodiments, use of phosphodiester

Synthego EX1001.040

modifications can lower or eliminate the TLR9 response. Typically, synthetically incorporated phosphorothioates can decrease the TLR9 response to a limited extent, as is thought to result from the presence of two stereoisomers of each phosphorothioate in synthetic RNA. However, it has been shown that phosphorothioate-modified DNA lacking CpG motifs stimulate TLR9 to a rather small extent. The negative charge on the phosphorus is an important element for recognition by TLR9 and therefore removing the negative charge using alkylphosphonates can result in loss or decrease in TLR9 stimulation. The use of phosphonoacetate (PACE) internucleotide linkages between deoxynucleosides in 5' and 3' terminal sequences can significantly increase the TLR9 response; however, the use of thiophosphonoacetate (thioPACE) internucleotide linkages between deoxynucleosides in 5' and 3' terminal sequences can result in loss or decrease in TLR9 stimulation. In certain embodiments, use of sugar modifications that favor C3'-endo conformation such as 2'-O-methyl modifications can be incorporated at 5' and 3' termini to decrease the TLR9 response. TLR 7 and TLR8 can be stimulated by molecules containing 7-deaza-aguanine and by single-stranded RNA (see, e.g., Heil et al. (2004) *Science,* 303, 1526-9). TLR3 has been implicated in cellular immunoresponses to virus-derived double-stranded RNA. In certain embodiments, these TLR responses can be mitigated (for example by using 2'-O-methyl modifications, modified phosphodiester linkages containing sulfur, or modifications that decrease internucleotide negative charge such as methylphosphonate and/or phosphonoacetate internucleotide linkages.

In certain embodiments, the modification enhances stability and specificity of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification enhances stability and transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification enhances specificity and transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, the modification enhances the overall efficacy of the guide RNA relative to a guide RNA without the modification.

## C. Guide RNA with a Combination of Modifications

In one aspect, the present technology provides a guide RNA having a combination of two or more modifications.

In certain embodiments, the two modifications are on the same nucleotide (for example, one nucleotide comprises a 2'-O-methyl and a 3'-thiophosphonoacetate moiety). In other embodiments, the two modifications are on two different nucleotides (for example, one nucleotide has a 2-thioU base and another nucleotide has a 2'-O-methyl group).

In certain embodiments, each modification in the guide RNA is the same. In certain embodiments, at least one modification in the guide RNA is different from at least one other modification in the guide RNA. In certain embodiments, a single nucleotide within the guide RNA possesses two or more modifications.

In certain embodiments, the guide RNA comprises a combination of different types of modifications, and at least one type in the combination exists in multiple places in the guide RNA In certain embodiments, at least one type in the combination appears 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 times in the guide RNA.

In certain embodiments, at least one type of the modifications in the combination appears in two or more modified

nucleotides. In certain embodiments, at least one type of the modifications in the combination appears in three or more modified nucleotides. In certain embodiments, the modified nucleotides are not arranged contiguously in the sequence, or at least not entirely, as one or more unmodified nucleotides may intercede. In certain embodiments, the modified nucleotides are arranged contiguously. In certain embodiments, the guide RNA comprises a stretch of contiguous modified nucleotides of the same type. In certain embodiments, the stretch has at least 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, or 40 modified nucleotides.

In certain embodiments, at least one type of the modifications in the combination is within the 5' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the first five (5) nucleotides of the 5' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the first three (3) nucleotides of the 5' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the 3' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the last five (5) nucleotides of the 3' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the last three (3) nucleotides of the 3' portion of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA.

In certain embodiments, at least one type of the modifications in the combination is incorporated in the 5' portion or 3' portion of the guide RNA, particularly within the first 5 or 10 nucleotides of the 5' portion or within the last 5 or 10 nucleotides of the 3' portion to, for example, protect the RNA from degradation by nucleases or for other purposes. In certain embodiments, at least one type of the modifications in the combination is in the 5' portion and at least one type of the modifications in the combination is in the 3' portion of the guide RNA, particularly within the first 5 or 10 nucleotides of the 5' portion and within the last 5 or 10 nucleotides of the 3' portion to, for example, protect the RNA from degradation by nucleases or for other purposes. In certain embodiments, a guide RNA comprises 20 or fewer, alternatively 15 or fewer, alternatively 15 or fewer, alternatively 10 or fewer, alternatively 5 or fewer, alternatively 3 or fewer deoxyribonucleotide residues in the 5' portion of the guide RNA.

In certain embodiments, at least one type of the modifications in the combination is within the crRNA segment of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the guide sequence of the crRNA. In certain embodiments, at least one type of the modifications in the combination is within the first five (5) nucleotides of the crRNA segment. In certain embodiments, at least one type of the modifications in the combination is within the first three (3) nucleotides of the crRNA segment. In certain embodiments, at least one type of the modifications in the combination is within the tracrRNA segment of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the last five (5) nucleotides of the tracrRNA segment of the guide RNA. In certain embodiments, at least one type of the modifications in the combination is within the last three (3) nucleotides of the tracrRNA segment of the guide RNA.

Synthego EX1001.041

In certain embodiments, a first type of modification in the combination is within the 5′ portion of the guide RNA and a second type of modification in the combination is within the internal region (i.e., between the 5′ end and the 3′ end) of the guide RNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the 5′ portion of the guide RNA. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the 5′ portion of the guide RNA.

In certain embodiments, a first type of modification in the combination is within the internal region (i.e., between the 5′ end and the 3′ end) of the guide RNA and a second type of modification in the combination is within the 3′ portion of the guide RNA. In certain embodiments, the second type of modification is within the last five (5) nucleotides of the 3′ portion of the guide RNA. In certain embodiments, the second type of modification is within the last three (3) nucleotides of the 3′ portion of the guide RNA.

In certain embodiments, a first type of modification in the combination is within the 5′ portion of the guide RNA and a second type of modification in the combination is within the 3′ portion of the guide RNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the 5′ portion of the guide RNA. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the 5′ portion of the guide RNA. In certain embodiments, the second type of modification is within the last five (5) nucleotides of the 3′ portion of the guide RNA. In certain embodiments, the second type of modification is within the last three (3) nucleotides of the 3′ portion of the guide RNA.

In certain embodiments, a first type of modification in the combination is within the 5′ portion of the guide RNA, a second type of modification in the combination is within the internal region (i.e., between the 5′ end and the 3′ end) of the guide RNA, and a third type of modification in the combination is within the 3′ portion of the guide RNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the 5′ portion of the guide RNA. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the 5′ portion of the guide RNA. In certain embodiments, the third type of modification is within the last five (5) nucleotides of the 3′ portion of the guide RNA. In certain embodiments, the third type of modification is within the last three (3) nucleotides of the 3′ portion of the guide RNA.

In certain embodiments, a first type of modification in the combination is within the crRNA segment of the guide RNA and a second type of modification in the combination is within the tracr segment. In certain embodiments, the first type of modification is within the guide sequence of the crRNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the crRNA segment. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the crRNA segment. In certain embodiments, the second type of modification is within the last five (5) nucleotides of the tracrRNA segment of the guide RNA. In certain embodiments, the second type of modification is within the last three (3) nucleotides of the tracrRNA segment of the guide RNA.

In certain embodiments, a first type and a second type of modification in the combination are within the crRNA segment of the guide RNA. In certain embodiments, the first type of modification is within the guide sequence of the crRNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the crRNA

segment. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the crRNA segment.

In certain embodiments, a first type and a second type of modification in the combination are within the crRNA segment of the guide RNA and a third type of modification in the combination is within the tracr segment. In certain embodiments, the first type of modification is within the guide sequence of the crRNA. In certain embodiments, the first type of modification is within the first five (5) nucleotides of the crRNA segment. In certain embodiments, the first type of modification is within the first three (3) nucleotides of the crRNA segment. In certain embodiments, the third type of modification is within the last five (5) nucleotides of the tracrRNA segment of the guide RNA. In certain embodiments, the third type of modification is within the last three (3) nucleotides of the tracrRNA segment of the guide RNA.

In certain embodiments, at least one of the modifications in the combination comprises an end modification, such as a 5′ end modification or a 3′ end modification as described above. In certain embodiments, the end modification comprises dimethoxytrityl.

In certain embodiments, at least one of the modifications in the combination comprises a modified base. In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, or 40 modified bases. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified bases. In certain embodiments, all bases in a gRNA are modified.

In certain embodiments, at least one of the modifications in the combination comprises a modified sugar. In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, or 40 modified sugars. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified sugars. In certain embodiments, all sugars in a gRNA are modified.

In certain embodiments, at least one of the modifications in the combination comprises a modified backbone (i.e., an internucleotide linkage other than a natural phosphodiester). In certain embodiments, the modified gRNA comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, or 40 modified internucleotide linkages. In other embodiments, the modified gRNA comprises at least 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, 110, 120, 130 or 140 modified internucleotide linkages. In certain embodiments, all internucleotide linkages in a gRNA are modified.

In certain embodiments, at least one of the modifications in the combination comprises a 2′-O-methyl, a 2′-fluoro, a 2′-amino, a 2′-deoxy, a 2′-arabino, a 2′-F-arabino, a 2′-thiouracil, a 2-aminoadenine, a 5-methylcytosine, a 5-aminoallyluracil, a Z base, a 3′-phosphorothioate, a 3′-phosphonoacetate, a 3′-phosphonoacetate ester, a 3′-thiophosphonoacetate, a 3′-thiophosphonoacetate ester, a 3′-methylphosphonate, a 3′-boranophosphonate, a 3′-phosphorodithioate, or combinations thereof. In certain embodiments, at least one of the modifications in the combination comprises a 2′-O-methyl, a 2′-deoxy, a Z base, a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a thiophosphonoacetate internucleotide linkage, or combinations thereof. In certain embodiments, at least one of the modifications in the combination comprises a 2′-F, a

Synthego EX1001.042

2-thioU, a 4-thioU, a 2-aminoA, a 5-methylC, a 5-methylU, a 5-aminoallylU, or combinations thereof. In certain embodiments, at least one of the modifications in the combination is an "end" modification such as terminal phosphate, a PEG, a terminal amine, a terminal linker such as a hydrocarbon linker, a substituted hydrocarbon linker, a squarate linker, a triazolo linker, an internal linker such as 2-(4-butylamidofluorescein)propane-1,3-diol bis(phosphodiester) linker, a linker conjugated to a dye, a linker conjugated to a non-fluorescent label, a linker conjugated to a tag or a linker conjugated to a solid support such as for example a bead or microarray. In certain embodiments, at least two of the modifications in the combination comprise a 2'-O-methyl nucleotide and phosphorothioate internucleotide linkage, a 2'-O-methyl nucleotide and phosphonoacetate internucleotide linkage, or a 2'-O-methyl nucleotide and thiophosphonoacetate internucleotide linkage. In certain embodiments, at least two of the modifications in the combination comprise a 2'-O-methyl nucleotide and phosphonocarboxylate internucleotide linkage, a 2'-O-methyl nucleotide and phosphonocarboxylate ester internucleotide linkage, a 2'-O-methyl nucleotide and thiophosphonocarboxylate internucleotide linkage, a 2'-O-methyl nucleotide and thiophosphonocarboxylate ester internucleotide linkage, or combinations thereof. In other embodiments, the modifications in the combination further comprise a 2-thiouracil, 2-thiocytosine, 4-thiouracil, 6-thioguanine, 2-aminoadenine, 2-aminopurine, pseudouracil, inosine, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-methylcytosine, 5-methyluracil, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allyluracil, 5-allylcytosine, 5-aminoallyluracil, 5-aminoallyl-cytosine, or an abasic nucleotide.

In certain embodiments, at least one of the modifications in the combination comprises a 2'-O-methyl-3'-phosphorothioate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-O-methyl-3'-phosphonoacetate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-O-methyl-3'-thiophosphonoacetate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-halo-3'-phosphorothioate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-halo-3'-phosphonoacetate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-halo-3'-thiophosphonoacetate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-fluoro-3'-phosphorothioate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-fluoro-3'-phosphonoacetate. In certain embodiments, at least one of the modifications in the combination comprises a 2'-fluoro-3'-thiophosphonoacetate. Possible combinations of at least two or three modifications are represented in FIG. 6 and FIG. 7 respectively and are incorporated herein by reference.

In certain embodiments, the guide RNA comprises an oligonucleotide represented by Formula (III) or Formula (IV):

$$W\text{—}Y\text{—}Q \qquad (III); \text{ or}$$

$$Y\text{—}W\text{—}X\text{—}Q \qquad (IV)$$

wherein Q and W each independently represent a nucleotide or a stretch of nucleotides of the oligonucleotide com-

prising at least one modification and Y and X each independently represent an unmodified portion of the oligonucleotide.

In certain embodiments, W is within the 5' portion of the guide RNA. In certain embodiments, W is at least partially within the first five (5) nucleotides of the 5' portion of the guide RNA. In certain embodiments, W is at least partially within the first three (3) nucleotides of the 5' portion of the guide RNA. In certain embodiments, W is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA.

In certain embodiments, Q is within the 3' portion of the guide RNA. In certain embodiments, Q is at least partially within the last five (5) nucleotides of the 3' portion of the guide RNA. In certain embodiments, Q is at least partially within the last three (3) nucleotides of the 3' portion of the guide RNA. In certain embodiments, Q is within the internal region (i.e., between the 5' end and the 3' end) of the guide RNA.

In certain embodiments, W comprises an end modification as described above, such as a 5' and or a 3' end modification. In certain embodiments, the end modification comprises dimethoxytrityl.

In certain embodiments, at least one of W or Q comprises a modified base as described above. In certain embodiments, at least one of W or Q comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, or 50 modified bases. In certain embodiments, at least one of W or Q comprises more than one modified base, such as 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 modified bases.

In certain embodiments, at least one of W or Q comprises a modified sugar as described above. In certain embodiments, at least one of W or Q comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, or 50 modified sugars. In certain embodiments, at least one of W or Q comprises more than one, such as 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 modified sugars.

In certain embodiments, at least one of W or Q comprises a modified backbone (i.e., an internucleotide linkage other than a phosphodiester) as described above. In certain embodiments, at least one of W or Q comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, or 50 modified internucleotide linkages. In certain embodiments, at least one of W or Q comprises more than one, such as 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 modified internucleotide linkages.

In certain embodiments, at least one of W or Q comprises a 2'-O-methyl nucleotide, a 2'-F nucleotide, a 2'-amino nucleotide, a 2'-deoxy nucleotide, a 2-thiouridine nucleotide, a 2-aminoadeosine nucleotide, a 6-thioguanosine nucleotide, a 5-methylcytidine nucleotide, a 5-aminoallyluridine nucleotide, a Z nucleotide, or a 3'-phosphorothioate internucleotide linkage, a 3'-phosphorothioate internucleotide linkage, a 3'-phosphonoacetate internucleotide linkage, a 3'-phosphonoacetate ester internucleotide linkage, a 3'-thiophosphonoacetate internucleotide linkage, a 3'-thiophosphonoacetate ester internucleotide linkage, a 3'-methylphosphonate internucleotide linkage, a 3'-boranophosphonate internucleotide linkage, a 3'-phosphorodithioate internucleotide linkage, or combinations thereof.

Synthego EX1001.043

In certain embodiments, at least one of W or Q comprises a 2'-O-methyl and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, at least one of W or Q comprises a 2'-O-methyl and a 3'-phosphonoacetate group linkage on the same nucleotide. In certain embodiments, at least one of W or Q comprises a 2'-O-methyl and 3'-thiophosphonoacetate group on the same nucleotide. In certain embodiments, at least one of W or Q comprises a 2'-F and a 3'-phosphorothioate group on the same nucleotide. In certain embodiments, at least one of W or Q comprises a 2'-F and a 3'-phosphonoacetate group linkage on the same nucleotide. In certain embodiments, at least one of W or Q comprises a 2'-F and 3'-thiophosphonoacetate group on the same nucleotide.

In certain embodiments, at least one of W or Q comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 or 20 modified nucleotides. In certain embodiments, each of the modified nucleotides within at least one of W or Q comprises the same modification or modifications. In certain embodiments, W comprises a modified nucleotide that is different than a modified nucleotide in Q. In certain embodiments, at least one of W or Q comprises two or more modified nucleotides. In certain embodiments, at least one of W or Q comprises three or more modified nucleotides. In certain embodiments, the modified nucleotides are not arranged contiguously in the sequence, or at least not entirely, as one or more unmodified nucleotides may intercede. In certain embodiments, the modified nucleotides are arranged contiguously. In certain embodiments, at least one of W or Q comprises at least one contiguous stretch of modified nucleotides. In certain embodiments, at least one of W or Q comprises a contiguous stretch of at least three (3) modified nucleotides. In certain embodiments, at least one of W or Q comprises a contiguous stretch of at least four (4) modified nucleotides. In certain embodiments, at least one of W or Q comprises a contiguous stretch of at least five (5) modified nucleotides.

In certain embodiments, the guide RNA comprises a nucleotide sequence of Formula (V) or Formula (VI):

$$M_m N_n M'_{m'} N'_{n'}$$ (Formula V); or

$$M_m N_n M'_{m'} N'_{n'} M''_{m''}$$ (Formula VI)

wherein each M independently represents a modified ribonucleotide;

wherein each N independently represents an unmodified ribonucleotide;

wherein each M' independently represents a modified ribonucleotide;

wherein each N' independently represents an unmodified ribonucleotide;

wherein each M" independently represents a modified ribonucleotide;

wherein m is an integer between 0 and 40, n is an integer between 0 and 130, m' is an integer between 0 and 10, n' is an integer between 0 and 130, m" is an integer between 0 and 10, provided that m+m'+m" is greater than or equal to 1 and $50 < m+n+m'+n'+m'' \leq 150$.

In certain embodiments, each M is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, and a 2'-deoxynucleotide. In certain embodiments, each M is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, and a 2'-O-methyl-3'-thioPACE ribonucleotide. In

certain embodiments, each M is independently selected from the group consisting of a 2'-O-methyl-3'-PACE ribonucleotide and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, where m>1, any given M is the same or different from any other M. In certain embodiments, where m>1, each M comprises the same modification or modifications.

In certain embodiments, each M' is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, and a 2'-deoxynucleotide. In certain embodiments, each M' is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M' is independently selected from the group consisting of a 2'-O-methyl-3'-PACE ribonucleotide and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, where m'>1, any given M' is the same or different from any other M'. In certain embodiments, where m'>1, each M' comprises the same modification or modifications.

In certain embodiments, each M" is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, and a 2'-deoxynucleotide. In certain embodiments, each M" is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M" is independently selected from the group consisting of a 2'-O-methyl-3'-PACE ribonucleotide and a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, where m">1, any given M" is the same or different from any other M". In certain embodiments, where m">1, each M" comprises the same modification or modifications.

In certain embodiments, each M is a 2'-O-methyl-3'-PACE ribonucleotide; m is selected from an integer between 1 and 10; each N is independently selected from the group consisting of A, U, C, and G; n is selected from an integer between 10 and 130; each M' is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S)ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, a 2'-deoxynucleotide, and a Z nucleotide; m' is selected from an integer between 1 and 10; each N' is independently selected from the group consisting of A, U, C, and G; and n' is selected from an integer between 0 and 130. In certain embodiments, each M' is a 2'-O-methyl-3'-PACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-P(S) ribonucleotide. In certain embodiments, each M' is a Z nucleotide.

In certain embodiments, each M is a 2'-O-methyl-3'-thioPACE ribonucleotide; m is selected from an integer between 1 and 10; each N is independently selected from the group consisting of A, U, C, and G; n is selected from an integer between 10 and 130; each M' is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, a 2'-deoxynucleotide, and a Z nucleotide; m' is selected from an integer between 1 and 10; each N is

Synthego EX1001.044

independently selected from the group consisting of A, U, C, and G; and n' is selected from an integer between 0 and 130. In certain embodiments, each M' is a 2'-O-methyl-3'-PACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-P(S) ribonucleotide. In certain embodiments, each M' is a Z nucleotide.

In certain embodiments, each M is a 2'-O-methyl-3'-P(S) ribonucleotide; m is selected from an integer between 1 and 10; each N is independently selected from the group consisting of A, U, C, and G; n is selected from an integer between 10 and 130; each M' is independently selected from the group consisting of a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, a 2'-deoxynucleotide, and a Z nucleotide; m' is selected from an integer between 1 and 10; each N is independently selected from the group consisting of A, U, C, and G; and n' is selected from an integer between 0 and 130. In certain embodiments, each M' is a 2'-O-methyl-3'-PACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl ribonucleotide. In certain embodiments, each M' is a 2'-O-methyl-3'-P(S)ribonucleotide. In certain embodiments, each M' is a Z nucleotide.

In certain embodiments, each M is independently selected from the group consisting of a 2'-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, a 2'-deoxynucleotide, and a Z nucleotide; m is selected from an integer between 0 and 10; each N is independently selected from the group consisting of A, U, C, and G; n is selected from an integer between 10 and 15; each M' is a 2'-O-methyl ribonucleotide; m' is selected from an integer between 1 and 5; each N is independently selected from the group consisting of A, U, C, and G; and n' is selected from an integer between 0 and 130. In certain embodiments, each M is a 2'-O-methyl-3'-PACE ribonucleotide. In certain embodiments, each M is a 2'-O-methyl-3'-thioPACE ribonucleotide. In certain embodiments, each M is a 2'-O-methyl ribonucleotide. In certain embodiments, each M is a 2'-O-methyl-3'-P(S)ribonucleotide. In certain embodiments, m is 0; n is selected from an integer between 10 and 15, m' is selected from an integer between 1 and 5; and n' is selected from an integer between 0 and 130.

In certain embodiments, at least one of the modifications in the combination is a stability-altering modification. In certain embodiments, at least one of the modifications in the combination increases nuclease resistance of the guide RNA relative to a guide RNA without the modification, thus it enhances the stability of the guide RNA.

In certain embodiments, at least one of the modifications in the combination is a stability-enhancing modification as described above.

In certain embodiments, at least one of the modifications in the combination is a specificity-altering modification as described above.

In certain embodiments, at least one of the modifications in the combination alters RNA base pairing. In certain embodiments, at least one of the modifications in the combination lowers the Tm of a base pairing interaction as described above. In certain embodiments, at least one of the modifications in the combination raises the Tm of a base pairing interaction as described above.

In certain embodiments, at least one of the modifications in the combination alters transfection efficiency of the guide

RNA relative to a guide RNA without the modification. In certain embodiments, at least one of the modifications in the combination increases transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, at least one of the modifications in the combination decreases transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, at least one of the transfection-increasing modifications in the combination comprises a phosphonoacetate alkyl ester internucleotide linkage, such as a phosphonoacetate methyl ester internucleotide linkage.

In certain embodiments, at least one of the modifications in the combination enhances stability and specificity of the guide RNA relative to a guide RNA without the modification. In certain embodiments, at least one of the modifications in the combination enhances stability and transfection efficiency of the guide RNA relative to a guide RNA without the modification. In certain embodiments, at least one of the modifications in the combination enhances specificity and transfection efficiency of the guide RNA relative to a guide RNA without the modification.

In certain embodiments, at least one of the modifications in the combination alters the secondary structure of the guide RNA. This modification alters the base-pairing of any of the RNA/RNA internal duplexes in the guide RNA. Some of these modifications increase the base pairing of the RNA/RNA structure or alternatively increase the Tm of the RNA/RNA duplex, whereas other modifications decrease the base pairing (or Tm) of the RNA/RNA duplex or duplexes. Such modifications include base modified nucleotides, particularly UNA nucleotides such as the 2-thiouridine and 2-aminoadenosine pair, the Z/P nucleotide pair, the isoC/isoG pair, the 6-thioG/5-methylpyrimidine pair, and nucleotides with modifications on the sugar or the internucleotide linkages as discussed before.

In certain embodiments, the combination includes at least one modification or a set of modifications that increases nucleases resistance (i.e., stability) with at least one modification or a set of modifications that increases specificity (i.e., reduces off-target effects). In certain embodiments, the combination includes at least one modification or a set of modifications that increases nucleases resistance (i.e., stability) with at least one modification or a set of modifications that raises the Tm of some bases pairing in the guide RNA. In certain embodiments, the combination includes at least one modification or a set of modifications that increases nucleases resistance (i.e., stability) with at least one modification or a set of modifications that lowers the Tm of some bases pairing of the guide RNA. In certain embodiments, the combination includes at least one modification or a set of modifications that increases nuclease resistance (i.e., stability), at least one modification or a set of modifications that increases the Tm of some bases paring in the guide RNA, and at least one modification or a set of modifications that decreases the Tm of some base paring elsewhere in the guide RNA. In certain embodiments, the combination includes at least one modification or a set of modifications that increases nuclease resistance (i.e., stability) and at least one modification or a set of modifications that increases the binding of the guide RNA to Cas protein. In certain embodiments, the combination includes at least one modification or a set of modifications that increases nuclease resistance (i.e., stability) and at least one modification or a set of modifications that decreases the binding of the guide RNA to Cas protein.

Synthego EX1001.045

46

In certain embodiments, the guide RNA comprises a combination of the different types of modifications.

### D. Guide RNA Structure

In certain embodiments, the guide RNA is able to form a complex with a CRISPR-associated-protein. In certain embodiments, the CRISPR-associated protein is provided by or is derived from a CRISPR-Cas type II system, which has an RNA-guided polynucleotide binding and/or nuclease activity. In certain embodiments, the CRISPR-associated protein is Cas9, a Cas9 mutant, or a Cas9 variant. In certain embodiments, the CRISPR-associated protein is the Cas9 nuclease from *Streptococcus pyogenes*. In certain embodiments, the CRISPR-associated protein is the Cas9 nuclease from *Streptococcus thermophilus*. In certain embodiments, the CRISPR-associated protein is the Cas9 nuclease from *Staphylococcus aureus*. In certain embodiments, the synthetic guide RNA or a synthetic guide RNA:CRISPR-associated protein complex maintains functionality of natural guide RNA or a complex that does not have modified nucleotides. In certain embodiments, the functionality includes binding a target polynucleotide. In certain embodiments, the functionality includes nicking a target polynucleotide. In certain embodiments, the functionality includes cleaving a target polynucleotide. In certain embodiments, the target polynucleotide is within a nucleic acid in vitro. In certain embodiments, the target polynucleotide is within the genome of a cell in vivo or in vitro (such as in cultured cells or cells isolated from an organism). In certain embodiments, the target polynucleotide is a protospacer in DNA.

In certain embodiments, the crRNA segment comprises from 25 to 80 nucleotides. In certain embodiments, the crRNA segment comprises a guide sequence that is capable of hybridizing to a target sequence. In certain embodiments, the guide sequence is complementary to the target sequence or a portion thereof. In certain embodiments, the guide sequence comprises from 15 to 30 nucleotides. In certain embodiments, the crRNA segment comprises a stem sequence. In certain embodiments, the stem sequence comprises from 10 to 50 nucleotides. In certain embodiments, the crRNA segment comprises a 5'-overhang sequence. In certain embodiments, the 5'-overhang sequence comprises from 1 to 10 nucleotides, alternatively 1 to 5 nucleotides, alternatively 1, 2 or 3 nucleotides. In certain embodiments, the crRNA comprises both (i) a guide sequence that is capable of hybridizing to a target sequence and (ii) a stem sequence. In certain embodiments, the crRNA comprises (i) a 5'-overhang sequence, (ii) a guide sequence that is capable of hybridizing to a target sequence, and (iii) a stem sequence. In certain embodiments wherein the crRNA segment comprises a stem sequence, the tracrRNA segment comprises a nucleotide sequence that is partially or completely complementary to the stem sequence of the crRNA segment. In certain embodiments, the tracrRNA segment comprises at least one more duplex structure.

In certain embodiments, the guide RNA is a single guide RNA. In certain embodiments, the guide RNA is a single guide RNA, wherein the crRNA segment and the tracrRNA segment are linked through a loop L. In certain embodiments, the loop L comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, or 10 nucleotides. In certain embodiments, the loop L comprises a nucleotide sequence of GNRA, wherein N represents A, C, G, or U and R represents A or G. In certain embodiments, the loop L comprises a nucleotide sequence of GAAA. In certain embodiments, the guide RNA comprises more than one loop.

The guide RNA comprises a 5' portion (i.e., the 5' half) and a 3' portion (i.e., the 3' half). In certain embodiments, the crRNA segment is 5' (i.e., upstream) of the tracrRNA segment. In certain embodiments, the tracrRNA segment is 5' relative to the crRNA segment.

In certain embodiments, the guide RNA comprises at least two separate RNA strands, for example, a crRNA strand and a separate tracrRNA strand. See, for example, FIG. **5**A. In certain embodiments, each of the strands is a synthetic strand comprising one or more modifications. In certain embodiments, at least one of the strands is a synthetic strand comprising one or more modifications. In certain embodiments, the strands function together to guide binding, nicking, or cleaving of a target polynucleotide by a Cas protein, such as Cas9. In certain embodiments, the crRNA sequence and the tracrRNA sequence are on separate stands and hybridize to each other via two complementary sequences to form a stem or duplex.

In certain embodiments, the guide RNA is a single guide RNA comprising a crRNA sequence and a tracrRNA sequence. See, for example, FIG. **5**B. In certain embodiments, the crRNA sequence and the tracrRNA sequence are connected by a loop sequence or "loop." In certain embodiments, a single guide RNA comprises a 5' portion and a 3' portion, wherein the crRNA sequence is upstream of the tracrRNA sequence.

In certain embodiments, the total length of the two RNA pieces can be about 50-220 (e.g., about 55-200, 60-190, 60-180, 60-170, 60-160, 60-150, 60-140, 60-130, and 60-120) nucleotides in length, such as about 60, 70, 80, 90, 100, 110, 120, 130, 140, 150, 160, 170, 180, 190, 200, or 220 nucleotides in length. Similarly, the single guide RNA (e.g., FIG. **5**B) can be about 50-220 (e.g., about 55-200, 60-190, 60-180, 60-170, 60-160, 60-150, 60-140, 60-130, and 60-120) nucleotides in length, such as about 60, 70, 80, 90, 100, 110, 120, 130, 140, 150, 160, 170, 180, 190, 200, or 220 nucleotides in length.

As shown in FIGS. **5**A and **5**B, the synthetic guide RNA comprises (i) a crRNA sequence that comprises (a) a guide sequence (e.g., segment $G_1$-$G_n$, where each G represents a nucleotide in the guide sequence) capable of hybridizing to a target sequence in a nucleic acid, (b) a first stem sequence (e.g., segment $X_1$-$X_n$, where each X represents a nucleotide in the first stem sequence) capable of hybridizing partially or completely to a second stem sequence, and, optionally (c) a 5'-overhang sequence (e.g., segment $O_1$-$O_n$, where each O represents a nucleotide in the overhang sequence), and (ii) a tracrRNA sequence that comprises the second stem sequence (e.g., segment $Y_1$-$Y_n$, where each Y represents a nucleotide in the second stem sequence). The tracrRNA sequence further comprises segment $T_1$-$T_n$, where each T represents a nucleotide in the tracrRNA sequence. The synthetic guide RNA shown in FIG. **5**A includes one or more modifications. Likewise, the synthetic guide RNA shown in FIG. **5**B includes one or more modifications. In certain embodiments, the modification is located at any point along the length of the crRNA, the tracrRNA, or the single guide RNA comprising a crRNA segment, a tracrRNA segment, and, optionally, a loop. In certain embodiments, any nucleotide represented by O, G, X, Y, or T in the synthetic guide RNA shown in FIGS. **5**A and **5**B may be a modified nucleotide. The guide RNA shown in FIG. **5**B represents a single guide RNA (sgRNA) where the crRNA segment and the tracrRNA segment are connected by a loop having the sequence GNRA, wherein N represents A, C, G, or U, and R represents A or G.

Synthego EX1001.046

In certain embodiments, the crRNA segment of the guide RNA is 25-70 (e.g., 30-60, 35-50, or 40-45) nucleotides in length. In certain embodiments, the guide sequence is 12-30 (e.g., 16-25, 17-20, or 15-18) nucleotides in length. In some embodiments, a 5' portion of the crRNA does not hybridize or only partially hybridizes with the target sequence. For example, there can be a 5'-overhang on the crRNA segment.

In certain embodiments, the single guide RNA comprises a central portion including the stem sequence of the crRNA segment, the stem sequence of the tracrRNA segment, and, optionally, a loop that covalently connects the crRNA segment to the tracrRNA segment. In certain embodiments, the central segment of the single guide RNA is 8-60 (e.g., 10-55, 10-50, or 20-40) nucleotides in length.

In certain embodiments, the tracrRNA segment of the guide RNA is 10-130 (e.g., 10-125, 10-100, 10-75, 10-50, or 10-25) nucleotides in length. In certain embodiments, the tracrRNA segment includes one or more hairpin or duplex structures in addition to any hairpin or duplex structure in the central segment.

In certain embodiments, the tracrRNA is truncated compared to a reference tracrRNA, such as a naturally existing mature tracrRNA. A range of lengths has been shown to function in both the separate type (FIG. 5A) and the chimeric sgRNA type (FIG. 5B). For example, in certain embodiments, tracrRNA may be truncated from its 3' end by at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 15, 20, 25, 30, 35 or 40 nts. In certain embodiments, the tracrRNA molecule may be truncated from its 5' end by at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 15, 20, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75 or 80 nts. In certain embodiments, the tracrRNA molecule may be truncated from both the 5' and 3' end, e.g., by at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 15 or 20 nts from the 5' end and at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 15, 20, 25, 30, 35 or 40 nts from the 3' end. See, e.g., Jinek et al. (2012) *Science,* 337, 816-21; Mali et al. (2013) *Science,* 339:6121, 823-6; Cong et al. (2013) *Science,* 339:6121, 819-23; and Hwang et al. (2013) *Nat. Biotechnol.* 31:3, 227-9; Jinek et al. (2013) *eLife,* 2, e00471. In certain embodiments, the tracrRNA is untruncated.

In certain embodiments, the disclosed modifications are in the crRNA segment or the tracrRNA segment or both. In certain embodiments, the disclosed modifications are in the guide sequence of the crRNA segment. In certain embodiments, the disclosed modifications are in the stem sequence of the crRNA segment. In certain embodiments, the disclosed modifications are in the 5'-overhang sequence of the crRNA segment. In certain embodiments, the disclosed modifications are in the stem sequence of the tracrRNA segment. In certain embodiments, the disclosed modifications are in the loop sequence of the guide RNA. In certain embodiments, the disclosed modifications are in the 5' portion of the guide RNA. In certain embodiments, the disclosed modifications are in the 3' portion of the guide RNA. In certain embodiments, the disclosed modifications are in the 5' portion of the guide RNA and the 3' portion of the guide RNA.

### E. Synthesis of Guide RNA

In certain embodiments, guide RNAs, including single guide RNAs (sgRNAs; see FIGS. 1 and 5B) are produced by chemical synthesis using the art of synthetic organic chemistry. A guide RNA that comprises any nucleotide other than the four predominant ribonucleotides, namely A, C, G, and U, whether unnatural or natural, such as a pseudouridine, inosine or a deoxynucleotide, possesses a chemical modi-

cation or substitution at the nucleotide which is chemically/structurally distinct from any of the four predominant nucleotides in RNAs.

The synthetic guide RNAs described herein can be chemically synthesized. For example, the synthetic guide RNAs can be synthesized using TC chemistry by the method described in Dellinger et al. (2011) *J. Am. Chem. Soc.,* 133, 11540, U.S. Pat. No. 8,202,983, and US Patent Application 2010/0076183A1, the contents of which are incorporated by reference in their entireties. "TC chemistry" refers to the composition and methods of using RNA monomeric nucleotide precursors protected on the 2'-hydroxyl moiety by a thionocarbamate protecting group, to synthesize unmodified RNA or modified RNA comprising one or more modified nucleotides. The ability to chemically synthesize relatively long RNAs (as long as 200 mers or more) using TC-RNA chemistry allows one to produce guide RNAs with special features capable of outperforming those enabled by the four predominant ribonucleotides (A, C, G and U). Some synthetic guide RNAs described herein can also be made using methods known in the art that include in vitro transcription and cell-based expression. For example, 2'-fluoro NTPs can be incorporated into synthetic guide RNAs produced by cell-based expression.

Synthesis of guide RNAs can also be accomplished by chemical or enzymatic synthesis of RNA sequences that are subsequently ligated together by enzymes, or chemically ligated by chemical ligation, including but not limited to cyanogen bromide chemistry, "click" chemistry as published by R. Kumar et al. (2007) *J. Am. Chem. Soc.,* 129, 6859-64, or squarate conjugation chemistry as described by K. Hill in WO2013176844 titled "Compositions and methods for conjugating oligonucleotides."

As further described below, a guide RNA disclosed herein, including those comprising modified nucleotides and/or modified internucleotide linkages, can be used to perform various CRISPR-mediated functions (including but not limited to editing genes, regulating gene expression, cleaving target sequences, and binding to target sequences) in vitro or in vivo, such as in cell-free assays, in intact cells, or in whole organisms. For in vitro or in vivo applications, the RNA can be delivered into cells or whole organisms in any manner known in the art.

Libraries and Arrays

In one aspect, the present invention provides a set or library of multiple guide RNAs. In certain embodiments, the library contains two or more guide RNAs disclosed herein. The library can contain from about 10 to about $10^7$ individual members, e.g., about 10 to about $10^2$, about $10^2$ to about $10^3$, about $10^3$ to about $10^5$, from about $10^5$ to about $10^7$ members. An individual member of the library differs from other members of the library at least in the guide sequence, i.e., the DNA targeting segment of the gRNA. On the other hand, in certain embodiments, each individual member of a library can contain the same or substantially the same nucleotide sequence for the tracrRNA segment as all the other members of the library. In this way, the library can comprise members that target different polynucleotides or different sequences in one or more polynucleotides.

In certain embodiments, the library comprises at least $10^2$ unique guide sequences. In certain embodiments, the library comprises at least $10^3$ unique guide sequences. In certain embodiments, the library comprises at least $10^4$ unique guide sequences. In certain embodiments, the library comprises at least $10^5$ unique guide sequences. In certain embodiments, the library comprises at least $10^6$ unique guide sequences. In certain embodiments, the library com-

Synthego EX1001.047

prises at least $10^7$ unique guide sequences. In certain embodiments, the library targets at least 10 different polynucleotides. In certain embodiments, the library targets at least $10^2$ different polynucleotides. In certain embodiments, the library targets at least $10^3$ different polynucleotides. In certain embodiments, the library targets at least $10^4$ different polynucleotides. In certain embodiments, the library targets at least $10^5$ different polynucleotides. In certain embodiments, the library targets at least $10^6$ different polynucleotides. In certain embodiments, the library targets at least $10^7$ different polynucleotides.

In certain embodiments, the library comprises a collection of guide RNAs having the same sequence and the same modifications in a progressively shifted window that moves across the sequence of the members in the library. In certain embodiments, the windows collectively cover the entire length of the RNA.

In certain embodiments, the library allows one to conduct high-throughput, multi-target genomic manipulations and analyses. In certain embodiments, only the DNA-targeting segments of the guide RNAs are varied, while the Cas protein-binding segment is the same. In certain embodiments, a first portion of the library comprises guide RNAs possessing a Cas-binding segment that recognizes, binds and directs a particular Cas protein and a second portion of the library comprises a different Cas-binding segment that recognizes, binds and directs a different Cas protein (e.g., a Cas protein from a different species), thereby allowing the library to function with two or more orthogonal Cas proteins. In certain embodiments, induced expression of a first orthogonal Cas protein utilizes the portion of the library which interacts with the first orthogonal Cas protein. In certain embodiments, induced expression of a first and second orthogonal Cas protein utilizes the portions of the library which interact with the first and second orthogonal Cas proteins, respectively. In certain embodiments, induced expression of the first and second orthogonal Cas proteins occur at different times. Accordingly, one can carry out large-scale gene editing or gene regulation by specifically manipulating or modifying multiple targets as specified in the library.

In certain embodiments, the library is an "arrayed" library, namely a collection of different features or pools of features in an addressable arrangement. For example, features of an array can be selectively cleaved and transferred to a microtiter plate such that each well in the plate contains a known feature or a known pool of features. In some other embodiments, the library is synthesized in a 48-columns or in a 96-columns microtiter plate format or in a 384-columns plate.

In certain embodiments, synthesis of the guide RNA of this invention may be conducted on a solid support having a surface to which chemical entities may bind. In some embodiments, guide RNAs being synthesized are attached, directly or indirectly, to the same solid support and may form part of an array. An "array" is a collection of separate molecules of known monomeric sequence each arranged in a spatially defined and a physically addressable manner, such that the location of each sequence is known. An "array," or "microarray" used interchangeably herein includes any one-dimensional, two-dimensional or substantially two-dimensional (as well as a three-dimensional) arrangement of addressable regions bearing a particular chemical moiety or moieties (such as ligands, e.g., biopolymers such as polynucleotide or oligonucleotide sequences (nucleic acids), polypeptides (e.g., proteins), carbohydrates, lipids, etc.) associated with that region. An array is "address-

able" when it has multiple regions of different moieties (e.g., different polynucleotide sequences) such that a region (i.e., a "feature" of the array) at a particular predetermined location (i.e., an "address") on the array will detect a particular target or class of targets (although a feature may incidentally detect non-targets of that feature). Array features are typically, but need not be, separated by intervening spaces. The number of features that can be contained on an array will largely be determined by the surface area of the substrate, the size of a feature and the spacing between features. Arrays can have densities of up to several hundred thousand or more features per $cm^2$, such as 2,500 to 200,000 features/$cm^2$. The features may or may not be covalently bonded to the substrate.

Suitable solid supports may have a variety of forms and compositions and derive from naturally occurring materials, naturally occurring materials that have been synthetically modified, or synthetic materials. Examples of suitable support materials include, but are not limited to, silicas, silicon and silicon oxides, teflons, glasses, polysaccharides such as agarose (e.g., Sepharose® from Pharmacia) and dextran (e.g., Sephadex® and Sephacyl®, also from Pharmacia), polyacrylamides, polystyrenes, polyvinyl alcohols, copolymers of hydroxyethyl methacrylate and methyl methacrylate, and the like. In some embodiments, the solid support is a plurality of beads.

The initial monomer of the guide RNAs to be synthesized on the substrate surface can be bound to a linker which in turn is bound to a surface hydrophilic group, e.g., a surface hydroxyl moiety present on a silica substrate. In some embodiments, a universal linker is used. In some other embodiments, the initial monomer is reacted directly with, e.g., a surface hydroxyl moiety. Alternatively, guide RNAs can be synthesized first according to the present invention, and attached to a solid substrate post-synthesis by any method known in the art. Thus, the present invention can be used to prepare arrays of guide RNAs wherein the oligonucleotides are either synthesized on the array, or attached to the array substrate post-synthesis. Subsequently, the guide RNAs or a pool or a plurality of pools of guide RNAs can optionally and selectively be cleaved from the array substrate and be used as a library or libraries.

IV. Cas Proteins

As mentioned above, a functional CRISPR-Cas system also requires a protein component (e.g., a Cas protein, which may be a Cas nuclease) that provides a desired activity, such as target binding or target nicking/cleaving. In certain embodiments, the desired activity is target binding. In certain embodiments, the desired activity is target nicking or target cleaving. In certain embodiments, the desired activity also includes a function provided by a polypeptide that is covalently fused to a Cas protein, as disclosed herein. In certain embodiments, the desired activity also includes a function provided by a polypeptide that is covalently fused to a nuclease-deficient Cas protein, as disclosed herein. Examples of such a desired activity include a transcription regulation activity (either activation or repression), an epigenetic modification activity, or a target visualization/identification activity, as described below. The Cas protein can be introduced into an in vitro or in vivo system as a purified or non-purified (i) Cas protein or (ii) mRNA encoded for expression of the Cas protein or (iii) linear or circular DNA encoded for expression of the protein. Any of these 3 methods of providing the Cas protein are well known in the art and are implied interchangeably when mention is made

Synthego EX1001.048

herein of a Cas protein or use of a Cas protein. In certain embodiments, the Cas protein is constitutively expressed from mRNA or DNA. In certain embodiments, the expression of Cas protein from mRNA or DNA is inducible or induced.

In certain embodiments, the Cas protein is chemically synthesized (see e.g., Creighton, "Proteins: Structures and Molecular Principles," W.H. Freeman & Co., NY, 1983), or produced by recombinant DNA technology as described herein. For additional guidance, skilled artisans may consult Frederick M. Ausubel et al., "Current Protocols in Molecular Biology," John Wiley & Sons, 2003; and Sambrook et al., "Molecular Cloning, A Laboratory Manual," Cold Spring Harbor Press, Cold Spring Harbor, N.Y., 2001).

In certain embodiments, the Cas protein is provided in purified or isolated form. In certain embodiments, the Cas protein is provided at about 80%, about 90%, about 95%, or about 99% purity. In certain embodiments, the Cas protein is provided as part of a composition. In certain embodiments, the Cas protein is provided in aqueous compositions suitable for use as, or inclusion in, a composition for an RNA-guided nuclease reaction. Those of skill in the art are well aware of the various substances that can be included in such nuclease reaction compositions.

In certain embodiments, a Cas protein is provided as a recombinant polypeptide. In certain examples, the recombinant polypeptide is prepared as a fusion protein. For example, in certain embodiments, a nucleic acid encoding the Cas protein is linked to another nucleic acid encoding a fusion partner, e.g., glutathione-s-transferase (GST), 6x-His epitope tag, or M13 Gene 3 protein. Suitable host cells can be used to expresses the fusion protein. In certain embodiments, the fusion protein is isolated by methods known in the art. In certain embodiments, the fusion protein can be further treated, e.g., by enzymatic digestion, to remove the fusion partner and obtain the Cas protein. Alternatively, Cas protein:guide RNA complexes can be made with recombinant technology using a host cell system or an in vitro translation-transcription system known in the art. Details of such systems and technology can be found in e.g., WO2014144761 WO2014144592, WO2013176772, US20140273226, and US20140273233, the contents of which are incorporated herein by reference in their entireties.

Wild Type Cas Proteins

In certain embodiments, a Cas protein comprises a protein derived from a CRISPR-Cas type I, type II, or type III system, which has an RNA-guided polynucleotide binding and/or nuclease activity. Non-limiting examples of suitable Cas proteins include Cas3, Cas4, Cas5, Cas5e (or CasD), Cash, Cas6e, Cas6f, Cas7, Cas8a1, Cas8a2, Cas8b, Cas8c, Cas9, Cas10, Cas10d, CasF, CasG, CasH, Csy1, Csy2, Csy3, Cse1 (or CasA), Cse2 (or CasB), Csc1 (or CasE), Cse4 (or CasC), Csc1, Csc2, Csa5, Csn2, Csm2, Csm3, Csm4, Csm5, Csm6, Cmr1, Cmr3, Cmr4, Cmr5, Cmr6, Csb1, Csb2, Csb3, Csx17, Csx14, Csx10, Csx16, CsaX, Csx3, Csz1, Csx15, Csf1, Csf2, Csf3, Csf4, and Cu1966. See e.g., WO2014144761 WO2014144592, WO2013176772, US20140273226, and US20140273233, the contents of which are incorporated herein by reference in their entireties.

In certain embodiments, the Cas protein is derived from a type II CRISPR-Cas system. In certain embodiments, the Cas protein is or is derived from a Cas9 protein. In certain embodiments, the Cas protein is or is derived from a bacterial Cas9 protein, including those identified in WO2014144761. In certain embodiments, the Cas protein is

or is derived from a Streptococcus sp. or Staphylococcus sp. Cas9 protein. In certain embodiments, the Cas protein is or is derived from the Streptococcus thermophilus Cas9 protein. In certain embodiments, the Cas protein is or is derived from a the Streptococcus pyogenes Cas9 protein. In certain embodiments, the Cas protein is or is derived from the Staphylococcus aureus Cas9 protein. In certain embodiments, the Cas protein is or is derived from the Streptococcus thermophilus Cas9 protein.

In certain embodiments, the wild type Cas protein is a Cas9 protein. In certain embodiments, the wild type Cas9 protein is the Cas9 protein from S. pyogenes (SEQ ID NO: 1). In certain embodiments, the protein or polypeptide can comprise, consist of, or consist essentially of a fragment of SEQ ID NO: 1.

In general, a Cas protein includes at least one RNA binding domain, which interacts with the guide RNA. In certain embodiments, the Cas protein is modified to increase nucleic acid binding affinity and/or specificity, alter an enzymatic activity, and/or change another property of the protein. For example, nuclease (i.e., DNase, RNase) domains of the Cas protein can be modified, mutated, deleted, or inactivated. Alternatively, the Cas protein can be truncated to remove domains that are not essential for the function of the protein. In certain embodiments, the Cas protein is truncated or modified to optimize the activity of the effector domain. In certain embodiments, the Cas protein includes a nuclear localization sequence (NLS) that effects importation of the NLS-tagged Cas protein into the nucleus of a living cell. In certain embodiments, the Cas protein includes two or more modifications.

Mutant Cas Proteins

In some embodiments, the Cas protein can be a mutant of a wild type Cas protein (such as Cas9) or a fragment thereof. In other embodiments, the Cas protein can be derived from a mutant Cas protein. For example, the amino acid sequence of the Cas9 protein can be modified to alter one or more properties (e.g., nuclease activity, binding affinity, stability, etc.) of the protein. Alternatively, domains of the Cas9 protein not involved in RNA-guided cleavage can be eliminated from the protein such that the modified Cas9 protein is smaller than the wild type Cas9 protein. For example, reducing the size of the Cas9 coding sequence can allow it to fit within a transfection vector that otherwise cannot accommodate the wild type sequence, such as the AAV vector among others. In some embodiments, the present system utilizes the Cas9 protein from S. pyogenes, either as encoded in bacteria or codon-optimized for expression in eukaryotic cells. Shown below is the amino acid sequence of wild type S. pyogenes Cas9 protein sequence (SEQ ID No. 1, Uniprot No. Q99ZW2.

```
MDKKYSIGLDIGTNSVGWAVITDEYKVPSKKFKVLGNTDRHSIKKNLIGA

LLFDSGETAEATRLKRTARRRYTRRKNRICYLQEIFSNEMAKVDDSFFHR

LEESFLVEEDKKHERHPIFGNIVDEVAYHEKYPTIYHLRKKLVDSTDKAD

LRLIYLALAHMIKFRGHFLIEGDLNPDNSDVDKLFIQLVQTYNQLFEENP

INASGVDAKAILSARLSKSRRLENLIAQLPGEKKNGLFGNLIALSLGLTP

NFKSNFDLAEDAKLQLSKDTYDDDLDNLLAQIGDQYADLFLAAKNLSDAI

LLSDILRVNTEITKAPLSASMIKRYDEHHQDLTLLKALVRQQLPEKYKEI

FFDQSKNGYAGYIDGGASQEEFYKFIKPILEKMDGTEELLVKLNREDLLR
```

Synthego EX1001.049

```
-continued
KQRTFDNGSIPHQIHLGELHAILRRQEDFYPFLKDNREKIEKILTFRIPY

YVGPLARGNSRFAWMTRKSEETITPWNFEEVVDKGASAQSFIERMTNFDK

NLPNEKVLPKHSLLYEYFTVYNELTKVKYVTEGMRKPAFLSGEQKKAIVD

LLFKTNRKVTVKQLKEDYFKKIECFDSVEISGVEDRFNASLGTYHDLLKI

IKDKDPLDNEENEDILEDIVLTLTLFEDREMIEERLKTYAHLFDDKVMKQ

LKRRRYTGWGRLSRKLINGIRDKQSGKTILDFLKSDGFANRNFMQLIHDD

SLTFKEDIQKAQVSGQGDSLHEHIANLAGSPAIKKGILQTVKVVDELVKV

MGRHKPENIVIEMARENQTTQKGQKNSRERMKRIEEGIKELGSQILKEHP

VENTQLQNEKLYLYLQNGRDMYVDQELDINRLSDYDVDHIVPQSFLKDD

SIDNKVLTRSDKNRGKSDNVPSEEVVKKMKNYWRQLLNAKLITQRKFDNL

TKAERGGLSELDKAGFIKRQLVETRQITKHVAQILDSRMNTKYDENDKLI

REVKVITLKSKLVSDFRKDFQFYKVREINNYHHAHDAYLNAVVGTALIKK

YPKLESEFVYGDVKVYDVRKMIAKSEQEIGKATAKYFFYSNIMNFPKTEI

TLANGEIRKRPLIETNGETGEIVWDKGRDFATVRKVLSMPQVNIVKKTEV

QTGGFSKESILPKRNSDKLIARKKDWDPKKYGGFDSPTVAYSVLVVAKVE

KGKSKKLKSVKELLGITIMERSSFEKNPIDFLEAKGYKEVKKDLIIKLPK

YSLFELENGRKRMLASAGELQKGNELALPSKYVNFLYLASHYEKLKGSPE

DNEQKQLFVEQHKHYLDEIIEQISEFSKRVILADANLDKVLSAYNKHRDK

PIREQAENIIHLFTLTNLGAPAAFKYFDTTIDRKRYTSTKEVLDATLIHQ

SITGLYETRIDLSQLGGD
```

A Cas9 protein generally has at least two nuclease (e.g., DNase) domains. For example, a Cas9 protein can have a RuvC-like nuclease domain and an HNH-like nuclease domain. The RuvC and HNH domains work together to cut both strands in a target site to make a double-stranded break in the target polynucleotide. (Jinek et al., Science, 337: 816-821). In certain embodiments, a mutant Cas9 protein is modified to contain only one functional nuclease domain (either a RuvC-like or an HNH-like nuclease domain). For example, the mutant Cas9 protein is modified such that one of the nuclease domains is deleted or mutated such that it is no longer functional (i.e., the nuclease activity is absent). In some embodiments where one of the nuclease domains is inactive, the mutant is able to introduce a nick into a double-stranded polynucleotide (such protein is termed a "nickase") but not able to cleave the double-stranded polynucleotide. For example, an aspartate to alanine (D10A) conversion in a RuvC-like domain converts the Cas9-derived protein into a nickase. Likewise, a histidine to alanine (H840A) conversion in a HNH domain converts the Cas9-derived protein into a nickase. Likewise, an asparagine to alanine (N863A) conversion in a HNH domain converts the Cas9-derived protein into a nickase.

In certain embodiments, both the RuvC-like nuclease domain and the HNH-like nuclease domain are modified or eliminated such that the mutant Cas9 protein is unable to nick or cleave the target polynucleotide. In certain embodiments, all nuclease domains of the Cas9-derived protein are modified or eliminated such that the Cas9-derived protein lacks all nuclease activity. In certain embodiments, a Cas9 protein that lacks some or all nuclease activity relative to a wild-type counterpart, nevertheless, maintains target recognition activity to a greater or lesser extent.

In any of the above-described embodiments, any or all of the nuclease domains can be inactivated by one or more deletion mutations, insertion mutations, and/or substitution mutations using well-known methods, such as site-directed mutagenesis, PCR-mediated mutagenesis, and total gene synthesis, as well as other methods known in the art.

In certain embodiments, the "Cas mutant" or "Cas variant" is at least 50% (e.g., any number between 50% and 100%, inclusive, e.g., 50%, 60%, 70%, 80%, 90%, 95%, 98%, and 99%) identical to SEQ ID NO: 1. In certain embodiments, the "Cas mutant" or "Cas variant" binds to an RNA molecule (e.g., a sgRNA). In certain embodiments, the "Cas mutant" or "Cas variant" is targeted to a specific polynucleotide sequence via the RNA molecule.

Fusion Proteins

In certain embodiments, the Cas protein is fused to another protein or polypeptide heterologous to the Cas protein to create a fusion protein. In certain embodiments, the heterologous sequence includes one or more effector domains, such as a cleavage domain, a transcriptional activation domain, a transcriptional repressor domain, or an epigenetic modification domain. Additional examples of the effector domain include a nuclear localization signal, cell-penetrating or translocation domain, or a marker domain. In certain embodiments, the effector domain is located at the N-terminal, the C-terminal, or in an internal location of the fusion protein. In certain embodiments, the Cas protein of the fusion protein is or is derived from a Cas9 protein. In certain embodiments, the Cas protein of the fusion protein is or is derived from a modified or mutated Cas protein in which all the nuclease domains have been inactivated or deleted. In certain embodiments, the Cas protein of the fusion protein is or is derived from a modified or mutated Cas protein that lacks nuclease activity. In certain embodiments, the RuvC and/or HNH domains of the Cas protein are modified or mutated such that they no longer possess nuclease activity.

Cleavage Domains

In certain embodiments, the effector domain of the fusion protein is a cleavage domain. As used herein, a "cleavage domain" refers to a domain that cleaves DNA. The cleavage domain can be obtained from any endonuclease or exonuclease. Non-limiting examples of endonucleases from which a cleavage domain can be derived include restriction endonucleases and homing endonucleases. See, for example, New England Biolabs Catalog or Belfort et al. (1997) *Nucleic Acids Res.* 25, 3379-88. Additional enzymes that cleave DNA are known (e.g., 51 Nuclease; mung bean nuclease; pancreatic DNase I; micrococcal nuclease; yeast HO endonuclease). See also Linn et al. (eds.) "Nucleases," Cold Spring Harbor Laboratory Press, 1993. One or more of these enzymes (or functional fragments thereof) can be used as a source of cleavage domains.

In certain embodiments, the cleavage domain can be derived from a type II-S endonuclease. Type II-S endonucleases cleave DNA specifically at sites that are typically several base pairs away from the DNA recognition site of the endonuclease and, as such, have separable recognition and cleavage domains. These enzymes generally are monomers that transiently associate to form dimers to cleave each strand of DNA at staggered locations. Non-limiting examples of suitable type II-S endonucleases include BfiI, BpmI, BsaI, BsgI, BsmBI, BsmI, BspMI, FokI, MboII, and SapI. In certain embodiments, the cleavage domain of the fusion protein is a FokI cleavage domain or a fragment or derivative thereof. See Miller et al. (2007) *Nat. Biotechnol.*

Synthego EX1001.050

25, 778-85; Szczpek et al. (2007) *Nat. Biotechnol.* 25, 786-93; Doyon et al. (2011) *Nat. Methods,* 8, 74-81.

Transcriptional Activation Domains

In certain embodiments, the effector domain of the fusion protein is a transcriptional activation domain. In general, a transcriptional activation domain interacts with transcriptional control elements and/or transcriptional regulatory proteins (i.e., transcription factors, RNA polymerases, etc.) to increase and/or activate transcription of a gene. In certain embodiments, the transcriptional activation domain is a herpes simplex virus VP16 activation domain, VP64 (which is a tetrameric derivative of VP16), a NFκB p65 activation domain, p53 activation domains 1 and 2, a CREB (cAMP response element binding protein) activation domain, an E2A activation domain, or an NFAT (nuclear factor of activated T-cells) activation domain. In certain embodiments, the transcriptional activation domain is Gal4, Gcn4, MLL, Rtg3, Gln3, Oaf1, Pip2, Pdr1, Pdr3, Pho4, or Leu3. The transcriptional activation domain may be wild type, or it may be a modified or truncated version of the original transcriptional activation domain.

Transcriptional Repressor Domains

In certain embodiments, the effector domain of the fusion protein is a transcriptional repressor domain. In general, a transcriptional repressor domain interacts with transcriptional control elements and/or transcriptional regulatory proteins (i.e., transcription factors, RNA polymerases, etc.) to decrease and/or prohibit transcription of a gene. In certain embodiments, the transcriptional repressor domains is inducible cAMP early repressor (ICER) domains, Kruppel-associated box A (KRAB-A) repressor domains, YY1 glycine rich repressor domains, Sp1-like repressors, E(spl) repressors, IκB repressor, or MeCP2.

Epigenetic Modification Domains

In certain embodiments, the effector domain of the fusion protein is an epigenetic modification domain. In general, epigenetic modification domains alter gene expression by modifying the histone structure and/or chromosomal structure. In certain embodiments, the epigenetic modification domains is a histone acetyltransferase domain, a histone deacetylase domain, a histone methyltransferase domain, a histone demethylase domain, a DNA methyltransferase domain, or a DNA demethylase domain.

Additional Domains

In certain embodiments, the fusion protein further comprises at least one additional domain. Non-limiting examples of suitable additional domains include nuclear localization signals (NLSs), cell-penetrating or translocation domains, and marker domains. An NLS generally comprises a stretch of basic amino acids. See, e.g., Lange et al. (2007) *J. Biol. Chem.,* 282, 5101-5. For example, in certain embodiments, the NLS is a monopartite sequence, such as PKKKRKV (SEQ ID NO: 2) or PKKKRRV (SEQ ID NO: 3). In certain embodiments, the NLS is a bipartite sequence. In certain embodiments, the NLS is KRPAATKKAGQAKKKK (SEQ ID NO: 4).

In certain embodiments, the fusion protein comprises at least one cell-penetrating domain. In certain embodiments, the cell-penetrating domain is a cell-penetrating peptide sequence derived from the HIV-1 TAT protein. As an example, the TAT cell-penetrating sequence can be GRKKRRQRRRPPQPKKKRKV (SEQ ID NO: 5). In certain embodiments, the cell-penetrating domain is TLM (PLSSIFSRIGDPPKKKRKV; SEQ ID NO: 6), a cell-penetrating peptide sequence derived from the human hepatitis B virus. In certain embodiments, the cell-penetrating domain is MPG (GALFLGWLGAAGSTMGAPKKKRKV; SEQ ID NO: 7 or GALFLGFLGAAGSTMGAWSQPKKKRKV; SEQ ID NO: 8). In certain embodiments, the cell-penetrating domain is Pep-1 (KETWWETWWTEWSQPKKKRKV; SEQ ID NO: 9), VP22, a cell penetrating peptide from Herpes simplex virus, or a polyarginine peptide sequence.

In certain embodiments, the fusion protein comprises at least one marker domain. Non-limiting examples of marker domains include fluorescent proteins, purification tags, and epitope tags. In certain embodiments, the marker domain is a fluorescent protein. Non limiting examples of suitable fluorescent proteins include green fluorescent proteins (e.g., GFP, GFP-2, tagGFP, turboGFP, EGFP, Emerald, Azami Green, Monomeric Azami Green, CopGFP, AceGFP, ZsGreen1), yellow fluorescent proteins (e.g. YFP, EYFP, Citrine, Venus, YPet, PhiYFP, ZsYellow1), blue fluorescent proteins (e.g. EBFP, EBFP2, Azurite, mKalama1, GFPuv, Sapphire, T-sapphire), cyan fluorescent proteins (e.g. ECFP, Cerulean, CyPet, AmCyan1, Midoriishi-Cyan), red fluorescent proteins (mKate, mKate2, mPlum, DsRed monomer, mCherry, mRFP1, DsRed-Express, DsRed2, DsRed-Monomer, HcRed-Tandem, HcRedII, AsRed2, eqFP611, mRasberry, mStrawberry, Jred), orange fluorescent proteins (mOrange, mKO, Kusabira-Orange, Monomeric Kusabira-Orange, mTangerine, tdTomato) and any other suitable fluorescent protein. In certain embodiments, the marker domain is a purification tag and/or an epitope tag. Exemplary tags include, but are not limited to, glutathione-S-transferase (GST), chitin binding protein (CBP), maltose binding protein, thioredoxin (TRX), poly(NANP), tandem affinity purification (TAP) tag, myc, AcV5, AU1, AU5, E, ECS, E2, FLAG, HA, nus, Softag 1, Softag 3, Strep, SBP, Glu-Glu, HSV, KT3, S, S1, T7, V5, VSV-G, 6×His, biotin carboxyl carrier protein (BCCP), and calmodulin.

V. Uses and Methods

In one aspect, the present invention provides a method for cleaving a target polynucleotide with a Cas protein. The method comprises contacting the target polynucleotide with (i) a guide RNA or a set of guide RNA molecules described herein, and (ii) a Cas protein. In certain embodiments, the method results in a double-strand break in the target polynucleotide. In certain embodiments, the Cas protein is a Cas protein having a single-strand nicking activity. In certain embodiments, the method results in a single-strand break in the target polynucleotide. In certain embodiments, a complex comprising a guide RNA and Cas protein having a single-strand nicking activity is used for sequence-targeted single-stranded DNA cleavage, i.e., nicking.

In one aspect, the present invention provides a method for cleaving two or more target polynucleotides with a Cas protein. The method comprises contacting the target polynucleotides with (i) a set of guide RNA molecules described herein, and (ii) a Cas protein. In certain embodiments, the method results in double-strand breaks in the target polynucleotides. In certain embodiments, the Cas protein is a Cas protein having a single-strand nicking activity. In certain embodiments, the method results in single-strand breaks in the target polynucleotides. In certain embodiments, a complex comprising a guide RNA and Cas protein having a single-strand nicking activity is used for sequence-targeted single-stranded DNA cleavage, i.e., nicking.

In one aspect, the present invention provides a method for binding a target polynucleotide with a Cas protein. The method comprises contacting the target polynucleotide with (i) a guide RNA or a set of guide RNA molecules described herein and (ii) a Cas protein, to result in binding of the target

Synthego EX1001.051

polynucleotide with the Cas protein. In certain embodiments, the Cas protein is a Cas variant. In certain embodiments, the Cas variant lacks some or all nuclease activity relative to a counterpart wild-type Cas protein.

In one aspect, the present invention provides a method for binding two or more target polynucleotides with a Cas protein. The method comprises contacting the target polynucleotides with (i) a set of RNA molecules described herein and (ii) a Cas protein, to result in binding of the target polynucleotides with the Cas protein. In certain embodiments, the Cas protein is a Cas variant. In certain embodiments, the Cas variant lacks some or all nuclease activity relative to a counterpart wild-type Cas protein.

In one aspect, the present invention provides a method for targeting a Cas protein to a target polynucleotide. The method comprises contacting the Cas protein with a guide RNA or a set of guide RNA molecules described herein. In certain embodiments, the method results in formation of a guide RNA:Cas protein complex. In certain embodiments, the Cas protein is a wild type Cas9 protein. In certain embodiments, the Cas protein is a mutant or variant of a Cas9 protein. In certain embodiments, the Cas protein is a Cas protein having a single-strand nicking activity. In certain embodiments, the Cas protein is a Cas protein lacking nuclease activity (e.g., a nuclease-deficient mutant of Cas protein). In certain embodiments, the Cas protein is part of a fusion protein (e.g., a fusion protein comprising (i) the Cas protein and (ii) a heterologous polypeptide).

In one aspect, the present invention provides a method for targeting a Cas protein to two or more target polynucleotides. The method comprises contacting the Cas protein with a set of guide RNA molecules described herein. In certain embodiments, the method results in formation of a guide RNA:Cas protein complex. In certain embodiments, the Cas protein is a wild type Cas9 protein. In certain embodiments, the Cas protein is a mutant or variant of a Cas9 protein. In certain embodiments, the Cas protein is a Cas protein having a single-strand nicking activity. In certain embodiments, the Cas protein is a Cas protein lacking nuclease activity (e.g., a nuclease-deficient mutant of Cas protein). In certain embodiments, the Cas protein is part of a fusion protein (e.g., a fusion protein comprising (i) the Cas protein or and (ii) a heterologous polypeptide).

In certain embodiments, the guide RNA is introduced into a cell by transfection. Techniques for RNA transfection are known in the art and include electroporation and lipofection. Effective techniques for RNA transfection depend mostly on cell type. See, e.g., Lujambio et al. (Spanish National Cancer Centre) *Cancer Res.* February 2007, which describes transfection of HTC-116 colon cancer cells and uses Oligofectamine (Invitrogen) for transfection of commercially obtained, modified miRNA or precursor miRNA. See also, Cho et al. (Seoul National Univ.) *Nat. Biotechnol.* March 2013, which describes transfection of K562 cells and uses 4D Nucleofection™ (Lonza) electroporation for transfection of transcribed sgRNAs (about 60 nts long). Techniques for transfection of RNA are also known in the art. For example, therapeutic RNA has been delivered in non-pathogenic *E. coli* coated with Invasin protein (to facilitate uptake into cells expressing β-1 integrin protein) and with the *E. coli* encoded to express lysteriolysin O pore-forming protein to permit the shRNA to pass from the *E. coli* into the cytoplasm. See also Cho et al. (Seoul National Univ.) *Nat. Biotechnol. March* 2013.

In certain embodiments, the guide RNA is introduced or delivered into cells. Technologies that can be used for delivery of guide RNA include those that utilize encapsu-

lation by biodegradable polymers, liposomes, or nanoparticles. Such polymers, liposomes, and nanoparticles can be delivered intravenously. In certain embodiments, for in vivo delivery, guide RNA can be injected into a tissue site or administered systemically. In vivo delivery can also be effected by a beta-glucan delivery system, such as those described in U.S. Pat. Nos. 5,032,401 and 5,607,677, and U.S. Publication No. 2005/0281781, which are hereby incorporated by reference in their entirety. In certain embodiments, guide RNA or a delivery vehicle containing guide RNA is targeted to a particular tissue or body compartment. For example, in certain embodiments, to target exogenous RNA to other tissues, synthetic carriers are decorated with cell-specific ligands or aptamers for receptor uptake, e.g., RNA encased in cyclodextrin nanoparticles coated with PEG and functionalized with human transferrin protein for uptake via the transferrin receptor which is highly expressed in tumor cells. Further approaches are described herein below or known in the art.

The present invention has been tested in human cells as described in Hendel et al., *Nat. Biotechnol.* (2015) 33:9, 985-9 (which is incorporated in this application in its entirety). In the cited work, modified guide RNA was introduced into K562 cells, human primary T cells, and CD34+ hematopoietic stem and progenitor cells (HSPCs). The modified guide RNA significantly enhanced genome editing efficiencies in human cells, including human primary T cells and CD34+ HSPCs as compared to unmodified guide RNA.

FIGS. 11A and 11B illustrate experimental results showing that gene disruption in human cell lines can be achieved by high frequencies of indels or by cleavage-stimulated homologous recombination using synthesized and chemically modified sgRNAs disclosed herein. Gene disruption by mutagenic NHEJ was measured by deep sequencing of PCR amplicons (FIG. 12A) or gene addition by HR at the three loci IL2RG, HBB and CCR5 in K562 cells induced by Cas9 in combination with synthetic sgRNAs (FIG. 12B). The synthetic sgRNAs were delivered at 1 μg (light shade) or 20 μg (dark shade) per 1 million cells. Cas9 was expressed from a plasmid (2 μg) and for HR experiments 5 μg of GFP-encoding donor plasmid was included. As a positive control, 2 μg of sgRNA plasmid encoding both the sgRNA and the Cas9 protein was used (gray bars). Bars represent average values+s.e.m., n=3.

FIGS. 12A, 12B, 12C and 12D illustrate experimental results showing that chemically modified sgRNAs as described herein can be used to achieve high frequencies of gene disruption or targeted genome editing in stimulated primary human T cells and CD34+ hematopoietic stem and progenitor cells (HSPCs).

FIG. 12A illustrates results from primary human T cells nucleofected with 10 μg of a synthetic CCR5 sgRNAs and either 15 μg Cas9 mRNA or 1 μg Cas9-encoding plasmid. 1 μg sgRNA plasmid encoding both the sgRNA and Cas9 protein was included for comparison. The bars represent average indel frequencies for three different donors+s.e.m., n=6, as measured by TIDE (tracking of indels by decomposition) analysis of PCR amplicons spanning the CCR5 target site, and using a mock-treated sample as control reference. Delivery of Cas9 mRNA with the unmodified or the M-modified sgRNA, and nucleofection of the plasmid encoding both the sgRNA and Cas9, did not give rise to allele modification frequencies above background. Co-transfection of the MSP-modified sgRNA with DNA expression plasmid for Cas9 generated 9.3% indel frequency. Cas9

Synthego EX1001.052

mRNA with either the MS- or MSP-modified sgRNA generated 48.7% and 47.9% indel frequencies, respectively.

FIG. **12**B illustrates results from stimulated T cells. The cells were nucleofected as above, but with 15 μg Cas9 protein complexed with a 2.5 molar excess of the indicated synthetic CCR5 sgRNAs. Indel frequencies were measured by TIDE analysis. The bars represent average indel frequencies for three different donors±s.e.m., n=6. A 2.4-fold improvement in indel frequencies of the MS-modified sgRNA over the unmodified sgRNA (30.7% vs. 12.8%) was observed for chemically modified sgRNAs when delivered complexed with Cas9 protein. These results establish that chemically modified sgRNAs can be used for genome editing of stimulated T cells when delivered complexed with Cas9 protein.

FIG. **12**C illustrates results from human peripheral blood CD34+HSPCs. 500,000 mobilized cells were nucleofected with 10 μg of the indicated synthetic sgRNAs targeting IL2RG or HBB and either 15 μg Cas9 mRNA or 1 μg Cas9 plasmid. 1 μg of sgRNA plasmid encoding both the sgRNA and Cas9 protein were included for comparison. Bars represent average indel frequencies±s.e.m., n=3, as measured by T7 endonuclease cleavage assay. Indels were not detected at either locus using the unmodified or M-modified sgRNAs when co-transfected with Cas9 mRNA. However, the IL2RG MS- and MSP-modified sgRNAs showed 17.5% and 17.7% indel frequencies, respectively, and 23.4% and 22.0%, respectively, for the HBB MS- and MSP-modified sgRNAs.

FIG. **12**D illustrates results from stimulated T cells or mobilized human peripheral blood CD34+ HSPCs. One million cells were nucleofected with 15 μg Cas9 mRNA and 10 μg of the indicated synthetic CCR5 sgRNAs. A recent study showed that the simultaneous use of two sgRNAs could improve gene disruption in human primary T cells and in CD34+ HSPCs. See, e.g., Mandal et al. (2014) *Cell Stem Cell,* 15, 643-52. MS- and MSP-modified CCR5 sgRNAs were chemically synthesized with the sequences reported in Mandal study (termed 'D' and 'Q'), which cut 205 base pairs apart. When used in combination, the amount of each sgRNA was 5 μg. Indel frequencies for samples with single sgRNAs were measured by TIDE analysis as above and allele disruption frequencies for samples with two sgRNAs were measured by sequencing of cloned PCR products. The bars represent average indel frequencies±s.e.m., n=3. In T cells, the 'D' sgRNA alone gave rise to 56.0% and 56.3% indels for the MS- and MSP-modified sgRNA, respectively, and the 'Q' sgRNA gave rise to 62.6% and 69.6% indels, respectively. When used in combination, the frequencies of allele modification increased, as we observed 73.9% and 93.1% indels for the MS- and MSP-modified sgRNAs, respectively, of which the majority of the modification events were deletions between the two sgRNA target sites. In CD34+HSPCs, observations were similar though the overall frequencies were lower. For the 'D' sgRNA, allele modification frequencies of 9.8% and 11.2% were observed for the MS- and MSP-modified sgRNA, respectively, and 17.8% and 19.2% for the 'Q' sgRNA. When used in combination the frequencies increased to 37.8% and 43.0% for the MS- and MSP-modified sgRNAs, respectively. This shows that the use of two chemically modified sgRNAs is a highly effective way to facilitate gene disruption in primary human T cells and CD34+ HSPCs.

Examples of other uses include genomic editing and gene expression regulation as described below.

Genomic Editing

In one aspect, the present invention provides a method for genomic editing to modify a DNA sequence in vivo or in vitro ("in vitro" includes, without being limited to, a cell-free system, a cell lysate, an isolated component of a cell, and a cell outside of a living organism). The DNA sequence may comprise a chromosomal sequence, an episomal sequence, a plasmid, a mitochondrial DNA sequence, or a functional intergenic sequence, such as an enhancer sequence or a DNA sequence for a non-coding RNA. The method comprises contacting the DNA sequence with (i) a guide RNA or a set of guide RNA molecules described herein, and (ii) a Cas protein. In certain embodiments, the DNA sequence is contacted outside of a cell. In certain embodiments, the DNA sequence is located in the genome within a cell and is contacted in vitro or in vivo. In certain embodiments, the cell is within an organism or tissue. In certain embodiments, the cell is a human cell, a non-human mammalian cell, a stem cell, a non-mammalian vertebrate cell, an invertebrate cell, a plant cell, a single cell organism, or an embryo. In certain embodiments, the guide RNA aids in targeting the Cas protein to a targeted site in the DNA sequence. In certain embodiments, the Cas protein cleaves at least one strand of the DNA sequence at the targeted site. In certain embodiments, the Cas protein cleaves both strands of the DNA sequence at the targeted site.

In certain embodiments, the method further comprises introducing the Cas protein into a cell or another system. In certain embodiments, the Cas protein is introduced as a purified or non-purified protein. In certain embodiments, the Cas protein is introduced via an mRNA encoding the Cas protein. In certain embodiments, the Cas protein is introduced via a linear or circular DNA encoding the Cas protein. In certain embodiments, the cell or system comprises a Cas protein or a nucleic acid encoding a Cas protein.

In certain embodiments, a double-stranded break can be repaired via an error-prone, non-homologous end-joining ("NHEJ") repair process. In certain embodiments, a double-stranded break can be repaired by a homology-directed repair (HDR) process such that a donor sequence in a donor polynucleotide can be integrated into or exchanged with the targeted DNA sequence.

In certain embodiments, the method further comprises introducing at least one donor polynucleotide into the cell or system. In certain embodiments, the donor polynucleotide comprises at least one homologous sequence having substantial sequence identity with a sequence on either side of the targeted site in the DNA sequence. In certain embodiments, the donor polynucleotide comprises a donor sequence that can be integrated into or exchanged with the DNA sequence via homology-directed repair, such as homologous recombination.

In certain embodiments, the donor polynucleotide includes an upstream homologous sequence and a downstream homologous sequence, each of which have substantial sequence identity to sequences located upstream and downstream, respectively, of the targeted site in the DNA sequence. These sequence similarities permit, for example, homologous recombination between the donor polynucleotide and the targeted DNA sequence such that the donor sequence can be integrated into (or exchanged with) the DNA sequence targeted.

In certain embodiments, the target site(s) in the DNA sequence spans or is adjacent to a mutation, e.g., point mutation, a translocation or an inversion which may cause or be associated with a disorder. In certain embodiments, the method comprises correcting the mutation by introducing into the cell or system at least one donor polynucleotide

Synthego EX1001.053

comprising (i) a wild type counterpart of the mutation and (ii) at least one homologous sequence having substantial sequence identity with a sequence on one side of the targeted site in the DNA sequence. In certain embodiments, the donor polynucleotide comprises a homologous sequence having substantial sequence identity with a sequence on both sides of the targeted site in the DNA sequence.

In certain embodiments, the donor polynucleotide comprises an exogenous sequence that can be integrated into or exchanged with the targeted DNA sequence via a homology-directed repair process, such as homologous recombination. In certain embodiments, the exogenous sequence comprises a protein coding gene, which, optionally, is operably linked to an exogenous promoter control sequence. Thus, in certain embodiments, upon integration of the exogenous sequence, a cell can express a protein encoded by the integrated gene. In certain embodiments, the exogenous sequence is integrated into the targeted DNA sequence such that its expression in the recipient cell or system is regulated by the exogenous promoter control sequence. Integration of an exogenous gene into the targeted DNA sequence is termed a "knock in." In other embodiments, the exogenous sequence can be a transcriptional control sequence, another expression control sequence, an RNA coding sequence, and the like.

In certain embodiments, the donor polynucleotide comprises a sequence that is essentially identical to a portion of the DNA sequence at or near the targeted site, but comprises at least one nucleotide change. For example, in certain embodiments, the donor sequence comprises a modified or mutated version of the DNA sequence at or near the targeted site such that, upon integration or exchange with the targeted site, the resulting sequence at the targeted site comprises at least one nucleotide change. In certain embodiments, the at least one nucleotide change is an insertion of one or more nucleotides, a deletion of one or more nucleotides, a substitution of one or more nucleotides, or combinations thereof. As a consequence of the integration of the modified sequence, the cell may produce a modified gene product from the targeted DNA sequence.

In certain embodiments, the methods are for multiplex applications. In certain embodiments, the methods comprise introducing a library of guide RNAs into the cell or system. In certain embodiments, the library comprises at least 100 unique guide sequences. In certain embodiments, the library comprises at least 1,000 unique guide sequences. In certain embodiments, the library comprises at least 10,000 unique guide sequences. In certain embodiments, the library comprises at least 100,000 unique guide sequences. In certain embodiments, the library comprises at least 1,000,000 unique guide sequences. In certain embodiments, the library targets at least 10 different polynucleotides or at least 10 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 100 different polynucleotides or at least 100 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 1,000 different polynucleotides or at least 1,000 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 10,000 different polynucleotides or at least 10,000 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 100,000 different polynucleotides or at least 100,000 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 1,000,000 different polynucleotides or at least 1,000,000 different sequences within one or more polynucleotides.

Genomic Editing in Human and Mammalian Cells

Embodiments of the present invention are useful in methods for genomic editing to modify a target polynucleotide, for example a DNA sequence, in a mammalian cell.

In certain embodiments, the DNA sequence is a chromosomal sequence. In certain embodiments, the DNA sequence is a protein-coding sequence. In certain embodiments, the DNA sequence is a functional intergenic sequence, such as an enhancer sequence or a non-coding sequence. In certain embodiments, the DNA is part of a human gene. In some such embodiments, the human gene is the clathrin light chain (CLTA1) gene, the human interleukin 2 receptor gamma (IL2RG) gene, the human cytotoxic T-lymphocyte-associated protein 4 (CLTA4) gene, the human protocadherin alpha 4 (PCDHA4) gene, the human engrailed homeobox 1 (EN1) gene), the human hemoglobin beta (HBB) gene, which can harbor mutations responsible for sickle cell anemia and thalassemias, or the human chemokine (C-C motif) receptor 5 (CCR5) gene which encodes a co-receptor of HIV.

In certain embodiments, the mammalian cell is a human cell. In some such embodiments, the human cell is a primary human cell. In further embodiments, the primary human cell is a human primary T cell. The human primary T cell may be stimulated or unstimulated. In certain embodiments, the human cell is a stem/progenitor cell, such as a CD34+ hematopoietic stem and progenitor cell (HSPC). In certain embodiments, the human cell is from a cultured cell line, for example such as can be obtained commercially. Exemplary cell lines include K562 cells, a human myelogenous leukemia line.

In certain embodiments, the cell is within a living organism. In certain other embodiments, the cell is outside of a living organism.

The method comprises contacting the DNA sequence with (i) a guide RNA or a set of guide RNA molecules described herein, and (ii) a Cas protein.

In certain embodiments, the method further comprises introducing or delivering the guide RNA into the cell. In some such embodiments, the guide RNA is introduced into a cell by transfection. Techniques for RNA transfection are known in the art and include electroporation and lipofection. In other embodiments, the guide RNA is introduced into a cell (and, more particularly, a cell nucleus) by nucleofection. Techniques for nucleofection are known in the art and may utilize nucleofection devices such as the Lonza Nucleofector 2b or the Lonza 4D-Nucleofector and associated reagents.

In certain embodiments, the method further comprises introducing or delivering the Cas protein into the cell. In some such embodiments, the Cas protein is introduced as a purified or non-purified protein. In other embodiments, the Cas protein is introduced via an mRNA encoding the Cas protein. In some such embodiments, the mRNA encoding the Cas protein is introduced into the cell by transfection. In other embodiments, the mRNA encoding the Cas protein is introduced into a cell (and, more particularly, a cell nucleus) by nucleofection.

In certain embodiments, the method employs ribonucleoprotein (RNP)-based delivery such that the Cas protein is introduced into the cell in a complex with the guide RNA. For example, a Cas9 protein may be complexed with a guide RNA in a Cas9:gRNA complex, which allows for co-delivery of the gRNA and Cas protein. For example, the Cas:gRNA complex may be nucleofected into cells.

In certain embodiments, the method employs an all-RNA delivery platform. For example, in some such embodiments, the guide RNA and the mRNA encoding the Cas protein are

Synthego EX1001.054

introduced into the cell simultaneously or substantially simultaneously (e.g., by co-transfection or co-nucleofection). In certain embodiments, co-delivery of Cas mRNA and modified gRNA results in higher editing frequencies as compared to co-delivery of Cas mRNA and unmodified gRNA. In particular, gRNA having 2'-O-methyl-3'-phosphorothioate (MS), or 2'-O-methyl-3'-thioPACE (MSP) incorporated at both three terminal nucleotides at both the 5' and 3' ends, provide higher editing frequencies as compared to unmodified gRNA.

In certain embodiments, the guide RNA and the mRNA encoding the Cas protein are introduced into the cell sequentially; that is, the guide RNA and the mRNA encoding the Cas protein are introduced into the cell at different times. The time period between the introduction of each agent may range from a few minutes (or less) to several hours or days. For example, in some such embodiments, gRNA is delivered first, followed by delivery of Cas mRNA 4, 8, 12 or 24 hours later. In other such embodiments, Cas mRNA is delivered first, followed by delivery of gRNA 4, 8, 12 or 24 hours later. In some particular embodiments, delivery of modified gRNA first, followed by delivery of Cas mRNA results in higher editing frequencies as compared to delivery of unmodified gRNA followed by delivery of Cas mRNA.

In certain embodiments, the gRNA is introduced into the cell together with a DNA plasmid encoding the Cas protein. In some such embodiments, the gRNA and the DNA plasmid encoding the Cas protein are introduced into the cell by nucleofection. In some particular embodiments, an RNP-based delivery platform or an all-RNA delivery platform provides lower cytotoxicity in primary cells than a DNA plasmid-based delivery system.

In certain embodiments, the method provides significantly enhanced genome editing efficiencies in human cells, including human primary T cells and CD34+HSPCs.

In certain embodiments, modified gRNA increases the frequency of insertions or deletions (indels), which may be indicative of mutagenic NHEJ and gene disruption, relative to unmodified gRNA. In particular, modified gRNA having 2'-O-methyl-3'-phosphorothioate (MS) or 2'-O-methyl-3'-thioPACE (MSP) incorporated at three terminal nucleotides at both the 5' and 3' ends, increases the frequency of indels relative to unmodified gRNA.

In certain embodiments, co-delivery of modified gRNA and Cas mRNA to human primary T cells increases the frequency of indels as compared to co-delivery of unmodified gRNA and Cas mRNA. In particular, modified gRNA having 2'-O-methyl-3'-phosphorothioate (MS) or 2'-O-methyl-3'-thioPACE (MSP) incorporated at three terminal nucleotides at both the 5' and 3' ends, increases the frequency of indels in human primary T cells relative to unmodified gRNA.

In certain embodiments, modified gRNA improves gRNA stability relative to unmodified gRNA. As one example, gRNA having 2'-O-methyl (M) incorporated at three terminal nucleotides at both the 5' and 3' ends, modestly improves stability against nucleases and also improves base pairing thermostability over unmodified gRNA. As another example, gRNA having 2'-O-methyl-3'-phosphorothioate (MS) or 2'-O-methyl-3'-thioPACE (MSP) incorporated at three terminal nucleotides at both the 5' and 3' ends, dramatically improves stability against nucleases relative to unmodified gRNA. It is contemplated that gRNA end modifications enhance intracellular stability against exonucleases, thus enabling increased efficacy of genome editing when Cas mRNA and gRNA are co-delivered or sequentially delivered into human cells.

In certain embodiments, modified gRNA stimulates gene targeting, which, in turn, allows for gene editing by, for example, homologous recombination or NHEJ. In particular, gRNA having 2'-O-methyl-3'-phosphorothioate (MS), or 2'-O-methyl-3'-thioPACE (MSP) incorporated at three terminal nucleotides at both the 5' and 3' ends, stimulates higher levels of homologous recombination than unmodified gRNA.

In certain embodiments, modified gRNA retains high specificity. In certain embodiments, the ratio of on-target to off-target indel frequencies is improved with modified gRNA as compared to unmodified gRNA. In certain embodiments, modified gRNA delivered in an RNP complex with a Cas protein provides significantly better on-target: off-target ratios compared to a DNA plasmid-based delivery system.

Gene Expression Regulation

In certain embodiments, the guide RNA described herein is used for regulating transcription or expression of a gene of interest. For example, in certain embodiments, a fusion protein comprising a Cas protein (e.g., a nuclease-deficient Cas9) and a transcription activator polypeptide is used to increase transcription of a gene. Similarly, in certain embodiments, a fusion protein comprising a Cas protein (e.g., a nuclease-deficient Cas9) and a repressor polypeptide is used to knock-down gene expression by interfering with transcription of the gene.

In at least one aspect, the present invention provides a method for regulating the expression of a gene of interest in vivo or in vitro. The method comprises introducing into a cell or another system (i) a synthetic guide RNA described herein, and (ii) a fusion protein. In certain embodiments, the fusion protein comprises a Cas protein and an effector domain, such as a transcriptional activation domain, a transcriptional repressor domain, or an epigenetic modification domain. In certain embodiments, the fusion protein comprises a mutated Cas protein, such as a Cas9 protein that is a null nuclease. In certain embodiments, the Cas protein contains one or more mutations, such as D10A, H840A and/or N863A.

In certain embodiments, the fusion protein is introduced into the cell or system as a purified or non-purified protein. In certain embodiments, the fusion protein is introduced into the cell or system via an mRNA encoding the fusion protein. In certain embodiments, the fusion protein is introduced into the cell or system via a linear or circular DNA encoding the fusion protein.

In certain embodiments, the guide RNA aids in directing the fusion protein to a specific target polynucleotide comprising a chromosomal sequence, an episomal sequence, a plasmid, a mitochondrial DNA sequence, or a functional intergenic sequence, such as an enhancer or the DNA sequence for a non-coding RNA. In certain embodiments, the effector domain regulates expression of a sequence in the target polynucleotide. A guide RNA for modulating gene expression can be designed to target any desired endogenous gene or sequence encoding a functional RNA. A genomic target sequence can be selected in proximity of the transcription start site of the endogenous gene, or alternatively, in proximity of the translation initiation site of the endogenous gene. In certain embodiments, the target sequence is in a region of the DNA that is traditionally termed the "promoter proximal" region of a gene. In certain embodiments, the target sequence lies in a region from about 1,000 base pairs upstream of the transcription start site to about 1,000 base pairs downstream of the transcription start site. In

**Synthego EX1001.055**

certain embodiments, the target sequence is remote from the start site for transcription of the gene (e.g., on another chromosome).

In certain embodiments, the methods are for multiplex applications. In certain embodiments, the methods comprise introducing a library of guide RNAs into the cell or system. In certain embodiments, the library comprises at least 100, at least 1,000, at least 10,000, at least 100,000, or at least 1,000,000 unique guide sequences. In certain embodiments, the library targets at least 10 different polynucleotides or at least 10 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 100 different polynucleotides or at least 100 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 1,000 different polynucleotides or at least 1,000 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 10,000 different polynucleotides or at least 10,000 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 100,000 different polynucleotides or at least 100,000 different sequences within one or more polynucleotides. In certain embodiments, the library targets at least 1,000,000 different polynucleotides or at least 1,000,000 different sequences within one or more polynucleotides.

Kits

In one aspect, the present invention provides kits containing reagents for performing the above-described methods, including producing gRNA:Cas protein complex and/or supporting its activity for binding, nicking or cleaving target polynucleotide. In certain embodiments, one or more of the reaction components, e.g., one or more guide RNAs and Cas proteins, for the methods disclosed herein, can be supplied in the form of a kit for use. In certain embodiments, the kit comprises a Cas protein or a nucleic acid encoding the Cas protein, and one or more guide RNAs described herein or a set or library of guide RNAs. In certain embodiments, the kit includes one or more other reaction components. In certain embodiments, an appropriate amount of one or more reaction components is provided in one or more containers or held on a substrate.

Examples of additional components of the kits include, but are not limited to, one or more different polymerases, one or more host cells, one or more reagents for introducing foreign nucleic acid into host cells, one or more reagents (e.g., probes or PCR primers) for detecting expression of the guide RNA and/or the Cas mRNA or protein or for verifying the status of the target nucleic acid, and buffers, transfection reagents or culture media for the reactions (in 1× or more concentrated forms). In certain embodiments, the kit includes one or more of the following components: biochemical and physical supports; terminating, modifying and/or digesting reagents; osmolytes; and apparati for reaction, transfection and/or detection.

The reaction components used can be provided in a variety of forms. For example, the components (e.g., enzymes, RNAs, probes and/or primers) can be suspended in an aqueous solution or bound to a bead or as a freeze-dried or lyophilized powder or pellet. In the latter case, the components, when reconstituted, form a complete mixture of components for use in an assay. The kits of the invention can be provided at any suitable temperature. For example, for storage of kits containing protein components or complexes thereof in a liquid, it is preferred that they are provided and maintained below 0° C., preferably at about –20° C., possibly in a freeze-resistant solution containing glycerol or other suitable antifreeze.

A kit or system may contain, in an amount sufficient for at least one assay, any combination of the components described herein. In some applications, one or more reaction components may be provided in pre-measured single use amounts in individual, typically disposable, tubes or equivalent containers. With such an arrangement, a RNA-guided nuclease reaction can be performed by adding a target nucleic acid, or a sample or cell containing the target nucleic acid, to the individual tubes directly. The amount of a component supplied in the kit can be any appropriate amount and may depend on the market to which the product is directed. The container(s) in which the components are supplied can be any conventional container that is capable of holding the supplied form, for instance, microfuge tubes, microtiter plates, ampoules, bottles, or integral testing devices, such as fluidic devices, cartridges, lateral flow, or other similar devices.

The kits can also include packaging materials for holding the container or combination of containers. Typical packaging materials for such kits and systems include solid matrices (e.g., glass, plastic, paper, foil, micro-particles and the like) that hold the reaction components or detection probes in any of a variety of configurations (e.g., in a vial, microtiter plate well, microarray, and the like). The kits may further include instructions recorded in a tangible form for use of the components.

EXAMPLES

Example 1

To evaluate the ability of the chemically synthesized guide RNAs to target and cleave a DNA target sequence, an in vitro cleavage assay was developed. Briefly, as shown in FIG. 3, ~4-kb PAM-addressable DNA targets were prepared by preparative PCR amplification of plasmid-borne human sequences (here, a sequence from the human clathrin light chain CLTA gene). In a 20-uL reaction volume, 50 fmoles of linearized DNA target in the presence of 50 nM sgRNA, 39 nM recombinant purified Cas9 protein (S. pyogenes; Agilent) and 10 mM MgCl$_2$ at pH 7.6 was incubated at 37° C. for 30 min. Upon completion, 0.5 uL of RNace It (Agilent) was added, and incubation was continued at 37° C. for 5 min and then at 70° C. for 15 min. Subsequently 0.5 μL of Proteinase K (Mol. Bio. grade, NEB) was added and incubated at 37° C. for 15 min. Aliquots were loaded into a DNA 7500 LabChip and were analyzed on a Bioanalyzer 2200. The workup steps served to release Cas9 from binding to target DNA, which were assayed for cleavage.

A series of guide RNAs as listed in FIG. 4 were chemically synthesized. Briefly, individual RNA strands were synthesized and HPLC purified. All oligonucleotides were quality control approved on the basis of chemical purity by HPLC analysis and full-length strand purity by mass spectrometry analysis. Each of these guide RNAs was designed to target the human CLTA gene.

The results are shown in FIG. 4. As shown in the Table 1 of FIG. 4, all but one of the chemically synthesized guide RNAs targeted and cleaved the CLTA-encoded target sequence with significant cleavage rates. The one exception was "CLTA_37_Deoxy" guide RNA, which had a contiguous sequence of 37 deoxyribonucleotides at its 5' end.

As disclosed herein, a variety of chemical modifications were tested at specific positions in the sequence of a guide RNA. Surprisingly, the tested positions in the guide sequence of the guide RNA (a.k.a. the spacer sequence in the guide RNA) tolerated most of the modifications tested,

Synthego EX1001.056

including combinations of multiple modifications within single nucleotides in the guide RNA, even when modifications were instantiated in the target-binding sequences.

The results revealed that guide RNAs containing modifications at specific positions were tolerated by active Cas protein and gRNA:Cas protein complexes, as the modifications did not prevent target-specific cleavage of the target polynucleotide. In all the guide RNA sequences listed in the Table 1 of FIG. **4**, the first 20 nucleotides at the 5' end are complementary to the target sequence in target DNA. The modifications that were tested and found to be tolerated at specific positions include 2'-O-methylribonucleotide (=2'OMe), 2'-deoxyribonucleotide, racemic phosphorothioate internucleotide linkage(s) (==P(S)), 3'-phosphonoacetate (=PACE), 3'-thiophosphonoacetates (=thioPACE), Z nucleotides, and combinations of these.

It is contemplated that the chemical modifications disclosed and tested herein, particularly at the tested positions (as listed in the Table 1 of FIG. **4**), will be tolerated at equivalent positions in a variety of guide RNAs. In certain embodiments, the chemical modifications disclosed and tested herein are tolerated at any position in a guide RNA.

As disclosed herein, chemically modified nucleotides were incorporated into guide RNAs in an effort to improve certain properties. Such properties include improved nuclease resistance of the guide RNA, reduced off-target effects of a gRNA:Cas protein complex (also known as improved specificity), improved efficacy of gRNA:Cas protein complex when cleaving, nicking or binding a target polynucleotide, improved transfection efficiency, and/or improved organelle localization such as nuclear localization.

While the use of modified RNA is known (e.g., to block nucleotlytic degradation in certain applications), it is widely known that one cannot simply incorporate modifications at any or all positions in an RNA sequence and expect it to function, particularly when the RNA sequence needs to complex with a protein or an enzyme to exert certain functions. Thus, it was not predictable whether these guide RNAs could tolerate chemical modifications at a variety of nucleotide positions while performing sufficient or improved function in a CRISPR-Cas system. In fact, it was unexpected that the guide RNA can tolerate specific modifications to the extent instantiated and tested, especially at several of the positions tested.

## Example 2

To evaluate the ability of the chemically synthesized guide RNAs to target and cleave a DNA target sequence, an in vitro cleavage assay similar to that described in Example 1 was used. Target DNA constructs were for human DNA targets (sequences from the human clathrin light chain (CLTA1) gene, the human Interleukin 2 Receptor Gamma (IL2RG) gene, the human cytotoxic T-lymphocyte-associated protein 4 (CLTA4) gene, the human protocadherin alpha 4 (PCDHA4) gene, and the human engrailed homeobox 1 (EN1) gene), along with off-target DNA constructs differing from the target DNA by one or more nucleotides.

Table 3 sets forth the guide RNA constructs and their sequences, along with DNA constructs used for assessing the ability of those guide RNA constructs to target and cleave. In all the guide RNA sequences listed in the Table 3, the first 20 nucleotides at the 5' end are complementary to the target sequence in target DNA. ON target constructs comprise the 20 nt target sequence. OFF target constructs comprise most of the same 20 nucleotides as the target DNA, with 1, 2 or 3 nucleotide differences. Accordingly, the guide RNA is mostly, but not completely, complementary to the sequence of the OFF target constructs. The OFF target constructs are based on gene sequences known to occur in the human genome.

Synthego EX1001.057

TABLE 3

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| | | | 2-piece dual-guide scaffold | |
| | | | Unmodified dual-guide RNA (dgRNA) | |
| 1 | CLTA1 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 2 | CLTA1 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 3 | CLTA1 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 4 | CLTA1 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC + (SEQ ID NO: 25)<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 5 | CLTA1 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 6 | CLTA1 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 7 | CLTA1 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | ~56 + 86 |
| 8 | CLTA1 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 9 | CLTA1 crRNA + tracrRNA | CLTA1 target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGCUGUUUUGAAUGGUCC CAAAAC (SEQ ID NO: 25) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 10 | IL2RG crRNA + tracrRNA | IL2RGcrig ON-target | UGGUAAUGAUGGCUUCACAGUUUUAGAGCUAUGCUGUUUUGAAUGGUCC CCAAAAC (SEQ ID NO: 27) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 28) | 56 + 86 |

Synthego EX1001.058

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| | | | **Fluorophore-coupled dgRNA** | |
| 11 | CLTA1 crRNA + tracrRNA_aminoallyl-U57/ + Cy5 | CLTA1 ON1-target | AGUCCUCAUCUCCUCCAACGGUUUAAGAGCUAUGCUGUUUUGGAUGGUCC CAAAAC (SEQ ID NO: 29) + GGAUCCGAUUCAAAAACAGCAUAGCAAGUUAAAUAAGGCUAGUCCGUUAUCA ACUUG(**aminoallylU** + **Cy5**)AAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 30) | 56 + 86 |
| | | | **2'OMethyl-modified dgRNA** | |
| 12 | IL2RG_crRNA_5', 3'-3x(2'OMe)_+ tracrRNA_5', 3'-3x(2'OMe) | IL2ROmg ON1-target | U**G**GUUAUUGAUGGCUUUCAACAGUUUAAGAGCUAUGCUGUUUUGGAUGGUC CCA**AAC** (SEQ ID NO: 31) + **GGA**ACCAUUCAAAAACAGCAUAGCAAGUUAAAUAAGGCUAGUCCGUUAUCA ACUUGGUAAAAGUGGCACCGAGUCGGUGC**UUUU** (SEQ ID NO: 32) | 56 + 86 |
| | | | **2'OMethyl, 3'Phosphorothioate-modified dgRNA** | |
| 13 | IL2RG_crRNA_5', 3'-3x(2'OMe, 3'P(S)) + tracrRNA_5', 3'-3x(2'OMe, 3'P(S)) | IL2ROmg ON1-target | U**sGsG**UUAUUGAUGGCUUUCAACAGUUUAAGAGCUAUGCUGUUUUGGAUGG UCCC**AsAsAsAsC** (SEQ ID NO: 33) + **GsGsA**sACCAUUCAAAAACAGCAUAGCAAGUUAAAUAAGGCUAGUCCGUUAUAU CAACUUGGUAAAAGUGGCACCGAGUCGGUGC**UsUsUsU** (SEQ ID NO: 34) | 56 + 86 |
| | | | **2'OMethyl, 3'PhosphorothioPACE-modified dgRNA** | |
| 14 | IL2RG_crRNA_5', 3'-3x(2'OMe, 3'thioPACE) + tracrRNA_5', 3'-3x(2'OMe, 3'thioPACE) | IL2ROmg ON1-target | U**\*sG\*sG\*s**UUAUUGAUGGCUUUCAACAGUUUAAGAGCUAUGCUGUUUUGGAAU GGUCCCA**\*sA\*sA\*s**C (SEQ ID NO: 35) + **G\*sG\*sA\*s**ACCAUUCAAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGU UAUCAACUUGGUAAAAGUGGCACCGAGUCGGUGC**UUUU\*sU\*sU\*sU** (SEQ ID NO: 36) | 56 + 86 |
| 15 | IL2RG_crRNA_5', 3'-1x(2'OMe, 3'thioPACE) + tracrRNA_5', 3'-1x(2'OMe, 3'thioPACE) | IL2ROmg ON1-target | U**\*s**GGUUAUUGAUGGCUUUCAACAGUUUAAGAGCUAUGCUGUUUUGGAAUGGU CCCAAA**\*s**C (SEQ ID NO: 37) + **G\*s**GACCAUUCAAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAU CAACUUGGUAAAAGUGGCACCGAGUCGGUGC**UUUU\*sU** (SEQ ID NO: 38) | 56 + 86 |
| | | | **2-thioU-modified dgRNA** | |
| 16 | CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 ON1-target | AG(**2sU**)CCUCAUCUCCUCCAGCGGUUUAAGAGCUAUGCUGUUUUGGAAUGGU CCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUAAAUAAGGCUAGUCCGUUAUCA ACUUGGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 17 | CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 ON1-target | AG(**2sU**)(**2sU**)CCUCAUCUCCUCCAGCGGUUUAAGAGCUAUGCUGUUUUGGAAUGGU CCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUAAAUAAGGCUAGUCCGUUAUCA ACUUGGUAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |

Synthego EX1001.059

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 18 | CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF1-target | AG(2sU)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CUCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 19 | CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF1-target | AG(2sU)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CUCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 20 | CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF2-target | AG(2sU)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CUCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 21 | CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF2-target | AG(2sU)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CUCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 22 | CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF3-target | AG(2sU)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CUCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 23 | CLTA1_2thioU + 3 crRNA + tracrRNA | CLTA1 OFF3-target | AG(2sU)CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CUCCAAAAC (SEQ ID NO: 39) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 24 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCA(2sU)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 25 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCA(2sU)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 26 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCA(2sU)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 27 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCA(2sU)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 28 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCA(2sU)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 29 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCA(2sU)CUCCCUCAAGCGUUUAAGAGCUAUGCUGUUUUGAAUGGU CCCAAAAC (SEQ ID NO: 40) + GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAAUAAGGCUAGUCCGUUAUCA ACUUGUAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |

Synthego EX1001.060

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---------|---------------------|----------------------|----------------------|------------|
| 30 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCA(2sU)CUCCCUCAGCCGUUUAAGAGCUAUGCUGUUUUGAAUGGU<br>CCCAAAAC (SEQ ID NO: 40) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA<br>ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 31 | CLTA1_2thioU + 9 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCA(2sU)CUCCCUCAGCCGUUUAAGAGCUAUGCUGUUUUGAAUGGU<br>CCCAAAAC (SEQ ID NO: 40) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA<br>ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 32 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCAUC(2sU)CCCUCAGCCGUUUAAAUAAGAGCUAUGCUGUUUUGAAUGGU<br>CCCAAAAC (SEQ ID NO: 41) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA<br>ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 33 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 ON1-target | AGUCCUCAUC(2sU)CCCUCAGCCGU UUAAGAGCUAUGCUGUUUUGAAUGGU<br>CCCAAAAC (SEQ ID NO: 41) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA<br>ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 34 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCAUC(2sU)CCCUCAGCCGUUUAAGAGCUAUGCUGUUUUGAAUGGU<br>CCCAAAAC (SEQ ID NO: 41) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA<br>ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 35 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF1-target | AGUCCUCAUC(2sU)CCCUCAGCCGU UUAAGAGCUAUGCUGUUUUGAAUGGU<br>CCCAAAAC (SEQ ID NO: 41) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA<br>ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 36 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCAUC(2sU)CCCUCAGCCGUUUAAGAGCUAUGCUGUUUUGAAUGGU<br>CCCAAAAC (SEQ ID NO: 41) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA<br>ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 37 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF2-target | AGUCCUCAUC(2sU)CCCUCAGCCGUUUAAGAGCUAUGCUGUUUUGAAUGGU<br>CCCAAAAC (SEQ ID NO: 41) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA<br>ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 38 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCAUC(2sU)CCCUCAGCCGUUUAAGAGCUAUGCUGUUUUGAAUGGU<br>CCCAAAAC (SEQ ID NO: 41) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA<br>ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |
| 39 | CLTA1_2thioU + 11 crRNA + tracrRNA | CLTA1 OFF3-target | AGUCCUCAUC(2sU)CCCUCAGCCGUUUAAGAGCUAUGCUGUUUUGAAUGGU<br>CCCAAAAC (SEQ ID NO: 41) +<br>GGAACCAUUCAAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCA<br>ACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUUUU (SEQ ID NO: 26) | 56 + 86 |

Single-guide scaffold
Unmodified single-guide RNA (sgRNA)

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---------|---------------------|----------------------|----------------------|------------|
| 40 | CLTA1 sgRNA (Batch #1) | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAGCCGUUUUAGAGCUAGAAAUAGCAAGUUAAAAUAAGGCA<br>AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC<br>GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 41 | CLTA1 sgRNA (Batch #1) | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAGCCGUUUUAGAGCUAGAAAUAGCAAGUUAAAAUAAGGCA<br>AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC<br>GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |

Synthego EX1001.061

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 42 | CLFA1 sgRNA (Batch #2) | CLFA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 43 | CLFA1 sgRNA (Batch #2) | CLFA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 44 | CLFA1 sgRNA (Batch #3) | CLFA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 45 | CLFA1 sgRNA (Batch #3) | CLFA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 46 | CLFA1 sgRNA (Batch #3) | CLFA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 47 | CLFA1 sgRNA (Batch #3) | CLFA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 48 | CLFA1 sgRNA (Batch #3) | CLFA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 49 | CLFA1 sgRNA (Batch #3) | CLFA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 50 | CLFA1 sgRNA (Batch #3) | CLFA1mg OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 51 | CLFA1 sgRNA (Batch #3) | CLFA1mg OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 52 | CLFA1 sgRNA (crude) | CLFA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 42) | 113 |
| 53 | CLFA1_Bos sgRNA | CLFA1_Bos ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUAGUAAUAGCAAGUUAAAAUA AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 43) | 100 |
| 54 | CLFA1_Bos sgRNA | CLFA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUAGUAAUAGCAAGUUAAAAUA AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 43) | 100 |
| 55 | CLFA1_Bos sgRNA | CLFA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUAGUAAUAGCAAGUUAAAAUA AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 43) | 100 |
| 56 | CLFA1_Bos sgRNA | CLFA1mg OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUAGUAAUAGCAAGUUAAAAUA AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 43) | 100 |
| 57 | CLFA1_Bos sgRNA | CLFA1mg OFF3-target | AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU AGUCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUAGUAAUAGCAAGUUAAAAUA (SEQ ID NO: 43) | 100 |

Synthego EX1001.062

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 58 | CLTA4 sgRNA | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGGUUUAAGAGCUAUGCUGGAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 59 | CLTA4 sgRNA | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGGUUUAAGAGCUAUGCUGGAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 60 | CLTA4 sgRNA | CLTA4 ON-target | GCAGAUGUAGUGUUUCCACAGGUUUAAGAGCUAUGCUGGAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 61 | CLTA4 sgRNA | CLTA1mg ON-target | GCAGAUGUAGUGUUUCCACAGGUUUAAGAGCUAUGCUGGAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 62 | CLTA4 sgRNA | CLTA1mg ON-target | GCAGAUGUAGUGUUUCCACAGGUUUAAGAGCUAUGCUGGAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 63 | CLTA4 sgRNA | CLTA1mg OFF5-target | GCAGAUGUAGUGUUUCCACAGGUUUAAGAGCUAUGCUGGAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 44) | 113 |
| 64 | CLTA1_Truncated_18 mer | CLTA1mg ON1-target | UCCUCAUCUCCCUCAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAG UUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGG UGCUUUUUUU (SEQ ID NO: 44) | 111 |
| 65 | CLTA1_Truncated_18 mer | CLTA1mg ON1-target | UCCUCAUCUCCCUCAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAG UUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGG UGCUUUUUUU (SEQ ID NO: 45) | 111 |
| 66 | CLTA1_Truncated_18 mer | CLTA1mg OFF1-target | UCCUCAUCUCCCUCAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAG UUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGG UGCUUUUUUU (SEQ ID NO: 45) | 111 |
| 67 | CLTA1_Truncated_18 mer | CLTA1mg OFF3-target | UCCUCAUCUCCCUCAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAG UUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGG UGCUUUUUUU (SEQ ID NO: 45) | 111 |
| 68 | CLTA1_Truncated_17 mer | CLTA1mg ON1-target | CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUACACGCAAGUAGCCAGU UUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGU GCUUUUUUU (SEQ ID NO: 45) | 110 |
| 69 | CLTA1_Truncated_17 mer | CLTA1mg ON1-target | CCUCAUCUCCCUCAAGCGUUUAAGCUAUGCUGGUACACGCAUAGCCAGU UUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGU GCUUUUUUU (SEQ ID NO: 46) | 110 |
| 70 | CLTA1_Truncated_17 mer | CLTA1mg OFF1-target | CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUACACAGCAUAGCCAGU UUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGU GCUUUUUUU (SEQ ID NO: 46) | 110 |
| 71 | CLTA1_Truncated_17 mer | CLTA1mg OFF3-target | CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUACACAGCAUAGCCAGU UUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGU GCUUUUUUU (SEQ ID NO: 46) | 110 |
| 72 | CLTA1_1xExtraG | CLTA1mg ON1-target | GAGUCCUCAUCUCCCUCAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 47) | 114 |
| 73 | CLTA1_1xExtraG | CLTA1mg ON1-target | GAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUACACGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 47) | 114 |

Synthego EX1001.063

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 74 | CLTA1_1xExtraG | CLTA1mg OFF1-target | GAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 47) | 114 |
| 75 | CLTA1_1xExtraG | CLTA1mg OFF3-target | GAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 47) | 114 |
| 76 | CLTA1_2xExtraG | CLTA1mg ON1-target | GGAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 48) | 115 |
| 77 | CLTA1_2xExtraG | CLTA1mg ON1-target | GGAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 48) | 115 |
| 78 | CLTA1_2xExtraG | CLTA1mg OFF1-target | GGAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 48) | 115 |
| 79 | CLTA1_2xExtraG | CLTA1mg OFF3-target | GGAGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 48) | 115 |
| 80 | CLTA1_63U_64U | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 49) | 113 |
| 81 | CLTA163A_64A | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 50) | 113 |
| 82 | CLTA1_63A, 64A, 70U, 71U | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 51) | 113 |
| 83 | CLTA1_cis-block(1-5)_polyU_sgRNA | CLTA1mg ON1-target | GGACUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGAAAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU (SEQ ID NO: 52) | 111 |
| 84 | CLTA1_cis-block(1-5)_polyU_sgRNA | CLTA1mg ON1-target | GGACUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGAAAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU (SEQ ID NO: 52) | 111 |
| 85 | CLTA1_cis-block(1-5)_polyU_sgRNA | CLTA1mg OFF1-target | GGACUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGAAAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU (SEQ ID NO: 52) | 111 |
| 86 | CLTA1_cis-block(1-5)_polyU_sgRNA | CLTA1mg OFF3-target | GGACUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAUGAAAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU (SEQ ID NO: 52) | 111 |
| 87 | CLTA1_cis-block(1-10)_polyU_sgRNA | CLTA1mg ON1-target | GAUGAGGACUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGA AAUAGCAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCA CCGAGUCCGUGCUUUU (SEQ ID NO: 53) | 116 |
| 88 | CLTA1_cis-block(1-10)_polyU_sgRNA | CLTA1mg ON1-target | GAUGAGGACUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGA AAUAGCAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGGCA CCGAGUCCGUGCUUUU (SEQ ID NO: 53) | 116 |
| 89 | CLTA1_cis-block(1-10)_polyU_sgRNA | CLTA1mg OFF1-target | GAUGAGGACUUUUUUAGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGA AAUAGCAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGGCA CCGAGUCCGUGCUUUU (SEQ ID NO: 53) | 116 |

Synthego EX1001.064

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 90 | CLTA1_cis-block(1-10)_polyU_sgRNA | CLTA1mg OFF3-target | GAUGAGGACUUUUUUUAGUCCUCUCAACCGUUUUAGAGCUAGA AAUAGCAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCA CCGAGUCGGUGCUUUU (SEQ ID NO: 53) | 116 |
| 91 | CLTA1_cis-block(16-20)_polyU_sgRNA | CLTA1mg ON1-target | GCUUGUUUUUUAGUCCUCUCAACCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU (SEQ ID NO: 54) | 111 |
| 92 | CLTA1_cis-block(16-20)_polyU_sgRNA | CLTA1mg ON1-target | GCUUGUUUUUUAGUCCUCUCAACCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU (SEQ ID NO: 54) | 111 |
| 93 | CLTA1_cis-block(16-20)_polyU_sgRNA | CLTA1mg OFF1-target | GCUUGUUUUUUAGUCCUCUCAACCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU (SEQ ID NO: 54) | 111 |
| 94 | CLTA1_cis-block(16-20)_polyU_sgRNA | CLTA1mg OFF3-target | GCUUGUUUUUUAGUCCUCUCAACCGUUUUAGAGCUAGAAAUAG CAAGUUAAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU (SEQ ID NO: 54) | 111 |

DMT-modified sgRNA

| | | | | |
|---|---|---|---|---|
| 95 | CLTA1_DMT-ON sgRNA | CLTA1 ON1-target | (dmt)AGUCCUCAUCUCCUCCAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUUU (SEQ ID NO: 55) | 113 |
| 96 | CLTA1_DMT-ON/OFF sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCUCCAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGGUGCUUUUUUU (SEQ ID NO: 56) | 113 |

Fluorophore-modified sgRNA

| | | | | |
|---|---|---|---|---|
| 97 | CLTA1_IntFl_sgLoop | CLTA1 ON1-target | AGUCCUCAUCUCCUCCAGCGUUUAAGAGCUAUGCUGGU(Fl)AACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 57) | 113 |
| 98 | CLTA1_IntFl_sgLoop | CLTA1mg ON1-target | AGUCCUCAUCUCCUCCAGCGUUUAAGAGCUAUGCUGGU(Fl)AACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 57) | 113 |
| 99 | CLTA1_IntFl_sgLoop | CLTA1mg ON1-target | AGUCCUCAUCUCCUCCAGCGUUUAAGAGCUAUGCUGGU(Fl)AACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 57) | 113 |
| 100 | CLTA1_IntFl_sgLoop | CLTA1mg OFF1-target | AGUCCUCAUCUCCUCCAGCGUUUAAGAGCUAUGCUGGU(Fl)AACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 57) | 113 |
| 101 | CLTA1_IntFl_sgLoop | CLTA1mg OFF3-target | AGUCCUCAUCUCCUCCAGCGUUUAAGAGCUAUGCUGGU(Fl)AACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 57) | 113 |
| 102 | CLTA1_IntFl_sgLoop_5'_3'-3x(2'OMe) | CLTA1mg ON1-target | **AGUC**CUCAUCUCCUCCAGCGUUUAAGAGCUAUGCUGGU(Fl)AACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUG**CUUU**UUUU (SEQ ID NO: 58) | 113 |
| 103 | CLTA1_IntFl_sgLoop_5'_3'-3x(2'OMe) | CLTA1mg ON1-target | **AGUC**CUCAUCUCCUCCAGCGUUUAAGAGCUAUGCUGGU(Fl)AACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUG**CUUU**UUUU (SEQ ID NO: 58) | 113 |

Synthego EX1001.065

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---------|--------------------|--------------------|--------------------|-----------|
| 104 | CLTA1_IntF1_sgLoop_5′, 3′-3x(2′OMe) | CLTA1mg OFF1-target | **AGU**CUCAUCUCCCUCAAGCGUUUAAGACGCUAUGCUCUGG(**P1**)AACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAGUGGCACCGAGU CGGUGCUUUUU**U** (SEQ ID NO: 58) | 113 |
| 105 | CLTA1_IntF1_sgLoop_5′, 3′-3x(2′OMe) | CLTA1mg OFF3-target | **AGU**CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUCUGG(**P1**)AACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAGUGGCACCGAGU CGGUGCUUUUU**U** (SEQ ID NO: 59) | 113 |
| 106 | CLTA1_IntF1_sgLoop_5′, 3′-3x(2′OMe), 3′P(S) | CLTA1mg ON1-target | **AsGsGsU**sCUCAUCUCCCUCAAGCGUUUAAGAGACUAUGCUCUGG(**P1**)AACAGCAUA GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAGUGGCACCGA GUCGGUGCUUUU**UsUsU** (SEQ ID NO: 59) | 113 |
| 107 | CLTA1_IntF1_sgLoop_5′, 3′-3x(2′OMe, 3′P(S)) | CLTA1mg ON1-target | **AsGsGsU**sCUCAUCUCCCUCAAGCGUUUAAGAGACUAUGCUCUGG(**P1**)AACAGCAUA GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAGUGGCACCGA GUCGGUGCUUUU**sUsGsGsU** (SEQ ID NO: 59) | 113 |
| 108 | CLTA1_IntF1_sgLoop_5′, 3′-3x(2′OMe, 3′P(S)) | CLTA1mg OFF1-target | **AsGsGsU**sCUCAUCUCCCUCAAGCGUUUAAGAGACUAUGCUCUGG(**P1**)AACAGCAUA GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAGUGGCACCGA GUCGGUGCUUUU**sUsGsGsU** (SEQ ID NO: 59) | 113 |
| 109 | CLTA1_IntF1_sgLoop_5′, 3′-3x(2′OMe, 3′P(S)) | CLTA1mg OFF3-target | **AsGsGsU**sCUCAUCUCCCUCAAGCGUUUAAGAGACUAUGCUCUGG(**P1**)AACAGCAUA GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAGUGGCACCGA GUCGGUGCUUUU**sUsGsGsU** (SEQ ID NO: 59) | 113 |
| 110 | CLTA1_IntF1_sgLoop_5′, 3′-3x(2′OMe, 3′thioPACE) | CLTA1mg ON1-target | **A**∗**sG**∗**sU**∗**sU**∗**sU**∗**sU**∗**sU**sCCUCUGUCUCCCUCAGCGUUUAAGAGACUAUGCUCUGG(**P1**)AACAGC AUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAGUGGCAC CGAGUCGGUGCUUUU**U**∗**sU**∗**sU**∗**sU** (SEQ ID NO: 60) | 113 |
| 111 | CLTA1_IntF1_sgLoop_5′, 3′-3x(2′OMe, 3′thioPACE) | CLTA1mg ON1-target | **A**∗**sG**∗**sU**∗**sU**∗**sU**∗**sU**∗**sU**sCCUCUGUCUCCCUCAGCGUUUAAGAGACUAUGCUCUGG(**P1**)AACAGC AUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAGUGGCAC CGAGUCGGUGCUUUU**U**∗**sU**∗**sU**∗**sU** (SEQ ID NO: 60) | 113 |
| 112 | CLTA1_IntF1_sgLoop_5′, 3′-3x(2′OMe, 3′thioPACE) | CLTA1mg OFF1-target | **A**∗**sG**∗**sU**∗**sU**∗**sU**∗**sU**∗**sU**sCCUCUGUCUCCCUCAGCGUUUAAGAGACUAUGCUCUGG(**P1**)AACAGC AUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAGUGGCAC CGAGUCGGUGCUUUU**U**∗**sU**∗**sU**∗**sU** (SEQ ID NO: 60) | 113 |
| 113 | CLTA1_IntF1_sgLoop_5′, 3′-3x(2′OMe, 3′thioPACE) | CLTA1mg OFF3-target | **A**∗**sG**∗**sU**∗**sU**∗**sU**∗**sU**∗**sU**sCCUCUGUCUCCCUCAGCGUUUAAGAGACUAUGCUCUGG(**P1**)AACAGC AUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAGUGGCAC CGAGUCGGUGCUUUU**U**∗**sU**∗**sU**∗**sU** (SEQ ID NO: 60) | 113 |
| 114 | CLTA4_3xF1-Int_3x(2′OMe, 3′thioPACE) | CLTA4mg ON-target | **U**o∗**s**(**P1**)oJGCAGAUGAUGUUUCCACAGUUUaAGAGCUAUGAUAUAGCAAGAGU UuaAAUAAGGCUAGUCCCUGUUA(**P1**)CAACUUGAAAAGUGGCACCGAGUCGG UGCU**U**(**P1**)**sU**o∗**sU** (SEQ ID NO: 61) | 102 |
| 115 | CLTA4_3xF1-Int_3x(2′OMe, 3′thioPACE) | CLTA4mg OFF5-target | **U**o∗**s**(**P1**)oJGCAGAUGAUGAUAGUDUUCCACAGUUUaAGACUAUGAUAUAGCAAGU UuaAAUAAGGCUAGUCCCUGUUA(**P1**)CAACUUGAAAAGUGGCACCGAGUCGG UGCU**U**(**P1**)**sU**o∗**sU** (SEQ ID NO: 61) | 102 |
| 116 | CLTA4_3xF1-Loop_3x(2′OMe, 3′thioPACE) | CLTA4mg ON-target | **U**o∗**s**oCAGAUGAUGUUUCCACAGUUUaAGAGGCUAG(**P1**)AAUAGCAAGUUuaAA AUAAGGCUAGUCCGUUAUCAACUUGAG(**P1**)AAAAGUGGCACCGAG(**P1**)CGUUGC UUU**U**∗**sU** (SEQ ID NO: 62) | 100 |
| 117 | CLTA4_3xF1-Loop_3x(2′OMe, 3′thioPACE) | CLTA4mg OFF5-target | **U**∗**s**oCAGAUGAUGUUUCCACAGUUUaAGAGGCUAG(**P1**)AAUAGCAAGUUuaAA AUAAGGCUAGUCCGUUAUCAACUUGAG(**P1**)AAAAGUGGCACCGAG(**P1**)CGUUGC UUU**U**∗**sU** (SEQ ID NO: 62) | 100 |
| 118 | CLTA1_5′−2xP(S) sgRNA | CLTA1 ON1-target | AsGsUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAGUGGCACCGAGU CGGUGCUUUUUU (SEQ ID NO: 63) | 113 |

3′Phosphorothioate-modified sgRNA

Synthego EX1001.066

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---------|--------------------|--------------------|--------------------|-----------|
| 119 | CLTA1_5'-3xP(S) sgRNA | CLTA1 ON1-target | AaGaGcCUUCAUCUCCCUCAaGCUUUUAGAGaCUAUGCUUGGaAaCAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAG UCGGUGCUUUUUUUU (SEQ ID NO: 64) | 113 |
| 120 | CLTA1_5'-4xP(S) sgRNA | CLTA1 ON1-target | AaGaGcCcUCAUCUCCCUCAaGCGUUUAGaGaGcUUAUGCUGGGaAACAGCAUA GCAAGUUUAAAUAAGGCUAGUCCGUUAUCaACUUGaAAAAGUGGCACCGA GUCGGUGCUUUUUUUU (SEQ ID NO: 65) | 113 |
| 121 | CLTA1_3'-4xP(S) sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAaGCUUUAGAGCUAUGCUGGGaAaCAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUaUaUaUaU (SEQ ID NO: 66) | 113 |

2'OMethyl-modified sgRNA

| 122 | CLTA1_2'OMe + 20 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAaGCUUUUAGAGCUGUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 67) | 113 |
| 123 | CLTA1_2'OMe + 19 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAaGCGUUUAGAGCUGUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 68) | 113 |
| 124 | CLTA1_2'OMe + 19 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAaGCGUUUAAGAGCUAUGCUGGGaAACAGCAUAGGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 68) | 113 |
| 125 | CLTA1_2'OMe + 19 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAaGCGUUUAAGAGCUAUGCUGGGaAACAGCAUAGGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 68) | 113 |
| 126 | CLTA1_2'OMe + 19 sgRNA | CLTA1mg OFF1-target | AGUCCUCAUCUCCCUCAaGCGUUUAAGAGCUAUGCUGGGaAACAGCAUAGGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 68) | 113 |
| 127 | CLTA1_2'OMe + 19 sgRNA | CLTA1mg OFF3-target | AGUCCUCAUCUCCCUCAaGCGUUUAAGAGCUAUGCUGGGaAACAGCAUAGGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 68) | 113 |
| 128 | CLTA1_2'OMe + 18 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAaGCGUUUAAGAGCUAUGCUGGGaAACAGCAUAGGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 69) | 113 |
| 129 | CLTA1_2'OMe + 18 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCaAaGCGUUUAAGAGCUAUGCUGGGaAACAGCAUAGGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 69) | 113 |
| 130 | CLTA1_2'OMe + 18 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCaAaGCGUUUAAGAGCUAUGCUGGGaAACAGCAUAGGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 69) | 113 |
| 131 | CLTA1_2'OMe + 18 sgRNA | CLTA1mg OFF1-target | AGUCCUCAUCUCCCUCaAaGCGUUUAAGAGCUAUGCUGGGaAACAGCAUAGGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 69) | 113 |
| 132 | CLTA1_2'OMe + 18 sgRNA | CLTA1mg OFF3-target | AGUCCUCAUCUCCCUCaAaGCGUUUAAGAGCUAUGCUGGGaAACAGCAUAGGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 69) | 113 |
| 133 | CLTA1_2'OMe + 17 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAaGCGUUUAAGAGCUAUGCUGGGaAACAGCAUAGGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGaAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 70) | 113 |

Synthego EX1001.067

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 134 | CLTA1_2'OMe + 17 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 70) | 113 |
| 135 | CLTA1_2'OMe + 17 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 70) | 113 |
| 136 | CLTA1_2'OMe + 17 sgRNA | CLTA1mg OFF1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 70) | 113 |
| 137 | CLTA1_2'OMe + 17 sgRNA | CLTA1mg OFF3-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 70) | 113 |
| 138 | CLTA1_2'OMe + 17,18 sgRNA | CLTA1 ON1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 71) | 113 |
| 139 | CLTA1_2'OMe + 17,18 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 71) | 113 |
| 140 | CLTA1_2'OMe + 17,18 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 71) | 113 |
| 141 | CLTA1_2'OMe + 17,18 sgRNA | CLTA1mg OFF1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 71) | 113 |
| 142 | CLTA1_2'OMe + 17,18 sgRNA | CLTA1mg OFF3-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 71) | 113 |
| 143 | CLTA1_5', 3'-3x(2'OMe) sgRNA | CLTA1 ON1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 72) | 113 |
| 144 | CLTA4_5', 3'-3x(2'OMe) sgRNA | CLTA4mg ON-target | GCAGAUGUAGUGUUUCCACAGUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 73) | 113 |
| 145 | CLTA4_5', 3'-3x(2'OMe) sgRNA | CLTA4mg OFF5-target | GCAGAUGUAGUGUUUCCACAGUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 73) | 113 |
| 146 | CLTA1_5'-20x(2'OMe) sgRNA | CLTA1 ON1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 74) | 113 |
| 147 | CLTA1_5'-20x(2'OMe) sgRNA | CLTA1mg ON1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 74) | 113 |
| 148 | CLTA1_5'-20x(2'OMe) sgRNA | CLTA1mg ON1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 74) | 113 |
| 149 | CLTA1_5'-20x(2'OMe) sgRNA | CLTA1mg OFF1-target | AGUCCUCAUCCUCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 74) | 113 |

Synthego EX1001.068

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 150 | CLTA1_5'-20x(2'OMe)_sgRNA | CLTA1mg OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 74) | 113 |
| 151 | CLTA1_5'-26x(2'OMe)_sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 75) | 113 |
| 152 | CLTA1_5'-37x(2'OMe)_sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 76) | 113 |
| 153 | CLTA1_41x(2'OMeC/U)_Q83 | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 76) | 113 |
| 154 | CLTA1_47x(2'OMeC/U)_Q83 | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 77) | 113 |
| 155 | CLTA1_47x(2'OMeC/U)_Q83 | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 78) | 113 |
| 156 | CLTA1_47x(2'OMeC/U)_Q83 | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 79) | 113 |
| 157 | CLTA1_47x(2'OMeC/U)_Q83 | CLTA1mg OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 79) | 113 |
| 158 | CLTA1_47x(2'OMeC/U)_Q83 | CLTA1mg OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 79) | 113 |
| 159 | CLTA1_47x(2'OMeG/A)_Q83 | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 80) | 113 |
| 160 | CLTA1_47x(2'OMeG/A)_Q83 | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 80) | 113 |
| 161 | CLTA1_47x(2'OMeG/A)_Q83 | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 80) | 113 |
| 162 | CLTA1_47x(2'OMeG/A)_Q83 | CLTA1mg OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 80) | 113 |
| 163 | CLTA1_47x(2'OMeG/A)_Q83 | CLTA1mg OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUGCUUUUUUU (SEQ ID NO: 80) | 113 |
| 164 | CLTA1_43x(2'OMeG/A)_Bop | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGCGUUAUGUAAUGCAGUUAAAAAUA AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 81) | 100 |
| 165 | CLTA1_43x(2'OMeG/A)_Bop | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUAUGUAAUGCAGUUAAAAAUA AGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 81) | 100 |

Synthego EX1001.069

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 166 | CLTA1_43x(2'OMeG/A)_Bos | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAGCAAGUUAAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 81) | 100 |
| 167 | CLTA1_43x(2'OMeG/A)_Bos | CLTA1mg OFF1-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAGCAAGUUAAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 81) | 100 |
| 168 | CLTA1_43x(2'OMeG/A)_Bos | CLTA1mg OFF3-target | AGUCCUCAUCUCCCUCAAGCGUUUUAGAGCUAGAAAUAGCAAGUUAAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 81) | 100 |
| 169 | CLTA4_sgRNA_5', 3'-3x(2'OMe) | CLTA4 ON1-target | GCAGAUGUAGUCGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 82) | 113 |
| 170 | CLTA4_sgRNA_5', 3'-3x(2'OMe) | CLTA4 ON1-target | GCAGAUGUAGUCGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 82) | 113 |
| 171 | CLTA4_47x(2'OMeC/U)_QB3 | CLTA4 ON1-target | GCAGAUGUAGUCGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 83) | 113 |
| 172 | CLTA4_47x(2'OMeC/U)_QB3 | CLTA4 ON1-target | GCAGAUGUAGUCGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 83) | 113 |
| 173 | CLTA4_47x(2'OMeC/U)_QB3 | CLTA4 ON1-target | GCAGAUGUAGUCGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 83) | 113 |
| 174 | CLTA4_49x(2'OMeG/A)_Bos | CLTA4 ON1-target | GCAGAUGUAGUCGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 84) | 100 |
| 175 | CLTA4_49x(2'OMeG/A)_Bos | CLTA4 ON1-target | GCAGAUGUAGUCGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 84) | 100 |
| 176 | CLTA4_49x(2'OMeG/A)_Bos | CLTA4 ON1-target | GCAGAUGUAGUCGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 84) | 100 |
| 177 | CLTA4_39x(2'OMeC/U)_Bos | CLTA4 ON1-target | GCAGAUGUAGUCGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 85) | 100 |
| 178 | CLTA4_39x(2'OMeC/U)_Bos | CLTA4 ON1-target | GCAGAUGUAGUCGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 85) | 100 |
| 179 | CLTA4_39x(2'OMeC/U)_Bos | CLTA4 ON1-target | GCAGAUGUAGUCGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 85) | 100 |

2'deoxy-modified sgRNA

| 180 | CLTA1_5'-20x(21deoxy) | CLTA1 ON1-target | AGTCCTCATCTCCCTCAAGCGUUUUAGAGCUAUGCUGGAAACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUCGGUGCUUUUU (SEQ ID NO: 86) | 113 |

**Synthego EX1001.070**

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---------|---------------------|---------------------|----------------------|-----------|
| 181 | CLTA1_5'-26x(2'deoxy) | CLTA1 ON1-target | **AGTCCTCATCTCCCTCAAGCGTTTAG**GACCTUAUGCUGGUUACAGCAUAGCGAAG UUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAGUCGG UGCUUUUUUU (SEQ ID NO: 87) | 113 |
| 182 | CLTA1_5'-37x(2'deoxy) | CLTA1 ON1-target | **AGTCCTCATCTCCCTCAAGCGTTTAAGAGCTATGCTG**UACAGCAUAGCGAAG UUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAGUCGG UGCUUUUUUU (SEQ ID NO: 88) | 113 |

2'Deoxy, 3'PACE-modified sgRNA

| | | | | |
|---------|---------------------|---------------------|----------------------|-----------|
| 183 | CLTA1_2'deoxy3'PACE + 15 | CLTA1mg ON-target | GCAGAUUAGUGUGUU*CCACAGUUAUGAGACUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 89) | 113 |
| 184 | CLTA1_2'deoxy3'PACE + 15 | CLTA1mg OFF5-target | GCAGAUUAGUGUGUU*CCACAGUUAUGAGACUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGCGAG UCGGUGCUUUUUUU (SEQ ID NO: 89) | 113 |

2'OMethyl, 3'PACE-modified sgRNA

| | | | | |
|---------|---------------------|---------------------|----------------------|-----------|
| 185 | 5'-1x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | A*GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 90) | 113 |
| 186 | 5'-1x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1 ON1-target | A*GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 90) | 113 |
| 187 | 5'-2x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1 ON1-target | A*G*UCCUCAUCUCCCUCAAGCGUUUAAGAGACUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 91) | 113 |
| 188 | 5'-2x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | A*G*UCCUCAUCUCCCUCAAGCGUUUAAGAGACUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 91) | 113 |
| 189 | 5'-2x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | A*G*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 91) | 113 |
| 190 | 5'-2x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | A*G*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 91) | 113 |
| 191 | 5'-3x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | G*G*A*GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCAGC GAGUCGGUGCUUUUUUU (SEQ ID NO: 92) | 115 |
| 192 | 5'-3x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1 ON1-target | G*G*A*GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACC GAGUCGGUGCUUUUUUU (SEQ ID NO: 92) | 115 |
| 193 | 5'-4x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1 ON1-target | A*G*U*C*UCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 93) | 113 |
| 194 | 5'-4x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ON1-target | A*G*U*C*UCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 93) | 113 |

Synthego EX1001.071

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 195 | 5'- 4x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ONl-target | A*G*A*U*CUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGHUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCCGGUCUUUUUU (SEQ ID NO: 93) | 113 |
| 196 | 5'- 5x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ONl-target | G*G*A*G*U*CCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUGGUAACAG CAUAGCAAGHUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCA CCGAGUCCGGUCUUUUUU (SEQ ID NO: 94) | 115 |
| 197 | 5'- 5x(2'OMe, 3'PACE)_CLTA1 sgRNA | CLTA1mg ONl-target | G*G*A*G*U*CCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUGGUAACAG CAUAGCAAGHUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCA CCGAGUCCGGUCUUUUUU (SEQ ID NO: 94) | 115 |
| 198 | CLTA1_3'- 4x(2'OMe, 3'PACE) sgRNA | CLTA1 ONl-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC CGGUCUUU*U*U*U*U*U (SEQ ID NO: 95) | 113 |
| 199 | C_LTA_1_3'- 4x(2'OMe, 3'PACE) sgRNA | CLTA1 ONl-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC CGGUCUUU*U*U*U*U*U (SEQ ID NO: 95) | 113 |
| 200 | CLTA1_3'- 4x(2'OMe, 3'PACE) sgRNA | CLTA1mg ONl-target | AGUCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC CGGUCUUU*U*U*U*U*U (SEQ ID NO: 95) | 113 |
| 201 | CLTA1_3'- 4x(2'OMe, 3'PACE) sgRNA | CLTA1mg ONl-target | AGUCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC CGGUCUUU*U*U*U*U*U (SEQ ID NO: 95) | 113 |
| 202 | CLTA1_3'- 5x(2'OMe, 3'PACE) sgRNA | CLTA1 ONl-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC CGGUCUU*U*U*U*U*U*U (SEQ ID NO: 95) | 113 |
| 203 | CLTA1_3'- 5x(2'OMe, 3'PACE) sgRNA | CLTA1 ONl-target | AGUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUCUU*U*U*U*U*U*U (SEQ ID NO: 96) | 113 |
| 204 | CLTA1_3'- 5x(2'OMe, 3'PACE) sgRNA | CLTA1mg ONl-target | AGUCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC CGGUCUU*U*U*U*U*U*U (SEQ ID NO: 96) | 113 |
| 205 | CLTA1_3'- 5x(2'OMe, 3'PACE) sgRNA | CLTA1mg ONl-target | AGUCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUGGUAACAGCAUAGCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGUC GGUCUU*U*U*U*U*U*U (SEQ ID NO: 96) | 113 |
| 206 | 5'- 3x(2'OMe, 3'PACE)_plus1 overhg_CLTA1 | CLTA1mg ONl-target | C_A*G*A*UCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUGGUAACAGCAU AGCAAGHUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCCGGUCUUUUUU (SEQ ID NO: 97) | 114 |
| 207 | 5'- 3x(2'OMe, 3'PACE)_plus1 overhg_CLTA1 | CLTA1mg ONl-target | C_A*G*A*UCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUGGUAACAGCAU AGCAAGHUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCCGGUCUUUUUU (SEQ ID NO: 97) | 114 |
| 208 | 5'- 3x(2'OMe, 3'PACE)_plus1 overhg_CLTA1 | CLTA1 ONl-target | C_A*G*A*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGHUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCCGGUCUUUUUU (SEQ ID NO: 97) | 114 |
| 209 | 5'- 3x(2'OMe, 3'PACE)_plus1 NC_overhg_CLTA1 | CLTA1 ONl-target | G_A*G*A*UCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGHUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCCGGUCUUUUUU (SEQ ID NO: 98) | 114 |
| 210 | 5'- 3x(2'OMe, 3'PACE)_plus1 NC_overhg_CLTA1 | CLTA1mg ONl-target | G_A*G*A*UCCUCAUCUCCCUCAAGCGUUUAGAGCUAUGCUGGUAACAGCAU AGCAAGHUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCCGGUCUUUUUU (SEQ ID NO: 98) | 114 |

Synthego EX1001.072

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 211 | 5'-3x(2'OMe, 3'PACE)_plus1 NC_overhg_CLTA1 | CLTA1mg ON1-target | G*A*G*UCCUCAUCUCCCUCAAGCCGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCCGGUGCUUUUUUU (SEQ ID NO: 98) | 114 |
| 212 | 5'-5x(2'OMe, 3'PACE)_plus2 overhg_CLTA1 | CLTA1 ON1-target | U*C*A*G*U*UCCUCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUAACA GCAAGACAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCCGGUGCUUUUUUU (SEQ ID NO: 99) | 115 |
| 213 | 5'-5x(2'OMe, 3'PACE)_plus2 overhg_CLTA1 | CLTA1mg ON1-target | U*C*A*G*U*UCCUCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUAACA GCAAGACAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCCGGUGCUUUUUUU (SEQ ID NO: 99) | 115 |
| 214 | 5'-5x(2'OMe, 3'PACE)_plus2 overhg_CLTA1 | CLTA1mg ON1-target | U*C*A*G*U*UCCUCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUAACA GCAAGACAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCCGGUGCUUUUUUU (SEQ ID NO: 99) | 115 |
| 215 | 5'-5x(2'OMe, 3'PACE)_plus2 NC_overhg_CLTA1 | CLTA1 ON1-target | A*C*A*G*U*UCCUCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUAACA GCAAGACAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCCGGUGCUUUUUUU (SEQ ID NO: 100) | 115 |
| 216 | 5'-5x(2'OMe, 3'PACE)_plus2 NC_overhg_CLTA1 | CLTA1mg ON1-target | A*C*A*G*U*UCCUCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUAACA GCAAGACAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCCGGUGCUUUUUUU (SEQ ID NO: 100) | 115 |
| 217 | 5'-5x(2'OMe, 3'PACE)_plus2 NC_overhg_CLTA1 | CLTA1 ON1-target | A*C*A*G*U*UCCUCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUAACA GCAAGACAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGC ACCGAGUCCGGUGCUUUUUUU (SEQ ID NO: 100) | 115 |
| 218 | 5'-7x(2'OMe, 3'PACE)_plus3 overhg_CLTA1 | CLTA1 ON1-target | C*A*G*U*U*C*C*UCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUA ACAGCAAGACAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCCGGUGCUUU*U*U*U*U (SEQ ID NO: 101) | 116 |
| 219 | 5'-7x(2'OMe, 3'PACE)_plus3 overhg_CLTA1_3'- 4x(2'OMe, 3'PACE) | CLTA1mg ON1-target | C*A*G*U*U*C*C*UCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUA ACAGCAAGACAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCCGGUGCUUU*U*U*U*U (SEQ ID NO: 101) | 116 |
| 220 | 5'-7x(2'OMe, 3'PACE)_plus3 overhg_CLTA1_3'- 4x(2'OMe, 3'PACE) | CLTA1mg ON1-target | C*U*C*A*G*U*U*C*UCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUA ACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCCGGUGCUUU*U*U*U*U (SEQ ID NO: 101) | 116 |
| 221 | 5'-7x(2'OMe, 3'PACE)_plus3 NC_overhg_CLTA1_3'- 4x(2'OMe, 3'PACE) | CLTA1 ON1-target | G*A*G*U*C*C*UCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUA ACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCCGGUGCUUU*U*U*U*U (SEQ ID NO: 101) | 116 |
| 222 | 5'-7x(2'OMe, 3'PACE)_plus3 NC_overhg_CLTA1_3'- 4x(2'OMe, 3'PACE) | CLTA1mg ON1-target | G*A*G*U*C*C*UCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUA ACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCCGGUGCUUU*U*U*U*U (SEQ ID NO: 101) | 116 |
| 223 | 5'-7x(2'OMe, 3'PACE)_plus3 overhg_CLTA1_3'- 4x(2'OMe, 3'PACE) | CLTA1mg ON1-target | G*A*G*U*C*C*UCAUCUCCCUCAGCCGUUUAAGAGCUAUGCUGGUA ACAGCAUAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGU GGCACCGAGUCCGGUGCUUU*U*U*U*U (SEQ ID NO: 101) | 116 |
| 224 | CLTA1_2'OMe, 3'PACE + 20 sgRNA | -CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAGC*GUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 102) | 113 |

Synthego EX1001.073

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---------|--------------------|--------------------|----------------------|------------|
| 225 | CLTA1_2'OMe, 3'PACE + 20 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAG*GUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 102) | 113 |
| 226 | CLTA1_2'OMe, 3'PACE + 20 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAG*GUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 102) | 113 |
| 227 | CLTA1_2'OMePACE + 19 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCAAG*CGUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 103) | 113 |
| 228 | CLTA1mg ON1-target CLTA1_2'OMePACE + 19 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAG*CGUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 103) | 113 |
| 229 | CLTA1_2'OMePACE + 19 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCAAG*CGUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 103) | 113 |
| 230 | CLTA1_2'OMePACE + 19 sgRNA | CLTA1mg OFP1-target | AGUCCUCAUCUCCCUCAAG*CGUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 103) | 113 |
| 231 | CLTA1_2'OMePACE + 19 sgRNA | CLTA1mg OFP3-target | AGUCCUCAUCUCCCUCAAG*CGUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 103) | 113 |
| 232 | CLTA1_2'OMePACE + 18 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUCA*GCGUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 104) | 113 |
| 233 | CLTA1_2'OMePACE + 18 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCA*GCGUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 104) | 113 |
| 234 | CLTA1_2'OMePACE + 18 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUCA*GCGUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 104) | 113 |
| 235 | CLTA1_2'OMePACE + 17 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUC*AGCGUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 105) | 113 |
| 236 | CLTA1_2'OMePACE + 17 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUC*AGCGUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 105) | 113 |
| 237 | CLTA1_2'OMePACE + 17 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUC*AGCGUUUUAGAGCUAUGCUGGAAACAGCAUAGC AAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 105) | 113 |
| 238 | CLTA1_2'OMePACE + 17,1 8 sgRNA | CLTA1 ON1-target | AGUCCUCAUCUCCCUC*A*GCGUUUAAGAGCUAUGCUGGAAACAGCAUAG CAAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 106) | 113 |
| 239 | CLTA1_2'OMePACE + 17,1 8 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUC*A*GCGUUUAAGAGCUAUGCUGGAAACAGCAUAG CAAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 106) | 113 |
| 240 | CLTA1_2'OMePACE + 17,1 8 sgRNA | CLTA1mg ON1-target | AGUCCUCAUCUCCCUC*A*GCGUUUAAGAGCUAUGCUGGAAACAGCAUAG CAAGUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUUUUU (SEQ ID NO: 106) | 113 |

Synthego EX1001.074

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| | | | 2'OMethyl, 3' Phosphorothioate-modified sgRNA | |
| 241 | CLTA1_5', 3'-3x(2'OMe, 3'P(s)) | CLTA1 ON1-target | **AsUgsUc**CCUCACCUCCCAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAG<br>CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG<br>UCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 107) | 113 |
| 242 | CLTA1_5', 3'-3x(2'OMe, 3'P(s)) | CLTA1mg ON1-target | **AsUgsUc**CCUCACCUCCCAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAG<br>CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG<br>UCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 107) | 113 |
| 243 | CLTA1_5', 3'-3x(2'OMe, 3'P(s)) | CLTA1mg ON1-target | **AsUgsUc**CCUCACCUCCCAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAG<br>CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG<br>UCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 107) | 113 |
| 244 | CLTA1_5', 3'-3x(2'OMe, 3'P(s)) | CLTA1mg OFF1-target | **AsUgsUc**CCUCACCUCCCAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAG<br>CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG<br>UCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 107) | 113 |
| 245 | CLTA1_5', 3'-3x(2'OMe, 3'P(s)) | CLTA1mg OFF3-target | **AsUgsUc**CCUCACCUCCCAGCGUUUAAGAGCUAUGCUGGAAACAGCAUAG<br>CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG<br>UCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 107) | 113 |
| 246 | CLTA4_5', 3'-3x(2'OMe, 3'P(s)) | CLTA4 target | **GsCsa**GsGUGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 107) | 113 |
| 247 | CLTA4_5', 3'-3x(2'OMe, 3'P(s)) | CLTA4 target | **GsCsa**GsGUGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 107) | 113 |
| 248 | CLTA4_5', 3'-3x(2'OMe, 3'P(s)) | CLTA4mg ON-target | **GsCsa**GsaGUGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 107) | 113 |
| 249 | CLTA4_5', 3'-3x(2'OMe, 3'P(s)) | CLTA4mg ON-target | **GsCsa**GsaGUGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 107) | 113 |
| 250 | CLTA4_5', 3'-3x(2'OMe, 3'P(s)) | CLTA4mg ON-target | **GsCsa**GsaGUGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 107) | 113 |
| 251 | CLTA4_5', 3'-3x(2'OMe, 3'P(s)) | CLTA4mg OFF5-target | **GsCsa**GsaGUGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 108) | 113 |
| 252 | CLTA4_5'-3x(2'OMe, 3'P(s)), 3'-5x(2'OMe, 3'P(s)) | CLTA4mg ON-target | **GsCsa**GsaGUGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 108) | 113 |
| 253 | CLTA4_5'-3x(2'OMe, 3'P(s)), 3'-5x(2'OMe, 3'P(s)) | CLTA4mg ON-target | **GsCsa**GsaGUGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 108) | 113 |
| 254 | CLTA4_5'-3x(2'OMe, 3'P(s)), 3'-5x(2'OMe, 3'P(s)) | CLTA4mg ON-target | **GsCsa**GsaGUGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAUA<br>GCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGA<br>GUCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 108) | 113 |
| 255 | CLTA4_5', 3'-5x(2'OMe, 3'P(s)) | CLTA4mg ON-target | **GsCsa**GsaGsUGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAU<br>AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG<br>AGUCGGUGCUUUU**gsUgsUgU** (SEQ ID NO: 109) | 113 |

Synthego EX1001.075

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|---|
| 256 | CLTA4_5'_-5x(2'OMe, 3'P(S)) | CLTA4mg ON-target | G**s**C**s**A**s**G**s**A**s**UGUAGGUUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCCGGUGC**Us**U**s**U**s**U**s**U (SEQ ID NO: 109) | 113 |
| 257 | CLTA4_5'_-5x(2'OMe, 3'P(S)) | CLTA4mg OFFS-target | G**s**C**s**A**s**G**s**A**s**UGUAGGUUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCCGGUGC**Us**U**s**U**s**U**s**U (SEQ ID NO: 109) | 113 |

2'Omethyl, 3'PhosphorothioPACE-modified sgRNA

| | | | | |
|---|---|---|---|---|
| 258 | CLTA1_5'_-3x(2'OMe, 3'thioPACE) | CLTA1 ON-target | A***sg***U***sg***U***s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCCGGUGC**UsUsU**s***g***U***s**U (SEQ ID NO: 110) | 113 |
| 259 | CLTA1_5'_-3x(2'OMe, 3'thioPACE) | CLTA1mg ON-target | A***sg***U***sg***U***s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCCGGUGC**UsUsU**s***g***U***s**U (SEQ ID NO: 110) | 113 |
| 260 | CLTA1_5'_-3x(2'OMe, 3'thioPACE) | CLTA1mg ON-target | A***sg***U***sg***U***s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCCGGUGC**UsUsU**s***g***U***s**U (SEQ ID NO: 110) | 113 |
| 261 | CLTA1_5'_-3x(2'OMe, 3'thioPACE) | CLTA1mg OFFP1-target | A***sg***U***sg***U***s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCCGGUGC**UsUsU**s***g***U***s**U (SEQ ID NO: 110) | 113 |
| 262 | CLTA1_5'_-3x(2'OMe, 3'thioPACE) | CLTA1mg OFFP3-target | A***sg***U***sg***U***s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCCGGUGC**UsUsU**s***g***U***s**U (SEQ ID NO: 110) | 113 |
| 263 | CLTA1_5'_-1x(2'OMe, 3'thioPACE) | CLTA1mg ON-target | A***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCCGGUGCUUUUU***sg***U (SEQ ID NO: 111) | 113 |
| 264 | CLTA1_5'_-1x(2'OMe, 3'thioPACE) | CLTA1mg ON-target | A***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCCGGUGCUUUUU***sg***U (SEQ ID NO: 111) | 113 |
| 265 | CLTA1_5'_-1x(2'OMe, 3'thioPACE) | CLTA1mg OFFP1-target | A***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCCGGUGCUUUUU***sg***U (SEQ ID NO: 111) | 113 |
| 266 | CLTA1_5'_-1x(2'OMe, 3'thioPACE) | CLTA1mg OFFP3-target | A***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCCGGUGCUUUUU***sg***U (SEQ ID NO: 111) | 113 |
| 267 | CLTA1_5'_-3x(2'OMe, 3'thioPACE)_75_mer | CLTA1 ON-target | A***sg***U***sg***U***s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUU***g***U***s**U (SEQ ID NO: 112) | 75 |
| 268 | CLTA1_5'_-3x(2'OMe, 3'thioPACE)_74_mer | CLTA1mg ON-target | A***sg***U***sg***U***s**CCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUA***g***U (SEQ ID NO: 112) | 74 |
| 269 | CLTA1_5'_-1x(2'OMe, 3'thioPACE)_75_mer | CLTA1mg ON-target | A***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUU***sg***A (SEQ ID NO: 112) | 75 |
| 270 | CLTA1_5'_-1x(2'OMe, 3'thioPACE)_77_mer | CLTA1mg ON-target | A***s**GUCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAU***sg***c (SEQ ID NO: 113) | 77 |
| 271 | CLTA1_5'_-3x(2'OMe, 3'thioPACE)_77_mer + G | CLTA1mg ON-target | G***s**A***s***g***U***s***g***U***s**cCCUCAUCUCCCUCAAGCGUUUAAGAGCUAUGCUGGUUACAGCAUUA GCAAGUUUAAAUAAGGCUAGUCCGUUAU***s***c (SEQ ID NO: 114) | 78 |
| 272 | CLTA4_5'_-3x(2'OMe, 3'thioPACE) | CLTA4 ON-target | G***s**c***s**A***s**GAUGUAGGUUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCCGGUGC**UsUsU**s***g***U***s**U (SEQ ID NO: 115) | 113 |

Synthego EX1001.076

TABLE 3-continued

| Entry # | Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---------|---------------------|----------------------|----------------------|------------|
| 273 | CLTA4_5', 3'-3x(2'OMe, 3'thioPACE) | CLTA4 ON-target | **G***c***A***sG*AUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCGGUGCUUUU***U***s***U***s***U* (SEQ ID NO: 115) | 113 |
| 274 | CLTA4_5', 3'-3x(2'OMe, 3'thioPACE) | CLTA4 ON-target | **G***c***A***s***G*AUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCGGUGCUUUU***U***s***U***s***U* (SEQ ID NO: 115) | 113 |
| 275 | CLTA4mg OFF5-target | | **G***c***A***s***G***A*AUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAAACAGCA UAGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACC GAGUCGGUGCUUUU***U***s***U***s***U* (SEQ ID NO: 115) | 113 |
| 276 | CLTA4mg ON-target | | **G***c***A*CAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU***U***s***U***s***U* (SEQ ID NO: 116) | 113 |
| 277 | CLTA4mg ON-target | | **G***c***A*CAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU***U***s***U***s***U* (SEQ ID NO: 116) | 113 |
| 278 | CLTA4mg ON-target | | **G***c***A*CAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU***U***s***U***s***U* (SEQ ID NO: 116) | 113 |
| 279 | CLTA4mg OFF5-target | | **G***c***A*CAGAUGUAGUGUUUCCACAGUUUAAGAGCUAUGCUGGAACAGCAUAG CAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAG UCGGUGCUUUU***U***s***U***s***U* (SEQ ID NO: 116) | 113 |

2-aminoA-modified sgRNA (including unmodified controls)

| | | | | |
|---|---|---|---|---|
| 280 | EN1 | EN1mg ON-target | GAUGUUGUCGAUGGAAAAGUGUUAAGGACUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 117) | 113 |
| 281 | EN1 | EN1mg OFF-target | GAUGUUGUCGAUGGAAAAGUGUUAAGGACUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 117) | 113 |
| 282 | EN1_2aminoA + 16 | EN1mg ON-target | GAUGUUGUCGAUGGA(2aA)AAGUGUUAAGGACUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 118) | 113 |
| 283 | EN1_2aminoA + 16 | EN1mg OFF-target | GAUGUUGUCGAUGGA(2aA)AAGUGUUAAGGACUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 118) | 113 |
| 284 | PCDHA4 | PCDHA4mg ON-target | GAUUUAGACCGAGGAUUGGAAGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 119) | 113 |
| 285 | PCDHA4 | PCDHA4mg OFF-target | GAUUUAGACCGAGGAUUGGAAGUUUAAGAGCUAUGCUGGUAACAGCAUAGC AAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCGAGU CGGUGCUUUUUUU (SEQ ID NO: 119) | 113 |
| 286 | PCDHA4_2aminoA + 15 | PCDHA4mg ON-target | GAUUUAGACGAGG(2aA)UUGAAGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 120) | 113 |
| 287 | PCDHA4_2aminoA + 15 | PCDHA4mg OFF-target | GAUUUAGACGAGG(2aA)UUGAAGUUUAAGAGCUAUGCUGGUAACAGCAU AGCAAGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGAAAAAGUGGCACCG AGUCGGUGCUUUUUUU (SEQ ID NO: 120) | 113 |

Synthego EX1001.077

TABLE 3-continued

| Entry # Guide RNA Construct | Target DNA Construct | RNA sequence (5'→3') | RNA length |
|---|---|---|---|
| | | 5-methylU-modified sgRNA | |
| 288  CLTA4_21x(5-MeU) | CLTA4mg ON-target | GCAGA(5mU)G(5mU)AG(5mU)G(5mU)(5mU)CCACAGUUUAAGAGC (5mU)A(5mU)GC(5mU)GG(5mU)AACAGCA(5mU)AGCAAGUUUAAAUAAGG CUAGUCCGUUAUCAAC(5mU)(5mU)GAAAAAG(5mU)GGCACCGAGUCGG (5mU)GC(5mU)(5mU)(5mU)(5mU) (SEQ ID NO: 121) | 113 |
| 289  CLTA4_21x(5-MeU) | CLTA4mg OFF5-target | GCAGA(5mU)G(5mU)AG(5mU)G(5mU)(5mU)CCACAGUUUAAGAGC (5mU)A(5mU)GC(5mU)GG(5mU)AACAGCA(5mU)AGCAAGUUUAAAUAAGG CUAGUCCGUUAUCAAC(5mU)(5mU)GAAAAAG(5mU)GGCACCGAGUCGG (5mU)GC(5mU)(5mU)(5mU)(5mU) (SEQ ID NO: 121) | 113 |
| | | Z base-modified sgRNA | |
| 290  CLTA1_22_70,71 | CLTA1 ON1-target | AGUCCCAUCUCCCUCCAGCGUUUAAGAGCUAUGCUGGUAAACAGCAUAGCCA AGUUUAAAUAAGGCUAGUCCZZGUUAUCAACUUGGAAAAAGUGGCACCGAGUC GGUGCUUUUUUUU (SEQ ID NO: 122) | 113 |
| 291  CLTA1_22_95,96 | CLTA1 ON1-target | AGUCCCAUCUCCCUCCAGCGUUUAAGAGCUAUGCUGGUAAACAGCAUAGCCA AGUUUAAAUAAGGCUAGUCCGUUAUCAACUUGGAAAAAGUGGCACZZGAGUC GGUGCUUUUUUU (SEQ ID NO: 122) | 113 |
| | | sgRNA modified to disfavor misfolding | |
| 292  CLTA1_opt1_short_5',_3'-1x(2'OMe,_3'thioPACE)_2'OMe_54,57 | CLTA1mg ON1-target | A*sGUCCCUCACUCCCUCCAGCGUUUAAGAGCUGUAUAGCAAGUUUAAA UAAGGUPAUCCGUUAUCAACAAGAAAUUGUGGCCACCGAGUCGGUGCUUU *sU (SEQ ID NO: 123) | 100 |
| 293  CLTA1_opt1_short_5',_3'-1x(2'OMe,_3'thioPACE)_2'OMe_64,67 | CLTA1mg ON1-target | A*sGUCCCUCACUCCCUCCAGCGUUUAAGAGCUGUAUAGCAAGUUUAACAUAG CAAGUUUAAAUAAGGGUAUCCGUUAUCAACAACAAGAAAUUGUGGCGACCGAG UCGGUGCUUUUU*sU (SEQ ID NO: 124) | 113 |

N = 2'OMe
N̲ = 2'deoxy
N̳ = 3'P(S)
N* = 3'-PACE
N*s = 3'-thioPACE
N̲* = 2'OMe, 3'-PACE
N̲*s = 2'OMe, 3'-thioPACE
N̳ = 2'OMe, 3'P(S)
N_x = 5'-overhang (5' to the 20-nt guide sequence); "NC" means the overhang is not complementary to protospacer-adjacent sequence
(2mU) = 2-thioU
(2aA) = 2-aminoA
(5mU) = 5-methylU
Z = Z base
(mX# = Fluorophore incorporated at an internal position in the RNA sequence

Synthego EX1001.078

The DNA target constructs in Table 3 had the following sequences:

```
CLTA1 ON1-       AGAATTTAACTGTGGTCACATTTGCTTTATCGACTGGCTTCATCTCACAGCTCATC
target:          TTACGCAAGTTCGATGAGTATGCCAGTCACTTTCAATTTGGTTGAATGTTCCCGTG
                 ACATGCGAGTTCTGTCGACCATGTGCCGCGGATTGAATTCCTCAAGGGTGGTGATA
                 GATGCTACGGTGGTGATGCGCATGCGCTCAGTCCTCATCTCCCTCAAGCAGGCCCC
                 GCTGGTGGGTCGGAGTCCCTAGTGAAGCCACCAATATAGTGGTCGTGTCAAGCAAC
                 TGTCCACGCTCCACCCTCGAGGTCGTAACATAAACGTACTAAGGCACGAGTAAACA
                 AGATCGATAGCAAGAACATGGTATAGACTGACGGGAGACTCGCCATTAGTCTGA
                 (SEQ ID NO: 10)

CLTA1 OFF1-      AGAATTTAACTGTGGTCACATTTGCTTTATCGACTGGCTTCATCTCACAGCTCATC
target:          TTACGCAAGTTCGATGAGTATGCCAGTCACTTTCAATTTGGTTGAATGTTCCCGTG
                 ACATGCGAGTTCTGTCGACCATGTGCCGCGGATTGAATTCCTCAAGGGTGGTGATA
                 GATGCTACGGTGGTGATGCGCATGCGCTCAGTCCTCAACTCCCTCAAGCAGGCGAC
                 CCCTGGGGGTCGGAGTCCCTAGTGAAGCCACCAATATAGTGGTCGTGTCAAGCAAC
                 TGTCCACGCTCCACCCTCGAGGTCGTAACATAAACGTACTAAGGCACGAGTAAACA
                 AGATCGATAGCAAGAACATGGTATAGACTGACGGGAGACTCGCCATTAGTCTGA
                 (SEQ ID NO: 11)

CLTA1 OFF2-      AGAATTTAACTGTGGTCACATTTGCTTTATCGACTGGCTTCATCTCACAGCTCATC
target:          TTACGCAAGTTCGATGAGTATGCCAGTCACTTTCAATTTGGTTGAATGTTCCCGTG
                 ACATGCGAGTTCTGTCGACCATGTGCCGCGGATTGAATTCCTCAAGGGTGGTGATA
                 GATGCTACGGTGGTGATGCAATAAATTTCAGCCCTCATTTCCCTCAAGCAGGGGTT
                 ACTTTAGGGTCGGAGTCCCTAGTGAAGCCACCAATATAGTGGTCGTGTCAAGCAAC
                 TGTCCACGCTCCACCCTCGAGGTCGTAACATAAACGTACTAAGGCACGAGTAAACA
                 AGATCGATAGCAAGAACATGGTATAGACTGACGGGAGACTCGCCATTAGTCTGA
                 (SEQ ID NO: 12)

CLTA1 OFF3-      AGAATTTAACTGTGGTCACATTTGCTTTATCGACTGGCTTCATCTCACAGCTCATC
target:          TTACGCAAGTTCGATGAGTATGCCAGTCACTTTCAATTTGGTTGAATGTTCCCGTG
                 ACATGCGAGTTCTGTCGACCATGTGCCGCGGATTGAATTCCTCAAGCCGGTCCCAC
                 AGGCTGGGGTCGGAGTCCCTAGTGAAGCCACCAATATAGTGGTCGTGTCAAGCAAC
                 TGTCCACGCTCCACCCTCGAGGTCGTAACATAAACGTACTAAGGCACGAGTAAACA
                 AGATCGATAGCAAGAACATGGTATAGACTGACGGGAGACTCGCCATTAGTCTGA
                 (SEQ ID NO: 13)

CLTA1mg ON1-     GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
target:          GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
                 TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
                 AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
                 TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
                 CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
                 GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
                 ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
                 CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
                 AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
                 AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
                 CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACACGGGCGCGTCCCA
                 TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
                 TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
                 CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
                 CGACTCACTATAGGGCGAATTGGAGCTCCACCGCGGTGGCGGCCGCTCTAGAACTA
                 GTGGATCCCCCGGGCTGCAGGAACGACGAAAGGGCCTCGTGATACGCCTATTTTTA
                 TAGGTTAATGTCATGATAAAATGAAACTGCTGTTAAATATGCCTTTTTTAAATTTT
                 CCCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAA
                 GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
                 AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
                 TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
                 TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
                 ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
                 AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
```

Synthego EX1001.079

-continued

```
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC
(SEQ ID NO: 14)
```

CLTA1mg OFF1-target:
```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGGTACGATTCGATGCGGCCTGCAGGGCAAAGAGG
TCTCCTGTATGCACTCAGTCCTCAACTCCCTCAAGCAGGCGACCCTTGGTGCACTG
ACAAACCGCTCCTGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC
(SEQ ID NO: 15)
```

CLTA1mg_OFF3 target:
```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTATTATTTTGAATGTATTTAGAAAAATA
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
```

-continued

```
CGACTCACTATAGGGCGAATTGGGTACGATCGATGCGGCCTCAGGAGAGGGAGCCA
TGCTCATCTCCAGCCCACTCCTCATCCCCCTCAAGCCGGTCCCAGGCTGAGAGGCT
AAAGCTTGTCTTTGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC
(SEQ ID NO: 16)
```

CLTA4 ON-target:

```
GCCGGGCAAGAGCAACTCGGTCGCCGCATACACTATTCTCAGAATGACTTGGTTGA
GTACTCACCAGTCACAGAAAAGCATCTTACGGATGGCATGACAGTAAGAGAATTAT
GCAGTGCTGCCATAACCATGAGTGATAACACTGCGGCCAACTTACTTCTGACAACG
ATCGGAGGACCGAAGGAGCTAACCGCTTTTTTGCACAACATGGGGGATCATGTAAC
TCGCCTTGATCGTTGGGAACCGGAGCTGAATGAAGCCATACCAAACGACGAGCGTG
ACACCACGATGCCTGTAGCAATGGCAACAACGTTGCGCAAACTATTAACTGGCGAA
CTACTTACTCTAGCTTCCCGGCAACAATTAATAGACTGGATGGAGGCGGATAAAGT
TGCAGGACCACTTCTGCGCTCGGCCCTTCCGGCTGGCTGGTTTATTGCTGATAAAT
CTGGAGCCGGTGAGCGTGGGTCTCGCGGTATCATTGCAGCACTGGGGCCAGATGGT
AAGCCCTCCCGTATCGTAGTTATCTACACGACGGGGAGTCAGGCAACTATGGATGA
ACGAAATAGACAGATCGCTGAGATAGGTGCCTCACTGATTAAGCATTGGTAACTGT
CAGACCAAGTTTACTCATATATACTTTAGATTGATTTAAAACTTCATTTTTAATTT
AAAAGGATCTAGGTGAAGATCCTTTTTGATAATCTCATGACCAAAATCCCTTAACG
TGAGTTTTCGTTCCACTGAGCGTCAGACCCCGTAGAAAAGATCAAAGGATCTTCTT
GAGATCCTTTTTTTCTGCGCGTAATCTGCTGCTTGCAAACAAAAAAACCACCGCTA
CCAGCGGTGGTTTGTTTGCCGGATCAAGAGCTACCAACTCTTTTTCCGAAGGTAAC
TGGCTTCAGCAGAGCGCAGATACCAAATACTGTTCTTCTAGTGTAGCCGTAGTTAG
GCCACCACTTCAAGAACTCTGTAGCACCGCCTACATACCTCGCTCTGCTAATCCTGT
TACCAGTGGCTGCTGCCAGTGGCGATAAGTCGTGTCTTACCGGGTTGGACTCAAG
ACGATAGTTACCGGATAAGGCGCAGCGGTCGGGCTGAACGGGGGGTTCGTGCACAC
AGCCCAGCTTGGAGCGAACGACCTACACCGAACTGAGATACCTACAGCGTGAGCTA
TGAGAAAGCGCCACGCTTCCCGAAGGGAGAAAGGCGGACAGGTATCCGGTAAGCGG
CAGGGTCGGAACAGGAGAGCGCACGAGGGAGCTTCCAGGGGGAAACGCCTGGTATC
TTTATAGTCCTGTCGGGTTTCGCCACCTCTGACTTGAGCGTCGATTTTTGTGATGC
TCGTCAGGGGGGCGGAGCTATGGAAAAACGCCAGCAACGCGGCCTTTTTACGGTT
CCTGGCCTTTTGCTGGCCTTTTGCTCACATGTTCTTTCCTGCGTTATCCCCTGATT
CTGTGGATAACCGTATTACCGCCTTTGAGTGAGCTGATACCGCTCGCCGCAGCCGA
ACGACCGAGCGCAGCGAGTCAGTGAGCGAGGAAGCGGAAGAGCGCCCAATACGCAA
ACCGCCTCTCCCCGCGCGTTGGCCGATTCATTAATGCAGCTGGCACGACAGGTTTC
CCGACTGGAAAGCGGGCAGTGAGCGCAACGCAATTAATGTGAGTTAGCTCACTCAT
TAGGCACCCCAGGCTTTACACTTTATGCTTCCGGCTCGTATGTTGTGTGGAATTGT
GAGCGGATAACAATTTCACACAGGAAACAGCTATGACCATGATTACGCCAAGCGCG
CAATTAACCCTCACTAAAGGGAACAAAAGCTGGGTACCGGGCCCCCCCTCGACACC
AGTTGCATTCGATTCCTGTTTGTAATTGTCCAATTCCTGCAGCCCGGGGGATCGGC
AGATGTAGTGTTTCCACAGGGGATCCACTAGTTCTAGAGCGGCCGCCACCGCGGTG
GAGCTCCAATTCGCCCTATAGTGAGTCGTATTACGCGCGCTCACTGGCCGTCGTTT
TACAACGTCGTGACTGGGAAAACCCTGGCGTTACCCAACTTAATCGCCTTGCAGCA
CATCCCCCTTTCGCCAGCTGGCGTAATAGCGAAGAGGCCCGCACCGATCGCCCTTC
CCAACAGTTGCGCAGCCTGAATGGCGAATGGAAATTGTAAGCGTTAATATTTTGTT
AAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAACCAATAGGCCGAAA
TCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGGGTTGAGTGTTGTT
```

Synthego EX1001.081

```
                    CCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCAACGTCAAAGGGCG
                    AAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCACCCTAATCAAGTT
                    TTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAAAGGGAGCCCCCGA
                    TTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGGAAGGGAAGAAAGC
                    GAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACGCTGCGCGTAACCA
                    CCACACCGCGCGGCTTAATGCGCCGCTACAGGGCGCGTCAGGTGGCACTTTTCGG
                    GGAAATGTGCGCGGAACCCCTATTTGTTTATTTTTCTAAATACAATCAAATATGTA
                    TCCGCTCATGAGACAATAACCCTGATAAATGCTTCAATAATATTGAAAAAGGAAGA
                    GTATGAGTATTCAACATTTCCGTGTCGCCCTTATTCCCTTTTTTGCGGCATTTTGC
                    CTTCCTGTTTTTGCTCACCCAGAAACGCTGGTGAAAGTAAAAGATGCTGAAGATCA
                    GTTGGGTGCACGAGTGGGTTACATCGAACTGGATCTCAACAGCGGTAAGATCCTTG
                    AGAGTTTTCGCCCCGAAGAACGTTTTCCAATGATGAGCACTTTTAAAGTTCTGCTA
                    TGTGGCGCGGTATTATCCCGTATTGAC
                    (SEQ ID NO: 17)
```

CLTA4mg ON-
target:
```
                    GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
                    GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
                    TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
                    AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
                    TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
                    CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
                    GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
                    ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
                    CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
                    AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
                    AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
                    CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
                    TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
                    TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
                    CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
                    CGACTCACTATAGGGCGAATTGGGTACGATCGATGCGGCCTCAAGAGCTTCACTGA
                    GTAGGATTAAGATATTGCAGATGTAGTGTTTCCACAGGGTGGCTCTTCAGTGCACC
                    AGCGGAACCTGCTGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
                    TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
                    TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
                    GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
                    CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
                    AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
                    CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
                    TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
                    GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
                    CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
                    CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
                    GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
                    TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
                    CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
                    CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
                    CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
                    TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
                    GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
                    CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
                    GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
                    AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
                    TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
                    TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
                    ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
                    AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
                    GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
                    TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
                    TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
                    GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
                    AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
                    CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
                    GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
                    TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
                    GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC
                    (SEQ ID NO: 18)
```

CLTA4mg OFF5-
target:
```
                    GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
                    GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
                    TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
                    AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
                    TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
                    CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
                    GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
                    ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
                    CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
                    AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
                    AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
```

-continued

```
CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGGTACGATCGATGCGGCCTCTCTGAATAGAGTTG
GGAAGAGATGCATACAACATATGTAGTATTTCCACAGGGAATACAATGGACAAATG
ACCTCAAGAGCAGGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC
(SEQ ID NO: 19)
```

IL2RGmg_ON  
target:
```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGGTACGATCGATGCGGCCTCGGGCAGCTGCAGGA
ATAAGAGGGATGTGAATGGTAATGATGGCTTCAACATGGCGCTTGCTCTTCATTCC
CTGGGTGTAGTCTGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
```

Synthego EX1001.083

-continued

```
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC
(SEQ ID NO: 20)
```

EN1mg_ON
target:

```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGAGCTCCACCGCGGTGGCGGCCGCTCTAGAACTA
GTGGATCCCCCGGGCTGCAGGAATTCGATATCAAGCTTATCGATACCGTCGACCTC
GAGGGGGGGCCCGGTACCCAGCTTTTGTTCCCTTTAGTGAGGGTTAATTGCGCGCT
TGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTATCCGCTCACAATT
CCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGGGTGCCTAATGAGT
GAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTCCAGTCGGGAAACC
TGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAGAGGCGGTTTGCGT
ATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCTCGGTCGTTCGGCT
GCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTATCCACAGAATCAG
GGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAAGGCCAGGAACCGT
AAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCCCTGACGAGCATCA
CAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGACTATAAAGATACC
AGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCCGACCCTGCCGCTT
ACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGCTTTCTCATAGCTC
ACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC
(SEQ ID NO: 21)
```

EN1mg_OFF
target:

```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
```

-continued

```
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
CGACTCACTATAGGGCGAATTGGGTACGATCGATGCGGCCTCGTCCTTTCGCCGGC
CGAACTCGGGCCGCAGGATGTTGTCGATGAAGAAGTTGGTGATGCGGTGCGGGTGC
TGGTGGTTGCCGGGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC
(SEQ ID NO: 22)
```

PCDHA4mg_ON
target:

```
GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAATA
CGACTCACTATAGGGCGAATTGGGTACGATCGATGCGGCCTCGTCCTTTCGCCGGC
TCTCGAATGATACGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGGG
TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
```

-continued

```
              GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
              AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
              TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
              TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
              ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
              AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
              GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
              TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
              TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
              GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
              AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
              CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
              GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
              TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
              GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC
              (SEQ ID NO: 23)

PCDHA4mg_     GCGTTTCTGGGTGAGCAAAAACAGGAAGGCAAAATGCCGCAAAAAAGGGAATAAGG
OFFtEut       GCGACACGGAAATGTTGAATACTCATACTCTTCCTTTTTCAATATTATTGAAGCAT
              TTATCAGGGTTATTGTCTCATGAGCGGATACATATTTGAATGTATTTAGAAAAATA
              AACAAATAGGGGTTCCGCGCACATTTCCCCGAAAAGTGCCACCTAAATTGTAAGCG
              TTAATATTTTGTTAAAATTCGCGTTAAATTTTTGTTAAATCAGCTCATTTTTTAAC
              CAATAGGCCGAAATCGGCAAAATCCCTTATAAATCAAAAGAATAGACCGAGATAGG
              GTTGAGTGTTGTTCCAGTTTGGAACAAGAGTCCACTATTAAAGAACGTGGACTCCA
              ACGTCAAAGGGCGAAAAACCGTCTATCAGGGCGATGGCCCACTACGTGAACCATCA
              CCCTAATCAAGTTTTTTGGGGTCGAGGTGCCGTAAAGCACTAAATCGGAACCCTAA
              AGGGAGCCCCCGATTTAGAGCTTGACGGGGAAAGCCGGCGAACGTGGCGAGAAAGG
              AAGGGAAGAAAGCGAAAGGAGCGGGCGCTAGGGCGCTGGCAAGTGTAGCGGTCACG
              CTGCGCGTAACCACCACACCCGCCGCGCTTAATGCGCCGCTACAGGGCGCGTCCCA
              TTCGCCATTCAGGCTGCGCAACTGTTGGGAAGGGCGATCGGTGCGGGCCTCTTCGC
              TATTACGCCAGCTGGCGAAAGGGGGATGTGCTGCAAGGCGATTAAGTTGGGTAACG
              CCAGGGTTTTCCCAGTCACGACGTTGTAAAACGACGGCCAGTGAGCGCGCGTAATA
              CGACTCACTATAGGGCGAATTGGGTACGATTCGATGCGGCCTCGGAACGCTGGTGAT
              TCATCCCAATGCCTCAGATTTAGACGAAGGCTTGAATGGGGATATTATTTACTCCT
              TCTCCAGTGATGTGGCGCGTGATATGCAGCTCCAGCTTTTGTTCCCTTTAGTGAGGG
              TTAATTGCGCGCTTGGCGTAATCATGGTCATAGCTGTTTCCTGTGTGAAATTGTTA
              TCCGCTCACAATTCCACACAACATACGAGCCGGAAGCATAAAGTGTAAAGCCTGGG
              GTGCCTAATGAGTGAGCTAACTCACATTAATTGCGTTGCGCTCACTGCCCGCTTTC
              CAGTCGGGAAACCTGTCGTGCCAGCTGCATTAATGAATCGGCCAACGCGCGGGGAG
              AGGCGGTTTGCGTATTGGGCGCTCTTCCGCTTCCTCGCTCACTGACTCGCTGCGCT
              CGGTCGTTCGGCTGCGGCGAGCGGTATCAGCTCACTCAAAGGCGGTAATACGGTTA
              TCCACAGAATCAGGGGATAACGCAGGAAAGAACATGTGAGCAAAAGGCCAGCAAAA
              GGCCAGGAACCGTAAAAAGGCCGCGTTGCTGGCGTTTTTCCATAGGCTCCGCCCCC
              CTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGAAACCCGACAGGA
              CTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCTCCTGTTCC
              GACCCTGCCGCTTACCGGATACCTGTCCGCCTTTCTCCCTTCGGGAAGCGTGGCGC
              TTTCTCATAGCTCACGCTGTAGGTATCTCAGTTCGGTGTAGGTCGTTCGCTCCAAG
              CTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAA
              CTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCCA
              CTGGTAACAGGATTAGCAGAGCGAGGTATGTAGGCGGTGCTACAGAGTTCTTGAAG
              TGGTGGCCTAACTACGGCTACACTAGAAGGACAGTATTTGGTATCTGCGCTCTGCT
              GAAGCCAGTTACCTTCGGAAAAAGAGTTGGTAGCTCTTGATCCGGCAAACAAACCA
              CCGCTGGTAGCGGTGGTTTTTTTGTTTGCAAGCAGCAGATTACGCGCAGAAAAAAA
              GGATCTCAAGAAGATCCTTTGATCTTTTCTACGGGGTCTGACGCTCAGTGGAACGA
              AAACTCACGTTAAGGGATTTTGGTCATGAGATTATCAAAAAGGATCTTCACCTAGA
              TCCTTTTAAATTAAAAATGAAGTTTTAAATCAATCTAAAGTATATATGAGTAAACT
              TGGTCTGACAGTTACCAATGCTTAATCAGTGAGGCACCTATCTCAGCGATCTGTCT
              ATTTCGTTCATCCATAGTTGCCTGACTCCCCGTCGTGTAGATAACTACGATACGGG
              AGGGCTTACCATCTGGCCCCAGTGCTGCAATGATACCGCGAGACCCACGCTCACCG
              GCTCCAGATTTATCAGCAATAAACCAGCCAGCCGGAAGGGCCGAGCGCAGAAGTGG
              TCCTGCAACTTTATCCGCCTCCATCCAGTCTATTAATTGTTGCCGGGAAGCTAGAG
              TAAGTAGTTCGCCAGTTAATAGTTTGCGCAACGTTGTTGCCATTGCTACAGGCATC
              GTGGTGTCACGCTCGTCGTTTGGTATGGCTTCATTCAGCTCCGGTTCCCAACGATC
              AAGGCGAGTTACATGATCCCCCATGTTGTGCAAAAAAGCGGTTAGCTCCTTCGGTC
              CTCCGATCGTTGTCAGAAGTAAGTTGGCCGCAGTGTTATCACTCATGGTTATGGCA
              GCACTGCATAATTCTCTTACTGTCATGCCATCCGTAAGATGCTTTTCTGTGACTGG
              TGAGTACTCAACCAAGTCATTCTGAGAATAGTGTATGCGGCGACCGAGTTGCTCTT
              GCCCGGCGTCAATACGGGATAATACCGCGCCACATAGC
              (SEQ ID NO: 24)
```

In a 20-uL reaction volume, 50 fmoles of linearized DNA target in the presence of 50 nM sgRNA, 39 nM recombinant purified Cas9 protein (*S. pyogenes*; Agilent) and 10 mM or 0.8 mM MgCl$_2$ at pH 7.6 was incubated at 37° C. for 30 min. Upon completion, 0.5 uL of RNace It (Agilent) was added, and incubation was continued at 37° C. for 5 min and then at 70° C. for 15 min. Subsequently 0.5 μL of Proteinase K

(Mol. Bio. grade, NEB) was added and incubated at 37° C. for 15 min. Aliquots were loaded into a DNA 1000 or DNA 7500 LabChip and were analyzed on a Bioanalyzer 2200, or alternatively were loaded into a Genomic DNA ScreenTape and were analyzed on a TapeStation. The workup steps served to release Cas9 from binding of target DNA, which was assayed for cleavage. Cleavage yields were calculated

**Synthego EX1001.086**

by the formula: a/(a+b)×100 where a is the sum of the band intensities of the two cleavage products and b is the remaining uncleaved DNA if present. A cleavage percentage of 100% means that all of the target DNA construct was cleaved.

A series of guide RNAs were chemically synthesized. The guide RNA oligomers were synthesized on an ABI 394 Synthesizer (Life Technologies, Carlsbad, Calif., USA) using 2'-O-thionocarbamate-protected nucleoside phosphoramidites according to procedures described in Dellinger et al. (2011) *J. Am. Chem. Soc.,* 133, 11540-56. 2'-O-methyl phosphoramidites were incorporated into RNA oligomers under the same conditions as the 2'-O-thionocarbamate protected phosphoramidites. The 2'-O-methyl-3-O-(diisopropylamino)phosphinoacetic acid-1,1-dimethylcyanoethyl ester-5'-O-dimethoxytrityl nucleosides used for synthesis of thiophosphonoacetate (thioPACE)-modified RNAs were synthesized essentially according to published methods. See Dellinger et al. (2003) 1 Am. Chem. Soc., 125, 940-50; and Threlfall et al. (2012) *Org. Biomol. Chem.,* 10, 746-54. For phosphorothioate-containing oligomers, the iodine oxidation step after the coupling reaction was replaced by a sulfurization step using a 0.05 M solution of 3-((N,N-dimethylaminomethylidene)amino)-3H-1,2,4-dithiazole-5-thione in a pyridine-acetonitrile (3:2) mixture for 6 min.

All the oligonucleotides were purified using reversed-phase high-performance liquid chromatography (HPLC) and analyzed by liquid chromatography-mass spectrometry (LC-MS) using an Agilent 1290 Infinity series LC system coupled to an Agilent 6520 Q-TOF (time-of-flight) mass spectrometer (Agilent Technologies, Santa Clara, Calif., USA). The yields for the synthesis and purification of the sgRNAs were estimated using deconvolution of mass spectra obtained from LC-MS-derived total ion chromatograms. The chemical synthesis of the 100-mer sgRNAs typically yielded 25-35% full-length product from a nominal 1 micromole scale synthesis. Reversed-phase HPLC purification using ion pairing buffer conditions typically gave 20% yield from the crude product with an estimated purity of the final sgRNA in the range of 90% to 95%.

The results are shown in Table 4. "% Target cleaved" indicates the percentage of the target DNA construct which was cleaved. Experiments were run with and without addition of a molar excess of targetless competitor DNA (tcDNA) which potentially competes with the target DNA, so the potential impact of the added nonspecific DNA upon the assay could be seen.

TABLE 4

| Entry # | [Mg²⁺] (mM) | tcDNA | % Target cleaved | % CV | % Cleaved vs. CONTROL | % CV CONTROL |
|---|---|---|---|---|---|---|
| | | | 2-piece dual-guide scaffold Unmodified dual-guide RNA (dgRNA) | | | |
| 1 | 0.8 | N | 99% | — | | |
| 2 | 0.8 | Y | 99% | 5% | | |
| 3 | 0.8 | N | 96% | — | | |
| 4 | 0.8 | Y | 100% | 5% | | |
| 5 | 0.8 | N | 96% | — | | |
| 6 | 0.8 | Y | 0% | 5% | | |
| 7 | 0.8 | N | 99% | — | | |
| 8 | 0.8 | Y | 100% | 5% | | |
| 9 | 10 | N | 94%, 93% | — | | |
| 10 | 0.8 | Y | 88% | — | | |
| | | | Fluorophore-coupled dgRNA | | | |
| 11 | 10 | N | 92%, 93% | — | 94%, 93% | |
| | | | 2'OMethyl-modified dgRNA | | | |
| 12 | 0.8 | Y | 87% | | 88% | — |

TABLE 4-continued

| Entry # | [Mg²⁺] (mM) | tcDNA | % Target cleaved | % CV | % Cleaved vs. CONTROL | % CV CONTROL |
|---|---|---|---|---|---|---|
| | | | 2'OMethyl,3'Phosphorothioate-modified dgRNA | | | |
| 13 | 0.8 | Y | 87% | — | 88% | — |
| | | | 2'OMethyl,3'PhosphorothioPACE-modified dgRNA | | | |
| 14 | 0.8 | Y | 89% | — | 88% | — |
| 15 | 0.8 | Y | 86% | — | 88% | — |
| | | | 2-thioU-modified dgRNA | | | |
| 16 | 0.8 | N | 96% | — | 99% | — |
| 17 | 0.8 | N | 95% | 5% | 99% | 5% |
| 18 | 0.8 | N | 95% | — | 96% | — |
| 19 | 0.8 | Y | 100% | 5% | 100% | 5% |
| 20 | 0.8 | N | 97% | — | 96% | — |
| 21 | 0.8 | Y | 0% | 5% | 0% | 5% |
| 22 | 0.8 | N | 98% | — | 99% | — |
| 23 | 0.8 | Y | 99% | 5% | 100% | 5% |
| 24 | 0.8 | N | 94% | — | 96% | — |
| 25 | 0.8 | Y | 83% | 5% | 99% | 5% |
| 26 | 0.8 | N | 93% | — | 96% | — |
| 27 | 0.8 | Y | 94% | 5% | 100% | 5% |
| 28 | 0.8 | N | 90% | — | 96% | — |
| 29 | 0.8 | Y | 0% | 5% | 0% | 5% |
| 30 | 0.8 | N | 95% | — | 99% | — |
| 31 | 0.8 | Y | 94% | 5% | 100% | 5% |
| 32 | 0.8 | N | 92% | — | 99% | — |
| 33 | 0.8 | Y | 84% | 5% | 99% | 5% |
| 34 | 0.8 | N | 90% | — | 96% | — |
| 35 | 0.8 | Y | 94% | 5% | 100% | 5% |
| 36 | 0.8 | N | 70% | — | 96% | — |
| 37 | 0.8 | Y | 0% | 5% | 0% | 5% |
| 38 | 0.8 | N | 96% | — | 99% | — |
| 39 | 0.8 | Y | 59% | 5% | 100% | 5% |
| | | | Single-guide scaffold Unmodified single-guide RNA (sgRNA) | | | |
| 40 | 10 | N | 93% | | | |
| 41 | 10 | N | 94% | — | | |
| 42 | 10 | N | 95% | — | | |
| 43 | 10 | N | 92% | — | | |
| 44 | 10 | N | 90%, 92% | — | | |
| 45 | 10 | N | 92% | — | | |
| 46 | 10 | N | 93% | — | | |
| 47 | 0.8 | N | 86% | — | | |
| 48 | 0.8 | N | 87% | — | | |
| 49 | 0.8 | Y | 87% | — | | |
| 50 | 0.8 | N | 82% | — | | |
| 51 | 0.8 | N | 92% | — | | |
| 52 | 10 | N | 60% | — | | |
| 53 | 0.8 | N | 90% | — | | |
| 54 | 0.8 | N | 90% | — | | |
| 55 | 0.8 | Y | 79% | — | | |
| 56 | 0.8 | N | 79% | — | | |
| 57 | 0.8 | N | 94% | — | | |
| 58 | 10 | N | 73% | — | | |
| 59 | 0.8 | N | 84% | — | | |
| 60 | 0.8 | Y | ≥85% | — | | |
| 61 | 0.8 | Y | 89% | — | | |
| 62 | 0.8 | N | 87%, 82% | — | | |
| 63 | 0.8 | N | 23%, 22% | — | | |
| 64 | 0.8 | N | 78% | — | 87% | — |
| 65 | 0.8 | Y | 76% | — | 87% | — |
| 66 | 0.8 | N | 65% | — | 87% | — |
| 67 | 0.8 | N | 81% | — | 87% | — |
| 68 | 0.8 | N | 85% | — | 87% | — |
| 69 | 0.8 | Y | 71% | — | 87% | — |
| 70 | 0.8 | N | 32% | — | 87% | — |
| 71 | 0.8 | N | 84% | — | 87% | — |
| 72 | 0.8 | N | 91% | — | 87% | — |
| 73 | 0.8 | Y | 79% | — | 87% | — |
| 74 | 0.8 | N | 88% | — | 87% | — |
| 75 | 0.8 | N | 93% | — | 87% | — |
| 76 | 0.8 | N | 87% | — | 87% | — |
| 77 | 0.8 | Y | 79% | — | 87% | — |
| 78 | 0.8 | N | 89% | — | 87% | — |
| 79 | 0.8 | N | 88% | — | 87% | — |
| 80 | 0.8 | N | 3% | — | 86% | — |

Synthego EX1001.087

**129**

TABLE 4-continued

| Entry # | [Mg²⁺] (mM) | tcDNA | % Target cleaved | % CV | % Cleaved vs. CONTROL | % CV CONTROL |
|---|---|---|---|---|---|---|
| 81 | 0.8 | N | 5% | — | 86% | — |
| 82 | 0.8 | N | 89% | — | 86% | — |
| 83 | 0.8 | N | 68% | — | 87% | — |
| 84 | 0.8 | Y | 50% | — | 87% | — |
| 85 | 0.8 | N | 69% | — | 87% | — |
| 86 | 0.8 | N | 69% | — | 87% | — |
| 87 | 0.8 | N | 76% | — | 87% | — |
| 88 | 0.8 | Y | 42% | — | 87% | — |
| 89 | 0.8 | N | 72% | — | 87% | — |
| 90 | 0.8 | N | 78% | — | 87% | — |
| 91 | 0.8 | N | 85% | — | 87% | — |
| 92 | 0.8 | Y | 51% | — | 87% | — |
| 93 | 0.8 | N | 82% | — | 87% | — |
| 94 | 0.8 | " | 83% | — | 87% | — |

DMT-modified sgRNA

| 95 | 10 | N | 93% | — | 92% | — |
| 96 | 10 | N | 93% | — | 92% | — |

Fluorophore-modified sgRNA

| 97 | 10 | N | 91%, 91% | — | 90%, 92% | — |
| 98 | 0.8 | N | 86% | — | 87% | — |
| 99 | 0.8 | Y | 77% | — | 87% | — |
| 100 | 0.8 | N | 87% | — | 87% | — |
| 101 | 0.8 | N | 86% | — | 87% | — |
| 102 | 0.8 | N | 91% | — | 87% | — |
| 103 | 0.8 | Y | 82% | — | 87% | — |
| 104 | 0.8 | N | 90% | — | 87% | — |
| 105 | 0.8 | N | 92% | — | 87% | — |
| 106 | 0.8 | N | 91% | — | 87% | — |
| 107 | 0.8 | Y | 82% | — | 87% | — |
| 108 | 0.8 | N | 90% | — | 87% | — |
| 109 | 0.8 | N | 91% | — | 87% | — |
| 110 | 0.8 | N | 92% | — | 87% | — |
| 111 | 0.8 | Y | 84% | — | 87% | — |
| 112 | 0.8 | N | 92% | — | 87% | — |
| 113 | 0.8 | N | 89% | — | 87% | — |
| 114 | 0.8 | N | 84%, 84% | — | 87%, 82% | — |
| 115 | 0.8 | N | 12%, 6% | — | 23%, 22% | — |
| 116 | 0.8 | N | 93%, 90% | — | 87%, 82% | — |
| 117 | 0.8 | N | 8%, 9% | — | 23%, 22% | — |

3′Phosphorothioate-modified sgRNA

| 118 | 10 | N | 95% | — | 90%, 92% | — |
| 119 | 10 | N | 94% | — | 90%, 92% | — |
| 120 | 10 | N | 97% | — | 90%, 92% | — |
| 121 | 10 | N | 94% | — | 90%, 92% | — |

2′OMethyl-modified sgRNA

| 122 | 10 | N | 91% | — | 94% | — |
| 123 | 10 | N | 92% | — | 93% | — |
| 124 | 0.8 | N | 86% | — | 87% | — |
| 125 | " | Y | 77% | — | 87% | — |
| 126 | " | N | 85% | — | 87% | — |
| 127 | 0.8 | N | 88% | — | 87% | — |
| 128 | 10 | N | 92% | — | 94% | — |
| 129 | 0.8 | N | 83% | — | 87% | — |
| 130 | 0.8 | Y | 78% | — | 87% | — |
| 131 | 0.8 | N | 83% | — | 87% | — |
| 132 | 0.8 | N | 85% | — | 87% | — |
| 133 | 10 | N | 92% | — | 94% | — |
| 134 | 0.8 | N | 86% | — | 87% | — |
| 135 | 0.8 | Y | 78% | — | 87% | — |
| 136 | 0.8 | N | 83% | — | 87% | — |
| 137 | 0.8 | N | 88% | — | 87% | — |
| 138 | 10 | N | 91% | — | 94% | — |
| 139 | 0.8 | N | 84% | — | 87% | — |
| 140 | 0.8 | Y | 81% | — | 87% | — |
| 141 | 0.8 | N | 83% | — | 87% | — |
| 142 | 0.8 | N | 87% | — | 87% | — |
| 143 | 10 | N | 89% | — | 92% | — |
| 144 | 0.8 | N | 91%, 88% | — | 87%, 82% | — |
| 145 | 0.8 | N | 24%, 25% | — | 23%, 22% | — |
| 146 | 10 | N | 93%, 92% | — | 90%, 92% | — |
| 147 | 0.8 | N | 22% | — | 87% | — |
| 148 | 0.8 | Y | 3% | — | 87% | — |
| 149 | 0.8 | N | 12% | — | 87% | — |

**130**

TABLE 4-continued

| Entry # | [Mg²⁺] (mM) | tcDNA | % Target cleaved | % CV | % Cleaved vs. CONTROL | % CV CONTROL |
|---|---|---|---|---|---|---|
| 150 | 0.8 | N | 5% | — | 87% | — |
| 151 | 10 | N | 0%, 0% | — | 90%, 92% | — |
| 152 | 10 | N | 0%, 0% | — | 90%, 92% | — |
| 153 | 0.8 | N | 85% | — | 86% | — |
| 154 | 0.8 | N | 87% | — | 86% | — |
| 155 | 0.8 | N | 89% | — | 87% | — |
| 156 | 0.8 | Y | 78% | — | 87% | — |
| 157 | 0.8 | N | 84% | — | 87% | — |
| 158 | 0.8 | N | 93% | — | 87% | — |
| 159 | 0.8 | N | 90% | — | 86% | — |
| 160 | 0.8 | N | 90% | — | 87% | — |
| 161 | 0.8 | Y | 86% | — | 87% | — |
| 162 | 0.8 | N | 90% | — | 87% | — |
| 163 | 0.8 | N | 91% | — | 87% | — |
| 164 | 0.8 | N | 92% | — | 90% | — |
| 165 | 0.8 | N | 89% | — | 87% | — |
| 166 | 0.8 | Y | 80% | — | 87% | — |
| 167 | 0.8 | N | 90% | — | 87% | — |
| 168 | 0.8 | N | 94% | — | 87% | — |
| 169 | 0.8 | N | 90% | — | 84% | — |
| 170 | 0.8 | Y | ≥85% | — | ≥85% | — |
| 171 | 0.8 | N | 7% | — | 84% | — |
| 172 | 0.8 | Y | 0% | — | ≥85% | — |
| 173 | 10 | N | 15% | — | 73% | — |
| 174 | 0.8 | N | 85% | — | 84% | — |
| 175 | 0.8 | Y | 75% | — | ≥85% | — |
| 176 | 10 | N | 86% | — | 73% | — |
| 177 | 0.8 | " | 0% | — | 84% | — |
| 178 | 0.8 | Y | 0% | — | ≥85% | — |
| 179 | 10 | N | 15% | — | 73% | — |

2′Deoxy-modified sgRNA

| 180 | 10 | N | 27%, 19% | — | 90%, 92% | — |
| 181 | 10 | N | 0%, 0% | — | 90%, 92% | — |
| 182 | 10 | N | 0%, 0% | — | 90%, 92% | — |

2′Deoxy,3′PACE-modified sgRNA

| 183 | 10 | N | 72%, 77% | — | 87%, 82% | — |
| 184 | 0.8 | N | 8%, 9% | — | 23%, 22% | — |

2′OMethyl,3′PACE-modified sgRNA

| 185 | 0.8 | N | 82% | — | 87% | — |
| 186 | 0.8 | Y | 72% | — | 87% | — |
| 187 | 10 | Y | 95% | — | 93% | — |
| 188 | 10 | Y | 95% | — | 94% | — |
| 189 | 0.8 | Y | 91% | — | 87% | — |
| 190 | 0.8 | Y | 84% | — | 87% | — |
| 191 | 0.8 | Y | 85% | — | 87% | — |
| 192 | 0.8 | Y | 77% | — | 87% | — |
| 193 | 10 | Y | 88% | — | 94% | — |
| 194 | 0.8 | Y | 70% | — | 87% | — |
| 195 | 0.8 | Y | 56% | — | 87% | — |
| 196 | 0.8 | Y | 40% | — | 87% | — |
| 197 | 0.8 | Y | 23% | — | 87% | — |
| 198 | 10 | Y | 88% | — | 93% | — |
| 199 | 10 | Y | 84% | — | 87% | — |
| 200 | 0.8 | Y | 84% | — | 87% | — |
| 201 | 0.8 | Y | 75% | — | 87% | — |
| 202 | 10 | Y | 90% | — | 93% | — |
| 203 | 10 | Y | 90% | — | 94% | — |
| 204 | 0.8 | Y | 86% | — | 87% | — |
| 205 | 0.8 | Y | 82% | — | 87% | — |
| 206 | 10 | Y | 88% | — | 93% | — |
| 207 | 0.8 | Y | 82% | — | 87% | — |
| 208 | 0.8 | Y | 78% | — | 87% | — |
| 209 | 10 | Y | 77% | — | 93% | — |
| 210 | 0.8 | Y | 71% | — | 87% | — |
| 211 | " | Y | 69% | — | " | — |
| 212 | 10 | N | 80% | — | 93% | — |
| 213 | 0.8 | N | 56% | — | 87% | — |
| 214 | 0.8 | Y | 41% | — | " | — |
| 215 | 10 | Y | 78% | — | 93% | — |
| 216 | 0.8 | Y | 58% | — | 87% | — |
| 217 | 0.8 | Y | 44% | — | " | — |
| 218 | 10 | Y | 80% | — | 93% | — |
| 219 | 0.8 | Y | 39% | — | 87% | — |
| 220 | 0.8 | Y | 13% | — | " | — |

Synthego EX1001.088

TABLE 4-continued

| Entry # | [Mg²⁺] (mM) | tcDNA | % Target cleaved | % CV | % Cleaved vs. CONTROL | % CV CONTROL |
|---|---|---|---|---|---|---|
| 221 | 10 | Y | 74% | — | 93% | — |
| 222 | 0.8 | Y | 36% | — | 87% | — |
| 223 | 0.8 | Y | 19% | — | 87% | — |
| 224 | 10 | Y | 86% | — | 93% | — |
| 225 | 0.8 | Y | 84% | — | 87% | — |
| 226 | 0.8 | Y | 80% | — | " | — |
| 227 | 10 | Y | 88% | — | 93% | — |
| 228 | 0.8 | Y | 83% | — | 87% | — |
| 229 | 0.8 | Y | 82% | — | 87% | — |
| 230 | 0.8 | N | 80% | — | 87% | — |
| 231 | 0.8 | N | 84% | — | 87% | — |
| 232 | 10 | N | 88% | — | 93% | — |
| 233 | 0.8 | N | 85% | — | 87% | — |
| 234 | 0.8 | Y | 73% | — | 87% | — |
| 235 | 10 | Y | 82% | — | 93% | — |
| 236 | 0.8 | Y | 89% | — | 87% | — |
| 237 | 0.8 | Y | 76% | — | 87% | — |
| 238 | 10 | Y | 65% | — | 93% | — |
| 239 | 0.8 | Y | 84% | — | 87% | — |
| 240 | 0.8 | Y | 56% | — | 87% | — |
| 2'OMethyl,3'Phosphorothioate-modified sgRNA | | | | | | |
| 241 | 10 | N | 92% | — | 92% | — |
| 242 | 0.8 | N | 84% | — | 87% | — |
| 243 | 0.8 | Y | 88% | — | 87% | — |
| 244 | 0.8 | N | 85% | — | 87% | — |
| 245 | 0.8 | N | 91% | — | 87% | — |
| 246 | 0.8 | N | 91% | — | 84% | — |
| 247 | 0.8 | Y | ≥85% | — | ≥85% | — |
| 248 | 0.8 | N | 84% | — | 84% | — |
| 249 | 0.8 | Y | 90% | — | 89% | — |
| 250 | 0.8 | N | 90%, 87% | — | 87%, 82% | — |
| 251 | 0.8 | N | 16%, 19% | — | 23%, 22% | — |
| 252 | 0.8 | N | 93% | — | 89% | — |
| 253 | 0.8 | N | 90%, 90% | — | 87%, 82% | — |
| 254 | 0.8 | N | 17%, 22% | — | 23%, 22% | — |
| 255 | 0.8 | N | 93% | — | 89% | — |
| 256 | 0.8 | N | 91%, 91% | — | 87%, 82% | — |
| 257 | 0.8 | N | 13%, 16% | — | 23%, 22% | — |
| 2'OMethyl,3'PhosphorothioPACE-modified sgRNA | | | | | | |
| 258 | 10 | N | 89% | — | 92% | — |
| 259 | 0.8 | N | 84% | — | 87% | — |
| 260 | 0.8 | Y | 80% | — | 87% | — |
| 261 | 0.8 | N | 77% | — | 87% | — |
| 262 | 0.8 | N | 83% | — | 87% | — |
| 263 | 0.8 | N | 92% | — | 87% | — |
| 264 | 0.8 | Y | 79% | — | 87% | — |
| 265 | 0.8 | N | 88% | — | 87% | — |
| 266 | 0.8 | N | 94% | — | 87% | — |
| 267 | 10 | N | 74% | — | 93% | — |
| 268 | 0.8 | N | 11% | — | 86% | — |
| 269 | 0.8 | N | 15% | — | " | — |
| 270 | 0.8 | N | 49% | — | " | — |
| 271 | 0.8 | N | 31% | — | " | — |
| 272 | 0.8 | N | 91% | — | 84% | — |
| 273 | 0.8 | Y | 77% | — | ≥85% | — |
| 274 | 0.8 | N | 90%, 91% | — | 87%, 82% | — |
| 275 | 0.8 | N | 9%, 8% | — | 23%, 22% | — |
| 276 | 0.8 | N | 90% | — | 84% | — |
| 277 | 0.8 | Y | ≥85% | — | ≥85% | — |
| 278 | 0.8 | N | 86%, 88% | — | 87%, 82% | — |
| 279 | 0.8 | N | 11%, 7% | — | 23%, 22% | — |
| 2-aminoA-modified sgRNA (including unmodified controls) | | | | | | |
| 280 | 0.8 | Y | 88%, 88% | — | | |
| 281 | 0.8 | Y | 76%, 75% | — | | |
| 282 | 0.8 | Y | 87%, 91% | — | 88%, 88% | |
| 283 | 0.8 | Y | 90%, 90% | — | 76%, 75% | |
| 284 | 0.8 | Y | 85%, 87% | — | | |
| 285 | 0.8 | Y | 88%, 88% | — | | |
| 286 | 0.8 | Y | 93%, 96% | — | 85%, 87% | |
| 287 | 0.8 | Y | 82%, 79% | — | 88%, 88% | |
| 5-methylU-modified sgRNA | | | | | | |
| 288 | 0.8 | N | 86%, 83% | — | 87%, 82% | |
| 289 | 0.8 | N | 11%, 11% | — | 23%, 22% | |

TABLE 4-continued

| Entry # | [Mg²⁺] (mM) | tcDNA | % Target cleaved | % CV | % Cleaved vs. CONTROL | % CV CONTROL |
|---|---|---|---|---|---|---|
| Z base-modified sgRNA | | | | | | |
| 290 | 10 | N | 19% | — | 92% | — |
| 291 | 10 | N | 93% | — | " | — |
| sgRNA modified to disfavor misfolding | | | | | | |
| 292 | 0.8 | N | 93% | — | 90% | — |
| 293 | 0.8 | N | 93% | — | 86% | — |

The results revealed that guide RNAs containing modifications at specific positions were tolerated by active Cas protein and gRNA:Cas protein complexes, as the modifications did not prevent target-specific cleavage of the on-target polynucleotide. The modifications that were tested and found to be tolerated at specific positions include 2'-O-methylribonucleotide (=2'OMe), 2'-deoxyribonucleotide, racemic phosphorothioate internucleotide linkage, 3'-phosphonoacetate (=PACE), 3'-thiophosphonoacetate (=thioPACE), Z nucleotide, 2-thiouracil, 2-aminoadenine, 5-methyluracil, 5-aminoallyluracil coupled to Cy5 fluorophore, 2-(4-butylamidofluorescein)propane-1,3-diol bis (phosphodiester) linker, and combinations of these.

It is contemplated that the chemical modifications disclosed and tested herein, particularly at the tested positions (as listed in Tables 3 and 4), will be tolerated at equivalent positions in a variety of guide RNAs.

As disclosed herein, chemically modified nucleotides were incorporated into guide RNAs in an effort to improve certain properties. Such properties include improved nuclease resistance of the guide RNA (also known as improved stability), reduced off-target effects of a gRNA:Cas protein complex (also known as improved specificity), improved efficacy of gRNA:Cas protein complex when cleaving, nicking or binding a target polynucleotide, improved transfection efficiency, and/or improved organelle localization.

The assay results in Tables 3 and 4 indicate that: (1) in guide RNAs, many positions can tolerate a variety of chemical modifications; (2) 5' and 3' ends of guide RNAs will tolerate a wide variety of end-protecting modifications, and such modifications are useful to inhibit exonucleolytic RNA degradation; (3) 2-ThioU can be used to deter off-target interactions involving G-U wobble pairings, thereby increasing the specificity of guide pairing by inhibiting off-target hybridization interactions; (4) 5' Extensions are generally well-tolerated; (5) Surface exposed regions of the guide RNA (as inferred from published crystal structures) are tolerant of extensively modifying U's to 5-methylU's, which potentially make the modified RNA more likely to elude immune responses such as stimulated by unmodified RNA; and (6) For RNA folding, G-C pairs are stronger and more stable than A-U pairs. At least one guide RNA is tolerant of replacing some G-C pairs with 2'-O-methylA-2'-O-methylU pairs that are more stable thermodynamically than unmodified A-U pairs.

More particularly, the present example shows that 2'-O-methyl modifications are tolerated at the 5' and 3' ends of dual-guide RNAs (as shown by entry 12 in Tables 3 and 4) and single-guide RNAs (entries 143-146, 169-170), thus allowing end-protection to stabilize gRNAs against exonucleases. 2'-O-methyl modifications are tolerated at most but not all internal positions, thus allowing stabilization against various nucleases including endonucleases (entries 146, 153-168, 174-179). However, the present example also

Synthego EX1001.089

demonstrates that not every position in guide RNAs will tolerate 2'-O-methyls (as shown by entries 151-152 and 171-173), suggesting that too many consecutive 2'-O-methyl modifications at the 5' end (e.g., 26 or more consecutive 2'-O-methyl-modified nucleotides), or too many 2'-O-methyl modifications of C and U nucleotides downstream (3') of the 5'-terminal 20mer guide sequence is not well tolerated (e.g., the inhibitory effect of one or both 2'-O-methyluracils at sequence positions +56 and +69 in entries 171-173 as revealed by the positions tested in entries 154-156).

The present example shows that 2'-O-methyl modifications throughout the 20mer guide sequence are tolerated during in vitro uses in buffer containing 10 mM $Mg^{2+}$ (entry 146), but such extensive modification is not well tolerated under physiological conditions (entries 147-150) as present in cells. Thus, in some embodiments, a gRNA comprising 15 or more, alternatively 17 or more, alternatively 18 or more, alternatively 20 2'-O-methyl modifications throughout the 20mer guide sequence is used for in vitro methods as described herein, such as genomic editing to modify a DNA sequence in vitro, regulating the expression of a gene of interest in vitro, cleaving a DNA target sequence in vitro, and other uses.

The present example shows that extensive incorporation of 2'-deoxy modifications is not well tolerated and can be substantially completely inhibitory (entries 180-182). However, 2'-deoxy modifications can be well-tolerated at some locations (entry 183), therefore such modification can be useful for inhibiting nucleases.

The present example also shows that fluorophore or dye labels are tolerated in every loop of the three known stem-loops in CRISPR-Cas9 guide RNAs (entry 116). Such labels are also tolerated in a 5' overhang on the guide sequence (entry 114), tolerated at additional locations in sgRNAs (entry 114), and tolerated in a loop in tracrRNA (used in dual-guide applications (entry 11). In this example, two different types of fluorophores were tested: a phosphodiester-linked fluorophore (no ribose ring) that essentially takes the place of a nucleotide (entries 114 & 116), and a dye label (Cy5) covalently coupled to 5-aminoallylU incorporated in a guide RNA (entry 11).

The present example also shows that Z bases are tolerated in synthetic guide RNAs, particularly as modifications of synthetic guide RNAs in which some C's are replaced with Z bases (entries 290-291). The present example also shows that several other bases are tolerated at various positions, as shown in Tables 3 and 4.

The present example further shows that the 5' and 3' ends of guide RNAs can tolerate a wide variety of end-protecting modifications. Such modifications can be used to inhibit exonucleolytic RNA degradation. Support for the tolerance of such modifications can be found in Hendel et al., *Nat. Biotechnol.* (2015) 33:9, 985-9. Additional support for modifications at the 5' and 3' ends of guide RNAs is provided by entries 143-144, 185-223, 241-257, 258-266, and 272-279 in Tables 3 and 4. In some embodiments, the guide RNA comprises 7 or fewer modified nucleotides at a 5' end or a 3' end or at each of 5' and 3' ends, alternatively 6 or fewer, alternatively 5 or fewer, alternatively 4 or fewer, alternatively 3 or fewer, alternatively 2 or fewer, alternatively 1. Dual-guide RNAs can be protected similarly (entries 12-15).

The present example further shows that 2-thioU can be used to deter off-target interactions involving G-U wobble pairings, thereby increasing the specificity of guide sequence pairing by inhibiting off-target hybridization interactions (entries 16-39). One of the base pairs involved in

hybridization between the guide RNA and CLTA1 OFF-target 3 (also referred to as "CLTA1 OFF3-target" or "CLTA1 OFF3") is a G-U wobble pair. Replacing the corresponding U in the guide RNA with a 2-thioU reduces cleavage from 100% (entry 8) to 59% (entry 39). Replacing other U's with 2-thioU's (e.g., at sequence position +3 or +9, entries 23 and 31) does not have the same effect, presumably because those U's do not involve G-U wobble pairing when fully hybridized to each of the OFF-target sites tested. Accordingly, 2-thioU can increase target specificity of guide RNAs when off-target sites involve G-U wobble pairing.

The present example also shows that 5'-overhang sequences attached to the guide sequence are generally well-tolerated (see entries 83-95, 114, and 206-223). For example, a bulky dimethoxytrityl (dmt) group at the 5' end was well tolerated (entry 95). The chromatographic properties of dmt can be used to facilitate purification of full-length synthetic RNAs from incompletely elongated byproducts which are generally produced during synthesis. Accordingly, in some embodiments, the synthetic guide RNA comprises a 5'-overhang sequence, for example, comprising a short polynucleotide sequence of 15 or fewer nucleotides which is complementary to the guide sequence and is covalently linked at its 3' end to the 5' end of the guide sequence by a polymeric linker such as a polynucleotide or similarphosphodiester-based linker, in which the linker can be 5 or more consecutive uridine nucleotides, alternatively 6 or 7.

The present example also shows that surface exposed regions of the guide RNA (as inferred from crystal structures published by others) are tolerant of extensively modifying uracils nucleotides to 5-methyluracils (5-methylU's) (entry 288), which can make the modified RNA more likely to elude immune responses such as stimulated by unmodified RNA. In particular, the 5' and 3' ends of a synthetic guide RNA are potentially immunostimulatory, and the present example shows that 5' and 3' ends are tolerant of 5-methylU modifications (entry 288).

The present example also shows that a synthetic guide RNA is tolerant of replacing some G-C pairs with 2'-O-methylA-2'-O-methylU pairs which are more stable thermodynamically than unmodified A-U pairs (see the non-terminal-2'-O-methylU and complementary-2'-O-methylA modifications in entries 292-293). This is advantageous because it is known that, for folded RNAs, G-C pairs are stronger and more stable than A-U pairs. Replacement of G-C pairs with such thermostabilized A-U pairs in synthetic guide RNAs allows for improved folding of active structures by preventing misfolded structures that involve unintended G-C pair(s), as can be predicted by RNA folding algorithms in common use.

## EXEMPLARY EMBODIMENTS

Exemplary embodiments provided in accordance with the presently disclosed subject matter include, but are not limited to, the claims and the following embodiments:

A1. A synthetic guide RNA comprising:

a crRNA segment comprising (i) a guide sequence capable of hybridizing to a target sequence, (ii) a stem sequence; and

a tracrRNA segment comprising a nucleotide sequence that is partially or completely complementary to the stem sequence, wherein the synthetic guide RNA comprises at least one modified nucleotide, and wherein the synthetic guide RNA has gRNA functionality.

**Synthego EX1001.090**

A2. The synthetic guide RNA of embodiment A1, comprising a 2'-deoxy moiety.

A3. The synthetic guide RNA of embodiment A1 or A2, comprising a 2'-halo moiety selected from 2'-fluoro, 2'-chloro, 2'-bromo and 2'-iodo.

A4. The synthetic guide RNA of any one of the preceding embodiments, comprising a phosphorothioate group.

A5. The synthetic guide RNA of any one of the preceding embodiments, comprising a PACE group.

A6. The synthetic guide RNA of any one of the preceding embodiments, comprising a thioPACE group.

A7. The synthetic guide RNA of any one of embodiments A2-A6, comprising a 2'-O-methyl moiety.

A8. The synthetic guide RNA of any one of the preceding embodiments, comprising a 2-thiouracil.

A9. The synthetic guide RNA of any one of the preceding embodiments, comprising a 4-thiouracil.

A10. The synthetic guide RNA of any one of the preceding embodiments, comprising a 2-aminoadenine.

A11. The synthetic guide RNA of any one of the preceding embodiments, comprising a hypoxanthine.

A12. The synthetic guide RNA of any one of the preceding embodiments, comprising a 5-methylcytosine.

A13. The synthetic guide RNA of any one of the preceding embodiments, comprising a 5-methyluracil.

A14. The synthetic guide RNA of any one of the preceding embodiments, comprising a 5-aminoallyl-uracil.

A15. The synthetic guide RNA of any one of the preceding embodiments, comprising a Z ribonucleotide.

A16. The synthetic guide RNA of any one of the preceding embodiments, comprising a Z deoxyribonucleotide.

A17. The synthetic guide RNA of any one of the preceding embodiments, comprising a squarate conjugation.

A18. The synthetic guide RNA of any one of the preceding embodiments, comprising a dye linker.

A19. The synthetic guide RNA of embodiment A18, wherein the dye linker is 2-(4-butylamidofluorescein)propane-1,3-diol bis(phosphodiester) linker.

A20. The synthetic guide RNA of any one of the preceding embodiments, comprising a nucleotide with 2'-O-methyl and 3'-phosphorothioate.

A21. The synthetic guide RNA of any one of the preceding embodiments, comprising a nucleotide with 2'-O-methyl and 3"-PACE.

A22. The synthetic guide RNA of any one of the preceding embodiments, comprising a nucleotide with 2'-O-methyl and 3'-thioPACE.

A23. The synthetic guide RNA of any one of the preceding embodiments, comprising a nucleotide with 2'-deoxy and 3'-PACE.

A24. The synthetic guide RNA of any one of the preceding embodiments, comprising a 5-methylcytidine.

A25. The synthetic guide RNA of any one of the preceding embodiments, comprising a methylphosphonate.

A26. The synthetic guide RNA of any one of the preceding embodiments, comprising an ester of PACE, wherein the ester is optionally a methyl ester.

A27. The synthetic guide RNA of any one of the preceding embodiments, comprising a a single RNA strand comprising both the cr RNA segment and the tracr RNA segment.

A28. The synthetic guide RNA of any one of embodiments A1-A26, comprising two RNA strands, and the cr RNA segment and the tracr RNA segment are in different RNA strands.

A29. The synthetic guide RNA of any one of the preceding embodiments, comprising a modified nucleotide at a 5' end, 3' end, or both 5' end and 3' end of each RNA strand.

A30. The synthetic guide RNA of any one of the preceding embodiments, comprising a modified nucleotide in the guide sequence.

A31. The synthetic guide RNA of any one of the preceding embodiments, comprising a modified nucleotide 5' to the guide sequence.

A32. The synthetic guide RNA of any one of the preceding embodiments, comprising a modified nucleotide in the stem sequence.

A33. The synthetic guide RNA of any one of the preceding embodiments, comprising a modified nucleotide in the scaffold region.

A34. The synthetic guide RNA of any one of the preceding embodiments, comprising at least one unnatural, orthogonal base pair in the scaffold region, wherein the base pair is independently selected from isoG-isoC and Z base-P base.

A35. The synthetic guide RNA of any one of the preceding embodiments, comprising a 2'-amino group.

A36. The synthetic guide RNA of any one of the preceding embodiments, comprising a phosphorodithioate linkage group.

A37. The synthetic guide RNA of any one of the preceding embodiments, comprising a boranophosphonate linkage group.

A38. The synthetic guide RNA of any one of the preceding embodiments, comprising an unlocked nucleic acid modification (ULNA).

A39. The synthetic guide RNA of any one of the preceding embodiments, comprising a locked nucleic acid modification (LNA).

A40. The synthetic guide RNA of any one of the preceding embodiments, comprising an unstructured nucleic acid modification (UNA).

A41. The synthetic guide RNA of any one of the preceding embodiments, comprising a pseudoU.

A42. The synthetic guide RNA of any one of the preceding embodiments, comprising a 2'-MOE.

A43. The synthetic guide RNA of any one of the preceding embodiments, comprising a 2'-arabino.

A44. The synthetic guide RNA of any one of the preceding embodiments, comprising a 4'-thioribose.

A45. The synthetic guide RNA of any one of the preceding embodiments, comprising a squarate linkage

A46. The synthetic guide RNA of any one of the preceding embodiments, comprising a triazaolo linkage.

A47. A method for cleaving or nicking a target polynucleotide comprising contacting the target polynucleotide with a CRISPR-associated protein and the synthetic guide RNA of any one of the preceding embodiments, and cleaving or nicking the target polynucleotide.

A48. The method of embodiment A47, wherein the cleaving or nicking takes place in vitro.

A49. The method of embodiment A47, wherein the cleaving or nicking takes place in a cell.

A50. The method of embodiment A47, wherein the cleaving or nicking takes place in vivo.

A51. The method of any one of embodiments A47-A50, wherein the CRISPR-associated protein is Cas9.

A52. The method of any one of embodiments A47-A51, wherein the cleaving or nicking results in gene editing.

A53. The method of any one of embodiments A47-A52, wherein the cleaving or nicking results in alteration of gene expression.

Synthego EX1001.091

A54. A method for binding a target polynucleotide comprising contacting the target polynucleotide with a CRISPR-associated protein and the synthetic guide RNA of any one of the preceding embodiments.

A55. The method of embodiment A54, wherein the CRISPR-associated protein comprises a mutant which does not have a cleavage or nicking activity.

A56. The method of embodiment A54 or A55, wherein the the CRISPR-associated protein is a fusion protein comprising a protein component not naturally existing in a CRISPR system.

A57. The method of any one of embodiments A54 to A56, resulting in a change of expression of the target polynucleotide.

A58. The method of any one of embodiments A54 to A57 useful to tag the target polynucleotide.

## FURTHER EXEMPLARY EMBODIMENTS

B1. A synthetic guide RNA comprising:
(a) a crRNA segment comprising (i) a guide sequence capable of hybridizing to a target sequence in a polynucleotide, (ii) a stem sequence; and
(b) a tracrRNA segment comprising a nucleotide sequence that is partially or completely complementary to the stem sequence, wherein the synthetic guide RNA comprises one or more modifications, and wherein the synthetic guide RNA has gRNA functionality.

B2. The synthetic guide RNA of embodiment 1, comprising a 2'-O-methyl moiety, a 2'-deoxy moiety, a Z base, a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a thiophosphonoacetate internucleotide linkage, or combinations thereof.

B3. The synthetic guide RNA of embodiment 1 or 2, comprising one or more modifications selected from the group consisting of a 2'-O-methyl nucleotide with a 3'-phosphorothioate group, a 2'-O-methyl nucleotide with a 3'-phosphonocarboxylate group, a 2'-O-methyl nucleotide with a 3'-phosphonoacetate group, a 2'-O-methyl nucleotide with a 3'-thiophosphonocarboxylate group, a 2'-O-methyl nucleotide with a 3'-thiophosphonoacetate group, a 2'-deoxy nucleotide with a 3'-phosphonoacetate group, a 2'-deoxy nucleotide with a 3'-thiophosphonoacetate group, and a Z base.

B4. The synthetic guide RNA of embodiment 1, 2 or 3, comprising one or more modifications selected from the group consisting of a 2'-fluororibosyl, a 2-thiouracil base, a 4-thiouracil base, a 2-aminoadenine base, an hypoxanthine base, a 5-methylcytosine base, a 5-methyluracil base, a methylphosphonate internucleotide linkage, a 5-aminoallyl-uracil base, a squarate linkage, a triazolo linkage, a dye conjugated to a nucleotide, and combinations thereof.

B5. The synthetic guide RNA of any of the preceding embodiments, comprising a modification selected from the group consisting of a 2'-MOE, 2'-amino, 2'-F-arabino, 2'-LNA, 2'-ULNA, 3'-methylphosphonate, 3'-boranophosphonate, 3'-phosphorodithioate, 2'-OMe-3'-P(S)$_2$, 2'-OMe-3'-P(CH$_3$), 2'-OMe-3'-P(BH$_3$), 4'-thioribosyl, L-sugar, 2-thiocytosine, 6-thioguanine, 2-aminopurine, pseudouracil, 7-deazaguanine, 7-deaza-8-azaguanine, 7-deazaadenine, 7-deaza-8-azaadenine, 5-hydroxymethylcytosine, 5-hydroxymethyluracil, 5,6-dehydrouracil, 5-propynylcytosine, 5-propynyluracil, 5-ethynylcytosine, 5-ethynyluracil, 5-allyluracil, 5-allylcytosine, 5-allylaminocytosine, P nucleobase, isocytosine (isoC), isoguanine (isoG), UNA, x(A,G, C,T), y(A,G,C,T), abasic nucleotide, PEG, hydrocarbon linker, halo-substituted hydrocarbon linker, heteroatom

(O,N,S)-substituted hydrocarbon linker, (keto, carboxy, amido, thionyl, carbamoyl, or thionocarbamoyl)-containing hydrocarbon linker, spermine linker, and combinations thereof.

B6. The synthetic guide RNA of any one of the preceding embodiments, comprising a stability-enhancing modification.

B7. The synthetic guide RNA of any one of the preceding embodiments, comprising at least two modifications; wherein a first modification is a stability-enhancing modification and a second modification is a specificity-altering modification.

B8. The synthetic guide RNA of embodiment 6 or 7, wherein the stability-enhancing modification is located in the guide sequence.

B9. The synthetic guide RNA of embodiment 6 or 7, wherein the stability-enhancing modification is located upstream of the guide sequence.

B10. The synthetic guide RNA of embodiment 6 or 7, wherein the stability-enhancing modification is located within the first five and/or the last five nucleotides of the crRNA segment.

B11. The synthetic guide RNA of embodiment 6 or 7, wherein the stability-enhancing modification is located in the tracrRNA segment.

B12. The synthetic guide RNA of embodiment 6 or 7, wherein the stability-enhancing modification is located within the first five and/or the last five nucleotides of the tracrRNA segment.

B13. The synthetic guide RNA of any one of embodiments 6-12, wherein the stability-enhancing modification comprises a 2'-O-methyl moiety, a 2'-fluoro moiety, or a 2'-deoxy moiety.

B14. The synthetic guide RNA of any one of embodiments 6-13, wherein the stability-enhancing modification comprises a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a thiophosphonoacetate internucleotide linkage, a methylphosphonate internucleotide linkage, a boranophosphate internucleotide linkage, or a phosphorodithioate internucleotide linkage.

B15. The synthetic guide RNA of any one of embodiments 6-14, wherein the stability-enhancing modification comprises a 3'-phosphonoacetate or a 3'-thiophosphonoacetate.

B16. The synthetic guide RNA any one of embodiments 6-15, wherein the stability-enhancing modification comprises a 2'-O-methyl-3'-phosphorothioate nucleotide, a 2'-O-methyl-3'-phosphonoacetate nucleotide, or a 2'-O-methyl-3'-thiophosphonoacetate nucleotide.

B17. The synthetic guide RNA of any one of embodiments 6-16, wherein the stability-enhancing modification comprises a 2'-fluoro-3'-phosphorothioate nucleotide, a 2'-fluoro-3'-phosphonoacetate nucleotide, or a 2'-fluoro-3'-thiophosphonoacetate nucleotide.

B18. The synthetic guide RNA of any one of the preceding embodiments, comprising a specificity-altering modification.

B19. The synthetic guide RNA of embodiment 18, wherein the specificity-altering modification is located in the guide sequence.

B20. The synthetic guide RNA of any one of embodiment 18 or 19, wherein the specificity-altering modification comprises a 2-thiouracil, a 4-thiouracil or a 2-aminoadenine.

B21. The synthetic guide RNA of any one of embodiments 18-20, wherein the specificity-altering modification comprises a phosphorothioate internucleotide linkage, a phosphonoacetate internucleotide linkage, a thiophosphono-

Synthego EX1001.092

acetate internucleotide linkage, a methylphosphonate internucleotide linkage, a boranophosphate internucleotide linkage, or a phosphorodithioate internucleotide linkage.

B22. The synthetic guide RNA of any one of embodiments 18-21, wherein the specificity-altering modification comprises a 3'-phosphonoacetate or a 3'-thiophosphonoacetate.

B23. The synthetic guide RNA of any one of the preceding embodiments, comprising a fluorescent dye or a label.

B24. The synthetic guide RNA of any one of the preceding embodiments, comprising one or more isotopic labels.

B25. The synthetic guide RNA of any one of the preceding embodiments, wherein the guide RNA is conjugated to an oligonucleotide, an aptamer, an amino acid, a peptide, a protein, a steroid, a lipid, a folic acid, a vitamin, a sugar, or an oligosaccharide.

B26. The synthetic guide RNA of any one of the preceding embodiments, wherein the synthetic guide RNA is a single guide RNA, wherein the crRNA segment and the tracrRNA segment are linked through a loop L.

B27. The synthetic guide RNA of embodiment 26, wherein the loop L comprises 1, 2, 3, 4, 5, 6, 7, 8, 9, or 10 nucleotides.

B28. The synthetic guide RNA of embodiment 26 or 27, wherein the loop L comprises a nucleotide sequence of GNRA, wherein N represents A, C, G, or U and R represents A or G.

B29. The synthetic guide RNA of embodiment 26, 27 or 28, wherein the loop L comprises a nucleotide sequence of GAAA.

B30. The synthetic guide RNA of any one of embodiments 26-29, wherein the loop L comprises one or more modified nucleotides.

B31. The synthetic guide RNA of embodiment 30, wherein the loop L comprises a fluorescent dye.

B32. The synthetic guide RNA of embodiment 31, wherein the dye is conjugated to a 2-(4-butylamido-dye)propane-1,3-diol bis(phosphodiester) linker.

B33. The synthetic guide RNA of any one of the preceding embodiments, wherein the crRNA segment is at the 5' end of the guide RNA.

B34. The synthetic guide RNA of any one of the preceding embodiments, wherein the tracrRNA segment is at the 3' end of the guide RNA.

B35. The synthetic guide RNA of any of the preceding embodiments, wherein the crRNA segment comprises from 25 to 70 nucleotides.

B36. The synthetic guide RNA of any of the preceding embodiments, wherein the guide sequence comprises from 15 to 30 nucleotides.

B37. The synthetic guide RNA of any of the preceding embodiments, wherein the stem sequence comprises from 10 to 50 nucleotides.

B38. The synthetic guide RNA of any of the preceding embodiments, comprising one or more triazolo linkage(s).

B39. The synthetic guide RNA of any of the preceding embodiments, comprising one or more squarate linkage(s).

B40. The synthetic guide RNA of any of the preceding embodiments, wherein the guide RNA comprises a nucleotide composition of:

$$M_m N_n$$

wherein each N independently represents an unmodified nucleotide and each M is selected from a 2'-O-methyl ribonucleotide, a 2'-O-methyl-3'-P(S) ribonucleotide, a 2'-O-methyl-3'-PACE ribonucleotide, a 2'-O-methyl-3'-thioPACE ribonucleotide, and a 2'-deoxynucleotide;

wherein each M is at any position in the sequence of the guide RNA; and

wherein m is an integer between 1 and 220, and n is an integer between 0 and 219, and $50 < m+n \leq 220$.

B41. The synthetic guide RNA of embodiment 38, wherein $m+n \leq 150$, and each of m and n are independently selected from an integer between 0 and 150, provided that m is not 0.

B42. The synthetic guide RNA of any of the preceding embodiments, wherein the guide RNA comprises a nucleotide sequence of:

$$M_m N_n M'_{m'} N'_{n'} M''_{m''}$$

wherein each M, M' and M'' independently represent a modified nucleotide and each N and N' independently represent an unmodified ribonucleotide;

wherein any given M is the same or different from any other M, any given N is the same or different from any other N, any given M' is the same or different from any other M', any given N' is the same or different from any other N', any given M'' is the same or different from any other M''; and wherein m is an integer between 0 and 40, n is an integer between 20 and 130, m' is an integer between 0 and 10, n' is an integer between 0 and 50, m'' is an integer between 0 and 10, provided that m+m'+m'' is greater than or equal to 1.

B43. The synthetic guide RNA of any of the preceding embodiments, wherein the crRNA segment comprises a nucleotide sequence of:

$$M_m N_n M'_{m'} N'_{n'}$$

wherein M and M' each represent a modified nucleotide and N and N' each represent an unmodified ribonucleotide; wherein any given M is the same or different from any other M, any given N is the same or different from any other N, any given M' is the same or different from any other M', any given N' is the same or different from any other N'; and

wherein n and n' are each independently selected from an integer between 0 and 50, and wherein m and m' are each independently selected from an integer between 0 and 25, provided that m+m' is greater than or equal to 1.

B44. The synthetic guide RNA of any of the preceding embodiments, wherein the guide sequence comprises a nucleotide sequence of:

$$M_m N_n M'_{m'} N'_{n'}$$

wherein M and M' each represent a modified nucleotide and N and N' each represent an unmodified ribonucleotide;

wherein any given M is the same or different from any other M, any given N is the same or different from any other N, any given M' is the same or different from any other M', any given N' is the same or different from any other N'; and wherein m, n, m', and n' are each independently selected from an integer between 0 and 40, provided that m+m' is greater than or equal to 1.

B45. The synthetic guide RNA of any of the preceding embodiments, wherein the tracrRNA segment comprises a nucleotide sequence of:

$$N_n M_m N'_{n'} M'_{m'}$$

wherein M and M' each represent a modified nucleotide and N and N' each represent an unmodified ribonucleotide;

wherein any given M is the same or different from any other M, any given N is the same or different from any other N, any given M' is the same or different from any other M', any given N' is the same or different from any other N'; and

Synthego EX1001.093

wherein n is an integer between 0 and 130 m is an integer between 0 and 40, and n' is an integer between 0 and 130, and m' is an integer between 0 and 40, provided that m+m' is greater than or equal to 1.

B46. The synthetic guide RNA of any one of embodiments 40-43, wherein m, m', m+m', or m+m'+m" is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, or 20.

B47. The synthetic guide RNA of any one of embodiments 40-43, wherein m, m', m+m', or m+m'+m" is 1, 2, 3, 4, 5, or 6.

B48. The synthetic guide RNA of any one of embodiments 40-45, wherein n is 16, 17, 18, or 19.

B49. The synthetic guide RNA of any one of embodiments 40-45, wherein n, n', or n+n' is an integer between 75 and 115.

B50. The synthetic guide RNA of any one of embodiments 40-47, wherein each M is independently selected from the group consisting of a 2'-modified nucleotide, a 3'-modified nucleotide, and combinations thereof.

B51. The synthetic guide RNA of embodiment 48, wherein the 2'-modified nucleotide is selected from the group consisting of a 2'-deoxy nucleotide, a 2'-O-methyl nucleotide, a 2'-fluoro nucleotide, and a 2'-O—C$_{1-3}$alkyl-O—C$_{1-3}$alkyl nucleotide.

B52. The synthetic guide RNA of embodiment 48, wherein the 3'-modified nucleotide is selected from the group consisting of a 3'-phosphonoacetate nucleotide and a 3'-thiophosphonoacetate nucleotide.

B53. The synthetic guide RNA of embodiment 48, wherein the combination of the 2'-modified nucleotide and the 3'-modified nucleotide comprises a 2'-O-methyl-3'-phosphorothioate nucleotide, a 2'-O-methyl-3'-phosphonoacetate nucleotide, or a 2'-O-methyl-3'-thiophosphonoacetate nucleotide.

B54. A method for cleaving a target polynucleotide comprising contacting the target polynucleotide with a CRISPR-associated protein and the synthetic guide RNA of any one of the preceding embodiments and cleaving the target polynucleotide.

B55. The method of embodiment 52, further comprising contacting the target polynucleotide with an exogenous CRISPR-associated protein.

B56. The method of embodiment 53, wherein the CRISPR-associated protein is Cas9.

B57. The method of any one of embodiments 52-54, wherein the cleavage results in a functional knockout of a target gene.

B58. The method of any one of embodiments 52-55, further comprising repairing the cleaved target polynucleotide by homology-directed repair with an exogenous or endogenous template polynucleotide.

B59. The method of embodiment 56, wherein the exogenous or endogenous template polynucleotide comprises at least one sequence having substantial sequence identity with a sequence on either side of the cleavage site.

B60. The method of any one of embodiments 52-57, further comprising repairing the cleaved target polynucleotide by non-homologous end joining.

B61. The method of any one of embodiments 56-58, wherein the repairing step produces an insertion, deletion, or substitution of one or more nucleotides of the target polynucleotide.

B62. The method of embodiment 59, wherein the insertion, deletion, or substitution results in one or more amino acid changes in a protein expressed from a gene comprising the target polynucleotide.

B63. The method of any one of embodiments 52-60, wherein the target polynucleotide is contacted with the CRISPR-associated protein and the synthetic guide RNA in vitro.

B64. The method of any one of embodiments 52-61, wherein the target polynucleotide contacted with the CRISPR-associated protein and the synthetic guide RNA is within the genome of a cell in vitro or in vivo.

B65. The method of embodiment 62, wherein the cell is isolated from a multicellular source prior to contacting the target polynucleotide with the CRISPR-associated protein and the synthetic guide RNA.

B66. The method of embodiment 63, wherein the source is a plant, an animal, a multicellular protist, or a fungus.

B67. The method of any one of embodiments 62-64, wherein the cell, or a cell derived therefrom, is returned to the source after contacting the target polynucleotide with the CRISPR-associated protein and the synthetic guide RNA.

B68. A method of modifying a target polynucleotide in a cell comprising introducing into the cell the synthetic guide RNA of any one of embodiments 1-51 and introducing into the cell a CRISPR-associated protein or a nucleic acid that expresses a CRISPR-associated protein in the cell.

B69. The method of embodiment 66, wherein the CRISPR-associated-protein is Cas9.

B70. A method of altering expression of at least one gene product in a cell comprising introducing into the cell the synthetic guide RNA of any one of embodiments 1-51 and further introducing into the cell a CRISPR-associated-protein or a nucleic acid that expresses a CRISPR-associated protein in the cell, wherein the cell contains and expresses a DNA molecule having a target sequence and encoding the gene product.

B71. The method of embodiment 68, wherein the CRISPR-associated-protein is Cas9.

B72. The method of embodiment 69, wherein the CRISPR-associated-protein cleaves the DNA molecule.

B73. A set or library of RNA molecules comprising two or more synthetic guide RNAs of any one of embodiments 1-51.

B74. A kit comprising the synthetic guide RNA of any one of embodiments 1-51 or the set or library of RNA molecules of embodiment 71.

B75. The kit of embodiment 72, further comprising a CRISPR-associated protein or a nucleic acid encoding the CRISPR-associated protein.

B76. The kit of embodiment 73, wherein the CRISPR-associated-protein is Cas9.

B77. The synthetic guide RNA, method or kit of any of the preceding embodiments, wherein the synthetic guide RNA comprises an end modification.

B78. The synthetic guide RNA of any of the preceding embodiments, having a single RNA strand or two separate complementary RNA strands, wherein the guide RNA comprises at least one stability-enhancing modification at both ends of each RNA strand.

C1. A synthetic guide RNA comprising:
(a) a crRNA segment comprising (i) a guide sequence capable of hybridizing to a target sequence in a polynucleotide, (ii) a stem sequence; and
(b) a tracrRNA segment comprising a nucleotide sequence that is partially or completely complementary to the stem sequence, wherein the synthetic guide RNA comprises one or more modifications, and wherein the synthetic guide RNA has gRNA functionality.

Synthego EX1001.094

C2. The synthetic guide RNA of embodiment C1, wherein one or more of the modifications comprises a stability-enhancing modification.

C3. The synthetic guide RNA of embodiment C2, wherein one or more of the stability-enhancing modifications is located in the guide sequence.

C4. The synthetic guide RNA of embodiment C2, wherein the stability-enhancing modification comprises a 2'-O-methyl moiety, a Z base, a 2'-deoxy nucleotide, a phosphorothioate internucleotide linkage, a phosphonoacetate (PACE) internucleotide linkage, or a thiophosphonoacetate (thioPACE) internucleotide linkage, or combinations thereof.

C5. The synthetic guide RNA of any of the foregoing embodiments, comprising less than 26 consecutive 2'-O-methyl modified nucleotides at a 5' end of the guide RNA.

C6. The synthetic guide RNA of any of the foregoing embodiments, comprising a Z base replacing a cytosine in the synthetic guide RNA.

C7. The synthetic guide RNA of any of the foregoing embodiments, comprising at least one 2-thiouracil at a position corresponding to a uridine that can engage in U-G wobble pairing with a potential off-target sequence.

C8. The synthetic guide RNA of any of the foregoing embodiments, comprising one or more modifications selected from the group consisting of a 2'-O-methyl nucleotide with a 3'-phosphorothioate group, a 2'-O-methyl nucleotide with a 3'-phosphonoacetate group, a 2'-O-methyl nucleotide with a 3'-thiophosphonoacetate group, and a 2'-deoxy nucleotide with a 3'-phosphonoacetate group.

C9. The synthetic guide RNA of any of the foregoing embodiments, comprising at least two modifications.

C10. The synthetic guide RNA any of the foregoing embodiments, comprising up to 50 modifications.

C11. The synthetic guide RNA of any of the foregoing embodiments, comprising a single RNA strand or two separate RNA strands, and one or more modifications at a 5' end of each RNA strand, at a 3' end of each RNA strand, or at both a 5' end and a 3' end of each RNA strand.

C12. The synthetic guide RNA of any of the foregoing embodiments, comprising 7 or fewer consecutive modified nucleotides at a 5' end or at a 3' end or at each of 5' and 3' ends.

C13. The synthetic guide RNA of any of the foregoing embodiments, comprising one or more 5-methyluridine nucleotides at one or more of a 5' end, a 3' end, or a stem-loop.

C14. The synthetic guide RNA of any of the foregoing embodiments, wherein one or more of the modifications alters base-pairing thermostability.

C15. The synthetic guide RNA of embodiment C14, wherein said one or more modifications enhances the base-pairing thermostability.

C16. The synthetic guide RNA of embodiment C15, wherein said one or more modifications is independently selected from a 2-thiouracil (2-thioU), a 4-thiouracil (4-thioU), a 2-aminoadenine, a 2'-O-methyl, a 2'-fluoro, a 5-methyluridine, a 5-methylcytidine, and a locked nucleic acid modification (LNA).

C17. The synthetic guide RNA of embodiment C15, wherein said one or more modifications decreases the base-pairing thermostability.

C18. The synthetic guide RNA of embodiment C17, wherein said one or more modifications is independently selected from a 2-thiouracil, a 2'-deoxy, a phosphorothioate

linkage, a phosphorodithioate linkage, a boranophosphonate linkage, a phosphonoacetate linkage, a thiophosphonoacetate linkage, and an unlocked nucleic acid modification (ULNA).

C19. The synthetic guide RNA of any of the foregoing embodiments, comprising one or more 2'-O-methylA-2'-O-methylU base pairs.

C20. The synthetic guide RNA of any of the foregoing embodiments, wherein one or more of the modifications is a specificity-altering modification.

C21. The synthetic guide RNA of embodiment C20, wherein the specificity-altering modification is located in the guide sequence.

C22. The synthetic guide RNA of any of the foregoing embodiments, wherein the specificity-altering modification comprises a 2-thiouracil, a 4-thiouracil, a 2-aminoadenine, a 2'-O-methyl, a 2'-fluoro, a LNA, a phosphorothioate linkage, a phosphorodithioate linkage, a boranophosphonate linkage, a phosphonoacetate linkage, a thiophosphonoacetate linkage, an ULNA, a 2'-deoxy, a 5-methyluridine, a 5-methyl-cytidine, or combinations thereof.

C23. The synthetic guide RNA of any of the foregoing embodiments, comprising a fluorescent dye or a label.

C24. The synthetic guide RNA of embodiment C23, wherein the fluorescent dye or a label is bound to a stem-loop of the synthetic guide RNA.

C25. A method for genomic editing to modify a DNA sequence, or regulating the expression of a gene of interest, or cleaving a target polynucleotide comprising: contacting the DNA sequence, the gene of interest, or the target polynucleotide with a CRISPR-associated protein and the synthetic guide RNA of any of the foregoing embodiments, and editing, regulating or cleaving the DNA sequence, the gene of interest or the target polynucleotide.

C26. The method of embodiment C25, wherein the method is performed in vitro, and the synthetic guide RNA comprises 15 or more 2'-O-methyl modifications throughout the guide sequence.

C27. A set or library of RNA molecules comprising two or more synthetic guide RNAs of any of the foregoing embodiments.

C28. A kit comprising the synthetic guide RNA of any of the foregoing embodiments.

C29. An array of RNA molecules comprising two or more synthetic guide RNAs of any of the foregoing embodiments.

The foregoing description of exemplary or preferred embodiments should be taken as illustrating, rather than as limiting, the present invention as defined by the claims. As will be readily appreciated, numerous variations and combinations of the features set forth above can be utilized without departing from the present invention as set forth in the claims. Such variations are not regarded as a departure from the scope of the invention, and all such variations are intended to be included within the scope of the following claims. All references cited herein are incorporated by reference in their entireties.

Synthego EX1001.095

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 143

<210> SEQ ID NO 1
<211> LENGTH: 1368
<212> TYPE: PRT
<213> ORGANISM: Streptococcus pyogenes

<400> SEQUENCE: 1

Met Asp Lys Lys Tyr Ser Ile Gly Leu Asp Ile Gly Thr Asn Ser Val
1               5                   10                  15

Gly Trp Ala Val Ile Thr Asp Glu Tyr Lys Val Pro Ser Lys Lys Phe
                20                  25                  30

Lys Val Leu Gly Asn Thr Asp Arg His Ser Ile Lys Lys Asn Leu Ile
            35                  40                  45

Gly Ala Leu Leu Phe Asp Ser Gly Glu Thr Ala Glu Ala Thr Arg Leu
        50                  55                  60

Lys Arg Thr Ala Arg Arg Arg Tyr Thr Arg Arg Lys Asn Arg Ile Cys
65                  70                  75                  80

Tyr Leu Gln Glu Ile Phe Ser Asn Glu Met Ala Lys Val Asp Asp Ser
                85                  90                  95

Phe Phe His Arg Leu Glu Glu Ser Phe Leu Val Glu Glu Asp Lys Lys
                100                 105                 110

His Glu Arg His Pro Ile Phe Gly Asn Ile Val Asp Glu Val Ala Tyr
            115                 120                 125

His Glu Lys Tyr Pro Thr Ile Tyr His Leu Arg Lys Lys Leu Val Asp
        130                 135                 140

Ser Thr Asp Lys Ala Asp Leu Arg Leu Ile Tyr Leu Ala Leu Ala His
145                 150                 155                 160

Met Ile Lys Phe Arg Gly His Phe Leu Ile Glu Gly Asp Leu Asn Pro
                165                 170                 175

Asp Asn Ser Asp Val Asp Lys Leu Phe Ile Gln Leu Val Gln Thr Tyr
                180                 185                 190

Asn Gln Leu Phe Glu Glu Asn Pro Ile Asn Ala Ser Gly Val Asp Ala
            195                 200                 205

Lys Ala Ile Leu Ser Ala Arg Leu Ser Lys Ser Arg Arg Leu Glu Asn
        210                 215                 220

Leu Ile Ala Gln Leu Pro Gly Glu Lys Lys Asn Gly Leu Phe Gly Asn
225                 230                 235                 240

Leu Ile Ala Leu Ser Leu Gly Leu Thr Pro Asn Phe Lys Ser Asn Phe
                245                 250                 255

Asp Leu Ala Glu Asp Ala Lys Leu Gln Leu Ser Lys Asp Thr Tyr Asp
            260                 265                 270

Asp Asp Leu Asp Asn Leu Leu Ala Gln Ile Gly Asp Gln Tyr Ala Asp
        275                 280                 285

Leu Phe Leu Ala Ala Lys Asn Leu Ser Asp Ala Ile Leu Leu Ser Asp
290                 295                 300

Ile Leu Arg Val Asn Thr Glu Ile Thr Lys Ala Pro Leu Ser Ala Ser
305                 310                 315                 320

Met Ile Lys Arg Tyr Asp Glu His His Gln Asp Leu Thr Leu Leu Lys
                325                 330                 335

Ala Leu Val Arg Gln Gln Leu Pro Glu Lys Tyr Lys Glu Ile Phe Phe
            340                 345                 350

Asp Gln Ser Lys Asn Gly Tyr Ala Gly Tyr Ile Asp Gly Gly Ala Ser
        355                 360                 365

**Synthego EX1001.096**

```
Gln Glu Glu Phe Tyr Lys Phe Ile Lys Pro Ile Leu Glu Lys Met Asp
    370                 375                 380

Gly Thr Glu Glu Leu Leu Val Lys Leu Asn Arg Glu Asp Leu Leu Arg
385                 390                 395                 400

Lys Gln Arg Thr Phe Asp Asn Gly Ser Ile Pro His Gln Ile His Leu
                405                 410                 415

Gly Glu Leu His Ala Ile Leu Arg Arg Gln Glu Asp Phe Tyr Pro Phe
            420                 425                 430

Leu Lys Asp Asn Arg Glu Lys Ile Glu Lys Ile Leu Thr Phe Arg Ile
            435                 440                 445

Pro Tyr Tyr Val Gly Pro Leu Ala Arg Gly Asn Ser Arg Phe Ala Trp
        450                 455                 460

Met Thr Arg Lys Ser Glu Glu Thr Ile Thr Pro Trp Asn Phe Glu Glu
465                 470                 475                 480

Val Val Asp Lys Gly Ala Ser Ala Gln Ser Phe Ile Glu Arg Met Thr
                485                 490                 495

Asn Phe Asp Lys Asn Leu Pro Asn Glu Lys Val Leu Pro Lys His Ser
            500                 505                 510

Leu Leu Tyr Glu Tyr Phe Thr Val Tyr Asn Glu Leu Thr Lys Val Lys
            515                 520                 525

Tyr Val Thr Glu Gly Met Arg Lys Pro Ala Phe Leu Ser Gly Glu Gln
        530                 535                 540

Lys Lys Ala Ile Val Asp Leu Leu Phe Lys Thr Asn Arg Lys Val Thr
545                 550                 555                 560

Val Lys Gln Leu Lys Glu Asp Tyr Phe Lys Lys Ile Glu Cys Phe Asp
            565                 570                 575

Ser Val Glu Ile Ser Gly Val Glu Asp Arg Phe Asn Ala Ser Leu Gly
        580                 585                 590

Thr Tyr His Asp Leu Leu Lys Ile Ile Lys Asp Lys Asp Phe Leu Asp
        595                 600                 605

Asn Glu Glu Asn Glu Asp Ile Leu Glu Asp Ile Val Leu Thr Leu Thr
        610                 615                 620

Leu Phe Glu Asp Arg Glu Met Ile Glu Glu Arg Leu Lys Thr Tyr Ala
625                 630                 635                 640

His Leu Phe Asp Asp Lys Val Met Lys Gln Leu Lys Arg Arg Arg Tyr
                645                 650                 655

Thr Gly Trp Gly Arg Leu Ser Arg Lys Leu Ile Asn Gly Ile Arg Asp
            660                 665                 670

Lys Gln Ser Gly Lys Thr Ile Leu Asp Phe Leu Lys Ser Asp Gly Phe
        675                 680                 685

Ala Asn Arg Asn Phe Met Gln Leu Ile His Asp Asp Ser Leu Thr Phe
    690                 695                 700

Lys Glu Asp Ile Gln Lys Ala Gln Val Ser Gly Gln Gly Asp Ser Leu
705                 710                 715                 720

His Glu His Ile Ala Asn Leu Ala Gly Ser Pro Ala Ile Lys Lys Gly
            725                 730                 735

Ile Leu Gln Thr Val Lys Val Val Asp Glu Leu Val Lys Val Met Gly
            740                 745                 750

Arg His Lys Pro Glu Asn Ile Val Ile Glu Met Ala Arg Glu Asn Gln
        755                 760                 765

Thr Thr Gln Lys Gly Gln Lys Asn Ser Arg Glu Arg Met Lys Arg Ile
        770                 775                 780

Glu Glu Gly Ile Lys Glu Leu Gly Ser Gln Ile Leu Lys Glu His Pro
```

Synthego EX1001.097

```
785              790              795              800
Val Glu Asn Thr Gln Leu Gln Asn Glu Lys Leu Tyr Leu Tyr Leu
                805              810              815
Gln Asn Gly Arg Asp Met Tyr Val Asp Gln Glu Leu Asp Ile Asn Arg
                820              825              830
Leu Ser Asp Tyr Asp Val Asp His Ile Val Pro Gln Ser Phe Leu Lys
                835              840              845
Asp Asp Ser Ile Asp Asn Lys Val Leu Thr Arg Ser Asp Lys Asn Arg
850              855              860
Gly Lys Ser Asp Asn Val Pro Ser Glu Glu Val Val Lys Met Lys
865              870              875              880
Asn Tyr Trp Arg Gln Leu Leu Asn Ala Lys Leu Ile Thr Gln Arg Lys
                885              890              895
Phe Asp Asn Leu Thr Lys Ala Glu Arg Gly Gly Leu Ser Glu Leu Asp
                900              905              910
Lys Ala Gly Phe Ile Lys Arg Gln Leu Val Glu Thr Arg Gln Ile Thr
                915              920              925
Lys His Val Ala Gln Ile Leu Asp Ser Arg Met Asn Thr Lys Tyr Asp
                930              935              940
Glu Asn Asp Lys Leu Ile Arg Glu Val Lys Val Ile Thr Leu Lys Ser
945              950              955              960
Lys Leu Val Ser Asp Phe Arg Lys Asp Phe Gln Phe Tyr Lys Val Arg
                965              970              975
Glu Ile Asn Asn Tyr His His Ala His Asp Ala Tyr Leu Asn Ala Val
                980              985              990
Val Gly Thr Ala Leu Ile Lys Lys Tyr Pro Lys Leu Glu Ser Glu Phe
                995              1000             1005
Val Tyr Gly Asp Tyr Lys Val Tyr Asp Val Arg Lys Met Ile Ala
                1010             1015             1020
Lys Ser Glu Gln Glu Ile Gly Lys Ala Thr Ala Lys Tyr Phe Phe
                1025             1030             1035
Tyr Ser Asn Ile Met Asn Phe Phe Lys Thr Glu Ile Thr Leu Ala
                1040             1045             1050
Asn Gly Glu Ile Arg Lys Arg Pro Leu Ile Glu Thr Asn Gly Glu
                1055             1060             1065
Thr Gly Glu Ile Val Trp Asp Lys Gly Arg Asp Phe Ala Thr Val
                1070             1075             1080
Arg Lys Val Leu Ser Met Pro Gln Val Asn Ile Val Lys Lys Thr
                1085             1090             1095
Glu Val Gln Thr Gly Gly Phe Ser Lys Glu Ser Ile Leu Pro Lys
                1100             1105             1110
Arg Asn Ser Asp Lys Leu Ile Ala Arg Lys Lys Asp Trp Asp Pro
                1115             1120             1125
Lys Lys Tyr Gly Gly Phe Asp Ser Pro Thr Val Ala Tyr Ser Val
                1130             1135             1140
Leu Val Val Ala Lys Val Glu Lys Gly Lys Ser Lys Lys Leu Lys
                1145             1150             1155
Ser Val Lys Glu Leu Leu Gly Ile Thr Ile Met Glu Arg Ser Ser
                1160             1165             1170
Phe Glu Lys Asn Pro Ile Asp Phe Leu Glu Ala Lys Gly Tyr Lys
                1175             1180             1185
Glu Val Lys Lys Asp Leu Ile Ile Lys Leu Pro Lys Tyr Ser Leu
                1190             1195             1200
```

**Synthego EX1001.098**

-continued

```
Phe Glu  Leu Glu Asn Gly Arg  Lys Arg Met Leu Ala  Ser Ala Gly
    1205             1210              1215

Glu Leu  Gln Lys Gly Asn Glu  Leu Ala Leu Pro Ser  Lys Tyr Val
    1220             1225              1230

Asn Phe  Leu Tyr Leu Ala Ser  His Tyr Glu Lys Leu  Lys Gly Ser
    1235             1240              1245

Pro Glu  Asp Asn Glu Gln Lys  Gln Leu Phe Val Glu  Gln His Lys
    1250             1255              1260

His Tyr  Leu Asp Glu Ile Ile  Glu Gln Ile Ser Glu  Phe Ser Lys
    1265             1270              1275

Arg Val  Ile Leu Ala Asp Ala  Asn Leu Asp Lys Val  Leu Ser Ala
    1280             1285              1290

Tyr Asn  Lys His Arg Asp Lys  Pro Ile Arg Glu Gln  Ala Glu Asn
    1295             1300              1305

Ile Ile  His Leu Phe Thr Leu  Thr Asn Leu Gly Ala  Pro Ala Ala
    1310             1315              1320

Phe Lys  Tyr Phe Asp Thr Thr  Ile Asp Arg Lys Arg  Tyr Thr Ser
    1325             1330              1335

Thr Lys  Glu Val Leu Asp Ala  Thr Leu Ile His Gln  Ser Ile Thr
    1340             1345              1350

Gly Leu  Tyr Glu Thr Arg Ile  Asp Leu Ser Gln Leu  Gly Gly Asp
    1355             1360              1365
```

```
<210> SEQ ID NO 2
<211> LENGTH: 7
<212> TYPE: PRT
<213> ORGANISM: Simian virus 40

<400> SEQUENCE: 2

Pro Lys Lys Lys Arg Lys Val
1               5
```

```
<210> SEQ ID NO 3
<211> LENGTH: 7
<212> TYPE: PRT
<213> ORGANISM: Simian virus 40

<400> SEQUENCE: 3

Pro Lys Lys Lys Arg Arg Val
1               5
```

```
<210> SEQ ID NO 4
<211> LENGTH: 16
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 4

Lys Arg Pro Ala Ala Thr Lys Lys Ala Gly Gln Ala Lys Lys Lys Lys
1               5                   10                  15
```

```
<210> SEQ ID NO 5
<211> LENGTH: 20
<212> TYPE: PRT
<213> ORGANISM: Human immunodeficiency virus
<220> FEATURE:
<221> NAME/KEY: misc_feature
<223> OTHER INFORMATION: tat protein

<400> SEQUENCE: 5
```

**Synthego EX1001.099**

```
Gly Arg Lys Lys Arg Arg Gln Arg Arg Pro Pro Gln Pro Lys Lys
1               5                   10                  15

Lys Arg Lys Val
            20


<210> SEQ ID NO 6
<211> LENGTH: 19
<212> TYPE: PRT
<213> ORGANISM: Hepatitis B virus
<220> FEATURE:
<221> NAME/KEY: misc_feature
<223> OTHER INFORMATION: middle S protein, partial

<400> SEQUENCE: 6

Pro Leu Ser Ser Ile Phe Ser Arg Ile Gly Asp Pro Pro Lys Lys
1               5                   10                  15

Arg Lys Val


<210> SEQ ID NO 7
<211> LENGTH: 24
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 7

Gly Ala Leu Phe Leu Gly Trp Leu Gly Ala Ala Gly Ser Thr Met Gly
1               5                   10                  15

Ala Pro Lys Lys Lys Arg Lys Val
            20


<210> SEQ ID NO 8
<211> LENGTH: 27
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 8

Gly Ala Leu Phe Leu Gly Phe Leu Gly Ala Ala Gly Ser Thr Met Gly
1               5                   10                  15

Ala Trp Ser Gln Pro Lys Lys Lys Arg Lys Val
            20                  25


<210> SEQ ID NO 9
<211> LENGTH: 21
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 9

Lys Glu Thr Trp Trp Glu Thr Trp Trp Thr Glu Trp Ser Gln Pro Lys
1               5                   10                  15

Lys Lys Arg Lys Val
            20


<210> SEQ ID NO 10
<211> LENGTH: 390
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
```

**Synthego EX1001.100**

<400> SEQUENCE: 10

agaatttaac tgtggtcaca tttgctttat cgactggctt catctcacag ctcatcttac      60

gcaagttcga tgagtatgcc agtcactttc aatttggttg aatgttcccg tgacatgcga     120

gttctgtcga ccatgtgccg cggattgaat tcctcaaggg tggtgataga tgctacggtg     180

gtgatgcgca tgcgctcagt cctcatctcc ctcaagcagg ccccgctggt gggtcggagt     240

ccctagtgaa gccaccaata tagtggtcgt gtcaagcaac tgtccacgct ccaccctcga     300

ggtcgtaaca taaacgtact aaggcacgag taaacaagat cgatagcaag aacatggtat     360

agactgacgg agagctcgcc attagtctga                                      390


<210> SEQ ID NO 11
<211> LENGTH: 390
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 11

agaatttaac tgtggtcaca tttgctttat cgactggctt catctcacag ctcatcttac      60

gcaagttcga tgagtatgcc agtcactttc aatttggttg aatgttcccg tgacatgcga     120

gttctgtcga ccatgtgccg cggattgaat tcctcaaggg tggtgataga tgctacggtg     180

gtgatgcgta tgcactcagt cctcaactcc ctcaagcagg cgaccctgg gggtcggagt      240

ccctagtgaa gccaccaata tagtggtcgt gtcaagcaac tgtccacgct ccaccctcga     300

ggtcgtaaca taaacgtact aaggcacgag taaacaagat cgatagcaag aacatggtat     360

agactgacgg agagctcgcc attagtctga                                      390


<210> SEQ ID NO 12
<211> LENGTH: 390
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 12

agaatttaac tgtggtcaca tttgctttat cgactggctt catctcacag ctcatcttac      60

gcaagttcga tgagtatgcc agtcactttc aatttggttg aatgttcccg tgacatgcga     120

gttctgtcga ccatgtgccg cggattgaat tcctcaaggg tggtgataga tgctacggtg     180

gtgatgcaat aaatttcagc cctcatttcc ctcaagcagg ggttacttta gggtcggagt     240

ccctagtgaa gccaccaata tagtggtcgt gtcaagcaac tgtccacgct ccaccctcga     300

ggtcgtaaca taaacgtact aaggcacgag taaacaagat cgatagcaag aacatggtat     360

agactgacgg agagctcgcc attagtctga                                      390


<210> SEQ ID NO 13
<211> LENGTH: 390
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 13

agaatttaac tgtggtcaca tttgctttat cgactggctt catctcacag ctcatcttac      60

gcaagttcga tgagtatgcc agtcactttc aatttggttg aatgttcccg tgacatgcga     120

gttctgtcga ccatgtgccg cggattgaat tcctcaaggg tggtgataga tgctacggtg     180

**Synthego EX1001.101**

```
gtgatgctct ccagcccact cctcatcccc ctcaagccgg tcccaggctg gggtcggagt      240

ccctagtgaa gccaccaata tagtggtcgt gtcaagcaac tgtccacgct ccaccctcga      300

ggtcgtaaca taaacgtact aaggcacgag taaacaagat cgatagcaag aacatggtat      360

agactgacgg agagctcgcc attagtctga                                       390


<210> SEQ ID NO 14
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 14

gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga       60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg      120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg      180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa      240

attcgcgtta aattttttgtt aaatcagctc atttttttaac caataggccg aaatcggcaa      300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagttttggaa      360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctcatca      420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg      480

taaagcacta aatcggaacc ctaaagggag cccccgattt agagcttgac ggggaaagcc      540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc      600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca      660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc      720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt      780

aacgccaggg tttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata      840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcgcaggcca aagatgtctc      900

ccgcatgcgc tcagtcctca tctccctcaa gcaggccctg ctggtgcact gaagagccac      960

cctgtgcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgt     1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca     1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa     1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag     1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc     1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct     1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg     1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc     1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga     1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct     1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg     1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag     1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat     1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac     1800
```

**Synthego EX1001.102**

-continued

```
aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac    1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc    1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt    1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tccttttgatc   2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg    2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca    2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca    2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag    2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg    2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc    2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                  2838


<210> SEQ ID NO 15
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 15

gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga     60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg    120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg    180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa    240

attgcgctta aatttttgtt aaatcagctc atttttttaac caatagcccg aaatcggcaa    300

aatccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca    420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg    480

taaagcacta aatcggaacc ctaaagggag ccccgattt agagcttgac ggggaaagcc    540

ggcgaacgtg gcgagaaagg aaggggaagaa agcgaaagga gcgggcgcta gggcgctggc    600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca    660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc    720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt    780

aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata    840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcgcaggca aagaggtctc     900

ctgtatgcac tcagtcctca actccctcaa gcaggcgacc cttggtgcac tgacaaaccg    960

ctcctgcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc   1020
```

Synthego EX1001.103

-continued

```
ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca    1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa    1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag    1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc    1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct    1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg    1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc    1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga    1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct    1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg    1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag    1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat    1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac    1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac    1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc    1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt    1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc    2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg    2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca    2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca    2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag    2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg    2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc    2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                   2838
```

<210> SEQ ID NO 16
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 16

```
gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga     60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg    120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg    180
```

Synthego EX1001.104

-continued

```
ttccgcgcac atttcccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa    240

attcgcgtta aatttttgtt aaatcagctc attttttaac caataggccg aaatcggcaa    300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca    420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg    480

taaagcacta aatcggaacc ctaaagggag cccccgattt agagcttgac ggggaaagcc    540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc    600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca    660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc    720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt    780

aacgccaggg tttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata    840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcaggagagg gagccatgct    900

catctccagc ccactcctca tcccctcaa gccggtccca ggctgagagg ctaaagcttg    960

tctttgcgcg tgatatgcag ctccagcttt tgttcccttt agtgaggtt aattgcgcgc    1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca    1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa    1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag    1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc    1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct    1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg    1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc    1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga    1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct    1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg    1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag    1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat    1740

cgtcttgagt ccaaccggt aagacacgac ttatcgccac tggcagcagc cactggtaac    1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac    1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc    1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca cgctggtag cggtggtttt    1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc    2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg    2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca    2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca    2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag    2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgggcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg    2580
```

Synthego EX1001.105

```
cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc    2640

gttgtgcaaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                  2838


<210> SEQ ID NO 17
<211> LENGTH: 2995
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 17

gccgggcaag agcaactcgg tcgccgcata cactattctc agaatgactt ggttgagtac      60

tcaccagtca cagaaaagca tcttacggat ggcatgacag taagagaatt atgcagtgct     120

gccataacca tgagtgataa cactgcggcc aacttacttc tgacaacgat cggaggaccg     180

aaggagctaa ccgcttttt gcacaacatg ggggatcatg taactcgcct tgatcgttgg     240

gaaccggagc tgaatgaagc cataccaaac gacgagcgtg acaccacgat gcctgtagca     300

atggcaacaa cgttgcgcaa actattaact ggcgaactac ttactctagc ttcccggcaa     360

caattaatag actggatgga ggcggataaa gttgcaggac cacttctgcg ctcggccctt     420

ccggctggct ggtttattgc tgataaatct ggagccggtg agcgtgggtc tcgcggtatc     480

attgcagcac tggggccaga tggtaagccc tcccgtatcg tagttatcta cacgacgggg     540

agtcaggcaa ctatggatga acgaaataga cagatcgctg agataggtgc ctcactgatt     600

aagcattggt aactgtcaga ccaagtttac tcatatatac tttagattga tttaaaactt     660

cattttaat ttaaaaggat ctaggtgaag atcctttttg ataatctcat gaccaaaatc      720

ccttaacgtg agttttcgtt ccactgagcg tcagacccg tagaaaagat caaaggatct     780

tcttgagatc ctttttttct gcgcgtaatc tgctgcttgc aaacaaaaaa accaccgcta     840

ccagcggtgg tttgtttgcc ggatcaagag ctaccaactc tttttccgaa ggtaactggc     900

ttcagcagag cgcagatacc aaatactgtt cttctagtgt agccgtagtt aggccaccac     960

ttcaagaact ctgtagcacc gccacatacc tcgctctgct aatcctgtta ccagtggctg    1020

cttgccagtg gcgataagtc gtgtcttacc gggttggact caagacgata gttaccggat    1080

aaggcgcagc ggtcgggctg aacggggggt tcgtgcacac agcccagctt ggagcgaacg    1140

acctacaccg aactgagata cctacagcgt gagctatgag aaagcgccac gcttcccgaa    1200

gggagaaagg cggacaggta tccggtaagc ggcagggtcg gaacaggaga gcgcacgagg    1260

gagcttccag ggggaaacgc ctggtatctt tatagtcctg tcgggtttcg ccacctctga    1320

cttgagcgtc gatttttgtg atgctcgtca gggggggcgga gcctatggaa aaacgccagc    1380

aacgcggcct ttttacggtt cctggccttt tgctggcctt ttgctcacat gttctttcct    1440

gcgttatccc ctgattctgt ggataaccgt attaccgcct ttgagtgagc tgataccgct    1500

cgccgcagcc gaacgaccga gcgcagcgag tcagtgagcg aggaagcgga agagcgccca    1560

atacgcaaac cgcctctccc cgcgcgttgg ccgattcatt aatgcagctg gcacgacagg    1620

tttcccgact ggaaagcggg cagtgagcgc aacgcaatta atgtgagtta gctcactcat    1680

taggcaccc aggctttaca ctttatgctt ccggctcgta tgttgtgtgg aattgtgagc    1740
```

Synthego EX1001.106

-continued

```
ggataacaat ttcacacagg aaacagctat gaccatgatt acgccaagcg cgcaattaac    1800

cctcactaaa gggaacaaaa gctgggtacc gggccccccc tcgacaccag ttgcattcga    1860

ttcctgtttg taattgtcca attcctgcag cccgggggat cggcagatgt agtgtttcca    1920

caggggatcc actagttcta gagcggccgc caccgcggtg gagctccaat tcgccctata    1980

gtgagtcgta ttacgcgcgc tcactggccg tcgttttaca acgtcgtgac tgggaaaacc    2040

ctggcgttac ccaacttaat cgccttgcag cacatccccc tttcgccagc tggcgtaata    2100

gcgaagaggc ccgcaccgat cgcccttccc aacagttgcg cagcctgaat ggcgaatgga    2160

aattgtaagc gttaatattt tgttaaaatt cgcgttaaat ttttgttaaa tcagctcatt    2220

ttttaaccaa taggccgaaa tcggcaaaat cccttataaa tcaaaagaat agaccgagat    2280

agggttgagt gttgttccag tttggaacaa gagtccacta ttaaagaacg tggactccaa    2340

cgtcaaaggg cgaaaaaccg tctatcaggg cgatggccca ctacgtgaac catcacccta    2400

atcaagtttt ttggggtcga ggtgccgtaa agcactaaat cggaacccta aagggagccc    2460

ccgatttaga gcttgacggg gaaagccggc gaacgtggcg agaaaggaag ggaagaaagc    2520

gaaaggagcg ggcgctaggg cgctggcaag tgtagcggtc acgctgcgcg taaccaccac    2580

acccgccgcg cttaatgcgc cgctacaggg cgcgtcaggt ggcactttc ggggaaatgt     2640

gcgcggaacc ctatttgtt tattttttcta aatacattca aatatgtatc cgctcatgag    2700

acaataaccc tgataaatgc ttcaataata ttgaaaaagg aagagtatga gtattcaaca    2760

tttccgtgtc gcccttattc ccttttttgc ggcattttgc cttcctgttt ttgctcaccc    2820

agaaacgctg gtgaaagtaa aagatgctga agatcagttg ggtgcacgag tgggttacat    2880

cgaactggat ctcaacagcg gtaagatcct tgagagtttt cgccccgaag aacgttttcc    2940

aatgatgagc acttttaaag ttctgctatg tggcgcggta ttatcccgta ttgac        2995
```

```
<210> SEQ ID NO 18
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 18

gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga      60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg     120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaataggggg    180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa     240

attcgcgtta aatttttgtt aaatcagctc atttttttaac caataggccg aaatcggcaa     300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa     360

caagagtcca ttattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca     420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg     480

taaagcacta aatcggaacc ctaaagggag ccccgattt agagcttgac ggggaaagcc     540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaaggc gcta gggcgctggc           600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca     660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc     720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt     780

aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata     840
```

```
cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcaagagctt cactgagtag      900

gattaagata ttgcagatgt agtgtttcca cagggtggct cttcagtgca ccagcggaac      960

ctgctgcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc     1020

ttgcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca     1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa     1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag     1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc     1260

gcttcctcgc tcactgactc gctgcgctcg tcgttcggc tgcggcgagc ggtatcagct     1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg     1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc     1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga     1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct     1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg     1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag     1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat     1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac     1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac     1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc     1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt     1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc     2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg     2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca     2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca     2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag     2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac     2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc     2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct     2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc     2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg     2580

cgagttacat gatccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc     2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat     2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag     2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat     2820

aataccgcgc cacatagc                                                     2838
```

```
<210> SEQ ID NO 19
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 19
```

Synthego EX1001.108

-continued

```
gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga      60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg     120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg     180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa     240

attcgcgtta aattttttgtt aaatcagctc attttttaac caatagccg aaatcggcaa     300

aatccctat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa     360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca     420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttgggt cgaggtgccg     480

taaagcacta aatcggaacc ctaaagggag cccccgattt agagcttgac ggggaaagcc     540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc     600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca     660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc     720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt     780

aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata     840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tctctgaata gagttgggaa     900

gagatgcata caacatatgt agtatttcca cagggaatac aatggacaaa tgacctcaag     960

agcaggcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggt aattgcgcgc    1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca    1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa    1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag    1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc    1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct    1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg    1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc    1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga    1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct    1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg    1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag    1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat    1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac    1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac    1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc    1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt    1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc    2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg    2100

agattatcaa aaaggatctt cacctagatc ctttttaaatt aaaaatgaag ttttaaatca    2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca    2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag    2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400
```

```
agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg    2580

cgagttacat gatccccat gttgtgcaaa aaagcggta gctccttcgg tcctccgatc       2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                  2838
```

```
<210> SEQ ID NO 20
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 20
```

```
gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga    60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg    120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg    180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa    240

attcgcgtta aatttttgtt aaatcagctc attttttaac caatagaccg aaatcggcaa    300

aatccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa     360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca    420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg    480

taaagcacta aatcggaacc ctaaagggag cccccgattt agagcttgac ggggaaagcc    540

ggcgaacgtg gcgagaaagg aaggaagaa agcgaaagga gcgggcgcta gggcgctggc     600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgc gcgcttaatg cgccgctaca     660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc    720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt    780

aacgccaggg tttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata  840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcgggcagct gcaggaataa    900

gagggatgtg aatggtaatg atggcttcaa catggcgctt gctcttcatt ccctgggtgt    960

agtctgcgcg tgtatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc  1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca    1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa    1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag    1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc    1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct    1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg    1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc    1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga    1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct    1560
```

**Synthego EX1001.110**

```
cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg    1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag    1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat    1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac    1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac    1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc    1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt    1980

tttgtttgca agcagcagat tacggcgaga aaaaaaggat ctcaagaaga tcctttgatc    2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg    2100

agattatcaa aaaggatctt cacctagtc cttttaaatt aaaatgaag ttttaaatca     2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca    2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag    2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac ctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg     2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc    2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                 2838
```

<210> SEQ ID NO 21
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 21

```
gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga      60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg     120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg     180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa     240

attcgcgtta aatttttgtt aaatcagctc attttttaac caataggccg aaatcggcaa     300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa     360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca     420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg     480

taaagcacta aatcggaacc ctaaagggag ccccgattt agagcttgac ggggaaagcc      540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc     600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca     660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc     720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt     780
```

Synthego EX1001.111

```
aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata    840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcctccttac tgcagccgaa    900

gtccggcctc aggatgttgt cgatgaaaaa gttggtggtg cggtgcagct gggccgctgg    960

ctgcggcgcg tgtatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc    1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca    1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa    1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag    1200

ctgcattaa gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc    1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcgc tgcggcgagc ggtatcagct    1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg    1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc    1440

cataggctcc gccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga    1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct    1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg    1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag    1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat    1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac    1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac    1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc    1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt    1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc    2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg    2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca    2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca    2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag    2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg    2580

cgagttacat gatccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc    2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                 2838
```

<210> SEQ ID NO 22
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

Synthego EX1001.112

-continued

```
<400> SEQUENCE: 22

gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga      60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg     120

gttattgtct catgagcgga tacatatttg aatgtatttta gaaaaataaa caaataggggg   180

ttccgcgcac atttcccga aagtgccac ctaaattgta agcgttaata tttttgttaaa      240

attgcgcgtta aatttttgtt aaatcagctc attttttaac caataggccg aaatcggcaa    300

aatcccttat aaatcaaaag aatagaccga gataggggttg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca     420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttgtgggt cgaggtgccg    480

taaagcacta aatccggaacc ctaaagggag cccccgattt agagcttgac ggggaaagcc    540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc     600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc cgcgcttaatg cgcgctaca     660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg ggaggcgat cggtgcgggc     720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt    780

aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata    840

cgactcacta taggggcgaat tgggtacgat cgatgcggcc tcgtcctttc gccggccgaa   900

ctcgggccgc aggatgttgt cgatgaagaa gttggtgatg cggtgcgggt gctggtggtt   960

gccgggcgcg tgtatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc  1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca  1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa  1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag  1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc   1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct   1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg   1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc    1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga   1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct   1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg   1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag   1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat   1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac   1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac   1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc   1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt   1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc   2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg   2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca   2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca   2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag   2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac   2340
```

Synthego EX1001.113

```
ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg    2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc    2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                  2838
```

```
<210> SEQ ID NO 23
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 23

gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga      60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg     120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaataggggg     180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa     240

attcgcgtta aatttttgtt aaatcagctc attttttaac caataggccg aaatcggcaa     300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa     360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca     420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt tttttggggt cgaggtgccg     480

taaagcacta aatcggaacc ctaaagggag ccccccgattt agagcttgac ggggaaagcc     540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc     600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca     660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc     720

ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt     780

aacgccaggg ttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata     840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcggaacatt ggtaattaaa     900

cttaacgcct cagatttaga cgaaggattg aatggggaca ttgtttattc attctcgaat     960

gatacgcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggt aattgcgcgc    1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca    1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa    1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag    1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc    1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct    1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg    1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc    1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga    1500
```

**Synthego EX1001.114**

```
aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct    1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg    1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag    1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat    1740

cgtcttgagt ccaaccggt aagacacgac ttatcgccac tggcagcagc cactggtaac    1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac    1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc    1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca ccgctggtag cggtggtttt    1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tccttttgatc   2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg    2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca    2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca    2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag    2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac    2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc    2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct    2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc    2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg    2580

cgagttacat gatcccccat gttgtgcaaa aaagcggtta agctccttcg gtcctccgatc   2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat    2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag    2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat    2820

aataccgcgc cacatagc                                                  2838


<210> SEQ ID NO 24
<211> LENGTH: 2838
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 24

gcgtttctgg gtgagcaaaa acaggaaggc aaaatgccgc aaaaaaggga ataagggcga     60

cacggaaatg ttgaatactc atactcttcc tttttcaata ttattgaagc atttatcagg    120

gttattgtct catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg    180

ttccgcgcac atttccccga aaagtgccac ctaaattgta agcgttaata ttttgttaaa    240

attgcgcgtta aatttttgtt aaatcagctc attttttaac caataggccg aaatcggcaa    300

aatcccttat aaatcaaaag aatagaccga gatagggttg agtgttgttc cagtttggaa    360

caagagtcca ctattaaaga acgtggactc caacgtcaaa gggcgaaaaa ccgtctatca    420

gggcgatggc ccactacgtg aaccatcacc ctaatcaagt ttttggggt cgaggtgccg    480

taaagcacta aatcggaacc ctaaagggag ccccgatttt agagcttgac ggggaaagcc    540

ggcgaacgtg gcgagaaagg aagggaagaa agcgaaagga gcgggcgcta gggcgctggc    600

aagtgtagcg gtcacgctgc gcgtaaccac cacacccgcc gcgcttaatg cgccgctaca    660

gggcgcgtcc cattcgccat tcaggctgcg caactgttgg gaagggcgat cggtgcgggc    720
```

Synthego EX1001.115

-continued

```
ctcttcgcta ttacgccagc tggcgaaagg gggatgtgct gcaaggcgat taagttgggt      780

aacgccaggg tttttcccagt cacgacgttg taaaacgacg gccagtgagc gcgcgtaata      840

cgactcacta tagggcgaat tgggtacgat cgatgcggcc tcggaacgct ggtgattcat      900

cccaatgcct cagatttaga cgaaggcttg aatggggata ttatttacct cttctccagt      960

gatgtgcgcg tgatatgcag ctccagcttt tgttcccttt agtgagggtt aattgcgcgc     1020

ttggcgtaat catggtcata gctgtttcct gtgtgaaatt gttatccgct cacaattcca     1080

cacaacatac gagccggaag cataaagtgt aaagcctggg gtgcctaatg agtgagctaa     1140

ctcacattaa ttgcgttgcg ctcactgccc gctttccagt cgggaaacct gtcgtgccag     1200

ctgcattaat gaatcggcca acgcgcgggg agaggcggtt tgcgtattgg gcgctcttcc     1260

gcttcctcgc tcactgactc gctgcgctcg gtcgttcggc tgcggcgagc ggtatcagct     1320

cactcaaagg cggtaatacg gttatccaca gaatcagggg ataacgcagg aaagaacatg     1380

tgagcaaaag gccagcaaaa ggccaggaac cgtaaaaagg ccgcgttgct ggcgtttttc     1440

cataggctcc gcccccctga cgagcatcac aaaaatcgac gctcaagtca gaggtggcga     1500

aacccgacag gactataaag ataccaggcg tttccccctg gaagctccct cgtgcgctct     1560

cctgttccga ccctgccgct taccggatac ctgtccgcct ttctcccttc gggaagcgtg     1620

gcgctttctc atagctcacg ctgtaggtat ctcagttcgg tgtaggtcgt tcgctccaag     1680

ctgggctgtg tgcacgaacc ccccgttcag cccgaccgct gcgccttatc cggtaactat     1740

cgtcttgagt ccaacccggt aagacacgac ttatcgccac tggcagcagc cactggtaac     1800

aggattagca gagcgaggta tgtaggcggt gctacagagt tcttgaagtg gtggcctaac     1860

tacggctaca ctagaaggac agtatttggt atctgcgctc tgctgaagcc agttaccttc     1920

ggaaaaagag ttggtagctc ttgatccggc aaacaaacca cgctggtag cggtggtttt     1980

tttgtttgca agcagcagat tacgcgcaga aaaaaaggat ctcaagaaga tcctttgatc     2040

ttttctacgg ggtctgacgc tcagtggaac gaaaactcac gttaagggat tttggtcatg     2100

agattatcaa aaaggatctt cacctagatc cttttaaatt aaaaatgaag ttttaaatca     2160

atctaaagta tatatgagta aacttggtct gacagttacc aatgcttaat cagtgaggca     2220

cctatctcag cgatctgtct atttcgttca tccatagttg cctgactccc cgtcgtgtag     2280

ataactacga tacgggaggg cttaccatct ggccccagtg ctgcaatgat accgcgagac     2340

ccacgctcac cggctccaga tttatcagca ataaaccagc cagccggaag ggccgagcgc     2400

agaagtggtc ctgcaacttt atccgcctcc atccagtcta ttaattgttg ccgggaagct     2460

agagtaagta gttcgccagt taatagtttg cgcaacgttg ttgccattgc tacaggcatc     2520

gtggtgtcac gctcgtcgtt tggtatggct tcattcagct ccggttccca acgatcaagg     2580

cgagttacat gatccccat gttgtgcaaa aaagcggtta gctccttcgg tcctccgatc     2640

gttgtcagaa gtaagttggc cgcagtgtta tcactcatgg ttatggcagc actgcataat     2700

tctcttactg tcatgccatc cgtaagatgc ttttctgtga ctggtgagta ctcaaccaag     2760

tcattctgag aatagtgtat gcggcgaccg agttgctctt gcccggcgtc aatacgggat     2820

aataccgcgc cacatagc                                                   2838
```

<210> SEQ ID NO 25
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:

**Synthego EX1001.116**

```
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 25

aguccucauc ucccucaagc guuuaagagc uaugcuguuu ugaauggucc caaaac          56


<210> SEQ ID NO 26
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 26

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa      60

aguggcaccg agucggugcu uuuuuu                                          86


<210> SEQ ID NO 27
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 27

ugguaaugau ggcuucaaca guuuuagagc uaugcuguuu ugaauggucc caaaac          56


<210> SEQ ID NO 28
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 28

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa      60

aguggcaccg agucggugcu uuuuuu                                          86


<210> SEQ ID NO 29
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 29

aguccucauc ucccucaagc guuuaagagc uaugcuguuu ugaauggucc caaaac          56


<210> SEQ ID NO 30
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (57)..(57)
<223> OTHER INFORMATION: u is 5-(3-Aminoallyl)-uridine-5'-triphosphate,
      labeled with Cyanine5

<400> SEQUENCE: 30

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa      60

aguggcaccg agucggugcu uuuuuu                                          86


<210> SEQ ID NO 31
```

Synthego EX1001.117

```
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-methyl
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-methyl
<222> LOCATION: (53)..(55)

<400> SEQUENCE: 31

ugguaaugau ggcuucaaca guuuagagc uaugcuguuu ugaauggucc caaaac            56


<210> SEQ ID NO 32
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
<222> LOCATION: (83)..(85)

<400> SEQUENCE: 32

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa       60

aguggcaccg agucggugcu uuuuu                                            86


<210> SEQ ID NO 33
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
<222> LOCATION: (53)..(55)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (53)..(56)

<400> SEQUENCE: 33

ugguaaugau ggcuucaaca guuuagagc uaugcuguuu ugaauggucc caaaac            56


<210> SEQ ID NO 34
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (83)..(85)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (83)..(86)
```

**Synthego EX1001.118**

```
<400> SEQUENCE: 34

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa        60

aguggcaccg agucggugcu uuuuuu                                             86


<210> SEQ ID NO 35
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (53)..(55)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (53)..(56)

<400> SEQUENCE: 35

ugguaaugau ggcuucaaca guuuuagagc uaugcuguuu ugaauggucc caaaac          56


<210> SEQ ID NO 36
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (83)..(85)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (83)..(86)

<400> SEQUENCE: 36

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa        60

aguggcaccg agucggugcu uuuuuu                                             86


<210> SEQ ID NO 37
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (55)..(55)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (55)..(56)

<400> SEQUENCE: 37
```

Synthego EX1001.119

```
ugguaaugau ggcuucaaca guuuuagagc uaugcuguuu ugaauggucc caaaac          56


<210> SEQ ID NO 38
<211> LENGTH: 86
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (85)..(85)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (85)..(86)

<400> SEQUENCE: 38

ggaaccauuc aaaacagcau agcaaguuua aauaaggcua guccguuauc aacuuguaaa          60

aguggcaccg agucggugcu uuuuuu          86


<210> SEQ ID NO 39
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2-thiouridine nucleotide
<222> LOCATION: (3)..(3)

<400> SEQUENCE: 39

aguccucauc ucccucaagc guuuuagagc uaugcuguuu ugaauggucc caaaac          56


<210> SEQ ID NO 40
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2-thiouridine nucleotide
<222> LOCATION: (9)..(9)

<400> SEQUENCE: 40

aguccucauc ucccucaagc guuuuagagc uaugcuguuu ugaauggucc caaaac          56


<210> SEQ ID NO 41
<211> LENGTH: 56
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2-thiouridine nucleotide
<222> LOCATION: (11)..(11)

<400> SEQUENCE: 41

aguccucauc ucccucaagc guuuuagagc uaugcuguuu ugaauggucc caaaac          56


<210> SEQ ID NO 42
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
```

**Synthego EX1001.120**

<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 42

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu              113


<210> SEQ ID NO 43
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 43

aguccucauc ucccucaagc guuuuagagc uaguaauagc aaguuaaaau aaggcuaguc        60

cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu                             100


<210> SEQ ID NO 44
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 44

gcagauguag uguuuccaca guuuagagc uaugcuggaa acagcauagc aaguuuaaau         60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu              113


<210> SEQ ID NO 45
<211> LENGTH: 111
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 45

uccucaucuc ccucaagcgu uuaagagcua ugcugguaac agcauagcaa guuuaaauaa        60

ggcuaguccg uuaucaacuu gaaaagugg caccgagucg gugcuuuuu u                   111


<210> SEQ ID NO 46
<211> LENGTH: 110
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 46

ccucaucucc cucaagcguu uaagagcuau gcugguaaca gcauagcaag uuuaaauaag        60

gcuaguccgu uaucaacuug aaaaaguggc accgagucgg ugcuuuuuu                    110


<210> SEQ ID NO 47
<211> LENGTH: 114
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 47

gaguccucau cucccucaag cguuuaagag cuaugcuggu aacagcauag caaguuuaaa        60

uaaggcuagu ccguuaucaa cuugaaaaag uggcaccgag ucggugcuuu uuuu              114


**Synthego EX1001.121**

```
<210> SEQ ID NO 48
<211> LENGTH: 115
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 48

ggaguccuca ucucccucaa gcguuuaaga gcuaugcugg uaacagcaua gcaaguuuaa      60

auaaggcuag uccguuauca acuugaaaaa guggcaccga gucggugcuu uuuu           115


<210> SEQ ID NO 49
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 49

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aauucuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 50
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 50

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaaacuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 51
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 51

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaaacuaguu uguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 52
<211> LENGTH: 111
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 52

ggacuuuuuu uaguccucau cucccucaag cguuuuagag cuagaaauag caaguuaaaa      60

uaaggcuagu ccguuaucaa cuugaaaaag uggcaccgag ucggugcuuu u              111


<210> SEQ ID NO 53
<211> LENGTH: 116
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 53
```

**Synthego EX1001.122**

```
gaugaggacu uuuuuuaguc cucaucuccc ucaagcguuu uagagcuaga aauagcaagu      60

uaaaauaagg cuaguccguu aucaacuuga aaaaguggca ccgagucggu gcuuuu         116


<210> SEQ ID NO 54
<211> LENGTH: 111
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct


<400> SEQUENCE: 54

gcuuguuuuu uaguccucau cucccucaag cguuuuagag cuagaaauag caaguuaaaa      60

uaaggcuagu ccguuaucaa cuugaaaaag uggcaccgag ucggugcuuu u             111


<210> SEQ ID NO 55
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: a is 5'-dimethoxytrityl-adenosine
<222> LOCATION: (1)..(1)


<400> SEQUENCE: 55

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuu uuu            113


<210> SEQ ID NO 56
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct


<400> SEQUENCE: 56

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 57
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (39)..(39)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other


<400> SEQUENCE: 57

aguccucauc ucccucaagc guuuaagagc uaugcuggna acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 58
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
```

**Synthego EX1001.123**

```
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (39)..(39)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl
<222> LOCATION: (110)..(112)

<400> SEQUENCE: 58

aguccucauc ucccucaagc guuuaagagc uaugcuggna acagcauagc aaguuuaaau       60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 59
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (39)..(39)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (110)..(113)

<400> SEQUENCE: 59

aguccucauc ucccucaagc guuuaagagc uaugcuggna acagcauagc aaguuuaaau       60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 60
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (39)..(39)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (109)..(111)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (109)..(112)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
```

**Synthego EX1001.124**

-continued

```
<222> LOCATION: (110)..(112)

<400> SEQUENCE: 60

aguccucauc ucccucaagc guuuaagagc uaugcuggna acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu              113


<210> SEQ ID NO 61
<211> LENGTH: 102
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (2)..(2)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (68)..(68)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (68)..(68)
<223> OTHER INFORMATION: n is a, c, g, or u
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (100)..(100)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (100)..(100)
<223> OTHER INFORMATION: n is a, c, g, or u
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (101)..(101)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (101)..(102)

<400> SEQUENCE: 61

ungcagaugu aguguuucca caguuuaaga gcuaguaaua gcaaguuuaa auaaggcuag       60

uccguuanca acuugaaaaa guggcaccga gucggugcun uu                        102


<210> SEQ ID NO 62
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (34)..(34)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (34)..(34)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (74)..(74)
<220> FEATURE:
```

**Synthego EX1001.125**

-continued

```
<221> NAME/KEY: misc_feature
<222> LOCATION: (74)..(74)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: fluorophore
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (90)..(90)
<223> OTHER INFORMATION: n is a, c, g, or u, unknown or other
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (99)..(99)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (99)..(100)

<400> SEQUENCE: 62

gcagauguag uguuccaca guuuaagagc uagnaauagc aaguuuaaau aaggcuaguc      60

cguuaucaac uugnaaaagu ggcaccgagn cggugcuuuu                         100


<210> SEQ ID NO 63
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(3)

<400> SEQUENCE: 63

aguccucauc uccccucaagc guuuaagagc uaugcuggaa acagcuaugc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 64
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)

<400> SEQUENCE: 64

aguccucauc uccccucaagc guuuaagagc uaugcuggaa acagcuaugc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 65
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(5)

<400> SEQUENCE: 65

aguccucauc uccccucaagc guuuaagagc uaugcuggaa acagcuaugc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 66
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
```

**Synthego EX1001.126**

<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (109)..(113)

<400> SEQUENCE: 66

aguccucauc ucccucaagc guuuaagagc uaugcuggaa acagcauagc aaguuuaaau    60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 67
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (20)..(20)

<400> SEQUENCE: 67

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau    60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 68
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (19)..(19)

<400> SEQUENCE: 68

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau    60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 69
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (18)..(18)

<400> SEQUENCE: 69

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau    60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 70
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(17)

<400> SEQUENCE: 70

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau    60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113

Synthego EX1001.127

```
<210> SEQ ID NO 71
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(18)

<400> SEQUENCE: 71

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 72
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)

<400> SEQUENCE: 72

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 73
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)

<400> SEQUENCE: 73

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 74
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(20)

<400> SEQUENCE: 74

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 75
<211> LENGTH: 113
<212> TYPE: RNA
```

Synthego EX1001.128

-continued

```
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(26)

<400> SEQUENCE: 75

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 76
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(37)

<400> SEQUENCE: 76

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 77
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(7)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (9)..(11)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (13)..(14)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (20)..(20)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (30)..(31)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (33)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (35)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (42)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (45)..(45)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (76)..(77)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (80)..(82)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (95)..(96)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (100)..(101)
```

Synthego EX1001.129

```
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (104)..(104)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (106)..(112)

<400> SEQUENCE: 77

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu              113


<210> SEQ ID NO 78
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(7)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (9)..(11)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(17)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (27)..(28)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (30)..(30)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (32)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (36)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (42)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (44)..(44)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (47)..(47)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (57)..(57)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (62)..(63)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (67)..(68)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (73)..(74)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (77)..(78)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (87)..(87)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (92)..(93)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
```

Synthego EX1001.130

```
<222> LOCATION: (97)..(98)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (101)..(101)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (103)..(109)

<400> SEQUENCE: 78

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 79
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(7)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (9)..(11)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(17)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (27)..(28)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (30)..(30)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (32)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (36)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (42)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (44)..(44)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (47)..(47)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (57)..(57)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (62)..(63)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (67)..(68)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (73)..(74)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (77)..(78)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (87)..(87)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (92)..(93)
<220> FEATURE:
```

**Synthego EX1001.131**

-continued

```
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (97)..(98)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (101)..(101)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (103)..(109)

<400> SEQUENCE: 79

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 80
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (8)..(8)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(18)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (21)..(21)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (26)..(26)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (28)..(29)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (32)..(32)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (34)..(34)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (37)..(38)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (40)..(41)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (43)..(44)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (46)..(46)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (48)..(49)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (51)..(52)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (58)..(58)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (61)..(64)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (67)..(67)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (78)..(79)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (83)..(89)
```

**Synthego EX1001.132**

-continued

```
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (91)..(92)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (94)..(94)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (97)..(99)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (102)..(103)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (105)..(105)

<400> SEQUENCE: 80

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu              113


<210> SEQ ID NO 81
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (8)..(8)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(18)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (21)..(21)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (26)..(26)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (28)..(29)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (32)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (35)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (38)..(39)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (41)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (46)..(46)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (48)..(48)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (51)..(54)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (57)..(57)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (68)..(69)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (73)..(79)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
```

**Synthego EX1001.133**

```
<222> LOCATION: (81)..(82)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (84)..(84)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (87)..(89)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (92)..(93)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (95)..(95)

<400> SEQUENCE: 81

aguccucauc ucccucaagc guuuuagagc uaguaauagc aaguuaaaau aaggcuaguc        60

cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu                            100


<210> SEQ ID NO 82
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)

<400> SEQUENCE: 82

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 83
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (6)..(6)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (8)..(8)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (11)..(11)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (13)..(17)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (30)..(31)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (33)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (35)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (42)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
```

**Synthego EX1001.134**

```
<222> LOCATION: (45)..(45)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (47)..(47)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (50)..(50)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (56)..(56)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (60)..(60)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (65)..(66)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (69)..(71)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (76)..(77)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (80)..(82)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (93)..(93)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (95)..(96)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (100)..(101)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (104)..(104)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (106)..(112)

<400> SEQUENCE: 83

gcagauguag uguuuccaca guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 84
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(5)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (26)..(29)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (32)..(33)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (35)..(36)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (38)..(39)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (41)..(42)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (46)..(46)
<220> FEATURE:
```

**Synthego EX1001.135**

```
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (48)..(49)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (52)..(54)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (57)..(57)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (68)..(69)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (73)..(79)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (81)..(82)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (84)..(84)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (87)..(89)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (92)..(93)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (95)..(95)

<400> SEQUENCE: 84

gcagauguag uguuuccaca guuuuagagc uaguaauagc aaguuaaaau aaggcuaguc        60

cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu                            100


<210> SEQ ID NO 85
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (6)..(6)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (8)..(8)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (11)..(11)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (13)..(17)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (25)..(25)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (30)..(31)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (34)..(34)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (37)..(37)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (40)..(40)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (50)..(50)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (55)..(56)
```

**Synthego EX1001.136**

```
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (59)..(61)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (66)..(67)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (70)..(72)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (80)..(80)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (83)..(83)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (85)..(86)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (90)..(91)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (94)..(94)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (96)..(99)

<400> SEQUENCE: 85

gcagauguag uguuccaca guuuagagc uaguaauagc aaguuaaaau aaggcuaguc      60

cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu                         100


<210> SEQ ID NO 86
<211> LENGTH: 113
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-deoxy-nucleotide
<222> LOCATION: (1)..(20)

<400> SEQUENCE: 86

agtcctcatc tccctcaagc guuuagagac uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 87
<211> LENGTH: 113
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-deoxy-nucleotide
<222> LOCATION: (1)..(26)

<400> SEQUENCE: 87

agtcctcatc tccctcaagc gtttaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 88
<211> LENGTH: 113
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-deoxy-nucleotide
<222> LOCATION: (1)..(37)
```

**Synthego EX1001.137**

<400> SEQUENCE: 88

agtcctcatc tccctcaagc gtttaagagc tatgctggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 89
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-deoxy-nucleotide
<222> LOCATION: (15)..(15)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (15)..(16)

<400> SEQUENCE: 89

gcagauguag uguuuccaca guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 90
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)

<400> SEQUENCE: 90

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 91
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(3)

<400> SEQUENCE: 91

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 92
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)

**Synthego EX1001.138**

```
<400> SEQUENCE: 92

aguccucauc uccccuaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 93
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(5)

<400> SEQUENCE: 93

aguccucauc uccccuaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 94
<211> LENGTH: 115
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(5)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(6)

<400> SEQUENCE: 94

ggaguccuca ucucccucaa gcguuuaaga gcuaugcugg uaacagcaua gcaaguuuaa      60

auaaggcuag uccguuauca acuugaaaaa guggcaccga gucggugcuu uuuuu          115


<210> SEQ ID NO 95
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (109)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (109)..(113)

<400> SEQUENCE: 95

aguccucauc ucccuaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau       60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 96
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (108)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
```

**Synthego EX1001.139**

<222> LOCATION: (108)..(113)

<400> SEQUENCE: 96

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cgguugcuuu uuu           113


<210> SEQ ID NO 97
<211> LENGTH: 114
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 5'-overhang (5' to the 20-nt guide sequence)
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)

<400> SEQUENCE: 97

caguccucau cucccucaag cguuuaagag cuaugcuggu aacagcauag caaguuuaaa      60

uaaggcuagu ccguuaucaa cuugaaaaag uggcaccgag ucgguugcuu uuuu           114


<210> SEQ ID NO 98
<211> LENGTH: 114
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 5'-overhang (5' to the 20-nt guide sequence)
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)

<400> SEQUENCE: 98

gaguccucau cucccucaag cguuuaagag cuaugcuggu aacagcauag caaguuuaaa      60

uaaggcuagu ccguuaucaa cuugaaaaag uggcaccgag ucgguugcuu uuuu           114


<210> SEQ ID NO 99
<211> LENGTH: 115
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 5'-overhang (5' to the 20-nt guide sequence)
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(5)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(6)

<400> SEQUENCE: 99

ucaguccuca ucucccucaa gcguuuaaga gcuaugcugg uaacagcaua gcaaguuuaa      60

auaaggcuag uccguuauca acuugaaaaa guggcaccga gucgguugcu uuuuu           115


<210> SEQ ID NO 100

Synthego EX1001.140

```
<211> LENGTH: 115
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 5'-overhang (5' to the 20-nt guide sequence)
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(5)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(6)

<400> SEQUENCE: 100

agaguccuca ucucccucaa gcguuuaaga gcuaugcugg uaacagcaua gcaaguuuaa        60

auaaggcuag uccguuauca acuugaaaaa guggcaccga gucggugcuu uuuuu           115


<210> SEQ ID NO 101
<211> LENGTH: 116
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 5'-overhang (5' to the 20-nt guide sequence)
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(7)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(8)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (112)..(115)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (112)..(116)

<400> SEQUENCE: 101

cucaguccuc aucucccuca agcguuuaag agcuaugcug guaacagcau agcaaguuua        60

aauaaggcua guccguuauc aacuugaaaa aguggcaccg agucggugcu uuuuuu           116


<210> SEQ ID NO 102
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (20)..(20)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (20)..(21)

<400> SEQUENCE: 102

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu              113


<210> SEQ ID NO 103
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
```

**Synthego EX1001.141**

```
<222> LOCATION: (19)..(20)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (19)..(20)

<400> SEQUENCE: 103

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 104
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (18)..(18)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (18)..(19)

<400> SEQUENCE: 104

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 105
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(17)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (17)..(18)

<400> SEQUENCE: 105

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 106
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (17)..(18)
<220> FEATURE:
<221> NAME/KEY: phosphonoacetate internucleotide linkage
<222> LOCATION: (17)..(19)

<400> SEQUENCE: 106

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 107
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
```

Synthego EX1001.142

```
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (110)..(113)

<400> SEQUENCE: 107

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 108
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (108)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (108)..(113)

<400> SEQUENCE: 108

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 109
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(5)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (1)..(6)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (108)..(112)
<220> FEATURE:
<221> NAME/KEY: phosphorothioate internucleotide linkage
<222> LOCATION: (108)..(113)

<400> SEQUENCE: 109

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 110
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
```

**Synthego EX1001.143**

```
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (110)..(113)

<400> SEQUENCE: 110

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 111
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (112)..(112)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (112)..(113)

<400> SEQUENCE: 111

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 112
<211> LENGTH: 75
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (72)..(74)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (72)..(75)

<400> SEQUENCE: 112

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuu                                                      75


<210> SEQ ID NO 113
<211> LENGTH: 77
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
```

**Synthego EX1001.144**

```
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (76)..(76)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (76)..(77)

<400> SEQUENCE: 113

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuauc                                                    77


<210> SEQ ID NO 114
<211> LENGTH: 78
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (77)..(77)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (77)..(78)

<400> SEQUENCE: 114

gaguccucau cucccucaag cguuuaagag cuaugcuggu aacagcauag caaguuuaaa      60

uaaggcuagu ccguuauc                                                   78


<210> SEQ ID NO 115
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(3)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(4)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (110)..(112)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (110)..(113)

<400> SEQUENCE: 115

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu            113


<210> SEQ ID NO 116
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
```

**Synthego EX1001.145**

-continued

```
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (112)..(112)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (112)..(113)

<400> SEQUENCE: 116

gcagauguag uguuuccaca guuuaagagc uaugcuggaa acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 117
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 117

gauguugucg augaaaaagu guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 118
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2-aminoadenosine
<222> LOCATION: (15)..(15)

<400> SEQUENCE: 118

gauguugucg augaaaaagu guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 119
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 119

gauuuagacg aaggauugaa guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 120
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2-aminoadenosine
<222> LOCATION: (15)..(15)

<400> SEQUENCE: 120

gauuuagacg aaggauugaa guuuaagagc uaugcuggua acagcauagc aaguuuaaau        60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 121
```

Synthego EX1001.146

```
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (6)..(6)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (8)..(8)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (11)..(11)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (13)..(15)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (31)..(31)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (33)..(33)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (36)..(36)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (39)..(39)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (47)..(47)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (81)..(82)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (90)..(90)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (104)..(104)
<220> FEATURE:
<221> NAME/KEY: 5-methylUridine
<222> LOCATION: (107)..(112)

<400> SEQUENCE: 121

gcagauguag uguuuccaca guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 122
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: Z base
<222> LOCATION: (70)..(71)
<223> OTHER INFORMATION: Z base
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (70)..(71)
<223> OTHER INFORMATION: n is a, c, g, or u, or unknown or other

<400> SEQUENCE: 122

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuagun nguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 123
<211> LENGTH: 100
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
```

**Synthego EX1001.147**

```
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl-nucleotide
<222> LOCATION: (54)..(54)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl-nucleotide
<222> LOCATION: (57)..(57)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (99)..(99)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (99)..(100)

<400> SEQUENCE: 123

aguccucauc ucccucaagc guuuaagagc uaguaauagc aaguuuaaau aagguuaauc      60

cguuaucaac aagaaauugu ggcaccgagu cggugcuuuu                          100


<210> SEQ ID NO 124
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl-nucleotide
<222> LOCATION: (64)..(64)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl-nucleotide
<222> LOCATION: (67)..(67)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (112)..(112)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (112)..(113)

<400> SEQUENCE: 124

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aagguuaauc cguuaucaac aagaaauugu ggcaccgagu cggugcuuuu uuu           113


<210> SEQ ID NO 125
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: Z base
<222> LOCATION: (95)..(96)
<223> OTHER INFORMATION: Z base
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (95)..(96)
<223> OTHER INFORMATION: n is a, c, g, or u, or unknown or other

<400> SEQUENCE: 125

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau      60

aaggcuaguc cguuaucaac uugaaaaagu ggcanngagu cggugcuuuu uuu           113
```

**Synthego EX1001.148**

```
<210> SEQ ID NO 126
<211> LENGTH: 74
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (73)..(73)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (73)..(74)

<400> SEQUENCE: 126

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagccaugc aaguuuaaau    60

aaggcuaguc cguu                                                      74


<210> SEQ ID NO 127
<211> LENGTH: 75
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (1)..(1)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (1)..(2)
<220> FEATURE:
<221> NAME/KEY: 2'-O-Methyl nucleotide
<222> LOCATION: (74)..(74)
<220> FEATURE:
<221> NAME/KEY: thiophosphonoacetate internucleotide linkage
<222> LOCATION: (74)..(75)

<400> SEQUENCE: 127

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagccaugc aaguuuaaau    60

aaggcuaguc cguua                                                     75


<210> SEQ ID NO 128
<211> LENGTH: 50
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 128

ttatatgaac ataactcaat ttgtaaaaaa gggtattggg gaattcatta              50


<210> SEQ ID NO 129
<211> LENGTH: 50
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 129

aatatacttg tattgagtta aacatttttt cccataaccc cttaagtaat              50


<210> SEQ ID NO 130
```

**Synthego EX1001.149**

```
<211> LENGTH: 98
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 130

auaacucaau uuguaaaaaa guuuuagagc uauagcaagu uaaaauaagg uaguccguua       60

ucaacuugaa aaaguggcac cgagucggug cuuuuuuu                               98


<210> SEQ ID NO 131
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-deoxy-nucleotide
<222> LOCATION: (1)..(20)

<400> SEQUENCE: 131

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau       60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 132
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (95)..(96)
<223> OTHER INFORMATION: Z base
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (95)..(96)
<223> OTHER INFORMATION: n is a, c, g, or u, or unknown or other

<400> SEQUENCE: 132

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau       60

aaggcuaguc cguuaucaac uugaaaaagu ggcanngagu cggugcuuuu uuu             113


<210> SEQ ID NO 133
<211> LENGTH: 113
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: 2'-deoxy-nucleotide
<222> LOCATION: (1)..(37)

<400> SEQUENCE: 133

aguccucauc ucccucaagc guuuaagagc uaugcuggua acagcauagc aaguuuaaau       60

aaggcuaguc cguuaucaac uugaaaaagu ggcaccgagu cggugcuuuu uuu             113


<210> SEQ ID NO 134
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 134

ccagccaagc gcacctaatt tcc                                              23
```

Synthego EX1001.150

```
<210> SEQ ID NO 135
<211> LENGTH: 88
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (34)..(34)
<223> OTHER INFORMATION: site for fluorescent dye or label attachment

<400> SEQUENCE: 135

ggaaauuagg ugcgcuuggc guuuuagagc uagaaauagc aaguuaaaau aaggcuaguc     60

cgccaucaac uugaaaaagc ggcaccga                                       88


<210> SEQ ID NO 136
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 136

agtcctcatc tccctcaagc agg                                            23


<210> SEQ ID NO 137
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 137

cctgcttgag ggagatgagg act                                            23


<210> SEQ ID NO 138
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 138

agtcctcaac tccctcaagc agg                                            23


<210> SEQ ID NO 139
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 139

cctgcttgag ggagttgagg act                                            23


<210> SEQ ID NO 140
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 140

agccctcatt tccctcaagc agg                                            23
```

**Synthego EX1001.151**

-continued

```
<210> SEQ ID NO 141
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 141

cctgcttgag ggaaatgagg gct                                    23


<210> SEQ ID NO 142
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 142

actcctcatc cccctcaagc cgg                                    23


<210> SEQ ID NO 143
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct

<400> SEQUENCE: 143

cctgcttgag ggggatgagg agt                                    23
```

We claim:

1. A synthetic CRISPR guide RNA comprising:
   (a) a crRNA segment comprising (i) a guide sequence capable of hybridizing to a target sequence in a polynucleotide, (ii) a stem sequence; and
   (b) a tracrRNA segment comprising a nucleotide sequence that is partially or completely complementary to the stem sequence,
   wherein the synthetic guide RNA has gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to the target sequence, and comprises one or more modifications in the guide sequence, wherein the one or more modifications comprises a 2′-O-methyl.

2. A method for genome editing to modify a DNA sequence, or for regulating the expression of a gene of interest, or for cleaving a target polynucleotide, or for binding a target polynucleotide comprising: contacting the DNA sequence, the gene of interest, or the target polynucleotide with a CRISPR-associated (Cas) protein and the synthetic guide RNA of claim 1, and editing, regulating, cleaving, or binding the DNA sequence, the gene of interest, or the target polynucleotide.

3. A set or library of RNA molecules comprising two or more synthetic guide RNAs of claim 1.

4. The synthetic guide RNA of claim 1 wherein the guide RNA is a single-guide RNA (sgRNA).

5. The synthetic guide RNA of claim 1, wherein said one or more modifications comprises a 2′-O-methyl nucleotide with a 3′-phosphorothioate.

6. The synthetic guide RNA of claim 1, wherein said one or more modifications comprises a 2′-O-methyl nucleotide with a 3′-phosphonoacetate.

7. The synthetic guide RNA of claim 1, wherein said one or more modifications comprises a 2′-O-methyl nucleotide with a 3′-thiophosphonoacetate.

8. The synthetic guide RNA of claim 1 further comprising one or more phosphorothioate internucleotide linkage, phosphonoacetate (PACE) internucleotide linkage, and/or thiophosphonoacetate (thioPACE) internucleotide linkage.

9. The synthetic guide RNA of claim 1, further comprising up to three phosphorothioate, PACE, and/or thioPACE internucleotide linkages in the guide sequence.

10. The synthetic guide RNA of claim 1, further comprising up to seven phosphorothioate, PACE, and/or thioPACE internucleotide linkages in the guide sequence.

11. The synthetic guide RNA of claim 1, further comprising up to ten phosphorothioate, PACE, and/or thioPACE internucleotide linkages in the guide sequence.

12. The synthetic guide RNA of claim 1, comprising up to five consecutive phosphorothioate internucleotide linkages at a 5′-end of the guide RNA.

13. The synthetic guide RNA of claim 12, further comprising up to five consecutive phosphorothioate, PACE, and/or thioPACE internucleotide linkages at a 3′-end of the guide RNA.

14. The synthetic guide RNA of claim 1, further comprising a fluorophore at a 5′-end of the guide RNA.

15. The synthetic guide RNA of claim 1, comprising one or more end modification.

16. The synthetic guide RNA of claim 1, comprising at least 2 consecutive 2′-O-methyl modifications.

17. The synthetic guide RNA of claim 1, comprising at least six 2′-O-methyl modifications.

18. The synthetic guide RNA of claim 1, comprising at least twenty 2′-O-methyl modifications.

Synthego EX1001.152

**19**. A synthetic CRISPR crRNA molecule comprising a guide sequence capable of hybridizing to a target sequence in a polynucleotide, wherein the synthetic crRNA molecule comprises one or more modifications in the guide sequence;

wherein the synthetic crRNA molecule has gRNA functionality comprising associating with a Cas protein and targeting the gRNA:Cas protein complex to the target sequence; and

wherein the one or more modifications comprises a 2'-O-methyl.

**20**. The synthetic CRISPR crRNA of claim **19**, further comprising one or more phosphorothioate internucleotide linkage, phosphonoacetate (PACE) internucleotide linkage, and/or thiophosphonoacetate (thioPACE) internucleotide linkage.

**21**. The synthetic CRISPR crRNA of claim **19**, wherein said one or more modifications comprises a 2'-O-methyl nucleotide with a 3'-phosphorothioate.

**22**. The synthetic CRISPR crRNA of claim **19**, wherein said one or more modifications comprises a 2'-O-methyl nucleotide with a 3'-phosphonoacetate.

**23**. The synthetic CRISPR crRNA of claim **19**, wherein said one or more modifications comprises a 2'-O-methyl nucleotide with a 3'-thiophosphonoacetate.

**24**. The synthetic CRISPR crRNA of claim **19**, further comprising up to three phosphorothioate, PACE, and/or thioPACE internucleotide linkages in the guide sequence.

**25**. The synthetic CRISPR crRNA of claim **19**, further comprising up to seven phosphorothioate, PACE, and/or thioPACE internucleotide linkages in the guide sequence.

**26**. The synthetic CRISPR crRNA of claim **19**, further comprising up to ten phosphorothioate, PACE, and/or thioPACE internucleotide linkages in the guide sequence.

**27**. The synthetic CRISPR crRNA of claim **19**, comprising up to five consecutive phosphorothioate internucleotide linkages at a 5'-end of the crRNA.

**28**. The synthetic CRISPR crRNA of claim **27**, further comprising up to five consecutive phosphorothioate, PACE, and/or thioPACE internucleotide linkages at a 3'-end of the crRNA.

**29**. The synthetic CRISPR crRNA of claim **19**, further comprising a fluorophore at a 5'-end of the crRNA.

**30**. The synthetic CRISPR crRNA of claim **19**, comprising at least 2 consecutive 2'-O-methyl modifications.

**31**. The synthetic CRISPR crRNA of claim **19**, comprising at least six 2'-O-methyl modifications.

**32**. The synthetic CRISPR crRNA of claim **19**, comprising at least twenty 2'-O-methyl modifications.

**33**. A method for genome editing to modify a DNA sequence, or for regulating the expression of a gene of interest, or for cleaving a target polynucleotide, or for binding a target polynucleotide comprising: contacting the DNA sequence, the gene of interest, or the target polynucleotide with a CRISPR-associated (Cas) protein and the CRISPR crRNA of claim **19**, and editing, regulating, cleaving, or binding the DNA sequence, the gene of interest, or the target polynucleotide.

\* \* \* \* \*

**Synthego EX1001.153**