# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

AGILENT TECHNOLOGIES, INC.,

*Appellant,*

v.

SYNTHEGO CORPORATION,

*Appellee.*

Appeal from the United States Patent and Trademark Office
Nos. IPR2022-00402 and IPR2022-00403

## APPELLEE SYNTHEGO CORPORATION'S UNOPPOSED MOTION FOR A 45-DAY EXTENSION OF TIME TO FILE ITS RESPONSE BRIEF

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---:|:---|
| **Case Number** | 2023-2186, 2023-2187 |
| **Short Case Caption** | Agilent Technologies, Inc. v. Synthego Corporation |
| **Filing Party/Entity** | Synthego Corporation |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/06/2023

Signature: /s/ Edward R. Reines

Name: Edward R. Reines

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| Synthego Corporation | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☑    None/Not Applicable          ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑   Yes (file separate notice; see below)    ☐   No    ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellee Synthego Corporation ("Synthego") respectfully moves for a 45-day extension of the time within which to file its response brief. Counsel for Appellant Agilent Technologies, Inc. ("Agilent") have stated that Agilent does not oppose this motion.

Synthego's response brief is currently due January 2, 2024. Synthego respectfully requests that the briefing schedule be revised such that the deadline is extended by 45 days. If Synthego's request is granted, its response brief would be due on February 16, 2024. Synthego has not previously sought an extension of time to file its response brief.

This extension is made necessary by the upcoming holiday season and professional obligations of Synthego's counsel, including in *Natera, Inc. v. NeoGenomics Laboratories, Inc.*, C.A. No. 1:23-cv-629 (Middle District of North Carolina), *Pacific Biosciences of California, Inc. v. Personal Genomics Taiwan, Inc.*, 2022-1410, -1554 (CAFC), *Natera, Inc. v. CareDx, Inc.*, C.A. No. 20-cv-38-CFC-CJB (District of Delaware), and *10X Genomics. Inc. et al. v. Nanostring Technologies, Inc.*, C.A. No. 21-cv-653-MFK (District of Delaware). See the attached Declaration of Edward R. Reines. The requested 45-day extension will allow Synthego and its counsel adequate time to prepare Synthego's response brief

in light of upcoming holiday season and the aforementioned professional obligations.

Dated: December 6, 2023          Respectfully submitted,

By:    */s/ Edward R. Reines*
        Edward R. Reines
        WEIL GOTSHAL & MANGES LLP
        201 Redwood Shores Parkway
        Redwood Shores, CA 94065
        Telephone: (650) 802-3000
        edward.reines@weil.com


        Derek C. Walter
        WEIL GOTSHAL & MANGES LLP
        201 Redwood Shores Parkway
        Redwood Shores, CA 94065
        Telephone: (650) 802-3000
        derek.walter@weil.com

        *Counsel for Appellee*

## CERTIFICATE OF COMPLIANCE

1.      This motion complies with the type-volume limitation of Federal Rule of Federal Circuit Rule 32(a) or Federal Rule of Federal Circuit Rule 28.1.  This brief contains 213 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

2.      This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) or Federal Rule of Federal Circuit Rule 28.1 and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6).  This brief has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14 point font.

Dated: December 6, 2023          */s/ Edward R. Reines*
                                        Edward R. Reines

Nos. 23-2186, -2187

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

AGILENT TECHNOLOGIES, INC.,

*Appellant,*

v.

SYNTHEGO CORPORATION,

*Appellee.*

_____

**Appeal from the United States Patent and Trademark Office
Nos. IPR2022-00402 and IPR2022-00403**

## DECLARATION OF EDWARD R. REINES

I, Edward R. Reines, hereby declare as follows:

1.      I am an attorney at the law firm of Weil, Gotshal & Manges LLP.  I am counsel for Appellee Synthego Corporation ("Appellee").  I submit this declaration pursuant to 28 U.S.C. § 1746 in support of Appellee's Motion To Extend Deadline To File its Response Brief. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2.      Good cause exists for the requested extension. Counsel for Appellee have other professional commitments contributing to their workload during this

time. Including a recently concluded Preliminary Injunction Hearing in *NeoGenomics Laboratories, Inc.*, C.A. No. 1:23-cv-629 (Middle District of North Carolina), oral argument in this court scheduled for December 7, 2023 in *Pacific Biosciences of California, Inc. v. Personal Genomics Taiwan, Inc.*, 2022-1410, -1554 (CAFC), trial in January 2024 in *Natera, Inc. v. CareDx, Inc.*, C.A. No. 20-cv-38- CFC-CJB (District of Delaware), and post-trial briefing in *10X Genomics. Inc. et al. v. Nanostring Technologies, Inc.*, C.A. No. 21-cv-653-MFK (District of Delaware) currently due on December 20, 2023. In light of these commitments and the upcoming holiday season, Appellee respectfully requests additional time to be able to fully and properly address all relevant issues in their brief.

3.  Counsel for Appellant has stated that Appellant consents to this motion.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 6, 2023                    Respectfully submitted,


                                           By:   */s/ Edward R. Reines*
                                                 Edward R. Reines
                                                 WEIL GOTSHAL & MANGES LLP
                                                 201 Redwood Shores Parkway
                                                 Redwood Shores, CA 94065
                                                 Telephone: (650) 802-3000
                                                 edward.reines@weil.com


                                                 *Counsel for Appellee*