# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 2, 2025

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

> Re:  Agilent Technologies, Inc.
>     v. Synthego Corp.
>     Application No. 25A233
>     (Your Nos. 2023-2186, 2023-2187)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on September 2, 2025, extended the time to and including November 8, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Lisa Nesbitt
Case Analyst

RECEIVED

SEP 1 0 2025

United States Court of Appeals
For the Federal Circuit

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Ms. Denise Marie De Mory
Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA  94063


Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



quadient

FIRST-CLASS MAIL
IMI
**$000.74** D
09/03/2025 ZIP 20543
043M31266310

US POSTAGE

